**EXHIBIT B  (contd.)**

**Copy of All Filings with State Court**

8/29/2018 5:24 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835
Irene Silva

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## DEFENDANTS' FIRST SUPPLEMENT TO MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT

COME NOW, Defendants Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Owen Shroyer (collectively, the "Defendants"), and hereby file this, their First Supplement to Motion to Dismiss Under the Texas Citizens' Participation Act and in support thereof would respectfully show this Honorable Court as follows:

In his Response to the Defendants' Motion, Plaintiff offers opinions of Ms. Binkowski that Owen Shroyer edited the Zero Hedge embedded videos. As shown by the supplemental Affidavit of Owen Shroyer attached hereto, this is not true and Ms. Binkowski's testimony is speculative because the embedded videos are no longer present for her to compare.

He further claims damages from publication of this particular video by Defendants yet he himself has also published it and has not offered evidence of how his damages arise from Defendants' publication and not his own.

Defendants have now alleged the defense of self-publication. In particular, Plaintiff Neil Heslin appeared on the April 19, 2018 "Megyn Kelly Today" NBC national program. He appeared with his attorney, Mark Bankston, and published and/or authorized publication of what he claims to be defamatory portions of the video to NBC's national audience.

At no time did Mr. Heslin or his attorney object to the showing or seem surprised by it. Indeed, subsequent to the showing of it, they were each asked for comments and were allowed to speak. Again, none stated any objection or disagreement to the publication. Evidence of this is contained at the David Jones affidavit attached as Exhibit "B" to the Defendants' Motion to Dismiss at Exhibit B-19, which is a true and correct video of that program.

There is no clear and specific evidence that any of the injuries and damages which Mr. Heslin has claimed were caused separately by this publication by any of the Defendants.

**PRAYER**

WHEREFORE PREMISES CONSIDERED, Defendants respectfully requests that this honorable Court grant Defendants' Motion to Dismiss under the Texas Citizens Participation Act in its entirety and the Court grant them such other and further relief as the Court deems equitable, just and proper.

RESPECTFULLY SUBMITTED,

GLAST, PHILLIPS & MURRAY, P.C.


_____/s/ Mark C. Enoch_____
Mark C. Enoch
State Bar No. 06630360
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
Telephone:   972-419-8366
Facsimile:    972-419-8329
fly63rc@verizon.net


ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2018, the foregoing was sent via efiletxcourts.gov's e-service system to the following:

Mark Bankston
Kaster Lynch Farrar & Ball
1010 Lamar, Suite 1600
Houston, TX 77002
713-221-8300
mark@fbtrial.com

                                        /s/ Mark C. Enoch
                                        Mark C. Enoch

---

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261ˢᵗ JUDICIAL DISTRICT |

## AFFIDAVIT OF OWEN SHROYER

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Owen Shroyer, known to me to be the person whose name is subscribed below, and who on his oath, deposed and stated as follows:

1.      My name is Owen Shroyer. I am over the age of 21 years, have never been convicted of a felony or crime involving moral turpitude, am of sound mind, and am fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are true and correct.

2.      I have gone to the website of the original Zero Hedge article that I found and that I referred to and showed during my June 25, 2017 statements (though Plaintiff continues to wrongly claim I made these on June 26) and found that the embedded video links that were active and that I used by clicking on during my June 25 statements were no longer active. When I clicked on both links, the message "This video is unavailable"

appeared against a black screen background. This is located at the url address: https://www.zerohedge.com/news/2017-06-25/megyn-kelly-fails-fact-check-sandy-hook-fathers-contradictory-claim-alex-jones-hit-p. Attached to this affidavit marked as Exhibit "1" is a true and correct copy of the article to which I referred and that is still located at the referenced url address. The second page of the exhibit shows what the video links look like until you click on them. The third page of the exhibit shows what those links look like after you click on them. Neither I nor anyone affiliated with Defendants removed or in any way caused the removal of these video links.

3.      Attached to this affidavit marked as Exhibit "2" is a true and correct copy of an article posted at the url address   https://www.cnncom/2018/02/21/us/mass-shootings-conspiracy-theories-trnd/index.html.   On page 7 of this article, Ms. Binkowski tells of her efforts "... aggressively calling out people..." like Defendants and encouraging others to pressure media platforms to prevent us from being heard.  This exhibit is a true and correct copy of the article on that website as of the date of this declaration.


Further Affiant Sayeth Not.

Owen Shroyer

SWORN TO and SUBSCRIBED before me by Owen Shroyer on August 29, 2018.

F H GARCIA
Notary Public - State of Texas
ID # 3480677
Comm. Exp. 05/06/2022

_____
Notary Public in and for
the State of Texas

My Commission Expires:

5-6-2022

HOME    CONTRIBUTORS    NEWSLETTER    DONATE    MORE

**ZeroHedge**

A Gold Bloc For Iran, Russia, And Turkey...Oh My!

Steve H. Hanke

How will Iran, Russia, and Turkey react to the plethora of financial sanctions being placed on them by the United States?

10 Shocking Photos Show The The Value of Gold In Currency Devaluations

GoldCore

Venezuelans who own livestock, land, bitcoin and hard assets have protected their standard of living in the hyperinflation

HEDGE #45: THE CHICAGO FIX FOR TRUMP DRAMA (AND EVERYTHING ELSE)

Generally Rich

I hate writing about politics. Hate it.

User login

Username *

Password *

[ Log in ]

Create New Account
Reset your password

**Zero Hedge Reads**

- Acting Man
- Alt-Market
- Benzinga
- Boom Bust Blog
- Capitalist Exploits
- China Financial Markets
- Chris Martenson's Blog
- Contrary Investor
- Daneric's Elliott Waves
- Dr. Housing Bubble
- ETF Daily News
- ETF Digest
- Financial Revolutionist
- First Rebuttal
- Forexlive
- Fundist
- Gains Pains & Capital
- Gefira
- Gold Core
- Guerilla Capitalism
- Hedge Accordingly
- Implode-Explode
- Investing Contrarian
- Jesse's Cafe Americain
- Letters From Norway
- Liberty Blitzkrieg
- Market Montage
- Max Keiser
- Mises Institute
- Mish Talk
- Naked Capitalism
- Newsbud
- Of Two Minds
- Oil Price
- Peter Schiff
- Quoth The Raven Ranch
- Rebooting Capitalism
- SafeHaven

# Megyn Kelly Fails To Fact Check Sandy Hook Father's Contradictory Claim In Alex Jones Hit Piece

 ZeroPointNow

    

New Comments    +
Today's Top Stories    +


**Live Audio Market Commentary**
Free live audio market commentary, news headlines and more from Talking Forex and Zero Hedge

Contact Information    +
Suggested Reading    +





Content originally published at iBankCoin.com

Last Sunday's exposé of Alex Jones on NBC's *Sunday Night With Megyn Kelly* was considered by many to be a tasteless and heavily edited attempt to smear the Infowars host and vocal supporter of Donald Trump. Despite a week of heavy promotion, the segment backfired - sending Kelly's ratings further into the toilet a week after her embarrassing interview with Russian President Vladimir Putin - an encounter which director Oliver Stone said she was 'not prepared for.'

This lack of preparation was obvious in the Jones interview - as Kelly and NBC aired footage of the grieving father of a Sandy Hook massacre victim which contains a **major contradiction** to the official story.

**Neil Heslin**

Prominently featured in the exposé is Neil Heslin - a father of one of the victims. During his interview with Megyn Kelly, Heslin described what happened the day of the shooting when 20 year old Adam Lanza murdered 20 children and six adults at Sandy Hook Elementary school before committing suicide.

> *I dropped him off at 9:04. That's when we dropped him off at school with his book bag. Hours later I was picking' him up in a body bag.*

> *I lost my son. I buried my son. **I held my son with a bullet hole through his head.***



https www.zerohedge.com

File   Edit   View   Favorites   Tools   Help

θ ZeroHedge

· Letters From Norway
· Liberty Blitzkrieg
· Market Montage
· Max Keiser
· Mises Institute
· Mish Talk
· Naked Capitalism
· NewsBud
· Of Two Minds
· Oil Price
· Peter Schiff
· Quoth The Raven Ranch
· Rebooting Capitalism
· Safehaven
· Shanky's Tech Blog
· Slope of Hope
· SmartKnowledgeU Blog
· TF Metals Report
· The Automatic Earth
· The Burning Platform
· The Economic Populist
· The Hammerstone Group
· The V Shaver Of The Save
· Themis Trading
· True News
· Value Walk
· Wolf Street

what happened the day of the shooting when 20 year old Adam Lanza murdered 20 children and six adults at Sandy Hook Elementary school before committing suicide.

*I dropped him off at 9:04. That's when we dropped him off at school with his book bag. Hours later I was picking' him up in a body bag.*

*I lost my son. I buried my son. I held my son with a bullet hole through his head.*





**Except this does not comport with the official story**

Jim Fetzer, Professor Emeritus at the University of Minnesota who wrote a book claiming Sandy Hook was staged, notes that based on the facts of the case, Heslin's statement that he 'held his son with a bullet hole through his head' **could not have happened**. According to Coroner Wayne Carver, M.D., the parents of the victims weren't allowed to see their children's bodies – and were instead shown pictures to identify the deceased. Anderson Cooper even interviewed the parents of one of the victims about not being able to see their child.



HOME   CONTRIBUTORS   NEWSLETTER   DONATE   MORE

ZeroHedge

- Letters from Norway
- Liberty Blitzkrieg
- Market Montage
- Max Keiser
- Mises Institute
- Mish Talk
- Naked Capitalism
- NewsBud
- Of Two Minds
- Oil Price
- Peter Schiff
- Quoth The Raven Finch
- Reflecting Capitalism
- SafeHaven
- Slope of Hope
- Smartknowledge Blog
- TF Metals Report
- The Automatic Earth
- The Burning Platform
- The Economic Populist
- The Hemmingstone Group
- The Unwealth Of The Raver
- Themis Trading
- True Sinews
- Value Walk
- Wolf Street

what happened the day of the shooting when 20 year old Adam Lanza murdered 20 children and six adults at Sandy Hook Elementary school before committing suicide.

*I dropped him off at 9:04. That's when we dropped him off at school with his book bag. Hours later I was picking him up in a body bag.*

*I lost my son. I buried my son. I held my son with a bullet hole through his head.*



Except this does not comport with the official story

Jim Fetzer, Professor Emeritus at the University of Minnesota who wrote a book claiming Sandy Hook was staged, notes that based on the facts of the case, Heslin's statements that he 'held his son with a bullet hole through his head' **could not have happened**. According to Coroner Wayne Carver, M.D., the parents of the victims weren't allowed to see their children's bodies – and were instead shown pictures to identify the deceased. Anderson Cooper even interviewed the parents of one of the victims about not being able to see their child.







While it's entirely possible that Mr. Heslin had access to his son after the shooting, given the highly contentious nature of the Sandy Hook massacre in which *every aspect* of the case has been pored over and dissected – it was incumbent upon Megyn Kelly and NBC to familiarize themselves with all sides of the argument so they could have identified and explained Heslin's statement.

By airing such an obvious contradiction to the official narrative, Megyn Kelly and NBC have lent credibility to Fetzer and other conspiracy researchers who often point to inconsistent reports from the MSM to support their theories.

She lied...

While Megyn Kelly can be heard weeks before the interview on a leaked recording promising Jones that the segment wouldn't be a 'hit job,' a promo released by NBC revealed she lied – as it was obvious Kelly was going to focus on statements made on Infowars about the 2012 massacre at Sandy Hook Elementary School in Newtown, MA committed by Adam Lanza.

> *She's a lawyer. It was a total cross-examination... And when I said that I believe children died at Sandy Hook, as I've said for years, she kept coming back with answers saying "you believe nobody died! You believe Anderson Cooper was involved!" and I said "NO! My listeners questioned it, I had debates with both sides, and I played devil's advocate." -Alex Jones*

As a result of NBC's decision to air the piece, several corporate sponsors pulled advertisements, Megyn Kelly was disinvited to an anti 2nd Amendment event, and Jones implored NBC not to air the segment on Father's Day – citing the inappropriate timing.

Sandy Hook Questions

The final report on the Sandy Hook shooting concludes that Adam Lanza, 20, was a socially awkward lone gunman with unmedicated Obsessive Compulsive Disorder whose mother gave him negligent access to firearms – however several inconsistencies in the official report have led many to speculate that the incident was a hoax or a 'false flag' staged to justify gun control measures.

Among the questions people have

- Why were there reports of men dressed in camouflage who fled into the woods – one of whom police allegedly detained?
- Why does Sandy Hook father Robbie Parker appear to "get into character"
- Why does the Sandy Hook Elementary website have no internet archive for four years? Was the school even open?
- Why does it appear that several charities were set up before the December 14th shooting?
- Why weren't the victims' parents allowed to see their children's bodies?

While several Sandy Hook questions have been debunked – such as the missing internet archive, the massacre remains a hotly contested topic across the internet.

Alex Jones' official position is that he believes children died in the shooting – in fact, during a 2014 account of a hearing before the Newtown Board of Education, an Infowars journalist "did not dispute that Adam Lanza had perpetrated the shooting."

> 4. A man from Infowars did not dispute that Adam Lanza had perpetrated the shooting. Instead he emphasized how law-abiding gun owners in Connecticut and elsewhere are being "penalized" because of Sandy Hook, and the importance of the Second Amendment to freedom and the American way of life.

Yet despite Jones' official position, he and Infowars have played devil's advocate along the way – presenting facts and narratives which disagree with the official story.

And while Jones has presented a number of angles to the Sandy Hook massacre, Megyn Kelly and NBC chose to distort the facts through their lens of propaganda to fit their case against the Infowars host, while airing a gaping hole in the official story in their quest to destroy Alex Jones.

File  Edit  View  Favorites  Tools  Help

HOME   FEATURED STORY   NEWSLETTER   DONATE   MORE

ZeroHedge

On a long enough timeline the survival rate for everyone drops to zero.

| the shooting. Instead he emphasized how law-abiding gun owners in Connecticut
| and elsewhere are being "penalized" because of Sandy Hook, and the importance
| of the Second Amendment to freedom and the American way of life.

Yet despite Jones' official position, he and Infowars have played devil's advocate along the way – presenting facts and narratives which disagree with the official story.

And while Jones has presented a number of angles to the Sandy Hook massacre, Megyn Kelly and NBC chose to distort the facts through their lens of propaganda to fit their case against the Infowars host, while airing a gaping hole in the official story in their quest to destroy Alex Jones.

**This needs to be addressed**

By failing to identify the obvious contradiction between Neil Heslin's account and the official story, Kelly and her network have fanned the very flames of doubt and conspiracy they sought to silence, creating more questions than answers.

For the sake of all the Sandy Hook parents who weren't allowed to see their deceased children, and to settle this new piece of fodder for conspiracy theorists which they aired, Megyn Kelly and NBC have a responsibility to address this giant contradiction to the official story.

Follow on Twitter @ZeroPointNow - Subscribe to our YouTube channel

## Comments

Sort by Thread Date ▼  Order Oldest ▼  Items per page 60 ▼

0   jaxville • Sun, 06/25/2017 – 16:12 Permalink
    Alex Jones should have asked "why the crisis actors?" , several of whom have been identified
0

0   philipat ⤶ jaxville • Mon, 06/26/2017 – 03:54 Permalink
    Especially the one acting as BOTH a parent AND a military responder?
0

0   SoDamnMad ⤶ philipat • Mon, 06/26/2017 – 04:25 Permalink
    Yes, Chuck Wheeler, former B-movie gun victim who showed up in his sniper outfit and then was a grieving parent
    and flew on Air Force One with Obama to attend a Congressional Gun Control assembly.  You can't get any more
    complete UNLESS you hear that Chuck Wheeler's wife, Francine, was the personal assistant worked for Maureen White,
    the 2008 DNC Finance Chairman for Hillary Clinton.
0

0   Hammer of Light ⤶ SoDamnMad • Mon, 06/26/2017 – 04:34 Permalink
    ewwwww... good one!
0

HOME    CONTRIBUTORS    NEWSLETTER    DONATE    MORE

ZeroHedge

ewwwww... good one!

0

 Barney Frfe · upvote · Mon, 06/26/2017 - 09:40 Permalink

0    For a thinking population with truly open minds this would be the historical smoking gun that would have brought down
     Washington and the Elitist Luciferian machine. The fact that it is ignored is a testament to the effectiveness of the mass
0    brainwashing that Americans have allowed themselves to be subjected to.

 bigkahuna · Barney Frfe · Mon, 06/26/2017 - 09:55 Permalink

0    A basic tenet of the brain washing is self worship - which is also a basic tenet of luciferanism. It has the useful side
     effect of causing those caught up in it to ignore what is going on around them. For the ones caught up in the
     red/blue distrction - it enables them to offload their personal guilt and feel self righteous (blue) or feel like they are
     intellectually superior to the other team (blue and red) - among many other blind and foolish behaviors. It is very sad
     - but to the propagandists in dc. We as a group behave as primates when it comes to their brainwashing. Harmless
     apes - with truly rare exception. So rare that to them, it does not even constitute a threat.

 Handful of Dust · bigkahuna · Mon, 06/26/2017 - 04:39 am EDT

0    Also, a basic tenet of USA journalism these days is it must be at least 90% Fake to make it into the MSM like CNN,
     NYT, NPR or WaPO and edited by the DNC before air time.
0

 ResistTemptation · Handful of Dust · Mon, 06/26/2017 - 10:43 Permalink

0    I don't get it?!? Megan K might take a decent picture but being "hot" is a giant stretch of the imagination. She
     looks like she could bite a lead pipe in half with that jaw. OMG how that beaver must look like a blender been at
0    it . . . both Cons and Libs have been pounding it

  SWRichmond · ResistTemptation · Mon, 06/26/2017 - 11:38 Permalink

0    What kind of parent would be able to accept being told they could not see their own dead child?

0

 Gernlea · upvote · Mon, 06/26/2017 - 09:55 Permalink

0    Don't forget Noah Pozner ...the child died twice!!!Once at Sandy Hook and another time in Pakistan!!!
     https://fellowshipoftheminds.com/2013/01/07/sandy-hook-child-victim-noa
0

Buck Johnson · upvote · Mon, 06/26/2017 - 10:08 Permalink

0    Meghan Kelly's is being made a mockery in the media now. I bet before the year is over she will be out or demoted on
     NBC . The problem is that she doesn't have a whole network willing and able to backup BS lies and or propaganda like Fox
0    did. Don't get me wrong MSNBC does do propaganda but not where near like Fox did, because at the end of the day
     MSNBC is alot bigger than Fox and has it's hands on both sides of the political spectrum and they know to dance the
     middle.

HOME    CONTRIBUTORS    NEWS/ETTER    DONATE    MORE

ZeroHedge

middle.



**sleigher** • Jasville • Mon, 06/26/2017 - 03:53 Permalink

0

Why was Noah Pozner in Syria after NewTown massacre?
http://www.jdheus.com/mystery-sandy-hook-victim-alive-&-well... (relevant)    I would LOVE to see that question asked
on NBC with the photos

0



**David Wooten** • Sun, 06/25/2017 - 16:30 Permalink

0

Perhaps elements of the government merely abducted the Sandy Hook children with the permission of some of the parents
and threats to the children of parents who resisted. A large fund is being provided for the children's education and the
parents can visit their children once a month. Their names will be changed and their silence will be bought for the rest of
their lives with a big carrot and the threat of a big stick if they break. Or maybe it's something else.

0



**Barney Fife** • David Wooten • Sun, 06/25/2017 - 17:09 Permalink

0

Satanism is the fastest growing religion in America with more than 1 million known disciples. I would find it highly
unlikely that a Satanic government wouldn't know who was in the network of the faithful and I would expect them to use
them for whatever operation they deemed necessary.

0



**wchild** • Barney Fife • Mon, 06/26/2017 - 06:01 Permalink

0

I agree with you, and this is at the heart of the "agenda" - it's not as stunning to recognize the lengths that they will
go to, when you understand who is in charge.

0



**shovelhead** • Barney Fife • Mon, 06/26/2017 - 06:35 Permalink

0

It's going mainstream...http://imanim.com/2X3D695.png

0



**Ace Ventura** • David Wooten • Mon, 06/26/2017 - 06:39 Permalink

0

To the extent any real children were involved, my guess is they were gathered up for use in several pizza parties around
the world. I'm literally sickened at the thought. Still no official investigation into pizzagate. So yeah, I'm going with
'something else'.

0



**el buitre** • David Wooten • Mon, 06/26/2017 - 09:43 Permalink

0

Maybe you should go back on your meds.I am sure there are 20 odd parent couples in Newtown (WTF is that name) that
would tell the Deep State, sure, abduct my children. The Cravs just took the other one.  It's for a good cause.  Gotta get
these guns outa the hand of the deplorables.

0



**Clinteastwood** • Sun, 06/25/2017 - 19:34 Permalink

0

If the official story is that Sandy Hook parents were not allowed to see their dead children, then there's something about
this whole story that stinks to high heaven. Think of it. If that was your child and you weren't allowed one last goodbye?? I'd

https://www.zerohedge.com/news/2017-06-23...

File  Edit  View  Favorites  Tools  Help

HOME    CONTRIBUTORS    NEWSLETTER    DONATE    MORE

ZeroHedge

Chiheastwood • 2017-06-25 2017 - 19:24 Permalink

0

If the official story is that Sandy Hook parents were not allowed to see their dead children, then there's something about this whole story that stinks to high heaven. Think of it. If that was your child and you weren't allowed one last goodbye?" I'd be screaming to every news organization and politician in the country. But we saw no such thing. Brings to mind the old saw...."if they're lyin' to you about anything, they're lyin' to you about THE MOST IMPORTANT THING."

0



Hammer of Light • ↱ @Chiheastwood • Mon, 06/26/2017 - 04:37 Permalink

0

Kinda hard to say goodbye to a kid that never was! LOVE TO DO A FEW EXHUMATIONS! Anyone got a shovel?Kinda hard to check the internet traffic to and from a school that was shut down for nearly FIVE YEARS and had NO REGISTERED TRAFFIC OF ANY KIND!Kinda hard for the FBI to claim Sandy Hoax was anything but a Hoax considering they reported that there were NO MURDERS IN THE ENTIRE AREA THAT YEAR!Kinda hard to believe a damn thing that comes from our government when all they do is pull false flags, murder with impunity, rig the laws to exempt themselves while literally manufacturing terrorism under the guise of terrorists that they arm fund and establish!Kinda hard to believe CRISIS ACTORS who did a bang up job for the FBI that was another convenient DRILL GONE LIVE!Kinda hard to believe grieving parents of kids that never were who would all shut up and everyone in the deal got a house paid for scot-free?Kinda hard to refute any of my assertions if you simply check them all out you'll find that there is more than probable cause to begin strumming up politico's, agents and ALL CRISIS ACTORS involved to be caged and imprisoned!Kinda hard to believe all of this as our reality has become so damn surreal. Kinda hard to believe the Obama had the Smith Mundt LAW REMOVED in 2012 THAT PROHIBITS THE CIA AND NSA FROM WEAPONIZING THE MEDIA TO USE PROPAGANDA ON THE AMERICAN PUBLIC?Kinda hard to stop typing because there are about 2,500 material facts that will easily prove Sandy Hoax was exactly that KINDA HARD MEGAN TO BELIEVE A FUCKING THING COMING FROM YOUR LYIN ASS MOUTH NOW AT THAT FRAUD OF NBC CAUSE YOU'VE BEEN CAUGHT LYIN YOUR ASS OFF REPEATEDLY AND SO HAS THE ENTIRE MSM THAT'S AS CREDIBLE AS MY JOHNSON LEARNING TO SPEAK!KINDA HARD TO BELIEVE ALL OF MSM STILL HAVE LICENSES TO BROADCAST WEAPONIZED FAKE FUCKING NEWS!

0



Mr8comp • ↱ @Chiheastwood • Mon, 06/26/2017 - 03:59 Permalink

0

Sandy Hook happened just the way ABC, CBS, NBC, CNN, and Fox said it did. Because they never lie. Donation web sites weren't the only things set up before the shooting. 26 Christmas trees were waiting behind the fire station. It was said somebody, anonymously of course, donated them to honor the victims. He must have been Nostradamus

0

https://...newsshopmiamidi.com...Permalink



theprofromdover • ↱ @Chiheastwood • Mon, 06/26/2017 - 01:24 Permalink

0

Everyone who has had a close family member die, knows they cannot accept it until they finally see them.If some A-whole in a uniform told me that I couldn't handle it and I wouldn't be allowed to see my child, there would be someone else needing a post-mortem.

0



Occams_Razor_Trader • Sun, 06/25/2017 - 23:06 Permalink

0

An actor or Michael J. Fox's show Spin City was interviewed as a Father of the a child in the school- wearing a 'prop' NewTown hat and all, I call Bull Shit!

0

shutterbug • Mon, 06/26/2017 - 03:24 Permalink

0

CNN and NBC change stories until it's according to their own world view and has nothing to do anymore with fact, reality or news.Just stop watching everything from these channels and they will die a painful commercial death...

0

el buitre • ↱ @shutterbug • Mon, 06/26/2017 - 03:34 Permalink

ZeroHedge



el buitre ⚑ buyingsterling • Mon, 06/26/2017 - 04:14 Permalink

0

Nah. The Fed will print up the necessary fiat to keep them going.

0

buyingsterling • Mon, 06/26/2017 - 04:12 Permalink

0

If you're a soulless pedophile like many in the NWO crowd, and you believe that one of the major impediments to total
power (and unlimited access to children and other things you desire) is the armed America citizenry, what's 26 lives against
your desire for power? It's a bump in the road.

0



Hammer of Light ⚑ buyingsterling • Mon, 06/26/2017 - 04:33 Permalink

0

Kill one man you're a murderer , kill a million you're a conqueror?

0



BabaLooey ⚑ buyingsterling • Mon, 06/26/2017 - 04:35 Permalink

0

100% CORRECT. Uncle Sammie murders thousands of children globally . . . . yearly . . cost of doin their bidness

0



mstvle • Mon, 06/26/2017 - 04:24 Permalink

0

I was surprised to click on the link to the book from the University of Minnesota Professor and see it is an online PDF all
ready to go. I am reading the first sections of Nobody Died at Sandy Hook and it is worth a read. One really has to
wonder how someone could compile that many discrepancies and weird coincidences about Sandy Hook without it 100%
being a staged event. Pretty nuts .

0



el buitre ⚑ mstvle • Mon, 06/26/2017 - 05:22 Permalink

0

Not half as nuts as our psychopathic deep state furhers like Obomba, Holder, and Cheney. According to the leading
expert deconstructionist analyst, Ole Demmegard, most "terror events" in the USSA and Europe over the last five years
are staged with crisis actors. Every once and a while they hire Blackwater type killers and then pin it on some patsies
like in San Bernandino. A JFK style hit redux. Hidden professional killers – and real patsies who are killed before making
it to trial. But hoaxes are cheaper and they don't have pissed off, real, grieving relatives wanting real facts and the truth
like with 9/11 The objective of these miscreants is not to kill people. They get their fill of slaughtering people every day
in Syria, Yemen, and Libya. These are psy-ops to manipulate the public psyche in the USA or Europe. It doesn't matter
if it is real as long as the public thinks it's real and behaves accordingly. *PROBLEMS-REACTION-SOLUTION. Please,
please protect us helpless assholes from these evil killers!!* OK, just give up your guns and your Constitutional
rights Better than Bitcoin as a recent investment. http://www.o-slowplaying.com/and let us not forget the blue screen
Sandy Hoax role of CNN's, only the facts m'am, Anderson Vanderbelt Cooper, MK Ultra graduate and CIA intern (?). The
Truman Show presented as real life drama.

0



Bombshelter • Mon, 06/26/2017 - 04:25 Permalink

0

As with 9/11. Show us the birth certificates and the death certificates, Show us the social security records and personal
bank and tax records for the 'deceased', show us the funeral records. Show us the graves. Sigh. Or be like the coroner at
the Shanksville crash site – and metaphorically take off your overalls after 20 minutes on-site, as there are no bodies to be
found. Odd.

HOME      HEALTH-REPORT      NEWSLETTER      DONATE      MORE

ZeroHedge

0      bank and tax records for the 'deceased'. show us the funeral records. Show us the graves. Sigh. Or be like the coroner at
the Shanksvile crash site – and metaphorically take off your overalls after 20 minutes on-site, as there are no bodies to be
found. Odd.

 MrBoompi  Point shelian • Mon, 06/26/2017 - 06:11 Permalink

0      CT conveniently passed a law making it illegal to divulge any information about deaths of children, even though experts
0      said there was no need for it and it would only prevent proper forensic or historical investigations surrounding such
deaths. This psyop was planned long in advance at the highest levels of the covert world.

 Organic Patriot • Mon, 06/26/2017 - 22:19 Permalink

0      The official Sandy Hook story, a fairy tale cooked up by BHO, Eric Holder and DHS. Period
0

 Ace Ventura • Mon, 06/26/2017 - 07:37 Permalink

0      Heck folks, a casual you-tube search reveals shit-tons of video evidence that sandy hook was a total 'made for TV scripted
0      event'. One of my favorites is the aerial footage of the supposed 'families' cycling through a nearby emergency response
building (fire-station or something) in a neat stream of movement. The goal being to promote the appearance of a flurry of
response activity related to this 'massacre'. These actors were literally walking out one door of the building, weaving
through other actors milling around, rounding to the front of the building and re-entering ... only to emerge again
moments later and literally repeat the cycle. It's disgustingly obvious

 KenShabby  Ace Ventura • Mon, 06/26/2017 - 05:35 Permalink

0      Yep, my girlfriend thought I was nuts until I showed her that video. Even she was like what the fuck.
0      The tell is the guy in the neon yellow shirt. He stands out like a sore thumb as he walks around in circles like he's
searching for a lost golf ball.

 overmedicatedu • Mon, 06/26/2017 - 07:19 Permalink

0      FBI had to hide evidence much like flight 800. for the country's own good. so truth becomes lies, and lies never just sit there,
they expand and become a mess of contradictions. just an observation.

 Northern Flicker  overmedicatedu • Mon, 06/26/2017 - 05:12 Permalink

0      FBI also hid the evidence of 50+ cameras of what hit the Pentagon on 9-11. It appears that it was a missile, not a plane.
0

 gregga777  Northern Flicker • Mon, 06/26/2017 - 06:37 Permalink

0      It is impossible for a 757 to maneuver the way it supposedly did especially so close to the ground. Also, it doesn't
0      matter what the circumstances are surrounding an airplane crash, there are always the engine cores and the main
landing gear beams and struts that survive. The engine cores are made of very high strength, high temperature
alloys. The main landing gear beams and struts are made from very tough, special steel alloys. Yet none were
recovered from the 757 that allegedly hit the Pentagon on 9/11.

HOME   CONTRIBUTORS   NEWSLETTERS   DONATE   MORE

ZeroHedge

alloys, the main landing gear beams and struts are made from very tough, special steel alloys. Yet none were recovered from the 757 that allegedly hit the Pentagon on 9/11.



Hammer of Light ↝ petsgo202 • Mon 06 26 2017 - 08 05 Permalink

Old Navy will tell you flatly... there was NO 757 at Pentagon and CERTAINLY NO 767 PLANE in Shanksville, 2 planes that magically left debris field and went magically into and two perfect little holes!Not a chance in hell did 24 tons of Rolls Royce engines simply vaporize into magical fart fairy dust. Let alone 4 black boxes that were NEVER recovered from those locations. Take is from a pilot and mechanical engineer that worked on jets at one point in his life... you CANNOT VAPORIZE TITANIUM! Let alone about 30,000 parts made out of it and not have a single piece recovered!I know this is a Fact in CHURCH to all you never truthers out there... but that's simply the physics of it!And this ought to shine a few on... 9/11 was a nuclear event... and it won't be the last on our soil. That's coming up next. Deep State, the same thing that hit 9/11 is about to really bring it down; soon. Ain't that right there Larry 'PULL IT' Silverstein? Building 7 much there Larry?The UK - US - Israel and Saudi Arabia are the four horsemen and they're not done by a long shot.



ironhoce ↝ Hammer of Light • Mon 06 26 2017 - 09 51 Permalink

I never thought of the 4 horsemen as being countries. Hmm... not sure about the UK though.



marty mary ↝ ironhoce • Mon 06 26 2017 - 11 20 Permalink

Because the UK ended up spreading the disease around the planet? After the Vatican tried but couldn't hold on because it got "out-scienced" because it burned books and scientists? After the Islamic "Golden Age" tried but failed because it got "out-scienced" because it burned books and scientists?



Hammer of Light ↝ ironhoce • Mon 06 26 2017 - 14 32 Permalink

The UK is at the top of the Pyramid of deception. The UK - BOUGHT the state of Israel!In 1895 Edmond James de Rothschild the youngest son of Jacob (James) Mayer Rothschild visits Palestine and subsequently supplies the funds to found the first Jewish colonies there, this is to further their long term objective of creating a Rothschild owned country.This is not open for debate, this is how the State of Israel became Israel... nearly 60 years before they became Israel... the silent hand was at work here. This is the Silent hand of humanity's most evil at work. The Black Nobility that is the top f the Pyramid of the UK and Central Bankers worldwide who control the entire Federal Reserve fraud mechanism of deception and are of whom who are the price discovery mechanism of mass misery The UK and Israel are the terrorist force inside of 'DEEP STATE', thus consequently who have sewn the wars in order to unite the UK with the US in fighting a common enemy in WW1 and WW2 and then began the silent infiltration over the course of decades into the long term apparatus of the US via stealth – I call it "deep creep".Old Navy is telling you straight, the four horsemen are the US, UK , Israel and Saudi Arabia. 9/11 was a deep state op, period. There will never be any ability to convince me otherwise. I've seen too much raw data on this, this was Daddy Bush, Cheney, the UK - ISRAEL and the Saudi's no question.Israel is NOT what people think it is. Israel is NOT of the ancient paleo Hebrew Aramaic concept of Christ that they want you to believe they are. They are the single greatest masters of deception and this 1776 is STILL ON. WE are about to be hit AGAIN from inside terrorist forces of deep state and Israel who are the very same perp's that pulled off the 9/11 Connect the dots – This one is super easy to figure out. Israel is the UK and the UK is Israel. MI5 and Mi6 are involved at the deepest levels of the Mossad and are part of the 5 eyes. Dig deep, you'll find this is dead on target.



oldguyonBMXbike (not verified) • Mon 06 26 2017 - 07 23 Permalink

Adam Lanza's dad was connected to LIBOR.If anything, I'm more inclined to believe this was Satanic ritual child murder by the elite.

ZeroHedge

alloys. The main landing gear beams and struts are made from very tough, special steel alloys. Yet none were recovered from the 757 that allegedly hit the Pentagon on 9/11



Hammer of Light [illegible] • Mon, 06-26-2017 - 09:06 Permalink

0
0

Old Navy will tell you flatly... there was NO 757 at Pentagon and CERTAINLY NO 767 PLANE in Shanksville, 2 planes that magically left debris field and went magically into and two perfect little holes!Not a chance in hell did 24 tons of Rolls Royce engines simply vaporize into magical fart fairy dust. Let alone 4 black boxes that were NEVER recovered from those locations. Take is from a pilot and mechanical engineer that worked on jets at one point in his life... you CANNOT VAPORIZE TITANIUM! Let alone about 30,000 parts made out of it and not have a single piece recovered!I know this is a Fart in CHURCH to all you never truthers out there, but that's simply the physics of it.And this ought to shine a few on... 9/11 was a nuclear event... and it won't be the last on our soil. That's coming up next! Deep State, the same thing that hit 9/11 is about to really bring it down soon. Ain't that right there Larry "PULL IT" Silverstein? Building 7 much there Larry?The UK - US - Israel and Saudi Arabia are the four horsemen and they're not done by a long shot.



truthryce [illegible] from Hammer of Light • Mon, 06-26-2017 - 09:32 Permalink

0
0

I never thought of the 4 horsemen as being countries. Hmm.....not sure about the UK though.



mary mary [illegible] • Mon, 06-26-2017 - 11:26 Permalink

0
0

Because the UK ended up spreading the disease around the planet? After the Vatican tried but couldn't hold on because it got "out-scienced" because it burned books and scientists? After the Islamic "Golden Age" tried but failed because it got "out-scienced" because it burned books and scientists?



Hammer of Light [illegible] • Mon, 06-26-2017 - 14:46 Permalink

0
0

The UK is at the top of the Pyramid of deception. The UK - BOUGHT the state of Israel?In 1895 Edmond James de Rothschild the youngest son of Jacob (James) Mayer Rothschild visits Palestine and subsequently supplies the funds to found the first Jewish colonies there, this is to further their long term objective of creating a Rothschild owned country.This is not open for debate, this is how the State of Israel became Israel... nearly 60 years before they became Israel... the silent hand was at work here. This is the Silent Hand of Humanity's most evil at work. The Black Nobility that is the top f the Pyramid of the UK and Central Bankers worldwide who control the entire Federal Reserve fraud mechanism of deception and are of whom who are the price discovery mechanism of mass misery The UK and Israel are the terrorist force inside of 'DEEP STATE'. thus consequently who have sewn the wars in order to unite the UK with the US in fighting a common enemy in WW1 and WW2 and then began the silent infiltration over the course of decades into the long term apparatus of the US via stealth – I call it "deep creep".Old Navy is telling you straight, the four horsemen are the US, UK , Israel and Saudi Arabia. 9/11 was a deep state op. period. There will never be any ability to convince me otherwise. I've seen too much raw data on this, this was Daddy Bush, Cheney, the UK - ISRAEL and the Saudi's no question Israel is NOT what people think it is. Israel is NOT of the ancient paleo Hebrew Aramaic concept of Christ that they want you to believe they are. THey are the single greatest masters of deception and this 1776 is STILL ON. WE are about to be hit AGAIN from inside terrorist forces of deep state and Israel who are the very same perp's that pulled off 9/11. Connect the dots – This one is super easy to figure out. Israel is the UK and the UK is Israel. MI5 and MI6 are involved at the deepest levels of the Mossad and are part of the 5 eyes. Dig deep, you'll find this is dead on target.



oldguyonBMXbike (not verified) • Mon, 06-26-2017 - 07:24 Permalink

0
0

Adam Lanza's dad was connected to LIBOR.If anything, I'm more inclined to believe this was Satanic ritual child murder by the elite

File   Edit   View   Favorites   Tools   Help

HOME      CONTRIBUTORS      NEWSLETTER      DONATE      MORE

 ZeroHedge

0    Adam Lanza's dad was connected to LIBOR.If anything, I'm more inclined to believe this was Satanic ritual child murder by
0   the elite

archie bird • Mon 06/26/2017 - 07:35 Permalink
0    Poor Megyn Kelly. She's finding out that REAL journalism is hard from her snowflake/commenter gig at Fox. First her
0   interview with Putin tanked, and now her Sandy Hook interview doesn't get fact checked. Shes in the wrong business. Hey
Meg- try the Price is right, or wheel of fortune. They maybe looking for an eye piece.

 My crotch itches • reply to archie bird • Mon 06/26/2017 - 08:23 pm Permalink
0   She should face repercussions, therefore, I volunteer to turn her over my knee and spank that little bottom repeatedly.
0

mary mary • reply archie bird • Mon 06/26/2017 - 11:15 Permalink
0    Doesn't matter. She'll walk away with millions, and no jail time. "The joke's on 'America'. As the Talmud says, 'if they
0   can't take a joke then fu-k 'em'".

(american4 (not verified) • Mon 06/26/2017 - 07:35 Permalink
0    Sandy Hook was a hoax, clearly staged for one distinct reason: The next day ZioTalmud Khazar false-Jews Schumer,
0   Feinstein, Boxer, and Bloomberg appeared together to spuriously claim the day had come to end the right to private
ownership of semi-automatic weapons by Americans – an Act of Treason.The four ought to hang for that in and of itself, at
a gang gallows at Ft. McNair, same as the crew of their papist partners who murdered President Lincoln.Gaslighting the
Goyim – and nothing but – their satanic cult psychosis taught them from birth are "sub-human animals," "Goyim," "a
mindless herd of cattle" their duty is "to lie to, cheat, rob, enslave, and kill, with impunity" because they are "gods chosen
by God to rule the world." See Judaism-usurping 'Rabbinical Talmudism'. The Anti-Christ's pedo homo Fifth Column Beast
of 3(Cogii) and Babylon now upon us must be cast down as it won't be jumping into the Pit of its own accord.God save and
bless America! Please Lord.

roadhazard • Mon 06/26/2017 - 08:32 Permalink
0    You clowns are really fucked up.

mary mary • reply roadhazard • Mon 06/26/2017 - 11:14 Permalink
0    Crisis actors. Always crisis actors. Being interviewed by crisis spokesmodels like MK. 'Truly they have their reward',
0   but 'there shall be much weeping and gnashing of teeth'.

gregga777 • Mon 06/25/2017 - 08:48 Permalink
0    The Feral Gangster Government's organs of state propaganda (ABC, CBS, CNN, MSNBC, NBC, WSJ, WaPo, etc.) lie about
0   everything. They have been LYING non stop for more than 8 months about the supposed Russian involvement in electing
President Donald Trump. Then they have the chutzpah to want me to believe all of these fake shootings and false flag

HOME    CONTRIB. THAP.    NEWSLETTER    DONATE    MORE

 ZeroHedge

## Comments

Sort by [Thread Date ▾]  Order [Oldest ▾]  Items per page [60 ▾]


0

Bumpo  ⚑ priscilla  · Mon. 06. 26. 2017 - 08:4. Permalink

No Medivacs, helicoptors, even bodies taken to ambulances. Nothing. Just Gene Rosen practicing his lines in front of his house. WTF https://www.youtube.com/watch?v=yz2t6v3iMM

0


0

Hun Reesah  ⚑ Bumpo · Mon. 06. 26. 2017 - 12:16 Permalink

And no child deaths recorded by the FBI or the state social security Master Death File. ...Wait, what?

0

Σσς
0

Reaper · Mon. 06. 26. 2017 - 12:49 Permalink

As an unethical lawyer, Megyn, presented evidence she knew was false.
https://www.mediaite.com/online/reporter-anchors-on-newtown-2017-broadcast-reszzz

0


0

sam site · Mon. 06. 26. 2017 - 09:38 Permalink

You would think they would get their stories straight beforehand. Coroner says parents never saw their dead children. Fake father says he picked up the body bag of his son just like with so many false flag events like 9-11, a stunning sloppiness becomes apparent. In their arrogance, the globalists take for granted the sheeples blind allegiance and comatose state. Of course they know their handicapping agenda using vaccines, fluoride, GMOs and chemtrails is usually sufficient to guarantee a state of confusion, anxiety and a blind allegiance to the state.

0

0

Akzed  ⚑ sam site · Mon. 06. 26. 2017 - 10:02 Permalink

Regarding the sloppiness, 90% of people won't notice and so will swallow the official story, and the 10% who do notice the anomalies being discussed will alert the authorities to their doubts by sending URL's of debunking sites and videos to their friends AND the NSA *unwittingly*, thereby alerting authorities to their hostility to the *regime*.

0


0

optimator · Mon. 06. 26. 2017 - 09:55 Permalink

*Not one wounded survivor that could set the record straight either.*

0

0

Akzed · Mon. 06. 26. 2017 - 09:57 Permalink

/* Style Definitions */
table.MsoNormalTable

HOME    CONTRIBUTORS    NEWS LETTER    DONATE    MORE

 ZeroHedge

0        /* Style Definitions */
0        table.MsoNormalTable
        mso-style-name:"Table Normal";
        mso-tstyle-rowband-size:0;
        mso-tstyle-colband-size:0;
        mso-style-noshow:yes;
        mso-style-priority:99;
        mso-style-parent:"";
        mso-padding-alt:0in 5.4pt 0in 5.4pt;
        mso-para-margin:0in;
        mso-para-margin-bottom:.0001pt;
        mso-pagination:widow-orphan;
        font-size:11.0pt;
        font-family:"Calibri",sans-serif;
        mso-ascii-font-family:Calibri;
        mso-ascii-theme-font:minor-latin;
        mso-hansi-font-family:Calibri;
        mso-hansi-theme-font:minor-latin;}
    The "victims" photos were either photoshopped or were childhood photos of older siblings. Adam Lanza never existed, but
    photoshopped pictures of him exist. One photo was taken from a TX family's FB page, as evidenced by that mom's frantic
    freakout when she discovered it. That right there sinks this ship, no further torpedoes needed.

0        AGuy · Mon, 06/26/2017 - 15:14 Permalink
0        " Adam Lanza never existed, but photoshopped pictures of him exist"

        Adam Lanza existed. I know someone who lives in Newtown CT that had met the Lanza Family. I also know someone
        that lost a child in the attack.

        The issue is that Lanza was prescribed SSRI prescription Drugs (Same as James Holmes in Colorado) as well as
        Columbine.

0        bugoutbagzyklonB ↩ AGuy · Mon, 06/26/2017 - 15:39 Permalink
0        Really who? What was there name?! keep seeing comments like these all over the place.Please tell us or you are just
        another paid dot gov shill coming in to (i)correct the record(i)

0        AGuy ↩ bugoutbagzyklonB · Mon, 06/26/2017 - 16:14 Permalink
0        Please I am not going to disclose any names, especially on a Message board like ZH. Would you post contact info
        of friends, family on ZH? I don't think so.

        I can tell you that Sandy Hook happened. Adam was taking SSRI drugs, Just like James Holmes and the kid from
        Columbine.

        I hate getting involved in this crap, because I doubt anyone here will believe me as you've already made up your
        minds.

0        aliens is here · Mon, 06/26/2017 - 09:59 Permalink
0        MK is an used up middle age woman who is desperate to be on the top again. She'll pull no stop to be in the news. Phony
        bimbo back stabbing blond.

HOME    CONTRIBUTORS    NEWSLETTER    DONATE    MORE

 **ZeroHedge**

 **We Are The Priests** ↵ aliens is here • Mon 06/26/2017 - 11:21 Permalink
0   If Megan wants to be on top, all she need to do is come over to my place, she can be on top all she wants. Well, that is,
0   unless she wants anal. That I prefer to administer doggy style.

 **aliens is here** • Mon 06/26/2017 - 9:14 Permalink
0   MK is an used up middle age woman who is desperate to be on the top again. She'll pull no stop to be in the news. Phony
0   bimbo back stabbing blond.

 **Sofio** • Mon 06/26/2017 - 11:20 Permalink
0   Say what you wish, back it up with your proof? No proof? Forget it!
0

 **Sofio** • Mon 06/26/2017 - 11:19 Permalink
0   MK is qualified to work at DQ.
0

 **pine_marten** ↵ Sofio • Mon 06/26/2017 - 11:43 Permalink
0   I can see her as an exotic dancer with stupid naive customers she dupes and rips off at every turn.Fuck you Megan
0

 **Quinvarius** • Mon 06/26/2017 - 11:13 Permalink
0   Dig up the caskets. It makes no sense that every parent would have allowed their kids to be part of a closed casket state
0   show funeral.  Let's see what is in them and settle this.

 **Lucretius** • Mon 06/26/2017 - 11:14 Permalink
0   I dropped him off at 9:04. That's when we dropped him off at school with his book bag. Hours later I was packing' him up in
0   a body bag.  I lost my son. I buried my son. I held my son with a bullet hole through his head.9:04, not 9:00, not 9:03
    and of course NOTHive after... BULLSHIT! In plain sight.

 **DeltaDawn** • Mon 06/26/2017 - 11:14 Permalink
0   My favorite Sandy Hook anomoly is the fact that protocol dicates that people must be pronounced dead at a hospital by a
0   doctor (unless decapitated). No medivac helicopters, no ambulances loaded, no EMTs into the school, bodies brought out in
    the middle of the night, no injured children treated, and no death certificates. Parents showing up and knowing that their
    dead or injured child is inside. I am sorry, they are not going to loiter at the firestation, they are going into the school.
    There are 100+ anomolies.

ZeroHedge



**Quinvarius** · Mon, 06/26/2017 - 11:10 Permalink

0   Dig up the caskets. It makes no sense that every parent would have allowed their kids to be part of a closed casket state show funeral. Let's see what is in them and settle this.

0



**Lucretius** · Mon, 06/26/2017 - 11:13 Permalink

0   I dropped him off at 9:04. That's when we dropped him off at school with his book bag. Hours later I was picking' him up in a body bag. I lost my son. I buried my son. I held my son with a bullet hole through his head.9:04, not 9:00, not 9:03

0   and of course NOTfive after... BULLSHIT! in plain sight.



**DeltaDawn** · Mon, 06/26/2017 - 11:24 Permalink

0   My favorite Sandy Hook anomaly is the fact that protocol dictates that people must be pronounced dead at a hospital by a doctor (unless decapitated). No medivac helicopters, no ambulances loaded, no EMT's into the school, bodies brought out in the middle of the night, no injured children treated, and no death certificates. Parents showing up and knowing that their dead or injured child is inside. I am sorry, they are not going to loiter at the firestation, they are going into the school. There are 100 + anomalies.

0



**ToSoft4Truth** · Mon, 06/26/2017 - 11:24 Permalink

0   Why wouldn't Trump tell us it was a fraud, if indeed Sandy Hook was a fraud?  A. It wasn't a fraud B. Trump is in on it

0



**bugoutbagzyklonB** · Mon, 06/26/2017 - 11:53 Permalink

0   Did anyone check out the medical examiner Wayne Carver? Weird dude Check out his interview where he states he hopes this event doesn't come crashing down on everyones head. Obviously a staged event The parents were not even allowed to

0   see the kids and the FBI crime stats report noone died in Newtown via murder in 2012.

**TWForg** · Wed, 06/28/2017 - 12:27 Permalink

0   FBI statistics show no murders in Newtown in 2012 —
see https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables/

0

« first   ‹ previous   1   2

Discrimination Notice   Cookie Policy

Copyright 2009-2018 ZeroHedge.com/ABC Media, LTD

8/28/2018                    Debunking the most persistent conspiracy theories on mass shootings - CNN

U.S. +                                                                    Live TV

# go away (and why they should)

**By Doug Criss, CNN**

🕐 Updated 2:24 PM ET, Wed February 21, 2018



**(CNN)** — There are some popular -- and thoroughly debunked -- conspiracy theories that keep popping up after every mass shooting. *Sandy Hook was fake. The Vegas shooting was carried out by multiple shooters. Columbine was a result of bullying.*

Add to that, a new cottage industry of conspiracy theories that's already springing up around the high school massacre in Parkland, Florida.

Why do some people dream up such awful things at a time of great tragedy? Why do so many people believe them? And can anything be done to stop it?

Before we get to that, let's examine the conspiracy theories that will not go away.

## Parkland



8/28/2018     Debunking the most persistent conspiracy theories on mass shootings - CNN



Receive Fareed Zakaria's
Global Analysis

An inspiring snapshot of a broad look at world news.

Email address

Activate Harlee's Briefing

By subscribing you agree to our privacy policy



A woman cries during a candlelight vigil for the victims of the shooting at Marjory Stoneman Douglas High School

**The conspiracy theory:** Many of the students who survived the shooting at Marjory Stoneman Douglas High School in Parkland, Florida, have been very vocal about gun control.

That's led to accusations the students aren't really students at all. Memes and videos on YouTube claim some of the students are "actors" working for anti-gun groups who travel around the country to the sites of mass shootings. In fact, one of the top trending videos on YouTube this week alleged the same thing.

**The truth:** That's just plain crazy, one of the outspoken kids told CNN. "I'm not a crisis actor," student David Hogg said on "AC360" Tuesday. "I'm someone who had to witness this and live through this and I continue to be having

22-01023-tmd  Doc#1-7  Filed 04/18/22  Entered 04/18/22 14:16:53  Exhibit B contd. Pg 27

8/28/2018                    Debunking the most persistent conspiracy theories on mass shootings - CNN

to do that." It prompted US Sen. Marco Rubio felt the need to come to the students' defense:

"Claiming some of the students on TV after Parkland are actors is the work of a disgusting group of idiots with no sense of decency," he tweeted.

# Las Vegas



The damaged windows on the 32nd floor room that was used by the shooter in the Mandalay Hotel

**The conspiracy theory:** The investigation into the October massacre that killed 58 people at a country music festival in Las Vegas ID'd Stephen Paddock as the only shooter. But don't tell the conspiracy theorists that. They claim there where were multiple shooters. So many kooky theories and untruths on the shooting flooded the internet that YouTube changed its search algorithm to stop these conspiracy theories from bubbling to the top of searches.

**The truth:** While it's true that investigators named two people as persons of interest in the early days of the investigtion, neither have been charged with a crime. One was Paddock's girlfriend who has since been publicly cleared in the case. The other was a business associate.

# Sandy Hook



**The conspiracy theory:** The murders of 20 children and six adults at Sandy Hook Elementary School in December 2012 were shocking. But the fact there are people out there who believe it didn't happen is downright stupefying. The false narrative that Newtown, Connecticut, massacre was faked by the government is pushed by a number of conspiracy theorists, including Inforwars founder Alex Jones.

**The truth:** "They don't think anything bad ever happens, they don't think anyone ever gets hurt," Len Pozner, whose 6-year-old son Noah was killed in the shooting, told CNN in 2016. "They think whenever they see anything on the web or on television that is a crime or mass casualty event, that has to be a hoax." When Pozner began to see the hoax content appearing online, he worked to take down every video depicting false evidence, and created an organization called the HONR Networks to help him do so.

# Columbine



Two students, Dylan Klebold, and Eric Harris, carrying guns and bombs, opened fire inside Columbine High School in Littleton, Colorado, on April 20, 1999

**The conspiracy theory:** Thirteen people were killed -- 12 students and a teacher -- on April 20, 1999, when a pair of students went on a shooting rampage at Columbine High School in Littleton, Colorado, one of the first school shootings to shock the nation. The conspiracy theory goes the shooters were part of a group called the Trench Coat Mafia who attacked their fellow students because they felt they had been bullied.

**The truth:** That's the popular misconception that persists to this day, says journalist Dave Cullen, author of the book "Columbine." The killers weren't part of the Trench Coat Mafia (most members of that group had graduated years earlier); they weren't bullied by other students and that they didn't target popular jocks, African-Americans or any other group, Cullen says. A school shooting wasn't their initial intent, he told CNN in 2009. They wanted to bomb their school in an attack they hoped would make them more infamous than Oklahoma City bomber Timothy McVeigh.

# The reason behind this misinformation spread



Snopes managing editor Brooke Binkowski, left

So why do so many people believe these theories?

Brooke Binkowski, managing editor of the fake news-busting website Snopes.com, said people who dream up and spread these untruths about tragedies probably never learned the most basic thing about compassion.

"These mass shootings -- who would fake these? You can't fake these horrible situations," said Binkowsi, a journalist whose career includes stints at Southern California Public Radio, CBS Radio and CNN. "I've covered their aftermaths myself and you cannot fake the smell of blood nor the way phones ring and ring and ring as people desperately try to talk to their loved ones, one last time."



**Related Video:** Shooting survivor: I'm not a crisis actor 02:24

And the work of disentangling reality from a web of distortions dressed up as fact has become a persistent struggle for large segments of the population, a psychology professor said.

"People are constantly bombarded with information from so many different sources and it isn't always easy to work out what is true and what is false, and which sources are credible and which are not," Karen Douglas, a professor of social psychology at the University of Kent in the UK told CNN in 2016.

"Tens of millions of people believe in conspiracy theories," Dartmouth political science professor Brendan Nyhan told CNN. "There's a group of people that believe in a lot of them, but there's a much broader group that is willing to endorse them in certain cases. It's not a reflection of mental illness or pathology. It's a common thing that otherwise smart and well-informed people do."

While conspiracy theories aren't anything new, what is new is the rate of proliferation and speed at which the dark whispers turn to public pronouncements, thanks to social media and the internet.

"Someone like Alex Jones (of the Infowars website) can amplify the most effective conspiracy theories and spread them to a large audience," Nyhan said. "Sean Hannity, too. We've seen memes jump from the fever swamp online to Hannity and Alex Jones and even Donald Trump's Twitter feed very quickly -- people like that can harvest the conspiracy theories that they think are most interesting or entertaining or shocking."

**Related Article:** Where fake news goes to die

# How they can be stopped

The best way to combat this, said Binkowski, is by constant debunking, but also by pointing a finger at people with big media platforms who spread this garbage.

"We are debunking them as fast as we can. I am also aggressively calling out the people who are pushing these stories as part of my strategy," she said. "Not just because I find it disgusting, but also because when others see how fast they fold when confronted with facts, I think it helps discredit those pushing things that should be discredited."

*CNN's Nicole Chavez, Heather Kelly, Sara Sidner, Steve Almasy, Marisa Russell and Gregory Krieg contributed to this story.*

8/29/2018 5:49 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835
Irene Silva

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261ˢᵗ JUDICIAL DISTRICT |

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEFENDANTS' FIRST AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION FOR EXPEDITED DISCOVERY AND DEFENDANTS' MOTION FOR SANCTIONS**

COME NOW, Defendants Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Owen Shroyer (collectively, the "Defendants"), and hereby file a supplemental affidavit in support of their First Amended Response to Plaintiff's Motion for Sanctions and Motion for Expedited Discovery and Defendants' Motion for Sanctions.

Defendants hereby file the Affidavit for Authentication of Business Records attached hereto as Exhibit "A."

RESPECTFULLY SUBMITTED,

GLAST, PHILLIPS & MURRAY, P.C.

_____/s/ Mark C. Enoch_____
Mark C. Enoch
State Bar No. 06630360
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
Telephone:     972-419-8366
Facsimile:     972-419-8329
fly63rc@verizon.net

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2018, the foregoing was sent via efiletxcourts.gov's e-service system to the following:

Mark Bankston
Kaster Lynch Farrar & Ball
1010 Lamar, Suite 1600
Houston, TX 77002
713-221-8300
mark@fbtrial.com

_/s/ Mark C. Enoch_
Mark C. Enoch

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## AFFIDAVIT FOR AUTHENTICATION OF BUSINESS RECORDS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority on this date, personally appeared David Jones, who, being by me duly sworn, deposed and stated as follows:

1.    My name is David Jones. I am over 18 years of age, am of sound mind, and am capable of making this affidavit. I am personally acquainted with the facts stated herein.

2.    I am the Manager of Human Resources and Corporate Governance of Free Speech Systems, LLC ("FSS"). I have worked in this position since 2013. In that role I have become knowledgeable about FSS' business activities, operations and staff.  I am a custodian of the records that are attached to this affidavit.  I am, by reason of my duties and responsibilities, familiar with the manner in which FSS records are created and maintained.

3.    Attached hereto are three pages of records.  These are the original records or exact duplicates of the original records.

4.    It is the regular practice of FSS to make this type of record at or near the time of each act, event, condition, opinion, or diagnosis set forth in the record.



EXHIBIT
A

5.     It is the regular practice of FSS for this type of record to be made by, or from information transmitted by, persons with knowledge of the matters set forth in them.

6.     It is the regular practice of FSS to keep this type of record in the course of its regularly conducted business activity.

7.     It is the regular practice of the business activity to make and collect the records.

8.     Mark I. Bailen is a lawyer for Defendant FSS.

9.     FSS received the Exhibit "2" letter from Google on or about August 9, 2018. This is a true and correct copy of that letter.

10.    In response to that letter I immediately instructed Mark I. Bailen to quickly respond to Google and request that all content be preserved.

11.    The attached letter marked at Exhibit "1" dated August 16, 2018 is the letter that Mr. Bailen sent at my request.  This is a true and correct copy of that letter.


_____

David Jones

SUBSCRIBED AND SWORN TO BEFORE ME on August 29, 2018, to certify which witness my hand and official seal.

_____
Notary Public in and for
the State of Texas

My Commission Expires:

_____

CODY KEPNER
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 10/10/18
NOTARY ID 12992539-4

# BakerHostetler

Baker & Hostetler LLP

Washington Square Suite 1100
1050 Connecticut Avenue N W
Washington DC 20036-5403

T 202 861 1500
F 202 861 1783
www.bakerlaw.com

Mark I Bailen
direct dial 202 861 1715
MBailen@bakerlaw.com

August 16, 2018

**VIA FEDEX**

Philipp Schindler
Senior Vice President
Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

Dear Mr. Schindler:

We represent Free Speech Systems, LLC ("Free Speech") in certain federal court matters. Free Speech has forwarded to us your letter of August 9, 2018 regarding notice of termination of a Content Hosting Services Agreement ("CHSA"), dated December 12, 2013 and as amended on July 24, 2015. In accordance with its obligations in the court cases referenced above (as well as other litigated matters), Free Speech is required to preserve evidence including documents and videos posted pursuant to the CHSA.

It is not clear from your letter the specific grounds upon which Google is relying to terminate the CHSA. It is also not clear what is meant by your statement that "your Content Owner will be dissolved, but any active channels within that Content Owner and any live videos on those channels will remain." Please clarify what you mean by this statement and send us a copy of the CHSA, including all amendments, and any other documents that define "Content Owner" as referenced in the statement above.

Further, in light of its preservation obligations, Free Speech asks that Google refrain from deleting, destroying, dissolving, or otherwise rendering inoperable any videos or other documents posted by Free Speech or Alex Jones (or others at their direction) until Free Speech has retrieved all of the materials. We understand that Free Speech is currently unable to access these materials because its account is frozen.

You can email a copy of the CHSA to me at mbailen@bakerlaw.com. Please do so as soon as possible.

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC



August 16, 2018
Page 2

Thank you for your attention to this matter and please feel free to contact me if you have any questions or would like to discuss further.

Sincerely,

Mark I. Bailen
Partner



August 9, 2018                                                     Via Federal Express and Email

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

**Attn:** Alex Jones and Buckley Hamman
Free Speech Systems, LLC ("Partner")
3019 Alvin DeVane Blvd Suite 350
Austin, Texas 78741
nfowarsman78@gmail.com, buckley@infowars.com

**Attention: Legal Department**
**Re: Termination of Content Agreements**

Dear Sir

We write on behalf of Google LLC f/k/a Google Inc. ("**Google**") to inform you that we are exercising our contractual rights to terminate the Content Hosting Services Agreement ("**CHSA**"), dated December 12, 2013, and as amended on July 24, 2015. This letter serves as written notice that Google is exercising its right to terminate the CHSA on 30 days prior written notice under section 11.2.

Accordingly, the **CHSA** will be terminated as of **September 10, 2018**. The Sections that are described as surviving in the CHSA will survive termination. Upon termination, your Content Owner will be dissolved, but any active channels within that Content Owner and any live videos on those channels will remain.

This notice is not a waiver of any claims or defenses available to Google, including those set forth under the agreements

Signed by an authorized representative of Google:

By:

Name

Date

2018.08.10
07:08:00 -07'00'

CONFIDENTIAL ~ DMS Template ID: 4673368 (v1.1) ~ pg. 1

