**<u>EXHIBIT B  (contd.)</u>**

**Copy of All Filings with State Court**

8/29/2018 8:06 PM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-18-001835**
**Terri Juarez**

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## DEFENDANTS' SECOND AMENDED ANSWER

COMES NOW, Defendants Alex E. Jones, InfoWars, LLC, Free Speech Systems, LLC, and Owen Shroyer (collectively, the "Defendants"), hereby file this Second Amended Answer and show the Court the following:

## I.

## GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants generally deny each and every, all and singular, the material allegations contained in Plaintiff's Original Petition and demand strict proof thereof by a preponderance of the evidence.

## II.

## AFFIRMATIVE AND OTHER DEFENSES

Pursuant to Rule 94 of the Texas Rules of Civil Procedure, Defendants plead the following:

2.01    For further answer if need be, Defendants allege that Plaintiff's claims are barred by the Statute of Limitations.

2.02    For further answer if need be, Defendants allege that Plaintiff's claims are

barred because the alleged defamatory claims/broadcasts constitute Defendants' opinions.

2.03    For further answer if need be, Defendants allege that Plaintiff's claims for Exemplary Damages are waived and barred by his failure to comply with Texas Civil Practice & Remedies Code §73.055(c).

2.04    For further answer if need be, Defendants allege that they are protected by the Statutory Qualified Privilege for broadcasters provided in Texas Civil Practice & Remedies Code §73.004.

2.05    For further answer if need be, Defendants allege that they are protected under common law doctrine of "fair comment" and Texas Civil Practice & Remedies Code §73.002 because their re-publications involved matters of public concern published for general information and were fair, true and impartial accounts and the ordinary listener/viewer could identify the statements were made in the original publications.

2.06    Defendant Infowars, LLC denies that it is liable in the capacity in which it has been sued.

2.07    For further answer if need be, Defendants assert that Plaintiff's claims are barred by the Texas Citizens Participation Act. Such defense and evidence is further set forth in Exhibit 1 attached hereto and is fully incorporated herein for all purposes as if set forth verbatim.

2.08    For further answer if need be, Defendants allege that they are protected by the defense of truth and the Statutory Qualified Privilege of Substantial Truth provided in Texas Civil Practice & Remedies Code §73.005.

2.09  For further answer if need be, Defendants allege the defense of self-publication.  In this regard, the Plaintiff and his attorney published or authorized the publication of the allegedly defamatory June 25, 2017 video to millions of viewers when they voluntarily appeared on the Thursday, April 19, 2018 "Megyn Kelly Today" show on NBC.  They were interviewed during that show, and after portions of that video were played nationally, they were asked to comment on it and did comment.  At no time did they object or show or display their disagreement to the publication.

## III.

## RELIEF REQUESTED

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiff take nothing by his suit and that Defendants be allowed to go hence without day and with all costs and that the Court grant such other and further relief, at law or in equity, to which Defendants may prove themselves to be justly entitled and for which they will ever pray.

RESPECTFULLY SUBMITTED,

GLAST, PHILLIPS & MURRAY, P.C.


_____/s/ Mark C. Enoch_____
Mark C. Enoch
State Bar No. 06630360

14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
Telephone:    972-419-8366
Facsimile:    972-419-8329
fly63rc@verizon.net

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the parties listed below via efile.txcourts.gov's e-service system on August 29, 2018:

Mark Bankston
Kyle Farrar
Kaster, Lynch, Farrar & Ball, LLP.
1010 Lamar, Suite 1600
Houston, Texas 77002

_____/s/ Mark C. Enoch_____
Mark C. Enoch

## <u>VERIFICATION</u>

STATE OF TEXAS

COUNTY OF ~~DALLAS~~ Travis

BEFORE ME the undersigned authority personally appeared David Jones, who being by me first duly sworn stated that:

"My name is David Jones. I am the Manager of HR and Corporate Governance of Free Systems Speech, LLC and am an authorized agent for InfoWars, LLC. I have personal knowledge and knowledge based on my access to and review of corporate records. I am over the age of 18, have never been convicted of a felony or crime involving moral turpitude, am of sound mind and I have personal knowledge of the facts herein stated. I have read this ~~First~~ Second Amended Answer and the statement contained in paragraph 2.06 is true and correct."

_____
David Jones

SWORN TO and SUBSCRIBED before me by David Jones on August 29, 2018.



HECTOR BAPTISTA
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 4/4/2022
NOTARY ID 13147329-8

_____
Notary Public in and for
the State of Texas

My Commission Expires:

04/04/2022

7/13/2018 6:07 PM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-18-001835**
**Terri Juarez**

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| *Plaintiff*, | § | |
| | § | |
| V. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

### DEFENDANTS' MOTION TO DISMISS
### UNDER THE TEXAS CITIZENS PARTICIPATION ACT

COME NOW, Defendants Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Owen Shroyer (collectively, the "Defendants"), and hereby file this, their Motion to Dismiss Under the Texas Citizens Participation Act and in support thereof would respectfully show this Honorable Court as follows:

### I.

### INTRODUCTION

This case is not about whether or not the Sandy Hook tragedy happened, nor is this case about whether Plaintiff suffered an unthinkable tragedy on the morning of December 14, 2012, when he lost his son during the Sandy Hook shooting.

Indeed, while Plaintiff and his counsel have tried to posture this case as a defamation case, in truth, the real purposes of this case are to: (1) silence the Defendants so they can no longer communicate with others about matters of public concern including health, safety, the government, public figures and the media's products, goods and services; (2) force Defendants off of the internet and radio thereby preventing Defendants and millions of other Americans from associating on Defendants' large public media platforms; and (3) prevent Defendants and their audience members from communicating to enlist public participation in their efforts to cause

---

EXHIBIT 1

governmental bodies and officials to consider issues such as rules and laws consistent with protection of First and Second Amendment rights.

Plaintiff and his counsel have constructed their petition specifically to take advantage of the media's and many others' evident harsh disapproval of Defendants' speech. They, and perhaps many others, view Defendants' speech as "fringe" speech wholly unacceptable to the majority of Americans.

Accordingly, it is precisely in ***this kind of case*** when special attention must be paid to those rights cited above as contained in the United States and Texas Constitutions. Indeed, speech at the fringe is exactly what the First Amendment was designed to protect for it is then that the majority is most likely to use its overwhelming force to silence it.

## II.

## SUMMARY

It is apparent from the face of Plaintiff's petition and the evidence in this case that the purpose of this suit is not to recover damages from any legally actionable defamation. Instead its primary and critical purpose is to ***silence*** Alex Jones and those like him.

Plaintiff's expressed goals are to silence Alex Jones and to ban assault rifles, certain ammunition and accessories and to expand federal registration and back ground checks. In particular he seeks a complete ban on the "Bushmaster" AR-15 assault rifle, high-capacity clip and its ammunition that was used at Sandy Hook. He is continuing his pursuit of that goal on multiple fronts; this suit the third of those fronts.

His first front involved using his notoriety to obtain favorable broadcast and print media coverage to convince others to help ban this gun. He has lobbied at the federal level to ban the gun and did not succeed. However, knowing that suits against product manufacturers have been

effectively used to change business practices and restrict or eliminate distribution of products, as his second front, Plaintiff sued the Bushmaster manufacturer in his efforts to remove that gun from the market. His goal in that case was to use civil litigation to 'change business practices and restrict or eliminate distribution of this product. His goal in this case – ***his third front*** - is the same; to force Jones' "product" off the market.

But there is a constitutionally significant difference between using litigation to force a ***product*** off the market and forcing ***speech*** off the market. This is especially true when, as here, the constitutional rights involve criticism of the government and political debate.

In this case, Plaintiff seeks to force Defendants to change business practices and restrict or eliminate distribution of Shroyer's and Jones' opinions and commentaries, as well as their large internet forum for others to express theirs. If Plaintiff is successful at this, he will also be successful in restricting or removing a widely used forum for others with similar political views to associate and to express their First Amendment rights and petition the government for their causes.

The terrible tragedy at Sandy Hook instantly became the center of the political gun rights debates in this country. It was a watershed moment in that national debate as activists from both sides immediately became engaged in public debates on gun issues.

These debates occurred at town halls and in the halls of state houses and congress. Most of those debates however, were elsewhere among the general population. Among those who became more active in those national debates was Jones, who used his broadcasts to actively defend the Second Amendment.

Whether one considers the opinions of Shroyer or Jones as merely unbelievable conspiracy theories or as insightful commentaries, there can be no question, after reviewing the

entirety of the context of each complained of statement and broadcast, that both men were exercising their constitutional rights to associate with others of similar political views, petitioning by communicating to enlist more public participation in defending the Second Amendment and expressing theirs and others' opinions about First and Second Amendment rights along with the government's and media's role in that national debate.

## III.

## FACTUAL BACKGROUND

### A.    <u>Alex Jones, Free Speech, Infowars and Owen Shroyer</u>

For more than twenty years and long before the tragedy at Sandy Hook, Alex Jones has been an ardent and vocal supporter of the First and Second Amendments to the United States Constitution. He started with a local radio program during which he voiced his opinions and comments about various news stories. None of his opinions was more forcefully given than in defense of the First and Second Amendments. These forceful opinions and comments provoked strong disagreement from those who did not share the same views and thus created controversy.

His audience grew in large part because many people agreed with his opinions about the those rights and his opinion that mainstream media (hereinafter "MSM") and liberal elected and appointed government officials had historically worked to limit gun owners' rights and to stifle free speech dissent from and criticisms about those efforts. Importantly Jones often opined that those officials and media representatives used deception and could not be trusted to disclose or report accurate facts. He also opined that those deceptive efforts were intended to improperly sway public opinion toward limiting those constitutional rights. Accordingly he often urged his audience to question official reports and do their own investigations and analyses.

As his audience grew, his voice became more powerful. His speech was designed and intended to enlist his audiences and the public in general to become active in their cities, states and on the national level in defense of the Second Amendment. During his shows, he frequently associated with and broadcast opinions and comments of others who held similar viewpoints. These associations were helpful to his efforts to enlist support for his political positions and in defense of those who attacked him in order to discredit his causes.

As part of Jones' efforts and because of similar opinions and distrust of government and large media companies, Owen Shroyer was hired as a reporter and often hosted live broadcasts. He was part of Jones' efforts and successes to enlist public support for legislation consistent with individual liberty and constitutional rights.

Jones' opinions long ago made him a controversial figure in American media. While he has millions of viewers who believe him to be insightful and thought provoking, there are also millions who, along with MSM and their thousands of reporters, believe Jones is at the 'fringe' of the political right and is neither insightful nor credible. Indeed, CNN so abhors his speech that it is pressuring Facebook to censor Jones and remove his webpages.[1]

Whether one is a supporter or detractor of Jones is not the relevant issue for the purposes of this motion. Rather the relevant point is that the chasm between those with opposite views of Jones and his companies has created national controversy for years. That Jones and his views have created national controversy is obvious from a google search of the term "Alex Jones controversy" that resulted in 4,910,000 articles.[2]

Much to the dislike of Plaintiff, his counsel and others who oppose Jones' views, Jones' consistent efforts to raise public awareness about what he believed to be dishonest government

---

[1] Exhibit B, D. Jones Aff., and its attached Exhibit B-75. Hereafter, all references to "B" Exhibits are to those attached to D. Jones' Affidavit.
[2] Exhibit B, at ¶14.

officials and media reports gained noteworthy success when then candidate Donald Trump showed interest in Jones and apparently agreed with some of his opinions.

Importantly, it was President Trump's apparent views of Jones and his companies that NBC made the prime focus of its June 18, 2017, broadcast of Kelly's interview of Jones and others. Kelly's interview of Jones became a national controversy as many believed that it would further publicize Jones' views. In reaction to harsh criticisms of her and NBC and wide spread demands to not broadcast the interview in fear of legitimizing Jones' views, the show was edited in such a way as to damn Jones, discredit his opinions and to decrease his influence, whatever it was, with the President.

As Kelly and NBC reported on June 18, 2017, that controversy surrounding Jones has been heightened because of Jones' perceived access to and influence with President Trump.[3] During the NBC broadcast, Kelly stated:

> "He [Jones] and his company Infowars have been steadily gaining followers for years, producing radio shows and webcasts which reach millions a month. But Jones' influence hit new heights when he attracted a very famous fan, then-presidential candidate Donald Trump."[4]

It is clear that Jones and his opinions were public and controversial long before the NBC broadcast. It is equally clear that NBC and Kelly intended their broadcast itself to be controversial but intended by that broadcast to totally discredit Jones in order to end his controversial influence over others, including perhaps the President.

Plaintiff and his lawyers also want to end Jones' influence over others because they view Jones' opinions about government and media dishonesty as dangerous "propaganda" that has "just got to stop". Because he is a powerful voice, they view his criticisms of government and

---

[3] The President's name was mentioned more than twenty times during NBC's broadcast.
[4] Exhibit B-43.

media as the "fuel" for dangerous "conspiracy theories". In effect, they want to end the "controversy" by silencing Shroyer, Jones and his companies.

Recently, Plaintiff, along with his attorney, appeared on CNN and said, among other reasons, that he sued Defendants because hoaxers and conspiracy theorists had been harassing people for four and half years to five years and that Alex Jones is the "fuel of the fire." He then said, "[i]t's just got to stop."[5]

Plaintiff further stated that Jones was still "peddling his propaganda and is "out there with his dog and pony show every day with it… It affects the community. It affects the other families…and it's a disrespect to the first responders…community, state police… and the FBI…and it's uncalled for."[6]

## B.    Neil Heslin

Plaintiff lost his son, Jesse Lewis in the Sandy Hook tragedy. Since that time, according to the *New York Daily News*, Plaintiff has been "among the most visible of the Sandy Hook parents lobbying for gun restrictions." He is a "prominent activist…who is often shown on TV and in newspapers…" Immediately after this tragedy, Plaintiff began his activism and started appearing on nationally televised network programs arguing for stricter gun control.[7]

---

[5] Exhibit B-10 (CNN video interview of Plaintiff).
[6] Exhibit B-10 (CNN video interview of Plaintiff).
[7] Exhibit B, D. Jones Aff., at ¶19 and its attached Exhibit B-15.



'THERE SHOULD BE STRICTER GUN CONTROL'
Heslin's son, Jesse Lewis, died in Sandy Hook Shooting[8]

He has "embraced" his "high visibility" role in the national gun rights debate.[9] His dedication to this subject is so great that he missed an important personal court date as he was in Washington meeting with United States senators asking them to pass legislation that would have included universal background checks.[10]

This was not the only time that Plaintiff appeared before U.S. Senators. "Heslin made national headlines in late February when he testified"[11] before the "deeply divided" Senate Judiciary Committee on February 27, 2013, and "pleaded with senators to ban assault weapons…"[12]

---

[8] Exhibit B, D. Jones Aff., at ¶19 and its attached Exhibit B-15.
[9] Exhibit B-14.
[10] Exhibit B-1.
[11] Exhibit B-59.
[12] Exhibit B-2.


[13]

He appeared in support of Senator Feinstein's bill that would ban such weapons.[14] At that hearing, Senator Miller stated, "Sandy Hook is an event that calls on us all as policymakers to do something…"[15]

In his testimony, Plaintiff said that his son lost his life "because of a gun that nobody needs and nobody should have a right to have."[16] He further stated "a Bushmaster was brought into an elementary school in Sandy Hook Connecticut and killed [twenty] students and six educators."[17] That testimony was widely distributed[18] and was included among postings on *The Lede* and a *New York Times* website publication entitled "Latest Updates on the Gun Violence Debate."[19]

---

[13] Exhibit B, at ¶ 15 and its attached Exhibit B-11.
[14] Exhibit B-2.
[15] Exhibit B-2.
[16] Exhibit B-3 (Heslin senate testimony, Feb. 27, 2013).
[17] Exhibit B-4 (video of Heslin senate testimony).
[18] Exhibit B-5 (*The Guardian*).
[19] Exhibit B-6 (*The Lede*).

He also appeared at a hearing at the Connecticut State House, which "drew hundreds… and revealed the sharp divide in public opinion over what should happen next in the massacre's aftermath."[20] CNN reported that, "[a]t one point during the hearing, Neil Heslin…asked why the public needed assault weapons and high-capacity magazines. Some people in the crowd then interrupted his statement and shouted the Second Amendment shall not be infringed." Plaintiff is reported to have replied "We're not living in the Wild West. We're not a Third World nation. We have the strongest military in the world. We don't need to defend homes with weapons like that."[21] The *New York Times* reported that Plaintiff stated at that hearing:

> "The sole purpose of those AR-15s or AK-47s is to put a lot of lead out on the battlefield quickly, and that's what they do and that's what they did at Sandy Hook Elementary School."[22]

In December 2017, *People Magazine* in an article about Plaintiff and Jesse's mother, Scarlett Lewis, republished a photograph of Plaintiff at a podium next to Vice-President Biden with a sign in front of him that stated "DEMAND ACTION TO END GUN VIOLENCE."[23]

---

[20] Exhibit B-7 (*CNN article*).
[21] Exhibit B-7 (*CNN article*).
[22] Exhibit B-8 (*New York Times*).
[23] Exhibit B-9 (*People Magazine*).



[24]

After the United States Senate did not pass the bill supported by Plaintiff, he appeared at the White House Rose Garden for President Obama's April 17, 2013 news conference reacting to the Senate's decision.[25]



[26]

---

[24] Exhibit B-12.
[25] Exhibit B-12.

Plaintiff willingly became associated with Mayor Bloomberg's group "National Day of Action" and was interviewed in its television advertisement that was aired to persuade United States Senators in key states to support additional gun legislation. [27] Plaintiff also went on a national 100 day bus tour as part of "Mayors Against Illegal Guns" and "No More Names: National Drive to Reduce Gun Violence." [28]



[29]

As part of this national tour, publicizing his call to enact new gun laws, Plaintiff personally appeared and gave speeches in at least twenty-five states.[30]

---

[26] Exhibit B-13.
[27] Exhibit B-57.
[28] Exhibit B-61.
[29] Exhibit B-61.
[30] Exhibit B-61.



31

Plaintiff's national travel and intentionally publicized speeches were widely reported.[32] His vocal and persistent participation in gun control lobbying efforts – ***specifically using the Sandy Hook shootings to incite the public to support gun control*** -  made Plaintiff himself a very controversial public figure with some of his critics publicly describing him as a "Gun Ban Lobbyist" with a "troubled past" [33] who was "profiting from his advocacy for increased gun control."[34] On May 8, 2013, United Press International (UPI) also reported on the controversy surrounding Plaintiff as a gun ban advocate after he "came under attack...from [a] gun rights group."[35]

---

[31] Exhibit B-61.
[32] Exhibit B-62; Exhibit 63; Exhibit 64.
[33] Exhibit B-58.
[34] Exhibit B-59.
[35] Exhibit B-60.

Plaintiff remains publicly active in the national gun control debate, as he has joined other families in suing the City of Newtown[36] and filed suit against the maker of the firearm used to kill his child.[37] The suit, styled *Soto v. Bushmaster Firearms International LLC*, garnered wide attention and prompted those with differing views in the national gun debate to respond[38] and was intended to "provide a roadmap to success in court for other victims of mass shootings…"[39]

Plaintiff's suit against the manufacturer continues to command national attention as reported by *CBS This Morning* on November 14, 2017.[40] After a lower court dismissed his case[41] citing a federal law granting broad immunity to arms manufacturers, Plaintiff along with the other plaintiffs appealed the decision to further his efforts to push for gun-control and keep the political debate surrounding the issue in the public view.[42] Predictably, the National Rifle Association, along with the Connecticut Citizens Defense League,[43] is involved in protecting this federal law.[44]

Plaintiff's Bushmaster lawsuit suit was and is widely recognized as not just being about the Plaintiff's injuries. Instead, the Bushmaster lawsuit affected how– ***and if***– Remington would do business in the future.[45] Remington Firearms, the maker of the rifle used at Sandy Hook recently filed for bankruptcy.[46] Clearly, contrary to his claims, Plaintiff is not simply a "private individual."[47]

---

[36] Exhibit B-22; Exhibit 23; Exhibit 24.
[37] Exhibit B-25.
[38] Exhibit B-26 (Gun Owners Foundation May 30, 2017 article).
[39] Exhibit B-27.
[40] Exhibit B-28 (video CBS This Morning).
[41] He was joined with other Sandy Hook victim family members as plaintiffs.
[42] Exhibit B-29.
[43] Exhibit B-31.
[44] Exhibit B-30.
[45] Exhibit B-32 (video of attorney commentary).
[46] Exhibit B-29.
[47] Plaintiff's Original Petition, at ¶55.

C.    **The NBC and Megyn Kelly Broadcast of June 18, 2017**

Prior to NBC's broadcast of June 18, 2017, Megyn Kelly, in a highly publicized move, had been hired by NBC away from Fox News. Among her first assignments was to create a Sunday Night show in order to compete with CBS' 60 Minutes. It debuted on June 4, 2017, and received a "lukewarm" reception. In fact, it "fell flat."[48]

Kelly hoped the Jones interview would increase the show's ratings. Kelly and NBC knew of and emphasized Jones' controversial reputation.[49] *Page Six* reported that Kelly and NBC "need[ed] the controversy to shake up their Sunday night and bring in new viewers."[50] The promotional video clips that NBC televised in an effort to entice people to watch "sparked outrage."[51] Kelly used Jones, recognized by National Public Radio as an "internet sensation"[52] and what CNN described as the "Infowars phenomenon,"[53] to try to increase her show's ratings.

The *New York Times* reported that the show itself became the center of a national controversy in the days leading up to it.[54] Indeed, it created a "firestorm" of publicity even before its airing according to the *Times*.[55] *The Hill* reported that her interview of Jones garnered Kelly and NBC its second highest ratings that summer.[56]

Though Kelly promised Jones that if he agreed to be interviewed, she would fairly portray him and that it would not be a "hit piece,"[57] instead and in response to the backlash surrounding the upcoming controversial broadcast, Kelly and NBC "completely overhauled" the

---

[48] Exhibit B-50.
[49] Kelly began NBC's broadcast saying, "Jones did what he often does; jumped mouth first into controversy."
[50] Exhibit B-55.
[51] Exhibit B-44.
[52] Exhibit B-45.
[53] Exhibit B-46.
[54] Exhibit B-47.
[55] Exhibit B-48.
[56] Exhibit B-49.
[57] Exhibit B-51.

show "to be tougher on him." [58] *Politico Magazine's* Jack Shafer, who is a Jones critic, wrote after the broadcast "just short of waterboarding him I don't what more Kelly could have done to expose Jones dark methods."[59]

It was into this controversial 'hit-piece' and firestorm of publicity that Plaintiff voluntarily stepped when he agreed to be interviewed for the program. Other parents refused to be a part of NBC's broadcast,[60] but Plaintiff agreed to insert himself into what he knew was certain to be a controversial broadcast seen by millions condemning Jones and his views. By doing so, Plaintiff expanded his role as a limited-purpose public figure.

Plaintiff's intended goal from the broadcast was the same as Kelly's; to use this broadcast about controversies surrounding Jones to discredit him and diminish his perceived influence with millions of others including the President. But these are not the only public controversies in which Plaintiff has been fully and voluntarily engaged since Sandy Hook.

D. **The iBankCoin and Zero Hedge Articles of June 25, 2017**

Just as Kelly's interview had been controversial even before it was aired, it immediately caused additional controversy relating to Jones, Plaintiff and Sandy Hook. Among some, Kelly was criticized for being too soft on Jones. On the other end of that spectrum, others viewed her interview as a highly edited unfair "hit piece" on Jones in which both she and NBC had failed to address factual dissimilarities.

On June 25, 2017, Zerohedge.com (hereinafter "Zero Hedge")[61] published an article entitled "Megyn Kelly Fails To Fact Check Sandy Hook Father's Contradictory Claim In Alex

---

[58] Exhibit B-56.
[59] Exhibit B-52.
[60] Exhibit B-45.
[61] Zero Hedge is a respected blog recognized by Time as the ninth best financial blog in 2011. *See* Exhibit B-53.

Jones Hit Piece." Zero Hedge credited another article by iBankcoin.com (hereinafter "iBankCoin")[62] for the content of its publication.[63]

In the iBankCoin and Zero Hedge articles, the authors criticized the Kelly interview of Jones as a "tasteless and heavily edited attempt to smear" Jones. The articles further stated while referring to Plaintiff that:

> "The lack of preparation was obvious in the Jones interview – as Kelly and NBC aired footage of the grieving father of a Sandy hook massacre victim which contains a major contradiction to the official story."[64]

Both articles then referred to Plaintiff's statements made in the Kelly broadcast and cited the opinion of Jim Fetzer, a Professor Emeritus of the University of Minnesota, who had previously opined that in his view, Plaintiff's account of the events could not have happened. The words "could not have happened" were in bold print in the Zero Hedge article.[65]

## E.    <u>This Lawsuit</u>

Plaintiff filed the instant lawsuit on April 16, 2018, against Jones, his companies, Infowars, LLC and Free Speech Systems, LLC, and one of Free Speech Systems' reporters, Owen Shroyer.[66] The claims in the lawsuit are based entirely on certain commentary and statements made by Shroyer and Jones in broadcasts in June and July 2017 (the "Broadcasts"). Further, Plaintiff alleges that broadcasts on June 26, 2017[67] ("June Broadcast"), and July 20, 2017 ("July Broadcast), in their entirety, are false and defamatory.[68]

---

[62] iBankCoin is also a reputable website and its App is available for download from such reputable sources as Cnet.com and the Apple store. Its reports have also been reported in other reputable websites such as Marketwatch.com. *See* Exhibit B-54 (*Marketwatch article*).
[63] Exhibit B-55.
[64] Exhibit D, Shroyer Aff., and its attached Exhibit D-1. Hereafter, all references to "D" Exhibits are those attached to Shroyer's affidavit.
[65]  Exhibit D-1.
[66] Infowars is owned and operated by Defendant Free Speech Systems, LLC.
[67] The broadcast about which Plaintiff complains did not occur on June 26. Instead, Shroyer made those statements during his Sunday, June 25, 2017, broadcast. *See* Exhibit D, Shroyer Aff., at ¶3.
[68] Plaintiff's Original Petition, at ¶56.

1. **The June Broadcast**

    a. ***"Exclusive Feds Plan to Drop Russia Investigation Left Plans to Riot"***

Owen Shroyer's two hour June Broadcast was entitled "Exclusive Feds Plan to Drop Russia Investigation Left Plans to Riot."[69]As a small segment during this show, Shroyer reported and commented on facts and opinions of iBankCoin and Zero Hedge.[70] The allegedly defamatory statements of Shroyer were his comments made during the June Broadcast and with regard to the Zero Hedge article.

This critical fact is absent from Plaintiff's Original Petition. In fact, Plaintiff ignores the fact that Shroyer was merely commenting on a published news report and Plaintiff's Original Petition is drafted in such a way to create a false impression that Shroyer was the origin of the alleged "defamatory" content.[71]

Noting what those authors called a contradiction to the official narrative, Shroyer criticized Kelly and NBC for not having "familiarized themselves with all sides of the argument so they could have identified and explained Heslin's statement." Additionally, the articles blamed Kelly and NBC for lending credibility to Jim Fetzer and other conspiracy researchers who often point to inconsistent reports from the MSM to support their theories.

Shroyer regularly criticizes the government and MSM for bias and inaccurate reporting.[72] The segment of Shroyer's broadcast, about which complaint is made, was merely commentary in connection with iBankCoin's and Zero Hedge's criticisms of NBC's and Kelly's reporting in what both reports had called a "hit piece" on Jones. In the article described by Shroyer, Zero

---

[69] Exhibit D, Shroyer Aff., at ¶3.
[70] Exhibit D, Shroyer Aff., at ¶4.
[71] In his Original Petition, Plaintiff stated that "[o]n June 26, 2017, InfoWars' broadcast featured a segment hosted by reporter Owen Shroyer in which Shroyer claimed to have reviewed evidence showing it was impossible for Plaintiff to have held his son and see his injury." *See* Plaintiff's Original Petition, at ¶13.
[72] Exhibit D, Shroyer Aff., at ¶2.

Hedge repeated that iBankCoin had criticized NBC's and Kelly's inadequate preparation and opined that this had created apparent inconsistencies between what Plaintiff had said in the Kelly interview and what others had previously reported. The iBankCoin and Zero Hedge reports identified statements from a video interview of the medical examiner as well as statements from a video interview by Anderson Cooper of other parents of Sandy Hook victims. Both iBankCoin and Zero Hedge had also quoted from a recent publication of Professor Fetzer, who had authored a book on the Sandy Hook tragedy.

Shroyer explicitly referred to the Zero Hedge report and showed relevant portions of the report on camera, including the portions of the report showing its original publication at iBankCoin and showing Professor Fetzer's opinion that Plaintiff's account "could not have happened." Shroyer also showed the video interviews cited in the Zero Hedge article as well as Plaintiff's statements made during the NBC/Kelly broadcast.

Shroyer's statements in his broadcast about the iBankCoin and Zero Hedge reports and Plaintiff's statements were accurate and truthful. Shroyer stated that **_others_** had reported that Plaintiff's account "could not be accurate." Shroyer clearly identified those opinions as those of Professor Fetzer, iBankCoin and Zero Hedge. At the time of his broadcast, Shroyer did not know that any of the iBankCoin or the Zero Hedge reports were false.[73]

Shroyer was neither claiming that he independently investigated the claims and determined that Plaintiff's statements were inconsistent with the official reports nor that he possessed independent knowledge that was not known to the general public. Shroyer was simply providing his fair commentary on Zero Hedge's report.

Moreover, when reviewing both the broadcast in its entirety, as well as Zero Hedge's report, it is clear that the "gist" of the story was with regard to NBC and Kelly's as it targeted

---

[73] Exhibit D, Shroyer Aff., at ¶4 & 11.

their lack of credibility. Specifically, the report upon which Shroyer was providing his commentary stated the following:

> "While it's entirely possible that Mr. Heslin had access to his son after the shooting, given the highly contentious nature of the Sandy Hook massacre in which ***every aspect*** of the case has been pored over and dissected- ***it was incumbent upon Megyn Kelly and NBC to familiarize themselves with all sides of the argument so they could have identified and explained Heslin's statement***.

> By airing such an obvious contradiction to the official narrative, Megyn Kelly and NBC have lent credibility to Fetzer and other conspiracy researches who often point to inconsistent reports from the [Main Stream Media] to support their theories.

> ***She lied***…

> …

> By failing to identify the obvious contradiction between Neil Heslin's account and the official story, Kelly and her network have fanned the very flames of doubt and conspiracy they sought to silence, creating more questions than answers.

> For the sake of all the Sandy Hook parents who weren't allowed to see their deceased children, and to settle this new piece of fodder for conspiracy theorists which ***they aired***, Megyn Kelly and NBC have a responsibility to address this giant contradiction to the official story."[74]

Zero Hedge's report, along with the commentary provided by Shroyer, was directed at NBC, Kelly and MSM in that there were inconsistencies with regard to the official reports and what was being reported by the MSM. Plaintiff attempts to change the "gist" of the broadcast into something that was solely directed at him, which is simply not the case.

In reality, nothing that Plaintiff claims Shroyer said or broadcasted could even be considered false. Shroyer's "statements of fact" quoted in Plaintiff's Original Petition are self-evident. The only true statements that could possibly be considered as "facts" are that Shroyer correctly and truthfully reported that according to Zero Hedge's report "fact-checkers" regarding

---

[74] Exhibit D-2 (emphasis in original).

Plaintiff's statements "have said" that his statements "cannot be accurate."[75] That is a true statement in that, according to Zero Hedge, fact-checkers have made the claim that Plaintiff's statements could not be possible when they are compared with the official reports of the medical examiner.

### 2. The July Broadcast

Plaintiff's complaint regarding the July Broadcast is difficult to ascertain. First, Plaintiff appears to argue that the July Broadcast is defamatory because it "re-broadcast" the June Broadcast.[76] Second, Plaintiff again appears to claim that specific statements within the broadcast are defamatory. Lastly, Plaintiff argues that the entire broadcast is defamatory. For the reasons set forth above with regard to the June Broadcast, the July "rebroadcast" is not defamatory because the June Broadcast is not defamatory.

For more than 20 years, Alex Jones has been an outspoken critic of the attempts of those at all levels of government to restrict individual liberties. His strongly stated opinions encompass the view that government and MSM, which likewise want to see individual liberties curtailed, coordinate mass media coverage of major tragedies in a way to manipulate popular opinion in order to amass necessary political support to enact those restrictions. Jones is not alone in this view.

United States Senator Rand Paul once stated during an interview:

"Well, these are the kind of things that I think some on the left decide and manufacture even before the events occur. I mean, this is part of the playbook of Rahm Emanuel where they say any crisis should be used to their advantage to further their agenda. So I'm not surprised that they do it, I do think they should be ashamed of themselves for doing it."[77]

Rahm Emanuel's exact statement was:

---

[75] Plaintiff's Original Petition, at ¶14.
[76] Plaintiff's Original Petition, at ¶22. There was no June 26 broadcast by Shroyer.
[77] Exhibit B-41 (Factcheck.org article).

"You never want a serious crisis to go to waste. And what I mean by that is that it's an opportunity to do things that you think you could not do before."[78]

At the time of this statement, Emanuel was Chief of Staff for incoming President Obama. Jones has quoted Emanuel's statements on numerous occasions during his broadcasts to underscore his opinion that evidence exists that some in government try to profit from crises for political purposes. Indeed, during the July Broadcast which Plaintiff claims was defamatory, Jones referred specifically to that oft-repeated quote.

Just as Jones repeated these opinions, he also consistently questioned and criticized media companies and their reports throughout the July Broadcast. The word media was mentioned by Jones fifty-six times in that broadcast alone.[79] Jones specifically criticized the June 18, 2017, NBC/Kelly broadcast and other large media companies for having removed/censored some of Defendants' broadcasts.

Consistent with his long shared opinions, Jones then opined that the tragedy at Sandy Hook had been "used to blame the American people to say gun owners were" to "blame." He further stated his opinion that "saying gun owners are responsible for what somebody on Prozac does is… not true."[80]

In his regular daily three hour broadcast on July 20, Jones spoke about a wide range of political subjects primarily directed at the claimed wrongs of some in government and others' overlooking or assisting in those wrongs. The long list of complaints included, but was not limited to, Mueller's expanded probe into the President's businesses as being a witch hunt and the FBI's inaction while the Clintons' made money helping China and North Korea gain nuclear

---

[78] Exhibit B-42 (Emanuel video).
[79] Exhibit B-35; Exhibit B-37.
[80] Exhibit B-35, at p.46; Exhibit B-37.

and ICBM re-entry technology.[81] Jones also voiced criticisms of major media outlets because of misrepresentation of facts and reporting fake news.

<div align="center">

IV.

**THE IMPORTANCE OF THE FIRST AMENDMENT**

</div>

"At the heart of the First Amendment is the recognition of the fundamental importance of the free flow of ideas and opinions on matters of public interest and concern. The freedom to speak one's mind is not only an aspect of individual liberty- and thus a good unto itself- but also is essential to the common quest for truth and the vitality of society as a whole… ***The First Amendment recognizes no such thing as a 'false' idea.***"[82]

"[B]oth the U.S. Constitution and the Texas Constitution robustly protect freedom of speech."[83] The United States Constitution's protections for speech were "fashioned to assure unfettered interchange of ideas for the bringing about of political and social changes desired by the people."[84] As the United States Supreme Court has emphasized:

"The right to think is the beginning of freedom, and ***speech must be protected***… because speech is the beginning of thought."[85]

Likewise:

"The Texas Constitution also explicitly protects freedom of expression, declaring that '[e]very person shall be at liberty to speak, write or publish his opinions on any subject… and no law shall ever be passed curtailing the liberty of speech or of the press."[86]

---

[81] This issue was also discussed by Shroyer during the June Broadcast.

[82] *Hustler Magazine v. Falwell*, 485 U.S. 46, 50-51 (1988) (citing *Bose Corp. v. Consumers Union of United States, Inc.*, 466 U.S. 485, 503-504 (1984) (emphasis added)).

[83] D Magazine Partners, L.P., 529 S.W.3d at 431.

[84] *D Magazine Partners, L.P. v. Rosenthal*, 529 S.W.3d 429, 433 (Tex. 2017) (citing *N.Y. Times Co. v. Sullivan*, 376 U.S. 254, 269, 84 S. Ct. 710, 11 L. Ed. 2d 686 (1964).

[85] *Ashcroft v. Free Speech Coalition*, 535 U.S. 234, 253, 122 S. Ct. 1389, 152 L. Ed. 2d 403 (2002) (emphasis added).

[86] *D Magazine Partners, L.P.*, 529 S.W.3d at 433 (citing Tex. Const. art. I §8).

"Protections for the press are ***especially vital*** because of the ***pivotal role*** it plays in the dissemination of information to the public."[87] Thus, a "free press" is "essential to a healthy democracy."[88] Similarly, one of the "foundational principles of American democracy is the freedom to comment on matters of public concern."[89] This "foundational principle" has been repeatedly emphasized by the United States Supreme Court.

In *New York Times Co. v. Sullivan*[90], the Court expressed "a profound national commitment to the principle that debate on public issues should be uninhibited, robust, and wide-open and that [such debate] may well include vehement, caustic, and sometimes unpleasantly sharp attacks on government…"[91]

The Court in *Rosenblatt v. Baer*[92] took this viewpoint even further:

> "***Criticism of government*** is at the very center of the constitutionally protected area of free discussion. Criticism of those responsible for government operations must be free, les criticism of government itself be penalized."[93]

These "foundational principles" are equally protected by Texas law and fall within the purview of the TCPA.[94]

---

[87] *D Magazine Partners, L.P.*, 529 S.W.3d at 433 (citing *N.Y. Times Co. v. United States*, 403 U.S. 713, 717, 91 S. Ct. 2140, 29 L. Ed. 2d 822 (1971) (Black, J., concurring) (emphasis added).

[88] D Magazine Partners, L.P., 529 S.W.3d at 431 .

[89] D Magazine Partners, L.P., 529 S.W.3d at 433.

[90] *New York Times Co. v. Sullivan*, 376 U.S. 254, 270, 84 S. Ct. 710, 11 L. Ed. 2d 686 (1964).

[91] *New York Times Co.*, 376 U.S. at 270.

[92] *Rosenblatt v. Baer*, 383 U.S. 75, 85, 15 L. Ed. 2d 597, 86 S. Ct. 669 (1966).

[93] *Rosenblatt*, 383 U.S. at 85 (emphasis added).

[94] *Hersh v. Tatum*, 526 S.W.3d 462, 466 (Tex. 2017) ("The stated purpose of the [TCPA] is to 'encourage and safeguard the constitutional rights of persons to petition, speak freely, associate freely, and otherwise participate in government to the maximum extent permitted by law..."); *see also Foster v. Laredo Newspapers*, 541 S.W.2d 809, 812 (Tex. 1976) (quoting *Rosenblatt*, 383 U.S. at 85) ("Criticism of government is at the very center of the constitutionally protected area of free discussion…").

# V.

# THE TEXAS CITIZENS PARTICIPATION ACT

## A.    <u>The Purpose of the TCPA</u>

The TCPA "protects citizens who… speak on matters of public concern from retaliatory lawsuits that seek to intimidate or silence them"[95] and "professes an overarching purpose of 'safeguard[ing] the constitutional rights of persons to petition, speak freely, associate freely, and otherwise participate in government" against infringement by meritless lawsuits, and is often characterized as an "anti-SLAPP" law.[96] The TCPA further directs that it is to be "construed liberally to effectuate its purpose and intent fully"[97] and it pursues "any such goals chiefly by defining a suspect class of legal proceedings that are deemed to implicate free expression, making these proceedings subject to threshold testing of potential merit, and compelling rapid dismissal- with mandatory cost-shifting and sanctions- for any found wanting."[98]

The Texas Supreme Court in *Adams v. Starside Custom Builders, LLC*[99], recently stated that "[t]he TCPA casts a wide net."[100] In fact, the Honorable Bob Pemberton wrote:

> "It is conceivable that the Legislature would see fit to ***cast this net exceptionally widely- opting for a hand grenade rather than a rifle shot-*** perhaps in recognition of a ***high value being ascribed to constitutionally-protected expression*** that may be subsumed somewhere within the Act's definitions of protected expression, or in an effort to capture expression-targeting 'legal actions' that might otherwise be creatively pleaded so as to avoid the statute's requirements."[101]

---

[95] *In re Lipsky*, 460 S.W.3d 579, 579 (Tex. 2015) (citing Tex. Civ. Prac. & Rem. Code §27.001-011).
[96] *Cavin v. Abbott*, 2017 Tex. App. LEXIS 6511, *16 (Tex. App.- Austin, July 14, 2017) (emphasis added).
[97] *Cavin*, 2017 Tex. App. LEXIS 6511, at *16.
[98] *Cavin*, 2017 Tex. App. LEXIS 6511, at *16.
[99] *Adams v. Starside Custom Builders, LLC*, No. 16-0786, 2018 Tex. LEXIS 327, at *8 (Tex. 2018).
[100] *Adams*, 2018 Tex. LEXIS 327, at *8.
[101] *Cavin v. Abbott*, 2017 Tex. App. LEXIS 6511, *42 (Tex. App.- Austin, July 14, 2017) (emphasis added).

Under the TCPA, the movant bears the initial burden to show by a preponderance of evidence "that the legal action[102] is based on, relates to, or is in response to the party's exercise of" certain constitutional rights.[103] This first step of the TCPA is a legal question[104] and in determining whether "a legal action should be dismissed… the court **shall consider the pleadings** and supporting and opposing affidavits stating the facts on which the liability… is based."[105]

Once the movant meets this evidentiary burden and proves that the TCPA applies, the burden shifts to the nonmovant to establish "by clear and specific evidence a prima facie case for each essential element of the claim in question" in order to avoid dismissal.[106]

Should the nonmovant meet its statutory burden, the burden shifts back to the movant, who may then establish by a preponderance of the evidence each essential element of a valid defense which, if established, results in a mandatory dismissal by the court.[107]

## VI.

## ARGUMENT AND AUTHORITIES

A.    **Plaintiff's "legal action" is based on, related to and in response to Defendants' exercise of the Right to Free Speech, Right to Petition and Right of Association**

The TCPA is applicable to this litigation because: (1) Plaintiff's legal action is factually predicated on Defendants' exercise of their constitutionally protected rights; and (2) Plaintiff's legal action is otherwise "based on, relates to and is in response to" Defendants' exercise of their constitutionally protected rights.

---

[102] Pursuant to the statute, a "legal action" can be, among others, a "lawsuit" or "cause of action." Tex. Civ. Prac. & Rem. Code §27.001(6).
[103] Tex. Civ. Prac. & Rem. Code §27.005(b).
[104] *Whisenhunt v. Lippincott*, 416 S.W.3d 689, 695 (Tex. 2013); *Epperson v. Mueller*, No. 01-15-00231-CV, 2016 Tex. App. LEXIS 8671 (Tex. App.-Houston [1st Dist.] Aug. 11, 2016).
[105] *Hersh*, 526 S.W.3d at 466 (emphasis added); Tex. Civ. Prac. & Rem. Code §27.006(a).
[106] Tex. Civ. Prac. & Rem. Code §27.005(c).
[107] Tex. Civ. Prac. & Rem. Code §27.005(d) ("the court shall dismiss…").

1.    **Plaintiff's legal action is factually predicated on Defendants' exercise of their constitutionally protected rights**

The Austin Court of Appeals has long held that the TCPA's language, "based on, relates to, or is in response to" "serves to capture, at a minimum, a 'legal action' that is factually predicated upon alleged conduct that would fall within the TCPA's definitions of 'exercise of the right of free speech…"[108] As stated above, when making the determination whether a "legal action" is based on, related to or in response to a movant's constitutionally protected right, the Texas Supreme Court has observed and stated that:

> "'[T]he ***plaintiff's petition***…, as so often has been said, is the 'best and all sufficient evidence of the nature of the action'…When it is ***clear from the plaintiff's pleadings*** that the action is covered by the [TCPA], ***the defendant need show no more***."[109]

"Communication" is defined as the making or submitting of a statement or video in any form or medium, including oral, visual, written, audiovisual, or electronic.[110] Furthermore, the TCPA defines "[e]xercise of the right of free speech" as "a communication made in connection with a matter of public concern."[111] The TCPA states that the "'[e]xercise of the right of free speech means a communication made in connection with a matter of public concern"[112] which "includes [among others] an issue related to… health or safety… community well-being… [or] the government."[113] Courts have ***broadly*** interpreted the TCPA's application to "matters of public concern"[114] which, by plain language of the statute, includes ***an issue related to*** health or

---

[108] *Cavin*, 2017 Tex. App. LEXIS 6511, at *20.
[109] *Hersh*, 526 S.W.3d at 467.
[110] Tex. Civ. Prac. & Rem. Code §27.001(1).
[111] Tex. Civ. Prac. & Rem. Code §27.001(3).
[112] *Hersh*, 526 S.W.3d at 466.
[113] *Hersh*, 526 S.W.3d at 466; Tex. Civ. Prac. & Rem. Code §27.001(7)(A-E).
[114] *See, e.g., Adams*, 2018 Tex. LEXIS 327 at *10 (observing that communications by a resident that real estate developer had "chopped down trees, generally made life miserable for the residents, and engaged in unspecified other corrupt or criminal activity is of public concern"); *David Martin Camp v. Patterson*, 2017 Tex. App. LEXIS 7258, at *14 (Tex. App.- Austin 2017, no pet.) (holding that private texts and emails of contractor related to goods

safety; environmental, economic, or community well-being; the government; a public official or public figure; or a good, product, or service in the marketplace.[115] The Third Court of Appeals has explained:

> "[T]he TCPA does not require that the statements specifically "mention" health, safety, environmental, or economic concerns, nor does it require more than a "tangential relationship" to the same; rather, TCPA applicability requires only that the defendant's statements are "in connection with" "issue[s] related to" health, safety, environmental, economic, and other identified matters of public concern chosen by the Legislature."[116]

The "right to petition" includes: (i) a communication in connection with an issue under consideration or review by a legislative, executive, judicial, or other governmental body[117]; (ii) a communication that is reasonably likely to encourage consideration or review of an issue by a legislative, executive, judicial, or other governmental body[118]; (iii) a communication reasonably likely to enlist public participation in an effort to effect consideration of an issue by a legislative, executive, judicial, or other governmental body; or (iv) any other communication that falls within the protection of the right to petition government under the Constitution of the United States or the constitution of this state.[119] "Right of Association" within the TCPA means a "communication between individuals who join together to collectively express, promote, pursue, or defend common interests."[120]

There is no dispute that the statements and broadcasts upon which Plaintiff relies upon in each of his claims against Defendants constitute a "communication" as defined by the TCPA.

---

[115] Tex. Civ. Prac. & Rem. Code §27.001(7)(A-E).
[116] *Cavin v. Abbott*, 2017 Tex. App. LEXIS 6511, at *28 (Tex. App.- Austin July 14, 2017, no pet.) (citing *Exxon v. Coleman*, 512 S.W.3d 895 (Tex. 2017).
[117] Tex. Civ. Prac. & Rem. Code §27.001(4)(B).
[118] Tex. Civ. Prac. & Rem. Code §27.001(4)(C).
[119] Tex. Civ. Prac. & Rem. Code §27.001(4)(D).
[120] Tex. Civ. Prac. & Rem. Code §27.001(2).

Each of the individual statements, as well as the entire broadcasts were Defendants' "making or submitting" a "statement or video" that was oral, visual, audiovisual and electronic. Thus, for purposes of this Motion, each of the complained of defamatory claims brought by Plaintiff is based upon Defendants' "communications."[121]

###### *a.* ***Right of Free Speech***

###### *i.* *Defendants' statements and/or broadcasts were made in connection with a matter of public concern*

In deciding whether this lawsuit is related to the exercise of free speech under the broad language of the TCPA, this Court "must look to the context of the communication in which the allegedly defamatory statement is made."[122] Furthermore, this Court must also "consider the broader context of the speech to know whether or not it relates to an issue identified as a matter public concern by the legislature."[123] The "broader context" includes not only reviewing the entire communication (not just the allegedly defamatory portion), but also reviewing the "surrounding circumstances" in which the communication was made.[124]

As is apparent from Plaintiff's Original Petition, each cause of action against Defendants, based upon the June Broadcast and July Broadcast, refers entirely to matters of public concern as defined by the TCPA. From Plaintiff's Original Petition, it appears as though he is claiming that certain statements in and of themselves are defamatory and, at the same time, arguing that the broadcasts in their entirety are defamatory. Neither is true.

For purpose of this Motion, the issues and statements made and discussed in the June Broadcast undoubtedly constitute a "communication made in connection with a matter of public

---

[121] Tex. Civ. Prac. & Rem. Code §27.001(1) ("Communication" is defined as the making or submitting of a statement or video in any form or medium, including oral, visual, written, audiovisual, or electronic).
[122] *Shipp v. Malouf*, 439 S.W.3d 432, 438 (Tex. App.- Dallas 2014, pet. denied).
[123] *Shipp*, 439 S.W.3d at 438.
[124] *Shipp*, 439 S.W.3d at 438.

concern" because Shroyer' statements within, as well as the entire broadcast, included issues "related to" health or safety, environmental, economic, or community well-being, the government, a public official or public figure, or a good, product, or service in the market place.

Shroyer's statements individually, as well as the broadcast in its entirety, fall within the meaning of "communication" as defined in the TCPA.[125] Because each of the alleged defamatory statements constitutes a "communication," the only issue left for this Court to resolve is whether the "communications" were made in "connection with" an "issue related to" one of the five designated topics that the TCPA defines as a "matter of public concern."

The complained of statements made by Shroyer during the June Broadcast were made in connection with NBC and Kelly's interview with Jones, which also featured a "reaction" interview with the Plaintiff in this lawsuit. The "interview" that was highly edited and published by NBC was intended to discredit Jones and his companies. Thus, when Shroyer made his statements in connection with the NBC interview, he was commenting on issues related to matters of public concern because, first and foremost, Shroyer was commenting on Kelly's alleged failure to conduct a complete interview with Plaintiff.

Indeed, Shroyer's comments were made in connection with Zero Hedge's article that simply brought light to contradictions between Plaintiff's statements made during the Kelly interview and the statements made by the medical examiner. Shroyer specifically stated the following:

> "One must look at **Megyn Kelly** and say, '*Megyn*, I think it's time for **you** to explain this contradiction in the narrative. Because, this is only going to fuel the conspiracy theory that you're trying to put out, in fact."[126]

---

[125] "'Communication' includes the making or submitting of a statement or document in any form or medium, including oral, visual, written, audiovisual, or electronic." Tex. Civ. Prac. & Rem. Code §27.001(1).
[126] Exhibit B-38, at 6.

It is clear that Shroyer's statements were a "communication" in connection with a matter of public concern because Shroyer's communication was, at the very least, a communication that falls within the TCPA's definition of an "issue related to" a "public figure," which in this case, was Kelly.

Also, Shroyer's comments and opinions made in connection with the Zero Hedge article likewise fall within the TCPA's definition of "matter of public concern" because his statements encompass issues related to health or safety, community well-being, the government, and a good, product or service in the marketplace.[127]

Furthermore, Shroyer's statements also related to Alex Jones, who is also public figure, as well as NBC's "product, good or service" that was broadcast nationally on a very controversial subject.

Likewise, although determining the "gist" of the entire broadcast is nearly impossible as the subjects upon which Shroyer comments are vast in that they include various guests that discuss different matters, the only "gist" that could be derived from the broadcast in its entirety is that the government and MSM should be questioned by American citizens.[128]

In fact, toward the beginning of the alleged defamatory broadcast, Shroyer stated:

> "Meanwhile, this is actually the biggest PSYOP[129] I think that's going on right now. You have ***mainstream news*** that is trying to not only portray an inaccurate picture of Donald Trump. We already know that that's going on. ***But they also want to dominate you and intimidate you from believing in yourself, from believing in the movement, from believing in Donald Trump***. That's what they're trying to do. They're trying to oppress our victories. They're trying to oppress Donald Trump's victories. They're trying to oppress the fact that we are taking this country back. We are going in the right direction.

---

[127] More specifically, Shroyer's comments were also directed at the NBC broadcast, which constitutes a "good, product, or service in the marketplace," as NBC's "good, product, or service" is its broadcast and publication of the news.

[128] Again, issues related to the "government" are also matters of public concern.

[129] Psychological Operation.

It might be small steps here or there. There might be some big steps here or there. There might be some leaves. There might be some knocks back, but we're going in the right direction and ***Trump is leading it***, but don't want you to know that. They don't want you to believe that. They want to oppress you. They want to intimidate you. They want to bully you with ***fake news*** and they want to tell you that you're not winning, Trump's not winning, the investigation is ongoing, Trump colluded, he's getting impeached, assassinate here, assassinate there, and it's all failing. It's all failing, folks, so just remember that. Fellow Americans, we are winning right now. We are kicking ass. The Democrats are failing. ***CNN is failing***. ***Trump is winning***. We are winning. ***That's the story, not what they try to tell you on the fake news***.

…

Do not, do not let the ***fake news*** get you down. Do not let the ***fake news*** control the way you think, feel, and see the way politics are going, the way this country is going. They want to bully you. They want to suppress the victories that we're having. This is proven in spades, folks, when you just look at the amount of coverage and the ***type of coverage that Donald Trump gets***."[130]

Under the broad application given to the TCPA, Shroyer's individual comments, as well as the entire June Broadcast were communications made in connection with matters of public concern. Therefore, the TCPA is applicable to Plaintiff's entire lawsuit and all causes of action asserted by Plaintiff's that is "based on, related to, or in response to" the June Broadcast.

Just like the June Broadcast, the statements made by Jones in the July Broadcast were made in connection with matters of public concern. The broadcast, as well as the individual statements, were made in connection with issues related to health and safety, community well-being, the government, a public figure and a good, product or service in the marketplace.

The complaints asserted by Plaintiff encompass Jones' statements and opinions with regard to the government and MSM's use of national tragedies to promote and push political agendas. Likewise Jones criticized government and MSM for being dishonest when he stated,

---

[130] Exhibit B-38, at 1-2.

"Uh, but they cannot be honest with us. The politicians and the mainstream media are incapable of being honest with us…"[131]

### b. Right of Association

The TCPA's definition of "right of association" has a broad application. However, the TCPA's "right of association" as it is applied to the facts presented in this litigation fall clearly within its definition and meaning.

As is made clear by the June and July Broadcasts, the style of broadcast is not that of a traditional media outlet. Although Defendants are "media," they share their platform with guests, as well as listeners who are invited to call in and engage in the topic of discussion. In each of the complained of broadcasts, Defendants' were communicating with others "who join together to collectively express, promote, pursue or defend common interests."

In the June Broadcast, Shroyer's statements were between "individuals" because Shroyer was "communicating" with his listeners, the majority of whom share the same viewpoints as those of Defendants. Shroyer was also "communicating" with multiple guests, including Roger Stone and Shiva Ayyadurai, as well as Jones, who was not present during the broadcast but called in to engage in the debate that was happening on the show. Yet again, as is clear from the broadcast, the "individuals" were joining together to collectively express, promote, pursue or defend common interests.

Specifically, a listener of the show named Harold called in during the broadcast to engage in the discussion with Shroyer and said:

"Hey. It's good to see the wild man beside Alex there. I like the way you deliver the news…"

---

[131] Exhibit B-35.

Therefore, the June broadcast constitutes Defendants' "exercise of the right of association" because the statements made throughout the broadcast were "communications between individuals who join together to collectively express, promote, pursue, or defend common interests."

Similarly, during the July Broadcast, Jones was joined by guests, including Jon Rappoport. In fact, immediately after Jones' discussed the June broadcast, he asked Rappoport's opinions of the controversy. Rappoport stated:

> "Just, a report on the report on the report on the report is suddenly you know, licenses to take away access. You can't do that. Absolutely not. Absolutely inappropriate… Because there is an unanswered question. So where does that leave us? Well, let's say that somebody decides to publish on YouTube a whole list of the ingredients in vaccines. You know, here it is from the CDC. And I have a question because if you'll notice, there's aluminum, aluminum, aluminum, aluminum, aluminum, and now here is a statement from official organization, medical organizations about how neurotoxic aluminum is… being injected this way and I'm asking questions about this. Well, that… let's throw that away, too. That's no good. We can't have a video like that. We can't have that either…
>
> … If they're going to throw… out that video by Shroyer, then everything is up for grabs. You can't say anything that wouldn't be censored if somebody wants to censor it."[132]

Again, Jones' alleged defamation falls within the TCPA's definition of "right of association" because Jones' statements and broadcast, which Plaintiff claims are defamatory, were "communications between individuals who join together to collectively express, promote, pursue, or defend common interests."

Although the complained of statements and broadcasts fall within the TCPA's definition of the "right of association," the Texas Supreme Court has applied the "right of association" to

---

[132] Exhibit B-35, at 46-47.

issues much broader than what is before this Court.[133] Thus, it is clear that Plaintiff's legal action is also based on, related to, and is in response to Defendants' right of association.

### c.     Right to Petition

The "right to petition under the federal Constitution… 'is cut from the same cloth as the other guarantees of [the First Amendment], and is an assurance of a particular freedom of expression' of the People in a specific context- seeking remedy for grievances and otherwise communicating their will to government officials."[134] The "right to petition" is "also said to be 'implicit in [the] very idea of government, republican in form.'"[135]

As the Austin Court of Appeals stated:

"The text of the TCPA as a whole confirms, rather than refutes, that the Legislature intended to incorporate this established understanding of this constitutional 'right to petition' when defining the 'exercise of the right to petition,' as opposed to creating some sort of *sui generis* innovation. Subparagraphs (B), (C), and (D) of the 'exercise of the right to petition' definition explicitly contemplate either the direct petitioning of government for action or redress on particular 'issues' or the sorts of collateral actions aimed at influencing public opinion in support of petition that which the U.S. Supreme Court has long been held to be within the First Amendment right to petition. Further confirmation of the Legislature's intent is found in subparagraph (E) of the definition, the final one, which states that 'exercise of the right to petition' includes… any other communication that falls within the protection of the right to petition government under the Constitution of the United States or the constitution of this state."[136]

Likewise, the Petition Clause of the Texas Constitution "reserves the right to petition the government for a redress of grievances" as follows:

"RIGHT OF ASSEMBLY; PETITION FOR REDRESS OF GRIEVANCES. The citizens shall have the right, in a peaceable manner, to assemble together for their

---

[133] *Elite Auto Body LLC*, 520 S.W.3d at 200-204 (holding that an auto-repair business's internal communications incident to alleged misappropriation of trade secrets from a rival sufficed as the "exercise of the right of association" as the TCPA defines them).
[134] *Serafine v. Blunt*, 466 S.W.3d 352, 380 (Tex. App.- Austin 2015, no pet.).
[135] *Serafine*, 466 S.W.3d at 380.
[136] *Serafine*, 466 S.W.3d at 380-381.

common good; and apply to those vested with the powers of government for redress of grievances or other purposes, by petition, address or remonstrance."[137]

Defendants' statements asserted within the complained of broadcasts, as well as many others, were not simply made so Jones and Shroyer could listen to themselves talk. The statements made in those broadcasts were intended to elicit and enlist the public's participation in national debates in their effort to positively affect consideration of laws consistent with the constitution and to oppose those who advocate against the Constitutional rights of all citizens.

An example of this fact can be found in the July Broadcast, where Jones stated:

> "… [B]ottom line[,] there was massive PR around [Sandy Hook]. ***[Sandy Hook] was used to blame the American people to say gun owners were at blame for this and… that we had killed these children***. So that's why America rejected it and said it was fake because in total, saying gun owners are responsible for what somebody on Prozac does… is not true. If I kill somebody with a car on purpose, it's not your fault because you own a car that I did something wrong with a car. Like, if I stabbed my neighbor with a butcher knife, or you do, then we're not guilty for… what another person does. So we're sick of this."[138]

These statements within the July Broadcast fall within the statutory definition of "right to petition" as defined by the TCPA.[139] The gun control issue is at the forefront of the national debate. Thus, the July Broadcast and its statements were "communications" that were: made "in connection with an issues under consideration or review by a legislative, executive, judicial, or other governmental body;" "reasonably likely to encourage consideration or review of an issue by a legislative, executive, judicial, or other governmental body;" "reasonably likely to enlist public participation in an effort to effect consideration of an issue by a legislative, executive, judicial, or other governmental body;" and "fall[] within the protection of the right to petition government under the Constitution of the United States or the constitution of this State." Of course, one of the primary issues that Jones' statements were made in connection with were the

---

[137] *Clark v. Jenkins*, 248 S.W.3d 418, 428 (Tex. App.- Amarillo 2008, pet. denied).
[138] Exhibit B-35, at 46 (emphasis added).
[139] Tex. Civ. Prac. & Rem. Code §27.001(4)(B-E).

controversies surrounding gun rights and free speech. Thus, Plaintiff's lawsuit is also, at least in part, "based on, related to, and is in response to" Jones' right to petition.

Likewise, Shroyer's statements made in the June broadcast fall within the TCPA's definition of "right to petition." As is clear from the beginning of the broadcast, Shroyer's statements are intended to get his listeners to reject what many call "fake news" because of how President Trump is portrayed.

> "Do not… let the fake news get you down. Do not let the fake news control the way you think, feel, and see the way politics are going, the way this country is going because they want to paint an inaccurate picture. They want to bully you. They want to suppress the victories that we're having. This is proven in spades, folks, when you just look at the amount of coverage and the type of coverage that Donald Trump gets."[140]

More specifically, one of the issues Shroyer claims is "fake news" is the ongoing investigation of Donald Trump by Robert Mueller. As this Court is aware, just as is the rest of America, the Special Counsel investigation of Donald Trump's 2016 presidential campaign's alleged involvement with the Russian government is being led by Mueller. For purposes of this Motion, the details of the investigation need not be elaborated on because Shroyer's statements made with regard to the investigation are what's important. This Court need only focus on the fact that there is currently an "issue" ("Mueller Probe") within a "legislative, executive, judicial, or other governmental body of in another governmental or official proceeding."

Shroyer's statements were as follows:

> "So you've got the Democrats that are absolutely failing right now. You've got the left media, specifically CNN, that is absolutely failing right now. Totally in a tailspin. You've got the Russia narrative that is not only collapsing on its face, it is not being looked at to be dropped.
>
> So you say, 'Well, wait a second…' And I was talking with Alex about this before the show. Obama, they printed a big story talking about how Obama blocked the Russia investigation. The Democrats tried to use this to say, 'Oh my

---

[140] Exhibit B-38, at 2.

gosh, there could've been more there.' Now they're scapegoating Obama. It was smarter for him to drop the investigation or stop any investigation at that time because it was the Democrats that were actually colluding with Russia. So they're going to play this thing off slowly but surely and the Russia narrative will die. Then there might be some hearings for some other collusion that might be going on.

… I mean, I don't understand this. If Russia is hacking into our infrastructure while Barrack Obama was president and while Hillary Clinton had a private server with classified documents that was probably easily accessible and access to those accounts, why aren't they being investigated? Of course, you know the answer to that. The deep state doesn't want to investigate that. The whole investigation is a witch hunt into Donald Trump. So keep your eyes for not just the Russia narrative to continue to fail, but also to be dropped in the Senate and in the House and all of these committees and all of these hearings.

So you've got that, and meanwhile, you've got Trump who is returning the energy sector to the United States, saying that he wants to be the global dominating force in energy. The Democrats can't have a victory. This is all going on and you wouldn't even know it. You wouldn't even know it if you watched liberal media. You wouldn't even know that any of this is going on if you watched television news. They're going to tell you Trump's getting impeached. They're going to push propaganda to assassinate Trump. That continues to happen. The investigation is ongoing. Trump colluded! None of it's true!"[141]

Similar statements are made by Shroyer throughout the June broadcast, as this "theme" is not limited to just the opening segment. Under the plain language of the TCPA, which is admittedly extremely broad in its application, just like Jones' July Broadcast, Shroyer's June broadcast falls with the TCPA's definition of "the exercise of the right to petition."[142] Therefore, because Plaintiff's legal action is "based on, related to and is in response to" Defendants' right to petition, the TCPA is likewise applicable to those claims.

### 2. Plaintiff's legal action is otherwise "based on, relates to and is in response to" Defendants' exercise of their constitutionally protected rights

Despite the fact that Plaintiff's lawsuit and causes of action are "factually predicated" on Defendants' exercise of their constitutional rights, even if the factual predicate was based on

---

[141] Exhibit B-38, at 1.
[142] Tex. Civ. Prac. & Rem. Code §27.001(4)(B-E).

conduct and/or statements that were not protected, the TCPA would nonetheless be applicable because Plaintiff's entire lawsuit otherwise "relates to and is in response to" Defendants' continued voice and involvement in political issues in this country.

One of Plaintiff's attorneys, Bill Ogden, provided a clear admission that this lawsuit is intended to suppress Jones' First Amendment rights.

"***Our main goal is to get Mr. Jones to stop.***"[143]

Plaintiff and ***all three of his lawyers*** have admitted that the primary goal of this lawsuit is to prevent Jones and others like him, including Shroyer, from expressing their views. After filing this lawsuit, Plaintiff appeared on an MSNBC broadcast with one of his attorneys and admitted that the purpose of this suit was to silence Alex Jones and "shut him down."


[144]

During that interview, the host of the program asked Wesley Ball, another one of Plaintiff's attorneys, "[w]hat do you hope to accomplish by suing Alex Jones?" Ball replied:

"I hope to ***shut down*** his hateful rhetoric.[145] His intentional conduct in causing more problems to these families… I'm hoping to ***shut him down*** on that front and on as many other fronts as I can ***because I think he's a cancer to America***…"[146]

---

[143] Exhibit B-17 (*Wall Street Journal* interview of Bill Ogden).
[144] Exhibit B-16; Exhibit B-17.

Ball further stated that he hoped a Texas jury will "cut at least some of that cancer out of our society." Likewise, Plaintiff himself agreed that the goal of the suit was to "shut down" Jones.

> "This lawsuit that I filed, I hope it gives the people, the other people the strength to come forward and follow in my steps or my coat tail with **going after Alex Jones** and to **shut him down**."[147]

In another attempt to publicize his lawsuit in order to encourage others to help him shut down Jones, Plaintiff appeared with his **third** lawyer, Mark Bankston, on the Today Show with Kelly. Again, Bankston admitted that the purpose of the lawsuit was to put a "stop" to Jones and "end" to his voice.


[148]

Speaking of Jones, Bankston stated:

> "…he's not going away. He's been given, just a Washington correspondent, he's given White House credentials…Claims to have the President's ear…Um, we think it's time for this to end, and **that's why we brought these suits**… it's also

---

[145] This "hateful rhetoric" that Plaintiff and his lawyers seek to "shut down" is Jones' exercise of his constitutionally protected rights.
[146] Exhibit B-16; Exhibit B-17.
[147] Exhibit B-16; Exhibit B-17.
[148] Exhibit B-19 (Today Show video); Exhibit B-20.

*not just about the Sandy Hook parents*[149], either. You know, these parents have seen what happens to them for five years, being tormented. And now *they're seeing it happen to the Parkland parents. It's… time for this to end.*"[150]

As for Plaintiff himself, when asked by Kelly, "[w]hy after all the years of his attacks on you, why now?" Plaintiff answered:

"Well, it's accountability and responsibility…it's been going on for four and a half, five years… It's a total disrespect to myself, my son, the individuals who lost their lives that day but *it extends so much further than that*. It's a disrespect to *the community* and *the law enforcement*, *the first responders*…it's just not right and he needs to - it needs to stop."[151]

Yet again, one of Plaintiff's attorneys making numerous public appearances on television to publicize the lawsuit stated in his interview with the *Wall Street Journal*:

"These cases[152] are about getting [Jones] to stop and making sure it never happens to them again."[153]

That attorney also told the Journal that he "hoped the lawsuits would also combat sensationalism in journalism…"[154]

Plaintiff's and his counsel's stark admissions confirm that this suit is really not about alleged defamation in the past year. Rather, it's about Plaintiff's fear of Jones' influence in public debate and his expressed desire to end that influence even on subjects not related to Plaintiff or Sandy Hook at all.[155]

Plaintiff seeks to prevent and silence Jones and his companies and its employees from exercising their free speech, right to associate with others to collectively express and defend

---

[149] This admission made by Plaintiff's counsel further establishes that this lawsuit has nothing to do with any alleged defamatory statement made within the last year. Instead, this lawsuit is nothing more than Plaintiff's attempts to completely silence and eliminate Jones' ability to share his viewpoints and influence others.
[150] Exhibit B-41 (emphasis added).
[151] Exhibit B-41.
[152] As mentioned elsewhere in this Motion, Plaintiff's suit is coordinated with a similar suit also filed in Travis County for two other Sandy Hook parents.
[153] Exhibit B-21.
[154] Exhibit B-21.
[155] Exhibit B-41 (emphasis added).

common interests and prevent them from publicly participating in political debates that Plaintiff deems unworthy of their participation as a result of their viewpoints.[156]

This lawsuit, aimed directly at Jones and his companies, is explicitly intended to silence them and prevent them from expressing their opinions on matters of public concern. Further, as Plaintiff's counsel said: since Jones now has "the President's ear," it's time to stop him. Plaintiff's position is that Jones, as well as millions of others should simply not be allowed to exercise their free speech, associate with others, to promote a common goal, or petition the government for issues that Plaintiff and his at lawyers deem improper and hurtful.

Furthermore, as demonstrated above, Plaintiff has assumed a "prominent" high profile status and has fully engaged in the national debate over gun control, and Sandy Hook's relationship to that debate. In fact, when his efforts with legislators and United States Senators to use Sandy Hook as a reason for further gun control did not yield a comprehensive ban on assault rifles, Plaintiff decided to resort to the judicial system to obtain what he otherwise could not. His suit against Remington was designed to accomplish what his legislative efforts failed to do, and it might have worked as a result of Remington's bankruptcy.

Just as he campaigned against certain firearms and ammunition, Plaintiff has dedicated his time and energies to silencing those who **express** doubts about official reports and **discuss** theories about the events at Sandy Hook that are not consistent with facts that are reported in the MSM.

Plaintiff's actions included speeches before the Newtown City Council, Connecticut state legislature and the United States Congress. He has appeared on camera for nationally televised programs on CNN, CBS and other networks, all in his quest to outlaw assault rifles, high-

---

[156] Moreover, the fact that Jones' has "some semblance of influence" with the President is another reason for this suit.

capacity clips and to increase firearm registration requirements. Plaintiff has sued the maker of the firearm used at Sandy Hook, in part, to cause its withdrawal of the bushmaster and other assault style weapons from the market.

As the foregoing demonstrates, Plaintiff has coordinated his efforts with others to ban certain weapons, ammunition and accessories and broaden gun owner restrictions. Equally as obvious is that Plaintiff has also dedicated himself to stop Jones and others he and his lawyers call conspiracy theorists. Indeed, he and his lawyers have gone on a media tour publicizing this suit to provoke others to sue Defendants in order to drive them out of business. They have also coordinated these efforts and joined forces with others to silence Jones.

Plaintiff filed this lawsuit on April 16, 2018. On that same day and using the same law firm, another lawsuit was filed against Jones by Veronique De La Rosa and Leonard Pozner alleging substantially similar facts and claims and seeking similar relief.[157] Like Plaintiff, Pozner and De La Rosa have been publicly active in the national debate over guns using Sandy Hook as a basis to propel a gun ban across their goal line. And, like Plaintiff, their goal is to silence Jones and use their own lawsuit, as well as this lawsuit, to shut down Jones' internet broadcast platform in order to restrict his and millions of others' ability to speak, associate and petition the government.

This continued coordination between Plaintiff and Pozner and De La Rosa[158] is further evidence that his and their lawsuits are based on, related to or filed in response to Defendants' exercise of their constitutional rights.

Therefore, even if this Court deemed Plaintiff's lawsuit and causes of action not being "factually predicated" upon Defendants' exercise of their constitutionally protected rights, the

---

[157] Exhibit B-41.
[158] They also coordinated their efforts and joined forces in lobbying congress and the Connecticut legislature and in suing the City of Newtown and the maker of the Bushmaster.

lawsuit and causes of action are nonetheless "based on, related to and in response to" Defendants' exercise of their constitutionally protected rights defined under the TCPA as "there is some sort of connection, reference, or relationship between them."[159]

## B.     Plaintiff cannot establish by clear and specific evidence a prima facie case for each essential element of his claims

Having established that the TCPA applies to Plaintiff's entire lawsuit as well as each individual cause of action, the burden shifts to the Plaintiff to produce "clear and specific" evidence of the essential elements of his causes of action for Defamation and Defamation Per Se, Conspiracy, Respondeat Superior and Exemplary Damages.[160]

The Court in *In re Lipsky*[161] held that "[t]he words 'clear' and 'specific' in the context of this statute have been interpreted respectively to mean, for the former, 'unambiguous,' 'sure,' or 'free from doubt' and, for the latter, 'explicit' or 'relating to a particular named thing.'" Plaintiff cannot show clear and specific evidence of each essential element of each of his claims.

### 1.     Defamation

Actionable defamation requires: (a) publication of a false statement of fact to a third party; (b) that was defamatory concerning the Plaintiff; (c) with the requisite degree of fault, and (d) that proximately caused damages.[162] Compensatory damages in defamation cases "must compensate for 'actual injuries' and cannot merely be 'a disguised disapproval of the defendant.'"[163]

### a.     There is no clear and specific evidence that Defendants published a false statement of fact to a third party that was defamatory concerning the Plaintiff

[159] *Cavin*, 2017 Tex. App. LEXIS 6511, at *39.
[160] Tex. Civ. Prac. & Rem. Code §27.005(c).
[161] *In re Lipsky*, 460 S.W.3d 579, 589 (Tex. 2015).
[162] *Bos v. Smith*, 2018 Tex. LEXIS 524, *26 (Tex. 2018).
[163] *Brady v. Klentzman*, 515 S.W.3d 878, 886 (Tex. 2017).

i.      *Defendants fall within the classification of "media Defendants"*

Defendants in defamation actions are categorized as either media or non-media Defendants.[164] The term "media Defendant" includes members of the "traditional media," meaning print and broadcast media (e.g., newspapers, television stations, and radio stations)[165] and members of the electronic, or online, media.[166]

There is no dispute that the Defendants constitute "media Defendants." Even Plaintiff's Original Petition acknowledges that the Defendants fall within the classification of "media."

> "Defendant Alex E. Jones… is the host of radio and web-based news programming, 'The Alex Jones Show,' and he owns and operates the website Infowars.com."[167]

Jones and his companies, Infowars and Free Speech, as well as Shroyer, fall within both classifications of "media Defendants" as described above. Defendants' primary business is reporting the news and giving commentary and opinions. The online content involves matters of public concern. The Alex Jones channel on YouTube has more than two million subscribers[168] and according to NBC and Kelly, Jones' YouTube channel as received 1.3 billion views.[169] Likewise, Shroyer is a reporter, commentator and employee of Free Speech.

ii.     *Defendants did not publish the alleged defamatory statements*

As this Court is aware, to succeed in a claim for defamation, the Plaintiff must prove that the Defendant published a defamatory statement.[170] In this case, the alleged defamatory June

---

[164] *Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 333 (1974).
[165] *Forbes Inc. v. Granada Biosciences, Inc.*, 124 S.W.3d 167, 170-171 (Tex. 2003) (magazine publisher was print media); *UTV v. Ardmore, Inc.*, 82 S.W.3d 609, 610-611 (Tex. App.- San Antonio 2002, no pet.) (television station was broadcast media); *Greer v. Abraham*, 489 S.W.3d 440, 442-443 (Tex. 2016) (trial court found blogger qualified as print media).
[166] *Service Empls. Int'l Un. v. Professional Janitorial Serv.*, 415 S.W.3d 387, 398 (Tex. App.- Houston [1st Dist.] 2013, pet. denied).
[167] Plaintiff's Original Petition, at ¶4.
[168] Exhibit B-38.
[169] Exhibit B-43.
[170] *WFAA-TV, Inc.*, 978 S.W.2d at 571.

Broadcast involved only Shroyer's comments on Zero Hedge's publication. Shroyer was simply commenting on Zero Hedge's report and Shroyer did not publish any statements of fact.

In fact, Shroyer made it clear to the listener that he was merely reporting on a third-party's article:

> "So folks now, here's another story. I don't even know if Alex knows about this to be honest with you… ***Zero Hedge has just published a story***: 'Megyn Kelly fails to fact check Sandy Hook father's contradictory claim in Alex Jones' hit piece.' Now again, this broke… I think it broke today. I don't know what time."[171]

Shroyer clearly identified the source of the article and any reasonable reader would understand that he was not asserting anything as a statement of fact, but instead was merely commenting and reporting on Zero Hedge's article.

However, even if this Court determines that Shroyer's comments on a third-party's publication constitute a "publication," there is no question that Jones made no such publication because he was not involved in the June Broadcast.[172] At the very least, Plaintiff cannot establish that Jones published any statement made by Shroyer within the June Broadcast. As a result, all of Plaintiff's claims asserted against Jones that are based upon the June Broadcast fail as a matter of law.

       *iii.*      *Each complained of statement and/or broadcasts was made in connection with matters of public concern*

Whether a statement is a matter of public or private concern is a question of law.[173] A statement is a matter of public concern if: (1) the statement can be "fairly considered as relating to any matter of political, social, or other concern to the community" or (2) the statement concerns "a subject of legitimate news interests; that is, a subject of general interests and of

---

[171] Exhibit B-38, at 6 (emphasis added).
[172] Exhibit B-36; *see also* Exhibit A, A. Jones Aff., at ¶5.
[173] *Conick v. Myers*, 461 U.S. 138, 148 n.7 (1983).

value and concern to the public."[174] To determine whether a statement involves a matter of public concern, the content, form, and context of the statement must be analyzed.[175] In considering content, form, and context, no factor is dispositive; all circumstances of the speech must be evaluated, including what was said, where it was said, and how it was said.[176] Even if some details of the published statement are not a matter of legitimate public concern, they can be reasonably included in the statement if there is a logical nexus between those details and the general subject matter of the statement.[177]

As fully discussed above, the statements made by Shroyer in the June Broadcast and Jones in the July Broadcast constitute a matter of public concern. Just as both Broadcasts and the statements within the Broadcasts fall within the TCPA's definition of the right of free speech, right of association, and right to petition, for the same reasons set forth above, the June and July Broadcasts can be "fairly considered as relating to any matter of political, social, or other concern to the community" and they concern "a subject of legitimate news interests" because the subject's discussed are subjects "of general interests and of value and concern to the public."

Because each statement and/or broadcast constitutes a matter of public concern, the First Amendment provides greater protection to each statement and/or broadcast.[178]

>    iv.    *There are no false statements of fact or false impressions*

Whether a statement was an actionable statement of fact is a question of law for this Court to decide.[179] A statement of fact "is not actionable unless a reasonable fact-finder could

---

[174] *Snyder v. Phelps*, 562 U.S. 443, 453 (2011); *Brady*, 515 S.W.3d 878, 884 (Tex. 2017).
[175] *Snyder*, 562 U.S. at 453.
[176] *Snyder*, 562 U.S. at 454; *see, e.g.*, *Givhan v. Western Line Consol. Sch. Dist.*, 439 U.S. 410, 413-414 (1979).
[177] *Brady*, 515 S.W.3d at 885.
[178] *Dun & Bradstreet, Inc. v. Greenmoss Builders, Inc.*, 472 U.S. 749, 758-759, 105 S. Ct. 2939, 86 L. Ed. 2d 593 (1985) (plurality opinion) ("[Speech] concerning public affairs is more than self-expression; it is the essence of self-government… Accordingly, the Court has frequently reaffirmed that speech on public issues occupies the 'highest rung of the hierarchy of First Amendment values,' and is entitled to special protection.").

reasonably conclude that the statement implies an assertion of fact, considering the entire context of the statement."[180] Likewise, the "statement must also be objectively verifiable as fact."[181]

As the Texas Supreme Court has stated:

"[E]ven when a statement is verifiable as false, it does not give rise to liability if the 'entire context in which it was made' discloses that it is **merely an opinion masquerading as a fact.**"[182]

There is no clear and specific evidence that any specific statement from the June Broadcast and July Broadcast, broadcast constituted a false statement of fact. Likewise, when considered in light of the broadcasts in their entirety, there is no clear and specific evidence that the broadcasts, *as a whole*, conveyed a false impression regarding Plaintiff. There is no clear and specific evidence that the complained of statements and broadcasts do not constitute Defendants' opinion.

Furthermore, with regard to Plaintiff's complaints on the June Broadcast, there is nothing "false" about what Shroyer stated. When breaking down Plaintiff's complaints, he argues that the following "statements" were defamatory and false because, as Plaintiff argues, they imply that he is lying. First, Shroyer reported that Plaintiff stated during the Kelly interview that he held his son with a bullet hole through his head. That is a true statement because Plaintiff did make that statement during the Kelly interview.

Second, Shroyer reported that Zero Hedge published an article claiming that fact checkers stated that Plaintiff could not have held his child when he claimed that he did because the medical examiner stated that the deceased bodies were not released to the parents. Again, that

---

[179] *Champion Printing & Copying LLC v. Nichols*, No. 03-15-00704, 2017 Tex. App. LEXIS 7909, at *52 (Tex. App.- Austin 2017, pet. denied) (citing *Milkovich v. Lorain Journal Co.*, 497 U.S. 1, 18-19, 110 S. Ct. 2695, 111 L. Ed. 2d 1 (1990).
[180] *Champion Printing & Copying LLC*, 2017 Tex. App. LEXIS 7909, at *52.
[181] *Champion Printing & Copying LLC*, 2017 Tex. App. LEXIS 7909, at *52.
[182] *Dallas Morning News, Inc. v. Tatum*, 2018 Tex. LEXIS 404, at *9-10 (citing *Bentley v. Bunton*, 94 S.W.3d 561, 581 (Tex. 2002) (emphasis added).

is a true statement because Zero Hedge did publish an article that made those claims. Therefore, there is no false statement of fact because Shroyer was simply reporting facts as the existed.

The Zero Hedge article contained a link to the video press conference of the medical examiner. According to the medical examiner's statements in that video, the victims were not released to the parents nor were the parents even given access to see their children at the school. Instead, photographs were used to have parents identify their children. The victims remained on the school grounds until the next morning when they were transported to another town for completion of the autopsies. He also said that the bodies were not released until 1:30 the next day and then they were made available to funeral homes.[183]

Regardless, despite the fact that Shroyer merely reports third-parties' claimed contradictions between Plaintiff's statements and those made by the medical examiner, Plaintiff argues that Shroyer was directly accusing him of lying about whether within hours he picked up his son in a body bag and held him even though Shroyer only spoke of dissimilarities in reports.

*v.*      *None of the statements or broadcasts is capable of being defamatory*

In making the initial determination of whether a publication is "capable of a defamatory meaning," this Court must "construe the publication 'as a whole in light of the surrounding circumstances based upon how a person of ordinary intelligence would perceive it.'"[184] Whether a publication is "false and defamatory" depends on a "reasonable person's perception of the ***entirety of a publication*** and not merely on individual statements."[185] To qualify as defamatory, a statement should be derogatory, degrading, somewhat shocking, and contain elements of

---

[183] Exhibit B-74 (Medical Examiner's news conference).
[184] D Magazine Partners, L.P., 529 S.W.3d at 434.
[185] *D Magazine Partners, L.P.*, 529 S.W.3d at 434 (citing *Bentley v. Bunton*, 94 S.W.3d 561, 579 (Tex. 2002) .(emphasis added); *MKC Energy Invs., Inc. v. Sheldon*, 182 S.W.3d 372, 378 (Tex. App.- Beaumont 2005, no pet.) ("The statements alleged to be defamatory must be viewed in their context; they may be false, abusive, unpleasant, or objectionable to the plaintiff and still not be defamatory in light of the surrounding circumstances… The entire communication- ***not mere isolated sentences or portions***- must be considered.") (emphasis added).

disgrace.[186] But a communication that is merely unflattering, abusive, annoying, irksome, or embarrassing, or that only hurts the Plaintiff's feelings, is not actionable.[187] Further, "it is not defamatory to accuse a person of doing that which he has a legal right to do."[188]

The complained of statements by Plaintiff in paragraphs 23-25 of his petition are simply not defamatory in any manner. Plaintiff seeks to have this Court completely change the unambiguous statements made by Jones and interpret and completely change the meaning of what was said.

In paragraphs 23 and 24, Plaintiff uses to following statements made by Jones to support his defamation claim:

> "I could never find out. The stuff I found was they never let them see their bodies. That's kind of what's weird about this. ***But maybe they did***. So I'm sure it's all real. But for some reason they don't want you to see [Shroyer's segment]."[189]

> "Can I prove that [Newtown]… didn't happen? ***No***. I've said, for years, we've had debates about it, that ***I don't know***. But you can't blame the people for asking."[190]

Nothing could make either of those statements defamatory in any manner. Further, Jones also made numerous other statements that completely negate the alleged "defamatory meaning that Plaintiff asks this Court to draw from the July Broadcast. Specifically, Jones stated:

> "I'm not ready to say kids didn't die and point my finger at parents and say they're liars."[191]

> "… NBC needs to clarify because the coroner said none of the parents were allowed to touch the kids or see the kids and maybe they [mean] at the school, ***I'm sure later maybe the parents saw their children***. The point is, is that ***because the media lies so much***, you can't blame the public [for] asking questions."[192]

---

[186] *Means v. ABCABCO, Inc.*, 315 S.W.3d 209, 214 (Tex. App.- Austin 2010, no pet.).
[187] *Means*, 315 S.W.3d at 214.
[188] *Means*, 315 S.W.3d at 214.
[189] Plaintiff's Original Petition, at ¶23 (emphasis added).
[190] Plaintiff's Original Petition, at ¶24 (emphasis added).
[191] Exhibit B-35, at 43.
[192] Exhibit B-35, at 44 (emphasis added).

"The stuff I found was they never let them see their bodies. That's kind of what's weird about this, but maybe they did."[193]

An objectively reasonable person, when considering the broadcast in its entirety, does not place overwhelming emphasis on a[ny] single term," and does not "'focus on individual statements' to the exclusion of the entire publication."[194] In this case, no objectively reasonable reader would ignore the explicit statements made by Jones in the July Broadcast that completely negate the alleged defamatory meaning that Plaintiff attributes to them. Jones specifically stated that he was not calling Plaintiff, or any other Sandy Hook parent a liar.

Despite the fact that Jones also said "I'm sure later maybe the parents saw their children," and that he was not "point[ing] [his] finger at parents" and saying their "liars," Plaintiff's lawsuit claims that the July Broadcast's "gist" is that Plaintiff is "lying about whether he actually held his son's body and observes a bullet hold in his head."[195] No objectively reasonable reader would come to Plaintiff's conclusion when the statements made throughout the July Broadcast completely negate Plaintiff's alleged meaning.

      *vi.*     *Plaintiff's reliance on "innuendo" cannot expand the plain meaning of words or introduce a new matter*

Only when the Court determines the "language is ambiguous or of doubtful import should" innuendo be considered by the fact-finder to determine the statement's meaning.[196] "[T]he innuendo cannot enlarge or restrict the natural meaning of words, introduce new matter, or make certain that which was uncertain, except in so far as it connects the words published

---

[193] Exhibit B-35, at 46.
[194] *Dallas Morning News, Inc.*, 2018 Tex. LEXIS 404, at *28.
[195] Plaintiff's Original Petition, at ¶10.
[196] Musser v. Smith Protective Servs., Inc., 723 S.W.2d 653, 655 (Tex. 1987).

with the extrinsic or explanatory circumstances alleged."[197] However, where a "statement cannot properly be construed as ambiguous nor in the ordinary and proper meaning convey a defamatory interpretation, such meaning cannot be enlarged by claims of innuendo."[198]

> "Innuendo… does not permit a plaintiff to **change the meaning, extend the meaning, or impose a strained construction on the words**."[199]

Here, the innuendo that Plaintiff advances from each of the statements and/or broadcasts cannot be drawn from the text of the statements and/or evidence used to support such claims. Plaintiff impermissibly seeks to "enlarge... the natural meaning of words" and "introduce new matter." His "innuendo" does not seek to explain or identify anything in the broadcasts. Instead, the "innuendo" drawn by Plaintiff changes the plain meaning of words and seeks to introduce a new matter into language that is manifestly unambiguous.

Plaintiff attempts to take unambiguous language used by Shroyer in the June Broadcast relating to the Zero Hedge article and completely transform those statements into alleged direct accusations and false statements of fact that "Plaintiff was lying about the circumstances of his son's tragic death for a nefarious and criminal purpose."[200] Essentially, Plaintiff is arguing that Shroyer's accurate report of the Zero Hedge article was in fact a direct allegation against Plaintiff for some alleged "criminal" conspiracy.[201]

With regard to the July Broadcast, Plaintiff makes the same attempt by completely altering the July Broadcast, and more specifically, the following statement made by Jones:

---

[197] *Billington v. Hous. Fire & Cas. Ins.*, 226 S.W.2d 494, 497 (Tex. Civ. App.—Fort Worth 1950, no writ) (quoting *Moore v. Leverett*, 52 S.W.2d 252, 255 (Tex. Com. App. 1932)).
[198] *Overstreet v. Underwood*, 300 S.W.3d 905, 910 (Tex. App.- Amarillo 2009, pet. denied).
[199] *Durckel v. St. Joseph Hosp.*, 78 S.W.3d 576, 585 (Tex. App.- Houston [14th Dist.] 2002, no pet.) (citing *ABC, Inc.*, 1 S.W.3d at 236).
[200] Plaintiff's Original Petition, at ¶20.
[201] Plaintiff's Original Petition, at ¶57 ("The [June] and [July] broadcasts by Defendants, while defamatory in their own right, were also continuations and elaborations of an underlying defamatory assertion which Defendants have advanced since 2013, namely that Plaintiff has lied to the American people about the death of his son and has participated in a horrifying criminal cover-up.").

"I could never find out. The stuff I found was they never let them see their bodies. That's kind of what's weird about this. But maybe they did. So **I'm sure it's all real**. But for some reason they don't want you to see [Shroyer's segment]. Can I prove that [Newtown] didn't happen? No. So I've said, for years, we've had debates about it, that I don't know. But you can't blame people for asking."[202]

Immediately after that statement is quoted in Plaintiff's petition, Plaintiff states:

"Mr. Jones was lying. In the five years following the tragedy, he has repeatedly and unequivocally called the Sandy Hook shooting a hoax."[203]

In the section immediately following these statements, Plaintiff impermissibly attempts to use extrinsic evidence to "explain" why Jones' statement was allegedly defamatory. This "innuendo" that Plaintiff asks this Court to draw from Jones statement is completely contradictory to the unambiguous language and clear meaning of the actual statement. Plaintiff seeks to transform Jones' statement from "I can't prove that Sandy Hook didn't happen and I don't know if it happened or not" into "Sandy Hook never happened and Mr. Heslin is lying when he claims that his son died in the shooting."

Such transformation is explicitly forbidden by defamation law. Plaintiff cannot transform a statement that is unambiguously not defamatory into something defamatory.[204]

> vii.    *None of the statements or broadcasts is "of and concerning" the Plaintiff*

Plaintiff must produce clear and specific evidence that "the disputed publications were 'of and concerning'" him.[205] In other words, there "must be evidence showing that the attack was

---

[202] Plaintiff's Original Petition, at ¶23-24.
[203] Plaintiff's Original Petition, at ¶25.
[204] *Skipper v. Meek*, 2006 Tex. App. LEXIS 6309, * (Tex. App.- Austin 2006, no pet.) ("The [Plaintiffs'] assert that the statements accuse them of engaging in sexual behavior and promoting pornography to children and that the inclusion of copies of the obscenity chapter of the penal code converts the communication into an accusation that they have committed a crime. No reasonable person, reading the letter with the attached materials, would conclude that the [Plaintiffs] were being accused of engaging in illegal activity. In this case, *the trial court properly rejected the [Plaintiffs'] attempt to transform permissible speech into actionable defamatory statements*.") (emphasis added).
[205] *Cox Tex. Newspapers, L.P. v. Penick*, 219 S.W.3d 425, 434 (Tex. App.- Austin 2007, pet. denied).

read as ***specifically directed*** at the plaintiff."[206] The "settled law requires that the false statement point to the plaintiff and to no one else."[207] As the Austin Court of Appeals stated:

> "There must be evidence showing that the attack was read as ***specifically directed at the plaintiff***… In other words, the publication 'must refer to some ascertained or ascertainable person and that person must be the plaintiff.'"[208]

A "claimed implication is "insufficient to 'concern' a defamation plaintiff when it is not consistent with the 'plain language' and the 'full import' of a defendant's statement."[209]

There is no clear and specific evidence that others would recognize the Plaintiff as the object of the alleged defamatory statements and/or broadcasts. With regard to Shroyer's alleged defamatory statements, when analyzing the entire context of the statements, it is clear that Shroyer's reactions to the Zero Hedge article are, just like the actual article, directed at NBC and Kelly. The statements were not accusatory of the Plaintiff, but instead, referenced the lack of journalistic credibility from Kelly and NBC for their failure to accurately and fairly portray what was being reported.

Likewise, Jones' broadcast and statements made in the July Broadcast simply cannot be "of and concerning" the Plaintiff because the statements were directed at the government and MSM. Specifically, Jones stated:

> "… [B]ottom line[,] there was massive PR around [Sandy Hook]. [Sandy Hook] was used to blame the American people to say gun owners were at blame for this and… that we had killed these children."[210]

> "I'm not ready to say kids didn't die and point my finger at parents and say they're liars… Do they get all these conflicting stories in the media? Absolutely. And we have a right to question it. If… [the media] said there were new babies thrown out of incubators in some country and we questioned it because they've lied before and it turned out that they did actually kill babies somewhere, would I

---

[206] *Cox Tex. Newspapers, L.P.*, 219 S.W.3d at 433 (emphasis added).
[207] *Kaufman v. Islamic Soc'y of Arlington*, 291 S.W.3d 130, 145 (Tex. App.- Fort Worth 2009, pet. denied).
[208] Cox Tex. Newspapers, L.P., 219 S.W.3d at 434.
[209] *Kaufman*, 291 S.W.3d at 145.
[210] Exhibit B-35, at 46.

then hate the families that lost their babies? ***No. I'm questioning known liars in the media.***"[211]

Even Plaintiff himself admitted that the alleged defamatory statements were not just about him. Plaintiff stated that Jones was still "peddling his propaganda and is "out there with his dog and pony show every day with it… It affects the ***community***. It affects ***the other families***…and it's a disrespect to the ***first responders***…***community***, ***state police***… and the ***FBI***…and it's uncalled for."[212] Therefore, there is no clear and specific evidence that the June or July Broadcast was "of and concerning" the Plaintiff.

### c.     *There is no clear and specific evidence that Defendants possessed the requisite degree of fault*

#### i.     *Plaintiff is a limited purpose public figure*

Plaintiff is a limited-purpose public figure relating to subject matter of the statements of Jones and Shroyer. He voluntarily became prominent in public discussions and debates about circumstances relating to Sandy Hook and the subsequent heated public debate over gun control initiatives and the Second Amendment to the U.S. Constitution.

Limited-purpose public figures are "public figures only for a limited range of issues surrounding a particular public controversy.[213] According to the Austin Court of Appeals:

"[Limited-purpose public figures] are persons who 'thrust themselves to the forefront of particular public controversies in order to influence the resolution of

---

[211] Exhibit B-35, at 43.

[212] Exhibit B-10 (CNN video interview of Plaintiff). Indeed, the law against group libel is clear. If a defamatory statement refers to a large group of persons, a defamation claim cannot be maintained by the group or by any individual in the group. According to Plaintiffs, the alleged statements would have also defamed all first responders, volunteers, law enforcement officers, medical professionals and others. Such breadth of a defamation claim is impermissible in Texas. Should Plaintiff's lawsuit have any merit, any person with a direct connection would be allowed to bring a defamation claim against any person who disagreed with the official Sandy Hook narrative because, according to Plaintiff, that person would be calling them a liar. Such argument has extremely dangerous implications that expand far beyond this lawsuit. *See Harvest House Publ'rs*, 190 S.W.3d at 213 (a defamatory statement must refer to an identifiable Plaintiff and not merely to members of a class or group of persons).

[213] *Neyland v. Thompson*, No. 03-13-00643-CV, 2015 Tex. App. LEXIS 3337, at *18 (Tex. App.- Austin 2015, no pet.).

the issues involved… inviting attention and comment,' who 'inject[] themselves or [are] drawn into a particular public controversy… assum[ing] special prominence in the resolution of public questions,' 'thrusting [themselves] into the vortex of [a] public issues… [or] engag[ing] the public's attention in an attempt to influence its outcome.'[214]

The issue of public figure status is a constitutional question for the Court to decide.[215] In making this determination, this Court is guided by the Texas Supreme Court's analysis of the Fifth Circuit's decision in *Trotter v. Jack Anderson Enters., Inc.*[216] To determine whether an individual is a limited-purpose public figure, the Texas Supreme Court has followed a three-part test: "(1) the controversy at issue must be public both in the sense that people are discussing it and people other than the immediate participants in the controversy are likely to feel the impact of its resolution; (2) the plaintiff must have more than a trivial or tangential role in the controversy; and (3) the alleged defamation must be germane to the plaintiff's participation in the controversy."[217]

In this case, Plaintiff is a limited purpose public figure with regard to at least two "controversies." First, Plaintiff is a limited purpose public figure within the controversies surrounding the government and MSM's use of national tragedies in order to push political agendas.[218] Second, Plaintiff is a limited purpose public figure with regard to the controversies surrounding Jones and more specifically, Kelly's interview with Jones that was aired on NBC for the sole purpose of discrediting Jones.

(A) <u>The controversy at issue is public both in the sense that people are discussing it and people other than the immediate participants in the controversy are likely to feel the impact of its resolution</u>

---

[214] *Neyland*, 2015 Tex. App. LEXIS 3337, at *18.
[215] *WFAA-TV, Inc. v. McLemore*, 978 S.W.2d 568, 571 (Tex. 1998).
[216] Trotter v. Jack Anderson Enters., Inc., 818 F.2d 431 (5th Cir. 1987).
[217] *WFAA-TV, Inc. v. McLemore*, 978 S.W.2d 568, 571-72 (Tex. 1998).
[218] This also includes Plaintiff's status in Sandy Hook's use in the gun control debate.

    *(1) Sandy Hook's controversial relationship to the national gun rights/gun control debate.*

  The first controversy mentioned above includes Plaintiff's voluntary involvement and participation in the government and MSM's use of a tragedy (Sandy Hook) to push various political agendas, including limiting Second Amendment rights.[219]

  There is simply no denying that a large number of Americans distrust the government and the MSM. According to a Gallup poll reported September 14, 2016, trust in the media has steadily declined since 1976 and then sharply declined in 2016. According to Gallup, trust by Democrats and Independents declined but Republicans' trust in the media "plummeted" to 14%.[220] According to Gallup, the plunge occurred because Republicans viewed the press as overly favorable to Ms. Clinton and unfair and negative toward Donald Trump. The ensuing controversy over what news constituted "fake news" has only heated up since that time.

  In the aftermath of Sandy Hook, controversies surrounding the tragedy consumed the nation. The mass killing was used to encourage people to support more gun control legislation and arm advocates to argue in their communities for restricting gun rights. The nation was divided with strong advocates on both sides of the argument. Plaintiff, after tragically losing his son, understandably took the position in the national debate that the high capacity weapons, such as the rifle used in the Sandy Hook shooting, had no place in the hands of the general public.

  On the other hand, many Americans, including Jones and Shroyer, took the position that the gun was not at fault in any way, but instead, the person who wielded the weapon was solely to blame. The Sandy Hook tragedy resulted in a staunch divide in the nation, as well as the

---

[219] In no way does this argument imply that Plaintiff's participation in this controversy is in any way wrongful or improper.
[220] Exhibit B-73.

MSM's coverage of the shooting and the government officials' use of the tragedy to push for more restrictive gun control.

Days after the Sandy Hook shooting, President Obama used Sandy Hook to again advocate for more restrictive gun control:

> "I've been reflecting on this the last few days, and if we're honest with ourselves, the answer is *no*. ***We're not doing enough. And we will have to change***.
>
> Since I've been President, this is the fourth time we have come together to comfort a grieving community torn apart by a ***mass shooting***. The fourth time we've hugged survivors. The fourth time we've consoled the families of victims. And in between, there have been an ***endless series of deadly shootings across the country***, almost daily reports of victims, many of them children, in small towns and big cities all across America- victims whose- much of the time, their only fault was being in the wrong place at the wrong time.
>
> We can't tolerate this anymore. These tragedies must end. And to end them, we must change. We will be told that the causes of such violence are complex, and that is true. No single law- no set of laws can eliminate evil from the world, or prevent every senseless act of violence in our society.
>
> ***But that can't be an excuse for inaction***. Surely, we can do better than this. If there is even one step we can take to save another child, or another parent, or another town, from the grief that has visited Tucson, and Aurora, and Oak Creed, and ***Newtown***, and communities from Columbine to Blacksburg before that- then surely we have an obligation to try.
>
> In the coming weeks, I will use whatever power this office holds to engage my fellow citizens- from law enforcement to mental health professionals to parents and educators- in ***an effort aimed at preventing more tragedies like this***. Because what choice to we have? We can't accept ***events like this*** as routine. Are we really prepared to say that we're powerless in the face of such carnage, that the politics are too hard? Are we prepared to say that ***such violence visited on our children year after year is somehow the price of our freedom***?"[221]

Regardless of one's political beliefs, the Sandy Hook shooting was used by some in the government and MSM to jumpstart a hotly contested debate surrounding gun control and the Second Amendment. That controversy has not faded.

---

[221] Exhibit B-65.

As ABC reported, "[s]ince Sandy Hook, there have been 210 laws enacted to strengthen gun safety…"[222] Further, Laura Cutilleta, who worked at the Law Center to Prevent Gun Violence for 15 years, told ABC:

> "The public, even though they've always been in support of strengthening gun laws, it hasn't always been obvious to the public just how bad our gun laws are… ***So when Newtown happened***, people couldn't help but notice because it was such a horrific event, and people became more educated, more aware, and became mobilized t***o do something about it***."[223]

Even former FBI Director James Comey recently used Sandy Hook as a talking point when advocating for harsher gun control laws:

> "Surely there are things we can agree upon that relate to who is able to buy a weapon, what kind of weapon and at what age, what the capabilities of the weapon are, how many rounds does it hold, and things like that, that in no way threaten the rights under the U.S. Constitution of people to keep and bear arms… One of the worst things that goes on in the US is the current voice of the National Rifle Association because it sells fear in the wake of any incident… The single largest gun sale month in the history of the U.S. was ***the month after the [20] children were butchered in Sandy Hook, Connecticut, on December 14, 2012***."[224]

Thus, this controversy over the use of Sandy Hook's tragedy to spark and support gun control legislation was and remains "public" in the sense that people were and still are discussing it and people other than the immediate participants were and are likely to feel the impact of its resolution.

### (2)     The NBC/Kelly/Jones interview

Secondly, the issue with regard to Jones and Kelly's "interview" featuring him was likewise publicly discussed. Indeed, numerous protests rang out when word of Kelly's interview with Jones spread. Many within the nation believed that Kelly was giving Jones a national platform that he didn't deserve and that her interview would allow Jones to reach a broader

---

[222] Exhibit B-77.
[223] Exhibit B-77.
[224] Exhibit B-66.

audience, thus resulting in the possibility of influencing more people.[225] Those who view Jones as a danger to society strongly opposed the possibility of Jones' following expanding in any manner.

Sandy Hook families' vehemently advocated against the interview.[226] Further, Kelly's interview with Jones resulted in J.P. Morgan Chase pulling their television and digital ads from Kelly's show.[227] Likewise, Kelly's interview caused a Sandy Hook nonprofit gun violence prevention group to drop her as the Gala host.[228] The group's co-founder, Nicole Hockley, provided the reason:

> "Sandy Hook Promise cannot support the decision by Megyn or NBC to give any form of voice or platform to Alex Jones."[229]

As the backlash grew louder, NBC held "crisis meetings about how to handle the backlash."[230] NBC made the decision to "overhaul" the interview. Pagesix.com reported:

> "Megyn Kelly has **completely overhauled her Sunday night show featuring Alex Jones**, inviting Sandy Hook families on the program and **editing** her interview with Jones to be tougher on him, following all the backlash this week."[231]

In fact, to mitigate the damages NBC was suffering, Kelly herself reportedly called the Sandy Hook families and invited them on the show to "counter Jones' rhetoric." The only Sandy Hook family member to accept the invitation to publicly comment on Jones was Plaintiff.

Prior to the backlash, the original interview was, according to Kelly, supposed to be a "fun" sit-down with Jones to show "the left" another side of him other than what was reported by the MSM. However:

---

[225] Exhibit B-71; Exhibit B-67.
[226] Exhibit B-55.
[227] Exhibit B-68 (Wall Street Journal).
[228] Exhibit B-67 (*The Cut*).
[229] Exhibit B-67 (*The Cut*).
[230] Exhibit B-69; Exhibit B-72.
[231] Exhibit B-56.

"By the time it aired, the interview had been transformed into a sober warning on the ***dangers of letting liars have platforms***. Kelly introduced Jones as 'a radical conspiracy theorist' and a liar. She acknowledged the backlash upfront, saying, 'Some thought we shouldn't broadcast this interview because his baseless allegations aren't just offensive, they're dangerous.' She then justified the broadcast by pointing out that 'Alex Jones isn't going away and his audience is only getting bigger, emboldened by the open support of the president, who has consistently praised Jones…"[232]

As Rolling Stone wrote, the interview, "framed this way- as a report on the ***dangerous liar who has the ear of the president***- the segment felt relevant, even slyly subversive. After all, to shed light on Alex Jones' operation, which she summed up as 'garbage in, garbage out' is to shed light on Trump's inner world."[233] Thus, the purpose of the interview went from showing the nation who Jones is and why he believes what he believes, to a complete bashing of Jones and his viewpoints. One of those viewpoints was Jones' opinions surrounding the Sandy Hook coverage by the MSM and the governments' use of the event as an avenue to push for restricting gun rights.

    (B)   <u>Plaintiff had more than a trivial or tangential role in the controversy</u>

To determine whether an individual had more than a trivial or tangential role in the controversy, a Court should consider whether the Plaintiff: (1) actively sought publicity surrounding the controversy; (2) had access to the media; and (3) voluntarily engaged in activities that necessarily involved the risk of increased exposure and injury to reputation.[234]

As was detailed above, Plaintiff had more than a trivial or tangential role in this controversy. He actively sought publicity surrounding these controversies; had access to the media; and voluntarily engaged in activities that necessarily involved the risk of increased exposure and injury to his reputation.

---

[232] Exhibit B-69.
[233] Exhibit B- 69 (*Rolling Stone*).
[234] *Neyland*, 2015 Tex. App. LEXIS 3337, at *19 (citing *WFAA-TV, Inc.*, 978 S.W.2d at 572-573).

As described fully above, Plaintiff spoke before the Senate Judiciary Committee on February 27, 2013, and "pleaded with senators to ban assault weapons." He also appeared in support of Senator Feinstein's bill that would ban such weapons.[235] In his testimony, Plaintiff said that his son lost his life "because of a gun that nobody needs and nobody should have a right to have."[236] He further stated "a Bushmaster was brought into an elementary school in Sandy Hook Connecticut and killed 20 students and six educators."[237] That testimony was widely distributed[238] and was included among postings on *The Lede* and a *New York Times* website publication entitled "Latest Updates on the Gun Violence Debate."[239]

Plaintiff had more than a trivial or tangential role in the controversy surrounding the government and MSM's use of a national tragedy, in this case Sandy Hook, to promote and push for tougher legislation with regard to gun control. As a result, Plaintiff is a limited purpose public figure when it comes to the government and MSM's portrayal and use of national tragedies and Sandy Hook to push political agendas, including stricter gun laws.

Likewise, in connection with Kelly's interview of Jones, Plaintiff volunteered to be interviewed on camera and volunteered to provide his thoughts on Jones' opinions. More specifically, one of the primary foci of the interview was to discredit Jones entirely and in doing so, NBC and Kelly placed a bright spotlight on Jones' opinions surrounding Sandy Hook.

Plaintiff actively sought publicity in the controversy because he voluntarily chose to be interviewed by Kelly with regard to Jones' opinions. Clearly, he also had access to the media because his interview was broadcast to millions of Americans. Finally, when Plaintiff chose to be on camera in front of millions of Americans, those activities necessarily involved the risk of

---

[235] Exhibit B-2.
[236] Exhibit B-3 (Heslin senate testimony, Feb. 27, 2013).
[237] Exhibit B-4 (video of Heslin senate testimony).
[238] Exhibit B-5 (*The Guardian*).
[239] Exhibit B-6 (*The Lede*).

increased exposure and injury to his reputation. Thus, Plaintiff is a limited purpose public figure with regard to the Kelly interview of Jones' and Jones' opinions and viewpoints in connection with Sandy Hook and its relationship to the national gun debate.

<div align="center">(C)    <u>The alleged defamation is germane to the Plaintiff's participation in the controversy</u></div>

It is clear from the nature of the current national controversy surrounding much of the subject matter of this litigation, as well as Plaintiff's repeated and voluntary participation in that controversy stemming from the Sandy Hook shootings, that any criticism of him related to facts and events related to Sandy Hook and gun control would be germane to his participation in that controversy.

Sandy Hook is the epicenter of gun rights debates over the last five years. Four days after the tragedy, President Obama featured his call for greater gun control during his Rose Garden address at the Sandy Hook prayer vigil.[240] Since that time, 210 new laws have been enacted to strengthen gun safety and additional seven more states have background checks.[241]

Sandy Hook was widely considered a "watershed moment" in the national gun control debate. Retailers stopped selling "assault rifles" and investors pulled their money out of gun manufacturers. As West Virginia Senator Joe Manchin stated immediately afterwards, Sandy Hook "changed everything." ABC reported that the debate over gun control was already "fierce."[242] That fierce debate has continued unabated and Plaintiff has been active and a public participant in that debate.

Within that controversy reside the hundreds of thousands of opinions and discussions on the internet that reflect deep seated distrust of official government accounts of high profile

---

[240] Exhibit B-21.
[241] Exhibit B-22.
[242] Exhibit B-23 (video ABC News).

tragedies. A google search conducted on July 13, 2018, of the term "Sandy Hook cover up" generated 36,000,000 articles. On that same day, a search of the term "Sandy Hook conspiracies" generated 515,000 articles. Searching "Sandy Hook shootings gun control" yielded more than 604,000 articles.[243]

There can be no doubt that Sandy Hook and subsequent investigations have been at the center of gun control debate in this country for years. It is not surprising then that these subjects have also been prominent in the debates relating to the Second Amendment in and among hundreds of thousands of internet sites and among those who question the governments' accounts of it. Contrary to his assertion, Plaintiff has, at all relevant times to this lawsuit, been a "limited-purpose public figure" in that debate.

Of the complaints made by Plaintiff against Jones arising out of the July Broadcast, Plaintiff excludes the context of the statements made by Jones. Plaintiff mischaracterizes and isolates specific statements and claims that the "gist" of those statements is that Jones' is somehow accusing Plaintiff of being a liar. Numerous times in the complained of broadcast, Jones explicitly stated that he was not accusing Plaintiff of lying or being involved in a massive government conspiracy. For example, the following statements were made by Jones that clearly establish Jones is not accusing Plaintiff of being a liar, but instead, was accusing the government and MSM of taking advantage of the Sandy Hook shooting:

> "I'm not saying it didn't happen because I'm not sure. I don't wanna go that far. I've gotta be sure. I have a right to question that."[244]

> "But they're using Sandy Hook and they're using the victims and their families as a way to get rid of free speech in America."[245]

---

[243] Exhibit B, D. Jones Aff., at ¶14.
[244] Exhibit B-35, at 7.
[245] Exhibit B-35, at 9.

"And then now they claim that I'm harassing Sandy Hook families because the media said I am and the media said I said go harass their families. And then they take down our videos where I actually clarify going back three, four years ago that I simply questioned because our media lied about dead babies in incubators… 'I'm not ready to say kids didn't die and point my finger at parents and say they're liars."[246]

"Is there a blue screen when Anderson Cooper's face disappearing? Are there kids going in circles in the video shots? Did they hold back the helicopters? Did they have porta pottys there in an hour and a half? Did they run it like a big PR operation? Do they get all these conflicting stories in the media? Absolutely. And we have a right to question it. If, if they said there were new babies thrown out of incubators in some country and we questioned it because they've lied before and it turned out that they did actually kill babies somewhere, would I then hate the families that lost their babies? ***No. I'm questioning known liars in the media.***"[247]

"… So let's play the [Shroyer] report with Owen Shroyer analyzing other people's reports and playing the anomaly and asking the question and quite frankly, the father sees, he needs to clarify, NBC needs to clarify because the coroner said none of the parents were allowed to touch the kids or see the kids and maybe they're meaning at the school, ***I'm sure later maybe the parents saw their children***. The point is, is that ***because the media lies so much***, you can't blame the public asking questions and you can't ban free speech of people that are asking questions…"[248]

After playing the Shroyer broadcast, Jones stated:

"And… you know, regardless, Bloomberg said they don't let a good crisis go to waste. So did the White House Chief of Staff Rahm Emanuel at the time. And… bottom line there was massive PR around this. ***[Sandy Hook] was used to blame the American people to say gun owners were at blame for this and to, and that we had killed these children***… If I kill somebody with a car on purpose, it's not your fault because you own a car that I did something wrong with a car. Like, if I stabbed my neighbor with a butcher knife, or you do, then we're not guilty for… what another person does. So we're sick of this.

Do mass shootings happen? Absolutely. Can I prove that [Newtown] didn't happen? No. I've said for years, we've had debates about it, that I don't know, but you can't blame people for asking…

---

[246] Exhibit B-35, at 43.
[247] Exhibit B-35, at 43.
[248] Exhibit B-35, at 44.

So, I, I'm sure it's all real. But for some reason, they don't want you to see [Shroyer's broadcast]."[249]

As is clear, the July Broadcast was germane to Plaintiff's participation in the controversy surrounding the government and MSM as described above.

Likewise, the June 2017, broadcast was also germane to Plaintiff's participation in the controversy surrounding Jones' opinions and viewpoints. In fact, Plaintiff's allegation on its face establishes that Shroyer's statements were germane to Plaintiff's participation because Shroyer was simply commenting upon third-party reports that claimed what Plaintiff stated in the Kelly interview contradicted what the official medical examiner's report and other parents had stated. It is undeniable that the very basis of the alleged defamatory June Broadcast arose out of Plaintiff's very insertion and publication of his views into the Jones' controversy.

### ii.    There is no clear and specific evidence of actual malice

The distinction between a private plaintiff and a limited-purpose public figure in a defamation case is important because, while the private Plaintiff need only show the broadcaster of an allegedly defamatory statement "knew of should have known" that the statement was false, a limited-purpose public figure must show that the broadcaster had "actual knowledge that is was false or the statement was made with reckless disregard of whether it was false or not.[250] In other words, because Plaintiff is limited-purpose public figure, he must establish that the Defendants acted with ***actual malice***.[251]

The Texas Supreme Court has explained that "[a]ctual malice is not ill will; it is the making of a statement with knowledge that it is false, or with reckless disregard of whether it is

---

[249] Exhibit B-35, at 46.
[250] *WFAA-TC, Inc. v. McLemore*, 978 S.W.2d 568, 571 (Tex. 1998)
[251] *Carr v. Brasher*, 776 S.W.2d 567, 571 (Tex. 1989).

true."[252] In fact, the "constitutional focus is on the defendant's attitude toward the truth, not his attitude toward the plaintiff."[253]

Further, "reckless disregard' is defined as a high degree of awareness of probable falsity, for proof of which the plaintiff must present 'sufficient evidence to permit the conclusion that the ***defendant in fact entertained serious doubts as to the truth of his publication***.'"[254]

The "actual malice" standard also differs depending on what Plaintiff alleges was defamatory. When a claim for defamation is based on individual statements, actual malice is defined as publishing a statement with knowledge of or reckless disregard for its falsity.[255]

However, if the defamation claim is based on an ***entire publication***, actual malice is defined as publishing a statement that the Defendant knew or strongly suspected could present, as a whole, a false and defamatory impression of events.[256] As the Texas Supreme Court has stated:

> "This rule stems from the actual malice standard's purpose of protecting innocent but erroneous speech on public issues, while deterring 'calculated falsehood.'" A publisher's presentation of facts may be misleading, even negligently so, but is not a 'calculated falsehood' unless the publisher knows or strongly suspects that it is misleading."[257]

Plaintiff cannot show clear and specific evidence that actual malice was present in any of the alleged defamatory statements and/or broadcasts. Furthermore, mere questioning of official reports and citing inconsistencies in statements made by others is not evidence of actual malice.[258] Importantly, none of the Defendants had knowledge that any statement and/or

---

[252] *Carr*, 776 S.W.2d at 571.
[253] *Greer v. Abraham*, 489 S.W.3d 440, 444 (Tex. 2016).
[254] *Carr*, 776 S.W.2d at 571 (emphasis added).
[255] *Neely*, 418 S.W.3d at 69.
[256] *Turner v. KTRK TV, Inc.*, 38 S.W.3d 103, 120-121 (Tex. 2000).
[257] *Turner*, 38 S.W.3d at 120.
[258] *See, e.g.*, *Bose*, 466 U.S. at 512-13 (choice of language to describe an "event 'that bristled with ambiguities' and descriptive challenges for the [speaker] . . . does not place the speech beyond the outer limits of the First Amendment's broad protective umbrella.").

broadcast was false, nor did they entertain serious doubts as to the truth of their statements and broadcasts. Further, none of the Defendants knew or strongly suspected that any statement and/or broadcast was misleading.[259]

> ### d. There is no clear and specific evidence that any alleged defamatory publication was the proximate cause of Plaintiff's injuries

Finally, there is no clear and specific evidence that each of the alleged defamatory publications was the proximate cause of Plaintiff's injuries.[260]

As shown above, Plaintiff and the other Texas Plaintiffs have previously sued the City of Newtown as well as Remington for their tremendous loss and mental anguish. The loss of a child is cause enough for deep and long lasting mental anguish. But the loss is such a manner and so nationally publicized must be even more so. Surely the loss and the anguish remain on a daily basis for these parents. But neither the loss nor anguish was caused by Defendants. Indeed, for whatever reason, the tragedy at Sandy Hook has been the subject of numerous conspiracies described or repeated by thousands of people over the years. Just as it would be impossible for a family member to demonstrate harm caused by any particular person who opined that the 9/11 terrorist attack was a hoax because *that hoax theory* is so widely discussed, Plaintiff cannot show that any harm from the alleged defamation was caused by *these Defendants*.

### 2. Defamation Per Se

"Defamation per se refers to statements that are so obviously harmful that general damages… may be presumed."[261] A statement is defamatory per se "if the words in and of themselves are so obviously hurtful to the person aggrieved by them that they require no proof of injury… If the court must resort to innuendo or extrinsic evidence to determine that the statement

---

[259] Exhibit A, A. Jones Aff., at ¶5; *see also* Exhibit D, Shroyer Aff., at ¶13.
[260] *Bos*, 2018 Tex. LEXIS 524, at *27.
[261] *Brady v. Klentzman*, 515 S.W.3d 878, 886 (Tex. 2017).

was defamatory," then the alleged statement constitutes defamation per quod and "requires proof of injury and damages.[262]

There is no clear and specific evidence that any of the alleged defamatory statements and/or broadcasts, in and of themselves, were so obviously harmful or fall within one of the categories of defamation per se. There is no clear and specific evidence that the statements and/or broadcasts: (1) injured Plaintiff's reputation and thus, exposed him to public hatred, contempt or ridicule, or financial injury; (2) impeached Plaintiff's honesty, integrity, virtue, or reputation; or (3) published Plaintiff's natural defects and thus exposed him to public hatred, ridicule, or financial injury.

Further, there is no clear and specific evidence that the statements and/or broadcasts: (1) falsely charged Plaintiff with the commission of a crime; (2) injured Plaintiff in his office, profession or occupation; (3) imputed that Plaintiff presently has a loathsome disease; or (4) imputed sexual misconduct to Plaintiff. Therefore, there is no clear and specific evidence to support Plaintiff's claims for defamation per se.

**3.**     **Conspiracy**

Under Texas law, an action for civil conspiracy requires five elements: (a) a combination of two or more persons; (b) the persons seek to accomplish an object or course of action; (c) the persons reach a meeting of the minds on the object or course of action; (d) one or more unlawful, overt acts are taken in pursuance of the object or course of action; and (e) damages occur as a proximate result.[263]

*a.*     ***There is no clear and specific evidence of a combination of two or more persons***

---

[262] *Main v. Royall*, 348 S.W.3d 381, 390 (Tex. App.- Dallas 2011, no pet.).
[263] *Tri v. J.T.T.*, 162 S.W.3d 552, 556 (Tex. 2005).

To prove conspiracy, the Plaintiff must establish that the Defendant was a member of a combination of two or more persons.[264] However, Texas law is clear that a single entity cannot conspire with itself.[265] Because a corporation cannot conspire with itself, corporate agents cannot conspire with each other when they participate in corporate action.[266] Likewise, an agent cannot conspire with its principal[267] because "the acts of an agent and its principal are the acts of a single entity, and cannot constitute conspiracy."[268]

There is no clear and specific evidence that Defendants, either individually or collectively, are legally capable of constituting "a combination of two or more persons."

### b. There is no clear and specific evidence that Defendants sought to accomplish an object or course of action

Plaintiff also must establish that the object of the combination was to accomplish: (i) an unlawful purpose; or (ii) a lawful purpose by unlawful means.[269] Plaintiff must show that at least one of the named Defendants was liable for an underlying tort[270] because the basis of a conspiracy claim is the damage resulting from the commission of the trot, not the conspiracy itself.[271] Further, there can be no conspiracy to accomplish a lawful purpose by lawful means, even when the Defendants acted with malice, which is not the case here.[272]

---

[264] *Firestone Steel Prods. v. Barajas*, 927 S.W.2d 608, 614 (Tex. 1996).
[265] *Fisher v. Yates*, 953 S.W.2d 370, 382 (Tex. App.- Texarkana 1997, pet. denied); *see also Editorial Caballero, S.A. de C.V. v. Playboy Enters.*, 359 S.W.3d 318, 337 (Tex. App.- Corpus Christi 2012, pet. denied) ("[A] company cannot conspire with its own employees as a matter of law.").
[266] *Crouch v. Trinque*, 262 S.W.3d 417, 427 (Tex. App- Eastland 2008, no pet.); *Wilhite v. H.E. Butt Co.,* 812 S.W.2d 1, 5 (Tex. App.- Corpus Christi 1991, no writ) (holding that, as a matter of law, a corporation cannot conspire with itself, no matter how many agents of the corporation participate in the alleged conspiracy); *Bayou Terrace Inv. Corp. v. Lyles*, 881 S.W.2d 810, 815 (Tex. App.- Houston [1st Dist.] 1994, no writ) ("[A] corporation cannot conspire with its own management personnel or employees when they act within the scope of their employment or in an agency relationship.").
[267] *Bradford v. Vento*, 48 S.W.3d 749, 761 (Tex. 2001).
[268] *Lyons v. Lindsey Morden Claims Mgmt.*, 985 S.W.2d 86, 91 (Tex. App.- El Paso 1998, no pet.).
[269] ERI Consulting Eng'rs, Inc. v. Swinnea, 318 S.W.3d 867, 881 (Tex. 2010).
[270] *Tilton v. Marshall*, 925 S.W.2d 672, 681 (Tex. 1996).
[271] Schlumberger Well Surv. Corp. v. Nortex Oil & Gas Corp., 435 S.W.2d 854, 856 (Tex. 1968).
[272] Brown v. American Freehold Land Mortg. Co., 80 S.W. 985, 987 (Tex. 1904).

There is no clear and specific evidence that the object of any alleged combination was to accomplish an unlawful purpose or a lawful purpose by unlawful means. More specifically, because there is no clear and specific evidence to support the elements of Plaintiff's defamation and defamation per se claims, the claim for conspiracy likewise fails.[273]

    **c.**    ***There is no clear and specific evidence that Defendants reached a meeting of the minds on the object or course of action***

In addition, Plaintiff must also establish that the parties involved has a meeting of the minds about the object of their conspiracy.[274] To have a meeting of the minds, the conspirators must have knowledge of the object and purpose of the conspiracy.[275] A Defendant without knowledge of the object and purpose of a conspiracy cannot be a conspirator; it cannot agree, either expressly or tacitly, to the commission of a wrong of which it is not aware.[276] Likewise, "meeting of the minds" means there was an agreement or understanding between conspirators to inflict a wrong on another party.[277]

There is no clear and specific evidence that there was a "meeting of the minds" on the object or course of action between Defendants, irrespective of whether they are legally capable of conspiring with one another.

    **d.**    ***There is no clear and specific evidence of one or more unlawful, overt acts that were taken in pursuance of the object or course of action***

---

[273] *MKC Energy Invs., Inc.*, 182 S.W.3d at 378 ("When non-libel claims are based on a libel cause of action, the person claiming a defamatory statement must first establish the libel elements in order to recover on the non-libel claims."). In this case, Plaintiff's non-defamation claim, conspiracy, rests entirely on their claim for defamation. Therefore, without prevailing on their claim for defamation, Plaintiff's conspiracy claim fails as a matter of law.

[274] *Transport Ins. v. Faircloth*, 898 S.W.2d 269, 278 (Tex. 1995).

[275] Schlumberger Well Surv. Corp., 435 S.W.2d at 857.

[276] Schlumberger Well Surv. Corp., 435 S.W.2d at 857.

[277] *Chu v. Hong*, 249 S.W.3d 441, 446 (Tex. 2008) ("[Conspiracy Defendant] could only be liable for conspiracy if he agreed to the *injury* to be accomplished; agreeing to the *conduct* ultimately resulting in injury is not enough.") (emphasis in original).

Plaintiff must also establish that one of the persons involved committed at least one unlawful, overt act in furtherance of the conspiracy.[278] There is no clear and specific evidence that one or more persons committed at least one unlawful, overt act in furtherance of the alleged conspiracy.

### e. There is no clear and specific evidence that damages occurred as a proximate result

Finally, Plaintiff must also establish that he suffered damages as a proximate result of the wrongful act underlying the conspiracy.[279] Any recovery for a conspiracy is based on the injury caused by the underlying tort[280] because the conspiracy is not in itself a harm meriting damages.[281] There is no clear and specific evidence that damages occurred as a proximate result of any alleged conspiracy.

### 4. Respondeat Superior

The elements of respondeat superior are: (a) the Plaintiff was injured as the result of a tort; (b) the tortfeasor was an employee of the Defendant; and (c) the tort was committed while the employee was acting within the scope of employment.

### a. There is no clear and specific evidence that the Plaintiff was injured as a result of a tort

To hold a Defendant vicariously liable under respondeat superior, the Plaintiff must prove that he was injured as the result of a tort.[282] There is no clear and specific evidence that the Plaintiff was injured as a result of any tort.

---

[278] *Massey v. Armco Steel Co.*, 652 S.W.2d 932, 934 (Tex. 1982).
[279] ERI Consulting Eng'rs, Inc., 318 S.W.3d at 881.
[280] *Lesikar v. Rappeport*, 33 S.W.3d 282, 301-302 (Tex. App.- Texarkana 2000, pet. denied).
[281] *Deaton v. United Mobile Networks, L.P.*, 926 S.W.2d 756, 760 (Tex. App.- Texarkana 1996) (no damages for conspiracy because it is not independent cause of action), *rev'd in part on other grounds*, 939 S.W.2d 146 (Tex. 1997).
[282] *G&H Towing Co. v. Magee*, 347 S.W.3d 293, 296 (Tex. 2011).

---

### b. There is no clear and specific evidence that any alleged tortfeasor was an employee of the Defendants

The Plaintiff must also establish that the alleged tortfeasor was an employee of the Defendant.[283] There is no clear and specific evidence that any alleged tortfeasor was an employee of the Defendants.

### c. There is no clear and specific evidence that any alleged tort was committed while the employee was acting within the scope of employment

Finally, the Plaintiff must establish that the employee was acting within the scope of employment when the tort was committed.[284] There is no clear and specific evidence that that any alleged employee of the Defendants were acting within the scope of their employment when the tort was committed.

### 5. Exemplary Damages

Pursuant to §73.055(c) of the Texas Civil Practice & Remedies Code:

> "If not later than the 90th day after receiving knowledge of the publication, the person does not request a correction, clarification, or retraction, the person may not recover exemplary damages."[285]

Plaintiff did not contact Defendants about the Broadcasts with the ninety-day requirement. Instead, Plaintiff waited until April 11, 2018, almost a year after the alleged defamatory statements and broadcasts were published, and just weeks before filing suit.[286] Accordingly, any claim for exemplary damages is barred.[287]

---

[283] *Baptist Mem'l Hosp. Sys. v. Sampson*, 969 S.W.2d 945, 947 (Tex. 1998).
[284] *Goodyear Tire & Rubber Co. v. Mayes*, 236 S.W.3d 754, 757 (Tex. 2007).
[285] Tex. Civ. Prac. & Rem. Code §73.055(c).
[286] Exhibit C, Taube Aff., and its attached Exhibit C-1.
[287] Tex. Civ. Prac. & Rem. Code §73.055(c). Plaintiff's Original Petition claims that they are "also entitled to exemplary damages because the Defendants acted with malice." Because of their failure to follow the statutory ninety-day requirement as described above, this claim against Defendants is barred as a matter of law.

## C. **Defendants are entitled to dismissal because they can prove by a preponderance of the evidence each essential element of their defenses**

Even if Plaintiff was able to produce clear and specific evidence of each of his claims for defamation, defamation per se, conspiracy and respondeat superior, this Court must still nonetheless dismiss each of his claims because Defendants can establish one or more valid defenses to Plaintiff's claims by a preponderance of the evidence.[288]

### 1. Statute of Limitations

The limitations period for an action for defamation is one year[289] and the claim accrues when the matter is published or circulated.[290] Importantly, the "single publication rule" provides that the "publication" is complete on the last day of the mass distribution of copies of the printed matter.[291] The "single publication rule" applies to online publications, including internet posts and television station's news reports that are publicly available on the internet.[292]

To the extent that Plaintiff argues and/or claims that somehow the alleged "long history" of defamatory statements described and included in paragraphs 26-48 of Plaintiff's petition, constitute independent claims, such claims are barred by the statute of limitations. The focus of a defamation inquiry is whether the alleged defamatory statement/broadcast (in this case, the June and July Broadcast) is *in and of itself* defamatory. Indeed, the Austin Court of Appeals has made it clear that "the focus remains on whether the specific publication is defamatory at all…"[293]

---

[288] Tex. Civ. Prac. & Rem. Code §27.005(d).
[289] Tex. Civ. Prac. & Rem. Code §16.002(a).
[290] *Deaver*, 483 S.W.3d at 674.
[291] *Forbes Inc.*, 124 S.W.3d at 173; *Mayfield*, 444 S.W.3d at 227.
[292] *Mayfield*, 444 S.W.3d at 230; *Deaver*, 483 S.W.3d at 675-676.
[293] Cox Tex. Newspapers, L.P., 219 S.W.3d at 436.

## 2. Opinion

As stated above, whether a particular statement is a protected expression of opinion or an actionable statement of fact is a question of law for this Court.[294] "All assertions of opinion are protected by the First Amendment of the United States Constitution and article I, section 8 of the Texas Constitution."[295] In determining whether a statement is that of an opinion, "the Court should: (1) analyze the common usage of the specific language to determine whether it has a precise, well understood core of meaning that conveys facts, or whether the statement is indefinite and ambiguous; (2) assess the statement's verifiability, that is, whether it is objectively capable of being prove true or false; (3) consider the entire context of the article column, including cautionary language; and (4) evaluate the kind of writing or speech as to its presentation as commentary or 'hard' news."[296]

Furthermore, when one states a fact upon which he or she bases the opinion, or the opinion is based upon facts that are common knowledge, or the facts are readily accessible to the recipient, these fall into the category of pure opinion.[297] Even if not directed at the MSM, Kelly, NBC and the government, as they were, at most these statements were rhetorical hyperbole.[298] Thus, as is clear throughout this Motion and the Broadcasts, Plaintiff cannot prevail on his claims because the alleged defamatory statements and broadcasts were Defendants' opinions.

## 3. Infowars is not liable

Infowars, LLC has no relationship to Plaintiff's claims. It does not own or operate the domain name or website located at http://www.infowars.com. It has never employed Alex Jones

---

[294] *Carr*, 776 S.W.2d at 570

[295] *Carr*, 776 S.W.2d at 570.

[296] *Yiamouyiannis v. Thompson*, 764 S.W.2d 338, 341 (Tex. App.- San Antonio 1988, writ denied).

[297] *Lizotte v. Welker*, 45 Conn. Supp. 217, 709 A. 2d 50, 59(Conn. Super. Ct 1996) cited by *Farias v. Garza*, 426 SW 3d 808, 819 (Tex. – App. San Antonio 2014, pet. denied) .

[298] *Farias v. Garza*, 426 SW 3d 808, 819 ("secret, illegal and corrupt" and "blatant coverup attempt" were held to be rhetorical hyperbole).

or Owen Shroyer. It has never had authority over or control of the content of the broadcasts including any of the allegedly defamatory broadcasts.[299]

### 4. Texas Civil Practice & Remedies Code §73.005: Substantial Truth

A media Defendant can "defeat a defamation cause of action by establishing the 'substantial truth' of the broadcast in question."[300] "[A] media defendant's reporting that a third party has made allegations is 'substantially true' if, in fact, those allegations have been made and their content is accurately reported."[301] Although this doctrine does not necessarily apply to all broadcasts that publish third-party reports,[302] it is directly on point with the facts before this Court.

In this case, Shroyer accurately reported the allegations and publications of third-parties Zero Hedge and iBankCoin. The "gist" of Shroyer's broadcast, which was a report and commentary on the allegations and publications of third-parties, was that Zero Hedge posted an article claiming that Kelly and NBC failed to "fact check" Plaintiff's statements made on the NBC broadcast. Shroyer's broadcast is true because Zero Hedge did post an article making those claims as reported by Shroyer. Indeed, the title of the Zero Hedge article was "Megyn Kelly Fails To Fact Check Sandy Hook Father's Contradictory Claim In Alex Jones Hit Piece."[303]

Further, during the June Broadcast, Shroyer stated:

> "[F]eatured in Megyn Kelly's expose, Neil Heslin, a father of one of the victims, during the interview described what happened the day of the shooting. And, basically, what he said, the statement he made, fact checkers on this have said, cannot be accurate. He's claiming that he held his son, and saw the bullet hole in his head. That is his claim.

---

[299] Exhibit B, D. Jones Aff., at ¶67.
[300] *Avila*, 394 S.W.3d at 657 (citing *McIlvain v. Jacobs*, 794 S.W.2d 14, 15 (Tex. 1990).
[301] *Avila*, 394 S.W.3d at 657.
[302] *See Neely*, 418 S.W.3d at 65 ("But we do not foreclose the possibility that the gist of some broadcasts may merely be allegation reporting, such that one measure for the truth of the broadcast could be whether it accurately relayed the allegations of a third party.").
[303] Exhibit D-1.

Now, according to a timeline of events, and a coroner's testimony, that is not possible…"[304]

The article upon which Shroyer was accurately reporting stated the following:

"… Kelly and NBC aired footage of the grieving father of a Sandy Hook massacre victim which contains a major contradiction to the official story.

…

Jim Fetzer, Professor Emeritus at the University of Minnesota who wrote a book claiming Sandy Hook was staged, notes that based on the facts of the case, Heslin's statement that he 'held his son with a bullet hole through his hear' could not have happened. According to Coroner Wayne Carver, M.C., the parents of the victims weren't allowed to see their children's bodies- and were instead show pictures to identify the deceased. Anderson Cooper even interviewed the parents of one of the victims about not being able to see their child…

While it's entirely possible that Mr. Heslin had access to his son after the shooting, given the highly contentious nature of the Sandy Hook massacre in which every aspect of the case has been pored over and dissected- it was incumbent upon Megyn Kelly and NBC to familiarize themselves with all sides of the argument so they could have identified and explained Heslin's statement."[305]

During Shroyer's June Broadcast, he also showed the same videos that were cited and shown in the Zero Hedge article. Therefore, Shroyer's broadcast is "substantially true" because the allegations made with regard to Plaintiff's statements were actually made and Shroyer fully and accurately reported and portrayed those allegations. Likewise, the July Broadcast was also substantially true with regard to his statements made concerning the alleged defamatory June Broadcast.

Regardless, the Texas Supreme Court has made clear that:

"[A] true account which does not create a false impression by omitting material facts or suggestively juxtaposing them is not actionable, regardless of the conclusions that people may draw from it."[306]

---

[304] Exhibit B-36; Exhibit B-38.
[305] Exhibit D, Shroyer Aff., at ¶7 and its attached Exhibit D-2.
[306] *Turner*, 38 S.W.3d at 118.

The Court also held that "[l]ibel law cannot require a news organization to air the interviews of everyone who might speak on a public figure's behalf."[307]

Plaintiff's primary complaint is that Defendants allegedly defamed him by calling him a liar with respect to holding his child. Plaintiff's Petition also claims that:

> "In addition, a minimal amount of research would have caused any competent journalist not to publish the defamatory accusation. According to contemporary news accounts, the bodies of the victims were released from the medical examiner into the custody of the families."[308]

Even if Plaintiff's allegation is accurate, that there were "contemporary news accounts" that stated the bodies of the victims were released, absolutely nothing would have changed with regard to the "gist" or theme of either the June or July Broadcast. Regardless of how many "news accounts" stated that the bodies were released, Plaintiff cannot avoid the clear fact that there was in fact a contradiction arising from the medical examiners statements when he claimed the bodies were not released to the parents. Thus, there was no false impression given by Defendants because, regardless of what others reported, the medical examiner stated that the bodies were not released.

In fact, according to Plaintiff's argument, if there was a "contemporary news account" that stated the bodies were released, Defendants, as well as all citizens, would be precluded and forbidden from questioning that news account. They would simply have to accept what the MSM reported as true no matter what, or else they would suffer the same fate that Defendants have and would be sued for defamation.

After all, as Plaintiff argues, if one question's or criticizes the government or MSM regarding a controversial topic, tangential "players" involved in the controversy in any way

---

[307] *Turner*, 38 S.W.3d at 122.
[308] Plaintiff's Original Petition, at ¶21.

would be able to maintain a defamation action.[309] Thus, if that were the case, criticizing the government itself would expose any person to a defamation lawsuit by countless individuals who are connected in any manner to that which was criticized. Free Speech would be destroyed. This cannot be the law:

> "***Criticism of government*** is at the very center of the constitutionally protected area of free discussion. ***Criticism*** of those responsible for government operations ***must be free, les criticism of government itself be penalized***."[310]

### 5. Texas Civil Practice & Remedies Code §73.002: Fair Comment Privilege

The "fair comment privilege" is an affirmative defense to a defamation action, embodied in Section 73.002(b)(2) of the Texas Civil Practice & Remedies Code, "provides that a broadcast is privileged if it is a 'reasonable and fair comment on or criticism of an official act of a public official or other matter of public concern published for general information."[311] "Comments based on substantially true facts are privileged if fair."[312]

As is detailed above, Shroyer's broadcast was not only substantially true, but his comments based on the Zero Hedge article were fair and reasonable.[313] Therefore, Shroyer's statements are privileged because his comments were made as criticism of a matter of public concern (the Kelly and NBC broadcast that was criticized by Zero Hedge and iBankCoin) and those same comments were published for general information.

### 6. Texas Civil Practice & Remedies Code §73.004: Broadcaster Privilege

A "broadcaster is not liable in damages for a defamatory statement published or uttered in or as a part of a radio or television broadcast by one other than the broadcaster unless the

---

[309] Plaintiff's argument is essentially that any criticism of governmental wrongdoing regarding a national tragedy exposes that person to defamation lawsuits to every member of any victim connected to the tragedy.
[310] *Rosenblatt*, 383 U.S. at 85 (emphasis added).
[311] *Neely*, 418 S.W.3d at 70 (citing Tex. Civ. Prac. & Rem. Code §73.002(b)(2); *see also D Magazine Partners, L.P.*, 529 S.W.3d at 441.
[312] *Neely*, 418 S.W.3d at 70.
[313] Exhibit D, Shroyer Aff., at ¶1-10.

complaining party proves that the broadcaster failed to exercise due care to prevent the publication or utterance of the statement in the broadcast."[314] Even if the Zero Hedge article was defamatory toward the Plaintiff, Shroyer is protected by the broadcaster privilege he did not fail to exercise due care in his broadcast.

### D.     **Attorneys' Fees and Sanctions**

The TCPA requires the trial court to award court costs, reasonable attorney's fees, and other expenses to the movant upon dismissal of a "legal action" under the TCPA.[315] Similarly, the TCPA requires the Court to award sanctions against the non-movant for the dismissal of a legal action.[316] The TCPA defines a "legal action" as, among other things, a single cause of action.[317] Thus, should any one of the numerous causes of action brought by Plaintiff be dismissed, an attorneys' fees and sanctions award is mandatory.

Accordingly, Defendants request that the Court set a hearing on this Motion to Dismiss within sixty days of the date of service of this Motion.[318] Defendants further request that upon dismissal of Plaintiff's claims, the Court award them attorney fees and costs incurred in defending this civil action.[319]

### VII.

### CONCLUSION

The true gravamen of Plaintiff's claim is that it is simply too hurtful for others, including Jones, to question aspects of the events surrounding the most tragic and sorrow-filled day in their

---

[314] Tex. Civ. Prac. & Rem. Code §73.004; *Avila v. Larrea*, 394 S.W.3d 646, 657 (Tex. App.- Dallas 2012, no pet.).
[315] Tex. Civ. Prac. & Rem. Code §27.009(a)(1); *Hawxhurst v. Austin's Boat Tours*, 2018 Tex. App. LEXIS 2081, *22-23 (Tex. App.- Austin Mar. 22, 2018, no pet. h.).
[316] Tex. Civ. Prac. & Rem. Code §27.009(a)(2) ("If the court orders dismissal of a legal action under this chapter, the court shall award to the moving party… sanctions against the party who brought the legal action as the court determines sufficient to deter the party who brought the legal action from bringing similar actions described in this chapter.").
[317] Tex. Civ. Prac. & Rem. Code §27.001(6).
[318] Tex. Civ. Prac. & Rem. Code § 27.004.
[319] Tex. Civ. Prac. & Rem. Code § 27.009.

lives. Others, understandably sympathetic to Plaintiff's tremendous loss and in admiration of his perseverance and pursuit of his goals, likewise may feel repulsed by Jones' expressions and may be supportive of Plaintiff's claims against Defendants. Clearly, to many, his speech is offensive. Just as clearly, speech can never be silenced because it offends or is unpopular.

During arguments before the United States Supreme Court in the emotion-laden case of Albert Snyder for defamation against protesters at his marine son's funeral, Justice Ginsburg asked if the First Amendment must tolerate "exploiting this bereaved family." The protesters carried signs saying, "Thank God for Dead Soldiers" and "You're Going to Hell." The case pit the right of the father to grieve privately against the protesters' right to say what they want, no matter how offensive. The ACLU's position was clear even though it abhorred the content of the speech.

> "The First Amendment really was designed to protect a debate at the fringes. You don't need the courts to protect speech that everybody agrees with, because that speech will be tolerated. You need a First Amendment to protect speech that people regard as intolerable or outrageous or offensive- ***because that is when the majority will wield its power to censor or suppress***, and we have a First Amendment to prevent the government from doing that.[320]

Faced with the obvious and critical tension between the father's right to grieve in private and the First Amendment rights of the protesters to say such offensive and vile expressions, the Supreme Court held eight to one for the protesters.[321] Recognizing this painful conflict between free speech and Snyder's terrible loss, the Court wrote:

> "If there is a bedrock principle underlying the First Amendment, it is that government may not prohibit the expression of an idea simply because society finds the idea itself offensive or disagreeable…indeed the point of all speech protection…is to shield just those choices of content that in someone's eyes are misguided, or even hurtful."[322]

---

[320] Exhibit B-40 (ACLU Legal Director Steven Shapiro on NPR) (https://www.aclu.org/blog/free-speech/protecting-outrageous-offensive-speech) (emphasis added).
[321] *Snyder v. Phelps*, 562 U.S. 443 (2011).
[322] *Snyder*, 562 U.S. at 458.

"Speech is powerful. It can stir people to action, move them to tears of both joy and sorrow, and – as it did here – inflict great pain. On the facts before us, we cannot react to that pain by punishing the speaker. As a nation, we have chosen a different course – *to protect even hurtful speech on public issues to ensure that we do not stifle public debate*."[323]

Because this suit is based on, relates to or is in response to the Defendants' exercise of their First Amendment rights, the TCPA applies. Because the Plaintiff cannot provide clear and specific evidence of each element of each of his claims, this suit must be dismissed. This is especially so because Defendants have produced a preponderance of evidence establishing each element of their affirmative defenses.

## VIII.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Defendants respectfully requests that the Motion be granted and the Court grant them such other and further relief as the Court deems equitable, just and proper.

RESPECTFULLY SUBMITTED,

GLAST, PHILLIPS & MURRAY, P.C.


_____*/s/ Mark C. Enoch*_____
Mark C. Enoch
State Bar No. 06630360
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
Telephone:      972-419-8366
Facsimile:      972-419-8329
fly63rc@verizon.net


ATTORNEY FOR DEFENDANTS

---

[323] *Snyder*, 562 U.S. at 460-461 (emphasis added).

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 13th day of July, 2018, the foregoing was sent via efiletxcourts.gov's e-service system to the following:


Mark Bankston
Kaster Lynch Farrar & Ball
1010 Lamar, Suite 1600
Houston, TX 77002
713-221-8300
mark@fbtrial.com


_____*/s/ Mark C. Enoch*_____
Mark C. Enoch

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN,<br>    *Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | §<br>§ | TRAVIS COUNTY, T E X A S |
| ALEX E. JONES, INFOWARS, LLC,<br>FREE SPEECH SYSTEMS, LLC, and<br>OWEN SHROYER,<br>    *Defendants* | §<br>§<br>§<br>§<br>§ | 261st JUDICIAL DISTRICT |

## AFFIDAVIT OF ALEX E. JONES

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Alex E. Jones, known to me to be the person whose name is subscribed below, and who on his oath, deposed and stated as follows:

1.    My name is Alex E. Jones. I am over the age of 21 years, have never been convicted of a felony or crime involving moral turpitude, am of sound mind, and am fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are true and correct.

2.    I regularly criticize the mainstream media (MSM) for what I view as biased reporting intended to sway public opinion in a liberal direction. In my July 20, 2017 broadcast, I criticized YouTube and Google for refusing first amendment rights by accepting false copyright claims to remove posts. I criticized MSM for claiming I was harassing Sandy Hook families and telling others to harass those families and for



EXHIBIT

A

removing my own videos. I then continued to criticize CNN and Anderson Cooper, mentioning that MSM had a history of false reporting. One of the videos that MSM had censored was Owen Shroyer's of June 25, 2017 in which he reported others' criticisms of NBC and Megyn Kelly for failing to fact check aspects of NBC's broadcast of June 18, 2017 and sloppy reporting.

3. The entire context of my remarks was within my expression of my opinions about the lack of honesty and integrity from MSM and our government. This is consistent with my firm and long shared beliefs in defending the First and Second Amendments and my criticisms of MSM's and the government's exploitation of tragic and notorious events, such as the Sandy Hook shootings, to restrict free speech and gun ownership in this country. I have long believed and opined that MSM and our government will report "fake news" in order to mislead people and manipulate public opinions.

4. In addition, NBC's broadcast with Ms. Kelly's voice overs and editing was intended to and did unfairly and inaccurately portray and criticize my own beliefs and opinions and was also intended to criticize many others who similarly question our government and MSM reports. I also believe that NBC also intended to create and profit by controversy surrounding me, my companies and my opinions. They intentionally fanned this controversy by slanting their reporting of my interview and by including interviews with others to criticize and rebut what they intended to convey to their viewers as my opinions. One of their goals appeared to be to cast my views and reporting as "fake news" just as I have criticized NBC and other MSM companies for reporting fake news.

What is and is not "fake news" has been an extremely contentious topic and controversy in and among the media and general population for the past several years.

5.     During the July 20, 2017 broadcast about which Plaintiff complains, I did not know that any fact I stated was false nor did I intend to convey any false impression with regard to Mr. Heslin. Prior to the broadcast, I became aware of Owen Shroyer's comments on June 25, 2017 when he reported and commented on an article published online by Zero Hedge entitled "Megyn Kelly Fails To Fact Check Sandy Hook Father's Contradictory Claim In Alex Jones Hit Piece." Prior to the July 20 broadcast I saw no reports that stated the bodies had been released to the families in contradiction to the reports described and referred to in the Zero Hedge article or the videos that Owen showed. I did not know that the article's reporting or that any source's facts contained therein was false when I discussed the Shroyer broadcast and showed it during the July 20 broadcast nor at the time of the that broadcast did I have any serious doubts as to their veracity.

6.     I am the sole member of Defendant Free Speech Systems, LLC and the sole member of Infowars, LLC.

7.     Neither I nor Owen Shroyer has ever been an employee of Infowars, LLC. Further Affiant Sayeth Not.

_____
Alex E. Jones

SWORN TO and SUBSCRIBED before me by Alex E. Jones on July 13th, 2018.



_____
Notary Public in and for
the State of Texas

My Commission Expires:

4-21-2022
_____

TIMOTHY JAMES FRUGE
Notary Public, State of Texas
Comm. Expires 04-21-2022
Notary ID 129791368

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## <u>AFFIDAVIT OF DAVID JONES</u>

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared David Jones, known to me to be the person whose name is subscribed below, and who on his oath, deposed and stated as follows:

1.    My name is David Jones. I am over the age of 21 years, have never been convicted of a felony or crime involving moral turpitude, am of sound mind, and am fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are true and correct.

2.    In preparing for this affidavit, I reviewed internet websites, articles and videos published on the internet and found several that are relevant to the issues in this case.



EXHIBIT

B

3.      I downloaded these videos and articles and/or printed them directly from the identified internet websites. All of the attached exhibits are true and correct copies of the online articles and videos.

4.      Attached to this affidavit marked as Exhibit B-1 is a true and correct copy of an article posted at the url address http://www.nydailynews.com/news/politics/father-sandy-hook-victim-faces-criminal-charges-article-1.1338399. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

5.      Attached to this affidavit marked as Exhibit B-2 is a true and correct copy of an article posted at the url address http://www.dailymail.co.uk/news/article-2285516/Neil-Heslin-Father-Sandy-Hook-victim-breaks-senate-committee-pleads-ban-assault-rifles.html.   This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

6.      Attached to this affidavit marked as Exhibit B-3 is a true and correct copy of an article posted at the url address https://www.judiciary.senate.gov/imo/media/doc/2-27-13HeslinTestimony.pdf.    This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

7.      Attached to this affidavit marked as Exhibit B-4 is a thumb drive containing a true and correct copy of a C-Span video of Mr. Heslin posted on the website with the url address: https://www.c-span.org/video/?c4459285/testimony-neil-heslin.  This exhibit is a true and correct copy of the video on that website as of the date of this affidavit.

8.      Attached to this affidavit marked as Exhibit B-5 is a true and correct copy of      an      article      posted      at      the      url      address

https://www.theguardian.com/world/2013/feb/27/assault-weapon-ban-senate-hearings-live.  This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

9.     Attached to this affidavit marked as Exhibit B-6 is a true and correct copy of an article posted at the url address https://thelede.blogs.nytimes.com/2013/03/06/latest-updates-on-gun-violence-debate/. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

10.     Attached to this affidavit marked as Exhibit B-7 is a true and correct copy of an article posted at the url address https://www.cnn.com/2013/01/29/us/connecticut-sandy-hook-hearings/index.html. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

11.     Attached to this affidavit marked as Exhibit B-8 is a true and correct copy of an article posted at the url address https://www.nytimes.com/2013/01/29/nyregion/connecticut-legislature-hearing-on-gun-violence.html. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

12.     Attached to this affidavit marked as Exhibit B-9 is a true and correct copy of an article posted at the url address https://people.com/crime/sandy-hook-victim-jesse-lewis-dad-christmas-5-years-later/.   This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

13.     Attached to this affidavit marked as Exhibit B-10 is a thumb drive containing a true and correct copy of a video of a CNN interview with Mr. Heslin posted

on the website with the url address of https://www.facebook.com/NewDay/videos/sandy-hook-parents/1677277062337470/. This exhibit contains a true and correct copy of the video on that website as of the date of this affidavit.

14.    I did a Google search on July 13, 2018 of the term "Sandy Hook conspiracies" and it generated 515,000 articles.  On that same day, I searched the term "Sandy Hook shootings gun control" and that Google search yielded 604,000 articles. Also on that date I searched the terms "Neil Heslin gun control" and Google reported 90,200 articles. On that date I also did a google search of the term "Alex Jones controversy" and that resulted in 4,910,000 articles.  On that date I also did a Google search of the term "Sandy Hook cover up" and that Google search yielded 36,000,000 articles.

15.    Attached hereto and marked as Exhibit B-11 is a true and correct copy of a screen shot taken from the video of Neil Heslin's testimony before the Senate Judiciary Committee posted at https://www.c-span.org/video/?c4459285/testimony-neil-heslin and which is identified in paragraph 7 above.

16.    Attached hereto and marked as Exhibit B-12 is a true and correct copy of a description and photograph of Neil Heslin speaking at a news conference with Vice-President Biden and New York Mayor Bloomberg on March 21, 2013 posted at http://www.zimbio.com/photos/Neil+Heslin/News+Conference+Federal+Gun+Reform/95cI5zpk0Nu. This exhibit is a true and correct copy of that photograph and description at that internet site as of the date of this affidavit.

17.     Attached hereto and marked as Exhibit B-13 is a true and correct copy of a photograph of Neil Heslin at the President's news conference on April 17, 2013 and description of same posted at http://www.zimbio.com/photos/Neil+Heslin/News+Conference+Federal+Gun+Reform/9 5cI5zpk0Nu. This exhibit is a true and correct copy of that photograph and description at that internet site as of the date of this affidavit.

18.     Attached hereto and marked as Exhibit B-14 is a true and correct copy of an article dated May 7, 2013 from the News Times posted at https://www.newstimes.com/policereports/article/Away-from-the-spotlight-Sandy-Hook-parent-4496775.php. This exhibit is a true and correct copy of that article posted at that internet site as of the date of this affidavit.

19.     Attached hereto and marked as Exhibit B-15 is a true and correct copy of an article and photograph of Mr. Heslin from the Media Research Center posted at https://www.mrc.org/biasalerts/advocacy-not-journalism-13-cnn-guests-want-more-gun-control-only-2-argue-contrary. This exhibit is a true and correct copy of that article and photograph posted at that internet site as of the date of this affidavit.

20.     Attached hereto and marked as Exhibit B-16 is a thumb drive containing a true and correct copy of an MSNBC video interview of Wesley Ball and Neil Heslin posted at https://www.msnbc.com/craig-melvin/watch/sandy-hook-dad-alex-jones-doesn-t-care-who-he-hurts-1214753859935. The video on the thumb drive is a true and correct copy of the video on that website as of the date of this affidavit.

21.    Attached hereto and marked as Exhibit B-17 is a true and correct transcription of the video attached as B-16. I have watched that video and compared it to this exhibit and this exhibit is an accurate transcription of the video interview.

22.    Attached hereto and marked as Exhibit B-18 is a true and correct copy of an article                              posted                              at http://edition.pagesuite.com/popovers/article_popover.aspx?guid=eee755d0-dd73-4255-a465-c03c19dbf153. The exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

23.    Attached hereto and marked as Exhibit B-19 is a thumb drive containing a true and correct copy of an NBC Today Show interview of Mark Bankston and Neil Heslin posted at https://www.today.com/video/father-of-slain-sandy-hook-student-alex-jones-must-come-clean-on-his-lies-1214528067835. The video on the thumb drive is a true and correct copy of the video on that website as of the date of this affidavit.

24.    Attached hereto and marked as Exhibit B-20 is a true and correct transcription of the NBC Today Show video attached as B-19. I have watched that video and compared it to this exhibit and this exhibit is an accurate transcription of the video interview.

25.    Attached hereto and marked as Exhibit B-21 is a true and correct copy of a *Wall Street Journal* article posted at https://www.wsj.com/articles/sandy-hook-parents-sue-radio-host-alex-jones-for-calling-shooting-a-hoax-1524000776. This exhibit is a true and correct copy of that article posted at that internet site as of the date of this affidavit.

26.    Attached to this affidavit marked as Exhibit B-22 is a true and correct copy

of an article posted at the url address https://www.newstimes.com/local/article/Newtown-families-file-wrongful-death-suit-against-6010819.php. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

27. Attached to this affidavit marked as Exhibit B-23 is a true and correct copy of an article at the url address http://wshu.org/post/newtown-asks-judge-dismiss-sandy-hook-negligence-suit#stream/0. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

28. Attached to this affidavit marked as Exhibit B-24 is a true and correct copy of an article posted at the url address https://newtownbee.com/judge-dismisses-1214-wrongful-death-lawsuit/. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

29. Attached to this affidavit marked as Exhibit B-25 is a true and correct copy of an article posted at the url address http://www.courant.com/news/connecticut/hc-sandy-hook-gun-lawsuit-20141215-story.html. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

30. Attached to this affidavit marked as Exhibit B-26 is a true and correct copy of an article posted at the url address https://www.gunowners.com/8-general/100-soto-v-bushmaster. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

31. Attached to this affidavit marked as Exhibit B-27 is a true and correct copy of an article posted at the url http://www.koskoff.com/Sandy-Hook-Gun-Case-News/Assault-Rifle-Maker-Asks-Judge-to-Toss-Sandy-Hook-Massacre-Suit.shtml. This

exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

32.     Attached to this affidavit marked as Exhibit B-28 is a thumb drive containing a true and correct copy of a video of CBS This Morning posted at the following url address: https://www.youtube.com/watch?v=orh-bte19qA dated November 14, 2017. This video is a true and correct copy of the video on that website as of the date of this affidavit.

33.     Attached to this affidavit marked as Exhibit B-29 is a true and correct copy of an article posted at the url address http://www.courant.com/news/connecticut/hc-news-sandy-hook-lawsuit-bankruptcy-filing-20180326-story.html. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

34.     Attached to this affidavit marked as Exhibit B-30 is a true and correct copy of an article posted at the url address https://www.bloomberg.com/news/articles/2017-11-14/sandy-hook-families-make-last-ditch-plea-to-save-gunmaker-suit. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

35.     Attached to this affidavit marked as Exhibit B-31 is a true and correct copy of an article posted at the url address http://ccdl.us/blog/2017/06/20/soto-v-bushmaster/. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

36.     Attached hereto marked as Exhibit B-32 is a thumb drive containing a true and correct copy of a video of the Sessions Law Firm posted at https://www.thesessionslawfirm.com/takeaways-sandy-hook-victims-lawsuit-remington-

[bushmaster](). This video is a true and correct copy of the video posted at that internet site as of the date of this affidavit.

37.    Attached hereto marked as Exhibit B-33 is a true and correct copy of the Original Petition filed in cause number D-1-GN-18-001842, 345th District Court, Travis County, Texas, styled "*Leonard Pozner and Veronique De La Rosa vs. Alex E. Jones, Infowars, LLC, and Free Speech Systems, LLC*" filed on April 16, 2018.

38.    Attached hereto marked as Exhibit B-34 is thumb drive containing a  true and correct copy of the Defendants' Motion to Dismiss under the Texas Citizens' Participation Act filed in the 345th District Court, Travis County, Texas, in cause number D-1-GN-18-001842 on June 26, 2018.

39.    Attached hereto marked as Exhibit B-35 is a true and correct copy of an accurate transcript of the entire July 20, 2017 broadcast with Alex Jones that is the subject of Plaintiff's defamation claim. I have compared this transcript to the video of this broadcast and it accurately states what was said in the broadcast.

40.    Attached hereto marked as Exhibit B-36 is a thumb drive containing a video of a true and correct copy of the entire Owen Shroyer broadcast on June 25, 2017 that is the subject of Plaintiff's defamation claim.

41.    Attached hereto marked as Exhibit B-37 is a thumb drive containing a video of a true and correct copy of the entire Alex Jones broadcast on July 20, 2017 that is the subject of Plaintiff's defamation claim.

42.    Attached hereto marked as Exhibit B-38 is a true and correct copy of an accurate transcript of the entire June 25, 2017 broadcast with Owen Shroyer.  I have

compared this transcript to the video of this broadcast and it accurately states what was said in the broadcast.

43. Attached hereto marked as Exhibit B-39 is a true and correct copy of a article from the *News Times* posted at the url address https://www.newstimes.com/local/article/Sandy-Hook-parents-due-Texas-conspiracy-extremist-12841014.php. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

44. Attached hereto marked as Exhibit B-40 is a true and correct copy of an NBC News article posted at the url address https://www.nbcnews.com/news/us-news/megyn-kelly-defends-interview-infowars-host-alex-jones-n771516. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

45. Attached hereto marked as Exhibit B-41 is a true and correct copy of an article posted at the url address https://www.factcheck.org/2011/01/bum-rap-for-rahm/. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

46. Attached hereto marked as Exhibit B-42 is a thumb drive containing a true and correct copy of a video of Rahm Emmanuel posted at the url address: https://www.youtube.com/watch?v=Pb-YuhFWCr4. The video on this thumb drive is a true and correct copy of the video posted at that address as of the date of this affidavit. This video and Mr. Emmanuel's quote has been used by Alex Jones many times on his broadcasts and has been used and quoted many times by others who likewise question government and media reports.

47.     Attached hereto marked as Exhibit B-43 is a thumb drive containing a true and correct copy of a video of NBC's and Megyn Kelly's interview of Alex Jones posted at the url address: https://www.nbcnews.com/megyn-kelly/video/megyn-kelly-reports-on-alex-jones-and-infowars-970743875859. The video on this thumb drive is a true and correct copy of the broadcast and the video posted at that address as of the date of this affidavit.

48.     Attached hereto marked as Exhibit B-44 is a true and correct copy of an article posted at the url address http://time.com/4821906/megyn-kelly-alex-jones-interview-leaks/. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

49.     Attached hereto marked as Exhibit B-45 is a true and correct copy of an article posted at the url address https://www.npr.org/2017/06/19/533481663/after-much-controversy-nbc-airs-megyn-kellys-interview-with-alex-jones. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

50.     Attached hereto marked as Exhibit B-46 is a true and correct copy of an article posted at the url address http://money.cnn.com/2017/06/18/media/megyn-kelly-alex-jones-interview-review/index.html?iid=EL. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

51.     Attached hereto marked as Exhibit B-47 is a true and correct copy of a *New York Times* article posted at the url address https://www.nytimes.com/2017/06/19/business/media/megyn-kelly-alex-jones-interview-

nbc.html.  This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

52.     Attached hereto marked as Exhibit B-48 is a true and correct copy of a *New York Times* article posted at the url address https://www.nytimes.com/2017/06/16/business/media/critical-test-looms-for-megyn-kelly-and-the-network-that-bet-on-her.html?mcubz=2. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

53.     Attached hereto marked as Exhibit B-49 is a true and correct copy of a *Hill* article posted at the url address http://thehill.com/homenews/media/344614-sunday-night-with-megyn-kelly-ends-limited-summer-run. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

54.     Attached hereto marked as Exhibit B-50 is a true and correct copy of an article posted at the url address https://mic.com/articles/179008/megyn-kellys-return-to-television-gets-a-lukewarm-reception#.WNOZV2qR6. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

55.     Attached hereto marked as Exhibit B-51 is a true and correct copy of a *Washington Post* article posted at the url address https://www.washingtonpost.com/lifestyle/style/did-nbcs-megyn-kelly-promise-no-hit-piece-on-conspiracy-monger-alex-jones/2017/06/16/08404ab6-5294-11e7-be25-3a519335381c_story.html?utm_term=.121a47479ede.  This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

56.     Attached hereto marked as Exhibit B-52 is a true and correct copy of a *Politico Magazine* article posted at the url address https://www.politico.com/magazine/story/2017/06/18/megyn-kelly-pantses-alex-jones-215279.  This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

57.     Attached hereto marked as Exhibit B-53, are true and correct copies of the first page of a *Time* article posted at the url address http://content.time.com/time/specials/packages/article/0,28804,2057116_2057307_2057309,00.html and the second page of this exhibit is a true and correct copy of another page of the posted article which is the part of the article describing ZeroHedge as the 9th best financial blog in 2011.  This page is located at the url address http://content.time.com/time/specials/packages/article/0,28804,2057116_2057343_2057267,00.html and was found by clicking the hyperlink in the first page of the article. Both pages of this exhibit are true and correct copies of those pages of the article posted at that address as of the date of this affidavit.

58.     Attached hereto marked as Exhibit B-54 is a true and correct copy of a *Marketwatch* article posted at the url address https://www.marketwatch.com/story/these-stocks-have-everything-going-for-them-but-no-one-is-paying-attention-2016-09-14.  This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

59.     Attached hereto marked as Exhibit B-55 is a true and correct copy of a *Page Six* article posted at the url address https://pagesix.com/2017/06/13/nbc-holding-

crisis-meetings-over-megyn-kelly/. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

60. Attached hereto marked as Exhibit B-56 is a true and correct copy of a *Page Six* article posted at the url address https://pagesix.com/2017/06/15/megyn-kelly-interview-completely-overhauled-after-backlash/. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

61. Attached hereto marked as Exhibit B-57 is a true and correct copy of a *Business Insider* article posted at the url address http://www.businessinsider.com/newtown-gun-control-ad-bloomberg-mayors-families-neil-heslin-obama-2013-3. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

62. Attached hereto marked as Exhibit B-58 is a true and correct copy of an *Ammoland.com* article posted at the url address https://www.ammoland.com/2013/05/connecticut-carry-releases-the-troubled-past-of-neil-heslin/#axzz5KnQvAY5T. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

63. Attached hereto marked as Exhibit B-59 is a true and correct copy of a *Huffington Post* article posted at the url address https://www.huffingtonpost.com/2013/05/08/neil-heslin-smeared-connecticut-carry_n_3240591.html. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

64.     Attached hereto marked as Exhibit B-60 is a true and correct copy of a *United Press International* article posted at the url address https://www.upi.com/Sandy-Hook-dad-offered-plea-deal-on-bad-check-driving-charges/51181368065878/.         This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

65.     Attached hereto marked as Exhibit B-61 is a true and correct copy of a *KUAR     Morning     Edition*     article     posted     at     the     url     address http://ualrpublicradio.org/post/group-calls-pryor-drop-opposition-expanding-background-checks-guns. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit. This website article also posted a photograph of the bus used in Plaintiff's tour. By clicking on the first photograph in the internet article, other photographs could be accessed. The slide show included the photograph of Plaintiff speaking from a podium in Little Rock, Arkansas.

66.     Attached hereto marked as Exhibit B-62 is a true and correct copy of a *Louisiana Radio Network* article posted at the url address https://www.upi.com/Sandy-Hook-dad-offered-plea-deal-on-bad-check-driving-charges/51181368065878/.         This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

67.     I am the Manager of Human Resources and Corporate Governance of Free Speech, LLC ("FSS"). I have worked in this position since 2013. In that role I have become knowledgeable about FSS's business activities, operations and staff. I have also become familiar with Infowars, LLC's business structure, activities, operation and

ownership. I have personal knowledge and knowledge based on my access to and review of corporate records. Defendant Infowars, LLC does not own or operate the domain name or website located at http://www.infowars.com. Defendant Infowars, LLC has never employed Alex Jones or Owen Shroyer and has never had authority over or control of the content of the broadcasts. In particular, Defendant Infowars, LL did not have authority over or control of the content of any of the broadcasts which are alleged in Plaintiffs' claims to have been defamatory.

68.     I also know that the first time Defendants received any letter objecting to any of the broadcasts claimed to be defamatory in the suit is on April 11, 2018. A true and correct copy of that first letter is attached to the Taube affidavit as Exhibit C-1. Prior to that time, neither Plaintiff nor any other person on his behalf complained about the broadcasts referred to in Plaintiff's petition.  Exhibit C-1 was received by Defendants more than 90 days after the last complained-of broadcast.

69.     Attached hereto marked as Exhibit B-63 is a true and correct copy of a *Cision PR Newswire* article posted at the url address [https://www.prnewswire.com/news-releases/father-of-newtown-victim-survivors-of-tucson-mass-shooting-and-mayor-rothschild-gather-in-tucson-to-back-common-sense-gun-laws-urge-senator-flake-to-support-background-checks-214444251.html](https://www.prnewswire.com/news-releases/father-of-newtown-victim-survivors-of-tucson-mass-shooting-and-mayor-rothschild-gather-in-tucson-to-back-common-sense-gun-laws-urge-senator-flake-to-support-background-checks-214444251.html). This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

70.     Attached hereto marked as Exhibit B-64 is a true and correct copy of a *Cision PR Newswire* article posted at the url address https://www.prnewswire.com/news-releases/father-of-newtown-victim-congressman-price-morrisville-mayor-holcombe-and-

local-gun-owners-to-hold-rally-in-raleigh-to-voice-support-for-common-sense-gun-laws-that-help-save-lives-212370651.html. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

71.　Attached hereto marked as Exhibit B-64 is a true and correct copy of a *Cision PR Newswire* article posted at the url address https://www.prnewswire.com/news-releases/father-of-newtown-victim-congressman-price-morrisville-mayor-holcombe-and-local-gun-owners-to-hold-rally-in-raleigh-to-voice-support-for-common-sense-gun-laws-that-help-save-lives-212370651.html. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

72.　Attached hereto marked as Exhibit B-65 is a true and correct copy of a *National Public Radio* article posted at the url address https://www.npr.org/2012/12/16/167412995/transcript-president-obama-at-sandy-hook-prayer-vigil. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

73.　Attached hereto marked as Exhibit B-66 is a true and correct copy of a *The Blaze* article posted at the url address https://www.theblaze.com/news/2018/07/02/james-comey-castigates-nra-in-new-interview-organization-sells-fear-in-wake-of-mass-murders. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

74.　Attached hereto marked as Exhibit B-67 is a true and correct copy of a *The Cut* article posted at the url address https://www.thecut.com/2017/06/megyn-kelly-alex-

jones-dropped-host-sandy-hook-gala.html. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

75.     Attached hereto marked as Exhibit B-68 is a true and correct copy of a *Wall Street Journal* article posted at the url address https://www.wsj.com/articles/j-p-morgan-removes-nbc-news-ads-over-megyn-kelly-interview-with-alex-jones-1497311738. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

76.     Attached hereto marked as Exhibit B-69 is a true and correct copy of a *Rolling Stone* article posted at the url address https://www.rollingstone.com/tv/tv-news/what-nbcs-alex-jones-interview-says-about-megyn-kelly-201885/. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

77.     Attached hereto marked as Exhibit B-70 is a true and correct copy of a *Report of the State's Attorney* dated November 25, 2013 posted at the url address www.ct.gov/csao/lib/csao/Sandy_Hook_Final_Report.pdf. This exhibit is a true and correct copy of the report posted at that address as of the date of this affidavit.

78.     Attached hereto marked as Exhibit B-71 is a true and correct copy of a *New York Magazine* article posted at the url address http://nymag.com/daily/intelligencer/2017/06/megyn-kelly-isnt-the-first-reporter-to-interview-alex-jones.html. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

79.     Attached hereto marked as Exhibit B-72 is a true and correct copy of a *The Cut* article posted at the url address https://www.thecut.com/2017/06/megyn-kelly-alex-

jones-interview-overhauled.html. This exhibit is a true and correct copy of the article posted at that address as of the date of this affidavit.

80.     Attached hereto marked as Exhibit B-73 is a true and correct copy of a Gallup Poll article posted at the url address

https://news.gallup.com/poll/195542/americans-trust-mass-media-sinks-new-low.aspx. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

81.     Attached hereto marked as Exhibit B-74 is a thumb drive containing a true and correct copy of a video news conference of Chief Medical Examiner Wayne Carver on December 15, 2012 regarding the Sandy Hook shootings posted at

https://www.youtube.com/watch?v=zE0OT5od9DA. This exhibit contains a true and accurate copy of this video as of the date of this affidavit.

82.     Attached to this affidavit marked as Exhibit B-75 is a true and correct copy of a CNN article posted at the url address:

https://money.cnn.com/2018/07/11/media/facebook-infowars/index.html. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

83.     Attached hereto marked as Exhibit B-76 is a true and correct copy of the Original Petition and Request for Disclosure filed in cause number D-1-GN-18-001835, 261st District Court, Travis County, Texas, styled "*Neil Heslin vs. Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Owen Shroyer*" filed on April 16, 2018.

84.    Attached hereto marked as Exhibit B-77 is a true and correct copy of an *ABC News* article posted at the url address https://abcnews.go.com/US/gun-laws-changed-years-sandy-hook/story?id=51668726. This exhibit is a true and correct copy of the article on that website as of the date of this affidavit.

Further Affiant Sayeth Not.

David Jones

SWORN TO and SUBSCRIBED before me by David Jones on July  13/6 2018.

Notary Public in and for
the State of Texas

My Commission Expires:

4-21-2022



ADVERTISEMENT

SALE

**EXCLUSIVE: St. John's law professor sues Apple over $70 iPad cord, sparking two-yea...**



**Battle over upstate NXIVM properties heats up in sex cult case**



**CARIBBEAT: Dollar va bill to make th Taxi & Limousii**

 

ASSOCIATED PRESS | MAY 08, 2013

SALE



EXHIBIT

B-1

SAVE NOW

SAVE NOW



Neil Heslin, center, whose 6-year-old son Jesse was killed in the mass shooting in Newtown, Conn., arrives
with other victims' families to meet privately with senators on Capitol Hill in Washington. (J. Scott
Applewhite/AP)

🐦  📘

MILFORD, Conn. — A man whose 6-year-old son was among those killed in the Newtown,
Conn., elementary school massacre was scheduled to appear in Connecticut Superior
Court Wednesday on larceny and other charges.

Neil Heslin, who has lobbied Congress and the Connecticut legislature for increased gun
control in the wake of the shooting, had five separate cases listed on the docket in
Milford Superior Court.

SALE

SAVE NOW

ADVER

The News-Times of Danbury reports Heslin faces charges that date back to July 2011, three of which involve allegations he issued bad checks to purchase building materials for his construction company.

∧

The two other cases involve checks on closed accounts that Heslin allegedly used to pay for just over $1,000 worth of home heating oil in June 2012 and a check for $102.35 worth of repairs to his vehicle at an Ansonia tire shop six months earlier, the newspaper reported.

∨

Heslin, who has pleaded not guilty to all the charges, referred questions about the case to his attorneys, who did not immediately return calls seeking comment.

∧

Heslin's son, Jesse Lewis, was among 26 people shot to death inside Sandy Hook Elementary School on Dec. 14.

Since then, Heslin has been among the most visible of the Sandy Hook parents lobbying

SALE

SAVE NOW

Superior Court Judge Frank Iannotti has ordered Heslin to explain Wednesday why he was not in court on April 15.

Heslin was part of a contingent from Newtown that was meeting with U.S. senators that week, asking them to pass legislation that would have included universal background checks for gun purchases.

Heslin was asked by the News-Times if he thought his legal troubles might undermine his advocacy efforts.

"I never gave it much thought. I guess you can look at it either way," he told the newspaper. "If there's something to talk about, people are going to talk about it, good or bad, no matter what."

---

**51 Stars Who Died And No One Said Anything**
Therapy Joker

**15 Years After, The World's Strongest Boy Is Now All Grown Up**
IcePop

**This Is Why We Don't Hear From Latrell Sprewell Anymore**
TieBreaker

Sponsored Links

## You May Like                                                    Sponsored Links

**Sailor Comes Home, Sees Pregnant Wife And Realizes She Made A Huge Mistake**
Life Buzz

SALE

SAVE NOW

**Things Flight Attendants Notice About Passengers in 5 Seconds**

DirectExpose

**Giada De Laurentiis Stops Denying, Finally Confirms the Rumors**

World Lifestyle

**Addison, Texas: This Brilliant Company Is Disrupting a $200 Billion Industry**

EverQuote Insurance Quotes

Sponsored Links

 ## Recommended For You

**Ohio boy's business gets boost after neighbor calls cops on him for mowing lawn - NY Daily News**

**Suspected Trinitarios who prosecutors believe brutally hacked and stabbed Lesandro Guzman-Feliz in mistaken-ID murder held without bail - NY Daily News**

Sponsored Links by Taboola

**Being A Vegetarian Was Hard Work Until I Met HelloFresh**

Popdust for HelloFresh

**If You're A Veteran In Texas, You'd Better Read This**

LendingTree Mortgage Quotes

**She Adopts a Girl That Nobody Wants. 19 Years Later, She Looks Totally Different**

Parentz Talk

**Trophy Wives Of Older Billionaires**

KiwiReport

Sponsored Links

SALE

SAVE NOW

ADVER

SAVE NOW

## LATEST

### Trump asserts he didn't push House GOP on immigration

3:40 AM



### Evangelical leaders downplay potential Roe v. Wade reversal

2:40 AM



### N.J. Gov. Phil Murphy, Democrats reach budget deal, avoid shutdown

JUN 30, 2018



### Political star Ocasio-Cortez asked about running for president on 'The View'

JUN 30, 2018



### Judge blocks Kentucky from requiring poor people to get job to receive Medicaid

JUN 30, 2018

SALE

SAVE NOW

SAVE NOW

## Photos Captured Before It All Went Wrong

Livestly


## 3 Ways Your Dog Asks For Help

Dr. Marty


## Forget Your 401k if you Own a Home (Do This)

Morning Finance | LendingTree Quotes


ADVERTISEMENT


Copyright © 2018, New York Daily News


SALE

SAVE NOW

Feedback  Like 14.7M

# Daily **Mail**
.com

Thursday, Jun 21st

+99

NEW ARTICLES    Top

Share

Home | U.K. | News | Sports | U.S. | Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Colum

Latest Headlines    Royal Family    News    World News    Arts    Headlines    Pictures    Most read    Wires    Games    Login

# 'I'm not here for sympathy, I'm here for my son': Father of Sandy Hook victim breaks down at senate committee as he pleads for a ban on assault rifles

By ASSOCIATED PRESS REPORTER
**PUBLISHED:** 14:26 EDT, 27 February 2013 | **UPDATED:** 16:40 EDT, 27 February 2013

### 106
View comments

Battling tears, the father of one of the first-graders slain at the December elementary school massacre in Connecticut pleaded with senators on Wednesday to ban assault weapons like the gun that killed his 6-year-old son.

'I'm not here for sympathy,' Neil Heslin, a 50-year-old construction worker who said he grew up with guns and had been teaching his son, Jesse, about them. 'I'm here because of my son.'

Heslin spoke for 11 minutes, his voice barely audible and breaking at times, to the Senate Judiciary Committee that is deeply divided over the issue of curbing guns.

**Scroll down to see video**



Site    Web    Enter your search

ADVERTISEMENT

| | |
|---|---|
| Like | +1 |
| Daily Mail | Daily Mail |
| Follow | Follow |
| @DailyMail | Daily Mail |
| Follow | Follow |
| @dailymailuk | Daily Mail |

## FEMAIL TODAY

▸ SATC's Kristin Davis makes her FIRST appearance with her baby son... one month after friends revealed she has adopted for the second time



▸ Kim Kardashian returns to Paris for first time since being robbed at gunpoint almost two years ago as she and Kanye West attend Louis Vuitton show



▸ Kylie Jenner displays her post-pregnancy body in brocade print mini-dress as she joins boyfriend Travis Scott for shopping spree in Cannes

▸ BREAKING NEWS: Man, 22, arrested in the shooting death of rapper XXXTentacion Dednck D. Williams, 22, detained after rapper was gunned down





▸ Queen Elizabeth is resplendent in fuchsia as she joins princesses Anne, Beatrice and Eugenie for her THIRD day at Ascot horse race meeting near London


EXHIBIT
B-2



**Tears: Neil Heslin, the father of six-year-old Jesse Heslin who was slain in the Sandy Hook massacre in Newtown, holds a picture of himself with his son and wipes his eye while testifying on Capitol Hill in Washington today**

The panel was holding a hearing on a bill by Sen. Dianne Feinstein, D-Calif., to ban assault weapons and ammunition magazines that can carry more than 10 rounds.

Feinstein and her allies said her measure would reduce the deaths such high-powered firearms can cause, but Republicans on the panel said the move would violate the constitutional right to bear arms and take guns away from law-abiding citizens who use them for self-defense.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**



**Boy, 9, dies two weeks after accidentally shooting himself...**



**Grandmother 'shoots dead her two young grandchildren before...**

Heslin said he supports sportsmen and the Second Amendment right for citizens to have firearms. But he said that amendment was written centuries before weapons as deadly as assault weapons were invented.

'No person should have to go through what myself' and other victims' families have had to endure, Heslin told the lawmakers.



▸ Could Amazon be the new IKEA? Celebrity interior designer shares her top picks from the retailer's affordable furniture brand
Ideal for smaller spaces

Top

Share



▸ Nicole Murphy, 50, flaunts taut tummy in black lace bra-top... after reuniting with ex Eddie Murphy
The mom-of-five looked amazing



▸ Princess Charlotte is already 'obsessed' with fashion aged three, Prince William reveals - after being gifted a pink leather satchel with her name on



▸ 'Oh my God, there's no CROTCH!' Women of all shapes and sizes try on most daring items from Rihanna's Fenty lingerie line - including a VERY risqué lace catsuit



▸ Ashley Olsen dons sweeping coat and matching pants for a stroll through New York with mystery man
Former Full House actress wore black



▸ Zoey Deutch says kissing James Franco on screen was 'meh' and claims his breath was 'not good' after applauding women who accused him misdoing

ADVERTISEMENT



▸ Kylie Jenner makes a bold style statement in a bright yellow boiler suit as she joins beau Travis Scott at the Louis Vuitton Menswear show in Paris



▸ Bella Hadid commands attention in red romper suit and sheer tights as she joins the star-studded guest list at Louis Vuitton Menswear presentation



▸ Paris Jackson turns heads in a semi-sheer flared jumpsuit as she supports honorary 'sister' Paris Hilton at Boohoo launch party in West Hollywood



▸ 'The only person who can explain that would be Diane': Josh Brolin addresses his domestic abuse arrest in 2004
Allegedly hit his second wife, Diane Lane



▸ Kourtney Kardashian continues to flaunt the spandex shorts trend as she goes hand-in-hand with Younes Bendjima



**Ban: Heslin urged lawmakers to ban assault weapons at the hearing**

on romantic Italian getaway



+99

NEW ARTICLES    Top

Share

Stunning Selena Gomez nails daytime glamour in a plunging floral dress as she leaves generous tip for busker during stroll in Rome, Italy



Arnold Schwarzenegger grabs lunch with love child Joseph Baena... after speaking out on immigration
Outing with his son



Blac Chyna flashes her TINY midriff in hot pink outfit at Amber Rose bash after YBN Almighty Jay split
Launch party for plus-size clothes brand



Maria Sharapova exhibits her gym-honed frame in clingy sportswear as she steps out in London ahead of the prestigious Wimbledon tournament



Prince Harry's ex Chelsy Davy dazzles in a VERY daring cut-out gown as she rubs shoulders with the stars at glitzy V&A summer bash in London

ADVERTISEMENT

Khloe Kardashian dons see-through top as she grabs lunch with Tristan Thompson in LA
They've had a rocky couple of months as a couple



Justin Bieber CARRIES Hailey Baldwin as couple pack on the PDA in LA days after confirming romance
Couldn't keep hands off



Rihanna turns heads in Paris as she slips into plunging white boiler suit for Louis Vuitton Menswear presentation
The 30-year-old teased at her cleavage



Kenny Rogers knocks $2 million off the asking price as he sells opulent six-bedroom Atlanta mansion for $2.million after FOUR YEARS on the market



Pete Davidson FINALLY confirms engagement to Ariana Grande on Jimmy Fallon's Tonight Show





**Grieving: Neil Heslin, father of 6-year-old Newtown victim Jesse Lewis, cries during the Senate Judiciary Committee hearing on the Assault Weapons Ban**

He recalled the morning of Dec. 14, when 20-year-old Adam Lanza used a Bushmaster assault weapon to kill 20 first-graders and six staffers at the Sandy Hook Elementary school in Newtown, Conn.

'He said it's all going to be OK,' Heslin said his son told him when he dropped him off at school. He added, 'And it wasn't OK.'

Despite Newtown and other mass shootings, the bruising, difficult path through Congress that gun control legislation faces was underscored Wednesday when the chairman of the House Judiciary Committee said he opposes universal background checks for gun purchases, a central piece of President Barack Obama's plan for curbing gun violence.

Rep. Bob Goodlatte, R-Va., told reporters that the proposal could lead to creation of a federal gun registry - which the Obama administration has said will not happen.

Fallon put Davidson on the spot



+99

NEW ARTICLES    Top

Share

▶ Sean Penn and Robin Wright's son Hopper, 24, and his girlfriend plead no contest after they were pulled over with psychedelic mushrooms and pot



▶ Bob Weinstein sells his six-bed Connecticut mansion for $17.5million - half his original listing price - just months after selling Manhattan townhouse



▶ Sarah Paulson, 43, sweetly wraps arm around Holland Taylor, 75, at opening night of musical
The couple coordinated their looks



▶ Hitting the tooth fairy jackpot! Pink and Carey Hart shell out ONE HUNDRED DOLLARS to seven-year-old daughter Willow for lost tooth



▶ Westworld's Jonathan Tucker will donate all earnings from Fox to migrant families as he becomes latest celeb to blast network's border crisis coverage



ADVERTISEMENT

▶ Michael Douglas and lookalike son Cameron sport casual tees and shades as they enjoy a low-key lunch date in Beverly Hills
In high spirits



▶ Katy Perry's ex-husband Russell Brand, 42, set to become a father for second time with wife Laura Gallacher, 30
Has a daughter, Mabel



▶ 'We heard a loud crash': Shaquille O'Neal BREAKS chair when he sits down at Cannes Lions festival - but then tries to put broken furniture back together



▶ Showdown on Real Housewives Of New York City as Luann de Lesseps confronts Ramona Singer for texting her ex husband
Things got ugly



▶ Conan O'Brien takes a dip in the ocean with wife Liza while on





**Gun debate:** Heslin, pictured, appeared at a hearing on a bill by Sen. Dianne Feinstein, D-Calif., to ban assault weapons and ammunition magazines that can carry more than 10 rounds



**Change:** Neil Heslin said he wasn't at the senate committee hearing for sympathy but for his son Jesse

Wednesday's Senate Judiciary hearing was its third since the Newtown tragedy

vacation in the South of France
Pair enjoying break in Cannes



NEW ARTICLES    Top

Share

▸ Selena Gomez goes nude in chilling bathtub scene as she stars in spine-tingling horror short A Love Story
Blood-curdling IGTV horror shot



▸ Amber Rose shows off jaw-dropping physique in slinky black dress at her Simply Be brand launch
Entrepreneur's new clothing range



▸ Cara Santana keeps cool in TINY leather hotpants and a halterneck top as she grabs a healthy fruit juice
In high spirits



▸ Kourtney Kardashian sports fitted beige frock for romantic date night with Younes Bendjima in Rome
She was dressed to impress for dinner



▸ Kobe Bryant is DENIED entry into the Academy of Motion Picture Arts and Sciences despite winning an Oscar this year



▸ Shantel VanSanten and beau Victor Webster passionately kiss on swimsuit-clad Cancun getaway
She wore a barely-there blue bikini



▸ Muhammad Ali's sprawling Michigan retreat hits the market for nearly $2.9million - and it even comes with a boxing ring and a statue of the sports legend



▸ Kim Kardashian weighs in on the 'heartbreaking' situation at the border where immigrant children are being torn from their parents



▸ Bella Thorne shows off lengthy armpit hair and sizzling figure in pink bikini top and hot pants
The stunner is a fan of showing off her slender figure



▸ Christina Aguilera and Matt Rutler enjoy interactive MacBeth performance for New York date night










made gun violence a top-tier national issue.

The Judiciary panel could begin writing legislation as early as Thursday, but that session is likely to be delayed until next week.

Numerous relatives and neighbors of victims of Newtown, as well as other shootings at Aurora, Colo., and Virginia Tech filled the large hearing room.

At one point, Feinstein played a video showing how a bump fire slide, a piece of equipment added to an assault weapon, allows it to rapidly fire many rounds of ammunition, much as a machine gun would.

'The need for a federal ban has never been greater,' Feinstein said.



**Crying: The sisters of Sandy Hook Elementary teacher Victoria Soto, Carlee Soto, left, and Jillian Soto, right, listen to testimony on Capitol Hill in Washington today**

They've been together since 2010



+99

NEW ARTICLES   Top

Share

ADVERTISEMENT

▶ Iggy Azalea shows off her pert derriere in skintight jeans as she heads to beauty treatment
Sen heading for a skincare treatment



▶ LeAnn Rimes reveals her ample cleavage in plunging mesh top as she dazzles in white at star-studded event
She steals the spotlight at every red carpet event



▶ Kiefer Sutherland, 51, steps out with girlfriend Cindy Vela, 39, for first time as their secret FOUR-YEAR romance is revealed
Cozy date in London



▶ Maggie Q calls Uma Thurman a 'great kisser' as she brags their on-screen smooch was 'purely sexual'
Sizzled in a series of seductive ensembles



▶ Nicole Kidman maintains her incredible work ethic as she films scenes for Big Little Lies on her 51st birthday in LA
Actress has packed diary



▶ Natalie Portman 'backs out' of deal to buy TV rights for book about Israeli lawyer fighting terrorists in wake of her boycott of 'Jewish Nobel Prize' award ceremony



▶ Singer Sam Smith accused of fat-shaming woman on Instagram after he posted clip of her eating a big breakfast with the caption 'good going'



▶ Jack Wagner is praying for his ex Heather Locklear after she's hospitalized for threatening to kill herself
Talking to TV show Extra



▶ Shia LaBeouf continues filming Honey Boy with FKA Twigs... who flashes skin in skimpy ensemble
Wore a green and white shirt with white shorts



▶ Wonder Woman's Lynda Carter looks super as she brings son James to NHL Awards





© AP

**Hard:** The sisters of Sandy Hook Elementary teacher Victoria Soto, Carlee Soto, left, and Jillian Soto, right, were clearly emotional as lawmakers discussed banning assault weapons

The panel's top Republican, Sen. Charles Grassley of Iowa, expressed sympathy for gun violence victim, but said existing gun laws are not being adequately enforced, including background checks designed to prevent criminals from getting weapons.

'We should be skeptical about giving the Justice Department more laws to enforce' when it's not enforcing current ones, Grassley said.

Grassley said he believed Congress will eventually take action on boosting penalties for illegally trafficking guns, on more adequately keeping guns from people with mental problems, and encouraging states do a better job of reporting mental health records of potential gun buyers to the federal background check system.

At one point, Sen. Lindsey Graham, R-S.C., used his questioning of Milwaukee Police Chief Edward Flynn to argue that the current background check system is not being well enforced, since only a handful of the roughly 80,000 people annually who fail those checks are prosecuted for filing documents saying they qualify to own the weapons.

in Las Vegas
Brought her son James to
the NHL Awards



·99

NEW
ARTICLES    Top

Share

ADVERTISEMENT

► Chrissy Teigen trolls
husband John Legend
about his resemblance
to cartoon character
Arthur AGAIN as she
jokes daughter Luna is
posing with 'her daddy'



► Madison Beer, 19,
flashes cleavage and
flaunts her legs in tiny
orange mini dress at
Hollywood event
Paired her sleeveless
frock with a denim jacket

► Social media users
highlight similarities
between Handmaid's
Tale and Trump's
immigration policy -
including Margaret
Atwood herself



► Stephanie Pratt
admits she'd LOVE to
do a reunion or a reboot
of The Hills... and 'hears
the rest of the cast are
up for it too'
In show until 2010

► Ciara and Brooklyn
Beckham mingle with
Lady Amelia Windsor
and Princess Beatrice
as showbiz and royalty
collide at V&A Summer
Party in London



► Melanie Griffith, 60,
puts on a busty display
in a plunging black
swimsuit as she relaxes
on yacht in Sardinia
Showing off her incredible
figure



► Mother-daughter
bonding! Duchess of
Rutland attends the
V&A summer bash with
her VERY glamorous
eldest daughter Lady
Violet Manners

► Kim Kardashian
reveals daughter North,
5, is following in her
fashion footsteps as
she 'knows what she
wants to wear and what
she doesn't'

► Paris Hilton sizzles in
silver mini dress as she
cosies up to fiancé
Chris Zylka to celebrate
launch of new fashion
collaboration
Fashion collab

► Olivia Wilde is pretty
as a petal in floral
summer frock and white
ankle boots at LA
theatre event



Victims: With photos of Sandy Hook Elementary School victims in the background, Senate Judiciary Committee member, Sen. Dianne Feinstein, D-Calif, speaks on on Capitol Hill in Washington

Uncharacteristically for a Senate hearing, Flynn interrupted the senator, saying, 'I want to stop 76,000 people from buying guns illegally,' a reference to the gun purchases that the background check system blocked last year. 'That's what background check does.'

His remark drew applause from spectators in the room. Across the Capitol, the House Education and Workforce Committee planned to hear from school safety experts and counselors about how to keep students safe.

'How can we be confident that something like this does not happen again?' asked John Kline, R-Minn., the Republican panel's chairman as the meeting began.

His Democratic counterpart, Rep. George Miller of California, said school safety is linked to firearms.

'Sandy Hook is an event that calls on us as policymakers to do something. ... A school must be a place where children feel secure,' Miller said. 'Turning schools into armed fortresses is not the answer.'

Instead, he said schools need to add counseling services and mental health programs.

In their prepared testimony, witnesses were careful not to endorse the NRA's suggestion that armed volunteers in schools were a realistic answer to prevent future attacks.

'I cannot emphasize enough how critical it is for officers to be properly selected and properly trained to function in the school environment,' said Mo Canady,



Dedication: Donna Soto, mother of slain Sandy Hook Elementary teacher Victoria Soto, holds her phone with a photo of her daughter on it while she listens to the

She's a veteran of stage, film and television

+99

NEW ARTICLES    Top

Share

ADVERTISEMENT

▶ Christie Brinkley's son Jack is the ultimate gentleman as he opens the car door for his model mom, 64
Jack drove her back to her Tribeca apartment

▶ Caitlyn Jenner wears sequined jacket to the Sally Awards with 'close friend' Sophia Hutchins
She wore a low cut black top and matching pencil skirt

▶ Heidi Klum looks lovely in polka dot maxi dress and pink shades as she treats mom to salon session
Gorgeous blonde was in full summer mode

▶ Model behavior! Hannah Ferguson makes traffic-stopping appearance as she flashes taut torso and legs in crop top and ripped jeans

▶ So embarrassing! Watch the moment a mortified Blue Ivy's face falls as she frantically shields eyes when sexy clip of Beyoncé and Jay-Z plays at show

▶ Minnie Driver stays cool in stripy shirt dress and Panama hat on beach day with son Henry, nine
Snapped away on her smart phone

▶ Alison Brie flashes cleavage in blue floral print dress... before dazzling in fiery red number
Left the Bowery Hotel in two ensembles

▶ Sharon Stone cuts chic figure in leather jacket and ripped white trousers as she jets out of LA
Paired her casual outfit with black ballet flats

▶ Tessa Thompson shows off hint of legs in quirky business casual outfit as she attends film premiere
NYC premiere of Sorry to Bother You

▶ 'Smack That' singer Akon is set to build his own CITY in Senegal with an AKoin cryptocurrency that he

executive director of the National **testimony**
Association of School Resource Officers.

Despite the raw emotion, Feinstein's effort to ban assault weapons is expected to fall short due to opposition by the National Rifle Association and many Republicans, plus wariness by moderate Democrats.

Feinstein's bill has attracted 21 co-sponsors, all Democrats. Including herself, it is sponsored by eight of the 10 Judiciary panel Democrats - precarious for a committee where Democrats outnumber Republicans 10-8. Democrats on the panel who haven't co-sponsored the measure include the chairman, Pat Leahy of Vermont, who said Monday he hadn't seen the bill.

Obama made bans on assault weapons and large capacity magazines key parts of the gun curbs he proposed in January in response to the Connecticut school massacre.

The cornerstone of his package is a call for universal background checks for gun buyers, some version of which seems to have a stronger chance of moving through Congress. Currently, only sales by federally licensed gun dealers require such checks, which are designed to prevent criminals and others from obtaining firearms.

Feinstein's bill would ban future sales of assault weapons and magazines carrying more than 10 rounds of ammunition but exempt those that already exist. It would bar sales, manufacturing and imports of semiautomatic rifles and pistols that can use detachable magazines and have threaded barrels or other military features. The measure specifically bans 157 firearms but excludes 2,258 others in an effort to avoid barring hunting and sporting weapons.

**VIDEO Watch Neil Heslin's full address to senators here**

**The full heartbreaking testimony of Sandy Hook dad on gun control**



⏮ ▶ ⏭ 🔊    00:00 / 10:52    f 𝕐 ✉ ❮ 🔗 ⟨/⟩ ⚙ ⤢

ADVERTISEMENT

**Share or comment on this article:**

Sponsored Links by Taboola



says could be the
'savior of Africa'

+99

NEW          Top
ARTICLES

Share

ADVERTISEMENT

▸ Jessie Ware admits it's
a 'constant struggle'
juggling motherhood
and her singing career
as she confesses to
feeling 'guilty' for being
ambitious

▸ Star Wars Obi Wan and
Boba Fett spin-offs
'shelved after
disappointing box office
showing for Solo'
The next Star Wars
standalone film

▸ Kylie Jenner sings
along to beau Travis
Scott as she shows her
support for rapper at
Cannes concert
She delivered his
daughter in February

▸ David Beckham
showcases his world-
renowned soccer skills
during charity event in
Beijing... as Victoria
works in NYC after
dismissing 'divorce'

▸ LaLa Anthony dazzles
in chic off-the-shoulder
number at pre-BET
Awards dinner in Los
Angeles
The star put on a very
leggy display

▸ Ariel Winter goes
makeup free for Bed
Bath & Beyond
shopping trip with
boyfriend Levi Meaden
They are still busy nesting

▸ Blac Chyna 'was
suspicious YBN
Almighty Jay may have
impregnated another
woman'
She and her teenage
boyfriend broke up

▸ Jessica Alba carries a
cool drink after working
up a sweat at the gym
Showed how much effort
is involved in maintaining
her enviable physique

▸ EXCLUSIVE: Heather
Locklear's multi-million
dollar mansion is
deemed a 'hazard' by
fire department after
she threatened to shoot
police officers

▸ Taron Egerton tweets
cryptic image to mark
start of filming on Elton
John biopic Rocketman





**Identical Sisters Born In 2010 Have Grown Up To Become Most Beautiful Twins In The...**
Give It Love

**Remember Her? Take A Deep Breath Before You See What She Looks Like Now**
Miss Penny Stocks

**Early Signs Of Ulcerative Colitis. See About Symptoms & Treatments**
Yahoo Search





**Addison, Texas: If Your Car Is Over 3 Years Old, We Hope You Know This Ridiculously...**
EverQuote Insurance Quotes

**This Toxic Vegetable Is The No. 1 Danger In Your Diet**
Gundry MD

**Plastic Surgeon Reveals: "You Can Fill In Wrinkles At Home" (Here's How)**
Beverly Hills MD




**Casinos Don't Expect You to Do This. But They Can't Stop You**
Slots.LV

**If You Come Across This Snake, Your Life Is All But Over**
The Travel Lane

**Sarah Palin Can Not Hide From The Rumors Anymore**
Hooch

**MOST WATCHED NEWS VIDEOS**



Shocking moment tourist is swept away by

Violet the Cockatoo barks at bewildered

Schoolboy is sickeningly attacked by

Biker dies after car pulls out without looking

Irina Chigirinskaya has her wedding dance with

Shocking moment girl is punched in head and

Hilarious moment confused husky falls for

Moment woman gate crashes boyfriend's

**YOU MAY LIKE**                                          Sponsored Links by Taboola

**No, This Photo Has Not Been Edited, Look Closer**
Fallbrook247.com

**Common Signs That Your Body Is Fighting Lung C...**
Cancer Symptoms | Sponsored Links

Actor shared the image with the caption: 'Here we go. #Rocketman'



+99

NEW
ARTIC..ES     Top

Share

ADVERTISEMENT

▶ Tinsley Mortimer 'splits' with beau Scott Kluth... after RHONY star tried on wedding gowns with mom
On-off couple live hundreds of miles apart

▶ Olivia Munn has no regrets about drawing 'a line in the sand' over sexual harassment in Hollywood
Accused Brett Ratner of sexual harassment

▶ Brooklyn Beckham attempts to inconspicuously leave V&A Summer Party alongside mystery beauty
Victoria's teen son

▶ RHOA's Kandi Burruss shares video of two-year-old son Ace counting to ten in Mandarin
Reality star has a very talented son

▶ Ariel Winter pouts for the camera in Instagram selfie revealing ample cleavage and newly tamed brows
Posted to brag about her newly coifed eye brows

▶ If you've got it, flaunt it! Gigi Hadid shows off her ample assets in white halter top and skimpy shorts aa she steps out in NYC
Showed off her figure

▶ Sofia Richie wishes dad Lionel a happy 69th birthday... while he hits the road on UK summer tour
Photo with a caption, 'you are the cutest'

▶ Mary J. Blige's contentious divorce from Martin Isaacs is finalized... ending 14 years of marriage
A Los Angeles judge sgned off on the split

▶ Lindsey Vonn locks lips with new boyfriend P.K. Subban and wows in backless dress at NHL Awards
Spotted kissing on the red carpet

▶ Ariana Richards encounters raptors at Universal Studios... 25 years after starring in Jurassic Park

## How To: Boost Telomeres At Home
LCR Health

Her last encounter almost
cost her her life

+99

NEW          Top
ARTICLES

Share

### MOST READ NEWS

● ◌ ◌ ◌

Incredible video
shows Chinese

Police identify dead
boy, four, dubbed

White people are
dying faster than

Criminology
student, 22, won't

---

### Comments 106
Share what you think


Add your comment

Newest | Oldest | Best rated | Worst rated

View all

The comments below have not been moderated.

⌄

Loading...

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

### MORE TOP STORIES

ADVERTISEMENT

▸ Jennifer Aniston
places hands on her
head in shock while
seen for first time on
Murder Mystery set in
Montreal
Actress, 49, back to work

▸ Game Of Thrones star
Gwendoline Christie
exudes elegance in
plunging ballgown at
V&A Summer Party
Swapped her armour for a
ballgown

▸ Lady Amelia Windsor
looks stylish in a pink
ruffled dress as she
attends star-studded
bash at the V&A - a day
after showing off her
daring tattoo

▸ Ciara, 32, thinks pink
in velvet blazer over a
jumpsuit at star-studded
V&A Summer party
She showed off her
fashion bona fides on
Wednesday

▸ Johnny Depp looks the
picture of health as
Hollywood Vampires
bring their tour to
London... after 'gaunt'
picture shocked fans
Looking good

▸ 'We can't change
policy but we can
defend the victims':
George and Amal
Clooney donate $100K
to Young Center for
Immigrant Children's
Rights

▸ The sweetest thing!
Keith Urban surprises
his beloved wife Nicole
Kidman by singing
happy birthday to her at
his packed concert as
actress turns 51

▸ Naomi Watts posts a
sweet 51st birthday
tribute to her 'soul
sister' Nicole Kidman as
she marks their three-
decade friendship with a
funny throwback snap

▸ Christina Aguilera
poses TOPLESS in
sultry snaps to promote
her new album
Liberation
Genie In A Bottle
hitmaker, 36, stripped off

▸ Paris Hilton makes
playful fashion
statement as she steps
out in 'I'm bored'

sweatshirt
Carrying her cherished
dog Diamond Baby

+99

NEW
ARTICLES    Top

Share

ADVERTISEMENT

▸ Cardi B will fly her
family to Atlanta for 'lit'
baby shower after
doctors ban her from
flying
Been told she has stay
home in New York

▸ The Walking Dead
showrunner Angela
Kang reveals upcoming
ninth season will have
time jumps
Ninth season will air this
autumn on AMC

▸ Biker chic Princesses
in the Park with Beatrice
and Eugenie revealing
their love of edgy
fashion at the
Serpentine Summer
Party in London

▸ Bonding time! Hilary
Duff flaunts her growing
baby belly in a cropped
top as she and son Luca
visit the LA zoo
Spending some quality
time with son Luca

▸ Jack Osbourne 'joins
VIP dating app' in
search of 'fun' one
month after split from
wife of five years
Seems like he's is already
on the rebound

▸ Travis Barker has been
re-admitted to an LA
hospital for cellulitis...
after being treated for
blood clots and a staph
infection
Shanna Moakler's ex

▸ Emily Ratajkowski's
strapless bandeau top
defies gravity while
exposing her RIBCAGE
during NYC stroll
Very tiny blue-and-white
polka dot garment

▸ Sofia Richie shows off
her slender waistline
wearing spandex shorts
and black top to pump
gas in LA
Before driving off to run a
few errands

▸ Miley Cyrus
showcases lean legs
during morning juice
run with fiance Liam
Hemsworth
Pair were seen grabbing
iced beverages

▸ John Legend calls
Luna his 'partner in
crime' as they pose in
backyard... after Chrissy
Teigen shares image of

their son Miles
Father-of-two

+99

NEW
ARTICLES    Top

Share

ADVERTISEMENT

▸ Steve Martin and
Martin Short discuss
their colonoscopy
sleepover parties with
Tom Hanks
Friendship has spanned
30 years

▸ PICTURE EXCLUSIVE:
Linda Hamilton, 61,
smokes a cigarette as
she takes a break from
filming rebooted
Terminator flick, 34
years after original

▸ EXCLUSIVE: 'He's very
frail, he doesn't have
long,' Michael Jackson's
father Joe is DYING,
reveals Jermaine amid
claims family was
barred from seeing him

▸ Princess Beatrice puts
on a VERY leggy display
in a white ruffle mini as
she joins celebrities at
star-studded V&A
Museum summer party
in London

▸ Elton John stands out
in bright scarlet suit as
he and David Furnish
lead the celebrity
arrivals at swanky
members' club
Turning heads

▸ Ariana Grande and
Pete Davidson hold
hands at intimate dinner
after moving to $16M
luxury apartment
Enjoyed Bobby Flay's
Gato restaurant in NYC

▸ All psyched up!
Blink-182 bassist Mark
Hoppus duets on
Australian singer-
songwriter Amy Shark's
new song, Psycho
Joining forces

▸ Charlize Theron spars
with and smouches
South African boxer
Chris Van Heerden
for his 'best birthday
gift ever'
She packed a punch

▸ James Corden jokes
about what a
'nightmare' it is to take
his family-of-five to eat
at a restaurant
The comedian got candid

▸ Mark Wright reunites
with long-time pal Jack
Tweed as they party in
Majorca ahead of his
brother Josh's wedding

Pair's first photos together
in eight years

+99

NEW
ARTICLES        Top

Share

ADVERTISEMENT

▸ The Crown's
production designer
Martin Childs gives
virtual tour... as Ben
Daniels joins cast
Explained why they used
Lancaster House

▸ Ariana Grande prances
around a dark forest in
new video for The Light
Is Coming with Nicki
Minaj
Teaming up for yet
another song

▸ Kourtney Kardashian
wears a VERY revealing
nude tank top as she
enjoys espressos in
Rome with beau Younes
Bendjima
Made a daring move

▸ Zoey Deutch smiles
while modeling retro red
dress and matching
purse in New York City
Actress was all smiles in
an embroidered red
summer dress

▸ Behati Prinsloo and
Adam Levine enjoy
sweet sunshine stroll
with daughters Dusty
and Gio
The Voice judge showed
off his tattoos

▸ Kim Kardashian
reveals daughter North
has a chore chart to
keep her grounded... as
she says 'she doesn't
get a whole lot of stuff'
Has tasks to complete

▸ Ivanka Trump looks
VERY somber during
her father's immigration
meeting at White House
as president says she
urged him to end family
separations at border

▸ Peter Fonda
apologizes to Trumps
for 'highly
inappropriate' tweet
calling for Barron to be
'ripped from mother's
arms and put in a cage
with pedophiles'

▸ Kylie Jenner displays
her post-baby body in
chic figure-hugging
backless dress
Reality star and beauty
mogul wowed as she
stepped out

▸ XXXTentacion 'died
instantly' after being
shot in the neck in
suspected random

robbery after previously
being urged to beef up
his security

+99

NEW
ARTICLES     Top

Share

ADVERTISEMENT

▶ My fair Meghan? Or
how Audrey Hepburn
has been the Duchess'
role model - and their
lives have uncanny
parallels
Striking resemblance

▶ Meghan 2.0! Makeup
artist transforms herself
into the Duchess of
Sussex on her wedding
day - complete with fake
freckles - and the
similarities between the
two are UNCANNY

▶ Model moment!
Brooke Shields and
Helena Christensen
enjoy chat after
bumping into one
another in NYC
Pair gossiped away

▶ WWE star Vader dead
at age 63 after losing
two-year long battle
with congestive heart
failure
Ex-NFL star played for
Rams in Super Bowl

▶ Jennifer Lopez wraps
her famous backside in
sexy leggings while
golfing with beau Alex
Rodriguez
She played a round on
family vacation

▶ Nikki Bella 'can't
believe' she gets to be a
mom now John Cena
has agreed to reverse
his vasectomy and give
her a baby
WWE Diva is overjoyed

▶ Lady Kitty Spencer
lives up to her socialite
status as she steps out
at ANOTHER showbiz
bash alongside
underwear-flashing
Lady Mary Charteris

▶ Cardi B says she was
told having a baby
could 'f*** up' her
career... as she poses
with Offset for Rolling
Stone
Pregnant rapped star
opend up

▶ Khloe Kardashian
admits she was
'hungover' at her
workout as she watches
over pizza oven install
The 33-year-old is back in
LA after giving birth

▶ Angelina Jolie 'furious'
Brad Pitt would 'not
allow' Shiloh and Knox

to appear in Maleficent 2
as custody war 'rages
on'
Things are getting ugly

+99

NEW
ARTICLES    Top

Share

ADVERTISEMENT

▶ Madonna, 59, flaunts
her ample cleavage
while reading a
Leonardo da Vinci book
in bed
Took to Instagram to pose
raunchily

▶ Kim Kardashian's fans
line up outside her new
LA pop-up store to win
a chance to meet the
siren
Selling her KKW Beauty
and Fragrance lines

▶ Is Cristiano Ronaldo
ENGAGED? Georgina
Rodriguez flashes a
HUGE diamond on her
ring finger while
supporting Portugal at
the World Cup

▶ EXCLUSIVE: Miss
Movin' On! Huma
Abedin ditches her old
apartment for new digs
and is spotted laughing
with mystery man and
toting $3,000 Prada bag

▶ Claire Danes drapes
her growing baby bump
in grey maxi dress while
strolling around New
York solo
The expecting actress
looked glowing

▶ Kate Hudson shows
off her growing baby
bump wearing tiny
bikini top on holiday
with family in Greece
The 39-year-old actress
donned a sarong

▶ Ashley Graham the jet
set model beams as she
arrives home to NYC
after two weeks away
But she was heading back
to work after just three
hours' sleep

▶ Plus size model
Felicity Hayward hits
back at stranger who
told her she was 'too fat'
to wear a crop top by
posting a defiant snap
of her outfit

▶ Barbra Streisand cried
when she received a
'Grandma' bracelet from
her stepson Josh Brolin
Actor and his third wife
Kathryn wil welcome a
daughter in the fall

▶ Jennifer Aniston's ex
Justin Theroux flexes
his pumped up biceps
as he reveals his fitness
tips

Actor, 46, geared up for a
sparring session

+99

NEW
ARTICLES    Top

Share

▶ Blac Chyna, 30,
exhibits her eye-
popping curves in
clingy gymwear as she
shows ex YBN Almighty
Jay, 18, what he's
missing a few days after
split

▶ Sandra Bullock rocks
a denim jacket for
casual lunch date in LA
with Ocean's 8 costar
Sarah Paulson
The leading ladies were
casually clad

▶ Singer, 15, who was
cruelly bullied leaves
AGT judges in awe with
her rendition of Natural
Woman - even earning
the Golden Buzzer from
a stunned Mel B

▶ Cristiano Ronaldo and
Tom Brady are
nominated for ESPYS...
as Danica Patrick
serves as host
LeBron and Kendall's
beau Ben also made cut

▶ Iggy Azalea shakes her
thong-clad backside in
the kitchen during sexy
video with hilarious
narration
Rapper put on a sexy
show as she twerked

▶ From reality queens to
'real world' salaries:
What the Kardashian-
Jenner sisters would
earn if their careers
ended tomorrow - and
Kim would make LEAST

▶ Patrick Stewart may
return to Star Trek after
24 years as CBS
expands franchise with
five-year deal
Rumblings 77-year-old
actor set to reprise role

▶ Eva Longoria, 43,
gives birth to her first
child as she welcomes
'beautiful blessing' baby
boy Santiago Enrique
with husband Jose
Baston

▶ Lucy Hale shows off
impressive curves...
after bombshell
interview where she
revealed she had been
sexually assaulted
.

▶ Bella Hadid looks
every inch the
trendsetter as she takes
to the streets of Paris in
two stylish ensembles

Showed off her sartorial
flair

+99

NEW
ARTIC. ES    Top

Share

▶ Janet Jackson, 52,
reveals baby boy helped
her find 'happiness'
after 'intense' struggle
with depression
Feels like life is starting
again in her 50s

▶ Commuters are left
baffled by mysterious
masked duo who write
POEMS on whiteboards
at London subway
stations (and even Katy
Perry is a fan)

▶ Demi Lovato shares
racy image where she's
touching tongues with
backup dancer Dani
Vitale... then deletes it
They were also seen
holding hands

▶ Jessica Simpson
claims her VERY svelte
2003 physique was 'a
body double'... as fans
brand the curvy star
'self-deprecating and
hilarious'

▶ Tori Spelling shows off
her post-baby body in
bikini top and shorts on
familygetaway to Palm
Springs
Spending time with their
five children

▶ Outlander's Sophie
Skelton flaunts her legs
in a flirty cut-out dress
at Edinburgh
International Film
Festival

▶ Ariana Grande and
Pete Davidson's new
home revealed:
Engaged couple move
into luxury five-
bedroom apartment
worth a whopping $16M

▶ Coming in hot!
Brazilian model Sofia
Resing launches
exclusive five-piece
swimwear line designed
to make your backside
look better

▶ Asia Argento fires
back at troll who
criticized her for posting
happy Instagram picture
10 days after boyfriend
Anthony Bourdain's
suicide

▶ Elizabeth Perkins, 57, from the movie Big reveals she has been battling Type 1 diabetes for 13 years and at one point it made her gain 40lbs

▶ Dua Lipa leaves little to the imagination in VERY risque thigh-split dress as she steps out in NYC
The Hotter Than Hell hitmaker, 22, risked a wardrobe malfunction

▶ Kerry Washington looks breathtaking in a flowing blue gown as she attends Twitter brunch at Cannes Lions
Played Olivia Pope in Scandal for 7 seasons

▶ Robert Zemeckis in 'final negotiations' to direct 'darker' remake of Roald Dahl's The Witches
Plans on sticking closer to the source material

▶ Amy Adams says her experiences with sexual harassment made her only want to 'play nuns and virgins'
She's been a vocal supporter of Time's Up

▶ How European royals including Princess Sofia of Sweden and Stephanie of Monaco dare to bare tattoos - as Lady Amelia Windsor displays her inkings

▶ Making room for the grandkids? Plans in place for an extension to a lodge on Princess Anne's estate - as her daughter Zara welcomes a baby girl

▶ Kaia Gerber channels Kardashian chic in bike shorts and blazer as she steps out with Madison Beer
Pals headed out together

▶ Life's a beach! Hugh Jackman soaks up the quiet life as he enjoys an early morning walk with his two pet pooches Dali and Allegra

▶ Michael B. Jordan boxes Drago Jr. to avenge his father's death in first trailer for Creed II
Latest Rocky flick hits theaters November 21

▶ Prince Louis will be christened next month: William and Kate announce the fifth in line to the throne will be baptized at The Chapel

+99

NEW
ARTICLES    Top

Share

Royal in July

+99

NEW
ARTICLES    Top

Share

▸ Beaming Queen
Elizabeth leads royals
on their second day at
Ascot - but Lady Luck
failed to smile on
Sophie Wessex who
saw NONE of her horses
come in

▸ Kim Kardashian
reveals Kanye West told
her she had 'the worse
style' and admits she
cried when her husband
cleaned out her closet
He cleared out her closet

▸ Ben Affleck steps out
with girlfriend Lindsay
Shookus... after forking
out $19million for LA
mansion
Pair spent part of Father's
Day together

▸ Givenchy designer
Clare Waight Keller
praises Meghan Markle
as 'someone who
stands up for women's
rights' - after Duchess
chooses label again

▸ So who is winning the
WAG World Cup?
Players' wives and
girlfriends battle it out
in VERY glamorous
Instagram posts from
Russia

▸ Bode Miller and wife
pen emotional post
thanking friends and
fans for their support
after they lost their 19-
month-old daughter in a
drowning accident

▸ Furious Belgians hit
back at John Cleese
after Fawlty Towers star
slams them as 'lazy, fat
and beer-sodden'
following disappointing
European show

▸ Blending in! Michelle
Obama steps out for
glamorous lunch
meeting in Venice
sporting a pinstripe
blazer and wide-leg
trousers



ANYTIME,
ANYWHERE,
**Mail** read
On Your Phone
TRY IT FOR FREE
FOR 60 DAYS ▸

ADVERTISEMENT

## DON'T MISS

▸ Plus size model

Felicity Hayward hits back at stranger who told her she was 'too fat' to wear a crop top by posting a defiant snap of her outfit

> Sofia Richie legs it to lunch with pal in Daisy Dukes and retro Elvis top in Beverly Hills
It was reported that she is back living with boyfriend Scott Disick

> Do the architects know something we don't? Plans for Harry and Meghan's Cotswolds mansion show a stylishly-dressed young woman pushing a baby

> Why Meghan DIDN'T wear her name badge at Royal Ascot even though Kate always wears hers (and it's all to do with the delicate fabric of her dress)

> Multiple women claim frontman of emo rock band Aiden 'emotionally abused them and demanded they sign contracts as 'slaves' so he could 'use them'

> Cher is forced to eat COW TONGUE after refusing to compliment President Trump in stomach-churning game on James Corden's The Late Late Show

> Kylie Jenner holds daughter Stormi closely against chest as she boards private jet with Travis Scott and friends
Make-up mogul cuddled her newborn close

> Actor Peter Fonda says Barron Trump, 12, should be 'ripped from his mother's arms and put in a cage with pedophiles' in Twitter tirade

> RHONY stars Ramona Singer and Dorinda Medley pucker up at charity event in NYC
Honored volunteers at the Ronald McDonald House New York

> Karlie Kloss slammed for telling people to get in touch with senators to end families being separated at border when she is dating Jared Kushner's brother

+99

Share

▸ Rachel Maddow breaks down in tears while reporting that immigrant babies are being held in shelters after being forcibly separated from parents

▸ Hollywood's backlash against Fox News: Seth MacFarlane and Judd Apatow attack 20th Century Fox over 'disgusting' coverage of border crisis

▸ Grey's Anatomy star Jesse Williams is ordered to pay $50,529 A MONTH in child support and $270,000 in legal fees to his ex-wife

▸ Is Meghan modeling herself on Princess Margaret? How the Duchess' Ascot outfit echoed a VERY similar ensemble the late princess wore in 1952

▸ Andy Cohen confirms he is not dating 'sweet friend' John Mayer despite persistent rumors about WWHL host and Jennifer Aniston's ex

▸ In the pink! Lady Amelia Windsor matches with Lady Kitty Spencer as shows off a daring underboob tattoo at star-studded summer bash

▸ Cops fire rubber bullets and tear gas as vigil for slain rapper XXXTentacion gets out of control and fans leap from buildings and block off LA street

▸ Scott Baio is cleared of molestation allegations after the LA County District Attorney REJECTED Nicole Eggert's claims against him

▸ Stephanie Pratt shows off her figure in skimpy paisley two-piece as she soaks up the sun on the beach in Mykonos Topped up her tan and sipped a few drinks

▸ Cake Boss Buddy Valastro confirms new diet after revealing slimmed down figure on Instagram Has he stopped enjoying the fruits of his labor?

+99

NEW
ARTICLES    Top

Share

Naomi Campbell, 48, turns heads in a plunging pinstripe jumpsuit as she brings some glamour to the Cannes Lions Festival

Selena Gomez steps out with Italian film producer Andrea Iervolino... after fashion designer Stefano Gabbana called her 'ugly'

'No bullet holes, no blood': Fans of slain rapper XXXTentacion believe he is still alive and dismiss his shooting as a 'publicity stunt' in bizarre theory

Kim Kardashian dares to bare in a simple bralette and underwear for seductive selfie break while 'packing' in front of racks of clothing

Jessica Simpson shares smiling shot of son Ace after he suffers his 'first broken bone' Mother-of-two showed the youngster with a cast on his arm

Jessica Alba glows while carrying five-month-old son Hayes to work in Los Angeles The tot wore a cute button-up for the trip

Brooklyn Beckham grapples with his camera as aspiring photographer, 19, attends V&A Summer Party in London

Gwyneth Paltrow 'set to wed fiancé Brad Falchuk on the grounds of her Hamptons home at the end of summer' Her year got off to quite the exciting start

'Life is a b***h and then you die': Asia Argento posts blunt message on social media following boyfriend Anthony Bourdain's suicide

Elle Macpherson, 54, comes under fire from TV viewers for encouraging women to skip meals to lose weight and get 'beach body ready'

Alexa Chung tops up her tan in olive green bikini as she takes a Mediterranean boat cruise with close friend Pixie Geldof in Majorca

+99

NEW
ARTICLES    Top

Share

British TV presenter

+99

NEW
ARTICLES    Top

Share

> Khloe Kardashian
flaunts her washboard
abs just TWO months
after giving birth as she
declares 'baby weight is
no joke'
Gruelling fitness regime

> Gwen Stefani flashes
her toned tummy
wearing a bikini top and
shorts on vacation with
Blake Shelton
The pair enjoyed sunset
on the boat

> Mel B celebrates her
daughter Angel's 11th
birthday with lavish
West Hollywood bash
as she shows off her
trim figure in all-white
Mel B was a vision

> Kourtney Kardashian
steals sister Kim's style
as she flaunts her pert
posterior in black
bicycle shorts in Rome
The star accentuated her
incredibly fit figure

> Nicki Minaj viciously
claps back at critics
who dare to call her
'twerking' stiff and
numb
The rapper uploaded a
clip of herself in a pool

> Is Simon Cowell
recycling acts? Judge
pretends not to know
Wes-P on America's Got
Talent despite act
appearing on 5 versions
of show worldwide

> Priyanka Chopra looks
effortlessly chic in
colourful shirt dress
and denim skirt in
NYC... after discussing
marriage amid Nick
Jonas dating rumors

> Eva Longoria slashes
$3M off magnificent
Hollywood Hills
hideaway before giving
birth to her first child
Just splurged on $13.5
million home

> Grieving Queen
Maxima breaks silence
after her younger
sister's apparent
suicide - and says the
'only consolation' is that
she has found peace

▶ EXCLUSIVE: 'I feel
better and comfortable
in my skin!' Rosario
Dawson reveals why
she stripped down to
her birthday suit as she
turned 39

▶ Red Hot Chili Peppers
star Flea and his
fashion model wife
Frankie Rayder list their
stunning 1930s Los
Angeles home for $2.97
million

▶ The Beatles icon  Sir
Paul McCartney, 76,
mingles with tourists as
he joins elegant wife
Nancy Shevell, 58, for a
stroll in Hyde Park,
London

▶ Teen Mom 2 star Leah
Messer admits to recent
hook-up with ex-
husband Jeremy Calvert
Went to creative lengths
to conceal it

▶ A royal procession of
his own: Prince Philip,
97, enjoys a horse and
carriage ride at Windsor
- after skipping the
opening day of Ascot
for second year running

▶ Jameela Jamil wows in
chic pantsuit as she
promotes show The
Good Place... after
calling Kim Kardashian
'broken' for constantly
'fixing' her looks

▶ Kourtney Kardashian
flashes ample assets in
black bralette as she
holds hands with beau
Younes Bendjima in
Rome

▶ Emily Ratajkowski
shows off her fabulous
figure as she rocks
black bandeau and
skimpy denim skirt
She's a saucy snap
connoisseur

▶ XXXTentacion's ex-
girlfriend, who he 'beat
and choked' while she
was pregnant with his
child, reveals she was
run out of his vigil by
angry fans

▶ Tara Reid playing
NYPD captain in movie
directed by beefcake ex-
Kanye West bodyguard
Steve Stanulis

+99

NEW
ARTICLES     Top

Share

'Kids shouldn't be pawns': Arnold Schwarzenegger speaks out against Trump's zero tolerance immigration policy

Khloe Kardashian and Tristan Thompson pick up food at a drive thru... as it's revealed Khloe WILL address cheating on KUWTK

Blac Chyna shrugs in stylish Instagram photo shoot... but keeps quiet on split from YBN Almighty Jay
Also announced the breakup on social media

Tea for Two! Melania hosts Queen Letizia of Spain for tea as the two fashionistas greet each other warmly and in their signature stilettos joined by their hubbies

Anne Hathaway films action-packed scenes for upcoming drama The Last Thing He Wanted in Puerto Rico
Plays reporter who turns into an arms dealer

Kristen Bell dazzles in heavenly white coat and checkered skirt at screening of The Good Place
Screening of her comedic-drama

Courteney Cox looks stylish in a leather jacket as she's joined by daughter Coco, 14, at charity gig in London
Looked every inch the doting mother

Ariel Winter dresses down as she tries a spot of pottery painting with boyfriend Levi Meaden in LA
Brought a member of the family along

EXCLUSIVE: 'He knew he had enemies.' XXXTentacion's close friend reveals the 20-year-old murdered rapper feared leaving the house alone

'I'm broken': The woman XXXTentacion allegedly abused while she was pregnant with his child reveals she is 'devastated' by rapper's death

Melissa Benoist talks early career struggles as she rocks floral off-the-shoulder top at NYC event
Glee and Supergirl star

+99

NEW ARTICLES    Top

Share

opened up

+99

NEW
ARTICLES    Top

Share

Lucy Hale rocks retro-
inspired pink leather
bomber jacket and
denim trousers for
coffee run in LA
Grabbed an iced coffee
and water bottle

America's Got Talent:
Simon Cowell is
bewildered by a
Japanese tablecloth
performance on show
Man placed teacups on
his private parts

Texts 'show Chris
Hardwick ENDED
relationship with Chloe
Dykstra for cheating -
and she begged to get
back together for
months'

Tessa Thompson cuts
effortlessly stylish
figure at NYC event in
support of her new film
Westworld stunner had
her long dark locks
partially braided

Danai Gurira, 40, stuns
in swimsuit-clad beach
shoot and details
fitness/diet regimen
Iowa-born action star
works out four times a
week

Johnny Depp is back
to his best as he
performs with The
Hollywood Vampires in
Glasgow... after
sparking concern over
'gaunt' appearance

Kim Kardashian
catches daughter North
West, 5, going wild with
one of her pricey
makeup palates
She got blue eyeshadow
all over her face

Heidi Pratt parades her
bikini body on luxury
family holiday after
losing 40lb after baby
Gunner
The 31-year-old reality TV
star looked amazing

Blac Chyna, 30, and
YBN Almighty Jay, 19,
call it quits... just
months after starting
romance
The whirlwind relationship
has come to an end

Alison Brie showcases
fit figure in athletic gear
before running errands
in blouse and skinny
jeans
Is currently promoting

series two of GLOW

+99

NEW
ARTICLES    Top

Share

▶ Chrissy Teigen shows
off 'space baby' son
Miles on Instagram as
Luna coos 'I love you' to
her mom
The supermodel beamed
with pride

▶ 'Her accent is so sexy':
Fans go wild over Elsa
Pataky's sultry voice as
she stars in a Spanish
tourism video
Chris Hemsworth's wife
posted the clip herself

▶ Anna Faris keeps
comfy in cool grey
dress while fetching
coffee with beau
Michael Barrett in Italy
Have been on a relaxing
vacation

▶ Kirsten Dunst enjoys
outing with fiance Jesse
and newborn son Ennis
as she's seen for first
time since giving birth
Actress was snapped
heading to lunch

▶ RHOC star Meghan
King Edmonds'
daughter Aspen dialed
911 accidentally... and
the police showed up
Gave the family a rude
awakening

▶ Beyonce shows off her
curves in a leopard-print
outfit as she joins
forces with husband
Jay-Z during
Amsterdam leg of their
tour

▶ Model behaviour!
Madison Beer flashes
her pretty pins in two
different outfits as she
rocks black miniskirt
and Daisy Dukes

▶ Ruth Negga looks
gorgeous in dragon-
themed dress as she
arrives for chat with
Stephen Colbert
Wore an extravagant
frock

▶ REVEALED: Kim
Kardashian's make-up
artist Mario Dedivanovic
shares his must-have
$24 skincare product -
and shares out to get
prepped

▶ Jurassic World: Fallen
Kingdom star Daniella
Pineda reveals
character's lesbian line
was CUT from the movie
for 'the sake of time'

▶ Dua Lipa walks hand
in hand with model beau
Isaac Carew after he
DENIES cheating
rumors
They kept close as they
strolled through the
Manhattan streets

▶ Paris Hilton cradles
her cute dog Diamond
Baby as she shops for
makeup in Beverly Hills
The socialite donned a
pretty yellow maxi dress
with a double thigh-slit

▶ Kate Hudson parades
her ever-growing baby
bump in tiny yellow
bikini during vacation to
Greece
Seems like she could give
birth any day

▶ Instagram royalty:
Duke of York, Fergie
and their daughters
embracing social media
to share detail of their
lives

▶ Nicky Hilton dons a
colorful summer dress
as she takes six-month-
old son Teddy for a
stroll
Went about her mommy
duties in the sun

▶ Stephanie Pratt shows
off her toned figure in a
bikini as she holidays in
Mykonos after quitting
British reality TV
No pressure from the
structured shows

▶ Pierce Brosnan and
his wife Keely Shaye
Smith put on a loved-up
display as they enjoy
lunch date
Pair strolled hand-in-hand
before their bite to eat

▶ Alessandra Ambrosio
keeps it casual in
hoodie and joggers as
she grabs breakfast
with son Noah while her
eldest is away at
summer camp

▶ Lenny Kravitz reveals
he was considered for
Big Little Lies but
producers didn't want
'the only black man' to
be a villain

▶ Debra Messing is
pretty in patterned
halter neck dress as she
launches Maxx You
Project in New York

+99

NEW
ARTICLES    Top

Share

Encourages women to
embrace individuality

·99

NEW
ARTICLES       Top

Share

▸ Ellie Bamber rocks a
shoulderless pink mini-
dress as she cozies up
to boyfriend Richard
Madden while leaving
party

▸ Ellie Goulding, 31,
goes hand-in-hand with
boyfriend Caspar
Jopling, 25, as they lead
the celebrity departures
from Serpentine
Summer Party in
London

▸ Jessie J gives
powerful performance in
Barcelona as she
returns to the stage
after winning China's 'X
Factor equivalent'

▸ Tia Mowry celebrates
successful
breastfeeding routine
six weeks after giving
birth to her daughter
Shared the moment in a
quick selfie

▸ Nicki Minaj leaves little
to the imagination as
she splashes around in
see-through white frock
The beauty put on a sultry
display in a set of slinky
Instagram posts

▸ Jennifer Lopez's beau
Alex Rodriguez is
impressed with her
batting average as they
play softball on vacation
Both showed off their
competitive sides

▸ Angela Bassett,
Patricia Arquette and
Felicity Huffman stop
traffic on the set of new
romantic comedy
Otherhood

▸ Heidi Klum, 45, is biker
chic as she packs on
PDA during LA date
with boyfriend Tom
Kaulitz, 28
They have been together
since March

▸ Welcome baby boy!
Candice Swanepoel
shares first photo of
newborn son after home
birth as she says 'he
couldn't be more
perfect'

**Today's headlines**    Most Read

 Husband shoots dead his wife's divorce
attorney, 41, in his law office before
turning the gun on himself in...


Former Tesla employee being sued for 'sabotage' claims he is a whistleblower drawing attention to 'really ..


Married Intel CEO Brian Krzanich resigns over relationship with employee


Why your dreams will be MORE meaningful tonight. Astrologist reveals the brain is more 'alert' on the...


Revealed: Children in California 'house of horrors' case 'were choked, caged and starved to the point where...


BREAKING NEWS  Man, 22, arrested in the shooting death of rapper XXXTentacion


Israeli PM Benjamin Netanyahu's wife is charged with fraud following probe into 'falsified household...


Do ghosts really exist? Psychologist claims most late-night paranormal experiences are simply down to sleep ..


Author who wrote gruesome novel is found guilty of killing and mutilating his fiancee before draining her...


Shopper finds lethal black widow spider crawling on broccoli he bought from the grocery store


Marijuana users feel MORE pain: Study finds cannabis lowers pain tolerance - meaning users need more...


Parents swap the suburban life for living on the open road in an Airstream trailer and homeschooling their


Porn magazine owner who is being sued by the 'sleazy' Winklevoss twins claims they made 'inappropriate...


Horses really DO understand humans: Scientists say they pick up on our moods through our voice and facial ..


'People are hysterical about it': Lara Trump comes to President's rescue amid immigration row and tells...


Hundreds hold an all-night vigil outside New York's LaGuardia airport to protest Trump's immigration rules ..


At least 70 immigrant children are transferred to shelters in New York as the state prepares to sue the...


'It's a lot like the beginning of Gilead ..' Social media users highlight shocking similarities between The...


Separation anxiety? White House incorrectly spells 'Seperation' in headline of executive order ending policy...


Border Patrol agents rescue Costa Rican boy, six, found abandoned in Arizona desert with no food or water..


'Step up!': Mika Brzezinksi reveals Ivanka Trump tried to call her yesterday after the Morning Joe co-host...


Immigrant children being detained in shelters have been 'held down and forcibly drugged with psychiatric...


Obama condemns 'cruelty' of families 'broken apart in real time' in World Refugee Day message – without...


Trump has rally protester ejected for taunting him with picture of pedophile Jeffrey Epstein as he promises...


Trump in fresh broadside on immigration as he claims illegals are told the 'legal password' of asylum to...


Kim Kardashian weighs in on 'heartbreaking' situation at the border and reveals she's 'over' taking selfies ..


He's behind you! Tiger VERY slowly creeps up on visitors at Louisiana zoo and then pounces on them in...



+99

NEW ARTICLES    Top

Share


Could your TOOTHPASTE give you type 2 diabetes? White colouring used in food, suncream and toiletries could...


Eat yourself fit! Vegan fitness coaches reveal their secrets to getting ripped on a plant-only diet - and it...

**MORE HEADLINES**

ADVERTISEMENT

FROM THE
MAKERS OF
CANDY CRUSH

Farm Heroes Saga, the #4 Game on iTunes. Play it now!


more

+99

NEW ARTICLES    Top

Share

**Back to top**

Home | U.K. | News | **Sports** | **U.S. Showbiz** | **Australia** | **Femail** | **Health** | **Science** | **Money** | **Video** | **Travel** | **Columnists** | **DailyMailTV**

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location | Discount Codes | Betting

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd
Contact us    How to complain    Advertise with us    Contributors    Work with Us    Terms    Privacy policy & cookies

## Testimony of Neil Heslin

## Senate Judiciary Committee Hearing on the Assault Weapons Ban of 2013

## February 27, 2013

My name is Neil Heslin. Jesse Lewis was my son. He was a boy that loved life and lived it to the fullest. He was my best friend. On December 14, he lost his life at Sandy Hook Elementary because of a gun that nobody needs and nobody should have a right to have. I'm here to tell his story. I know what I am doing here today won't bring my son back, but I hope that maybe if you listen to what I say today and you do something about it---maybe nobody else will have to experience what I have experienced.

On December 14, Jesse got up and got ready for school. He was always excited to go to school. I remember on that day we stopped by Misty Vale Deli. It's funny the things you remember. I remember Jesse got the sausage, egg and cheese he always gets, with some hot chocolate. And I remember the hug he gave me when I dropped him off. He just held me, and he rubbed my back. I can still feel that hug.

And Jesse said "It's going to be alright. Everything's going to be okay, Dad." Looking back it makes me wonder. What did he know? Did he have some idea about what was about to happen? But at the time I didn't think much of it. I just thought he was being sweet.

He was always being sweet like that. He was the kind of kid who used to leave me voice messages where he'd sing me happy birthday even when it wasn't my birthday. I'd ask him about it, and he'd say "I just wanted to make you feel happy." Half the time I felt like he was the parent and I was *his* son.

He just had so much wisdom. He would know things, and I would have no idea how he knew. But whatever he said, it was always right. He would remember things we'd done and

**EXHIBIT**

tabbies

B-3

places we'd been that I had completely forgotten about. I used to think of him as a tiny adult. He had this inner calm and maturity that just made me feel so much better when I was around him.

Other people felt it, too. Teachers would tell me about his laugh, how he made things at school more fun just by being there. If somebody was ever unhappy, Jesse would find a way to make him feel better. If he heard a baby crying he wouldn't stop until he got the kid to smile. I remember him jiggling keys and standing on his head. Anything to make that crying baby feel better.

Jesse just had this idea that you never leave people hurt. If you can help somebody, you do it. If you can make somebody feel better, you do it. If you can leave somebody a little better off, you do it.

They tell me that's how he died. I guess we still don't know exactly what happened at that school. Maybe we'll never know. But what people tell me is that Jesse did something different. When he heard the shooting, he didn't run and hide. He started yelling. People disagree on the last thing he said. One person who was there says he yelled "run." Another person said he told everybody to "run now." Ten kids from my son's class made it to safety. I hope to God something Jesse did helped them survive that day.

What I know is that Jesse wasn't shot in the back. He took two bullets. The first one grazed the side of his head, but that didn't stop him from yelling. The other hit him in the forehead. Both bullets were fired from the front. That means the last thing my son did was look Adam Lanza straight in the face and scream to his classmates to run. The last thing he saw was that coward's eyes.

Jesse grew up with guns, just like I did. I started shooting skeet when I was eight years old. My dad was a vice president for years at a local gun club. He started taking me shooting

when I was eight. When I turned ten he started taking me hunting. He taught me to respect guns, just like I taught Jesse.

Jesse actually had an interest in guns. He had a bb gun. I watched over him like a hawk with that. I taught him gun safety. He knew it. He could recite it to you. He got it. And I think he would have got what we are talking about today. He liked looking at pictures of army guns, but he knew those weren't for him. Those were for killing people.

Some guns just don't have any place in the hands of civilians. The assault weapons we're talking about today, their sole purpose is to put a lot of lead out in a battlefield quickly. That's what they do. That's what they did at Sandy Hook Elementary. That wasn't a killing; it was a massacre. Those guns and those clips let Adam Lanza massacre those kids. And my son was one of them.

I wish I wasn't here with you today. The best day of my life was the day my son was born. The worst day was the day he died. I don't want to relive that day talking to you here about it. It would be easier for me just to stay home.

But I know that's not what Jesse would do. Jesse died screaming at a man with a gun. He died yelling at the top of his lungs so maybe some of his classmates could get to safety. I'm not going to scream at you, but I hope that maybe I can use my voice like my son used his. Maybe if I make enough noise a few beautiful innocent children like my Jesse won't have to die.

I'm not real political. Half the time I think it doesn't matter which group of you guys runs things out here, no offense. I've always thought it wasn't a real good idea for people to be walking around the streets with military weapons, but I probably wouldn't have said anything about it.

But right now this isn't about politics. The day my son died I was supposed to see him in the afternoon. His mom and I were going to go meet him at school and we were going to make gingerbread houses with his class. I love that stuff, just having that extra time with my kid.

So I guess I was in a pretty good mood when I started to hear about a shooting. And at first I didn't really know what that meant. You know, we all try to look on the bright side. So when I heard about a shooting I thought, maybe it's another town. And then when I heard it was Newtown I thought it probably wouldn't affect me. Even when they said it was a school I figured it was probably a domestic dispute or something. Maybe it was a suicide.

I hate to say it but even when you know your community has been hit you hope and pray it wasn't your boy. They had us all go to a fire station to wait and see if our kids would make it out of the school. By 3:30, maybe 4:00, they told us there were no more survivors. I should have realized. They'd basically told me my son was dead, but I waited. I told the people what to look for, what he'd been wearing that day. He had this striped shirt and Carhartt jacket, and these pants that fit him in September, but then he hit a growth spurt. I gave the description and I waited some more. I waited and I hoped, until 1:30 in the morning. That's when they told me he was wasn't coming.

So the reason I say this isn't about politics is because what I felt on that day, and what I've felt since, doesn't have anything to do with politics. In politics, people like to debate and say if we banned the weapon Adam Lanza used would he have just found something else. But let me tell you, when you're sitting at a firehouse and it's one in the morning and you're hoping against hope that your son is still hiding somewhere in that school, you want any change that makes it one bit more likely you'll see your boy again. If keeping those unnecessary weapons off the street would have let one more of those children leave that school building, it might have been

my Jesse. If Adam Lanza had been able to shoot just one fewer bullet, maybe my son would be with me today.

Before he died, Jesse and I used to talk about maybe coming to Washington someday. He wanted to go up the Washington monument. When we talked about it last year Jesse asked if we could come and meet the President.

I said earlier that I can be a little cynical about politicians. But Jesse believed in you. He learned about you in school and he believed in you. I want to believe in you, too. I know you can't give me Jesse back. Believe me, if I thought you could I'd be asking you for that. But I want to believe that you will think about what I told you hear today. I want to believe you'll think about it and then you'll do something about it, whatever you can do to make sure no other father has to see what I've seen. You can start by passing this assault weapons ban and taking these senseless weapons out of the hands of people like Adam Lanza.

Thank you for listening to my story.

Exhibit B-4 is a thumb drive containing a true and correct copy of a C-Span video of Mr. Heslin posted on the website with the url address: https://www.c-span.org/video/?c4459285/testimony-neil-heslin





**EXHIBIT B-5**

# The Guardian

# Feinstein pushes assault weapons ban in Senate showdown - as it happened

**Newtown father Neil Heslin talks about     bans 157 weapons, high-capacity magazines     GOP senators say enforcement of background checks needed     Police chief: 'We don't chase paper, we chase armed criminals'**



US Senate intelligence committee chairman Dianne Feinstein at the Senate judiciary committee hearing on the assault weapons ban of 2013 on Capitol Hill. Photograph: Yuri Gripas/Reuters

**Tom McCarthy** *in New York*

Wed 27 Feb 2013 10.22 EST

7.01pm

## Summary

We're going to wrap up our **live blog coverage** of the Senate hearing on S.150, the proposed assault weapons ban. Here's a summary of where things stand:

**California Democrat Dianne Feinstein explained her proposed law, which would ban**

**157 weapons and large-capacity magazines.** The bill doesn't confiscate existing weapons and names 2,000 makes of guns that would stay legal. Feinstein admitted the new weapons ban faced an "uphill battle" for passage into law.

**Newtown father Neil Heslin talked about losing his son, Jesse Lewis, 6, in wrenching testimony.**

**Milwaukee police chief Edward Flynn won applause for pushing back against Lindsey Graham** and other GOP senators who argued that prosecution of background-check falsification is needed before a gun ban. 'We don't chase paper, we chase armed criminals,' Flynn said.

**Philadelphia Mayor Michael Nutter called the idea that assault weapons are used for self-defense "absurd."** Senator Al Franken said "I can imagine those hypothetical cases but I'm not sure what value that holds. But I don't have to imagine someone using a 30-round magazine, or several, to kill 20 children, because that happened."

**Chances for passage of a new assault weapons ban are indeed slim, Ewen MacAskill reports.**

6.29pm

**Feinstein is wrapping up.** She defends the 1994 assault weapons ban, which she wrote.

"I believe it made a difference," she says. "I believe it did just begin to dry up the supply."

Feinstein says assault weapons have no place in society.

"I do not know why as a matter of public policy we can't say, 'They don't belong.'"

"I just want to say, the courage that it took for people from Sandy Hook to be here today, I want to say thank you. Neil Heslin, I thank you. With a little help from the people of America, we might be able to pass that.

"It's an uphill battle all the way."

Feinstein adjourns the hearing.

31 Dec
1969

*Since you're here ... we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters – because it might well be your perspective, too.*

*If everyone who reads our reporting, who likes it, helps fund it, our future would be much more secure. For as little as $1, you can support the Guardian – and it only takes a minute.*

*Make a contribution. - Guardian HQ*

6.13pm

Senator Franken says he hasn't seen any evidence of an AR-15 being used, ever, **for self defense.**

Mayor Nutter says assault weapons are not for self-defense.

"The idea that these weapons are for self defense, based on our experience, is completely absurd," Nutter says.

6.11pm

**Neil Heslin** begins to talk about the shot that killed his son, Jesse Lewis, 6, inside Sandy Hook elementary.

Heslin says witnesses said Jesse's last words were either "run" or "run now." The boy died from a shot to the forehead.

"Jesse looked that coward Adam Lanza in the eyes," Heslin says. "He saw his face and he saw the end of that barrel. He didn't run and he didn't turn his back. That was the fatal shot that killed Jesse."

6.04pm

"What has become common in America is **unacceptable** in a civilized country," Durbin says.

The crowd applauds. Feinstein gavels.

6.02pm

Graham going on about **background checks.**

"I would suggest that in some situations six bullets is not enough for a person defending their family," Graham says.

He poses a question to Hardy, the Tucson gun advocate:

"If you had a lawless situation, let's say there's a natural disaster somewhere. Unfortunately these things do happen," Graham says. "And there's three homes One without a gun, one with a shotgun and one with an AR-15. If there's a gang roaming around the neighborhood, which home is best protected in a situation like that?"

Hardy says the home with the AR-15 would be best protected in such a Updated at 6.06pm GMT

5.55pm

Begg presents a horrible video in which a **ballistics expert** demonstrates what a bullet from an AR-15 can do.

The expert in the video shoots a block of gelatin-like material - flesh-like material - with a

.22 rifle. Then he shoots one with an AR-15. The .22 bullet passes cleanly through. The AR-15 bullet goes in and then explodes.

5.50pm

Dr Begg says he **treated Sandy Hook victims** at the Newtown ER on the day of the shooting.

But not many victims made it to the ER.

"We had such horrific injuries to little bodies, that's what happens, they don't even make it to the hospital," Begg said.

5.48pm

"The time for **political courage** is now," Nutter says. "How many more children, how many more police officers do we have to lose?"

5.48pm

The Guardian's Washington bureau chief Ewen MacAskill is **inside the hearing:**

*The father of Newtown victim Jesse Lewis, Neil Haslin, wept as he testified at the Senate hearing on legislation to ban assault weapons.*

*Television showed his tears. What it did not show was the tears of many sitting on the public benches.*

*His words were barely audible in the Senate room but enough could be heard to chill those present. Such raw emotion is seldom heard at these hearings and there was an uncomfortable silence, with some squirming in their seats.*

5.45pm

Now **Philadelphia Mayor Michael Nutter,** president of the US conference of mayors, testifies.

"The first police officer my city lost after I took office in 2008 was killed by an AK-47 type weapon," Nutter says. The officer was responding on a weekend morning to an incident at a supermarket.

Nutter says some statements the committee has heard have been "dispassionately disrespectful" to Neil Heslin, the father of Newtown victim Jesse Lewis, and other victims' families.

The remark draws applause. Feinstein gavels.

Nutter's point is, how can you rattle off statistics about firing rates and pistol grips when you're sitting in the same room with someone who has paid such a personal price.

5.33pm

Now David Hardy, **a gun advocate** - a lawyer, literally - from Tucson, Arizona.

He says the bill, S.150 (full text here), incoherently discriminates among various guns.

S150 would ban more guns than any ban ever in the history of the republic he says. He means it as a bad thing.

He talks about different features of different guns. He's there to address provisions of the bill that ban "military features."

5.28pm

Up next is Nicholas Johnson, law professor at Fordham University, who is testifying that the assault weapons ban would be **UN-constitutional.**

Emotionally speaking it's a difficult argument to make after the testimony the committee just heard. He begins by saying so:

"When one listens to victims of events like this, the impulse is to give them anything they want," Johnson says. "And I understand that impulse.

"Mine is a counsel of despair. My core point here is that the classifications established by [the law] are unsustainable under the lowest category of constitutional review."

He's talking very quickly, explaining why the country can't ban assault weapons.

5.22pm

**"This is a tipping point,"** Begg, the Newtown EMS director, says. "This is a tipping point and this is a public health issue. Please make the right decision."

5.20pm

Begg asks for "**real research on gun violence** in this country."

Gun advocates have successfully lobbied the federal government to stop funding research on gun deaths.

5.16pm

"When [the second amendment] was written almost 300 years ago, we didn't have these weapons that we have today," Heslin says. "They had muskets and cannons.

"I feel these so-called assault weapons... should fall in that category and be banned."

He's finished.

Feinstein thanks Heslin.

The next witness, Dr. William Begg, EMS Medical Director in Newtown, is sniffling as he begins speaking. The whole room seemed to be crying.

5.14pm                                                   Updated at 5.23pm GMT

Neil Heslin was a state champion skeet shooter, he says. He says his son was **interested in guns.**

"I have a broad knowledge of weapons, including military weapons."

"Ironically five days before Jesse passed away my mother passed away. Jesse had an interest in the military. Jesse had an interest in guns, he asked a lot of questions about them."

The night before he died, Heslin says, Jesse was looking at a weapons magazines. On one page was pictured "a Bushmaster, a Glock and a Sig handgun."

"He asked me about those weapons, and I explained them to him. What they were used for, their capability."

"His response was, 'It's a gun that's used to kill people.'

"I said yes, Jesse, that's what it's used for.

"Jesse had a BB gun. I bought it for him for Christmas a year ago.

"He knew all the safety precautions. He could recite them to you, the same way that I could when I was his age."

5.10pm

Terribly wrenching **testimony** from Neil Heslin about losing his son.

"I waited in that firehouse till one o'clock in the morning till I knew that Jesse was confirmed dead.

"No person should have to go with what myself and what the other victims' families had to go through and what Newtown had to go through."

"It was 9.04 when I dropped Jesse off. The school clock. Jesse gave me a hug and a kiss at that time. He gave me a hug and a kiss and said goodbye, I love you. He stopped and said 'I love mom too."

"Prior to getting out of the truck he stopped and he hugged me.

"That hug I can still feel."

"I have to go home at night to an empty house without my son. Something that never should have happened at an elementary school.

"People argue about the second amendment. Well the second amendment says a well-regulated militia. ... It hasn't been well-regulated."

Updated at 5.10pm GMT

5.06pm

Updated at 5.06pm GMT

Neil Heslin, **father of Newtown victim** Jesse Lewis, 6, is testifying.

"I'm here to speak up for my son."

He is weeping. Wrenching.

**4.55pm**

Chief Flynn gets **more applause**. "Is 20 babies not enough?" he asks. "When was that gun bought?"

**4.52pm**

The Guardian's Ewen MacAskill is **at the hearing.** It will **take a legislative godsend** for Feinstein's proposed assault weapons ban to pass, he notes:

*The highlight of the Senate hearing on an assault weapons ban so far was a heated exchange between Republican Lindsey Graham, opposed, and Milwaukee police chief Edward Flynn, in favor.*

*If a vote on the bill, which would ban about 160 different types of military-style assault weapons, was to be held among visitors packed into the hearing, including families of victims of mass shootings, it would sail through. Flynn was loudly applauded during his exchanges with Graham. Such applause is rare: Senate hearings are supposed to be listened to in silence.*

*But it is the Senate, not the public at the hearing, that will decide on the bill introduced by the judiciary committee chairwoman Dianne Feinstein. Comments by Republicans on the committee make it clear that it has no chance of getting through. The line from Republican after Republican on the committee is that they view the bill as tokenism and that a similar ten-year ban on automatic assault weapons introduced in the 1990s had no impact.*

*Graham, in his exchanges with Flynn, summed up the Republican view. The need is to enforce existing laws, not introduce new ones, he said.*

*The Senate arithmetic is in the Republicans' favour. The Democrats do not have the 60 votes needed to overturn a Republican filibuster. Republicans have already delayed progress on the bill by a week and will delay it further.*

*The hearing is a chance for opponents of assault weapons in civilian hands to voice their case. But for all the emotion displayed in the committee, the reality is that this bill has no chance. The Senate is holding this hearing not to help frame legislation but primarily as a courtesy to Feinstein.*

Updated at 4.53pm GMT

**4.49pm**



John Walsh, US attorney for the district of Colorado, testifies before the Senate judiciary committee. Photograph: Yuri Gripas/Reuters

**4.47pm**

Walsh says he's not aware of any incident in which a potential victim has not had to fire **more than 10 shots** in self-defense.

"I'm not aware of any such instance actually happening," he says.

**4.36pm**

Al Franken gets into the **fantasy land of gun advocates** who argue that people need AR-15s for self defense in scenarios with multiple attackers and who knows what else.

"I can imagine those hypothetical cases but I'm not sure what value that holds," Franken says. "But I don't have to imagine someone using a 30-round magazine, or several, to kill 20 children, because that happened."                                        Updated at 4.38pm GMT

**4.27pm**

**Chief Flynn is a wit.** He says data on whether the last assault weapons ban worked can be spun either way because there wasn't an experimental control group in which assault weapons were distributed in one area and erased from another.

"It all depends on how you want to spin the data," Flynn says. "And that is a cottage industry all by itself." As for himself, he finds the daring notion that removing assault rifles from the streets will correlate with a decline in mass shootings to be persuasive.

Now it's Senator Ted Cruz:

"I'd like to begin by thanking the victims of violence who have come here."

There's a lot of sympathy in the room today.                                        Updated at 4.29pm GMT

**4.18pm**

Republic Senator John Cornyn is **hammering on background checks** too. He says they're not enforced or prosecuted. The argument is that an assault weapons ban shouldn't be the

first step. The first step should be tougher law enforcement.

It's as if the two sides are looking at a run-down house and arguing over what needs fixing first, the roof or the plumbing. They keep arguing. Nothing gets fixed.

Walsh objects strongly to the notion that the justice department isn't enforcing gun laws. One in 5 of federal cases in Colorado are guns cases, he says. "As a prosecutor, we go for the worst of the worst. And the worst of the worst are the cases in which a bad guy has actually got a gun."

"Lying on forms [meaning background checks] is also a federal crime," he says, but it can't be an enforcement priority.

4.13pm

The logic is bulletproof.                                         Updated at 4.13pm GMT

4.08pm

Walsh, the Colorado district attorney, says all the **shooting in Newtown** happened in "less than 4 minutes."

You can't stop all attacks but you can take steps to limit casualties, he says.

"These events happen very quickly," he says. "There is no way that we are going to prevent people from engaging in these sorts of attacks completely. What we can do with a ban on high-capacity magazines is we can limit the damage and horrific casualties that these people cause when they take these actions."

4.05pm

The National Rifle Association brags on Twitter about the pace of **weapons sales:**

4.02pm

Chief Flynn **gets into it with Graham.**

Graham wants to know why the cops aren't arresting people who fail background checks.

Flynn says they're not going for enforcement on paper. They're trying to stop crime.

"We don't make those cases. We have priorities. We make gun cases. We're not in a paper chase."

Graham and Flynn are talking over each other. Flynn actually manages to shout him down.

"We don't chase paper, we chase armed criminals!"

The audience applauds the police chief.

Graham uses the word "bailiwick."                                 Updated at 4.02pm GMT

Graham: "I own an AR-15. I passed the background check." If there are 4m AR-15s owned by people like me, I think [it's in common use].

Feinstein has to gavel the room to order.

3.58pm

**Sen. Lindsey Graham is speaking.**

"To the victims of all these shootings, I don't know what to say but, 'I'm sorry,'" he begins.

Then he says less than 3% of all homicides in the US are committed with rifles. "Twice as many are killed with bare hands."

He points out that background checks aren't enforced. He grills Walsh about how many people he prosecutes for failing background checks.

It never happens.

"I'm a bit frustrated that we'd say one thing, but in the real world we do nothing to enforce laws on the books."

3.52pm

The Guardian's Ewen MacAskill captures two snapshots from **inside the hearing:**

*An effective moment at the Senate hearing committee: when chairwoman Dianne Feinstein said the support for ban on automatic assault weapons came from law enforcement chiefs across the country. She asked them to stand up and about a score rose.*

*Also effective is footage of a man firing an automatic weapon. The steady shots listened to in total silence. Must be hard for families from mass shootings to hear.*

*Feinstein has a special interest in this issue. She was the driving force behind an assault weapons ban in the 1990s that was allowed to lapse ten years later during the Bush administration.*

3.46pm

Grassley asks Walsh about the **constitutionality** of the assault-weapons ban.

Walsh has done his homework. The supreme court has established three standards for constutionality of such a ban, he says.

To be subject to ban, the weapon must be in common use; it must be a dangerous and unusual weapon of the kind that's traditionally regulated; and the ban must not contravene the core of the second amendment right, which is self-defense.

3.42pm

Feinstein asks Walsh about **keeping schools safe**.

"The presence of armed guards in schools is not sufficient to prevent the kind of horrors we've seen in past years," Walsh says.

"It's an extraordinary cost and no guarantee," Flynn adds. I don't know who's going to pay for all of these guards.

"Security is part of the solution, but if we not do something about the weapons and implements that enable people to slaughter 20 people at a time, then we are not doing enough."

3.38pm

"It's **time for Congress to pick a side**," Flynn concludes. "This time I hope it's law enforcement."

3.36pm

Edward Flynn, **police chief of the Milwaukee Police Department,** is now testifying.

"I've been a police officer for over 40 years," he says. "Among the most difficult challenges I continue to face is the firearms violence exacerbated by high-capacity magazines and assault weapons."

"These weapons are designed for combat," he says. In less than three years, seven of his officers were shot with assault rifles or semiautomatic pistols.

He describes incidents of fatal gun violence in cities involving assault weapons.

3.33pm

Now testifying: **John Walsh, US Attorney** for the Colorado district.

He says the state has been shaken by the July 2012 movie theater shooting in Aurora and the 1999 Columbine school shooting.

"As a longtime federal prosecutor, I share the view that shutting off the flow of [assault weapons] is a top public safety priority," he says.

He says high-capacity magazines can turn any weapon into a tool of mass violence. Such magazines are not required for protecting a home or for hunting, he says.

3.29pm

Grassley says the **1994 assault weapons ban** didn't work. The implication being that a new ban wouldn't work.

"The assault weapons ban did not prevent the school shooting at Columbine," Grassley says. "When something has been tried and found not to work, we should try different approaches."

In addition to relying on a tendentious interpretation of the old ban's efficacy, Grassley

doesn't allow for the possibility that the ban simply wasn't strong enough.

"Experts who have studied the law tend to agree that it was rife with loopholes and generally ineffective at curbing gun violence — though it might well have reduced mass shootings," Brad Plumer wrote in the Washington Post in December:

*In crafting the 1994 ban, lawmakers mainly focused on 18 specific firearms, as well as certain military-type features on guns. Complicated flow charts laid it all out. Certain models of AR-15s and AK-47s were banned. Any semiautomatic rifle with a pistol grip and a bayonet mount was an "assault weapon." But a semiautomatic rifle with just a pistol grip might be okay. It was complicated. And its complexity made it easy to evade.*

The current ban would apply to 157 weapons, instead of 18.

3.22pm

**Senator Chuck Grassley,** Republican of Iowa, makes his opening statement.

"There is much that can be done to protect public safety that is not being done," Grassley says.

Such as an gun ban? No, turns out that's not what he has in mind. He mentions video games and mental health records.

3.19pm

Feinstein plays footage of **people firing** semiautomatic weapons.

"The need for a federal ban has never been greater," she says.

She says California's assault weapons ban has not stopped such guns from coming in from Arizona.

"It is clear that we need a national solution," she says.

Feinstein says the new ban would:

*Ban the sale, transfer, importation and manufacture of 157 specifically named assault weapons.*

*Ban any weapon that is semi-automatic, has a detachable magazine and has at least one military characteristic.*

*Ban large-capacity ammunition feeding devices capable of accepting more than 10 rounds.*

*Protect rights of legitimate hunters by specifically excluding over 2,000 firearms used for hunting or sporting.*

*Not take away any weapons that anyone owns today.*

*Ban future sale or transfer of large-capacity magazines.*

Feinstein wants to address assertion that the ban would be unconstitutional.

"The original federal assault weapons ban was challenged repeatedly in federal court," Feinstein says. "Each and every time, these challenges were rejected, and the ban was upheld.

3.13pm

The Guardian's Ewen MacAskill is **at the hearing:**

*There is no sign of interest in the guns issue beginning to wane, at least judging from the turnout for this morning's Senate judiciary hearing. The judiciary committee has chosen one of the biggest rooms available in the Hart building and still managed to fill it. Journalists out in force too, all cosily crammed in, occupying both sides of long tables lodged against the walls.*

*Family and teachers from Newtown are present to hear a host of witnesses, including John Walsh, US attorney from Colorado, and Edward Flynn, chief of Milwaukee police department. Journalists have just been handed biographies and statements from the witnesses, a thick tome that would take almost the whole the hearing to read.*

3.09pm

**Good morning and welcome to our live blog coverage of the push for a new assault weapons ban.** This morning the Senate Judiciary committee, chaired by Dianne Feinstein, Democrat of California, will hear testimony from law enforcement about their encounters with assault weapons.

Later the panel will hear from a group including Philadelphia mayor Michael Nutter.

The Assault Weapons Ban of 2013 would ban 157 kinds of "military-style" assault weapons. "I recognize it's an uphill battle, but I also know that these events are going to continue and America has to step up," Feinstein, told MSNBC on Monday. "I think we will make the case that this is constitutional, I think we will make the case that these weapons do not belong on the streets of our cities."

Topics
- Gun crime
- US politics
- Obama administration

# Latest Updates on the Gun Violence Debate

*Jennifer Preston*

President Obama travels to Connecticut Monday, where lawmakers last week approved stricter gun laws nearly four months after 20 children and six educators were shot and killed in Newtown, Conn.

**5:30 P.M. Video of Obama Speaking in Hartford, CT.**





President Obama travels to Connecticut to talk about gun control.

As our colleague, Jackie Calmes reported, President Obama traveled to Hartford, Conn. on Monday to press his case on reducing gun violence with new federal gun measures expected to be considered by the Senate.

Last week, Governor Dannel P. Malloy signed new gun legislation into law that included extending background checks and closing loopholes in the state's assault weapons ban almost four months after a mass shooting at a Newtown, Conn. elementary school left 20 children and six educators dead.

**April 5, 2013Some States Expand Gun Rights as Others Impose New Laws**

As my colleague, Trip Gabriel reported, Maryland lawmakers gave final approval Thursday night to new gun restrictions, becoming the fourth state to impose

sweeping new restrictions on gun owners and purchases since the Dec. 14 mass shooting at an elementary school in Newtown, Conn.

But as the Senate returns from recess next week to debate federal legislation that includes extending background checks, some state lawmakers are looking to expand rights of gun owners and loosen regulations governing purchases.

In Utah, as the Lede previously reported, lawmakers approved a bill that made it no longer necessary to get a permit to carry a concealed weapon.
Gov. Gary Herbert decided to veto the legislation, saying that the requirement for a concealed weapons permit did not hinder anyone's rights.

Other states are moving ahead with laws to expand the rights to carry arms, as the Wall Street Journal has reported. They point to Tennessee allowing workers to bring guns to work and store them in their vehicles. South Dakota lawmakers voting to allow school boards to arm teachers. And the decision in Arkansas allowing people to take their guns to churches and on college campuses.

For example,

**April 5, 2013Fact Checking the Gun Debate**

The Washington Post's Glenn Kessler has this roundup of claims made about guns and gun violence since the Newtown, Conn., shootings.

**April 4, 2013Conn. Governor Signs New Gun Bills into Law**



Gov. Dannel P. Malloy signs new gun legislation into law

Gov. Dannel P. Malloy signed into law new gun measures that he described as the most comprehensive package of new gun laws in the nation.

Mr. Malloy was joined at the bill signing ceremony with family members who lost loved ones, including 20 small children, in the mass shooting on Dec. 14 at Sandy Hook Elementary School in Newtown, Conn. Mr. Malloy broke the news about the deaths of 20 children and six educators to parents and family members waiting in the town's firehouse that day.

"This is a profoundly emotional day, I think, for everyone in this room and everyone watching what is transpiring today in the state of Connecticut," Mr. Malloy said

Under the new laws, Connecticut has expanded its ban on assault weapons, prohibited the sale of high-capacity magazines that hold more than 10 bullets, required gun owners to register assault rifles and other ammunition and extend background checks, making it more difficult for people with a history of mental illness to purchase a gun. Most of the law's provisions will take effect on August 1, the governor said, but some aspects of the law go into effect right away.

The legislation was approved by the House early Thursday morning, as our colleague Peter Applebome reported, after it was approved by the Senate on Wednesday.



Video of the House vote early Thursday.

**April 4, 2013Maryland Lawmakers Approve Assault Weapons Ban**



Television news report from WJLA-TV in Washington, D.C. on Maryland lawmakers voting to approve a ban on assault weapons and other new restrictions on guns.

Maryland lawmakers approved a ban on assault weapons, limits on the size of high-capacity magazines and new requirements, including a license to buy a handgun and fingerprinting during background checks.

The vote in the state's House of Delegates came on Wednesday after the Senate had approved similar legislation. The House Speaker said that he would work with his colleagues in the Senate to resolve differences in the versions during the next two days.

Gov. Martin O'Malley, a Democrat who has made tougher gun laws a top priority of his legislative agenda, said that he would sign the package of bills into law.

"Maryland has stood up as a state to say that this is not acceptable and that military assault weapons have no place in a civil society," Mr. O'Malley said in a statement.

The proposed gun legislation met with strong opposition from advocates of gun rights who poured into the state capital of Annapolis multiple times in recent months as the gun legislation was considered.

**April 4, 2013Connecticut Lawmakers Approve Comprehensive Gun Package**



A report on the state legislature's vote on gun measures early Thursday from WTNH-TV, Channel 8 in Connecticut.

After 13 hours of debate, Connecticut's lawmakers approved a package of new restrictions on gun owners and gun purchases at 2:30 Thursday morning, almost four months after a mass shooting at a Newtown, Conn. elementary school killed 20 children and six educators.

As our colleague, Peter Applebome reported, "the vote came in a deeply divided Capitol packed with angry and frustrated gun owners who arrived in buses and vans carrying signs reading "Connecticut the Un-Constitution State," "N.R.A. Stand and Fight" and "Shall Not Be Infringed." And it came in a state that has historically been at the heart of the American gun manufacturing industry.

Gov. Dannel P. Malloy, a Democrat, said he would sign the legislation at a ceremony scheduled for noon on Thursday. The package of bills include restrictions on the sale of high-capacity magazines, expanding the number of weapons covered under the state's existing assault weapons band, extending background checks, limiting gun sales to people with mental illness and requiring gun owners to register weapons with high-capacity magazines.

**April 3, 2013Colorado Sheriffs Oppose Gun Control During Obama Visit**



Colorado county sheriffs object to new state laws restricting gun owners and gun purchases.

A few hours before President Obama spoke at a police academy in Colorado, as our colleague Michael D. Shear reported, to draw attention to the state's newly approved restrictions on guns, more than a dozen of the state's county sheriffs gathered at a nearby park a few hours earlier to sharply criticize the new laws.

The nation's police chiefs have been a key component of Mr. Obama's lobbying effort for tougher federal gun measures and the state's police chief's organization supported Colorado's newly signed legislation that extends background checks to private gun sales and limits the sale of high-capacity magazines. But several of Colorado's sheriffs, speaking Wednesday, at a news conference said that the new laws would do little to avert another mass shooting and impose unnecessary restrictions on gun owners..

And they complained that the state lawmakers and the governor did not listen to their concerns.

"If the issue that we're focusing on is community safety and reducing violence, it could have been done without some of these very serious impositions on our citizens," said Justin Smith, Larimer County Sheriff. "The fact they ignored that and the president showed up for a victory lap, I think, is a slap in the face to Coloradans."

Terry Maketa, the sheriff from El Paso County, said the new laws "criminalize law-abiding citzens." He cited a provision that bans sales of gun magazines that can hold more than 15 rounds. The new law would allow people to keep a magazine that can hold more than 15 rounds but face a misdemeanor charge if

they sold it or gave it away.

"These laws will haven no deterrent effect whatsoever on the tragedy that occurred in Aurora," he said.

At a police academy, surrounded by law enforcement officers, community leaders and family members who lost loved ones to gun violence, President Obama praised the state's lawmakers and Gov. John W. Hickenlooper for approving what he called "common-sense" gun legislation.



President Obama talks about the need for stricter laws on guns in a speech to a police training academy in Colorado Wednesday.

As Mr. Shear reported, Mr. Obama's trip was an "attempt to resuscitate support for his gun-control legislation and press Congress on the issue before it returns to the capital next week."

Colorado has experienced two of the nation's worst mass shootings, in 1999 at Columbine High School and last summer at a suburban Denver movie theater. At the law signing ceremony, the sister of one of the 12 people who died in the movie theater, where 70 others were wounded, said she believed the law banning the sale of high capacity magazines could have saved her brother and other victims. Now, a state known for its staunch support for sportsmen and the Second Amendment, Colorado has the tightest restrictions on gun owners and gun purchases outside of New York, Connecticut and other northeastern states.

In his remarks, Mr. Obama emphasized the importance of universal background checks.

As Mr. Shear <u>reported on Tuesday</u>, independent researchers say that strengthening background checks on gun sales would have more potential impact on gun violence than any other federal measure that President Obama has recommended.

Mr. Obama's trip to Colorado and a scheduled visit next week to Connecticut, where he will appear with family members of some of the children and teachers killed in the Dec. 14 Sandy Hook Elementary school shooting, come as the Senate is expected to consider a less restrictive package of gun laws next week.

**<u>April 3, 2013</u>Connecticut Governor Will Sign New Gun Measures**



Gov. Dannel P. Malloy at a news conference on new gun laws

Governor Dannel P. Malloy of Connecticut said that he would sign into law the bipartisan package of new gun measures that the state's lawmakers are expected to approve on Wednesday, <u>The Hartford Courant reports.</u>

"I think it demonstrates once again that we can do things on a bipartisan basis in Connecticut that simply can't be gotten done in Washington or other state capitals," Governor Malloy said at a news conference.

Describing Connecticut's package of bills the most restrictive in the nation, the National Rifle Association <u>urged members</u> to travel to Hartford to protest the bills that were still being debated Wednesday afternoon.

Mr. Malloy initially wanted a statewide ban on high-capacity magazines, similar to a law enacted in New York. The package of bills include extending background checks, banning the purchase of new high-capacity magazines and other

measures intended to strengthen school security and address mental health concerns. "It is a very strong statement to the rest of the country," he said.

When asked about threats from gun makers leaving the state because of the new legislation, Mr. Malloy said that he thought about jobs all the time as a governor but his primary concern was safety.

When asked about concerns from gun owners over imposing new restrictions, which they view as unnecessary, he told reporters:

"There are weapons that are inherently more dangerous than others. When you can walk into a school and kill 20 children and six adults in less than five minutes and get off 154 rounds in that school, that is a dangerous weapon. Interestingly enough, we have had an assault weapons ban in 1992. But it was drafted in such a way that you could drive a truck through those loopholes. Those loopholes are now closed."

The vote comes three months after the mass shooting at Sandy Hook Elementary School that left 20 children and six educators dead in Newtown, Conn., and amid a national debate over whether stricter gun measures are needed to help avoid further gun violence.President Obama is expected to visit Connecticut early next week as part of his campaign to press members of Congress to approve new gun restrictions. The Senate is expected to consider limited restrictions next week.

Meanwhile, the expectation of new limits on gun purchases and ammunition prompted a surge of new sales and activity at Connecticut's gun shops, as our colleague, Peter Applebome, reports.

### April 2, 2013Newtown Parent Supports N.R.A. School Safety Plan

As our colleague, Sheryl Gay Stolberg reported, the National Rifle Association's school safety task force unveiled its plan Tuesday to develop a plan to train and equip security guards at schools across the country.

With the Senate vote on new gun restrictions approaching next week, former Representative Asa Hutchinson, a Republican from Arkansas, issued a 225-page report and eight recommendations that also called for more federal funds to train and equip school personnel with firearms.

Mark Mattioli, whose six-year-old son, James, was among the 20 children slain at Sandy Hook Elementary School in Newtown, Conn. joined Mr. Hutchinson at the announcement in Washington. "This is a comprehensive program," Mr. Mattioli said, calling the recommendations "real solutions."

"I applaud everyone for their input," he said. He added, "I also want to say that politics need to be set aside here."

Mr. Mattioli said that parents are sending their children off to school with

"certain expectations." "And obviously in Sandy Hook, those expectations were not met," he said.

He also said that he believed that concern about mental health issues needed to be addressed. "If you look what took place in Sandy Hook, mental health is a huge component of that," he said.

The recommendations include a call for schools to develop "a threat assessment team, which will work in coordination with mental health professionals."

"The purpose is to create a positive school environment that encourages sharing information on early warning signs and reducing incidences of bullying or other anti- social behavior," according to the report.

*Other excerpts from the National Rifle Association's recommendations on school safety:*

No. 1: Training: A model-training program has been developed by the NSS Task Force for the professional training of armed personnel in the school environment....This training will only be open to those who are designated by school officials and qualified by appropriate background investigation, testing and relevant experience.

The National School Shield initiative should adopt this model-training program for armed officers or personnel in the schools as a best practice. The N.R.A. has the nationally recognized expertise to develop and implement the stringent training courses required by this model program. It is recommended that the professional training programs that are approved by the states for armed school personnel use private sector approved and certified trainers as well as traditional state law enforcement trainers.

No. 2: Adoption of Model Law for Armed School Personnel: Many states prohibit anyone other than a sworn law-enforcement officer or licensed security guard to carry a firearm in a public or non-public school. In order for a selected school staff member to be designated, trained and armed on school property, the states will have to change current legal restrictions.

No. 3: School Resource Officer: Each school that employs an S.R.O. should have a Memorandum of Understanding (M.O.U.), or an "interagency agreement," between the appropriate law-enforcement agency and the school district. This contract should define the duties and responsibilities of the SRO, as well as the applicable laws, rules and regulations. The objective of the S.R.O. is not to increase juvenile arrests within a school, but to provide security and to support the normal disciplinary policies of a school consistent with the M.O.U.

No. 4: Online Self-Assessment Tool: An internet-based self-

assessment tool has been created to allow any school (whether public, private or parochial) to have secure access to comprehensively evaluate and assess the security gaps and vulnerabilities of each school. The National School Shield initiative should pilot this self-assessment tool in three school districts of different sizes in order to perfect the questions and scoring. After the pilot projects are completed, this assessment tool should be deployed in a secure fashion on the N.S.S. Web site for free access by all schools who obtain authorization codes.

No. 5: State Education Adequacy Requirement: State standards related to school security vary from non-existent to stringent. Although state responses to school security will naturally vary, there should be a common element that requires all public schools to participate in an assessment and develop a security plan based on the unique requirements of that particular institution.

No. 6: Federal Coordination and Funding: Either through legislation or executive action, a lead agency should be designated to coordinate the federal programs and funding of local school safety efforts. The Department of Homeland Security should be designated as the lead, supported by the Department of Education and Department of Justice. It is recommended that the Department of Homeland Security grants should be open for school security programs such as training, risk assessment and security response planning. This would not involve any additional federal funds, but would open up schools as a potential recipient of the Homeland Security grants.

No. 7: Umbrella National Organization to Advocate and Support School Safety: Because of the limitations of federal, state and local funding for school safety, there is an important role that can be filled by a private non-profit advocacy and education organization. The National School Shield is in a position with adequate funding and support from the N.R.A. to fulfill this important national mission. The N.S.S. mission would: (a) provide national advocacy for school safety; (b) supply ongoing online self-assessment and other tools for public, private and parochial schools; (c) make available best practices in school safety to help guide schools in the development of school safety and security policies; (d) fund innovative pilot projects and training costs for armed school personnel; and (e) provide state-of-the-art training programs in the area of school safety and security.

No. 8: Specific Pilot Program on Threat Assessments and Mental Health. As part of its comprehensive security plan, each school should develop a threat assessment team, which will work in coordination with mental health professionals. The purpose is to create a positive school environment that encourages sharing

information on early warning signs and reducing incidences of bullying or other anti- social behavior. The team should coordinate with any current crisis response protocols, and should be responsible for assessing the emotional climate of the school by reviewing all relevant policies, rules and regulations that affect the educational environment. The team will be responsible for evaluating all threats, including the surrounding circumstances, and conducting an investigation to determine whether the threat is serious. After all appropriate assessments have been made, the team should create a written safety plan by integrating all relevant findings, and should determine whether to refer the student to a school psychologist for a mental health assessment and, if necessary, to the school resource officer for a law-enforcement investigation.

**April 2, 2013Georgia Town Votes to Require Gun Ownership**

In a small town about 50 miles north of Atlanta, Georgia, the City Council approved an ordinance Monday night requiring the head of households to "maintain a firearm, together with ammunition," as reported by the Associated Press.

But the City Council members, voting 5-0, made exceptions for people who do not approve of gun ownership, convicted felons and those who suffer from physical or mental disabilities.

Duane Cribuc, the council member who sponsored the measure, told the Associated Press it was like putting up a "security sign" for his town of about 1,500 people "Basically, it was a deterrent ordinance to tell potential criminals they might want to go on down the road a little bit."

**April 1, 2013Connecticut Lawmakers Approve Tough New Gun Measures**



**CONNECTICUT LAWMAKERS AGREE TO TIGHTEN GUN LAWS FOLLOWING NEWTOWN SHOOTING**

Television news report on Connecticut lawmakers reaching agreement on new gun measures

Connecticut lawmakers are expected to vote Wednesday on what they described as some of the toughest gun laws in the country that would include extending background checks to private gun sales and expanding the state's assault weapons ban.

As our colleague, Peter Applebome reports, the package of new laws include a ban on the ammunition magazine that was used to kill 20 children and six staff members at Sandy Hook Elementary School. The legislative agreement also would require gun buyers to obtain a new state-issued certificate before purchasing any rifle, shotgun or ammunition. To get a certificate, buyers would need to be fingerprinted, take a firearms training course, undergo national criminal background check and a review to determine whether they had been committed on an involuntary or voluntary basis to a psychiatric hospital.

Despite a dramatic plea from relatives of victims killed at Sandy Hook, as Mr. Applebome notes, the legislation did not include a complete ban on high-capacity magazines, although it did include a halt on future sales of high-capacity magazines with more than 10 bullets. In New York, lawmakers and Governor Cuomo approved a bill that would ban ownership of high-capacity magazines that goes into effect next January.

"I wake up in the morning and put this green ribbon and pin on my jacket lapel to remember those we've lost," said John McKinney, a Republican who represents Newtown and is the Senate minority leader. "And what I'm proud of is that all of us, Republicans and Democrats, understood that some issues, and this one particularly, should rise above politics."

### <u>March 29, 2013</u>Antigun Video Campaign Features Former President Reagan



A new antigun online video campaign features former President Ronald Reagan.

With the United States Senate expected to consider new gun measures after the Easter recess, gun control advocates are hoping the words of former President Reagan will help build support for expanding background checks to private gun shows and sales.

A group, based in Alabama, <u>released a video Friday</u> with footage of the attempted assassination of Mr. Reagan and then quotes the former president's support in favor of background checks in a <u>1991 op-ed, published in The New York Times</u> in favor of the Brady bill.

"President Reagan believed something could have prevented the attack," says the narrator of the video. "Ten years later, he wrote the attack might never have happened if a bill requiring background checks had been law."

The ad was uploaded by what appears to be a recently formed group, calling itself the <u>United Network of Rational Americans.</u> The activist behind the organization is Scott Crider, the same person who created <u>"Dogs Against Romney</u>" an online effort waged against Mitt Romney during the 2012 campaign. The goal was to draw attention to how the Mr. Romney's dog traveled on the roof of the car during a family vacation. A Facebook page devoted to this effort has more than 100,000 likes and is now being used to promote the online video promoting background checks.

It was 32 years ago this week that John Hinckley Jr. shot President Reagan, Jim Brady and others. The ad notes that Mr. Reagan, who suffered a punctured lung,

was shot despite the presence of armed Secret Service agents and police. Mr. Brady was paralyzed.

Mr. Hinckley was found not guilty by reason of insanity in the shooting.

In the op-ed, President Reagan praises the legislation requiring a background check on individuals who purchase weapons from a federally licensed dealer. Under the legislation being considered in the Senate, background checks would be extended to gun shows and private gun purchases.

**6:08 P.M.President Obama: Tears Are Not Enough for Newtown**

Video

### Obama Renews Plea on Gun Control

Standing with gun victims' mothers, President Obama made a push to lawmakers to pass his gun-control legislation next month.

By Ben Werschkul on Publish Date March 28, 2013.

Standing with a group of mothers who lost their children to gun violence, President Obama said Thursday that tears for gun victims in Newtown and elsewhere were not enough and called on Americans to urge their lawmakers to adopt new gun laws.

"Tears aren't enough," he said. "Expressions of sympathy aren't enough. Speeches aren't enough. We've cried enough. We've known enough heartbreak. What we're proposing is not radical. It's not taking away anybody's gun rights. It's something that if we are serious, we will do. Now's the time to turn that heartbreak into something real."

Our colleague Peter Baker reported that Mr. Obama expressed irritation in his remarks, "in a way that the generally reserved president does not often do. At some moments, he paused and took a breath as if collecting himself and circled back to some of his points for emphasis."

Mr. Obama made his impassioned plea as the Senate prepares to begin a floor debate next week on the new gun laws.

Across the country, gun control advocates also sought to regain momentum for their campaign for new restrictions, designating Thursday as the National Day to Demand Action. Events were organized by various groups, including Mayors Against Illegal Guns, which is heavily supported by Mayor Michael R. Bloomberg.

In his remarks, Mr. Obama expressed irritation at the notion that his administration had not acted swiftly enough and that the horror of what happened in Newtown had faded.

"Less than 100 days ago that happened, and the entire country was shocked and the entire country pledged we would do something about it and this time would be different," Mr. Obama said. "Shame on us if we've forgotten. I haven't forgotten those kids. Shame on us if we've forgotten."

"The notion that two months or three months after something as horrific as what happened in Newtown happens and we've moved on to other things?" he said. "That's not who we are. That's not who we are. And I want to make sure every American is listening today."

"We need everybody to remember how we felt 100 days ago and make sure that what we said at that time wasn't just a bunch of platitudes, that we meant it," he added. To lawmakers, he said, "Don't get squishy because time has passed and maybe it's not on the news every single day."

An advocacy group led by Mr. Bloomberg and the mayor of Boston, Thomas M. Menino, said it was convening 120 events across the nation in support of gun measures. The group, Mayors Against Illegal Guns, also broadcast ads in Connecticut featuring relatives of Sandy Hook victims calling for expanded background checks and other measures.

Mr. Obama failed to persuade his own party's leader in the Senate to include an assault weapon ban in the gun measure being sent to the floor. Senator Harry Reid of Nevada, the Democratic leader, refused to include the ban, although he has said he will allow supporters to offer it as an amendment with an up-or-down vote. Supporters acknowledge they do not have enough votes to pass it.

Senator Charles E. Grassley of Iowa, the senior Republican on the Judiciary Committee, is preparing his own bill as an alternative to Mr. Reid's measure, Politico reported. Mr. Grassley supported school safety measures and tougher penalties for straw purchases but opposed the assault weapon ban and the expanded background checks.

### 1:17 P.M. North Dakota Senator to Mayor Bloomberg: Butt Out

A United States senator from North Dakota questioned Mayor Michael R. Bloomberg's decision to spend $156,000 on television advertising to promote gun control measures in her state, saying he could have put the money to better use than "attacking a way of life he clearly does not understand."

Senator Heidi Heitkamp, a Democrat and former state attorney general, also said that she did not need "someone from New York City to tell me how to handle crime in our state."

"Gun ownership in North Dakota comes down to growing up in a culture where those rights come with an ingrained responsibility taught at a young age," Ms. Heitkamp said in a statement. "We are proud of our outdoor heritage and will continue to protect the rights of our hunters and sport shooters, the rights of our farmers and ranchers to protect their crops and livestock from wildlife, and the

rights of responsible, law abiding citizens to protect themselves and their homes."

She also said that she agreed that guns must be kept out of the hands of "criminals and the dangerously mentally ill."

"That is why I support each state fully reporting into the F.B.I.'s National Instant Criminal Background Check System," she said.

Mayor Bloomberg is financing a $12 million national television advertising campaign for the Mayors Against Illegal Guns that is scheduled to run during the Easter recess in North Dakota and a dozen other states. The ads are running in states with lawmakers the group believes can be persuaded to favor background checks and "influence the upcoming Senate vote."

The organization posted one of its new ads on YouTube on Thursday that features parents and relatives of the Connecticut children and teachers killed at Sandy Hook Elementary School calling for stricter gun measures.



A television advertisement from the Mayors Against Illegal Guns group with parents and relatives of children and teachers killed at Sandy Hook Elementary School.

Ms. Heitkamp is not alone in her objections to the ad campaign. This week, Senator Mark Pryor, a Democrat from Arkansas, posted on Twitter:

> I've gotten a lot of questions about NYC Mayor gun ad. My response?
> I don't take gun advice from the Mayor of NYC. I listen to Arkansans.

— Senator Mark Pryor (@SenMarkPryor) 25 Mar 13

**10:40 A.M.Warrants Reveal Large Cache of Weapons Found in Lanza Home**

Our colleague Ray Rivera reports that an extensive assortment of ammunition and weapons, including rifles, knives and samurai swords, were among an inventory of items the police found in the home where Adam Lanza plotted one of the deadliest school shootings in the nation's history, according to search warrants of the home unsealed for the first time since the Newtown massacre in December.

The search warrants, which a judge agreed to partly redact at the request of prosecutors, shed a glimmer of light on Mr. Lanza's inner world that, more than three months after the tragedy, has largely remained a mystery. The documents' release comes as state lawmakers in Hartford have been meeting daily in an effort to write a bipartisan bill that addresses gun violence and mental health issues. Read more...

**March 26, 2013Documents Released in Tucson Shooting**

The sheriff's office that responded to the 2011 shooting in Tucson, Arizona, that wounded former Representative Gabrielle Giffords, released more than 2,700 pages of documents on Wednesday related to its investigation. As our colleagues Sarah Garrecht Gassen and Timothy Williams report, the documents provide new insight into how the shooting occurred and the motivations behind gunman Jared Loughner. One of the main themes to emerge was his increasingly erratic behavior, perhaps summed up best by his father as he told investigators: He "just doesn't seem right lately."

**March 26, 2013Delaware Considers Background Checks on Thursday**

Visit NBCNews.com for ,

While the gun debate is stalled in Washington, governors and state lawmakers around the country are taking up measures similar to what President Obama and Vice President Joseph R. Biden Jr. have proposed, including an expansion of background checks and limits on the amount of ammunition loaded into a rifle.

Appearing on MSNBC's Morning Joe on Wednesday, Delaware's Gov. John Markell said that national public opinion polls have showed public support for a "number of these really common sense proposals."

"But so many folks in Washington just don't want to hear it," he said. "We are hopeful that in Dover, Delaware, it will be a different situation."

On Thursday, Mr. Markell said the state's General Assembly is expected to vote on legislation that would extend background checks to private sales and he

acknowledged it wasn't going to be easy winning passage of gun measures, even with overwhelming public support for background checks.

"It doesn't sound so bad making sure you're checking things out before somebody gets a weapon," he said. "The other side immediately says you're infringing on our Second Amendment rights.

Mr. Markell echoed concerns during the interview of some gun rights advocates, as reported by Politico that, the window for winning passage of new gun restrictions may have passed four months after the shooting in Newtown.

"Many of us thought after Sandy Hook, Connecticut, that the moment was right to focus on some really common-sense proposals," he said. "It's not clear that it's shaking out that way."

**March 25, 2013**Mayor Bloomberg's Anti-Gun Advertising Spots Begin Today



A television advertisement from Mayor Michael R. Bloomberg's $12 million national antigun campaign that was launched on Monday.

As our colleague, Michael Barbaro reported, Mayor Michael R. Bloomberg is financing a $12 million national advertising campaign that began Monday to help build support for a package of new gun restrictions under consideration in the U.S. Senate.

To help win passage of the legislation, Mr. Bloomberg is running the campaign in 13 states, represented by U.S. Senators he "believes might be persuaded to support" the package. The states include Ohio, Pennsylvania, North Carolina and Arizona.

"The N.R.A. has just had this field to itself," Mr. Bloomberg said in an interview with Mr. Barbaro. "It's the only one that's been speaking out. It's time for another voice."

On Sunday's NBC-TV's Meet the Press, Wayne LaPierre, chief executive officer of the National Rifle Association, criticized Mr. Bloomberg, saying he could not "buy America."

"He's going to find out this is a country of the people, by the people, and for the people," Mr. LaPierre said on the program, which also included an appearance from Mr. Bloomberg. "And he can't spend enough of his $27 billion to try to impose his will on the American public. They don't want him in their restaurants, they don't want him in their homes, they don't want him telling what food to eat, they sure don't want him telling what self-defense firearms to own and he can't buy America."

**March 22, 2013**Yoko Ono Weighs In on Gun Debate

Yoko Ono explains in an interview why she posted an image of the bloodied glasses that her husband, John Lennon was wearing when he was shot and killed in December, 1980.

**March 21, 2013**Video: Newtown Parents Call on Senate to Act



Vice President Joseph R. Biden Jr., Mayor Michael R. Bloomberg and parents of children killed in Newtown, Conn., called on lawmakers to impose new restrictions on guns.

As my colleague Ray Rivera reports, Vice President Joseph R. Biden Jr. and Mayor Michael R. Bloomberg of New York were joined by parents from Newtown, Conn., on Thursday to push federal lawmakers to support new gun restrictions.

Just days after Senate leaders said they would not bring the proposed assault weapons ban to the floor for a vote, the mayor, the vice president and the parents whose children died in Newtown gathered at New York's City Hall to call on politicians to take action.

Mr. Bloomberg noted that thousands of people had died as a result of gun violence since the Newtown mass shooting. "It is up to us to convince members of Congress to act now," he said.

Mr. Biden called on members of Congress to think about Newtown as they weighed their decision on various gun measures, ranging from universal background checks to an assault weapons ban. "For all those who say we shouldn't and can't ban assault weapons, for all those who say the politics are too hard, how can they say that?" Mr. Biden said. "You take a look at those 20 beautiful babies, and what happened, and those 6 teachers and administrators."

Taking the microphone in City Hall's Blue Room, Lynn McDonnell, whose daughter, Grace, 7, was shot and killed in Newtown, said that she and her husband, Chris, felt "an immense responsibility to our daughter Grace" to speak out and call for stricter gun measures.

"We ask everyone who has the power to influence this legislation" to do something, she said.

"There was a sense of what happened in our town might be a tipping point and that real meaningful progress in the area of gun safety might result," Ms. McDonnell said. "We know that a lot of good people are trying to make things happen."

Looking into the camera, she said that people should "ask themselves if they are doing enough to bring about real and meaningful change." If not, she said, people should ask, "Why not?"

### March 21, 2013Lines Form Outside Gun Shops in Colorado

On the day after Gov. John W. Hickenlooper of Colorado signed into law sweeping new restrictions on ammunition and firearm sales, long lines formed outside some gun stores, as people sought to make purchases before the law takes effect, The Denver Post reports.

"I've been coming here every other day for new mags," Alex Weldon told a reporter while shopping at a gun store in Aurora, the Denver suburb where 75 people were shot in a movie theater last July. "I'm hoarding as many as I can."

Under the new law, the size of a magazine has been limited to 15 rounds, which law enforcement officials said would help them battle an active shooter because he would need to reload.

### March 20, 2013 Colorado Governor Signs New Gun Restrictions

After an emotional and bitter debate in the state Legislature over proposed gun measures, Gov. John W. Hickenlooper of Colorado signed into law on Wednesday a package of new restrictions on ammunition and firearm sales.

Lobbyists for the National Rifle Association, now battling proposed state gun laws around the country after the school shooting in Connecticut, had expressed concern this month about the prospect of a Western state with strong support for gun ownership approving new restrictions.

Outside the state Capitol on Wednesday, there were only a few protesters.

Gun rights advocates are already considering lawsuits and steps to try to change the law through public referendum. They have also vowed to defeat supporters of the legislation in coming elections. Some county sheriffs said they would not enforce all aspects of the new law.

Mr. Hickenlooper signed the bills into law hours after learning that Tom Clements, the state's prison chief, was shot dead when he answered the door of his home on Tuesday night. Officials said that the widow of Mr. Clements had urged the governor to proceed with the bill-signing ceremony, which had been previously scheduled.

As our colleague Jack Healy reports, Mr. Clements was the executive director of the Department of Corrections, overseeing more than 20,000 inmates in the state's prison and parole systems. The police were still trying to identify a suspect and a motive.



Governor Hickenlooper discussing the killing of Tom Clements, his prison chief, who was shot to death when he answered the door of his home Tuesday night.

Only eight months before, Governor Hickenlooper stood before the cameras after a heavily armed gunman shot more than 75 people at an Aurora movie theater, killing 12.

One of the bills he signed into law would ban ammunition magazines that hold more than 15 rounds. Another new law expands background checks for private and online gun sales.

Not all gun measures have reached the governor's desk. A ban on gun ownership by people accused of domestic-violence crimes is pending in the Legislature. Another bill that would eliminate online-only safety training for people seeking concealed-weapons permits is also pending.

Two other bills were withdrawn from consideration, including a ban on concealed weapons on public college campuses.

### March 19, 2013 U.S. Senate Will Not Consider Assault Weapons Ban

As our colleague, Jennifer Steinhauer reports,
the Senate will not consider reinstating the assault weapons ban when it votes on gun measures next month.

"How many assault weapons do you need circulating?" Senator Dianne Feinstein, a Democrat from California, said to reporters, after learning that the ban has been removed. "To have these mass killings is such a blight on everything that America stands for."

The assault weapons ban had no hope of getting approved in the Republican-controlled House.

Senator Harry Reid, a Democrat from Nevada, citing not enough support, explains to reporters in this video from CBS News why the assault weapons ban would not be considered.

On Twitter, people called for lobbying Mr. Reid to include the measure while gun-rights advocates expressed victory.

**March 18, 2013Should Guns be Relinquished in Domestic Violence Cases?**

Our colleague, Michael Luo reports, on how the National Rifle Association and other gun-rights advocates have been able to help quash legislative efforts in the past that would require people in domestic abuse cases to relinquish their firearms when a judge issues an order of protection.

Only a handful of states now include strict laws governing firearms and protective orders. Advocates for domestic violence victims said the laws are necessary because data shows most women who die in a domestic violence situation are killed by guns.

But, the influence of gun rights advocates is now being tested as states consider new gun measures, in the aftermath of the school shooting in Newtown.

In Colorado last week, the Senate approved a measure that would require domestic abusers to relinquish their guns. Republicans opposed the legislation, saying that the law amounted to confiscation of guns.

Your thoughts?

**March 15, 2013NRA's Wayne LaPierre Delivers Rousing Speech at CPAC**



Wayne LaPierre, head of the National Rifle Association, addresses the crowd at the 2013 Conservative Political Action Conference in Washington, D.C.

Speaking to attendees of the 2013 Conservative Political Action Conference (CPAC), gathered in Maryland on Friday, Wayne LaPierre, chief executive officer of the National Rifle Association, warned against federal legislation that would impose universal background checks.

"There are only two reasons for government to create that federal registry of gun owners — to tax them and to take them," Mr. LaPierre said, vowing the NRA would fight against the multiple gun control measures now being considered at the state and federal level in the aftermath of the school shooting in Newtown.

Mr. LaPierre received six standing ovations during his speech

### March 15, 2013New York Gun Show Operators Agree to Track Sales

As our colleague, Thomas Kaplan reports, almost two dozen gun show operators in New York State agreed to tighten their procedures to help ensure background checks are performed before gun purchases.

Background checks have been required under state law since 2000, but undercover agents from the state attorney general's office were able to buy weapons, including three AR-15 rifles, without any screening at half a dozen gun shows around the state.

Under the agreement with the state attorney general, 23 gun show operators will put in place a new process and procedures, including tracking firearms sold at

their shows.

A Colorado bill to require background checks for every gun purchase passed a vote Friday, and will probably be signed into law by the state's governor, a Democrat, according to news reports.

The Los Angeles Times described the process:

> Earlier this week, state lawmakers passed a bill that bans the purchase of ammunition magazines of more than 15 rounds. It now awaits the governor's signature. The legislation requiring universal background checks, House Bill 1229, had also passed but was returned to the legislature so it could be amended to define how organizations such as gun trusts would act during gun transfers. The amended bill passed the Senate on a 19-14 vote. It passed the House 36 to 27 a few hours later.

My colleague Jack Healy reported on the debate within the state, and the background to the proposed laws earlier this month.

*— RAVI SOMAIYA*

**March 14, 2013Video of Senators Feinstein and Cruz in Heated Exchange**



Video of heated exchange between Senator Dianne Feinstein and Senator Ted Cruz during Senate Judiciary Committee hearing on gun measures.

As our colleague Jennifer Steinhauer reports, the Senate Judiciary Committee voted 10 to 8 on Thursday to pass a bill that would ban assault weapons. The

measure, which would also limit the size of ammunition magazines to 10 rounds, faces a tough fight in the full Senate.

In debating the measure, Senator Dianne Feinstein, Democrat of California, the sponsor of the bill, and Senator Ted Cruz, Republican of Texas, engaged in a spirited debate, with Mr. Cruz challenging Ms. Feinstein on her constitutional knowledge.

Ms. Feinstein, who later said she found the Senator's remarks patronizing, responded forcefully, telling him she fully understood the constitution and added: "I am not a sixth grader." She also asked that people, with differing views, respect each other's perspective. Then she spoke of how the gun debate was personal for her. She recalled how she put her finger in a bullet wound, referring to when she found the body of Harvey Milk, a city supervisor in San Francisco who was shot and killed, along with the mayor, George Moscone, by a former supervisor on Nov. 27, 1978.

**March 13, 2012Utah Lawmakers Approve Concealed Weapons Without Permit**

The state Senate in Utah voted 22 to 7 on Wednesday to approve a bill that would allow residents to carry a concealed weapon without a permit.

The legislation, which would make Utah a "Constitutional carry state," has already been passed by the state House of Representatives and is now headed to Gov. Gary Herbert for consideration.

State Senator Allen Christensen, a Republican and sponsor of the bill, told Fox News that he and his supporters have enough votes in the Senate to override a gubernatorial veto.

"We have a Constitutional majority on the vote now, and the final step is for the governor's signature, and I think that will come," Mr. Christensen said. "I honestly can't put words in the governor's mouth, but I think he will see the value of this bill."

In other news about gun measures being debated around the country, Colorado lawmakers gave final approval to a bill that would limit the size of a gun magazine to 15. It is part of a package of legislation that includes extending background checks to private gun purchases that has been approved in recent days following bitter and emotional testimony from gun rights advocates.

In Oklahoma, lawmakers voted to allow teachers to carry guns in schools.

**March 13, 2013Provisions for Gun Rights Advocates Added to Gun Bills**

Amendments to financing bills on behalf of gun rights owners through the Senate Appropriations Committee are quietly being added as gun-control measures, approved by the Senate Judiciary Committee on Tuesday, head to the

floor.

Gun dealers would not have to conduct annual inventories for lost or stolen guns and the definition of "antique" guns would be broadened under provisions added to a committee financing bill, as our colleague, Jennifer Steinhauer reported.

Members of the Senate Appropriations Committee have also quietly added provisions that would restrict the Bureau of Alcohol, Tobacco, Firearms and Explosives from refusing to renew a dealer's license for lack of business. And, as Ms. Steinhauer notes, another measure that would
"require the agency to attach a disclaimer to data about guns to indicate that it 'cannot be used to draw broad conclusions about fire-arms-related crimes.'"

### March 12, 2013Pew Poll: Protection Is Main Reason People Own Firearms

Why do people own firearms? In 1999, people cited hunting, target shooting and other activities as the top reasons for owning a firearm. Now they say that protection is the main reason they own a gun, according to a new poll by the Pew Research Center released on Tuesday.

The poll, conducted in mid-February of 1,504 adults across the country, found that 48 percent of gun owners said they owned a firearm for protection while 32 percent said their main reason for owning a gun was for hunting. A significant shift has taken place since 1999, when an ABC News and Washington Post poll found that 26 percent of gun owners interviewed said they owned a gun for protection, while 49 percent cited hunting.

Meanwhile, non-gun owners reported that safety was a main reason for not owning a gun. The poll noted that 39 percent said that accidents involving a firearm was their biggest concern. Nearly 58 percent of those in households without guns volunteered that they would be uncomfortable having a gun in their homes.

Over all, 57 percent of Americans said they did not have a gun in their household. Nearly a quarter of Americans said they owned a gun, rifle or pistol while another 13 percent said another person in their household had a gun. There are more gun owners in rural than suburban and urban areas.

As reported in previous polls, 54 percent said they believed that stricter gun laws would reduce the number of deaths caused by mass shootings, while 43 percent said new laws would not make a difference.

(Earlier on Tuesday, the Senate Judiciary Committee approved a measure to extend background checks to private gun sales. The committee is expected to consider a proposal to reinstate a ban on assault weapons later this week.)

At the same time, 58 percent of those polled agreed that new restrictive gun laws would make it more difficult for people to protect their homes and families; 39 percent disagreed that new laws would leave their families with less protection.

The poll also showed that the gap between the views shared by Republicans and Democrats has grown over the years.

The poll also asked about membership in the National Rifle Association and found:



**March 12, 2013Video of Holmes at Colorado Court Hearing**



James E. Holmes at a court hearing on charges that he shot 12 people and wounded more than 70 others on July 20, 2012, at a suburban Denver movie theater.

As our colleague Jack Healy reports, a judge entered a not guilty plea on Tuesday for the former neuroscience student arrested on charges that he shot and killed 12 people and wounded more than 70 others in a suburban Denver movie theater.

The judge, William B. Sylvester, entered the plea after the lawyers for James E. Holmes, now wearing a beard, said in court on Tuesday that they were not prepared to enter any plea.

The judge said Mr. Holmes might change his plea to not guilty by reason of insanity at a later time.

Seated in the front of the courtroom were his parents, James and Arlene Holmes.

Victims wounded in the shooting were joined by family and friends of those who died in the July 20, 2012, attack.

After the hearing, one of the victims, Marcus Weaver, who was shot in the arm, told reporters that he was grateful that the judge was moving the proceedings forward, according to The Denver Post.

Seeing Holmes "in the courtroom today, he is human just like we all are — he does deserve a fair trial," Mr. Weaver told The Post. "There isn't a second that goes by that we don't feel the sting of his actions. Justice will be served in the end."

Prosecutors have said that on April 1, they will announce whether or not they would seek the death penalty in the case. The trial is scheduled for August.

On Monday, the Colorado Senate approved five gun-related measures, including a bill that would extend background checks to private gun purchasers, limit the number of rounds in a magazine to 15 and require gun purchasers to pay the costs of their own background checks. Some of the measures need to be approved by the House before they go to Gov. John W. Hickenlooper for consideration.

The vote in the Senate followed a bitter and emotional debate last week when the new gun restrictions were approved by a legislative committee.

# Sandy Hook hearing reveals sharp divide on gun control

**By David Ariosto, CNN**

Updated 8:09 PM ET, Tue January 29, 2013



"HE WAS MY BEST FRIEND"

Audience members during dad's remarks: 'Second Amendment!' 02:08

## Story highlights

Mark Mattioli, a parent of a Sandy Hook victim, says there are more than enough gun laws

"The time is now" to strengthen gun laws, says Veronique Pozner, another parent

Crowd interrupts the statement of a parent of a slain child

Connecticut has some of the nation's strictest gun laws

His voice wavering, Mark Mattioli wiped away tears as he recalled the day his 6-year-old son died when a man wielding an AR-15 semi-automatic rifle broke into Sandy Hook Elementary School and began shooting.

His son, James, was among the 20 children and seven adults killed by Adam Lanza on December 14 in Newtown, Connecticut -- an event so horrific that it has since spawned a federal task force and kick-started a national conversation about gun control.

But unlike the handful of other parents who testified Monday at the emotionally charged hearing in Hartford, Connecticut, Mattioli said there are more than enough gun laws on the books. He called instead for a closer look at mental health policies.

**EXHIBIT**

B-7

Why new laws could miss America's bigger gun problem

U.S. +

Live TV

"I don't care if you named it 'James' law,' I don't want (another law)," he said during the first of a series of meetings set up by a legislative task force assigned to review the state's gun laws.

"I think there's much more promise for a solution in identifying, researching and creating solutions along the lines of mental health."



**Photos:** Reaction to Newtown school killings

Connecticut's medical examiner said he was told that Lanza, 20, had Asperger's syndrome. Research has not shown a link between that condition and violence.

The hearing drew hundreds to the Connecticut state house and revealed the sharp divide in public opinion over what should happen next in the massacre's aftermath.

"The time is now," said Veronique Pozner, whose son, Noah, was also killed, referring to a strengthening of the nation's gun laws.

Sandy Hook probe to extend until summer

With a framed photo of her slain 6-year-old propped up beside her, Pozner called on Connecticut to become "an agent for change" across the country.

During her testimony, she held up a crayon drawing that Noah once scrawled on Thanksgiving.

"I am thankful for the life I live," he wrote.



**Photos:** Mass shootings: A timeline of legislation

At one point during the hearing, Neil Heslin, father of a 6-year-old boy named Jesse who was also gunned down that day, asked why the public needed assault weapons and high-capacity magazines.

Some people in the crowd then interrupted his statement and shouted the "Second Amendment shall not be infringed."

"We're not living in the Wild West. We're not a Third World nation," Heslin continued. "We have the strongest military in the world. We don't need to defend our homes with weapons like that."

Connecticut already has some of the nation's strictest gun laws.

Gov. Dannel Malloy, a first-term Democrat, has also vowed to address the factors that led to last month's massacre and set up a 16-member panel of experts to come up with recommendations. It includes experts who reviewed policies after mass shootings in Colorado and at Virginia Tech.

The panel must meet a March 15 deadline for its initial report, which Malloy is expected to use in drafting initiatives aimed at reducing gun violence.

Live TV

Newtown parents learn comforting details about son's death

**PAID CONTENT**



## One Thing All Liars Have in Common, Brace Yourself

Sponsored: TruthFinder



## [Pics] Is She The Largest Athlete Of All Time?

Sponsored: Tie Breaker



**6 Photo mistakes to avoid for better photos**

Sponsored: Home | creativeLIVE



**Texas Launches No Cost Solar Program**

Sponsored: Energy Bill Cruncher



**Crocodile Eats Preacher Giving Baptism**

Sponsored: ALT 98.7 - LA's New Alternative



World

## Entire police force of Mexico town detained after



U.S.

## The truth behind this photo of an 'immigrant child'



Politics

**Trump, savoring his success, leaves much of world wondering what's next**



Entertainment

**Paris Jackson shares final moments with grandfather Joe Jackson**



U.S.

**Capital Gazette suspect blocked entrance, then started 'hunting and killing,' official says**



## [Gallery] Look Closer To See What's Wrong In These

Sponsored: Offbeat



## Walmart's Amazing Grocery Prices Are Now Online!

Sponsored: Walmart



**7 Skin & Hair Care Products the Experts Swear By**
Sponsored: Allure



**Hanacure: The Creepy Facial Taking Over The Beauty World**
Sponsored: Hanacure on Town & Country



**Are back-up cameras worth it? Insurance companies say yes**
Sponsored: Elephant Auto Insurance

## Paid Content

Dallas, Texas: This Tiny, Unknown Company Is Disrupting A $200... *EverQuote*

These Germany River Cruises Are Like Nothing Else You've Seen *Yahoo! Search*

Maryland teenager 'frustrated with liberals', threatens to shoot... *KFI AM 640 - Stay Connected in LA and OC*

These Are 2018's Best Luxury Vehicles for Seniors *Faqeo*

## More from CNN

Japanese Princess Ayako to marry shipping employee, leave royal...

A white woman allegedly hit a black teen, used racial slurs and...

'I do care' shirts troll Melania Trump at immigration protests

One word shows how much we've changed the way we talk about race

Recommended by





# Bali volcano: Airport reopens after Mount Agung forced flight delays

0 comments

**Sign in**

**Newest | Oldest | Hot Threads**

Powered by Livefyre

# Connecticut Legislature Hearing on Gun Violence

*Ray Rivera and Peter Applebome*

Photo





Detective Barbara J. Mattson of the Connecticut State Police held up a Bushmaster AR-15 rifle, the same type used in the Sandy Hook School attack, during a legislative hearing Monday on gun violence. Credit Jessica Hill/Associated Press

HARTFORD — Victims of gun violence, burly men clad in hunting jackets and National Rifle Association hats, mothers wearing stickers reading "We Demand Change Now."

They were among hundreds of people who packed into the State Capitol on Monday for a charged and often emotional hearing on gun laws. The turnout highlighted the deep divisions in a state that has become a focal point of the national gun control debate since the shootings at Sandy Hook Elementary in Newtown last month that killed 20 children and 6 adult staff members.

Among those to testify Monday were parents of some of the youngest Newtown victims, who took opposing sides.

"The sole purpose of those AR-15s or AK-47s is to put a lot of lead out on the battlefield quickly, and that's what they do and that's what they did at Sandy Hook Elementary School," said Neil Heslin, whose 6-year-old son, Jesse Lewis, was a victim. Mr. Heslin told lawmakers that he had grown up around guns and was the son of an avid hunter, but that he believed that there was no reason any citizen should have an assault-style weapon like the one used to kill his son.

"That wasn't just a killing. That was a massacre," he said. "Those children and those victims were shot apart. And my son was one of them."

Continue reading the main story

But Mark Mattioli, whose son James, 6, was also killed at Sandy Hook Elementary on Dec. 14, said: "I believe in a few simple gun laws. I think we have more than enough on the books. We should hold people individually accountable for their actions."

Mr. Mattioli said he also thought some liberals were using the attack in Newtown to spread fear on gun issues.

"The problem is not gun laws," he added. "The problem is a lack of civility."

The hearing, one of several scheduled by the legislature's Bipartisan Task Force on Gun Violence Prevention and Children's Safety, was expected to run deep into the night. Nearly 1,500 people, including family members, gun control advocates, gun rights advocates and gun industry representatives, had signed up or were invited to testify, although it was not clear how many would get the chance. The task force hopes to have legislation prepared for

passage by the end of February.

Outside the building, people braved frigid temperatures and driving snow while waiting to pass through metal detectors, part of the heightened security measures for the hearing. Women from groups like March for Change and One Million Moms for Gun Control, which are calling for stricter gun laws, stood far outnumbered by gun rights supporters, most of them men.

One man carried a sign reading "Gun Control Does Not Make You Safer." Another wore a jacket that said "N.R.A. Empowerment Member."

David Gentry, a personal trainer from Stamford, wore a holster on his waist with a copy of the Constitution tucked in it. "I just feel that's where the conversation should start," he said.

Photo



"The sole purpose of those AR-15s or AK-47s is to put a lot of lead out on the battlefield quickly, and that's what they do and that's what they did at Sandy Hook Elementary School," testified Neil Heslin, whose 6-year-old son was among the 26 children and staff members killed. Credit Jessica Hill/Associated Press

Mr. Gentry, a father of two, said he was saddened by the Newtown massacre but also worried about "knee-jerk reactions" to it. Immediately after the attack, he said, he renewed his N.R.A. membership, bought four N.R.A. T-shirts and decided to attend the hearing on Monday to oppose stricter gun proposals.

"There are things we can do in this country to help secure our children and improve firearms safety," he said. "Better training, securing firearms, yet not making them inaccessible to authorized owners."

Kori Hammel, a musician and mother from Stratford, came with March for Change.

"Sandy Hook was 10 minutes from where I grew up," she said. "I just can't act like everything is O.K."

Inside the hearing room, gun rights supporters wore round yellow stickers reading "Another Responsible Gun Owner." People on the other side of the issue wore green ribbons, which have become a symbol of the Newtown tragedy.

Connecticut is considered to have some of the strictest gun control laws in the country. But gun ownership has been on the rise, and the gun industry and pro-gun groups have flexed more muscle in Hartford in recent years. Last year, gun rights advocates showed up by the hundreds at a hearing to oppose legislation that would have restricted high-capacity ammunition magazines like the ones used by Adam Lanza in the Newtown massacre.

On Monday, the state's gun manufacturers said they supported stricter background checks but warned the task force against legislation they said could harm the state's historic gun industry. Connecticut is the nation's seventh-largest maker of firearms.

"We have a reason to consider the ramifications on the firearms industry that has contributed much to the state's history and culture and continues to play a vital role," said Dennis Veilleux, president and chief executive of Colt Manufacturing, which has been based in Connecticut since the mid-19th century.

Robert Crook, president of the Coalition of Connecticut Sportsmen, a gun rights lobbying group, said none of the gun control bills floating around Hartford would have stopped Mr. Lanza and would instead restrict the rights of lawful gun owners.

"Remember, gun owners are the good guys," he said.

The testimony was marked by plenty of poignant moments.

Veronique Pozner, whose <u>son Noah died</u> in the attack, showed task force members the last picture taken of her son the night before the shooting as she urged broad new restrictions.

She recalled her son's inquisitive nature. "He used to ask, 'If there are bad guys out there, why can't they just all wake up one day and decide to be good?'"

Ms. Pozner said she did not always have an answer.

<u>Continue reading the main story</u>

# Sandy Hook Victim Jesse Lewis' Dad on Coping 5 Years Later

*KC Baker*

Jesse Lewis always looked forward to the holidays, his dad says, no matter the occasion.

"Easter or Fourth of July, Halloween, Thanksgiving, he just loved the holidays, one as much as the other," says Neil Heslin of his son. "But what makes this holiday season, Christmas, Thanksgiving to the New Year, harder is that's when the tragedy occurred."

It has been five years since Jesse, 6, was slaughtered with 25 others — including 19 other children — in a gunman's rampage at Sandy Hook Elementary School on Dec. 14, 2012.

The time since the massacre has been an odd thing for Heslin, with at once feeling so short ("some of it seems like it was just happened yesterday") and "so long."

"It's been a journey. So much has happened, so much has changed in a five-year period, in my life anyway," Heslin tells PEOPLE. "And I've experienced so much."

One thing that hasn't changed is Jesse's death.

"The pain and suffering doesn't get any better, doesn't go away, doesn't get any easier as time goes on," Heslin says. "I guess it gets more distant and it's not as raw, but it's always an open wound. There's always reminders of the loss."

• *Watch the full episode of* **People Features: Remembering Sandy Hook Elementary — 5 Years Later,** *streaming now on PeopleTV. Go to People.com/peopletv, or download the app on your favorite streaming device.*



Jesse Lewis

courtesy Scarlett Lewis

Dec. 14 is particularly painful: Heslin lost his son on that day in 2012 and, five years earlier, lost his mother on the same day. "It's like a day you just don't even feel like getting out of bed or you're afraid to get out of bed, statistically it being a tragic day," he says.

While he tries "go through the motions for the holidays," one thing Heslin will not be doing this year is putting up a Christmas tree. It's only this year that he took down his last one — the same tree that Jesse helped him set up before the mass shooting.

"I had one up for five years that Jessie and I — four years — Jessie and I set up and never got a chance to decorate. I didn't have the heart to take it down," Heslin says. "I didn't have the heart to look at it, quite frankly. This past year I took it down.

"I'm not putting another Christmas tree up. I just don't have it in me."



Jesse's loving personality inspired his mom, Scarlett Lewis, to launch the Jesse Lewis Choose Love Movement to help kids with social and emotional learning. Her older son, J.T. Lewis, Jesse's brother, was honored last year at the Teen Choice Awards for founding Newtown Helps Rwanda.

"It's been five years, unbelievably, since the tragedy ... and not a day goes by, not even a minute, where J.T. and I don't think about Jesse, and miss him," Scarlett tells PEOPLE. "And of course, I spend almost every waking moment trying to be part of the solution that caused the tragedy in the first place."



Neil Heslin, Jesse Lewis' father, in March 2013

John Moore/Getty



Scarlett Lewis, Jesse Lewis' mom

Peter Kramer/NBC/NBC NewsWire/Getty

Echoing the sorrow of her son's father, Scarlett says Jesse's death was "like losing a limb."

"He's still always with me, even though it's kind of spiritually," she says. "But you always have that longing. Always. It's always, every day."

The pain doesn't dull, but they persevere.

"J.T. and I try to honor Jesse's memory together by having a lot of fun," Scarlett says. "Jesse left a little note for J.T. It was about this big, and it was folded up, and on J.T.'s desk. And J.T. came back to the house after the tragedy, and found this little note and unfolded it, and it said, 'Have a lot of fun.' "

"One of the key things for me, I knew I had to accept what happened and move forward and to be able to go on day by day," Heslin says. "And I accepted it right when it happened. I didn't like it, I knew I couldn't change it, but I wasn't going to let it ruin my life or destroy my life anymore than it already has."

"It's really important to stay busy, keep your mind active," he says, "even though you always find yourself in the distance a lot just thinking about Jesse."

Exhibit B-10 is a thumb drive containing a true and correct copy of a video of a CNN interview with Mr. Heslin posted on the website with the url address of https://www.facebook.com/NewDay/videos/sandy-hook-parents/1677277062337470/

EXHIBIT

tabbies'

B-10



ASSAULT WEAPONS BAN    #guncontrol
NEIL HESLIN
Son Jesse Killed at Sandy Hook
Elementary School in Newtown, CT
NEXT    VICE PRESIDENT BIDEN ON GUNS  11:35pm ET

Today

C-SPAN
c-span.org

HD

EXHIBIT
B-11

tabbies



## Neil Heslin Photos » Photostream
Main    Articles    Pictures



**News Conference on Federal Gun Reform**

In This Photo:  **Michael Bloomberg.  Joe Biden.  Neil Heslin**

Neil Heslin, father of Newtown shooting victim Jesse Lewis, 6, speaks out for gun reform at a press conference on March 21, 2013 in New York City. Heslin and other family members of Newtown victims were joined by Vice President Joe Biden (L) and New York City Mayor Michael Bloomberg (R) at the city hall event.

(March 20, 2013 - Source: John Moore/Getty Images North America)   more pics from this album »

**14** of 25

 

« Back          15 - 18          Next »
Skip Album »  |  All Thumbnails »

Show Neil Heslin With:

                    

**Mark Barden**    **Nicole Hockley**    **Joe Biden**

ZIMBIO
**James Barden**

**Michelle Obama**    **Natalie Barden**

 

ZIMBIO
**William Begg**

**Jeremy Richman**    **Jimmy Greene**

EXHIBIT
B-12

Neil Heslin Photos appears in:                                        more Neil Heslin Photos pictures »

                              

Joe Manchin Meets with        Politicians Discuss Gun        Dannel Malloy Signs Broad     The First Family Hosts
Sandy Hook Families           Control Legislation            Gun Control Bill              Annual Easter Egg Roll



## Newsletter Sign Up          email address

LIVINGLY          MABEL+MOXIE          LONNY          STYLEBISTRO          IT'S ROSY          ZIMBIO

ABOUT US     ADVERTISE     SITEMAP     CONTENTMAP     TERMS & POLICIES     Copyright © 2018 - Livingly Media, Inc. part of the auFeminin Group

Home    ⋄    Neil Heslin Photos    ⋄    Neil Heslin Photos Pictures    ⋄    News Conference on Federal Gun Reform



News

Local    Top Video    U.S. & World    Decision 2018    Trump Administration    Supporting Our Schools    Sports    DroneRanger    Clear the Shelters    Yard Goats    Weird

# Senate Gun Control Vote Angers State Officials, Newtown Families

By SUSAN HAIGH and LeAnne Gendreau

Published at 10:36 AM EDT on Apr 18, 2013 | Updated at 11:14 AM EDT on Apr 18, 2013



President Barack Obama gestures as he speaks during a news conference in the Rose Garden of the White House, Wednesday, April 17, 2013, in Washington, about measures to reduce gun violence, as he is joined by former Rep. Gabby Giffords, second from left, Vice President Joe Biden, and Newtown family members from left, Neil Heslin, father of Jesse Lewis; Jimmy Greene, father of Ana; Nicole Hockley, mother of Dylan; Mark and Jackie Barden, with their children Natalie and James, who lost Daniel, and Jeremy Richman, father of Avielle, behind the Barden's. (AP Photo/Carolyn Kaster)

Connecticut officials are reacting with shock and anger after the U.S. Senate rejected gun control legislation inspired by the school massacre in the state, including tightened background checks.

"Yesterday was a shameful day," Congresswoman Elizabeth Esty said on te floor of the U.S. Senate on Thursday morning. "I'm outraged that 46 Senators prevented a compromise to reduce gun violence which 92% of the American people support. 46 Senators ignore the voices of the courageous Newtown families who have paid the ultimate price of political inaction."

Meanwhile, the families of Newtown who have urged federal lawmakers to strengthen gun laws say they will carry on their work to reduce gun violence.

State lawmakers recently passed a sweeping bipartisan package of measures including a ban on high-capacity ammunition magazines and an expanded assault weapons ban.

State Republican House Leader Lawrence Cafero Jr. appeared stunned the U.S. Senate couldn't pass a background checks compromise. He says "I just don't understand how you could vote no."



EXHIBIT

B-13

## TRENDING STORIES


Multiple State Parks Reach Capacity on Sunday


2018 Connecticut Firework Displays


Man Discards Illegal Gun During Pursuit in Hartford: Police


Cooling Centers and Splash Pads Open


Get Married in an Aquarium
Promoted by Mystic Aquarium

## WEATHER FORECAST

WEATHER ALERTS                    View all

Windsor Locks, CT



91°    Broken Clouds
       Feels Like 100

        
Radar         Forecast         Maps

## WHAT DO YOU THINK?

**With GM and Harley-Davidson warning of layoffs due to President Trump's trade war, what is your opinion?**

I used to think that trade wars are good, but realize now that it will cause Americans to lose jobs, and am changing my opinion on it

Democratic Gov. Dannel P. Malloy said senators who voted against the measure
"should be ashamed of themselves."

Mark Barden's son Daniel was killed on Dec. 14 in the massacre. He appeared
with President Barack Obama following the vote Wednesday. He said families are
returning home "disappointed but not defeated."

"I join the message of the Sandy Hook Promise and Mark Barden who lost his son
Daniel in the tragedy at Sandy Hook Elementary. Our hearts are broken, our spirit
is not.." Esty said.

"As Mark Barden, one of the Newtown parents who has made gun safety and
school security his mission, said after today's vote: 'Our hearts are broken. Our
spirits are not.' These parents and family members have been courageous and
strong throughout this effort. Today is certainly a disappointment for them and me,
but the push for common sense background checks does not end today. As history
has shown time and time again, great causes like civil rights—causes worth
fighting for—have taken time to pass and overcome the cynical abuse of Senate
rules. The example of leadership set by the Newtown families will prevail at the
end of the day," Congressman Joe Courtney said in a statement released on
Wednesday.

You can read Barden's full remarks, as prepared, on the Sandy Hook Promise
Web site.

"Despite polls showing more than 90% of Americans favor closing loopholes that
allow criminals to purchase deadly firearms without any background check, the
Senate fell 6 votes short of the 60 needed to end the filibuster of the compromise
proposed by Senators Manchin (D-WV) and Toomey (R-PA). The bipartisan
proposal would have required that instant criminal background checks be
performed on those buying guns off the internet or at gun shows," the statement
from Sandy Hook Promise states.

I always thought that trade wars are
bad, this just confirms it

Some jobs will go, sure, but I still
support Trump's trade war

No opinion

I'll always support Trump no matter the
outcome

Insights powered by CivicScience : Privacy Policy

## NEWSLETTERS

Receive the latest local updates in your inbox

email

Privacy policy | More Newsletters

Copyright Associated Press / NBC Connecticut

**You May Like**                        Promoted Links by Taboola

Remember The Kid Bodybuilder? 15 Years After, He's Now All Grown Up
IcePop

Remember The 'Feral Kid' From 'Mad Max'? Take A Deep Breath Before You See What He
Mics Penny Stocks

1 Year After Loss, Celine Dion Makes An Unexpected Announcement
Ninja Journalist

Bear Breaks Into Home and Eats From Refrigerator: DEEP

Plainfield Mom Furious After Son Gets 'ADD Award'

Man Arrested After Stealing American Flag From New Britain Mayor Erin Stewart's
Home: Police

SPONSORED LINKS                    MORE FROM NBC Connecticut

- Forget Your 401k if you Own a Home
  (Do This) (Morning Finance | Lending Tree Quotes)
- Wild West Photos Showing What Life
  Was Really Like (DirectExpose)
- Couple Makes A Bet: No Eating Out, No
  Cheat Meals, No Alcohol. A Year... (IcePop)
- Cardiologist: "This Is What Happens
  When You Eat A Steak" (Gundry MD)
- Texas: Gov't Will Pay Off Your Mortgage
  If You Have No Missed P... (Mortgage Quotes)
- Owner of Dogs That Mauled Healthcare
  Worker in Plainfield Sentenced
- Shark Spotted Near Swimmers Off Cape
  Cod Beach
- World Cup: France Beats Argentina 4-3,
  Goes to Quarterfinals
- North Korea Has Increased Nuclear
  Production at Secret Sites, Say U.S. Of...
- Grief In Small Town: Over 1K March to
  Honor Victims of Capital Gazette Attack

Promoted Links by Taboola

## Leave Comments

**0 Comments**                                        Sort by  Newest

  Add a comment...

**news**times
https://www.newstimes.com/policereports/article/Away-from-the-spotlight-Sandy-Hook-parent-
4496775.php

# Away from the spotlight, Sandy Hook parent battles criminal charges

John Pirro  **Updated 10:04 pm, Tuesday, May 7, 2013**

ADVERTISEMENT



**IMAGE 1 OF 12**

President Barack Obama and Vice President Joe Biden arrive as Mark Barden, the father of Newtown
shooting victim Daniel, lower right, speaks during a news conference in the Rose Garden of the White
House, ... more

**Neil Heslin,** father of a slain Sandy Hook first-grader, has appeared before
Congress and the state Legislature urging the passage of tough gun-control



**EXHIBIT**

B-14

6/22/2018 8:53 PM

measures.

But on Wednesday he will make an appearance of another kind, this time before a state **Superior Court** judge in Milford, to answer a variety of criminal and motor vehicle charges ranging from operating with a suspended license to issuing bad checks to larceny.

Reached by telephone on Tuesday, Heslin, who lives in Shelton, said he couldn't discuss the five cases dating back to July 2011 that will require him to be in court. He referred all comment to the lawyers representing him.

"You're welcome to call my attorneys and get their comments. I have no objections to that, but I have representation," he said.

Calls to both lawyers weren't returned on Tuesday.

ADVERTISEMENT

Heslin's status as a father of a murdered child in one of the country's most notorious sprees of gun violence has turned the self-employed, 50-year-old contractor into a prominent activist, one who is often shown on TV and in newspapers displaying the portrait of his murdered son, **Jesse Lewis**.

It's made his legal troubles fodder for gun-rights websites, conspiracy buffs and so-called truthers, who claim the massacre of 20 first-graders and six adults on Dec. 14 was part of a government plot. And it illustrates how the high-visibility roles embraced by Heslin and some others from Newtown have put their private lives squarely into public view.

"One crooked gun control hero" and "Heckled Sandy Hook dad has sordid past," are typical of the headlines on several Internet articles seeking to discredit Heslin

for his alleged "criminal associations."

ADVERTISEMENT

The allegations against Heslin, if true, mostly paint a picture of a man struggling with his business finances and stiffing his creditors.

Three of the cases involved writing bad checks, the largest for $2,424, which he used to buy building materials he purchased for a job that his company, V&H Construction, was doing in Oxford.

Court documents indicate that when the supplier, O&G Construction of Torrington, delivered the material on Sept. 19, 2011, Heslin initially said he forgot his checkbook but provided the salesman with a check later the same week. After the check, which also included a disconnected phone number for Heslin's business and an invalid driver's license number, was returned for insufficient funds, an O&G representative contacted **State Police**.

Heslin promised to make good on it but never did, police said.

In addition to passing a bad check, a misdemeanor, he was charged with third-degree larceny in that case.

The two other cases involve checks on closed accounts that Heslin allegedly used to pay for just over $1,000 worth of home heating oil in June 2012 and a check for $102.35 worth of repairs to his vehicle at an Ansonia tire shop six months earlier.

He has pleaded not guilty to all charges.

The motor vehicle charges were the result of stops by Shelton police in July and

August 2011. The operating under suspension counts indicate that his license had been suspended for a previous drunken-driving conviction, but there was no information available about that case in state Superior Court records. He also was charged with failure to display plates, carry registration and carry insurance as a result of the July stop.

Former state Victim Advocate **Michelle Cruz**, now in private practice in Hartford, said Tuesday that pointing out past indiscretions "is often used as a way to undermine a victim's credibility." Heslin's legal problems, she said, have nothing to do with his work on gun control.

"Whether someone has a pending matter shouldn't invalidate what someone is saying about their victimization," she said. "This parent may have a larceny charge that they have to deal with, but that has nothing to do with a child being murdered," she said.

Cruz added that the publicity about Heslin's charges -- most of which are at a level that rarely draws news media scrutiny -- also point to why some victims shun the spotlight.

"Victims are sometimes reluctant to come forward out of fear of being ridiculed, but they often have valid points about what they want to see happen and how the situation has affected them," she said.

Heslin has been among the most forceful and visible of the Sandy Hook parents pushing for gun restrictions. "I'm really ashamed to see that Congress doesn't have the guts to stand up and make a change and put a ban on these types of weapons," Heslin said at a news conference with Vice President **Joe Biden** and New York City Mayor **Mike Bloomberg** after the Senate failed to enact a ban on assault weapons.

Court records indicate that Heslin apparently drew the ire of Judge **Frank Iannotti** for not showing up an appearance in state Superior Court in Derby, where the five cases were being heard on April 15.

Heslin wouldn't say Tuesday why he wasn't present, but according to several news

reports he was in Washington, D.C., with several other Newtown families, unsuccessfully lobbying the Senate to pass a variety of gun-control bills, including one that would have instituted universal background checks for firearms purchases.

Iannotti ordered Heslin to bring proof of his whereabouts on April 15 to court in Milford, where the judge will sit Wednesday.

Heslin didn't want to discuss whether his legal problems might undermine his advocacy efforts.

"I never gave it much thought. I guess you can look at it either way," he said. "If there's something to talk about, people are going to talk about it, good or bad, no matter what. I don't really have any comment on that part of it either. Down the road, I may be able to."

Staff writer **Dirk Perrefort** contributed to this story. jpirro@newstimes.com; 203-731-3342

© 2018 Hearst Communications, Inc.

## nt Recommended For You

**Newtown ski group to sit down with town over legal wrangle**

**FD: No injuries in Brookfield car fire**

## You May Like

**Discover the outdoor city of Denver this summer!**
VISIT DENVER

**Introducing Fire TV Cube. Now TV is hands free.**
Sponsored by Amazon

Sponsored Links

**Ali MacGraw Turns 79 & Looks
Totally Different Today**
Healthy George

**Vietnam War Photographs That
Were Never Shown In History**
Auto Overload

**Kill All Indoor Odors, Mold &
Bacteria With This**
NatureFresh Air Purifier

Sponsored Links

 **Recommended For You**

**Spieth, McIlroy off to strong
starts at Travelers Championship**

**Hoping to give back, Griffin goes
low at Travelers**

# Advocacy, Not Journalism: 13 CNN Guests Want More Gun Control, Only 2 Argue to the Contrary

Commemorating the one month anniversary of the Newtown shooting, CNN stacked its Monday line-up with gun control advocates and Democratic politicians.



Over the course of the entire day, CNN interviewed guests about the gun issue. 13 guests were gun control advocates, including five Democratic politicians. Only two Republican guests went on to oppose further gun control measures or defend the NRA's proposal for armed guards in schools.

And CNN host Piers Morgan himself pushed for stricter gun laws. **"I'm in favor of a nationwide ban on military-style semi-automatic assault weapons and high-capacity magazines. I want to close the gun show loopholes and require private dealers to run background checks on all buyers at gun shows,"** he announced at the beginning of his show.

As NewsBusters reported (http://newsbusters.org/blogs/matt-hadro/2013/01/14/centrist-news-network-cnn-loads-programming-gun-control-advocates) yesterday, eight of the nine guests CNN hosted to talk about guns between the 5 a.m. and 3 p.m. news hours were in favor of more gun control.

Then, beginning with the 4 p.m. hour of *The Situation Room* and continuing through the 9 p.m. hour of *Piers Morgan Tonight*, five of the eight guests interviewed about guns wanted stricter gun laws. Only one guest stood by the gun lobby; former GOP congressman Asa Hutchinson defended the NRA's proposal for armed guards in schools.

Of the five pro-gun control guests, one was the father of a Newtown shooting victim, another was the host of *America's Most Wanted*, another was the husband of former Democratic congresswoman Gabrielle Giffords, and the other two were Democratic politicians.

For instance, Neil Heslin, whose son died in the Newtown shooting, told CNN's Piers Morgan:

**"I think there should be stricter gun control.** I'm not in favor of banning weapons or guns, but I'm definitely in favor of much more stricter background checks, regulations for gun owners. As for the assault rifles or the Bushmaster military-style rifle, I really can't see why somebody would need to own a weapon like that."

John Walsh, host of the show *America's Most Wanted*, told Morgan: "No one is ever going to take my guns away. There is no dictator. There is no foreign country that is going to take over America and take our guns away. This is reasonable, thoughtful – **the ban on assault weapons is a reasonable start."**

EXHIBIT

B-15

Connecticut Governor Dan Malloy (D) pushed for an assault weapons ban on *Anderson Cooper 360*: "**[W]e have to have an assault weapons ban that works, and has a broad definition so manufacturers don't sneak things by them.**"

He added that "Almost everybody in their right mind agrees that you should have a background check to buy a firearm. Almost everybody in this country within their right minds agrees that we shouldn't have 30-magazine clips."

Mark Kelly, husband of former Democratic congresswoman Gabrielle Giffords, wanted a "universal background check" and pushed against access to "high-capacity magazines" and "assault weapons."

When Delaware Attorney General Beau Biden (D) appeared on *The Situation Room*, co-anchor Kate Bolduan described his list of proposals: "It almost looks like a wish list for a national change to gun laws. As Joe was listing out, background checks, tightening background checks, an assault weapons ban, ban on high capacity magazines."

Two other guests did not openly make the case for gun control, including Hollywood actor Rob Lowe who personally approved of an assault weapons ban but added that "I do think that the last thing viewers want is another Hollywood actor telling them anything about guns pro or con."

In addition, CNN hosted two roundtable segments on guns or the state of gun laws. *Erin Burnett OutFront* included conservative Erick Erickson of RedState.com, former Obama administration official Rosa Brooks, and CNN legal contributor Paul Callan. A 10 a.m. EST *CNN Newsroom* panel featured Democratic strategist Maria Cardona and GOP strategist Alex Castellanos.

CNN also cut in to anti-gun Mayor Bloomberg's address at a summit on gun violence at Johns Hopkins University on Monday. CNN aired over two minutes of his speech.

Other guests were brought on to talk about multiple issues and were asked about gun control. For instance, Los Angeles Mayor Antonio Villaraigosa (D) told CNN that "we need an assault weapons ban. We need to ban high-capacity magazines. We need universal background checks."

-- *Matt Hadro is a News Analyst at the Media Research Center*

# FIND OUT MORE

About (/about)　　　　　　　　　　Contact (/contact)
Careers (/careers)　　　　　　　　　Internships (/internships)

Donate (/donate)

Past MRC Galas (/gala-dishonors-awards)

Media Bias 101 (/media-bias-101)

Subscribe (/newsletter/preferences)

Press Releases (/press-releases)

Research (/research)

Take Action (/action)

# CONNECT WITH US

 Facebook
(http://www.facebook.com/mediaresearchcenter?
ref=ts)

 YouTube
(https://www.youtube.com/user/MRCTVdotOrg)

 Twitter (http://twitter.com/#!/theMRC)

 Instagram
(https://www.instagram.com/mediaresearchcenter/)

 Linkedin
(https://www.linkedin.com/company/media-research-center)

 Pinterest
(https://www.pinterest.com/themrc/)

Google+
(https://plus.google.com/106499496211036203&

Media Research Center (/)

Section 501(c)(3) (/about)

contributions (https://www.mrc.org/action/join-the-movement)

Privacy Policy (/privacy-policy)    Terms of Use Agreement (/terms-of-use-agreement)

20.    Attached hereto and marked as Exhibit B-16 is a thumb drive containing a true and correct copy of an MSNBC video interview of Wesley Ball and Neil Heslin posted at https://www.msnbc.com/craig-melvin/watch/sandy-hook-dad-alex-jones-doesn-t-care-who-he-hurts-1214753859935. The video on the thumb drive is a true and correct copy of the video on that website as of the date of this affidavit.

**EXHIBIT**

tabbies®    B-16

| Speaker 1: | Two families who lost their children in the Sandy Hook Elementary massacre are now suing right wing radio host Alex Jones for defamation. The controversial radio host has questioned for years whether the shooting was faked, possibly even staged by the government. One of those parents suing is a man named Neil Heslin, he lost his six year old son Jesse in that shooting. Jones alleged that Neil Heslin lied when he made these comments. |
|---|---|
| Neil Heslin: | I lost my son. I buried my son. I held my son with a bullet hole through his head. I dropped him off at 9:04, that's when we dropped him off at school with his book bag. Hours later I was picking him up in a body bag. |
| Speaker 1: | Alex Jones attacked Heslin for those remarks days later last June. |
| Speaker 3: | Fact checkers on this have said cannot be accurate. He's claiming that he held his son and saw the bullet hole in his head. That is his claim. Now according to a timeline of events and a coroner's testimony, that is not possible. |
| Alex Jones: | The coroner said none of the parents were allowed to touch the kids or see the kids and maybe they ... Meaning at the school. I'm sure later maybe the parents saw their children, the point is, is that because the media lies so much, you can't blame the public asking questions and you can't ban free speech of people that are asking questions. |
| Speaker 1: | Earlier this week, Alex Jones responding to the lawsuit. |
| Alex Jones: | But I've been telling the parents for years I believe their children died and quite frankly they know that. So I don't know why I continually then see them on the news saying, "Why does Alex Jones say my child didn't die?" When I'm not saying that. |
| Speaker 1: | Neil Heslin joins me now along with this attorney Wesley Ball. Neil you've heard what Alex Jones has said over the years, you heard what he said there. Jones has also said, "Sandy Hook is a synthetic, completely fake with actors. They staged Sandy Hook, the evidence is overwhelming. It just pretty much didn't happen." And then Alex Jones has said that some of this stuff has been taken out of context. What do you believe in terms of his motivations? |
| Neil Heslin: | His motivations? I can't even begin to figure it out. He's out peddling lies and his propaganda and false news to profit off of it but with that false news, he just doesn't care who he hurts. The impact that it has on people who already had the worst thing that could ever happen in your life, to lose a child. Whether it be Sandy Hook, Parkland. To attack them and profit off of it, it's totally wrong and to dispute my statements and my remarks and call me a liar and accuse me of making comments for criminal reasons, it's just crazy. It's ludicrous and I'm done. I'm done dealing with it, I'm don't listening to it and I'm putting an end to it. |



EXHIBIT

B-17

tabbies

| | |
|---|---|
| Speaker 1: | Why now? I mean this is something that's been going on for a while. What is it about the timing? |
| Neil Heslin: | Well I guess it had been going on for four years, you hope that'll die out, it'll go away but it hasn't and he just doesn't let up on it. He's relentless with it and it's a fight that he started and it's a fight that I'm gonna finish and I'm not backing down. |
| Speaker 1: | Has he ever contacted you? Has Alex Jones ever reached out? |
| Neil Heslin: | Not personally, no. |
| Speaker 1: | Never contacted you and said come on the show and explain to me precisely what happened? |
| Neil Heslin: | No, but he did make a broad, in his interview, invitation to parents but beyond that, no. |
| Speaker 1: | Wesley this is the first civil suit against Alex Jones as it relates to this particular matter. As I understand it, you guys are seeking a million dollars in damages. Jones insists that this is a case without merit. What do you hope to accomplish by suing Alex Jones? |
| Wesley Ball: | I hope to shut down his hateful rhetoric. His intentional conduct and causing more problem to these families. He is nothing more than a conspiracy theorist and that's fine. You can be a conspiracy theorist in your country and you can put out kooky conspiracy theories but you can't go from a conspiracy theory to malicious conduct, that's what he's done and I'm hoping to shut him down on that front and as many other fronts as I can because I think he has cancer to America. He's already tried to say that this is, this lawsuit in one way or another is funded by the Clintons or funded by George Soros, or all kinds of other stupid kooky things. |
| | It's not a first amendment issue, it's not a second amendment issue, it's the seventh amendment issue. A right to a trial by jury and that's what we're gonna get in Texas, we're gonna get that in Travis County and the jurors are in Travis County are gonna be able to look at him as their peers and what I believe tell him he is wrong and punish him for doing what he has done and hopefully cut at least some of that cancer out of our society. |
| Speaker 1: | Neil, what was your little boy like? What was Jesse like? |
| Neil Heslin: | He was a force, energetic, happy. Just wisdom beyond his years, people described him as a 40 year old midget but he was my whole life. He was my only biological family I had left, my parents are gone and he was everything I had. My whole world. There's just no words for it, but with this lawsuit that I filed, I hope |

it gives other people the strength to come forward and follow in my steps or my coattail with going after Alex Jones and to shut him down.

Speaker 1: We're going to continue to follow the story very closely.

Neil Heslin: Okay, thank you.

Speaker 1: Thank you.



# Newtown families take on Alex Jones's pernicious lies



**InfoWars host Alex Jones arrives at a courthouse in Austin, Texas, in 2017. (Tamir Kalifa/Austin American-Statesman via AP)**

**By Margery Eagan**

EXHIBIT

B-18

Families of six more Sandy Hook victims filed a defamation suit last month against Alex Jones, the nation's premier conspiracy peddler, with millions of followers on his far-right InfoWars website.

That's because Jones has repeatedly said the 2012 Newtown massacre that killed 20

first-graders and six educators was staged. And his followers have repeatedly attacked the families of the dead as liars, and worse.

This latest suit joins two more already filed against Jones in Texas by two other families. The suits are long shots, legal analysts say. But how great it would be if these families prevail, if they force Jones to admit publicly that he perpetuated a sadistic lie How great, not just for Newtown, but for the rest of us.

We're swimming in an ever larger, seamier sea of bizarre conspiracy theories and lies pushed not just by Jones but also, to name a few, by Sean Hannity at Fox News, Dinesh D'Souza, Gateway Pundit, Roseanne Barr, as we learned in detail last week, and by the president himself and his closest aides. Conspiracy theories and lies about Newtown, Parkland, Columbine, Las Vegas, birtherism, vaccines and autism, pedophile rings led by Hillary Clinton. About the "criminal deep state" running America. About the "globalists" running the world. Jones and others say 9/11 was an inside job. Ditto Oklahoma City and the Boston Marathon bombings. Jones actually talks about chemicals in water turning frogs gay.

Conspiratorialists feed off one another. President Trump watches "Fox & Friends" an talks with Hannity. As a candidate, Trump praised Jones's "amazing" reputation, wer on his show, and raised InfoWars' profile. Jones and Trump are Roseanne fans. Her tweet wasn't racist, according to them. "Absolutely just ridiculous," said Jones. Trum didn't denounce it either.

Meanwhile the president has succeeded, with no evidence, in convincing growing numbers of Americans that Robert Mueller, a war hero, is tainted, even corrupt, and that the FBI planted a "spy" in his campaign.

Are we too far gone? Have we totally lost our ability to detect "fake" news?

Or is it possible, just possible, that lawsuits and a public shaming of Alex Jones could help those now living in never-never land return to planet Earth?

It's not clear how much Jones himself actually believes of what he spews. During Jones's custody battle with his ex-wife (he lost), his lawyer said the InfoWars star is a performance artist "playing a character."

Maybe Jones is just about the money: The barrel chested, hyper-macho broadcaster, who routinely appears shirtless in ads, reportedly makes millions on dietary supplements like InfoWars Life Brain Force and Life Liver Shield.

"It's a brilliant business model," wrote Seth Brown in New York magazine. "If you can be convinced that President Obama was a member of Al Qaeda, perhaps you will buy two ounces of InfoWars Life Super Male Vitality drops for $59.95."

But the Newtown lawsuits are aimed at ending something more sinister: the twisted behavior that Jones's conspiratorialist claptrap inspires. That is, "the unconscionable campaign of harassment, lies, and abuse [these families] have suffered at the hands of Alex Jones and his co-conspirators," as Matt Blumenthal of the Connecticut law firm Koskoff, Koskoff & Bieder puts it.

Last year Jones devotee Lucy Richards, a woman with significant mental health problems, was sentenced to five months in prison for repeated death threats against Leonard Pozner, father of murdered 6-year-old Noah Pozner. Other families have reported being chased through town by Sandy Hook deniers demanding proof of their children's deaths. One frightened family moved from their home to a gated community, where they check door and window locks nightly before bed.

The families "tried to ignore [Jones]. They thought he'd go away, but he didn't," said Bill Ogden of the Houston law firm Farrar & Ball, which is also suing Jones. "They've gone through almost five years now having to relive the most tragic moments anyone could imagine because it produced ratings for a YouTube channel and a website."

In other words, fake stories about dead first-graders have helped Alex Jones stay rich

"Our main goal," said Ogden, "is to get Mr. Jones to stop."

*Margery Eagan is cohost of WGBH's "Boston Public Radio."*

⟨ **PREVIOUS ARTICLE**      Article 28 of 115      **NEXT ARTICLE** ⟩

Attached hereto and marked as Exhibit B-19 is a thumb drive containing a true and correct copy of and NBC Today Show interview of Mark Bankston and Neil Heslin posted at https://www.today.com/video/father-of-slain-sandy-hook-student-alex-jones-must-come-clean-on-his-lies-1214528067835. The video on the thumb drive is a true and correct copy of the video on that website as of the date of this affidavit.



EXHIBIT
B-19

| Megan Kelly: | 00:00 | (Crowd cheering) |

Good morning, everyone. Welcome to the program. I'm Megan Kelly, and we begin this Thursday morning with a story that shook the nation to the core, and is now back in the headlines.

Two families of Sandy Hook victims have just filed two separate defamation lawsuits, taking a stand about controversial info wars, radio host, Alex Jones. One lawsuit was filed by the parents of Noah Pozner. The other was filed by Neil Heslin, whose son, Jesse, was just six years old when he was killed.

The parents are fighting back, now, about what they say has been years of mental anguish, caused, they say, by Jones's long history of harassing the Sandy Hook families. For years, Jones has been making claims that the Sandy Hook massacre was a hoax, and that the parents and the media were acting, and it is not just Sandy Hook.

James has taunted many other grieving families over the years. He has said that the September 11th terror attacks were an inside job, more recently he claimed that Parkman's Stoneman Douglas shooting, that the survivor, David Hog, he says was a crisis actor. During the 2016 campaign, President Trump admitted that he was a fan of Alex Jones's, and even appeared on his radio program.

Prior to our NBC news piece on Jones last summer, the Trump White House had actually been pushing out information taken directly from Info Wars. In their newly filed lawsuit, Noah Pozner's parents say that Info Wars defamed them by claiming that Noah's mother faked an interview in New Town with CNN's Anderson Cooper, just a week after the shooting.

Alex Jones repeatedly claimed that Anderson Cooper was not actually even in New Town, Connecticut, conducting interviews with the grieving parents, and less than a year ago, Jones was still, still calling into question the credibility of those interviews. Watch.

| Alex Jones: | 01:52 | They glitch, their recycling of a green screen behind him, when he turns, his nose disappears repeatedly because the green screen isn't set right. |

| Megan Kelly: | 02:05 | Something that can happen to any anchor when you're reporting live from the field, there's a video glitch, it has nothing to do with the green screen. Neil Heslin, too, has been a |



EXHIBIT
B-20

1

repeated target of Info Wars and had a message for Alex Jones when I interviewed Neil last July.

| | | |
|---|---|---|
| Neil Heslin: | 02:22 | I lost my son. I buried my son. I held my son with a bullet hole through his head. I dropped him off at 9:04, that's when we dropped him off at school. With his book bag. Um, hours later, I was, picking him up in a body bag. |
| Megan Kelly: | 02:44 | Because nothing is sacrosanct to Alex Jones, he and his team renewed their attacks on Heslin and others last summer, again claiming that Neil is a liar. Take a listen to their show. |
| Speaker 4: | 02:58 | Fact checkers on this have said, can not be accurate. He's claiming that he held his son and saw the bullet hole in his head. That is his claim. Now, according to a timeline of events, and a coroner's testimony, that is not possible. |
| Alex Jones: | 03:18 | The coroner said none of the parents were allowed to touch the kids or see the kids, and maybe they're meaning at the school. I'm sure, later, maybe the parents saw their children. The point is, that, because the media lies so much, you can't blame the public asking questions, and you can't ban free speech of people who are asking questions. |
| Megan Kelly: | 03:37 | Joining me now for his first interview since filing his lawsuit. Neil Heslin, along with his attorney, Mark Bankston. Thank you both so much for being here, Neil. Good to see you again. |
| Neil Heslin: | 03:45 | You're welcome, thanks. |
| Megan Kelly: | 03:46 | So, why now? Why after all the years of his attacks on you? Why now? |
| Neil Heslin: | 03:52 | Well, it-it's kind of building responsibility. It's going on for four and a half, five years, uh, the lies, uh, the trauma that he imposes, the pain and suffering with, uh, with the lies he peddles, and uh, to say that Sandy Hook was a hoax, and it never happened, it's an outright lie. It's a total, disrespect myself, my son, the individuals who lost their lives that day. |
| | | But it extends so much further than that. It, it's a disrespect to the community, and the law enforcement, the first responders. Um, it just, it's not right, and he needs to, it needs to stop. |
| Megan Kelly: | 04:40 | Mark, as we just said, it's not just Sandy Hook, but he has been going after the Sandy Hook parents from the beginning. And I know that the Pozners have been, a woman went to jail for |

issuing death threats to them, after listening to Jones on Info Wars.

She's been banned from listening to them anymore, to Alex Jones, and she's sent to prison, and even that hasn't stopped him.

| | | |
|---|---|---|
| Mark Bankston: | 05:05 | No, it has not. There's no sign that he's going away. You know, these families tried to ignore him for years. Thought that, that would be the good strategy, not give him any air. And we see that doesn't work, because he's not going away. He's been given, just a Washington correspondent, he's given White House press credentials. |

Claims to have the president's ear. Um, we, we think it's time for this to end, and that's why we brought these suits. Because it's also just not about the Sandy Hook parents, either. You know, these parents have seen what happens to them for five years, being tormented. And now they're seeing it happen to the Parkland parents.

It's, it's time for this to end, and that's why we've brought this suit.

| | | |
|---|---|---|
| Megan Kelly: | 05:38 | So, what do you want out of it, Neil? I mean, are, are you looking for money damages from him, or what would you like? |
| Neil Heslin: | 05:44 | I, I want him to clear the air on it, come clean with the whole thing. I want an apology, um, I want my name cleared by him, and not just to his followers, to society in general. |

And, uh, a letter of retraction was sent to him with no other claims that it did not happen, I want him to admit to it, and, come clean on his lies.

| | | |
|---|---|---|
| Megan Kelly: | 06:12 | Because what he does, I believe, to protect himself, he tries to protect himself legally, is, he equivocates. He says, I believe the whole thing is a hoax, and then he says, but, it might've happened. But some people didn't believe it didn't, and he tries to go back and forth, and, and I believe, having practiced law for a decade, Mark, you tell me,  that's him trying to cover his backside, for when people like you file a complaint. |

So he can say, I never said it was factual, it was a matter of opinion, first amendment, free speech.

| | | |
|---|---|---|
| Mark Bankston: | 06:42 | You know, I don't know if you, if, you saw his 10, 12 minute rant that he posted after these lawsuits were filed, but it was exactly that, Megan. It, you know, you look at that, and what it was was just a lie on top of a lie. To say that he's never said this, when he has, repeatedly, for five years. |
| | | He keeps saying his words are taken out of context, but you can listen to him for 10, 12 minutes at a time, just rail about these insane theories. And what you heard yesterday, you didn't hear anything that was taking responsibility for his actions. |
| Megan Kelly: | 07:09 | No, he doesn't do that. |
| Mark Bankston: | 07:10 | That's not in his playbook. What that was, and you heard him mention, I've spoken to my lawyers, no less than 10 times. That statement was nothing more than an attempt to avoid his responsibility, and we are not going to let that happens. |
| Megan Kelly: | 07:21 | He says, he talks about how, it didn't happen, it didn't happen, playing devil's advocate. Devil's advocate, which truer words were never spoken. I mean, that's exactly what he, what he is doing. |
| | | What has it done to your life? I mean, what happens when he goes on these terrors? |
| Neil Heslin: | 07:38 | Well, emotionally it bothers you. It's hurtful. Um, it opens, continues to open the wound more and more, uh, but, you know, to have somebody come up to me, and, and say how sorry they are about my loss, and then, a second later, look me in the eye, and say, do I think Sandy Hook really happened. |
| | | I, I mean, this is, it's something that shouldn't happen. And, uh, but it becomes a public threat, and, uh, you know, a safety of society. He's out peddling these lies like a carnival barker, and, it, it, it puts people like myself, the Pozners, and other families at risk. |
| Megan Kelly: | 08:26 | In danger. In danger. |
| Neil Heslin: | 08:28 | No, where, Lucy Richard, she acted out, um. |
| Megan Kelly: | 08:31 | That's the woman that went to jail. |
| Neil Heslin: | 08:32 | Went to jail. |
| Megan Kelly: | 08:33 | For threatening the Pozners. |

| | | |
|---|---|---|
| Neil Heslin: | 08:34 | Yeah, and she threatened, uh, you know, death. |
| Megan Kelly: | 08:39 | He, he's ginned up a lot, a lot of hate. Um, one man, after, after watching Info Wars and listening to Alex Jones, went up, with a gun, to Comet Pizza, in Washington DC. Remember that? I remember this guy in DC, in the pizzeria, because he was believing that this was some pedophile ring, run by Hillary Clinton and John Pedesta, this happened during the 2016 campaign. |
| | | I, I know, Mark, do you represent this other, this other man that went to Charlottesville as a counter protester to fight against the white supremacists, who Alex Jones dismissed as, working for George Soros, and a paid actor. I mean, over and over, he disparages people, and then, it, there have, there are real life consequences to these people. |
| Mark Bankston: | 09:18 | Well, actually, Megan, um, uh, the Georgetown school of Law, is helping out with the representation of Mr. Gilmore up in Virginia, and they filed a suit not too long ago. Uh, and our firm has actually filed an additional suit, where a poor young man in Boston was falsely accused of being the Parkland shooter, and his picture spread across the internet. |
| | | And he's been suffering for harassment, and this is a young man who's never even been to Florida. |
| Megan Kelly: | 09:41 | But what about, you know, as a, defamation is very hard to prove, um, because the first amendment is so strong and cherished in our country. So, what about the defense? 'Cause, if you can prove it was just opinion, and you weren't stating it as a matter of fact, it can be a defense in defamation? |
| | | So, how do you get past that? |
| Mark Bankston: | 09:58 | Well, first of all, I would say that, you know, we like to encourage debate in this country, and if you have something to say about public figures, or people who are involved in making policy for this country, have at it, say whatever you want. You know, Alex Jones has said in the past, and, and that's fine. It's, it's what our country's about. |
| | | But when it comes to private individuals, you can't just lie about them. You cannot just spread lies that hurt their lives. And, in this case, sure, defamation is sometimes hard to prove against media outlets, because most media outlets have some semblance of journalistic integrity. |

Here, this is textbook defamation. He made unequivocal false statements about both of our clients. Uh, and then, then, the consequences of that are so severe, that I don't believe I've ever seen anything like this, and in our opinion, that this is our most vile act of defamation in the history of American media.

Megan Kelly:     10:45

I'm sure, I hardly need to say that there is zero question you held your son just as you told me, and every clear thinking American out there, believes that, Neil. We all believe that.

Hold on, because I just want to tell the audience that, we did reach out to Alex Jones for reaction, uh, to Neil's appearance and these lawsuits filed against him and his company, uh, we received no response. Uh, he did address the lawsuits on Tuesday on his YouTube channel, here's what he said.

Alex Jones:     11:14

I had many debates, and that, both sides of the discussion on, and would, state, devil's advocate, that it happened exactly as they said it happened. But I've been telling the parents for years, I believe their children died, and quite frankly, they knows that.

So, I don't know why I continually, then, see them on the news, saying, why does Alex Jones say, my child didn't die, when I'm not saying that. The media continues to misrepresent what I've said. Especially in the last four years. The lawsuits that have been filed, my lawyers have actually reviewed all the videos, previous to this, because we knew this was coming, and, the suits will be thrown out.

They will be dropped, because they have no merit.

Megan Kelly:     11:57

I'll give you the last word, Neil.

Neil Heslin:     12:00

I, I want to add to that, too, with the lies, and, the propaganda he peddle. He makes a lot of money off that. And profits off of it, and, uh, he's profiting off my loss, and a tragedy that, affected me. That's not right, either. Um, but I'm not, I'm not backing out of this lawsuit, I'm, if it comes to a knockdown drag out fight in the Travis County Courthouse, that's what it'll be.

Megan Kelly:     12:31

And there is a real question about how long he can continue this within [inaudible 00:12:36]. Thank you.

(Audience clapping).

DOW JONES, A NEWS CORP COMPANY

DJIA **24271.41**                    S&P 500 **2718.37**                    Nasdaq **7510.30**                    U.S.

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
http://www.djreprints.com.

https://www.wsj.com/articles/sandy-hook-parents-sue-radio-host-alex-jones-for-calling-shooting-a-hoax-1524000776

U.S. | NEW YORK | REGION

# Sandy Hook Parents Sue Radio Host Alex Jones for Calling Shooting a Hoax

Parents of two boys killed in 2012 massacre sue Infowars host for defamation



Alex Jones arriving at the courthouse in Austin, Texas, in April 2017. PHOTO: TAMIR KALIFA/AUSTIN AMERICAN-STATESMAN/ASSOCIATED PRESS

*By Leslie Brody*

Updated April 17, 2018 7:54 p.m. ET

EXHIBIT

B-21

Parents of two 6-year-old boys killed at Sandy Hook Elementary School in 2012 have sued the radio host Alex Jones for defamation, saying he repeatedly called the shooting fake and said they were liars.

Mr. Jones, a gun-rights advocate who propagates conspiracies, operates the website Infowars. Two lawsuits said he repeatedly accused parents who lost children in the Newtown, Conn., massacre of being part of a hoax. Twenty children and six adults were killed in the shooting.

Parents of two boys shot that day sued Mr. Jones in Travis County District Court in Texas on Monday, saying they were anguished by his bogus allegations that they were frauds and part of a conspiracy. The suits said at many points since the tragedy, Mr. Jones said the school shooting didn't happen or was staged by the government using actors.

Mr. Jones said on Infowars Tuesday evening his lawyers were confident the lawsuits were frivolous and would be dismissed. He said the suits and mainstream media quoted him out of context.

He said although at first he questioned the public relations "talking points'' about the massacre, soon afterward he said he believed that it happened, and told the parents of victims so. "I believe your children died and I'm sorry they died but I didn't kill them," he said.

Mr. Jones said he held debates on his show including people who said the Sandy Hook shooting happened and those who disputed it. "It is every American's right to question any big event, especially when it's seized on to take the basic liberties of Americans, like the Second Amendment and First Amendment,'' he said.

William Ogden, a lawyer for the parents, said they endured the grief of losing their children, and Mr. Jones's false claims made them feel more pain over and over.

"These cases are about getting him to stop and making sure it never happens to them again," Mr. Ogden said. He added that he hoped the lawsuits would also combat sensationalism in journalism in an era when many outlets rush to promote stories with shock value without regard to the facts. Infowars "keeps saying this one because it's so vile, it generates tons of views, which is how they make money," he said.

One suit involves plaintiff Leonard Pozner and his former wife, Veronique De La Rosa. Mr. Jones's video called "Sandy Hook Vampires Exposed" said Ms. De La Rosa participated in a faked interview with journalist Anderson Cooper, the suit said.

The second suit, on behalf of plaintiff Neil Heslin, involves an Infowars segment claiming Mr. Heslin was lying when he said he held his son's body and saw a bullet hole in his head. "This heartless and vile act of defamation reignited the Sandy Hook 'false

flag' conspiracy and tore open the emotional wounds that plaintiff has tried so desperately to heal," the suit said.

Mr. Heslin also sued an Infowars reporter, Owen Shroyer, for defamation for asserting it wasn't possible that the plaintiff held his son in his arms, because a local medical examiner told media that the slain students were initially identified using photographs rather than in person. Mr. Shroyer couldn't be reached for comment.

**Write to** Leslie Brody at leslie.brody@wsj.com

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

**news**times

https://www.newstimes.com/local/article/Newtown-families-file-wrongful-death-suit-against-6010819.php

# Newtown families file wrongful death suit against town, school board

### Lawsuit against town, school board calls security measures inadequate

By Rob Ryser  Updated 12:00 am, Tuesday, January 13, 2015




**IMAGE 1 OF 8**

Neil Heslin and Scarlett Lewis, parents and co-administrators of the estate of Jesse McCord Lewis, are plaintiffs
in a civil lawsuit against the town of Newtown, the Board of Education and the Sandy Hook
... more

The parents of two first-graders killed in the **Sandy Hook Elementary School** shootings have filed a wrongful death lawsuit against the town and the **Board of Education**, alleging security measures were inadequate.

The 66-page lawsuit was filed by the parents of slain first-graders Jesse Lewis and Noah Pozner. The town was served with the lawsuit on Friday.

The suit claims the school's lockdown and evacuation plan was practiced, but never implemented on the day of the shooting, which "resulted in the death of 20 students." The suit also alleges the school failed to train a substitute teacher about the lockdown procedure and didn't give her a key that would have allowed her to lock the classroom once she heard gunshots being fired on the morning of Dec. 14, 2012.

The substitute, **Lauren Rousseau**, and all but one of her students were killed when 20-year-old **Adam Lanza** entered the unlocked classroom with a semi-automatic rifle. Lanza killed 20 students and six educators before shooting himself.

The lawsuit argues that Lanza was able to get into the locked building because he was able to shoot his way through a large plate-glass window next to the locked front doors.

ADVERTISEMENT

As a result, the lawsuit says, the locked front doors were irrelevant.

The suit also faults the school for having classroom doors that could only be locked from the outside with keys, leaving teachers vulnerable to the intruder.

The lawsuit seeks more than $15,000 in damages.

ADVERTISEMENT

The plaintiffs in the lawsuit are the estates of Lewis and Pozner. Their parents, **Neil Heslin, Scarlett Lewis and Leonard Pozner** are the administrators. They could not be reached Monday for comment.

"We are hopeful that the town of Newtown's elected and hired representatives will work with these families, who have already suffered, and continue to suffer unimaginable loss, to help resolve this matter in the most efficient and constructive way possible," said **Donald Papcsy**, a Norwalk lawyer and Sandy Hook resident who is representing the families.

"As residents of the town, we all either have, or are going to have, students in our Sandy Hook schools, and we promote the idea of learning from the past and protecting our children in the future."

First Selectman Pat Llodra declined to comment on the lawsuit, except to say it had been referred to the town's insurance company and the town attorney.

Town Attorney **David Grogins** also declined to comment. School board members did not immediately respond Monday to requests for comment.

The estates of Lewis and Pozner were among nine families of victims killed at Sandy Hook and one teacher who was injured who filed a lawsuit last month in state court against the maker and sellers of the Bushmaster AR-15 rifle that Lanza used in the shooting, saying the gun should not have been sold for civilian use because of its overwhelming firepower.

Reports by state police and the state child advocate said Lanza's parents, educators and others missed signs of how deeply troubled he was and opportunities to steer him toward more appropriate treatment for his mental health problems.

Lanza's obsessions with firearms, death and mass shootings have been documented by police files, and investigators previously concluded the motive for the shootings may never be known.

The **Newtown Board of Selectmen** voted last week to recommend demolishing the Lanza home, which the town acquired last month from the bank that was holding the mortgage. The town's **Legislative Council** is expected to discuss the issue at its next meeting on Jan. 21.

**The Associated Press** contributed to this report. rryser@newstimes.com; 203-731-3342

 **Recommended For You**

**Storm aftermath: What you need to know**

**At least 2 killed as violent storm wallops Danbury area**

© 2018 Hearst Communications, Inc.

≡

**(/)**
//www.callswithoutwalls.com/pledgeCart3/?campaign=AEF72C98-4288-41E3-82D1-5553FDD1A4AE&source=)

Live Radio · News and Music
**All Things Considered**

# Newtown Asks Judge To Dismiss Sandy Hook Negligence Suit

By DAVIS DUNAVIN (/PEOPLE/DAVIS-DUNAVIN) • JAN 10, 2018

Tweet (http://twitter.com/intent/tweet?

url=http%3A%2F%2Fwww.tinyurl.com%2Fy76qoedd&text=Newtown%20Asks%20Judge%20To%20Dismiss%20Sandy%20Hook%20N

Share (http://facebook.com/sharer.php?

u=http%3A%2F%2Fwww.tinyurl.com%2Fy76qoedd&t=Newtown%20Asks%20Judge%20To%20Dismiss%20Sandy%20Hook%20Neglig

Google+ (https://plus.google.com/share?url=http%3A%2F%2Fwww.tinyurl.com%2Fy76qoedd)

Email (mailto:?

subject=Newtown%20Asks%20Judge%20To%20Dismiss%20Sandy%20Hook%20Negligence%20Suit&body=http%3A%2F%2Fwww.tin

EXHIBIT

B-23

tabbies



(http://mediad.publicbroadcasting.net/p/wshu/files/styles/x_large/public/201801/poznersandyhook_apjessicahill_180110.jpg)

*Veronique Pozner places her hand next to artwork made by her son Noah before a 2013 legislative subcommittee reviewing gun laws in Hartford. Noah Pozner was among those killed in the 2012 mass shooting at Sandy Hook Elementary School in Newtown.*

JESSICA HILL / AP

Listen
0:47

A superior court judge in Connecticut is deciding whether to toss out a lawsuit filed by parents of two children killed in the 2012 Newtown school shooting. The suit says Newtown and its school district were negligent in its response to the shooting.

The plaintiffs are the parents of Jesse Lewis and Noah Pozner, two first-graders killed in the shooting. Their lawsuit alleges the school failed to order a lockdown, which might have saved lives.

Lawyers for the town said in court Monday that teachers were forced to make split-second decisions in a harrowing situation and said it was insulting to blame them for the deaths. Twenty children and six educators were killed in the shooting at Sandy Hook Elementary School on December 14, 2012.

Tweet (http://twitter.com/intent/tweet?
url=http%3A%2F%2Fwww.tinyurl.com%2Fy76qoedd&text=Newtown%20Asks%20Judge%20To%20Dismiss%20Sandy%20Hook%20N

Share (http://facebook.com/sharer.php?
u=http%3A%2F%2Fwww.tinyurl.com%2Fy76qoedd&t=Newtown%20Asks%20Judge%20To%20Dismiss%20Sandy%20Hook%20Neglig

Google+ (https://plus.google.com/share?url=http%3A%2F%2Fwww.tinyurl.com%2Fy76qoedd)

Email (mailto:?
subject=Newtown%20Asks%20Judge%20To%20Dismiss%20Sandy%20Hook%20Negligence%20Suit&body=http%3A%2F%2Fwww.tin

(http://www.npr.org)

(http://www.bbc.com)

(http://www.pri.org)

(http://www.americanpublicmedia.org)

(https://www.prx.org/)

(https://www.facebook.com/WSHUpublicradio)

(https://twitter.com/wshupublicradio)

(https://www.instagram.com/wshupublicradio/)

(http://www.sacredheart.edu)

Contact Us (http://wshu.org/contact-us)

Privacy Policy (http://wshu.org/privacy-policy)

EEO Documentation (http://wshu.org/eeo-public-file-report)

CPB Report (http://wshu.org/cpb-report)

FCC Public Files (https://publicfiles.fcc.gov/)

FCC Public Files Help (mailto:info@wshu.org)

Contest Rules (http://wshu.org/contest-rules )

© 2018 WSHU




**Monday**
High 92° Low 70°


**Tuesday**
High 87° Low 70°


**Wednesday**
High 85° Low 71°

**LOCAL**

**TRAFFIC**





≡

CONTACT US



# Judge Dismisses 12/14 Wrongful Death Lawsuit
## Published: May 11, 2018

Andrew Gorosko 🚩 **Front Page** and **Latest News** ⊘ **2 months ago**
🏷️
**Attorney Donald Papcsy**, **Board Of Education**, **Connecticut Supreme Court**, **Jesse Lewis**, **Judge Robin Wilson**

**EXHIBIT**

B-24

Larger | Smaller        Email This

Printable Version

# RECENT STORIES

» Volunteers Bring In The Books... And More Books

» Making A BrainStorm — Behind The Scenes With The Avielle Foundation

» Planning And Zoning Commission Reviews Signage For Starbucks

» Dozens Spent Time Enjoying This Year's One-Stop House & Garden Tour

» Three-Sport Standouts Sarah Houle, Evan Eggleston Earn Athlete Of Year Accolades

» Led By Mother-Son Duo, Mad Dash Participants Conquer Obstacle Course

» Red Cross Issues Safety Tips For Scorching Weather

NEW HAVEN — A Superior Court judge this week dismissed a longstanding wrongful death lawsuit stemming from the December 2012 shooting incident at Sandy Hook School. Through that lawsuit, the estates of two of the first graders killed in the incident sought money damages in a liability claim against the Town of Newtown and the Newtown Board of Education.

In a summary judgement dated May 7, Judge Robin Wilson wrote "Emergencies, by their very nature, are sudden and often rapidly evolving events, and a response can never be one hundred percent scripted and directed, and is a specific reason why police officers have been afforded broad discretion... To say that the faculty and staff of the school were to act in a prescribed manner in responding to an emergency situation would likewise be illogical and in direct contradiction to the very purpose of governmental immunity: allowing for the exercise of judgement without fear of second-guessing."

In her 29-page decision, Judge Wilson concluded that "The defendants are immune from liability."

Of the lawsuit's dismissal, First Selectman Dan Rosenthal said May 9, "Our counsel is in the process reviewing the judge's ruling, and as it is still arguably a pending legal matter, it wouldn't be appropriate for me to comment at this time."

Attorney Donald Papcsy, who represents the plaintiffs, which are the Estates of Noah Pozner and Jesse Lewis, said that the plaintiffs will appeal Judge Wilson's decision. Attorney Devin Janosov also represented the plaintiffs.

In a statement, Mr Papcsy said, "This ruling, which every parent should read, should serve as notice to all parents of young boys and girls: Our children are not safe in public schools."

"From our neighbors in Sandy Hook, to the young men and women of Parkland, the legislatures and judicial systems have decided for all of us that, even when the facts support a total breakdown of school security protocol, the 'immunity' laws are used as an excuse to prevent parents from holding them accountable," Mr Papcsy added.

"We brought this action to change that, not just for the parents who lost their children's lives in the Sandy Hook incident, but for all children. We will continue to fight for this cause so that, someday, we can live in a world where we know our children are going to come home at the end of the school day," Mr Papcsy said.

In June 2017, the defendants sought to have the wrongful death lawsuit dismissed.

In the defendants' motion to dismiss the lawsuit, attorney Charles Deluca, representing the defendants, wrote, in part, "The defendants are entitled to governmental immunity pursuant to [applicable state law]." Also, the defendants claimed that "The plaintiffs have failed to produce the requisite expert testimony to support their claims." Attorney Monte Frank also represented the defendants.

The plaintiffs requested and received repeated delays in responding to the defendants' motion to dismiss.

"The plaintiffs acknowledge that the… case is one of unprecedented notoriety, as well as carnage, speculation, press coverage… However, [the] plaintiffs believe that if [applicable] law is followed as drafted, and the court refrains from attempting to answer the questions of material fact that exist in the… case, and instead just seeks to determine if such questions of fact exist, as the law in Connecticut dictates, that it will be clear that the plaintiffs should be permitted to proceed on their claims to a jury for a determination of the multitude of factual issues which exist in the… case," according to plaintiffs' objection to defendants' motion to dismiss the lawsuit.

In the shooting incident, a 20-year-old gunman shot his way into the school on the morning of December 14, 2012, where he killed 20 first graders and six adults. The gunman then shot and killed himself as police approached. Before going to the school, the gunman had shot and killed his mother at their Sandy Hook home. The plaintiffs filed the lawsuit in January 2015.

In June 2016, the estates of Pozner and Lewis offered to settle the lawsuit provided that each plaintiff received a payment of $5.5 million from the defendants. The defendants did not accept that offer.

The Pozner-Lewis lawsuit alleged there was insufficient security in place in the school and its grounds, allowing the shooter to forcibly enter the building and then enter two classrooms and shoot and kill people within those classrooms. The 66-page lawsuit lists a variety of reasons why the plaintiffs consider the school system to have been negligent on December 14, 2012, resulting in the many deaths there. The various allegations focus on the school system not having sufficient security measures in place to prevent the deaths.

The lawsuit states, "They [officials] failed to provide a security guard or any other type of law enforcement personnel to assist in the implementation of the [security] policies and procedures should an intruder enter the building, while leaving a large enough non-safety glass window directly to the right of the locked outer doors of the school, making access to the building relatively simple, and [making] successful lockdown of the building virtually impossible."

The wrongful death lawsuit lodged by the estates of Pozner and Lewis is a separate lawsuit from another wrongful death lawsuit, which has been lodged by ten plaintiffs against Remington Outdoor Company, Inc, the manufacturer of the semiautomatic rifle that the gunman used in the shooting incident. The estates of Pozner and Lewis, however, are plaintiffs in both lawsuits.

The plaintiffs in the gun lawsuit are now seeking to have the state Supreme Court return that legal action to state Superior Court for a jury trial. A Superior Court judge had dismissed that lawsuit in the fall of 2016, resulting in the plaintiffs' Supreme Court appeal. The Supreme Court court heard oral arguments in the case in November 2017.

However, Remington having entered bankruptcy proceedings in March has postponed activity in the Supreme Court appeal.

**0 Comments**            Sort by    Oldest



Add a comment...

Facebook Comments Plugin

# Related Articles

## NHS ASSISTANT PRINCIPAL HIRED, BOE APPROVES CALENDAR

**Eliza Hallabeck**        **Education**        **June 29, 2018, Friday**



*...Read Full Article*

## BOE POSTPONES POTENTIAL CALENDAR DECISION

**Eliza Hallabeck**        **Education**        **June 22, 2018, Friday**



*...Read Full Article*

# BOE HONORS RETIREES, TOP STUDENTS, CABE AWARDEES

Eliza Hallabeck      Education      June 16, 2018, Saturday



*...Read Full Article*

# THE BEST VOICE FOR NEWTOWN

The Newtown Bee      Letters To The Editor      June 12, 2018, Tuesday



*...Read Full Article*

SEARCH..

 

# Barbarie's Black GRILL

Summer Clambake Fri, Sat & Sun

## 5 Eagle Road • Danbury • 203-826-7406

## www.beststeakhousedanburyct.com

*Premier Steak & Fish House!*

Black Angus Beef – Aged In-House 30 Days

BEST BRUNCH, LUNCH & DINNER IN TOWN

Hours: Lunch 11 am - 4 pm
Dinner 4 pm - Close

*Best Steakhouse in Danbury Area!*

# Friends of the C.H. Booth Library

## 43rd Annual

# BOOK SALE

## Over 120,000 Books, CDs, DVDs & LPs

# July 7th to July 11th

### Reed Intermediate School - 3 Trades Ln - Newtown

### Click for details and $2-off coupon for Sat. or Sun.

$5 Admission (Sat. Only) 18 and Under Free

# www.boothbooksale.org

POSTS   COMMENTS   TAGS



**VOLUNTEERS BRING IN THE BOOKS... AND MORE BOOKS**
2 hours ago



**OVERSIGHT LACKING ON ROAD REPAIRS**
8 hours ago



**'MEET AND GREET' A CHANCE TO KNOW CANDIDATE**
8 hours ago







# Hollandia Nurseries

## Over 50 Years and Still Growing!

*Where Customer Service Never Expires – Family Owned and Operated Since 1964*

## July 1st - July 4th

Beautiful
Hanging Baskets
20% off when
you buy 2 or more!

# 2 GREAT LOCATIONS • OPEN 7 DAYS



The Newtown Bee's

Fall 2018

Home&
Garden

Publishing
September 14th

**Ad Reservation Deadline: Friday, August 24th**

To Place An Ad Call

**203-426-3141**

Or Contact Your Advertising Representative Today!





# 46 Church Hill Rd. Newtown
### (Behind St. Rose Church)
*Providing food to Newtown, CT residents who are in need*

Open: Tues. 9:30am-11:30am & Thurs. 6pm-7:30pm



# INGERSOLL
## Auto of Danbury

   

84 Federal Road Danbury, CT 06810 • 203-730-5766





## Check Us Out!
### Call to Register
# 203-426-5757
*Lathrop*



HOME                    NEWS                    FEATURES

SPORTS                  OPINIONS                CALENDAR

OBITUARIES              CLASSIFIED              SUBSCRIBE

LOGIN/SUBSCRIBER        SERVICES                CONTACT US, ABOUT US,
                                                HOW TO SUBMIT A PRESS
                                                RELEASE

PRIVACY POLICY         ARTICLE ARCHIVE

**THE NEWTOWN BEE  |  5 CHURCH HILL ROAD  |  NEWTOWN CT 06470**
**203-426-3141**

Copyright ©2018 The Newtown Bee / All rights reserved

Digital Marketing / Rebel Interactive Group

# Sandy Hook Families' Suit Against Gun Maker Will Test Federal Law



State police Det. Barbara Mattson displays a Bushmaster semi-automatic weapon at a hearing at the Legislative Office Building in Hartford on Jan. 28, 2013. (Cloe Poisson)

 By **Dave Altimari**

SHARE THIS

Newtown families sue gun manufacturer over Sandy Hook school shooting



DECEMBER 15, 2014, 8:06 PM

**T**he lawsuit filed Monday by victims of the Sandy Hook school shooting, seeking to hold liable the manufacturer of the Bushmaster AR-15 used in the massacre, will test the 2005 federal law designed to protect gun companies by using an exemption normally applied to car accident cases.

l one surviving teacher who was shot several times
igent entrustment exemption to the law. In a

negligent entrustment case, a party can be held liable for entrusting a product, in this case the Bushmaster rifle, to another party who then causes harm to a third party,

"The court needs to decide whether they want to extend negligent entrustment from a retailer selling a gun to someone standing right in front of them to the theory that the manufacturer of the weapon is also responsible when the weapon they made is then sold by another party to a third person," Albany Law School Professor Timothy Lytton said Monday.

Lytton, who has written a book about the history of lawsuits against gun companies, said an example of negligent entrustment would be the sale of a weapon by a gun retailer to a suicidal person. A negligent entrustment lawsuit would claim the retailer should have known not to sell that person a gun.

Extending that to the gun manufacturer is unprecedented. Because it has never before been brought before a court, it is difficult to predict what will happen, according to Dennis Henigan, former vice president of the Brady Campaign to Prevent Gun Violence.

"Most state judges will want to find a way to allow these victims their day in court," Henigan said.

The wrongful death lawsuit filed at Superior Court in Bridgeport claims that the Bushmaster AR-15 used by Lanza to kill 26 people, including 20 first-graders on Dec. 14, 2012, inside Sandy Hook Elementary School, should not be sold to the public because it is a military assault weapon designed for war.

In addition to Bushmaster, the lawsuit names Camfour, a firearms distributor, and Riverview Gun Sales, where Nancy Lanza, the shooter's mother, purchased the Bushmaster in 2010.

"The AR-15 was specifically engineered for the U.S. military to meet the needs of changing warfare," said lawyer Josh Koskoff of Koskoff, Koskoff & Beider of Bridgeport. "The weapon was not designed for home defense or hunting. This weapon was designed to efficiently kill other human beings in combat."

But the lawsuit claims that Bushmaster is clearly aware that the AR-15 has become the weapon of choice for mass shootings.

"Time and again, mentally unstable individuals and criminals have acquired an AR-15 with ease, and they have unleashed the rifle's lethal power on our streets, our malls, our places of worship, and our schools," the lawsuit said.

Adam Lanza used the Bushmaster to shoot his way through the front glass of the school on Dec. 14, 2012. He was immediately confronted by school Principal Dawn Hochsprung and school psychologist Mary Scherlach. He killed them both as they ran into the hallway from a meeting room just outside the main office.

$2 FOR 20 WEEKS!
Hurry, offer ends July 9					SAVE NOW ›

...veral times but managed to crawl back into the
...in the lawsuit.

Lanza then entered two first-grade classrooms, where he killed 20 first-graders and four more school personnel, including two teachers, before killing himself with a pistol. Overall he fired 154 rounds from the Bushmaster in about five minutes.

Scherlach's husband, Bill, is one of the plaintiffs. In a statement released by a public relations firm, he said the lawsuit is necessary "to ensure that the gun industry is held to the same rules as every other industry."

"These companies assume no responsibility for marketing and selling a product [to] the general population, who are not trained to use it nor even understand the power of it," Scherlach said." I believe in the Second Amendment but I also believe that the gun industry should be brought to bear the same business risk that every other business assumes when it comes to producing, marketing, and selling a product."

The other plaintiffs are the families of eight others killed: teachers Victoria Soto and Lauren Rousseau; Rachel D'Avino, a special education teacher; and children Jesse Lewis, Dylan Hockley, Benjamin Wheeler, Daniel Barden and Noah Pozner.

Nicole Hockley, Dylan's mother, and Mark Barden, Daniel's father, declined to comment on the lawsuit during an appearance at the State Capitol with members of Congress to mark the second anniversary of the shootings and to reiterate the need for stronger federal gun laws.

Hockley has traveled to the White House and the state Capitol in Hartford to push for legislation, and she says there have been too many tragedies since then from gun violence.

"It's just not right," Hockley said Monday. "We are better than this as a people."

The Protection of Lawful Commerce in Arms Act, passed in 2005, generally shields licensed manufacturers, dealers, and sellers of firearms or ammunition from civil action "resulting from the criminal or unlawful misuse" of a firearm or ammunition, according to the Congressional Research Service.

There are six exceptions, including lawsuits brought against a seller for "negligent entrustment," defined in the law as "the supplying of a qualified product by a seller for use by another person when the seller knows, or reasonably should know, the person to whom the product is supplied is likely to, and does, use the product in a manner involving unreasonable risk of physical injury to the person or others."

The novel approach to suing the gun manufacturer in this case will surely be watched closely around the country and by lawmakers, Henigan said.

"I hope the Connecticut courts find a way for this lawsuit to go forward but if they don't it will be a powerful example of why we need to repeal the federal law," Henigan said.

$2 FOR 20 WEEKS!
Hurry, offer ends July 9

SAVE NOW ›

...ration, Courts and the Judiciary, Automotive Industry,

## Soto v. Bushmaster



**EXHIBIT**

B-26

May 30, 2017

Gun Owners of America and Gun Owners Foundation filed an *amicus* brief in the Connecticut Supreme Court in support of gun manufacturers Bushmaster and Remington, who had been sued by the families of the Sandy Hook shooting victims.

Click here to read the Gun Owners' brief in *Soto v. Bushmaster*. (/images/pdf/Soto-v.-Bushmaster-Amicux-Brief.pdf)

The plaintiffs in the case had brought a "negligent entrustment" claim, arguing that the AR-15 style rifle sold to Adam Lanza's mother should never have been sold because it was foreseeable that it would be used in the crime. However, as we pointed out, neither the manufacturer, distributor nor dealer did anything wrong with respect to this particular sale — the essence of a legal negligent entrustment claim. Rather, the plaintiffs instead were making the policy argument that no one should ever be permitted to sell any AR-15. In other words, they were asking judges to legislate to ban AR-15 style rifles.

Our brief also dispelled the false claims made by the plaintiffs about AR-15 style rifles. The plaintiffs had argued that AR-15s are "so powerful," yet as we pointed out, the .223/5.56 cartridge is on the low to medium end of most centerfire rifle calibers.

The plaintiffs had argued the AR-15 is "so accurate" that it's not even necessary to aim, but we argued that the platform is not any more inherently accurate than most other modern rifles, and in fact the lightweight bullet means other calibers far outclass it at distance.

The plaintiffs had argued that the AR-15 is "so destructive," yet as we argued, it doesn't hold a candle to most other popular calibers like the .308 and the .30-06.

Finally, the Plaintiffs had argued the AR-15 is a "feat of human engineering." Of course, the AR-15 is a well-designed and popular rifle, but it's nothing more than the latest in a long line of advancements in firearms technology. When the semi-automatic firearm, the lever action firearm, and the breech loading firearm were developed, each one was capable of much greater firepower than the firearms which proceeded them. Yet no one wants to ban the lever action .30-30.

The Sandy Hook shooting was a terrible tragedy. But the AR-15 is not to blame. Neither is Remington, Bushmaster, the distributor, or the dealer who lawfully and responsibly sold one to Adam Lanza's mother years before her son murdered her, stole her firearms, and used them for evil.

Click here to read the Gun Owners' brief in *Soto v. Bushmaster*. (/images/pdf/Soto-v.-Bushmaster-Amicux-Brief.pdf)

## Navigation

Henderson v. Silvester (/henderson)
Rodriguez v. United States (/rodriguez)
Johnson v. United States (/johnson)
Harris v. Silvester (/silvester)
Kolbe v. O'Malley (/kolbe-v-o-malley)
Heller v. District of Columbia (/heller)
Heien v. North Carolina (/heien)
Susan B. Anthony List v. Driehaus (/susan-anthony)
Abramski v. United States (/abramski-us)
When The BATF Pays A Visit (/batf)

**(/batf.htm)** 

 (http://ammo.com/donations)

8001 Forbes Place, Suite 102, Springfield, VA 22151

© 2018 Gun Owners Foundation

Back to Top



# Koskoff

## KOSKOFF KOSKOFF & BIEDER PC
### ATTORNEYS AT LAW

Search our site



## p: 203-583-8634

EMAIL    ESPAÑOL ▸



EXHIBIT
B-27

# Assault-Rifle Maker Asks Judge to Toss Sandy Hook Massacre Suit

A 2005 federal law was designed specifically to prevent gunmakers from being sued for mass killings like the one at Sandy Hook Elementary School, lawyers for the maker of the AR-15 assault weapon used in the attack told a Connecticut judge.

The suit over the massacre of 20 children and six educators hinges on an exception to the law that applies when a seller "negligently entrusts" a weapon to a buyer who is likely to use it in a crime.

Attorney James Vogt, a lawyer for the Remington Arms Co., said Monday in state court in Bridgeport that the exception is intended to apply to face-to-face retailers or individuals who sell guns. It can't be applied to a manufacturer, he said. The question of whether the AR-15 should be sold to the public should be dealt with by legislators rather than juries, he said.

The exception could only apply "if the retailer had known that Mrs. Lanza's son was mentally ill," Vogt said, referring to Nancy Lanza, the mother of shooter Adam Lanza.

About a dozen family members attended the packed hearing, which took on fresh meaning in the wake of last week's massacre of 49 people at a gay nightclub in Orlando, Florida, with a similar assault rifle -- the worst mass shooting in U.S. history.

### 'Unsafe But Legal'

"Aren't there other things that are unsafe but legal?" Vogt asked, using cigarettes as an example. He compared the situation to a car's being stolen and then used to run over a crowd of people, resulting in a suit against the dealer and automaker.

Bushmaster Firearms International, maker of the rifle, and parent Remington should have known that mass shootings like the 2012 attack might result from selling military-grade weapons with 30-round clips to civilians, plaintiffs' attorney Josh Koskoff said .

The AR-15 "was designed to be used in combat, and yet there it was on the floor, not of a battlefield, but of Vicki Soto's first grade classroom, having been used by a civilian," Koskoff said, referring to a 27-year-old teacher killed at Sandy Hook after attempting to hide her students in a closet and mislead the shooter. The rifle "did not get there by accident."

## The Stakes

A victory for the Sandy Hook families might provide a road map to success in court for victims in other mass shootings, despite a variety of laws in other states, including Florida, that offer even greater immunity to gunmakers.

Assault weapons were banned in Connecticut after the Sandy Hook assaults, and on Monday the U.S. Supreme Court declined to hear a challenge to the law. A federal ban on such weapons was passed in 2004 and expired a decade later. Renewed efforts by mostly Democratic lawmakers have repeatedly failed.

Congress in 2005 passed the Protection of Lawful Commerce in Arms Act, which shields gun companies from liability when crimes are committed with their products. The statute, backed by the National Rifle Association, has helped the industry win dismissal of other cases.

At Monday's hearing, Koskoff referred to legislators as "sheep" who lack sufficient knowledge about semiautomatic weapons that can be deadlier than fully automatic weapons banned in the U.S.

## Companies' Knowledge

Bushmaster and Remington "know what these weapons can do more than any congressman," Koskoff said.

Judge Barbara Bellis may take as long as three months rule in the Connecticut case. The suit has already proceeded further than others like it, with Bushmaster's attempt to end case on jurisdictional grounds rejected by Bellis in April. That ruling triggered a requirement for evidence to be exchanged, which may reveal internal e-mails and other documents at Bushmaster and Remington.

The case is Soto v. Bushmaster Firearms International LLC, 15-cv-6048103, Connecticut Superior Court (Bridgeport).

## Office Locations

**Bridgeport Office**
350 Fairfield Avenue
Suite 501
Bridgeport, CT 06604
Bridgeport Law Office Map



**New Haven Office**
27 Elm Street
New Haven, CT 06510
New Haven Law Office Map

**Danbury Office**
1 Moss Avenue
Danbury, CT 06810
Danbury Law Office Map

## Our Social Networks



 Follow us on LinkedIn

## Serving the Following Areas

*From offices in Bridgeport, New Haven and Danbury, the attorneys at Koskoff Koskoff & Bieder, PC, represent clients throughout Connecticut.*

© 2012 by FindLaw. All rights reserved. Disclaimer | Site Map
Privacy Policy | Legal Marketing® by FindLaw, a Thomson Reuters business.

 GO TO TOP

32.    Attached to this affidavit marked as Exhibit B-28 is a thumb drive containing a true and correct copy of a video of CBS This Morning posted at the following url address: https://www.youtube.com/watch?v=orh-btc19qA dated November 14, 2017. This video is a true and correct copy of the video on that website as of the date of this affidavit.

**EXHIBIT**

bobbie's

B-28

# As Sandy Hook Families Await State Supreme Court Ruling, Remington Files for Bankruptcy



State police Det. Barbara Mattson displays a Bushmaster semi-automatic weapon at a 2013 hearing at the Legislative Office Building. Remington, the maker of the weapon, filed for bankruptcy Sunday. (Hartford Courant file photo)



By **Dave Altimari**

MARCH 26, 2018, 3:50 PM

The bankruptcy filing by Remington Outdoor Inc., the company that makes the rifle used in the 2012 Sandy Hook Elementary School massacre, will force some of the victims' families to seek approval from a bankruptcy judge to let their legal fight against the nation's oldest gunmaker go forward.

Remington's weekend filing, which will turn the company over to its creditors to now operate, automatically "stays," or stops, any legal action against the company until it emerges from bankruptcy, experts said Monday.

Late Monday Remington's attorneys filed a motion in Connecticut court acknowledging the bankruptcy filing and its implications.

EXHIBIT

B-29

"As a result of the aforementioned bankruptcy filings, proceedings in this case are stayed," Stamford attorney Scott Harrington wrote in the motion.

A copy of the bankruptcy filing was submitted in the Connecticut case. The Sandy Hook families are one of eight pending litigations against Remington across the country.

The bankruptcy comes as the families of nine victims who were killed and a teacher who survived the shooting wait for the state Supreme Court to decide whether to uphold a lower court judge's decision to dismiss the lawsuit they brought against Remington or to overrule that decision and put the case back before a judge.

"We do not expect this filing to affect the families' case in any material way," said one of the families' lawyers, Katie Mesner-Hage of Koskoff Koskoff & Beider, in a prepared statement.

But legal experts said beyond stopping litigation against the company, the filing raises the question about what unsecured creditors, such as the families, could be awarded should they eventually win a judgment against Remington. Experts did say they believed the bankruptcy filing won't derail a decision by the state Supreme Court.

"The Sandy Hook families will need to file a motion asking the bankruptcy judge to lift the stay and to issue an order allowing the case to proceed in Connecticut," said Matthew Beatman of Zeisler & Zeisler of Bridgeport. "What often happens with cases like this is both parties will agree to let the case go forward and let the Supreme Court decide the issue."

Adam Lanza killed 26 people, including 20 first-graders, with a Bushmaster AR-15 after shooting his way through the front window of the school before killing himself. Lanza had killed his mother before going to the school.

The lawsuit was filed in January 2015 seeking to hold Remington liable, arguing it marketed the AR-15 to the public even though it knew it was designed for military use.

A Superior Court judge in Bridgeport dismissed the lawsuit in 2016, agreeing with attorneys for Remington that the lawsuit "falls squarely within the broad immunity" provided to gun manufacturers and dealers by the federal Protection of Lawful Commerce in Arms Act, or PLCAA.

The lawsuit also named Camfour Holding LLP, the gun's distributor, and Riverview Gun Sales Inc., the East Windsor gun shop where Nancy Lanza purchased the AR-15 right around her son's 18th birthday.

Under the plan filed in bankruptcy court in Delaware, Cerberus Capital Management LP, the private equity firm that controls Remington, will lose ownership and the creditors will take over the company.

Among its creditors are major financial institutions such as JPMorgan Asset Management and smaller companies such as Microbest Inc., a Waterbury-based company that makes parts for Remington's guns.

The Sandy Hook victims are listed as an unsecured creditor, as are several others that have lawsuits pending against the company.

Beatman said, as an unsecured creditor, the Sandy Hook families will need to file a claim of proof in bankruptcy court as well as a statement estimating how much the lawsuit may be worth.

"Bankruptcy creates the ultimate concern of how much can you collect from a claim," said Beatman. "You don't often get a full payment."

Georgetown Law Professor Heidi Feldman, who has been following the Sandy Hook lawsuit, said the timing of the bankruptcy filing was interesting. With both sides awaiting what could be a monumental state Supreme Court decision, Remington could use the bankruptcy filing to try and settle the case.

"This hits the pause button and perhaps Remington would reach out for a settlement rather than gamble on the Supreme Court ruling in their favor. What Remington could be hoping is, if they settle then no court ruling would be issued and they wouldn't have to worry about an unfavorable ruling that could impact gun companies across the country or at the very least send the case back to the state court and allow discovery to begin, which they also don't want," Feldman said.

Remington's attorneys have steadfastly argued that PLCAA protects them from the families' lawsuit.

The bankruptcy filing comes about a month after the latest mass school shooting. The Parkland, Fla., shooting that killed 17 has spurred an intense campaign for gun control, including marches across the country this past weekend.

Some national companies, including Walmart and Dick's Sporting Goods, have announced they will not sell semi-automatic weapons to anyone under the age of 21.

Remington, a North Carolina company with roots dating to 1816, has lined up $100 million with lenders to continue operations. It remains unclear what will happen to its 3,500 or so employees as it reorganizes.

Panic sales that drove revenue for gunmakers ever higher evaporated with President Donald Trump's arrival in the White House. Late Sunday, according to records from the bankruptcy court of the district of Delaware, Remington agreed to a prepackaged deal that would give holders of the company's $550 million term loan an 82.5 percent stake, according to a release. Third-lien note holders will take 17.5 percent of Remington and four-year warrants get a 15 percent stake.

Cerberus Capital Management, which acquired the company in 2007 as gun sales began to boom, tried to sell it less than a week after the Sandy Hook shooting. There were no takers.

In 2017, firearm background checks, a good barometer of sales, declined faster than in any year since 1998, when the FBI first began compiling that data.

But there were clear signs that gun sales, even as production increased, were already in decline. That is partially because a larger percentage of guns in the U.S. are owned by an increasingly small group of people.

According to a recent study by Harvard University and Northeastern University, the number of privately-owned guns in America grew by more than 70 million — to approximately 265 million — between 1994 and 2015. But half of those guns are owned by only 3 percent of the population.

That smaller base of what are sometimes referred to as "super-owners" has made the industry more unstable.

In 2015, Colt Holdings Co., another storied gunmaker, filed for Chapter 11 bankruptcy protection.

Profit growth at Sturm, Ruger & Co. is under severe pressure and the company's shares are down 18 percent this year.

Some of Wall Street's heaviest hitters are stepping into the national debate on guns as investment firms ask firearms makers what they are doing about gun violence.

BlackRock is a major shareholder in gunmakers Sturm Ruger, American Outdoor Brands, and Vista Outdoor Brands. About a week after the shooting in Parkland, BlackRock said it wanted to speak with the three firearms makers about their responses to the tragedy. It's also looking into creating new investment funds for investors that exclude firearms makers and retailers.

*Information from the Associated Press is included in this story.*

Copyright © 2018, Hartford Courant

**This article is related to:** Adam Lanza

Politics

# Sandy Hook Families Make Last-Ditch Plea to Save Gun Lawsuit

By Erik Larson
November 14, 2017, 10:44 AM CST
*Updated on November 14, 2017, 3:16 PM CST*

▶ Lawyer argues that case isn't covered by federal immunity

▶ Adam Lanza killed children, adults with an assault weapon



Guns in America

Judges on Connecticut's highest court repeatedly pressed an attorney for Remington Arms Co. about why advertisements for its AR-15 semiautomatic rifle touted its ability to "single-handedly" overcome "forces of opposition."

"If it's used for hunting or for target practice, what's the purpose of that?" Justice Richard Palmer asked Tuesday at a packed hearing in the Connecticut Supreme Court, where families seek to revive a lawsuit against the company over the 2012 Sandy Hook Elementary School massacre by Adam Lanza using the company's assault weapon.

EXHIBIT
B-30



People speak on the steps of the Connecticut supreme court on Nov. 14 after a hearing to revive their lawsuit. *Photographer: Erik Larson/Bloomberg*

"It's not clear to me what type of target practice requires one to really eviscerate a target," Palmer said, adding that the families described the weapon as a "killing machine."

James Vogts, Remington's attorney, said that the ads were intended to build interest in the gun, which he said can also be used for self defense.

"If I felt the need to have a firearm to protect myself and my family, I'd certainly want to choose the weapon that would force the opposition to bow down," Vogts said. He also said that the weapon is "being used to hunt deer at this very moment all across the country."

The hearing in Hartford ended without a ruling. A decision in favor of the victims won't be a final victory, as the case would be sent back to the lower court for further proceedings and eventually a trial.

## Family Position

After the hearing, some of the families gathered on the courthouse steps. Ian Hockley, whose six-year-old son Dylan was killed in the attack, blasted Remington's sale of Bushmaster military-style weapons to civilians without the type of extensive training and psychological screening that's required for a soldier to be issued such a weapon in the military.

"The manufacturer of the Bushmaster takes no such precautions when unleashing their product in the civilian market," Hockley said. "They could not care less what happens to their guns once the cash is in the bank, showing their utter disregard for the lives this weapon takes."

Lawyers for the family members have asked the court to revive the suit that was dismissed last year by Judge Barbara Bellis in Bridgeport, Connecticut. She ruled that it was blocked by the federal Protection of Lawful Commerce in Arms Act, or PLCAA, which bars gun companies from being held liable for crimes committed with their products.

The statute, backed by the National Rifle Association, has helped the industry defeat similar cases, with the Sandy Hook suit perhaps the highest-profile example. Opponents say easy access to guns is to blame for continued mass shootings in the U.S., including the Oct. 1 massacre of 58 people at a concert in Las Vegas and the slaughter just a month later of 26 people in a Texas church.

On Tuesday, at least five people are dead, including the gunman, after a shooting in Northern California's Tehama County, according to CNN.

The Sandy Hook case hinges on an exception to the federal immunity law that applies when a seller "negligently entrusts" a weapon to a buyer who is likely to use it in a crime. Remington argues the exception is intended to apply to face-to-face transactions involving retailers and individuals -- not to manufacturers.

The families' argument seeks a novel way around the federal immunity provision. Even by getting the suit to trial, the families hope to gain access to gunmakers' internal communications, which may aid others seeking to pursue similar suits growing out of gun violence.

The massacre at Sandy Hook was caused "solely by the criminal misuse of a weapon by Adam Lanza," Bellis said in last year's ruling. "This action falls squarely within the broad immunity provided by PLCAA."

The families have argued Bushmaster Firearms International LLC, maker of the rifle, and parent Remington should have known that mass shootings such as the attack at the Sandy Hook school might result from selling military-grade weapons with 30-round clips to civilians.

Connecticut Justices to Hear High-Stakes Sandy Hook Gun Case

The group contends that the gunmaker's disregard for what was likely to happen was equivalent to gun retailers selling weapons to customers who they knew were likely to commit a crime -- a scenario that isn't protected by the 2005 federal law shielding gun manufacturers.

"They marketed the weapon for exactly what it was," plaintiffs attorney Josh Koskoff said in court, adding that Remington even used product placement to get its weapon in first-person-shooter video games played by Lanza.

Koskoff said the use of the AR-15 in so many mass shootings was foreseeable by the company and that Remington sought to maximize sales by marketing them to susceptible young men such as Lanza, who killed 20 children and six adults at the school on Dec. 14, 2012.

When Lanza prepared for his massacre that morning, he put on tactical gear, taped 30-round magazines together and reached for a weapon that Remington should never have made available to him, Koskoff said.

"The weapon he needed for his mission was never in doubt," he said. "Remington may never have known, but they had been courting him for years. The courtship between Remington and Adam Lanza is at the heart of this case."

The company has argued that the question of whether the AR-15 should be sold to the public should be dealt with by legislators rather than juries.

Assault weapons were banned in Connecticut after the Sandy Hook shooting. In June, the U.S. Supreme Court declined to hear a challenge to the law. A federal ban on such weapons was passed in 2004 and expired a decade later. Renewed efforts by mostly Democratic lawmakers to reinstate it have repeatedly failed.

The case is Soto v. Bushmaster Firearms International LLC, 15-cv-6048103, Connecticut Superior Court (Bridgeport).

*(Adds California shooting.)*

Terms of Service
Trademarks Privacy Policy
©2018 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices    Contact Us Help

# CCDL Blog

Connecticut Citizens Defense League, Inc. Blog

# Soto v. Bushmaster

Posted on June 20, 2017 by Chris



**FOR IMMEDIATE RELEASE**

**Connecticut Citizens Defense League Files Brief Opposing Lawsuit that Seeks to Make Gun Manufacturers Liable for Gun Crimes Because Firearms are "too Dangerous" for Law-abiding Citizens**

June 20, 2017 (Groton, CT)

The Connecticut Citizens Defense League (CCDL) has filed an *amicus curiae* brief in the Connecticut Supreme Court opposing an attempt to impose legal liability on the manufacturers and sellers of the firearm used in the Sandy Hook tragedy. The Supreme Court case (Soto v Bushmaster), brought by lawyers representing the estates of several victims of the shooting, is based on the novel theory that the firearm used in the shooting is "too dangerous" to sell to ordinary, law-abiding citizens, and that the makers of the gun should thus be on the hook whenever it is misused to cause injury. But as CCDL's brief points out, the particular type of firearm used by Adam Lanza at Sandy Hook in fact has about *one-fourth* as much firepower as many ordinary hunting rifles, because it uses lightweight ammunition. And crime statistics show that ordinary handguns are *over fifteen times more likely* to me used by "mass shooters" than the model of firearm chosen by Lanza. If the defendants are held liable in this case, then, it will set a precedent that would expose businesses to legal liability *each time they sell virtually any type of firearm* in Connecticut.

The State Superior Court rejected the Plaintiffs' theory, noting that it "would be a dramatic change in tort doctrine." But the Plaintiffs have now appealed to the Supreme Court.

"The implications of the radical theory of tort law advanced by Plaintiffs' lawyers in this case are dangerous and breathtaking," said Scott Wilson, President of CCDL. "When you realize that by every empirical measure, the type of firearm at issue in this case is *less* dangerous and *less* likely to be used in any kind of violent crime, including mass shootings, than an ordinary hunting rifle or handgun, it becomes clear that this is just the latest effort in the long-running campaign by anti-gun activists to make the manufacturers of *any* firearm liable simply because criminals or the mentally unstable misuse their product." But the Second Amendment protects the right to sell firearms to

lawful citizens, according to multiple federal court decisions; and a federal statute also generally forecloses attempts to make firearm manufactures and retailers liable for the misuse of the firearms they sell, so long as the sale itself was lawful. "Plaintiffs' effort to choke off the sale of virtually all ordinary firearms is contrary to both the Constitution and federal law," Mr. Wilson said. "CCDL hopes that our brief will help the Supreme Court to recognize the truly radical—and unconstitutional—implications of this lawsuit."

The full brief can be downloaded here: CCDL-Amicus-AS-FILED (pdf)

**SHARE THIS:**



Facebook        Twitter     G+ Google      Email      More

This entry was posted in **Litigation**, **Press Release** and tagged **Amicus Curiae**, **Scott Wilson**, **Soto v Bushmaster** by Chris. Bookmark the **permalink [http://ccdl.us/blog/2017/06/20/soto-v-bushmaster/]** .

4 THOUGHTS ON "SOTO V. BUSHMASTER"

richard4301
on June 20, 2017 at 7:51 pm said:

Good move, CCDL. Thank you, Scott, and supporting staff.

Richard Burton
on June 20, 2017 at 10:55 pm said:

None of the parents from Sandy Hook should drive any car, because the car might commit a crime while thier behind the wheel !

Mark
on June 21, 2017 at 7:17 am said:

What a great organization we have in CCDL! Thank you for helping protect my/our right!

chris
on June 21, 2017 at 7:20 pm said:

Nice to see all the support Remington is getting! WTG everyone!

# Comments are closed.

36.    Attached hereto marked as Exhibit B-32 is a thumb drive containing a true and correct copy of a video of the Sessions Law Firm posted at https://www.thesessionslawfirm.com/takeaways-sandy-hook-victims-lawsuit-remington-bushmaster. This video is a true and correct copy of the video posted at that internet site as of the date of this affidavit.

EXHIBIT

B-32

4/16/2018 10:24 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001842
Ruben Tamez

D-1-GN-18-001842

CAUSE NO. _____

| | | |
|---|---|---|
| LEONARD POZNER AND | § | IN DISTRICT COURT OF |
| VERONIQUE DE LA ROSA | § | |
| *Plaintiffs* | § | |
| | § | TRAVIS COUNTY, TEXAS |
| VS. | § | |
| | § | 345TH |
| ALEX E. JONES, INFOWARS, LLC, | § | _____ DISTRICT COURT |
| AND FREE SPEECH SYSTEMS, LLC, | § | |
| *Defendants* | § | |

## PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Plaintiffs LEONARD POZNER and VERONIQUE DE LA ROSA file this original petition against Defendants, ALEX JONES, INFOWARS, LLC, and FREE SPEECH SYSTEMS, LLC, allege as follows:

### DISCOVERY CONTROL PLAN

1.     Plaintiffs intend to seek a customized discovery control plan under Level 3 of Texas Rule of Civil Procedure 190.4.

### PARTIES

2.     Plaintiff Leonard Pozner is an individual residing in the State of Florida.

3.     Plaintiff Veronique De La Rosa (formerly Veronique Pozner) is an individual residing in the State of Florida.

4.     Defendant Alex E. Jones is a resident of Austin, Texas. He is the host of radio and web-based news programing, including "The Alex Jones Show," and he

1

**EXHIBIT**

B-33

owns and operates the website InfoWars.com. Mr. Jones can be served at his place of business, InfoWars, 3019 Alvin Devane Blvd., Suite 300-350, Austin, TX 78741.

5.      Defendant InfoWars, LLC is a Texas limited liability company with principal offices located in Austin, Texas. It may be served at the address of its registered agent, Elizabeth M. Schurig, at 100 Congress Avenue, 22nd Floor, Austin, TX 78701.

6.      Defendant Free Speech Systems, LLC is a Texas limited liability company with principal offices located in Austin, Texas. It may be served at the address of its registered agent, Eric Taube, at 100 Congress Avenue, 18th Floor, Austin, TX 78701.

## JURISDICTION & VENUE

7.      The damages sought in this case exceed the minimum jurisdictional limits of Travis County District Courts.

8.      Venue is proper in Travis County, Texas, because a suit for damages for defamation may be brought in the county in which a defendant resided at the time of filing, or the domicile of any corporate defendant, at the election of the plaintiff. *See* Tex. Civ. Prac. & Rem. Code §15.017.

## FACTUAL BACKGROUND

9.      Plaintiffs are the parents of deceased minor N.P., a victim of the December 14, 2012 Sandy Hook Elementary School Shooting.

10. This case arises out of accusations made by InfoWars in 2017, including the false claim that Plaintiff Veronique De La Rosa was an actor in a faked interview with CNN's Anderson Cooper used to cover up the "truth" about Sandy Hook, as well as other statements meant to support the underlying accusation that the Sandy Hook parents are liars and frauds.

11. This conspiracy theory, which has been pushed by InfoWars and Mr. Jones since the day of the shooting, alleges that the Sandy Hook massacre did not happen, or that it was staged by the government and concealed using actors, and that the parents of the victims are participants in a horrifying cover-up.

12. On April 22, 2017, Mr. Jones broadcast a video entitled "Sandy Hook Vampires Exposed."[1] The information presented was not new. It contained a continuation and elaboration of the same stale attacks Mr. Jones has made about the honesty and identity of the Sandy Hook parents for years.

13. During the April 22, 2017 broadcast, Mr. Jones discussed a CNN interview with Plaintiff Veronique De La Rosa and Anderson Cooper, stating: "So here are these holier than thou people, when we question CNN, who is supposedly at the site of Sandy Hook, and they got in one shot leaves blowing, and the flowers that are around it, and you see the leaves blowing, and they go [gestures]. They glitch. They're recycling a green-screen behind them."[2] The gist of this statement by Mr.

---

[1] https://www.youtube.com/watch?v=rUn1jKhWTXI
[2] *Id.*

3

Jones is that Mrs. De La Rosa's interview was faked and did not occur at the Edmond Town Hall in Newtown.

14. In the April 22, 2017 broadcast, Mr. Jones next showed video footage of Plaintiff Veronique De La Rosa speaking with Anderson Cooper in her interview. Over this footage, Mr. Jones stated: "And then we've got Anderson Cooper, famously, not just with the flowers blowing and a fake, but when he turns, his nose disappears repeatedly because the green-screen isn't set right. And they don't like to do live feeds because somebody might run up. CNN did that in the Gulf War and admitted it. They just got caught two weeks ago doing it in supposedly Syria. And all we're saying is, if these are known liars that lied about WMDs, and lied to get us in all these wars, and backed the Arab Spring, and Libya, and Syria, and Egypt, and everywhere else to overthrow governments, and put in radical Islamicists (sic), if they do that and have blood on their hands, and lied about the Iraq War, and were for the sanctions that killed half a million kids, and let the Islamicists (sic) attack Serbia, and lied about Serbia launching the attack, when it all came out later that Serbia didn't do it, *how could you believe any of it if you have a memory?* If you're not Dory from 'Finding Dory,' you know, the Disney movie. Thank god you're so stupid, thank god you have no memory. It all goes back to that."[3]

15. Based on the video footage of the Anderson Cooper interview with Mrs. De La Rosa, Mr. Jones sought to convince his audience that they should not "believe

_____

[3] *Id.*

4

any of it."[4] As will be discussed more fully below, Mr. Jones' allegation regarding Mrs. De La Rosa's participation in a "faked interview" is a central pillar of his years-long assertion that the Sandy Hook tragedy was faked and that the parents are participants in a cover-up.

16.     Mr. Jones' assertion that Plaintiff Veronique De La Rosa participated in a faked blue-screen interview from a remote location is manifestly false. Mr. Jones' assertion that the interview did not take place in front of the Edmond Town Hall is also manifestly false. The visual effect described by Mr. Jones is the result of motion compensation video compression, which would have been readily ascertainable at the time Mr. Jones made his claims.[5] Nonetheless, after five years, Mr. Jones continues to push this sick lie about Mrs. De La Rosa and her interview.

17.     On the April 22, 2017 broadcast, Mr. Jones and an InfoWars producer also repeated other statements consistent with their years-long campaign to convince their audience that Sandy Hook was faked and that the parents are lying. An InfoWars producer stated: "They come out first day, have the wrong name of the supposed shooter. They have his older brother. And they've got guns that they're calling out, and then they're pulling guns out of cars, they're finding people in the back woods who are dressed up in SWAT gear."[6]

---

[4] *Id.*

[5] *See, e.g.,* https://www.metabunk.org/debunked-sandy-hook-anderson-cooper-green-screen-disappearing-nose-with-pozner.t1148/

[6] https://www.youtube.com/watch?v=rL-nIjKhWTXI

18.     Mr. Jones responded to the producer's comments by stating: "And that's on helicopter footage, and then they say it never existed, and later admit it does, and the school was closed until that year, in the videos it's all rotting and falling apart and nobody is even in it, and the kids are going in circles, in and out of the building with their hands up, and they never called rescue choppers. I mean, exactly."[7]

19.     The InfoWars producer responded to Mr. Jones by stating: "There's some supposed dash footage where the people are smiling and getting their lunches ready, police officers. You think you're going to have smiling police officers at a time when they're supposedly bringing out twenty dead kids? And they're smiling and getting their lunches ready."[8]

20.     Mr. Jones responded to the producer by stating: "And they had Port-A-Potties being delivered an hour after it happened, for the big media event."[9]

21.     The InfoWars producer responded to Mr. Jones by stating: "We've never seen, there was never been any even blurred photos of any bodies or anything...We didn't even get blurred images with the dead kids in Syria. We got crisp photos."[10]

22.     In totality, the gist of the false comments in this one-hour broadcast on April 22, 2017 is that the Sandy Hook shooting was faked or staged, and that

---

[7] *Id.*
[8] *Id.*
[9] *Id.*
[10] *Id.*

Plaintiffs Veronique De La Rosa and Leonard Pozner are "Sandy Hook Vampires" engaged in a cover-up.[11] Persons familiar with the Plaintiffs would have understood and inferred Mr. Jones to be making an allegation that Mrs. De La Rosa's interview was fake and that the Plaintiffs are lying about the circumstances of Sandy Hook and the death of their son.

23. On April 28, 2017, Mr. Jones held a press conference in which he was asked if he believes that Sandy Hook was a "false flag." Mr. Jones stated: "I think we should investigate everything because the government has staged so much stuff, and then they lie and say that I said the whole thing was totally fake when I was playing Devil's Advocate in a debate. I said maybe the whole thing is real, maybe the whole thing is fake. They were using blue-screens out there...Yes, governments stage things."[12] Mr. Jones was again asserting that Plaintiff Veronique De La Rosa participated in a fake blue-screen interview, and that this interview was part of a massive criminal conspiracy orchestrated by government forces. Both assertions are manifestly false.

24. On June 13, 2017, Mr. Jones posted a video to the InfoWars Facebook page in which he once again promoted his defamatory lie about Mrs. De La Rosa's interview on CNN. Mr. Jones stated: "But there's been a cover-up. Anderson Cooper got caught, faking where his location was with blue-screen. I mean, it's all there."[13]

---

[11] *Id.*

[12] https://www.youtube.com/watch?v=StOyqvt0fkY

[13] https://www.facebook.com/80256732576/videos/10155465593882577/

25. On June 18, 2017, Megan Kelly aired her interview with Mr. Jones, during which he stated: "I do think there's some cover-up and some manipulation."[14] The following exchange took place:

> MEGYN KELLY: But Alex, the parents, one after the other, devastated. The dead bodies that the coroner autopsied ...
>
> ALEX JONES: And they blocked all that. And they won't release any of it. That's unprecedented.[15]

26. Jones and Kelly then had the following exchange:

> JONES: But then what do you do, when they've got the kids going in circles, in and out of the building with their hands up? I've watched the footage. And it looks like a drill.
>
> MEGYN KELLY: When you say, "parents faked their children's death," people get very angry.
>
> ALEX JONES: Yeah, well, that's - oh, I know. But they don't get angry about the half million dead Iraqis from the sanctions. Or they don't get angry about all the illegals pouring in.[16]

27. During the June 18, 2017 profile of Jones for her NBC show *Sunday Night with Megyn Kelly*, Ms. Kelly interviewed fellow Sandy Hook parent Neil Heslin about the claims made by Jones, including that "the whole thing was fake" and "a

---

[14] https://realclearpolitics.com/video/2017/06/18/full_video_megyn_kelly_interviews_alex_jones.html
[15] *Id.*
[16] *Id.*

8

giant hoax."[17] Addressing this hateful lie, Mr. Heslin told Kelly, "I lost my son. I buried my son. I held my son with a bullet hole through his head."[18]

28.     On June 26, 2017, InfoWars' broadcast featured a segment hosted by reporter Owen Shroyer in which Shroyer claimed to have reviewed evidence showing it was impossible for Mr. Heslin to have held his son and see his injury. This broadcast was meant to reinforce and support the underlying lie that the Sandy Hook parents are fakes.

29.     During the broadcast, Shroyer said, "The statement [Mr. Heslin] made, fact-checkers on this have said cannot be accurate. He's claiming that he held his son and saw the bullet hole in his head. That is his claim. Now, according to a timeline of events and a coroner's testimony, that is not possible."[19]

30.     As support for these statements, Shroyer played video footage where the local medical examiner informed reporters that the slain students were initially identified using photographs rather than in person. However, the Sandy Hook parents were permitted to see and hold their children soon thereafter.

31.     Shroyer stated, "You would remember if you held your dead kid in your hands with a bullet hole. That's not something you would just misspeak on."[20]

[17] https://realclearpolitics.com/video/2017/06/18/full_video_megyn_kelly_interviews_alex_jones.html
[18] Id.
[19] https://www.infowars.com/zero-hedge-discovers-anomaly-in-alex-jones-hit-piece/
[20] Id.

32.     Stroyer continued by stating that Mr. Heslin was "making a pretty extreme claim that would be a very thing vivid in your memory, holding his dead child."[21]

33.     Shroyer then stated: "The conspiracy theorists on the internet out there have a lot of questions that are yet to be answered. You say whatever you want about the event, that's just a fact."[22]

34.     At the conclusion of his report, Shroyer stated, "Will there be a clarification from Heslin or Megyn Kelly? I wouldn't hold your breath. [Laugh]. So now they're fueling the conspiracy theory claims. Unbelievable."[23]

35.     The underlying point or gist of Shroyer's report is that Mr. Heslin was lying about the circumstances of his son's tragic death because it didn't happen. While not directly mentioning the Plaintiffs, Mr. Shroyer's statements are further evidence of InfoWars' continuing malicious intent to convince the public that the Sandy Hook parents are lying, and that their participation in media interviews, such as Plaintiff Veronique De La Rosa's interview with Anderson Cooper, are faked acts of manipulation to cover up a horrible secret truth.

## BACKGROUND TO INFOWARS' 2017 DEFAMATORY STATEMENTS

36.     In order to fully appreciate the defamatory impact and the extent of the mental anguish caused by InfoWars' 2017 statements, it is necessary to understand InfoWars' long history of harassing the Sandy Hook parents with defamatory lies.

[21] *Id.*
[22] *Id.*
[23] *Id.*

Mr. Jones' 2017 statements are but the latest in a series of false, cruel, and dangerous assertions about the Plaintiffs and the parents of the other victims.

37. In 2013, Jones called the shooting "staged" and said, "It's got inside job written all over it."[24]

38. In March 2014, Mr. Jones debuted his allegation regarding a "faked" interview between Plaintiff Veronique De La Rosa and Anderson Cooper. This allegation about a "blue-screen" became a central pillar of his assertion that the incident was faked and manipulated by the government through the use of so-called crisis actors. Mr. Jones said on broadcast: "Folks, we've got video of Anderson Cooper with clear blue-screen out there. [Shaking head]. He's not there in the town square. We got people clearly coming up and laughing and then doing the fake crying. We've clearly got people where it's actors playing different parts for different people, the building bulldozed, covering up everything. Adam Lanza trying to get guns five times we're told. The witnesses not saying it was him...I've looked at it and undoubtedly, there's a cover-up, there's actors, they're manipulating, they've been caught lying, and they were pre-planning before it and rolled out with it."[25]

39. In May 2014, InfoWars published an article titled: "CONNECTICUT TRIES TO HIDE SANDY HOOK TRUTH."[26]

---

[24] https://www.mediamatters.org/blog/2013/04/15/alex-jones-on-boston-blasts-us-govt-is-prime-su/193635; https://www.mediamatters.org/embed/clips/2016/11/29/51289/gen-alexjones-20130409-sandyhook
[25] https://www.mediamatters.org/embed/clips/2016/11/29/51283/gen-alexjones-20140314-shooting
[26] https://www.infowars.com/connecticut-tries-to-hide-sandy-hook-truth/

40.    In September 2014, InfoWars published an article titled: "FBI SAYS NO ONE KILLED AT SANDY HOOK."[27]

41.    In December 2014, Jones said on his radio program: "The whole thing is a giant hoax. How do you deal with a total hoax? It took me about a year, with Sandy Hook, to come to grips with the fact that the whole thing was fake. I did deep research."[28]

42.    In the same December 2014 broadcast, Jones continued: "The general public doesn't know the school was actually closed the year before. They don't know they've sealed it all, demolished the building. They don't know that they had the kids going in circles in and out of the building as a photo-op. Blue-screen, green-screens, they got caught using."[29]

43.    Jones made similar comments in January 2015, stating on InfoWars: "You learn the school had been closed and re-opened. And you've got video of the kids going in circles, in and out of the building, and they don't call the rescue choppers for two hours, and then they tear the building down, and seal it. And they get caught using blue-screens, and an email by Bloomberg comes out in a lawsuit, where he's telling his people get ready in the next 24 hours to capitalize on a shooting. Yeah, so Sandy Hook is a synthetic, completely fake with actors, in my view, manufactured. I couldn't believe it at first. I knew they had actors there, clearly, but I thought they killed some real kids. And it just shows how bold they are

[27] https://www.infowars.com/fbi-says-no-one-killed-at-sandy-hook/
[28] https://realclearpolitics.com/video/2017/06/18/full_video_megyn_kelly_interviews_alex_jones.html
[29] https://www.mediamatters.org/embed/clips/2016/11/29/51292/gcn-alexjones-20141228-sandyhook

that they clearly used actors. I mean they even ended up using photos of kids killed in mass shootings here in a fake mass shooting in Turkey, or Pakistan. The sky is now the limit."[30]

44.  Mr. Jones' statement about Pakistan refers to a conspiracy theory Jones helped spread involving Plaintiffs' deceased minor child N.P., whose photograph appeared at vigil for children slain a school attack in Peshawar. On the day of the Peshawar incident, a Pakistani woman created a collage of photographs of young people killed in school attacks and posted it to Facebook with the caption "They Went to School and Never Came Back."[31] Because the Peshawar shooting occurred very close to the anniversary of the Sandy Hook massacre, she included a picture of a child from the latter event, along with pictures of Peshawar victims.[32] That collage was then printed out and cut up into the individual photographs displayed by mourners at a vigil for the Peshawar victims.[33]

45.  In January 2015, InfoWars published an article about this event titled: "MYSTERY: SANDY HOOK VICTIM DIES (AGAIN) IN PAKISTAN."[34] The article states: "A large-scale attack on a school in Peshawar, Pakistan, last month left 132 school children and 10 teachers dead. Among the alleged victims emerged the familiar face of [N.P.], one of the children supposedly killed in the December 2012 Sandy Hook

---

[30] https://www.mediamatters.org/embed/clips/2016/11/29/51290/gen-alexjones-20150113-shooting
[31] https://www.snopes.com/fact-check/info-boors/
[32] Id.
[33] Id.
[34] https://www.infowars.com/mystery-sandy-hook-victim-dies-again-in-pakistan/

13

school shooting in Newtown, Connecticut."[35] InfoWars' story was meant to reinforce Mr. Jones' persistent lie that N.P. and the other victims of the shooting are not real.

46. In July 2015, Mr. Jones again emphasized Plaintiff Veronique De La Rosa's interview with Anderson Cooper as evidence of the hoax, stating on his broadcast: "But you've got green-screen with Anderson Cooper, where I was watching the video, and the flower and plants were blowing in some of them, and then they blow again the same way. It's looped. And then his nose disappears. I mean, it's fake. The whole thing is...I don't know what happened. It's kind of like if you see a hologram at Disney World in the Haunted House. You know? I don't know how they do it, but it's not real. When you take your kids to see the Haunted House and ghosts are flying around, it's not real, folks. It's staged. I mean, a magician grabs a rabbit out of his hat. I know he's got a box under the table that he reaches in and gets the rabbit. I don't know what the trick is here. I've got a good suspicion. But when you've got Wolfgang Halbig...He believed it was real. People called him. He went and investigated. No paperwork, no nothing. It's bull. And now an FBI retired agent, who retired, you know, with decorations. I mean, [InfoWars reporter Rob] Dew, this unprecedented."[36]

47. In that same month, InfoWars published an article titled: "MEGA MASSIVE COVER UP: RETIRED FBI AGENT INVESTIGATES SANDY HOOK."[37]

---

[35] Id.
[36] https://www.mediamatters.org/embed/clips/2016/11/29/51284/gen-alexjones-20150707-shooting
[37] https://www.infowars.com/mega-massive-cover-up-retired-fbi-agent-investigates-sandy-hook/

48.     In January of 2016, Florida resident Lucy Richards left menacing voicemail messages and sent violent online threats to Plaintiff Leonard Pozner, including messages stating: "you gonna die, death is coming to you real soon" and "LOOK BEHIND YOU IT IS DEATH."[38] When Richards was later sentenced, Senior U.S. District Judge James Cohn stated: "I'm sure [Plaintiff Leonard Pozner] wishes this was false, and he could embrace [N.P.], hear [N.P.'s] heartbeat and hear [N.P.] say 'I love you, Dad'...Your words were cruel and insensitive. This is reality and there is no fiction. There are no alternative facts."[39] As part of her sentence, Ms. Richards will not be permitted to access a list of conspiracy-based websites upon her release, including InfoWars.[40] Ms. Richard's arrest and sentencing are an ominous reminder of the danger posed by Mr. Jones' continuing lies about the Plaintiffs' alleged role in faking Sandy Hook.

49.     In November of 2016, Mr. Jones appeared on InfoWars and again ranted about false Sandy Hook claims for twenty minutes.[41]

50.     During the November 2016 video broadcast, Mr. Jones again returned to the subject of Plaintiff Veronique De La Rosa's interview with Anderson Cooper, stating: "That shows some kind of cover-up happening. And then I saw Anderson Cooper -- I've been in TV for twenty-something years, I know a blue-screen or a

---

[38] https://www.nbcnews.com/news/us-news/conspiracy-theorist-arrested-death-threats-against-sandy-hook-parent-n693396

[39] http://www.nydailynews.com/news/crime/judge-hands-sandy-hook-truther-prison-sentence-article-1.3229754

[40] https://www.buzzfeed.com/claudiakoerner/a-conspiracy-theorist-will-serve-time-for-threatening-a

[41] https://www.youtube.com/watch?v=MwudDfZlyAk

green-screen – turn and his nose disappeared. Then I saw clearly that they were using footage on the green-screen looped, because it would show flowers and other things during other broadcasts that were moving, and then basically cutting to the same piece of footage...Then we see footage of one of the reported fathers of the victims, Robbie Parker, doing classic acting training."[42]

51. The gist of these statements was that the Sandy Hook plaintiffs, including Plaintiffs Veronique De La Rosa and Leonard Pozner, are participating in a sinister manipulation plan to fool the public.

52. During the November 2016 broadcast, Jones again played video footage of Anderson Cooper interviewing Plaintiff Veronique De La Rosa, at which point Jones stated: "We point out clear chromakey, also known as blue-screen or green-screen being used, and we're demonized. We point out that they're clearly doing fake interviews."[43] Despite his protestations, Mr. Jones is quite aware that he has been using Veronique De La Rosa's interview to spread his lie about the Sandy Hook parents. Mr. Jones knows Veronique De La Rosa did not participate in a faked interview from a remote location. Mr. Jones knows that there was no blue-screen, and that Veronique De La Rosa and Anderson Cooper were standing in front of the Edmond Town Hall in Newtown. He does not care. He lies anyway.

53. Towards the end of the November 2016 broadcast, Mr. Jones stated: "Why should anybody fear an investigation? If they have nothing to hide? In fact,

---

[42] *Id.*
[43] *Id.*

isn't that in Shakespeare's Hamlet? Methinks you protest too much...This particular case, they are so scared of investigation. Everything they do ends up blowing up in their face. So you guys are going to get what you want now. I'm going to start re-investigating Sandy Hook and everything else that happened with it."[44]

54.    Mr. Jones concluded the video by stating: "So, if children were lost at Sandy Hook, my heart goes out to each and every one of those parents. And the people who say they're parents that I see on the news. The only problem is, I've watched a lot of soap operas. And I've seen actors before. And I know when I'm watching a movie and when I'm watching something real."[45]

55.    The November 2016 video broadcast was entitled, "Alex Jones Final Statement on Sandy Hook." It was Plaintiffs' hope that the title was accurate, and that Mr. Jones would finally end his reckless attacks on the Sandy Hook parents and his assertions that they were liars and actors engaged in a fraud on the American people.

56.    As horrifying as the November 2016 broadcast was, its promise of being the "Final Statement" gave hope to the Plaintiffs that their harassment and defamation by Jones might be coming to an end after four long years.

57.    Those hopes were soon dashed. Instead, Mr. Jones and InfoWars made continuing defamatory comments in 2017 as outlined above. These comments in 2017 repeated the claims which form the rickety structure of Mr. Jones' colossal lie

---

[44] *Id.*
[45] *Id.*

about Sandy Hook, including the allegation that Plaintiff Veronique De La Rosa conducted a fake interview with Anderson Cooper to hide the truth, while telling his viewers not to "believe any of it."[46]

58.    As such, the comments made by InfoWars in 2017 did not occur in isolation. Rather, the statements were a continuation and elaboration of a years-long campaign to falsely attack the honesty of the Sandy Hook parents, casting them as participants in a ghastly conspiracy and cover-up.

59.    By making renewed accusations about the Plaintiffs in 2017, InfoWars breathed new life into this conspiracy and caused intense emotional anguish and despair. For that reason, Plaintiffs bring this suit against Defendants.

### CAUSE OF ACTION

I.    **Defamation and Defamation *Per Se***

60.    All previous allegations are incorporated by reference.

61.    Plaintiffs are private individuals and are neither public officials nor public figures.

62.    Defendants' April 22, 2017, April 28, 2017, and June 18, 2017 broadcasts described above were false, both in their particular facts and in the main point, essence, or gist in the context in which they were made.

63.    The April 22, 2017, April 28, 2017, and June 18, 2017 broadcasts, while defamatory in their own right, were also continuations and elaborations of an

---

[46] https://www.youtube.com/watch?v=rUnljKhWTXI

underlying defamatory assertion which Defendants have advanced since 2013, namely that the Plaintiffs have lied to the American people about the death of their son and have participated in a horrifying criminal cover-up.

64.     In viewing the April 22, 2017, April 28, 2017, and June 18, 2017 broadcasts, a reasonable member of the public would be justified in inferring that the publications implicated the Plaintiffs.

65.     In viewing the April 22, 2017, April 28, 2017, and June 18, 2017 broadcasts, individuals who know and were acquainted with the Plaintiffs would understand from viewing the broadcasts that the allegedly defamatory matter implicated the Plaintiffs.

66.     Defendants statements in 2017 were also defamatory because they are reasonably susceptible to a defamatory meaning by innuendo. A reasonable person, reviewing the statements in question, could conclude the Plaintiffs were being accused of engaging in fraudulent or illegal activity. In context, the gist of the statements could be construed as defamatory to the Plaintiffs by an average member of general public.

67.     Though he was not named or depicted by image, Defendants' broadcasts in 2017 were defamatory to Plaintiff Leonard Pozner because a reasonable person, reviewing the broadcasts in question, could conclude that Mr. Pozner was likewise being accused of engaging in fraudulent or illegal activity, whether directly or through innuendo. Individuals who know and were acquainted

with the Plaintiffs would understand from viewing the broadcasts that the allegedly defamatory matter implicated Leonard Pozner as well.

68.     Defendants' defamatory publications were designed to harm the Plaintiffs' reputation and subject the Plaintiffs to public contempt, disgrace, ridicule, or attack.

69.     Defendants acted with actual malice. Defendants' defamatory statements were knowingly false or made with reckless disregard for the truth or falsity of the statements at the time the statements were made.

70.     Defendants' defamatory publications were not privileged.

71.     Defendants' defamatory statements constitute defamation *per se*. The harmful nature of the defamatory statements is self-evident. The defamatory statements implicate the Plaintiffs in heinous criminal conduct. False implications of criminal conduct are the classic example of defamation *per se*.

72.     Defendants publicly disseminated the defamatory publications to an enormous audience causing significant damages to the Plaintiffs.

73.     Defendants' defamatory publications have injured the Plaintiffs' reputation and image, and they have exposed the Plaintiffs to public and private hatred, contempt, and ridicule.

74.     In light of their prior experience with these kind of reckless statements, Defendants knew that their publication could cause the Plaintiffs to suffer harassment and potential violence.

75. Defendants' defamatory publications have and will continue to cause harm to the Plaintiffs. Due to Defendants' conduct, the Plaintiffs have suffered and continue to suffer substantial damages in an amount to be proven at trial.

## II. Conspiracy

76. All previous allegations are incorporated by reference.

77. Defendants acted together, as a cabal, to accomplish their campaign of defamation. Defendants had a meeting of the minds on the object or course of action underlying their pattern of recklessly defamatory broadcasts.

78. As a result of this meeting of the minds, Defendants collectively committed the unlawful overt acts detailed above.

79. Defendants are jointly and severally liable for the injuries Plaintiffs suffered due to Defendants' wrongful actions.

## III. Respondeat Superior

80. All previous allegations are incorporated by reference.

81. When InfoWars employees acted in the manner described in this Petition, they did so as agents of InfoWars and within the scope of their authority from Mr. Jones.

82. InfoWars and Alex Jones are liable for the damages proximately caused by the conduct of employees and agents pursuant to the doctrine of *respondeat superior*.

## DAMAGES

83.     Plaintiffs have suffered general and special damages, including a severe degree of mental stress and anguish which have disrupted their daily routine and caused a high degree of psychological pain.

84.     Plaintiffs have also suffered damage to their reputation and image, both up to the present and into the future.

85.     Because Defendants' conduct amounts to defamation *per se*, Plaintiffs are also entitled to an award of presumed damages.

86.     Plaintiffs are also entitled to an award of nominal damages and a judgment clearing their names.

87.     Plaintiffs are also entitled to exemplary damages because the Defendants acted with malice.

88.     Plaintiffs are also entitled to pre-judgment and post-judgment interest, costs of court, and attorney's fees.

89.     Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiffs are seeking relief in excess of $1,000,000.

## JURY DEMAND

90.     Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## REQUEST FOR DISCLOSURE

91.     Plaintiffs request that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiffs Leonard Pozner and Veronique De La Rosa ask that the Court issue citation for each Defendant to appear and answer, and that Plaintiffs be awarded all the damages set forth above, and to grant whatever further relief to which Plaintiffs are justly entitled.

Respectfully submitted,

**KASTER LYNCH FARRAR & BALL, LLP**

MARK D. BANKSTON
State Bar No. 24071066
KYLE W. FARRAR
State Bar No.
WILLIAM R. OGDEN
State Bar No. 24073531
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____ COURT *(FOR CLERK USE ONLY)*: _____

STYLED ___ LEONARD POZNER and VERONIQUE DE LA ROSA VS. ALEX E. JONES, INFOWARS, LLC, and FREE SPEECH SYSTEMS, LLC

(e.g., John Smith v. All American Insurance Co.; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name** | **Email:** | **Plaintiff(s)/Petitioner(s)** | ☒ Attorney for Plaintiff/Petitioner |
| Mark D. Bankston | mark@fbtrial.com | LEONARD POZNER and VERONIQUE DE LA ROSA | ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: |
| **Address** | **Telephone** | | |
| 1010 Lamar, Ste. 1600 | (713) 221-8300 | | Additional Parties in Child Support Case: |
| **City/State/Zip:** | **Fax:** | **Defendant(s)/Respondent(s):** | Custodial Parent: |
| Houston, Texas 77002 | (713) 221-8301 | ALEX E. JONES, INFOWARS, LLC, and FREE SPEECH SYSTEMS, LLC | Non-Custodial Parent: |
| **Signature:** | **State Bar No.** | | |
| /s/ Mark D. Bankston | 24034828 | | Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

| Contract | Injury or Damage | Real Property |
|---|---|---|
| *Debt/Contract* | ☐ Assault/Battery | ☐ Eminent Domain/ |
| ☐ Consumer/DTPA | ☐ Construction | Condemnation |
| ☐ Debt/Contract | ☒ Defamation | ☐ Partition |
| ☐ Fraud/Misrepresentation | *Malpractice* | ☐ Quiet Title |
| ☐ Other Debt/Contract | ☐ Accounting | ☐ Trespass to Try Title |
| | ☐ Legal | ☐ Other Property |
| *Foreclosure* | ☐ Medical | |
| ☐ Home Equity—Expedited | ☐ Other Professional | |
| ☐ Other Foreclosure | Liability | |
| ☐ Franchise | | **Related to Criminal** |
| ☐ Insurance | ☐ Motor Vehicle Accident | **Matters** |
| ☐ Landlord/Tenant | ☐ Premises | ☐ Expunction |
| ☐ Non-Competition | *Product Liability* | ☐ Judgment Nisi |
| ☐ Partnership | ☐ Asbestos/Silica | ☐ Non-Disclosure |
| ☐ Other Contract | ☐ Other Product Liability | ☐ Seizure/Forfeiture |
| | List Product: | ☐ Writ of Habeas Corpus— |
| | | Pre-indictment |
| | ☐ Other Injury or Damage | ☐ Other: |

### Family Law

| Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|
| ☐ Annulment | ☐ Enforcement |
| ☐ Declare Marriage Void | ☐ Modification—Custody |
| *Divorce* | ☐ Modification—Other |
| ☐ With Children | **Title IV-D** |
| ☐ No Children | ☐ Enforcement/Modification |
| | ☐ Paternity |
| | ☐ Reciprocals (UIFSA) |
| | ☐ Support Order |

| Other Family Law | Parent-Child Relationship |
|---|---|
| ☐ Enforce Foreign | ☐ Adoption/Adoption with |
| Judgment | Termination |
| ☐ Habeas Corpus | ☐ Child Protection |
| ☐ Name Change | ☐ Child Support |
| ☐ Protective Order | ☐ Custody or Visitation |
| ☐ Removal of Disabilities | ☐ Gestational Parenting |
| of Minority | ☐ Grandparent Access |
| ☐ Other: | ☐ Parentage/Paternity |
| | ☐ Termination of Parental |
| | Rights |
| | ☐ Other Parent-Child |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination | ☐ Administrative Appeal | ☐ Lawyer Discipline |
| ☐ Retaliation | ☐ Antitrust/Unfair | ☐ Perpetuate Testimony |
| ☐ Termination | Competition | ☐ Securities/Stock |
| ☐ Workers' Compensation | ☐ Code Violations | ☐ Tortious Interference |
| ☐ Other Employment | ☐ Foreign Judgment | ☐ Other: |
| | ☐ Intellectual Property | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal | *Probate/Wills/Intestate Administration* | ☐ Guardianship—Adult |
| ☐ Tax Delinquency | ☐ Dependent Administration | ☐ Guardianship—Minor |
| ☐ Other Tax | ☐ Independent Administration | ☐ Mental Health |
| | ☐ Other Estate Proceedings | ☐ Other: |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ☐ Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13

Exhibit B-34 is thumb drive containing a true and correct copy of the Defendants'
Motion to Dismiss under the Texas Citizens' Participation Act filed in the 345th District
Court, Travis County, Texas, in cause number D-1-GN-18-001842 on June 26, 2018.

EXHIBIT

B-34

| Speaker 1: | 00:00:02 | Waging war on corruption. It's Alex Jones. (singing) |
| --- | --- | --- |
| Alex Jones: | 00:00:09 | Ladies and gentleman, this is such an incredible time to be politically alive. So much change, so much being discovered, so much good happening, but also so much bad. Riveting! Amazing! We've seen the death of David Rockefeller. We've seen the death of Zbigniew Brzezinski. David |
| | | Rockefeller was the modern architect of corporate world neocolonialism, crony capitalism, world government. Dead 2017. His top henchman, his top operative Brzezinkski dead, and now John McCain fighting for his life, whereas I never wish any harm on a living creature and have empathy. This is a man that funded Al-Qaeda in Arab spring that killed over a million people and blew up hundreds of churches, killing hundreds of thousands of Christians. So he has lived a life of serving death and serving the destruction of America, and now he is in line to meet his maker, and I hope he gets right with God. |
| | | Talking about Russia hysteria, Mueller's expanded probe to Trump businesses. This is a witch hunt to infinity and beyond. Here's some of the Democrats and Republicans in their hysteria. |
| Bob Barr: | 00:01:17 | If it weren't serious it would be funny, uh, some of the what I call the, uh, the post-factual statements that, uh, that the left, uh, makes continuously. The problem partly is that if you say something, whether it is true or false, whether it is outrageous or rational, if you simply say something over, and over, and over again people actually start to believe it and will act on it. |
| Speaker 2: | 00:01:45 | Fox is a propaganda network. It- it functions off of the idea of breaking people up into teams, so they are aiding and abetting the enemy. They are aiding and abetting those people we are- are currently at war at with, uh, the Russians. |
| Howard Stern: | 00:02:00 | If I hear one more conservative talking about, like, all of this ... I don't know what happened to conservatives. They were the guys who were anti-Russia, who were like, "Well, it's not so ... The Russians aren't so bad." You know, because they're defending Trump, and I'm like, "Are you out of your ... mind? This guy kills journalists for having an opinion or for d- digging into the facts or disagreeing with them. |
| Speaker 3: | 00:02:21 | [crosstalk 00:02:21] |
| Howard Stern: | 00:02:21 | They back, uh, terrorist governments. They ... hate us. They're our enemy. |



EXHIBIT

B-35

tabbies

1

| | | |
|---|---|---|
| Alex Jones: | 00:02:27 | That's McCain that backed the terrorists. |
| Howard Stern: | 00:02:29 | And you know what? Do not be talking to Russians and getting any kind of help from them. |
| Speaker 3: | 00:02:33 | That's the [crosstalk 00:02:33] |
| Speaker 4: | 00:02:34 | How dare you take a phone call. |
| Speaker 3: | 00:02:35 | You don't talk to them. |
| Howard Stern: | 00:02:35 | Right. |
| Speaker 3: | 00:02:35 | Say- |
| Speaker 5: | 00:02:36 | I think what we're learning, uh, with the Trump Junior meeting is when you meet with any Russians you're meeting with Russian intelligence and therefore, President Putin. |
| Speaker 6: | 00:02:47 | This is a reality that will become the only reality until this country rids itself of Donald John Trump. He is not a President. He is a puppet put in power by Vladimir Putin. |
| Maxine Waters: | 00:03:00 | Uh, so many of us are attempting in every way that we possibly can- |
| Alex Jones: | 00:03:04 | No, you're the puppets. |
| Maxine Waters: | 00:03:05 | ... uh, to- |
| Alex Jones: | 00:03:06 | You're the enemies. |
| Maxine Waters: | 00:03:07 | ... unveil the criminal activity, the unconstitutional activity of this President and his family. |
| Alex Jones: | 00:03:15 | Russia kicked out the oligarchs. |
| Maxine Waters: | 00:03:17 | I have dubbed them- |
| Alex Jones: | 00:03:17 | That's the only things we have in common. |
| Maxine Waters: | 00:03:19 | ... the, uh, criminal clan a long time ago, and as many of you know, I stepped out a long time ago and said I thought he should be impeached. |
| Speaker 7: | 00:03:28 | The- the investigation, it- it's not ... uh, nothing is proven yet, but we- we're now beyond obstruction of justice in terms of |

what's being investigated. This is moving into perjury, false statement, uh, and even into potentially treason.

Speaker 6:    00:03:41    The nation and all of our freedoms hang by a thread, and the military apparatus of the country is about to be handed over to scum who are beholden to scum. Russian scum.

Alex Jones:    00:03:53    Yup, they had their foot on the neck of Russian for a long time, the Hollywood crowd, the globalists, and now they want us.

Speaker 6:    00:04:01    Resist. Peace.

Alex Jones:    00:04:03    Ladies and gentlemen, thank you so much for joining us on this live Thursday global transmission. The 20th day of July 2017. We've known that Mueller is a operative of the deep state who covered up the Clinton's, the Bush's, and the globalists committing unbelievable crimes. He sat back as FBI Director, as did Comey, while the Clintons got tens of billions of dollars to specifically sell out US infrastructure, US minerals, US energy, US technology, including defense. We're talking about nuclear reactors, an ICBM launch and re-entry technology to China and North Korea, and that's all mainstream news. That's confirmed.

Illegal servers. Unbelievable crimes. Pedophile parties. None of it, none of it being prosecuted. And now Trump got the word yesterday, and he came out and he said, "Listen, your special council investigative powers are to look into Russia collusion in the election," which there is none. It's not collusion to have his son meeting with somebody about dirt on Hillary. That's called doing your job. The Democrats all did that and they admit that. But now Mueller announces this morning on the heels of Trump, Mueller expands probe to Trump business transactions, and now it's a criminal investigation to find out if Trump or any of his associates ever had contact with a Russian, including renting Russians apartments in New York, DC, Miami, Florida. You name it.

I mean, that's the proof now. Now it's gonna be they rented apartments or sold apartments to Russians when Russia, since they become quasi-free-market have thousands and thousands of millionaires and close to 100 billionaires buying ships, buying yachts, buying helicopters. They've bought 'em from all the different elites. They gave Hillary Clinton 100 plus million dollars into her foundation. 30-something million to the Podestas for uranium, but none of that matters. Those are deals where Hillary's in the email saying, "I'm gonna meet with the Chinese ambassador. Put the money in the account, and I'll meet with

3

him on policy." Boom! Arrest her! That's when she was Secretary of State.

If Trump gets caught doing something like that, caught with the Chinese ambassador or the Russian ambassador saying, "Give me money." If he ... Uh, if- if Rex Tillerson, the counterpart of Hillary, was in meetings and in- and in Wikileaks saying, "You give the money to the foundation and I'll meet and get that policy done with you next week," you put the money in and you get the policy out, classic bribery, I would call for Rex Tillerson to be put in prison for 50 years. If you give somebody military secrets it's called treason and you get your next hung 'til your vertebrae pop, until you crap your pants and die.

But it doesn't matter. I've got three clips from yesterday, David Knight and Owen did a great job, I was listening to the show, uh, workingcation, and there are the clips with Democrats on TV saying the entire administration, Rex Tillerson, you name it are all guilty of treason for trying to go into Russia and get great deals on all their rare earth minerals, their oil, their gas, their brains, their engineers. Of course, we should be working with Russia! We're capitalists. That's what we do. They're capitalists now.

But all the left that was always in love with Russia back when they were communist ... Hollywood, Howard Stern, all of it, literally say, "You don't talk to Russians. Any Russian is a Russian agent. Any Russian is like talking to Putin." These are quotes from CNN, MSNBC, Congressman Quigley, Howard Stern.

And now Trump shuts down CIA program to arm Syrian rebels that the Pentagon five years ago told Obama to stop doing, and said, "We're not going to go along with your military invasion of Syria because you are putting in Al-Qaeda, Al-Nasra, which is all the same group, now ISIS. And you are throwing a quasi-Christian country, one of the only Muslim countries that actually is inclusive and is secular, you're going to overthrow that when they didn't attack us? An-" And does what the military, what the Pentagon is saying ... The Pentagon's telling him, "Sir, the CIA, at the top," not in the middle and the bottom, a lot of those folks are actually Patriots, but at the top is big globalist foundation, big New World Order, anti-America. Carnegie, Ford endowment, skull and bones, Yale, Harvard. That's who set up the CIA in '47. It's a shadow globalist government. That's declassified. That's admitted now.

Barry Goldwater talked about it in the '50s and '60s. And so they said, "Mr. President, you wanna beat ISIS and not have our

soldiers, green berets, and people getting killed every week over there fighting ..." There's been lots of training accidents with Navy SEALs and Army soldiers dying. Lots of plane loads going down and blowing up, which is a classic tactic to cover up the real number that are dead. I don't think it's even needed to be done. Just report on what's happening. And Trump's like, "We still have agencies funding the rebels when 98% in congressional hearings they've confirmed 98%, the intel is unanimous, are Al-Qaeda, are Al-Nasra, are Wahhabists?" Wahhabists out of Saudi Arabia, the dominant religion of Islam, the dominant sect, that's what Al-Qaeda, Al-Nasra, ISIS is. It's all the same black flag, all the same Arabic g- uh, writing. All the same slogans, the same people, the same system, the same plan, the same global operation, the same cancer.

So Trump kills that yesterday and they go even more ape. Look at this Washington Post Headline. Trump Ends Covert CIA Program to Arm Anti-Assad Rebels in Syria: A Move Sought By Moscow. Yes, five years ago, General Dempsey, the Chairman of the Joint Chiefs, went to Obama on Saturday night, we reported it a year before it was in the news, it was confirmed, our sources, both on and off air. Colonel Shaffer was one of them. And they come to them and they say, "We're not gonna be the Al-Qaeda's air force," and then Senator Cruz comes out, and Rand Paul comes out and says the same thing. And they say, "This is wrong. We've got a deal with the Russians to let them come in, kick Al-Qaeda and ISIS out, then they will remove themselves but they'll keep their deepwater port they've always had in the Mediterranean, their only one, and then Assad will step aside after elections."

We're now five years later and Assad is now making noises of stepping aside after elections. They gotta deal with what's left of America in the Pentagon to not be immoral and to not put Al-Qaeda in charge of there. That's what happened, and then they turn around and act like Trump's a Russian again. Well, yes, they're ... A deal was made by our military and by people in our government with Russia. We told you first. Sy Hersh, Pulitzer Prize winner has been on three years after we broke it to say we broke it, we were right. I'm not bragging. It's just that's a hat tip. Do you understand?

They think you're stupid. They've launched a bunch of fake chemical attacks to blame it on Assad. Because Obama said, "I'll go in if you use chemicals." Why would he ever do that when he's winning and now ISIS is almost beaten? And now they're coming out pushing this garbage, and saying now they're looking into all his finances. Oh, did ... Was there any campaign

finance violations. The FBI's looking into that. Not about Russia. They're looking at bank accounts. They're looking at transactions, they're looking at everything to "find money laundering", to find any discrepancies in campaign money, and they'll call any mistakes they find money laundering.

Hillary can openly commit mass crimes. Go to Morocco and get 12 million and then sell out her whole phosphate industry, and use taxpayer money, as we reported, to send 90 million there to pay to move our jobs. That's okay, but Trump actually turns our economy on, restores our republic, follows what the Pentagon a- actually has a plan to defeat the globalists, and they call him a Russian agent. The only truth is Russia pulled out from the control of the globalists. Russia is breaking free of the New World Order partially. We are too and other nations are saying, like the UK, and Iceland, and Sweden, and Denmark, and Australia, and Brazil, and all these other places are saying, "We wanna be free too! We want a nation-state that's for our interest, not to be looted by robber barons like Zuckerberg and Bezos."

And then they call it Russia. Russia, to make it something foreign so every nation trying to pull out from globalism, be it Italy, Greece, Spain, Catalonia, they can say, "Oh, you don't really wanna pull out. The Russians made you do that." And they build the Russians up like they're superheroes. When we come back we're gonna look at McCain and his brain tumor.

| Speaker 1: | 00:14:05 | KDR- |

| Alex Jones: | 00:14:06 | I'm gonna get into John McCain and his fast-acting, very aggressive brain tumor he had removed yesterday, and how Tim Kaine calls him the- the chairman of [inaudible 00:14:19] operations, uh, because that's exactly what- what he is. That's coming up. But something I wanted to mention to everybody here and I want it to sink in for the listeners of this transmission, we're on over 200 radios stations, and we're on Facebook, and Google, and YouTube, and a lot of other video platforms, and on every platform the Democrats and the liberals have organized into groups that go around making false copyright claims and false community claims. Now, I've announced, and I don't wanna do this 'cause I'm litigious, I have to. The next person that files a slap suit, the next person that files a fake suit for publicity, I'm gonna come down on them like a ton of bricks to defend my free speech and my rights. |

'Cause people sue me to get publicity and then they wanna drop the suits right away. In fact, they wanna pay me money to drop

the suits, but it has to all be secret. That's how this works. And then there's this whole meme put out that I'm fake news and all this garbage, so I understand now I can't get out of the suits, I've gotta counter-sue people. So whoever wants to line up next, I'm going to sue you, and I mean really sue you. Depositions, everything. And I'm gonna announce this. The next person puts a fake copyright strike, I swear to God on my children I am going to sue you and I'm gonna sue your companies, and I am gonna come after you politically with 100% of the law. You got that?

'Cause during the break, they didn't tell me when I was doing my workcation we had the community guidelines, a whole swarm of folks come through and they're ... YouTube is announcing that they're looking at shutting down and- and- and basically kicking us off YouTube for people complaining that I've reported on Sandy Hook and had Wolfgang Halbig, a former school, uh, safety administrator on, for a debate about whether the official story was true or not. Then the media misrepresents what I say, saying that I say it never happened, when I've looked at both sides, but it doesn't matter.

I have my right ... If I was an idiot, black nationalist, racist, I could be a racist black person. If I wanted to be a KKK person, an idiot, I could be that as long as I don't hurt innocent people. And if I wanted to say that I don't believe that babies out of incubators and had their brains bashed out to get us in the Iraq war, which is true, didn't happen, it's my right to say it. And then I can question big PR events like Sandy Hook when there are major anomalies like them saying none of the parents were allowed to see their kids that day at the school. Then they had people on NBC saying they held their kid dead at the school.

People see that. They see blue screens. They see kids going in circles in and out the building. They say it looks like a drill. Why were no rescue choppers sent? Why were port-a-potties there an hour later? Uh- uh- uh, I'm not saying it didn't happen because I'm not sure. I don't wanna go that far. I've gotta be sure. I have a right to question that. But regardless, they wanna shut our channel down because of three-year-old videos, but see, I can't find out who did that specifically. I can sue, and they know ... They know I've already got the law firm that's in DC and others ready. They know I'm going to sue whoever files a fake copyright claim again.

I am going to sue you. I cannot wait. Because people put these fraudulent claims out constantly. It's amazing, and I'm done. I'm done playing games with all these people because I'm gonna

defend the First Amendment and I'm going to come after the people that violate it. This is a microcosm, uh, going back 10 years ago. I was even on access TV anymore here in Austin where I started 20-something years ago, but they were getting rid of free speech. They were banning libertarians and conservatives, and I sued them, got the evidence what was happening, and out of that came a criminal investigation, and the director of it was found guilty of embezzling over $300,000 and sent to the state pen in East Texas. Huntsville. He only spent a couple years, but ... And it went higher than that in the city, but they killed the investigation.

So I'm- I'm not a litigious person, but if I do come after you legally you're going to- you're going to understand. And Google got caught hiring a company to de-list us, and- and they got caught and they had to pull back. They admitted they did it, and they had us de-listed two weeks ago where you couldn't see Info Wars at the top. And I told them, "I'm gonna sue you privately," and they put it back up at the top because they understand I have the audience not just the money and we're gonna expose you bullies. You understand? Next person, you're sued, so line up. You wanna get in a big, fat lawsuit with me, whoever you are, I don't care who you are, you make up crap, you lie about us, you try to take my free speech and gag me, and take my speech so you can have your way with my family and my children, it isn't happening anymore.

Now, we got a little comfortable around here too with just having our rights taken. We're like, "Yeah. Well, yeah, they're bullying us, saying we have no free speech. Let's just go back to sleep." Wake up everybody. We're in a fight against the globalists. They're trying to put our pri- our- our president in prison. They're making up ... They're funding radical Islamists and terrorists and saying our president's a Russian agent because he didn't wanna fund Al-Qaeda. If they're able to shut us down, they're gonna shut everybody else down. If they're able to say Trump's a Russian agent with no proof, they're gonna go after everybody. It's gonna be a new inquisition. This is a total war, people!

Ladies and gentlemen, the way the new globalist system works is if anyone is offended by what you say or do, there's no judge, there's no jury, you're kicked off YouTube, you're kicked off Facebook, you're kicked off Twitter. And then under the Chinese model that's Zuckerberg's pushing, you have an internet ID that puts your real-world activities that are tracked digitally by companies and corporations, from your gas bill to, you know,

going to eat at McDonald's into an algorithm and then it gives you a score about what type of person you are.

Last year they made a, uh, black mirror special, a show basically about how nightmarish that future would be, but this is their plan. So later in the broadcast, we're gonna have an article on infowars.com about strikes on Info Wars blocking our live streaming right now on YouTube, on our regular YouTube channel, the Alex Jones channel, with millions of views because we had the headline Zero Heads Discovers Anomaly in Alex Jones' Headpiece. And it's us showing Megyn Kelly talking to the father of one of the victims, saying he went and held his dead son there at the school. And then it cuts to the coroner and everybody saying no one was allowed to go in and see the kids.

Now, we just said, "See, that's why people ask questions." It's a very nice little piece, but see, oh, you're not allowed to even sit there and point that out. And then there's other ones from years ago. Sandy Hook Victim Dies Again in Pakistan, which shows the photo of one of the kids with people in Pakistan holding up his picture saying he died in a terror attack over there. Clearly showing that was some PR event over there where they were just printing off images of kids and using it. We weren't even saying that- that man's child didn't die. We're saying, look at how there's these other PR events just like the dead babies in the incubators.

But they're using Sandy Hook and they're using the victims and their families as a way to get rid of free speech in America. That's the plan. Hillary said it back during the campaign. She was gonna get into office. This was gonna be their move. They called for, you know, ongoing criminal investigations, uh, the FBI last week into myself, Matt Drudge, and Breitbart with no proof at the Federal Elections Commission. And then the Republicans on the commission killed the ongoing congressional hearings but still, they have the FBI going around doing a counter-espionage investigation to see if we're funded by Russians. Welcome to the witch hunt, folks.

People say, "Wow. How are you taking it?" I'm taking it great because the ... I mean, I'm engaging the globalists that have high-jacked our country. I'm engaging the globalists that are trying to bankrupt us, and turn our power off, and- and jack up our prices, and make us feudal serfs. We're fighting for America in a 21st-century war, ladies and gentlemen, and it takes getting past the intimidation and getting in their face. That's where the victory is. Getting past the political correctness, getting past being called names.

It's not our fault they call us names. It's their fault. They discredit themselves. They're the scum. They're the anti-fallout beating up peaceful people in the streets of America and shooting cops in the back. They're the ones engaging in this, not us. They're the ones that wanna get rid of free-market. They're the ones that hate Christians. They're the ones that call us flyover country and better clingers. They're the ones pushing racial division, not us, and worldwide humanity's awakening. The tide of globalism's going out. Corrupt neoliberalism is hated worldwide and globalist owned publications admit that they're in trouble, but they say, "We've gotta stir up even greater division now."

This is a rearguard action while they basically escape the countries they've destroyed. The New World Order is dead and signifying that is David Rockefeller, Zbigniew Brzezinski, and now John McCain. I wonder if they'll announce soon that there's a very fast-acting brain tumor in George Soros.

The world is watching. The world is waiting as the clock ticks down on judgment on these type of individuals. I wish no harm upon them, their miserable souls, but they've dealt death. They've dealt corruption. They've dealt anti-American activities, anti-Christian activities. I mean, McCain openly funded the Al-Qaeda ISIS rebels, met with them, and now he's got a fast-acting brain tumor. I'm gonna talk about that in a few minutes.

But listen, the fact that they're trying to shut us down, the fact that they're trying to ban our speech, the fact that they're trying to set those precedents, that's a badge of honor. That's a badge of courage. That will only make Info Wars bigger, this entire Streisand Effect. If our enemies are successful shutting one of our big YouTube channels, I guarantee you it will only make everything we do and everything we cover that much more explosive.

Our YouTube channels, with a combined four billion views, and if you count all the other videos out there it's tens of billions that other people have on their platforms because I'm copyright free, you can post our material as long as you don't try to monetize it or take it out context. And I- and I even leave that alone 99% of the time. As long as you're fighting the globalists, I- I ... people post it. And every time they try to suppress us we only get bigger.

I mean, just last week looking at six or seven videos that we produced or videos I was in, we had over 30 million views just of videos I was in last week. They don't have any way to compete

with that. They don't know what to do. Take PewDiePie, last time I checked he has close to 18 billion views on one YouTube channel and almost 60 million subscribers, and he was never political but they tried to call him racists, and evil, and bad to- to- to prepare to shut him down because the big network executives and folks are jealous that he is able to actually have his free speech and do what he wants. And they're scared he might start becoming political, he might do something.

Just like in China they put you in prison or execute you if you're caught Photoshopping Winnie the Pooh with the Chinese president. That somehow became popular over there. It was friendly. It was nice. Folks thought it was cute. You go to prison for that in China. Well, they don't like PewDiePie, but his YouTube channels, one channel has almost 16 billion, the other has a couple more billion. Almost 18 billion views. They are threatened by 18 billion views.

Nickelodeon's average show only has a couple hundred thousand people viewing, but young people and teenagers watch PewDiePie. They don't watch all the Disney programming as much as they watch PewDiePie over in Sweden who's his own guy. Of course, PewDiePie's big crime is playing my videos and Paul Watson's videos, and that's the type of thing that scares them, so they say, "Oh, we're gonna demonetize you. Oh, we're not gonna let people share your videos," and it only backfires.

So I'm gonna get into McCain and the rest of it, but here's the bottom line. When I saw you need to sp- spread articles, and videos, and material, and information we put out, folks, it's a war. They're actively, in mainstream news, talking about how they need to shut us down and how we're dangerous. They're in Washington Post admitting yesterday that we're wildly popular and are exploding as old media's dying. They don't know what to do, and a lot of new media says, "Oh, great. We'll be bigger if Alex Jones isn't around."

That is the most ignorant thinking on the planet. We're in a non-zero sum game. Everyone that is promoting libertarian free-market ideas is only expanding and making the world a better place culturally, economically, spiritually. We're in a war against authoritarianism. We're not in competition. I'm not in competition with Sean Hannity. I'm not in competition, uh, with Matt Drudge. I'm not in competition with WorldNetDaily. I'm not in competition with Breitbart. I'm in a total war against the globalists allied with orthodox radical Islam that admits it wants

to extinguish the free-market open free societies classical liberalism, and they wrap it all in the term liberalism.

We're in a total and complete war and we're beginning to win, so the enemy's going from their stealth approaches to openly saying, "Silence us," openly saying they're gonna gin up evidence the everybody that opposes them is a Russian agent, or if you don't back Al-Qaeda or ISIS you're a Russian agent. That's in the Washington Post today, and you say it doesn't make sense. They don't care. They only wanna cover for their own people to say we're outsiders and we're bad and to persecute us.

This is classical authoritarianism, so I'm gonna tell you right now, if you wanna fight the globalists, take every article on infowars.com, take every video, copy them to your channel. Put them on your own platform. Play them on your local radio station. You're a station owner, take our broadcast if you're- if you're re-airing it at night put it on primetime. And listeners, support those local stations. We're in a war. Even if it's just calling them and letting them know or sending them $100 dona-

PART 1 OF 6 ENDS [00:30:04]

| Alex Jones: | 00:30:00 | More. Even if it's just calling them and letting them know or sending them $100 donation. And buy products at infowarstore.com so we can do more to have our own platforms. It costs me like 50 grand a month on average just to stream out to millions of people every day at infowars.com with our own streams that we're about to upgrade and make even better. They're pretty good but I'm going to make it even better. We're about to renegotiate a whole nother deal for our streams. |
|---|---|---|

And try to get a better price. The point is, it costs money. People say, "Oh, well just have your own videos or have your own social network or do your own thing." We, we're, we're trying here, we're fighting as hard as we can but we need your financial support and we make it easy. Great supplements, great nutraceuticals, great patriot apparel, great water filtration systems, great air purifier systems, great game changing products at very competitive prices. Most of it made right here in America. Infowarsstore.com.

And ladies and gentlemen, we have the summer mega specials that are going to have to end today. I have a whole new group of specials tomorrow, but if you want DNA force's 20% off, if you want X two, if you want these products, if I had the specials

12

I was going to do, and Jiminy Cricket, somebody came in here and got in my pile. Here, I found it right here, I'm in a bad mood right now folks. Super male vitality and survival shield X two specials are ending today. Quantities are running low so act now and save 30% off, and we have shipping through the month of July, but it's about to end, and I had to already end the product ... the brain force plus. Already had to end that special because it was close to selling out. I'm going to have to end the super male vitality, or female vitality, the X two survival shield, and a bunch of the other products that are 20 to 40% off right now at infowarsstore.com or by calling toll free triple 8, 253-3139.

We have a little bit of brain force left, it'll be probably a month or so until more comes in so I, I, just before stuff sells out now I just go back to regular price, which is already discounted 10%. We've also got some other new products also now available at infowarslife.com, uh, like our new whey protein that is made by the, one of the largest, biggest respected organic suppliers in the country and five to 10 dollars less that you'll find for the very same whey, we're private labeling that you can buy in major health food stores. But whey is known as the best protein there is from milk. It's organic, it's supercharged, it's got the glutathione and some of the other amazing things in it, but it's got the type of glutathione you can actually absorb. Glutathione is absolutely critical. Find out why going back to the time of Hypocrites, thousands of years ago, the father of modern medicine, he said whey was the most important food and one he prescribed to his patients.

True whey protein contains nine essential amino acids your body needs but cannot produce itself. So, check it out for yourself ladies and gentlemen, it's got CLA, it's got so many other great products and it's supporting American dairy farmers right here at home and it's also grass fed with non GMA RBGH, that's the growth hormone, free. Infowarslife.com or triple 8 253-3139. But as I said, we're going to have to end the specials, this is 25% a- off out of the gates with the new info wars whey protein, we also have 25% off out of the gates of Cave Man, the ultimate bone broth formula that's been sold out for months, it's now back in stock as well and it's also, uh, chalk full of bee pollen, chocolate mushroom, tumeric root and many other super foods and it is the most concentrated, from our research, bone broth formula out there. The ancients were obsessed with bone broth, this is truly amazing, it comes from chicken bones and this is now the number one bone broth seller in the country. Research it for yourself, Cave Man is now back in stock

at Infowarslife.com or triple 8 253-3139. That's triple 8, 253-3139.

We'll have some new specials tomorrow on some of the other supplements that we do have in stock, uh, but I'm going to have to end that special today. Again, if you want the X two or if you want super male vitality or some of the other products that are 25 to 40% off, infowarslife.com or triple 8 253-3139. You can, uh, again, just know this, they hate us, they hate our guts, Hilary hates our guts, Obama hates our guts, they're all coming after us, doing everything they can to destroy us and I just have faith in God and I have faith in you, but beyond financially supporting us and getting great products you need, if you'll just commit on your email list and on Facebook and on Twitter and on YouTube and on every platform to just point out Info Wars is under attack, Info Wars is the tip of the spear, if they can shut them down, if they can shut them up they'll shut everybody up.

And in the face of this, that's why I'm launching all these new broadcasts and all these new shows and all these new Facebook channels and all these new YouTube channels and we're launching Periscope channels and we're launching other third party channels and we're keeping our video streams and expanding them and we're launching a new website tomorrow, I'm going to make that announcement now and I'm going to come back in the next segment and, uh, announce the $20,000 winner of the meme contest, just to honor you, the great memes you've made that are fighting the globalist.

But whatever you do, get in the information war today, and expose these enemies because they are now openly expanding the, uh, quote espionage probe of Trump to all of his financials, all of his associates of financials and saying anything, a check that bounced, they're going to try to move for impeachment against the president, but he has the house, the senate, the legislative, obviously the executive, the judicial, so these scumbags don't matter, unless they can brain wash us into accept it, he needs to move against them for their criminal activities now. They're sell outs to communist China, they're sell outs to Russia, he needs to take the gloves off right now and the word is, he's getting ready to.

So Hillary and Obama and Clapper and Brendan, all you, you want to fight, get ready for a fight, McCain.

Speaker 8:        00:36:35        In a land of timeless beauty, he was a man of piece.

| Speaker 9: | 00:36:42 | Fake media tried to stop us from going to the White House but I'm president and they're not. |
|---|---|---|
| Speaker 8: | 00:36:56 | But when they threatened his world and the woman he loved, he was driven to war. |
| Speaker 10: | 00:37:07 | I don't like [inaudible 00:37:16] they turned the freaking [inaudible 00:37:19]. |
| Speaker 9: | 00:37:07 | Get them out of here. Get out. |
| Speaker 11: | 00:37:24 | Go home to mommy. Go home. Bye. |
| Speaker 9: | 00:37:34 | You are fake news. |
| Alex Jones: | 00:38:12 | Trump Nation made both these great memes. [inaudible 00:38:16] the winner. If you're a radio listener, infowars.com/show. |
| Speaker 12: | 00:38:20 | Super hero landing. You're going to do a super hero landing. Wait for it. |
| Alex Jones: | 00:38:25 | Remember, they're trying to sensor all this you're saying. |
| Speaker 12: | 00:38:28 | Super hero landing. That's really hard on your knees. Very impracticable, they all do it. You're a lovely lady, but I'm saving myself for [inaudible 00:38:35] that's why I brought him. |
| Speaker 13: | 00:38:36 | I prefer not to hit a woman, so please- |
| Speaker 12: | 00:38:44 | I mean, that's why I brought [inaudible 00:38:51]. Oh no, finish your Tweet. It's na- that's fi- just give us a second. There you go, hash tag it. Go get them, Tiger. |
| Speaker 14: | 00:39:04 | The season premier begins tonight. |
| Alex Jones: | 00:39:10 | That's Trump Nation and I want to get whoever made those videos on and I want to hire you. I told Paul Watson he could pick the winner and personally, I think the Brave hart one is the winner, I would say the one you're about to see that won is second place and then the last one, with the dead pool, that'd be third place, but Trump Nation did not win, but Trump Nation, I want to hire whoever did the editing. I want you working for us. You work for Trump Nation, too, they're great folks, but David Knight didn't win a report contest five years ago, but he did win a reporter job, now he's going to launch his big syndicated show that the word is, well over 50 stations are |

ready to pick it up the first week when it starts on August 22nd. It'll probably get hundreds of affiliates. So very, very excited. See where he is now? So just because you enter and don't win doesn't mean that you lose. So we're gong to go to break and come back and I'm going to play the winner, according to Paul Watson, and I think it's excellent, it's very well done, it's a very close second, I don't think it's the best, but you know what? Paul Watson was the judge. Believe me, we got thousands and thousands of video memes, thousands and thousands more, something like eight plus thousand once the contest, uh, you know, time ended last Wednesday. So we're going to now start going through all these and posting them, promoting them, and exposing the globalists and fighting for free speech. The answer to them trying to shut us up is to just intensify what you're doing.

But listen, don't take the broadcast for granted. I keep explaining that. They are doing everything they can to take our sponsors, to kick us off YouTube. It, it, it is just out of control what's going on. And then I'm going to get into McCain, all of it. There's these huge new second hour, tell everybody tune in, it's an active resistance. We can overpower them.

| Speaker 15: | 00:39:10 | You are listening to GCA- |
| Alex Jones: | 00:41:08 | But you've gotta take action, [crosstalk 00:41:11]- the animating [inaudible 00:41:12] of liberty. You are the resistance and I salute you. Feeling good, feeling right. All right, I gotta stop it. Yeah, these ladies, they had a plan. (laughs) Dennis Hastart had a plan too, didn't he? Grab your kids and rape them. So does the pope's deputy. He got over 100 kids reported. Procured them out to all the little devil worshiping rape gangs. Those devil worshipers love to get those priest robes and rape kids. It's all part of defiling everything, overthrowing reality, destroying the, the flower of the youth. |

Until they die and enter hell. Now, let's get to the winner. Drum roll ladies and gentlemen. The winner by contested decision, Chris Killer did a great job putting this together. He's launching a new YouTube channel, don't dox me, bro, that is a great name. I want to work with this guy. I want to work with him, too. I want to tell you, he's a close second, but he, he's the winner, $20,000 to don't dox me, bro.

Name of the video, he only sent it to us, he never uploaded it yet, now he's doing what we did, uh, it is official Info wars CNN meme war 20k winner. I'm going to reupload it to Facebook with a cool name, I mean, what is it? Trump is our Toto, Trump

16

broke the Matrix, um, Trump flipped the paradigm. Trump exposed that we're living in a false realty? I mean, I don't know. Here is the winner of the 2017 round one meme war.

20K winner announced.

| Speaker 16: | 00:43:39 | [inaudible 00:43:39] You are fake news. |
| --- | --- | --- |

| Speaker 17: | 00:43:40 | How? |
| --- | --- | --- |

| Speaker 18: | 00:43:40 | He is the one. |
| --- | --- | --- |

Alex Jones:    00:44:29    Once you know they're a joke, it's all over. You're a better cleaner. I'm just going to make sure you got sterilized. Break the floor up. No, who do you think you are? The world belongs to us. I went to this late. We're going to come back and play it all, we got a special guest, we got a ton of news, we'll talk about McCain straight ahead.

Micheal Snyder is with us for the next 30 minutes. The founder and one of the owners of Compound Media who just went to Iraq to actually witness the final days of Al- Qaeda and Isis under President Trump and the military's bombardment. He'll be joining us as well. Micheal Snyder's written a story today that's up on infowars.com and on his website, Micheal Snyder for congress dot com. Getting Trump elected was not enough. We need 1000 liberty candidates to run for office all over the nation and he's doing it. I think it's in Utah. With his millions of readers and followers. And whether he wins or loses, he wins by participating, by educating people in the process.

The democrats are in the news today swearing they're going to take Texas. Yeah, by fraud. So realize what we're going to live under if the globalists win. The republican establishment has killed the appeal of Obama care, because they wrote it. [inaudible 00:45:43] democrats. Big banks wrote Obama Care bipartisanly to screw you. They're on CSPAN bragging saying, "Thank God you're so dumb."

Health care is worse than it's ever been. It's designed to wreck it. In fact, here's Senator Rand Paul talking about it.

Rand Paul:    00:46:00    The insurance industry doubled their profit under Obama Care. They made six billion a year before Obama Care, they now make 15 billion. My concern is that we're going to pass a republican bill and we're going to make their profits 30 billion a year. It's not the job of government to be dolling out money to private

17

industry, so what I've said is that, if you insist that you want it, they should put that on a separate bill that the democrats like, democrats typically like spending bills, put it on a spending bill and put the repeal, make it more of a repeal bill and I'll vote for it. But, uh, and I still think it's not perfect, but I'll vote for something less than perfect as long as it's not obnoxious, and obnoxious to me is subsidizing rich corporations.

Alex Jones:    00:46:41    That's right, that use government to make you buy it and then limit competition to jack the price up and then the left runs around ... one year after Obama Care got partially implemented three years ago, I was reading the Wall Street Journal on an airplane and it was, it was insurance companies bragging. It was like headline, "Lobbyist love Obama Care." It was like, globally, our profit's up 47% just on the America people's backs. Worldwide, 47% increase in profits. It was like 2015. I mean, galactic level screw jobs.

Now joining us is Micheal Snyder who is so on target. I mean, I saw CNN with the headlines, "Trump's done 900 plus tweets since he was elected six months ago but no major legislation." Because most of what they've done is executive tyranny. TPP, open boarders, carbon taxes. He's devastated them. We've got a supreme court justice that isn't a total communist. We've got 69%. It was 63%, down illegals coming across and felons are down even more.

Deportations of felons way up. Uh, the economy trying to battle back. I mean, I don't want to just sit here and cheer lead Trump, but it's a total war. They have the FBI, former director, brought in by the democrats and the globalists, uh, put in there, uh, by Sessions that I guess balked and chocked and I gotta agree with Trump. I mean, you know, Sessions has been going after them for all the crimes they committed. We're a five or six special counsels or criminal counsels, uh, special prosecutors, not just counsels, should be all over Hilary because if Trump did something, which he hasn't, it, it, it's like a microscope finding a little dot of dirt while a whole cess pool, uh, sewage treatment plant which is oceans of sludge, uh, it, it, it makes the hedge spin.

And now, Mueller is saying that they're looking at all the finances of all his campaign, all his associates, all his businesses, you're going to find something. I've got 70 something crew members, they're great people, I bet people bounce checks, I bet there's some folks smoking some pot, I bet somebody did something wrong before. I mean, imagine if you had tens of thousands of employees. This, this is a new word for dragnet,

fishing expedition, witch hunt to infinity, Micheal Snyder, this is an incredible time to be alive, is it not?

**Michael Snyder:** 00:49:10    It really is, Alex, and you know, people need to understand that we are in a war because the establishment, they want to destroy Donald Trump, it's kind of like a foreign body has invaded the system and they want to get that foreign body out of their system-

**Alex Jones:** 00:49:22    And they know they're losing, they know they're losing, so they're going to go after everybody. Once they get him, it's everybody else. This is a death battle. Sorry.

**Michael Snyder:** 00:49:30    Oh you're right, Alex, that's why they're going after you. They want to shut Info Wars da- down because they know how effective you've been. They want to shut me down, the economic collapse blog, they want to shut all of us in the alternative media down. They want to get rid of us because they saw the power we had in the last election. So we're actually in a war for the future of this country and we don't have to settle for the future of the globalist. You know, I lik- I talked to a lot of people that are awake and they're saying, "Oh, the globalist, they're too, they're too powerful, we can't defeat them. One world government is coming."

Well you know what? We don't have to settle for that. We don't have to, we don't, we don't have to just sit back and take whatever they take. You know, our founding fathers, if, if we would have had a defeatist attitude back then, if our founding fathers had said, "No, we can't take on the mighty British empire." The rest of the world thought we were crazy when our founding fathers said, "We're going to take on the mighty British empire, we're going to declare independence." They put everything on the line, and because they did, because they were willing to risk it all, the United States of America exists today.

**Alex Jones:** 00:50:24    Take, take, take Vietnam. Ho, Ho Chi Mihn first wanted to be, be a, uh, capitalist, he was a communist, uh, during world war two, he was our ally, they didn't want to make a deal with him because the, the french and others wanted the opium and to exploit the classically free market, Vietnamese. And so despite the fact that we spent the equivalent of trillions of dollars, uh, hundreds of thousands of [inaudible 00:50:47], we couldn't beat them because they refused to submit and they had a communist ideology.

If you refuse to submit with a Christian, conservative, libertarian, free market, Renascence, you cannot be defeated.

| Michael Snyder: | 00:50:59 | That, and that now, that's what we need to do, we need to work together and that's why I love Info Wars so much, because you're all about working together. Those that love liberty, those that love freedom, those that love the constitution. If we work together, we can win. Donald Trump showed us that, that we can win the presidency. Here in Idaho, if everybody listening to this program today that lives in my district votes for me, I'm going to win no matter what. We just gotta get everybody out to the poles and involved because we are going to win because we have the numbers. We're waking more people up every day. My websites, your websites, your show, people all over the country, we're raising up an army and we can do this, if we work together. |
| --- | --- | --- |
| Alex Jones: | 00:51:35 | And by the way, uh, you know, I have a small crew, I've been meaning to do it, will you call my crew today? I want to carry your books, uh, because I've read several, they're all excellent, but, uh, you're living a life that really matters, things like that, and you're doing just such important work and again, I'm so glad that despite the fact you had been successful in your own private business and successful in education, and successful, uh, you know, in news, that you're running for congress. I mean, this is really such a manly thing to do, and I don't mean to be cheesy, being manly means putting your family on the line, putting your name out there, and, and getting engaged and involved. |
| | | Because you've got a great family, I know, so we just admire what you're doing, Micheal. |
| Michael Snyder: | 00:52:13 | Well thank you, Alex, and even though I just announced I'm running officially two weeks ago, the attacks are already coming in. They're already attacking me, they're attacking the people I'm associated with, and, and so, I'm already ... it's kind of like walking into a hornet's nest, but we've gotta do this, because, they, I believe this is the most critical time, if, if, if they end up, if the democrats take control, if they impeach Trump, if they get rid of him and they, you know, they start shutting down alternative media, we could lose everything. But, if, if 1000 people all over the country start running for office, taking back state legislatures, taking back congress, taking back the powers of structure all over the country, we could have a revolution and turn this country back to limited government, liberty, freedom, the second amendment, the things we care about, the things we've been fighting about for seven years. |
| | | You know, Alex, my articles have been appearing on Infowars.com for seven years now. We've been fighting |

together, we've been fighting this battle, we've been trying to wake people up, you know, and now we need to go to the next stage because now the war has got hotter than ever before and if we don't win, the, the, the, the elite, the globalists, they are going to try to en- entirely destroy us.

Alex Jones:          00:53:24          You're absolutely right, Micheal Snyder, let's talk about the Mueller situation because Trump has gotta go with his instincts. He's absolutely right. They got bamboozled, they got hoodwinked, they got stampeded, and I really like Senator Sessions into this recusal so that his deputy could then put Mueller in. If it was somebody else that wasn't best friends with Comey, didn't cover up for the Bush's and the Clintons, then I would say, "Okay, have a special counsel"

If Mueller presided for a decade over some of the greatest abuses bipartisanly we've ever seen, he took off the list radical Islam and would not let the FBI investigate radical Jihadis and basically ordered them to stand down, that's confirmed. This guy is a globalist. You've got Brennan, you've got Clapper, they're all just incredibly arrogant. I want to get into that, but first let's get into McCain.

I don't wish harm on anybody and I've had family that have had cancer and brain tumors. It's no joke. I also know from a friend who had a brain tumor and didn't make it, they got very aggressive, very paranoid the last year of their life before they even knew they had a brain tumor and it killed them in about two months once they learned about it. Uh, McCain has been acting very erratic the last year, he's been acting very crazy. Remember back at the Comey hearing people said, even his own supports said something's wrong with him.

But this is a guy that was part of the Keating Five. This is a guy who want's to say that everybody that's against him is a Russian agent. This is a guy who funded Al-Nusra, Al-Qaeda, and Isis and went and met with them in Syria and admitted it. This is a guy on the news who is proxy saying Trump's a Russian agent. That's in the Washington Post today, uh, because he, eh, is working with Russia to take out Isis and Al-Qaeda, that predates Trump getting in. The Pentagon made that deal. So now battling radical Islam and you're supposedly Isis, or, or, or battling radical Islam, you're supposedly, uh, a, a, a, a Russian agent, that's the Washington Post saying that today, this has reached new levels. He's got this brain tumor, some people might say it's foul play, they do have viral based weaponized cancer. You can actually spray on somebody and they can breath and it actually does create these type of cancers in the cerebral context, but you

know, McCain's old, and, uh, this is probably naturally occurring, uh, though brain cancers of this type have magically increased. SV-40 that's in a lot of the, uh, vaccines, uh, you know, has also been linked to this. That's one reason this cancer has increased.

So we can use his tragedy to hopefully inform some people you know, I hope McCain get right with God, I don't wish any harm against any living thing. I don't take pleasure, uh, uh, you know, out of a cow dying even if I eat a steak. Uh, but you know, and, and I don't take pleasure in an evil person having a brain tumor because I still have empathy for them but talk about an omen. David Rockefeller, the founder of modern world government, founder of the modern UN, uh, David Rockefeller dead this year, [inaudible 00:56:22] one of this generals, uh, for world government dead and, and now we see, uh, McCain, you know, the current ... Tim Cain called him the leader of their movement, their, their chairman, and he his quarterbacking the attempt to stop, uh, the make America great again movement, so this is an omen.

What do you make, uh, and I just wonder, will George Soros get fast acting cancer, not delivered by patriots and the CIA, but by God?

| Michael Snyder: | 00:56:51 | Well Alex, a lot of these, [inaudible 00:56:52] comes a lot of these globalists, they are getting older, they're dinosaurs now and they, they're starting to die off, they're starting to retire and so we need to replace them with fresh blood, with, but with McCain, I found it interesting that he has brain cancer because something else that's been linked to cancer are cell phones and what I've been finding out is that, a- as I've been digging into this a- you know, what you, members of congress, they spend more time out of their day on the phone than anything else. In fact, when new members of congress, when they go, what they're told is they're supposed to spend about two hours a day on the floor and in committee actually doing their jobs, and they're actually supposed to spend about four hours a day on the phone, dialing for dollars, 60 minutes did a big expose of this where what they do, they spend more, our members of congress, when they're working, they spend more time during the day, uh, dialing for dollars, they spend more time during the day, uh, calling people up asking for money than anything else.

And that's when they're working. Members of congress only, uh, for example, the house will- |

| Alex Jones: | 00:57:50 | Exactly, and Johnny Cochran died from the type of brain tumor that's associated with cell phones. It was concerned decades |

ago in rat studies that it does heat up the DNA, it causes it to rattle and then it breaks the chains, then that causes mutations in the brain tissue. Everybody should be using hands free. No one should let their kids, uh, you know, be on these unless they're using a hands free or blue tooth and it's still dangerous. Uh, you're absolutely right, but notice, the Atlantic can say did it give him a brain tumor because they're establishment media. If we say cell phones are linked, it's a conspiracy theory, but they are having that debate now.

Michael Snyder:     00:58:24     Oh, it's very true. And, and so people, people need to be aware, when you're holding that cell phone up to your head for you know, endless hours, you're literally cooking your brain on, at a very low level. But, uh, you know, me- but these members of congress, they spend more time on the phone than anything. If that's when they're working. Er, the, the, the house of representatives, Alex, will only be in session for 147 days this year. That means they have 218 days off. They work, they work for less than three days a week, and when they're working, like I said, most of the time they're on the phone. The republicans and the democrats, they're not allowed to make calls directly from their own offices, so they've got these giant call centers very close to the capital.

And what they do, wa- the reason why you almost always see the house chamber or the senate chamber empty, because they're all over at these call centers, they're calling people trying to raise money for the el- next election, trying to keep the establishment in power, that's how congress really works.

Alex Jones:     00:59:16     That's right, and major courts have ruled that cell phones are causing brain cancer. It's a fact, just like glyphosate literally grows cancer, but they told us it was healthy to drink. This is incredible. Why have the elites allowed glyphosate, cell phones, all of this, all this wifi, all of it, when they know specifically it rattles DNA into pieces, then when you have DNA in pieces, that is a mutation, cancer of course is the most classic mutation with malignant tumors.

Michael Snyder:     00:59:43     Well I think for the sa- some of the same reasons why they are putting fluoride in the water. They know fluoride is a neurotoxin. They know that it has effects on the development of young children, they know that it's dumbing down the population but they're putting it in there anyway. They say, oh, it's good for our teeth, when it shows no, it actually causes some very serious conditions for teeth, now we-

PART 2 OF 6 ENDS [01:00:04]

23

| | | |
|---|---|---|
| Michael Snyder: | 01:00:00 | So, no, it actually causes some very serious conditions for teeth. Now we got children all over the country with those little white spots on their teeth. That's from the fluoride in the water. |
| Alex Jones: | 01:00:09 | And the American Dental Association says children under six should not brush their teeth with fluoride and the media calls me a conspiracy theorist when that's the American Dental Association, six years ago, forced to come out and say that in like 2011. People can pull that up. And admitting it increases bone cancer in boys. Admittedly causes lower IQ's, Harvard study. But they don't care, they just call us conspiracy theorists. |
| Michael Snyder: | 01:00:34 | Yeah or Alex, vaccines in California, where they passed that bill making it mandatory to have vaccines if you want to go to a public school. Now they want to bring out a bill where it's gonna make it mandatory for every child in California to get vaccines. You know what, and these, these laws are starting to spread all over the nation. There's talk that they want to start pushing 'em here, in Idaho a deeply red state. We've gotta fight this we've gotta let people know. These vaccines, you know, uh, uh, that, why, why has autism just exploded because of these vaccines. Kids are getting shot with these, these vaccines, and one day- |
| Alex Jones: | 01:01:04 | And by the way, there are thousands of studies admitting that Thimerosal causes autoimmune results in the brain and other things and they just say conspiracy, conspiracy, our vaccine is safe and effective. Never hurt anybody. The, the, the insert say's it can kill you or cause an autoimmune disorder or give you type I diabetes by killing your pancreas. On and on and on and on and on and on and on. But people won't read the insert. They just say conspiracy theory! It doesn't matter while you were talking we put Scientific American on. We put even the Washington Post on. Even CNN on. Even Newsweek, admit all this now. We've been totally vindicated.

But they pre-tell you it won't hurt you to make you comfortable so that your brain decides it's safe, like them tellin' folks cigarettes were good for your lungs in the forties and fifties. Even though they knew it caused cancer. So that you go ahead and get addicted to the cell phones. Go ahead and give em to your kids and then later to cover their ass, they tell you actually, it kills ya. So I tell ya, very diabolical plan by these lawyers. |
| Michael Snyder: | 01:02:03 | Yeah and then something else that's in our water Alex is all the pharmaceutical drugs. Where, you know, We're the most drugged up society in the history world. But all that gets in the water and so a major study was done not to long ago where they looked at the water, they looked for traces of |

|  |  | pharmaceutical drugs and they found that more than half of the water systems in the entire country have more than twenty four different pharm ... traces of pharmaceutical drugs in them. |
|---|---|---|
| Alex Jones: | 01:02:27 | And it's causing massive mutations in mam ... mammals, amphibians, fish, you name it. And they make big jokes out of that as well. Since you mentioned it, let's go ahead and go to this clip. Former director of National Intelligence, James Clapper totally sold out the country. Trump is making Russia great again. Uh, uh in, in Ukraine, I mean, Soros overthrew an elected government. They started a civil war. Russia jut took control of the east and their pipelines, this is making Russia great again. Here it is. |
| Chris Matthews: | 01:02:55 | Do you think, uh, our President's helping, uh Russia be great again? |
| James Clapper: | 01:03:01 | Uh, in a, in (laughs) yeah in a way I guess, he is. Uh, particularly, if, uh, as Putin, you know gets his way in a Syria. And if nothing is done to push back on the Russians in the Ukraine um, yes. |
| Alex Jones: | 01:03:21 | Helping the Russians push back in Ukraine when George Soros and the State Department of Obama over-threw the elected government. Look at this Washington Post headline "Trump End's Covert CIA Program to Arm Anti Assad Rebels in Syria, A Move Sought by Moscow." A, sought by our Pentagon that testified to Congress in close session five years ago, that we then had guests on and was later confirmed. Uh, yes. Russia is against radical Islam too. Yes, we shouldn't be funding the very rebels were fighting. I mean, again, if Trump puts his shoes on right, they claim the Russians did it. If Trump doesn't want everybody to live under Islamic rule, it's the Russians. Yes the Russians are against radical Islam too. What do you make of this, Michael Snyder? |
| Michael Snyder: | 01:04:03 | Well I'm so glad that Trump made that move. It's a giant step in the right direction. But you know what the neo-cons, both Democrats and Republicans, they want us to be the police of the world. And that's why we need more people like Ron Paul who says we can't be the police of the world. First of all we can't afford to do that and secondly when we keep poking our nose in everywhere, then we have to send our boys and girls over there to bleed and die, and you know and, and, and the rest of the world starting to hate us 'cause we're constantly interfering or constantly starting wars. Were constantly the military industrial com, com, complex, constantly wants more war. They constantly want more ... |

| Alex Jones: | 01:04:36 | And finally Trump is over there cleaning up Obama's mess in the middle east, cleaning up the North Korean mess. It's a president pragmatically, actually pro free market and not a pedophile and not out to get us. Michael Snyder for congress.com. Folks should support ya. And get involved in that. It's we the people that are backing you if you win, not the Russians. Again they're telling us we're all losers. You didn't know the Russians had your wife have that baby too. And when you breathe Mr. Snyder, it's not you breathing, the respirator is provided by the Russians as well. And when I got up this morning and made eggs for my family, that was the Russians as well. Ladies and gentleman you didn't elect Trump, it was the Russians. Michael Snyder, thank you so much. We have the founder of the Rebel Media straight ahead, stay with us. |
|---|---|---|

(singing)

Only way the globalist can win is if you remain asleep.

(singing)

I'm committed.

(singing)

Sworn to avenge.

( singing)

I'm Alex Jones, your host.

(singing)

And I am the sentinel. We're all, no matter what color we are or where we came from, if we want justice. If we love truth. If we love to take care of the innocent. If we want to be honorable. If we wanna be strong. If we wanna take on bullies. Then that's the spirit God put in ya. That's the light shining out in the dark. Were all brothers and sisters in that fight.

We're getting our next guest on. Got a bunch of other guests today. Ton of news to get to. But there's no doubt now, their coming after Trump. The corrupt, evil Mueller, who covered up for just outrageous Islamic terror, crimes, Clinton corruption, espionage for the communist Chinese. Is now saying their going to look into every bank account, every transaction stuff that's non-Russia related. Tryin to bring down President Trump,

because he told the special interest that had hijacked our country and transferred the power to the TPP and to NAFTA and GATT and these international agreements. He said "no! We're not turnin off all our coal when nobody else does. We're not gonna have wide open borders and order the border patrol not to stop people comin across illegally." And that's down sixty-nine percent. And so they're panicking.

Now briefly, we've got free shipping until the end of July. And we're selling out a lot of the best selling items like Super-Male Vitality, uh, X2, Brain Force Plus. So I'm already stopped selling Brain Force Plus at thirty percent off. I ju, just had to, 'cause we're about to sell out. Probably be out of it for like a month. Um, so those specials are gonna end today on Super Male on X2, the good halogen, that goes in and obviously blocks the bad halogen fluoride. It's amazing. It's the cleanest, purest Iodine out there from deep earth crystal sources. We have Caveman it's the ultimate bone broth, Paleo diet formula. And by Paleo diet, I mean what the ancients ate across the board knowing the bones, uh, had all the trace minerals, the elements in it. The co-factors, the stem cells, all of it. Then you got the chaga mushroom and the rest of it in there. It's simply the very best out there. The tumeric, the bee pollen and many other high quality ingredients that help. For healthy muscles, bones, fights free radicals and so much more.

Caveman is back in stock after being sold out for months and this is now the top bone broth seller in the country. And bone broth as you know is very, very hot. But compared to just something you cook on your stove this is very, many, many, many, many, many times more concentrated. It is chocolate naturally flavored. It's all organic. Infowarslife.com. Caveman is back in stock and, and other brands of bone broth formulas are, in some cases twice as much. Usually about 20 percent more. So it's also a very, very good deal, then you're funding this operation, our expansion.

Infowarslife.com, infowarsstore.com or triple eight, two-five-three, three-one, three niner. But a lot of the specials are going to have to end today, the free shipping continues throughout the month. Take advantage of that. We now have one of the top manufacturers of organic whey. From grass fed non GMO cattle. With none of the growth hormones, non of it. We now have one of the top brands in the country, lets us private label it and again it is way less expensive than it would be in stores. Buying it direct from us, private label, true whey protein.

We know we're under a microscope plus we want you to get great products so you come back and get em again. It's a win-win. This is one of the top makers in the country. We private label it. It's super high quality totally tested. True whey protein, premium quality with nine essential amino acids just came out today. Infowarslife.com or triple eight, two-five-three, three-one, three-nine.

And they do have community guidelines, like the old Soviet Union. Oh the community doesn't like you, you're gone now. And, and, and google's in trouble for doing this. They got anti-trust suits going on where they let leftists groups and they expunge the internet for Hillary and cover up all her corruption and Obama and the rest of it. Where they let these little knighted groups, these little super mods go round and say "oh we find this offensive," "we find that offensive." And then just put a strike on your account and their set to shut down our channel. Which is, I've already told google before and the last time they pulled this and they backed off. Lawsuits ready. We've got your internal documents, where you hired the company to de-list us, we've got a bunch of other stuff too. Which is fine.

And I know it's a big, huge corporation and everything else, you let your little communist mods go around and do that. You give us the standing take down the channel with billions of views and you are going to have a big publicized, big fat juicy successful lawsuit on your butt. And you think the stuff in Europe's big, just get ready. And I, I don't want to sue people, but it's all ready and I'm done. So you people thinking your having a victory out there trying to shut us down, just get ready. And the next person puts a false copyright claim in too. I'm, I, I, I promised and it's ready. And I'm going to sue you. It's gotta be done. I've made the decision. I'm done.

Oh and people that like to sue us and then secretly pay us to, to drop the lawsuit. I figured that scam out where you want to make it look like were fake news, you're gonna get sued too. Anybody else false lawsuits you're getting sued. Guaranteed! Set your watch and warrant by it, put it in the bank, you can guarantee it! You can guarantee it!

Now joining us is an individual who was successful in libertarian, conservative media in Canada. And of course inside shenanigans went on to blow that up, uh and he joins us, Ezra Levant, founded therebel.media. It reaches hundreds of millions of people, now, every month. They've had their share of folks tryin to censor them and shut em down. They're international. I really admire their lineup of folks. From Tommy Morrison, right

through to Gavin McIness and so many others. But again I'm not in competition with the rebel, I'm glad they're there. We're in this together. Therebel.media subscription base, just like you buy our products to support us, you just subscribe with them. And you're building a new media and the more of us there are the better. The safer it is. (laughs)

So he just got back. We almost sent Joe Biggs to do this but it fell through. And, and, and other groups were involved. To go in with other former special forces and some patriots, we'll just leave it at that. Uh, I don't know about other groups, not this particular one. Uh, but, I know for a fact Eric Prince does good stuff out there. They call him a mercenary, he's not in my view. To expose the pedophile rings, you name it. I don't know if that's the group financed him, but to go in and actually save Christians being murdered, slaughtered, put into sex slavery, in the few cities left that ISIS slash Al Qaeda has control of, so that's something I know Erik Prince has been doing for years, behind the scenes. Saving thousands and thousands of Christians every few months. Well this gentleman went into Iraq into the most dangerous areas. Ezra Levant, he just got back so uh we wanna thank him for his courage and what he's doing to talk about this.

And the Washington Post saying Trump's a Russian agent today, basically, for going along with the Pentagon program that's five years old, of not backing ISIS and telling em the Democrats "no." They're now saying that that's a Russian program helping Moscow, that we're not backing the lobbyists, ISIS Al Nusra, Al Qaeda. Well you just came back from there, where they admittedly sometimes rape little girls to death! So Ezra Levant founder of therebel.media, thanks for joining us.

| Erik Levant: | 01:13:16 | Well Alex, it's a pleasure to be here and, and first of all, thank you for your kind words about the rebel. You're a real trail blazer in alternative media and that's what we need these days. To cover stories that are off the official narrative. And Alex, the media and politicians and diplomats never stop talking about Muslim migrants, they call them Syrian refuges. Most aren't Syrian, most aren't true refugees. But ignored are the Christian refuges who are actually at risk of genocide. Here's a quick fact for ya. In two-thousand seventeen, the official United Nations budget to help Muslim refugees is four point seven billion dollars. But no one is waging a genocide against Muslims. There's no ethnic cleansing of Muslims. But there is ethnic cleansing of Christians in the middle east. And they're not even allowed to go to these UN refugee camps 'cause those UN refugee camps are dominated by Muslim extremists. The |

Christians, if they flee there, will be violently assaulted there. So these Christians are forgotten and we went to these ancient Christian towns where they're literally being ethnically cleansed by Muslim terrorists.

Alex Jones: 01:14:32 Break it down because this is simply amazing. These are the forgotten people.

Erik Levant: 01:14:36 Yeah. I mean these are ancient Christians who actually still pray in Aramaic, that is Jesus's language. Some of these Christian communities have been there for fourteen hundred, fifteen hundred, sixteen hundred years. And it used to be a Christian area. Just like Egypt used to be Christian, just like Turkey used to be Christian, Istanbul used to be called Constantinople. But over time, wave after wave of Muslim jihad, has ethnically cleansed the Christians. They kill the men and they take the women as rape slaves. Because that is officially permitted in the Koran. And so we, I met a Yazidi woman in Germany, when I was on another trip, Yazidi's are not Christian's. They're not Muslim's they're, uh, uh individual ethnicity. But they have blond hair and blue eyes, Alex. So the Muslim terrorists prides these women as rape slaves. I met a Yazidi rape slave, who said she lost track after she was raped two hundred and forty times. And ya have to understand in the Islamic state that's not a crime. That's actually officially sanctioned. That's one of the ways they pay their terrorists is in stolen property-

Alex Jones: 01:15:55 And Linda Sarsour won't even come out and criticize it.

Erik Levant: 01:15:59 No. And what breaks my heart Alex, is I went to these Christian towns and I saw these all Christian refugee camps. These people are completely ignored. Politicians, the media, diplomats, NGO's they favor the Muslim refugees but they ignore the Christians. I say, we've gotta sort the lambs from the wolves, Alex. Most of the people flooding into Europe are not lambs. They're wolves.

Alex Jones: 01:16:26 Well even Interpol admitted eighty percent are military aged men, but expanding on that, I've seen the statistics. Where less than one percent, in fact it was just a few sub-points of the refugees are Christian, and then Obama jokingly about a year ago, said "well we just can't only let in the Christians. We gotta let in the Muslims." But in truth he laughed about it, because he knows the U.N. program discriminates and doesn't even let Christians get out, because they're slated for extermination. Why is that?

Erik Levant: 01:16:56 Well it goes back to the Koran, the Koran talks about converting any infidels. And so when we were in Iraq we saw an Islamic

state edict. Remember the Islamic state is like a proto country, so they have judicial announcements they're called fatwas. And any Christians in these little towns, these little towns that have been there for more than a thousand years, Alex, they, they're given an ultimatum. Either flee, uh, pay the jizya tax out of submission or be killed by the sword. So this is rooted in the Koran. And they kill the men, they rape the women. I went to a church in the little Christian town of Batnaia, that was conquered by ISIS, held by, for two years and only recently liberated. The Christians have not yet returned to this ancient town. I went into the church and I saw anti-Christian graffiti, like "we will kill you," "leave or be killed," " this is muslim property," "there are no Christians allowed in the Islamic state." It was written in arabic, but it was also written in German. And that tells me Alex that there were German muslims that went to Iraq to rape and plunder and desecrate these churches.

| Alex Jones: | 01:18:22 | And under this whole Islamic rebellion Arab spring that the democrats, the globalists, NATO and others, the UN have been behind publicly. Military aged men go like on hajj basically, but jihad were it's like a pillaging, raping vacation where they go out to earn their bones and have their rights of passage, raping, killing, murdering. I mean this is all admitted and the UN brags that this is all a part of their replacement plan for Europeans. I mean, why is the left so in love with orthodox Islam? |

| Erik Levant: | 01:18:59 | Well, I suppose it's the same reason why the left was so sympathetic to the Soviets during the cold war. Leftists always side with the most acute enemy of western civilization. Until the fall of the Berlin wall, leftists sided with the Soviets. Um, because they thought, well that's the counter-weight to western civilization. Today it's radical Islam. It, so it's not just that the radical Islam is the enemy of the west, it also is an opportunity for these virtue signaling leftists to show how open minded they are that they will tolerate their own enemies. Which, so, what's so ironic to me, and this is what I never understand Alex- |

| Alex Jones: | 01:19:38 | That's why we've seen a lot of these leftists women go to be the sex pleasure objects. Including quite attractive women from all over Europe and the US, go to literally live in fleas and ticks with guys that wipe their butts with their left hands and just stink like pig demons. But they just, women just go and worship the filthiness and worship the, the, the fleas and ticks and lice. I'm no- I mean I'm not kidding, these women are just loving this. Because I guess, their so cuckold from men groveling and kissing their butts in the west and putting em on a pedestal, they don't like that. But to be savagely just treated like slaves, they love it. |

| Erik Levant: | 01:20:14 | It's terrifying in Mosul, which is the big city that the Islamic state recently lost to allied forces. There were some Canadian women who voluntarily went out there. They either go to be halal prostitutes to service these men or their duped in some way or they're, or they want to be part of the jihad. It's really troubling, but you make a good point. A lot of these, uh, terrorists, they come from the west, go to Syria and Iraq. They get a taste of terrorism, rape, murder, defacing Christian objects- |
|---|---|---|
| Alex Jones: | 01:20:50 | And then they come back to Europe and go to the anti racism concerts to openly rape and the police just stand there and guard the raping and then judges rule, well this is a muslim, he's allowed to rape it's his culture. |
| Erik Levant: | 01:21:01 | Well and the thing is their coming back as battle hardened veterans in a way. Because they, they did it in Iraq and Syria, so they've tasted blood and whatever moral compunction they might have had, they're over it, so they're numb to violence, they, they love it, they practice it and now they've returned to the west. And throughout Europe and we've seen this terrorist attacks in Belgium and France in particular have been from Isis terrorists who learn their trade in Iraq and Syria and have come back to the west- |
| Alex Jones: | 01:21:34 | And you know what's crazy? We have Ezra Levant the founder of the rebel.media, amazing uh, uh, television, radio network, news-site that's reaching tens of millions a day now. We were not exaggerating. I can't come up with words to describe how much worse it is than were saying because by the minute more insanity comes out. I mean we have videos at in Sweden and Germany of them holding women down and lines of men raping them and the police are fifty feet away and do nothing. I mean, it, it's, I, I mean they literally rape little kids in pools and the police say well that's their culture. I, I mean it is just insane asylum. Ins-eh-ye-I-I-I'm just wondering, and meanwhile, their saying Trump's a Russian agent because he just killed the Obama program to arm Isis. |
| | | We'll be right back, stay with us. |
| | | Ezra Levant, (singing) therebel.media, the founder of it. He's heading back on soon about his whole story, you know having his successful, uh, kind of the Fox news of Canada but more libertarian. Uh that all got shut down and then it was successful and he started this a year and a half ago or so. But, but just getting back to Iraq and what's happening, as the final cities of the liberal globalists Saudi Arabian backed ISIS Fall. We have the Washington Post saying "Trump Ends Covert CIA Program to |

Arm Anti Assad Rebels in Syria, a Move Sought by Moscow." Well the Pentagon said stop doing it five years ago, to Obama. So, just because Russia is aligned, not wanting to back radical Islam, blowing up every church, sex slavery-ing everyone. How does that make Trump bad? I've got democrats all over the news saying no one is allowed to talk to Russians. Why Trump at a dinner at the G20 talked to Putin? It was a dinner! They seated his wife by him! The G20 did it on purpose probably to say Trump was some agent. They're trying to paralyze the president. How do you think all this is going?

Erik Levant:     01:23:29     Yeah, well, I tell ya, it has been terrifying that all of these so-called militias in Syria, they have undermined Basher Assad who I'm not gonna say he was a good man in any way, but he was at-at least a protector of the Christians. Same way, eh I mean, without him look at the anarchy. Same thing in Libya. Muammar Qaddafi not a liberal civil-right's lover, like we expect in the west, but at least he held back the Islamist wave. Same with Hosni Mubarak in Egypt. So we ... we made the perfect the enemy of the good. I'm not saying I would like to live under any of these Arab dictators. But the hell that was unleashed when they were toppled, was far worse, and let me say the Christian community in Iraq, it really is being ethnically cleansed. That's why we went over there. Alex, I'm a jew and so I looked at this ethnic genocide against Christians through the eyes of someone who understood the holocaust and I see so many analogies. And-

Alex Jones:     01:24:36     Or the Armenian genocide. It touches everybody's heart to just see people being, whole families hunted down, the men killed the women raped, murdered thrown away.

Erik Levant:     01:24:46     Well and that's the thing. Armenia was just north of there. So these Christians have a really tough go. So we went there to document the Christian genocide and to bring a little bit of humanitarian relief. And if people want to see our videos they can go to savethechristians.com, we've put up about fifteen videos, including from these destroyed churches. You can see them at savethechristians.com and if you want to help with our humanitarian efforts, you can do that too. It's a, and, and I want to tell the story of these Christians, 'cause so many people ignore it. They're obsessed with the muslim refugees. No one's killing muslims in an-

Alex Jones:     01:25:22     You're absolutely right and again, the UN is basically not letting Christians get out. We should do another video, remember Obama laughing last year going "hah we can't let the Christians

out, we can't just take care of them." No he's blocking them on purpose, because he is a closet Islamist. It's been proven.

| | | |
|---|---|---|
| Erik Levant: | 01:25:39 | Yup. Well, and, and hopefully those numbers will change now that Donald Trump is, a, choosing the refugees. But so far- |
| Alex Jones: | 01:25:45 | But like you said, the Christians can't go to refugee camps to begin with, 'cause they'll be killed by the religion of peace! |
| Erik Levant: | 01:25:51 | Yeah, that's true. Well, listen Alex, I, I appreciate you spreading the word about this and thank you for your kind words. We're gonna keep up this fight, because it's the one group it's okay to demonize in western civilization is Christians and it not, it ought not to be that way. And I know you stand up for their civil rights and we do to my friend. |
| Alex Jones: | 01:26:10 | Absolutely. Well, uh folks can find out more again at therebel.media, and I absolutely for the nightly news wanna get you back on and review some of the boil down or highlights of the amazing video you've got posted, this is real journalism and dangerous. So thanks for doing that, uh Ezra Levant. |
| Erik Levant: | 01:26:29 | Thank you my friend. |
| Alex Jones: | 01:26:29 | Alright, hour number three. Were gonna get to a ton of news items ahead, more on McCain, more on the witch hunt against Trump. More on the economy, so much more- |
| Speaker 19: | 01:26:39 | Thank you for listening to [inaudible 01:26:39]. |
| Alex Jones: | 01:26:38 | We've got john Rappaport comin up too, stay with us. |

At the bottom of the hour, I'm gonna take some of your phone calls. We're gonna be joined by Jon Rappaport comin up here in the next segment [inaudible 01:26:47] and the host of Fourth Hour.

John McCain, you know I'm not a fake, and so, I'm not gonna sit here and tell you that I am having nightmares over the fact that John McCain has a big fat brain tumor, or had it removed and that it's probably not gonna be operable. And that he won't be with us for too much longer. So not gonna lie to you and tell you I'm losing sleep over it. But I'm also not gonna tell you I'm glad he's dying. 'cause I'm not. I'm very sad for John McCain. He's a very, very twisted person. He's been compromised since the Keating Five, which was totally illegal. Ripping people off with fake bonds. And you go back to Hanoi Hilton where he was

taken care of for given em all the secrets. That's been confirmed. The guy is not a hero in my view. Of course Donald Trump knows that when he said that McCain's no hero. His dad was an admiral. The head of the pacific fleet. He's a consummate insider. But that said death is the great equalizer. And I don't take pleasure when I heard David Rockefeller died. I don't take pleasure when I heard Zbigniew Brzezinski died. I won't take pleasure when I hear that George Soros is dead. But I'll tell yeah this, I will feel relief. Because these are very, very, very, very bad people.

And I'm not gonna play along with everybody, that's virtue signaling saying oh, our hopes and prayers go out to John McCain ... and just for the mere reason of sounding like I'm a loving compassionate person, because its hard to say nice things about john McCain when he's so evil and funded Al Qaeda and funded Isis and get all this. The bible says, pray for your enemies. So I can't help but say pray for John McCain. But I don't even like saying it, I'm just being honest. But I guess pray he wakes up. Pray he, ya know, jus, turns around, and that there's some good left in him. And that he, repents for funding and, and, and supporting the massive middle eastern destabilization turning radical Islam loose on other muslims Christians, you name it.

I mean it's just, the guy he quarterback, as Tim Caine said, he was, is the chairman. Let's pull up Tim Caine's tweet. I saw it last night at about seven thirty, right when it went out. I was searching McCain news, when the brain tumor news broke. There it is. Thinking about my hero. My chairman. My friend John McCain. Stay strong. His chairman. 'Cause let me tell you something. He is chairing, not just committees, he's chairing the operation to bring down the Make America Great Movement and to put the deep state back in full control. And he's all about bringing in radical Muslims and going after our guns and he supported original Obama care.

But of course we haven't seen Obama care repealed. Because it's what the republican scumbags at the top wanted. They're the same ones against Trump. The never-Trumper filth. The, the, they have some good rhetoric. They have some good talk.

PART 3 OF 6 ENDS [01:30:04]

| Alex Jones: | 01:30:00 | Th- th- th- they have some good rhetoric, they have some good talk, but they don't deliver. So, the media will probably edit what I've said about McCain, take it out of context and say I'm glad he's dying. I'm not. I've told you what I really think. It's |

35

nuanced because it, the world is complex. I don't like McCain, but on a spiritual level, it feels like bad luck to me to say, you know, he's getting what's coming to him or something like that hypothetically because I don't take pleasure in it, but when somebody is a convicted pedophile or been caught with hundreds of kids, like Sandusky, uh, and, and, and, and the deputy pope and people and they're particularly in priest robes because you know they love to care out the satanism that way because it's more blasphemous and it, they're just such defilers that ... I mean, I'm glad when pedophiles die.

I'm glad when child kidnappers die. And I'm not a violent person, I don't enjoy violence but my very instincts are very sharp towards these people and I've always said, you know, when they convict these folks of pedophilia, they convict these people of kidnapping kids, I personally, I will flip the switch to run electricity through their brains.

800-259-9231. Coming up at the start of the bottom of the hour segment, I will play a video that YouTube says violates their community standards for pointing out an article by Zero Hedge, that pointed out an anomaly in an NBC news report concerning Sandy Hook. And so I'm going to air this again and I'm going to challenge that it doesn't violate, uh, the rules as being selectively enforced and that's it's a form of civil rights violation of the first amendment and discrimination. It's just like a big, uh, credit card processing company that we're looking at suing, I just have to do this. I have to start some lawsuits against violators just to, just to fight for my rights.

They told us, "We're not going to let you process credit cards and debit cards with us even though you have a, you know, Triple A standing, five star rating, absolutely established 22 year credit card processing company, that has the other big three credit card processors hooked into our system, not just PayPal, we're not going to let, do business with you," and they were dumb enough in emails to say, "Because of our political views."

You think a gay couple can sue and win money because somebody wouldn't make a cake but then you guys say because of my political views and what's misrepresented that I am not allowed to engage in commerce? You people are crazy. I've run this by litigators, top law firms, it's win, win, win, win, win. And I don't want the money from these suits. I don't want two years and then they get to depose me and I get to depose them. But, I'm going to, I'm going to subpoena CEOs and people. I'm gonna start going after folks because I can't put up with it anymore.

So we're going to air what YouTube says you're not allowed to see. Coming up, it's only four minutes long, it's Owen Shroyer with a zero hedge headline. And we're going to go to your phone calls with our guests, John Avaport. But hey, good luck guys because I'm launching more shows, more video platforms, our own video platform has millions and millions of viewers, every few days, we're not backing down, we're not giving up, we're getting more affiliates across the United States because America is done being intimidated. America is done bowing. America is done being called racists because you didn't want Obama Care written by insurance companies and republican fat cats to screw everybody over with the democrats.

American's across the board of every political strip, of every skin color, of every religious background including Muslims that don't want to be under radical orthodox Islam are sick of oppression and we want freedom and we want it now. Coming up the bottom of the hour, I'll show you the letter from YouTube and what they say is not allowed. We're going to play the evil video. Zero Hedge discoveries anomaly in Alex Jones's hit piece. And all it is is Owen Shroyer playing two clips off the news side by side. And if they can sensor that and if they can shut us down for that, they can shut anybody down and Twitter announced today< "We've begun 10 times the censorship we were doing last year of anybody criticizing people we don't like." They can have the left sing kill Trump, kill me, whatever, but let me tell you, you call somebody a liar, you call somebody an idiot, oh, they're going to shut you down. They got their trendy CEO up there. They got their trendy ... yeah, click on that for TV viewers. This is how it's happening.

Notice YouTube and Twitter and Facebook are all announcing the massive censorship launces now. Well, Google, we have the internal purchase order, millions of dollars to shut down Info Wars, saying Ron Paul's not credible, saying that the Syrian rebels were caught launching their own chemical attack and reading a UN report. No, it's that Ron Paul is credible and they said, 'Due to him opposing a Syrian war, and Jones having on these guests, we're going to delist him. But we're going to do it secretly because it's not credible.' And they listed Ron Paul and that I then played a clip of a congressman, and that it was, that it was too influential. They said, "He, he plays a congressman and then he plays Ron Paul and then he, he has a Sy Hurst clip and it's just not credible."

Because it's admitted that the Syrian rebels launched at least three chemical attacks. Congress has had hearings on it and confirmed it. The UN admits it, be se- because it was so credible

that I went bam, bam, bam, here's the clips, and said, "We shouldn't get in a longer war and deep state wanted, that." Then they shut it down. There it is, Ron Paul, zero chance Asad behind chemical weapon's attack in Syria, likely a false flag. I played that clip, I play Cy Hurst and I played a sitting congressman saying the same thing, and because it had consensus and because they showed the UN report, and then we showed the rebels admitting they did it, because it was so credible, they put out a multimillion dollar contract to delist me. And then guess what? Congress is investigating it and so is the White House for antitrust, that case.

And you notice now, that contract's been canceled and google came out a week later and said, "We did that on accident, we're canceling that contract." And then they started relisting us. Well, does Google think I'm dumb? When you've got your little knighted social justice warriors that are given these little chevrons? They actually give them little shield symbols and their email that they're super mods and then they can go ban our videos. (laughs) I can't wait to depose them. I can't wait to get their ISPs and drag them into court. You unamerican trash.

You want to shut us up because we are credible. You want to shut us up because you know we're pulling back the curtain. Look right here, Trump ends covert CIA program to arm anti Asad rebels in Syria, a move sought by Moscow, the Washington Post. Our pentagon five years ago on record, went to Obama and said, "We're not going to be part of being their air force." And said no, and then worked with the Russians to clear out the bad rebels and now Asad's preparing to have elections and leave.

And because our patriot military didn't go along with the deep state, we stopped a wider war. Now YouTube calls them YouTube heroes where you gain points going around shutting down free speech and you get directives, Google owns YouTube, they hire an outside group that then goes and then gives the orders to the mods so that Google can claim they weren't behind it. It's like hiring somebody to rob your neighbor's house or I guess kill your wife or something.

So, so, but you didn't do it yourself, you see. And they admit all this like we're idiots. Don't you know people, even though these are encoded emails are giving us the information? Showtips@infowars.com, whistleblowers@infowars.com, if you're working as part of these groups to do this, send us the data. This is how we're going to defeat deep state.

(laughs) Joining us is Jon Rappoport at nomorefakenews.com, he had that name 15 years ago for his website. He worked for some of the biggest TV and, uh, networks and news gathering and news papers as investigative journalist until he got de-disgusted with it over 20 years ago, he's a film maker, author, artist, you name it, nomorefakenews.com, and he joins us to break this down. What do you call this moment we've reached? Because they're coming for us, but every time they do, it causes a Streisand effect.

Jon Rappoport:   01:39:17   Yeah, that's exactly what it is. And because more and more people are waking up, and coming to the defense. You know, seeing what's really happening. They're fading. They keep trying and trying and trying but you know, these poles that show that six percent of the people are really interested or concerned about this whole Russia collusion insanity story that's being promoted and so on, all this give them a clue. They're operating in this gigantic echo chamber and hoping to convince people that because they all tell the same lies to each other, that other people are interested. Well it turns out that most of the people don't care.

Alex Jones:   01:39:59   I have a name for that. It's called a circle jerk.

Jon Rappoport:   01:40:01   Yeah. They don't give a crap about any of this. (laughs) You know? And so this gets exposed time and time again and the liars keep on lying. They can't turn back now. You know, it's like when you're, you've already jumped off the cliff and now you say, "Gee I wish I hadn't jumped off the cliff. I don't think that was such a great idea. Is there any way I can turn around in space and walk back up to it?" No, you're already falling. So what are you going to do on the way down? You're just going to keep screaming the same lies over and over and over again until you hit bottom.

Alex Jones:   01:40:34   So it's like Wiley Coyote when he runs out on the edge of a cliff and realizes he's already run too far and a second later-

Jon Rappoport:   01:40:40   Right.

Alex Jones:   01:40:40   He drops. They've already kind of hit that point, but what do they have to lose?

Jon Rappoport:   01:40:43   (laughs) Your guys are really quick here. They're putting it up and the screen already. Yeah. There is he is off the, uh, too late. Couldn't do it. Couldn't come back. Hovered in midair for a second.

| Alex Jones: | 01:40:57 | You said three or four years ago with Piers Morgan that it was a crack in the façade, it pulled back, people got deprogrammed for a moment, Trump's like a 10,000 times better than that moment, they are so panicked, don't they get that even if they destroy him, Toto already pulled the curtain back? |
| --- | --- | --- |
| Jon Rappoport: | 01:41:11 | Yeah, they don't, they're hoping that's not true, but it is, you see, because as I keep saying, time and time again, it's, don't just think it's Trump. You know, it's everybody. It's everybody who wants freedom and demands it, freedom from surveillance, censorship, oppressive laws, child protective services, medical cartel, mandates that you have to get vaccinated with poisons. I mean, you can just stretch out the whole nine yards. It's everybody who's sick and tired of the government intruding on their lives and causing them pain, suffering and death saying, "We've had enough. Now we want something positive." Those people, all of us, we're not going anywhere. Where is there to go? |
| Alex Jones: | 01:41:58 | And there's nothing the globalist can do to convince us to go back with them. It's over. |
| Jon Rappoport: | 01:42:03 | Yeah. There's no way that you know, they can say, "Well come back on our side because we didn't really mean that or you know, we're not as bad as you think." No, they're worse than we think and we know that. I mean, we've had them in our sights for a long time. |
| Alex Jones: | 01:42:17 | How many top Catholics and university heads are caught running giant child rape operations? |
| Jon Rappoport: | 01:42:23 | Yeah, how many do we need before we understand the whole picture there? |
| Alex Jones: | 01:42:26 | These are literal devil worshiping pedophiles, folks. That's why they're into GMO and fluoride and poison and cancer and evil, because they literally are demon possessed. And I'm, I'm not kidding. I mean, it, when you come down to it, these are, these are just evil people. We'll be back. |
| | | Ladies and gentleman, we are back live, I'm your host Alex Jones, Jon Rappoport's our guest, he's got a bunch of issues he wants to get into. You know, Bill Clinton invited Russia to interfere on a US presidential election publicly. (laughs) Tell them to have the EU, the Saudi's, the pope, uh, all these foreign companies saying, "Don't elect Trump." I mean, it's just crazy that they keep pushing, pushing all of this, but just minutes ago, |

OJ Simpson walked out of his parole hearing, it's over, uh, and the word is they're probably going to go in, deliberate and then decide to release him after nine years in prison for stealing back some of his me- memorabilia in a, in a robbery, and I, I'm not an OJ Simpson fan, I, I'm just telling you folks that he spends nine years, Dennis Hastart rapes little boys, procures them for the republican party and others, they cover it up and he gets 13 months in federal prison and then is suing one of the people that he admittedly raped.

He carried the kids across state lines, reportedly. Uh, but he wants his money back. So again, what's wrong with this world? It's not that Simpson's black that he's been persecuted, uh, compared to Hastert, it's that he's not an elitist. You better believe if Simpson's crime was rapping little kids, he probably never even would have been in prison.

Instead, his crime is being an average citizen pretty much, uh, and not being involved in an elite type of criminal operation. What do you make of all this, Jon Rappoport of No More Fake News?

Jon Rappoport: 01:44:19 Well I think there's ... oh God, where do we start here? I mean, it's basically about Hastart and all the other pedophiles. They protect each other. They're in positions of power. They are the ones who can take a priest from here, uh, let's move him to Tasmania or you know, the arctic so that he's never prosecuted. Let's collude with politicians, fellow politicians who are also involved in the pedophile networks so that the case never goes to court or some small time bit player gets sent to jail but none of the elites ever get to jail.

Alex Jones: 01:44:56 So it's a big club and we ain't in it-

Jon Rappoport: 01:44:57 Exactly.

Alex Jones: 01:44:57 Why historically in every ancient culture is there a cult that takes over, whether it's African, meso-america, Europe, Asia, in certain periods, cults take over, build temples, and then rape and kill children. You know, in the bible they talk about different tribes taking virgins and killing them. Well virgins just means children. Why does this keep, uh, through sociology, anthropology, psychology, archeology, why does it keep raising it's ugly head? What's at the bottom of the rabbit hole?

Jon Rappoport: 01:45:28 You know, you said these people are evil. I don't think you really have to go much further than that. I mean, you can analyze why

and so on and you can give lots of reasons, that's easy to do. But evil people turn out to be evil. That's what they are.

| | | |
|---|---|---|
| Alex Jones: | 01:45:46 | And the more they get away with, the more they do. |

Jon Rappoport:    01:45:48    Yeah, of course. And then it piles up. In other words, whatever thrill they get out of being evil, it's not enough so they have to go further. And they have to keep on going. This amount of control and destruction is not enough. We have to expand it. And that's where they actually commit suicide. Because it gets to a point where the people are fed up and have had enough because they see what's actually going on and we're at that cross road when we talk about what the globalists are doing.

Alex Jones:    01:46:18    I agree, because you said they're in their own echo chamber, they even admit that now. Everyone's even turning ... I mean it was like 20 something percent a few months ago thought Russia was important, now it's six percent in their own Gallup poles, everyone I know knows it's a total joke and, and, and so what comes next? They're in their echo chamber, they're getting more extreme, they're going to try to remove Trump, what's going to happen?

Jon Rappoport:    01:46:39    Well they're just going to continue to beat the drum any possible way they can. I'm sure that they're going to get some more psychiatrists to try to come forward and say that he's mental ill and he's incompetent to serve, uh, the reason that they're not filing impeachment proceedings is because they know they don't have a chance. So they're looking around desperately to try to find something and all they can do right now is to keep on screaming about the Russia story because they don't really have anything else. And when it's reported that fewer people are coming across the southern border, for example, and certain you know, progress is being made along that front, because with open borders, you just can't vet who's coming into the country, uh, then there's a whole lot of people that are very, uh, ha- happy about that. So that makes it even worse for them. They don't know what to do.

Alex Jones:    01:47:34    That's right, because, because, eh, they can't kill the economy quick enough to blame Trump, plus they now know they're getting the blame anyways for trying it, but they can't help themselves, like you said, they're Wiley Coyote ran over the edge. When we come back though, Muller has said, "Okay, I can't find any Russia stuff." He's going to look at every Trump associate, every campaign person's finances, total drag net, total fishing expedition, what does Trump do at this point with this rogue element, what do we do?

All right, we got well over two million subscribers on just one of our YouTube channels that a fan made five, six years ago, Dave Thomas, not of Wendy's, his name's really Dave Thomas. Great guy, he, he works for us now. From Oregon where he's a chicken farmer with his family. Who's your daddy. Does he live in a free country like me? It always, during the break, I was talking to the crew, they're like, uh, we're, uh, they're glad I'm really considering having to sue Google and YouTube and other people that put in false copyright claims because this isn't Russia during the old Soviet Union, this isn't communist china, we have free speech in this country. And I'm sick of people with false copyright claims they never back up once I file, once I file a challenge to it, they never put up or shut up and file suit on me.

And then now they claim that I'm harassing Sandy Hook families because the media said I am and the media said I said go harass their families. And then they take down our videos where I actually clarify going back three, four years ago that I simple questioned because our media lied about dead babies in incubators and said they got their brains bashed out and so my listeners didn't buy the official story, so we looked at it and I said, "I don't know the truth." I'm not ready to say kids didn't die and point my finger at parents and say they're liars.

Is there a blue screen when Anderson Cooper's face disappearing? Are there kids going in circles in the video shots? Did they hold back the helicopters? Did they have porta pottys there in an hour and a half? Did they run it like a big PR operation? Do they get all these conflicting stories in the media? Absolutely. And we have a right to question it. If, if they said there were new babies thrown out of incubators in some country and we questioned it because they've lied before and it turned out that they did actually kill babies somewhere, would I then hate the families that lost their babies? No. I'm questioning known liars in the media.

But in the 1990 event where they said hundreds of babies had their brains bashed out and their skulls kicked in, there were no babies. There were no incubators. It was a red shirt to bring us into a war and now over a million Iraqis have died of starvation, a half million under the Clinton's intensified sanctions that were children.

But see, we don't humanize those Iraqi children and we overthrew a secular government that had swimming pools and movie theaters and Play Boy sold in the stores. I'm not saying that's a great thing or a good thing or a bad thing, the point was it was becoming westernized. The globalists don't want that.

They destroyed it. And they put radical Islamist in charge. But see, I'm not supposed to sit here and have a big thought like that. I looked at the five videos that they have said are evil and bad, and put a strike on us to shut the channel down, zero hedge discovered anomaly in Alex Jones hit piece. That's what they're saying we're not allowed to question. So let's play the censored report with Owen Shroyer analyzing other people's reports and playing the anomaly and asking the question and quite frankly, the father sees, he needs to clarify, NBC needs to clarify because the coroner said none of the parents were allowed to touch the kids or see the kids and maybe they meaning at the school, I'm sure later maybe the parents saw their children. The point is, is that because the media lies so much, you can't blame the public asking questions and you can't ban free speech of people that are asking questions and for us to simply look at the Megyn Kelly public even where someone sat down and was interviewed and to politely discuss it. If you ban that, you ban free speech in total. Very, very dangerous. Here it is.

Owen Shroyer:    01:52:01    So folks now, here's another story. You know, I don't even know if Alex knows about this to be honest with you. Alex, if you're listening and you want to, uh, or if you just want to know what's going on, Zero Hedge has just published a story Megyn Kelly fails to fact check Sandy Hook, Sandy Hook father's contradictory claim in Alex Jones' hit piece.

Now again, this, this broke, I think it broke today. I don't know what time, but featured in Megyn Kelly's expose, Neil Heslin, a father of one of the victims, during the interview described what happened the day of the shooting and basically what he said, the statement he made, fact checkers on this have said cannot be accurate. He's claiming that he held his son and saw the bullet hole in his head. That is his claim.

Now, according to a timeline of events and a coroner's testimony, that is not possible. And so, one must look at Megyn Kelly and say, "Megyn, I think it's time for you to explain this contradiction in the narrative because this is only going to fuel the conspiracy theory that you're trying to put out, in fact." So, and here's the thing, too.

You would remember ... let me see how long these clips are. You would remember if you held your dead kid in, in your hands with a bullet hole. That's not something that you would just misspeak on. So let's role the clip first, Neil Heslin telling Megyn Kelly of his experience with his, with, uh, with his kid.

| Megyn Kelly: | 01:53:52 | At Sandy Hook elementary school, one of the darkest chapters in American history, was a hoax. |
| --- | --- | --- |
| Neil Heslin: | 01:54:00 | I lost my son. I buried my son. I held my son with a bullet hole through his head. |
| Megyn Kelly: | 01:54:07 | Neil Heslin's son, Jesse, just six years old, was murdered, along with 19 of his classmates and six adults on December 14, 2012 in Newton, Connecticut. |
| Neil Heslin: | 01:54:19 | I dropped him off at 9:04 that's when we dropped him off at school with his book bag. Um, hours later, I was picking him up in a body bag. |
| Owen Shroyer: | 01:54:33 | Okay, so making a pretty extreme cl- claim that would be a very thing vivid in your memory, holding his dead child. Now here is an account from the coroner that does not collaborate with that narrative. |
| Speaker 20: | 01:54:49 | Uh, we did not bring the bodies and the families into contact. We took, uh, pictures of them, um, uh, of their facial features. You have, uh, uh, it's easier on the families when you do that. Uh, there is, uh, a time and a place for up close and personal in the grieving process, but to accomplish this, uh, we felt it would be best, uh, to do it this way and, uh, you can sort of, uh, you can control situation, uh, depending on your photographer and I have very good photographers. Uh, but, uh- |
| Speaker 21: | 01:55:28 | It's gotta be hard not to have been able to actually see her. |
| Speaker 22: | 01:55:34 | Well, at first I thought that and I had questioned maybe wanting to see her. |
| Owen Shroyer: | 01:55:44 | Okay. So just another question that people are now going to be asking about Sandy Hook. The conspiracy theorist on the internet out there that have a lot of questions that are yet to get answered, I mean, you can say whatever you want about the event, that's just a fact. So, there's another one. Will there be a clarification from Heslin or Megyn Kelly? I wouldn't hold your breath. (laughs) So now they're fueling the conspiracy theory claims. Unbelievable. We'll be right back with more. |
| Alex Jones: | 01:56:10 | All right, now that's the full clip that's been censored on YouTube that's hateful and evil they say and that we're harassing people with. It's national television. It's a piece attacking me. Okay? That's a clip from a national piece televised everywhere, misrepresented what I said about Sandy Hook. I'm |

not allowed to respond to a report about me that isn't even accurate and then you've got CNN and MSNBC both with different groups of parents and the coroner saying we weren't allowed to see our kids basically ever, what they sound like they're saying, but we see a father, a grieving father saying that he dropped him off with a book bag, got him back in a body bag.

And, and, and, you know, regardless, Bloomberg said they don't let a good crisis go to waste. So did the White House Chief of Staff Robert Manuel at the time. And, and bottom line there was massive PR around this. This was used to blame the American people to say gun owners were at blame for this and to, and that we had killed these children. So that's why America rejected it and said it was fake because in total, saying gun owners are responsible for what somebody on Prozac does is, is, is not true. If I kill somebody with a car on purpose, it's not your fault because you own a car that I did something wrong with a car. Like, if I stabbed my neighbor with a butcher knife, or you do, then we're not guilty for, for what another person does. So we're sick of this.

Do mass shootings happen? Absolutely. Can I prove that New Haven didn't happen? No. So I've said for years, we've had debates about it, that I don't know, but you can't blame people for asking. But now, in a national Megyn Kelly NBC headpiece that another publication, very respected, Zero Hedge, comes out and breaks, I'm not even allowed to report on a report about me from NBC and Zero Hedge with my other reporter who didn't harass anybody. That was a month ago. He said, "I wouldn't hold my breath looking for a response." We've not seen a clarification. I'm the one that called him up after I saw the show that night and I said, "You know Owen?" And we're going to go back to our guest, could be that, you know, we need to get clarification on what went on, and I couldn't ever find out. The stuff I found was they never let them see their bodies. That's kind of what's weird about this, but maybe they did.

So, I, I'm sure it's all real. But for some reason, they don't want you to see those clips together.

Nomorefakenews.com, he hosted an hour a week, going to be hosting a lot more soon, I gotta get it set up with him, uh, but, uh, he's here with us, of course it's Jon Rappoport, Jon what do you make of this?

Jon Rappoport:    01:58:54    (laughs) Just, report on the report on the report on the report is suddenly you know, licenses to take away access. You can't do that. Absolutely not. Absolutely inappropriate. Inappropriate,

right? Because there is an unanswered question. So where does that leave us? Well, let's say that somebody decides to publish on YouTube a whole list of the ingredients in vaccines. You know, here it is from the CDC. And I have a question because if you'll notice, there's aluminum, aluminum, aluminum, aluminum, aluminum, and now here is a statement from official organization, medical organizations about how neurotoxic aluminum is that's being injected this way and I'm asking questions about this. Well, that ... let's throw that away, too. That's no good. We can't have a video like that. We can't have that either. I mean, as you say, if they're going to th- if they're going to throw out that-

PART 4 OF 6 ENDS [02:00:04]

| | | |
|---|---|---|
| Jon Rappoport: | 02:00:00 | That either. I mean, as you say. If they're going to throw, if they're going to throw out that video by Shroyer, then everything is up for grabs. You can't say anything that wouldn't be censored if somebody wants to censor it. |
| Alex Jones: | 02:00:14 | Well, I'm not supposed to ask you because of this intimidation. What do you think about Sandy Hook? I mean, I said it has more holes in it- |
| Jon Rappoport: | 02:00:14 | Yeah. Right. |
| Alex Jones: | 02:00:19 | Than ... I said it has more holes than Swiss cheese. I'm not personally attacking anybody. Just like, as I said, if a new baby incubator story came out, I would question it. It may come out that the new attack on babies is real. But am I bad? Am I attacking individual parents because I question the media that runs hoaxes? |
| Jon Rappoport: | 02:00:38 | And here's the other thing because they have to find their hook to come after you. You know? You've covered what? In all the years you've, you've been in in it for what it is? I don't know. 15,000, 20,000 stories. Okay. So let's find one that we can twist. Make it incredibly controversial. And make it sound like he's some sort of an inhuman monster. And now let's push that on national television. And say, "You see folks. You see what we're dealing with here. With the so called independent media." I mean, that's the other aspect of this. Which is completely insane. You know? |
| | | If there was anybody rational at any of these networks, they would sit down with you and they would say, "Well, apparently you're a very controversial figure. And also apparently you have |

untold millions. I mean, it just keeps getting bigger of listeners. So what is it that you stand for? Why are you so popular? What are you saying?" And, you know, a long forum interview. And then they would bring in and say, "Well, here's a story you covered. And this is what you said."

| | | |
|---|---|---|
| Alex Jones: | 02:01:50 | Listen I told them I thought the kids probably did die and that we were simply questioning because the babies in the incubators, they wouldn't put it. They won't let me even say that- |
| Jon Rappoport: | 02:01:50 | That's right. |
| Alex Jones: | 02:01:59 | That, that, that they've twisted it and I, because they want to take off what I really said. And then say false things about me so I can't respond. |
| Jon Rappoport: | 02:02:06 | Exactly. So if you say, "Well, let's compare the Sandy Hook thing to the incubator baby thing." They're not even going to put that on television. They don't want to hear that. They don't want to say, "Well, gee. He does have an analogy. No. No. We don't want to even consider that because people are going to realize hey. Well. Yeah. That was a totally fake story about how the, the war in Iraq was, uh, promoted and launched. So he has a right to question what happened at Sandy Hook or what happened anywhere about anything." I mean, come on. What's, what's the story here? You ask a question. You ask a number of questions. And all of a sudden you're censored for that.

These people want you to get down on your hands and knees and pray to ABC, NBC, CBS, CNN. Etc. Etc. That's what they want. Just like Chris Como says on CNN, in what has to be for me one of the most insane things ever uttered by anybody. "You the public don't have a right to look at these leaked emails. Only we the media can. And then we tell you what to think and then you accept it." |
| Alex Jones: | 02:03:18 | (laughs). He actually said it just like that. |
| Jon Rappoport: | 02:03:20 | Right. And people, you know? The, people all over the world. Like if I was walking through an airport where they have these contracts from CNN and I heard that, I'd say, "Forget about my flight. I'm dropping my bags. I got to watch this idiot. This is unbelievable." Right? You know? Where does this guy come from? |

| Alex Jones: | 02:03:37 | He goes further. He goes, "You're not allowed to. It's illegal. No. No. We're allowed to and then you get it from us." I mean, he actually the most, when I saw that clip first the day it happened, I thought it was a joke. And we went back and found the full context. |
|---|---|---|
| Jon Rappoport: | 02:03:50 | (laughs). |
| Alex Jones: | 02:03:50 | I mean he really talked to them like they're three year olds. |
| Jon Rappoport: | 02:03:53 | Yeah. He really means that. You say well, this is a guy that, you know? Megan. Hello. Interview Chris Como. Okay? Find out what makes this incredible moron tick. You know? I mean, where did you come up with this idea? We the media will tell you what it means. Otherwise you have no access to it. I mean, where did, where was he hatched? How did he come in to being as some sort of reporter? I mean, do they just, I know his name is Como so he's from the political family. Right? But I mean, they just grab them off the street and say, "You're our anchor." When you say something like that? I mean, there we see what the media is actually thinking about themselves. |
| Alex Jones: | 02:04:40 | Exactly. I want to go to some phone calls. I'm going to skip this break so we have some more time with John Rappaport. But just briefly, Pooty Pie has like 15 plus billion views on one channel. And a couple billion on another. And other channels. I mean, it, it's, it's 18 billion views. And it's bigger than all comedy channels, entertainment stuff together. And he never was political. I'd only seen some of it. But they hate the fact that his main demographic is about 18 and younger. But I've seen his stuff. It's pretty funny. Even when he makes fun of me. |
| | | Uh. Regardless in the, in the, in the, in the marketplace of ideas, he's winning. They begin to call him racist, Hitler, say shut him down. Because the big executives are jealous. The Zucker's of the world. That he has something they don't have. He has the real star appeal. They've all failed. Nothing they force feed works. So I've talked to a lot of these folks. Not Pooty Pie. But others. All these big channels. Including a lot of big kind of main line, uh, liberal channels that are independent. They're getting targeted and shut down. And it's a bullying. And then YouTube comes along behind the scenes and says, "Work with us. Start doing a few things we want. We'll fully monetize you and help you." So it's muscling. Stop saying that Pootie Pie and others. |
| | | They're scared of you because they saw you putting down our stuff at Watson's. They know you could turn around and somebody like you could be a thousand times more successful |

than even myself or Donald Trump. They don't know who the Pootie Pie is that's just kind of doing their own thing. Whose, who then clicks because there's this algo rhythm awakening. So Pootie Pie needs to know they're always going to envy you and try to shut you down. The answer is really take your destiny in your hands. Don't just be super popular and have all the super hot girlfriends. And make 30 million dollars a year. Or whatever. Really change the destiny of the world. And, and, and if it's not going to be Pootie Pie, it's going to be somebody else. Because I turned down 10 million dollars a year. 16, 17 years ago. Sounds like a lot of money. It's nothing. Money means nothing once you get self sufficient.

They use it to control you. To always feel like you're going to arrive someday if you were just with them. Now it's not saying money is bad to have. It's just that it is not your God. They try to keep money limited. Resources limited so they can be the gatekeeper between that. Right now though OJ's verdict is coming in. Dennis Hastert goes free after 13 months. We'll see if, uh, OJ does for, uh, robbery. Uh. Already serving nine years. Let's go to that feed live.

| | | |
|---|---|---|
| Speaker 23: | 02:07:10 | And I concur with Commissioner Corda. And grant parole. And in addition, our decision, although difficult, is fair and just. |
| Speaker 24: | 02:07:22 | I concur with the Commissioner, uh, Corda and agree to grant parole. |
| Speaker 23: | 02:07:29 | Um. Mister Simpson. Before I cast my vote. Um. I want to let you know that we believe that we're a fair board. We believe that we're a consistent board. Um. I will let you know that that consistency also goes to parole. And, um, we do not look kindly upon parole violations. Um. And if I cast my vote to grant and it, and it concludes the hearing, uh, our expectation would be that you not violate even the simplest condition of parole. Having said that, um, I am prepared to cast the vote. I am prepared to ask the commissioners to set conditions. Um. If, if that happens, um, we will produce an order sometime in the next 15 to 20 minutes that will be faxed to you or presented to you at the institution. And it will become a public record. So based on all of that, um, Mister Simpson I do vote to grant parole when eligible. And that will conclude this hearing. |
| OJ Simpson: | 02:08:37 | Thank you. |
| Alex Jones: | 02:08:37 | You know? Simpson looked arrogant and somewhat corrupt before. But after nine years in prison, he looks very genuine. Very contrite. And he looks very, like he has a lot of, I never |

50

studied his genetic background. But I think he has a lot of native american in him or something. Because he looks, uh, a lot of native american now that he's lost a lot of weight. Uh. But, uh, but there you go. Nine years in prison for robbing back some of his own memorabilia. I'm not defending what he did. But there was a dispute. Um. And then I've never done it myself. But sometimes in business you get a little bit mad. People screw you over. And I'm not saying that's what happened there. The wife thing. All that. Both sides. They tried to set him up. He probably did it. It's just a mess.

Crime of passion. Yeah. I mean, basically cut their heads off. Or I mean he was found civilly guilty. The point is it's hard to hate him when these globalists are committing all these crimes. John McCain's funding Al Qaeda and ISIS. They're murdering Christians by the hundreds of thousands. And then all these pedophiles are going free. Um. We haven't scripted this. We're live. We're going to go to your phone calls. Shawn, Josh, Andrew, Dustin, and others. But what is your view John Rappaport?

| Jon Rappoport: | 02:09:45 | You know I just thought what would happen if he put up a YouTube video with Hastert being released. Next to OJ. See maybe that would be censored too. Oh. Oh. Oh. Oh. We don't want any comparisons of this. No. No. Just side by side. The last two minutes of this from Simpson. And Hastert pedophile, he gets off. Let's present that. Let's show, you know? What do you think of this folks? You think this sounds fair? Does this sound equitable? Does this sound like the justice system is actually working? When this guy serves nine years and this guy serves, what? 13 months? Really. Unbelievable. |

| Alex Jones: | 02:10:27 | Well, I know if you look at Simpson, you can't fake that. He looked real humanity, really upset. Really wanting to get out. I mean, you, you can't hide that. That was real. And then you look at somebody like, like, uh, you know? Mister blue eyes over there. At, at the republican party. Paul Ryan. He just radiates I'm a psychopath. |

| Jon Rappoport: | 02:10:44 | (laughs). Yeah. |

| Alex Jones: | 02:10:47 | We're going to go to break here in a moment and take a few calls. John Rappaport. No more fake news dot com. Before we go any further, ladies and gentlemen, we need your financial support. They're trying to shut us down. I want to expand. Not just stay the same size. Because we're going to expand or be destroyed. It, it, there is no staying the same size. We need you to go to infowarstore.com. Where we have amazing [inaudible |

02:11:04]. Free shipping for another 10 days or so. And a bunch of the stuff. Like super male, which is this great concentrated herbs. The X2. The amazing good, uh, halogen. Uh the deep Earth clean iodine. Not the garbage iodine that you get in the store. You know? Probably eat holes in your belly. Infowarslive.com has it all but it a lot of the specials got to end today. Just like brain force had to end a few days ago because it's about to sell out.

I'll have some new specials tomorrow. But these are our best sellers. They're still no sale right now infowarslive.com. Or triple 8-2-5-3-3-1-3-9. But that's how we fund ourselves. Over 75 percent of the funding is you buying products. CNN is fake news. On the back, infowars is real news. Great shirt to meet like minded people, to spread the word, to stand up for free speech. Caveman is back in stock. [inaudible 02:11:52]. Knock out the fungus and stuff in your gut. [inaudible 02:11:55] the probiotic. It's back. Now we've got our new super high quality whey. That I haven't even had time to get into yet today. It's our new product launch today. Haven't even launched it because so much is happening.

So we'll take your phone calls coming up. I appreciate you holding. We don't get to everybody, I'm going to send everybody a keg of this, uh, new premium whey protein. It's from one of the biggest high quality manufacturers. Hormone free, grass fed, uh, cows would produce the milk. True whey, uh, protein. Super high quality. Infowarslive.com. Or triple 8-2-5-3-3-1-3-9. No reviews yet because it just came out today. But we have tens of thousands of reviews by third party site power reviews and others. On average four point eight stars. No one else that we've seen has it. Infowarslive.com. Infowardsstore.com is the umbrella site.

But even if you can't buy the product from us to help support the broadcast, just spread the link. Spread the articles. Spread the videos because we are fighting everyday to simply stay here and keep putting the truth out. And we'll change the world because of your support. Hour number four. With your calls. Anthony Cumia. The conclusion of no more fake news dot com with John Rappaport. Stay with us.

Alright look. I hogged the airtime. I gave the number out 30 minutes ago. I haven't gone to your calls. I apologize. It's Rappoport is our guest. Let's talk to Shawn in New York then Josh in other. Shawn, you're on the air. Shawn? We're going to let you go. Let's go to Josh in Colorado. Josh, you're on the air.

| Bob Barr: | 02:13:28 | Hey guys. Uh. Long time listener. Um. I just wanted to talk to you about future technology. Um. I'm an independent researcher. I led an energy movement. And I, I'm seeing something that's coming. Um. There's a break away civilization. And they have revolutionary energy technologies. They're going to build three printed robots. They're engineering robots into bio mechanical with dogs. I had to leave the movement because of the weird stuff I was starting to hear. There is something really strange going on in this world. And- |
|---|---|---|
| Alex Jones: | 02:14:02 | Yeah. I know. They got computers that predict the future. I mean they've got computers that predict the future. Then you can control the future. They've had [inaudible 02:14:09] for 30 plus years they admit. And, and now they're admitting it all but, but not showing it so that's the big question. Have we already reached the Atlantean moment? Whatever they've discovered they're on such power trips. They act like we just don't even exist anymore. Then there's Trump in the middle of it trying to rally billions of people against it. Uh. |
| | | Rappaport what do you think is going on? |
| Jon Rappoport: | 02:14:32 | They have tremendously advanced artificial intelligence in terms of systems. Because that's what they're trying to do to the planet. Here we've got these systems and we're going to impose them on you. You are the little units that we put in to the slots of our systems. So naturally when you have that viewpoint and that's what you want to make the world into. One gigantic machine. Then you're going to use artificial intelligence and robots and androids and everything automatic that you can get your hands on. |
| Alex Jones: | 02:15:04 | And I said they're using the artificial replacement of us to make us obsolete as a way to dictate the terms of our surrender to the technocracy. This has been designed to make us obsolete. To dictate what's left of the middle class. Accepting the extermination and phase out of the general public. And that's the admitted plan. Josh? |
| Bob Barr: | 02:15:24 | Well, it's, it's being shown in Hollywood if you have the eyes to see what the new energy technologies are going to be. And how actual natural energy works. They, uh, they've actually really engineered it. They don't want anybody that's done it independently to be funded. They're funding their own people to come up through this system. And they're going to put the information out that the, the way they want it to- |

| Alex Jones: | 02:15:47 | Sure. I mean, that's what they do. They always have quote, you know, the billionaire guy. The Bill Gates. The whatever. The Zuckerberg. That pops up. That's been partially declassified as the free market front so people don't even understand what's happening. It's all Trojan horsed. |
| Bob Barr: | 02:16:00 | They can actually synthetically create most elements nowadays with nano technology and nano super [crosstalk 02:16:07]. |
| Alex Jones: | 02:16:07 | Well, when I was a kid, in, in, in third grade they talked about those big machines they've got that create the new elements. I mean, alchemy is now real. You want to comment on that Rappaport? |
| Jon Rappoport: | 02:16:16 | Yeah. You can go all they way back to IG carbon. The infamous Nazi cartel of the 1930's. That was their whole program. To be able to synthesize, you know? They were talking about oil and rubber and so forth. But basically these guys that they had over there wanted to synthesize anything from anything else. That was their plan. That was their program. That's the whole idea is the synthesize existence basically. |
| Alex Jones: | 02:16:43 | We're seen as like an infestation of weavles or something that's eating their resources. But then they've trained us to be like the weavles. So that, so that we follow that form. And I'm just like, whoa. This is uncool. |
| Jon Rappoport: | 02:16:54 | Yeah. Who wants that? We want individuals who are free, strong, alert, creative, independent. |
| Alex Jones: | 02:17:01 | Hey Josh. Give us your name and number. If you want to give us documentation because I want to start talking to more deep tech people not just deep state. Because deep tech is the bottom of deep state. So if you want to give us your info I'd like to see documentation and have you on. I mean, hell. They tried to hire my dad to build cyborg's in the 80's. It wasn't even that special. They were trying to hire all the top oral surgeons that were doing implants at the time because that was new. Uh. Am-, amazing John Rappaport. Thank you so much my friend. We'll talk to you soon. |
| Jon Rappoport: | 02:17:26 | Thank you Alex. |
| Alex Jones: | 02:17:27 | Powerful always to have him on bantering back and forth. I'm going to introduce Anthony Cumia. Of the Anthony Cumia show on Twittercompoundmedia.com. You know? He had big popular [inaudible 02:17:43] syndicated radio. And got kicked off that. |

And then of course he, uh, hosted the Opie and Anthony show and he criticized Black Lives Matter. Killing cops literally. And he was fired off of that. So now he's got his own compound media with a lot of other hosts that's very, very popular and successful but the reason I raise that is YouTube, for us showing Megan Kelly interviewing one of the fathers of a Sandy Hook victim saying he held his son after he was shot. Then we show CNN and MSNBC saying the coroners didn't let people get to their kids. And we said, "That's why people question."

We're not even questioning that kids died. That's been questioned. Our listeners question it. We're simply saying this is why people question it. Showing a zero edge story. That's been removed. And they said they're looking at banning us on YouTube. That story is up on infowars.com. If they do that to us, they can do it to anybody. So we've got to stand up against this. And we've got to understand they're doing this because we're destroying them because of their own lies.

Six percent of Americans in a big gallop poll think Russia's a big story but this globalist that took radical Islam off of the FBI's list when they're investigating a mosque or Al Qaeda or ISIS. They can't even say they're investigating an Islamic group. Mueller who covered for the Clintons. All of it. Bush. All of it. Saudi role 9-11. All of it. He now has expanded it to all of Trump's associates. All his businesses. All of his buildings to see quote if they rent any condos or sold stuff to Russians. Or campaign money. Or just money laundering period. Which they could call bouncing a check.

So it's gone from witch hunt to the greatest fishing expedition that history has ever seen. And our pentagon five years ago came to Obama when we first broke this. They said we're not going to be Al Qaeda's air force. This is ISIS. And Trump comes in and he's like we're going to defeat ISIS, which he said he'd do in 2016. Now six months in, it's basically in two cities. 95 percent defeated. Trump ends covert CIA program that was Obama and McCain funding these cribs to arm anti Assad rebels in Syria. A move sought by Moscow. And of course they said that at the G20 event two days of dinners and lunches, that G20 sat Melania next to Putin. And then Trump came over and talked to him in front of world leaders with a Japanese, uh, interpreter that could speak Russian and English. And asked a few questions. And, and, you know? Talked to him. And they're calling that a secret Russian meeting.

That's what you do at diplomatic dinners. And so now the new talking point from Howard Stern, heaven love him. Not a bad

guy. Been on his show. Whatever. To CNN and NBC is you don't talk to Russians. If you talk to a Russian, close quote. That's the talking points. All over the news. You're a Russian agent. So this is the, meant to paralyze Trump. Anthony I want you to take over and host this hour. It's why you're here. [inaudible 02:20:54] media dot com. But it's not working. But they don't care. They're just going to continue to move forward to try to impeach the president. And I agree with him.

Sessions, you know, shouldn't have recused himself. And Sessions has been a good guy on many fronts. But I mean where are his juevos? Why aren't we seeing special prosecutors or indictments of the Clintons when they got money from Russia? I mean, I've got an article right here. Bill Clinton, remember back when he called for Russia to interfere in our elections? I, I mean these, everything they say Trump's done, they've done. And I'm sick of putting up with them and almost no one supports him. You know?

It came out that the bots, the computers, the Google algo rhythms knew that Trump was going to win. He was 15 points ahead. Hillary tried to steal it but failed. And now they're saying, "Oh he's only, you know, 55 points of 50. Or 47 points in the polls." You know it's 60, 65. In fact the corporate bots show he's at about 60.

They have put a dent on him with some people. But it doesn't matter. I mean, this is so epic, what do you expect him to do now? And I'm turning it over to you. Go ahead my friend.

| Owen Shroyer: | 02:21:56 | I'm stunned that anybody still looks at what is main stream media traditional news. Which, uh, by the way is newsertainment. Uh. That anybody believes this is news anymore. What, what has to happen before everybody in this country says, "We are being so bamboozled by mainstream media that I will not accept one thing." If I saw something transpire in front of me that is, uh, classified as news. And then saw an accurate depiction of it on mainstream media, I still wouldn't believe it. We need people to realize at this point that they are feeding you. They are feeding you an agenda driven menu. |
|---|---|---|
| Alex Jones: | 02:22:41 | Well, they said the sky was blue. I would go out and look at it for myself. |
| Owen Shroyer: | 02:22:45 | I sta-, and if I saw it was blue, I still wouldn't believe it. |

| Alex Jones: | 02:22:48 | (laughs). |
|---|---|---|
| Owen Shroyer: | 02:22:49 | They're proving themselves on a daily basis that they are, uh, fake news. |
| Alex Jones: | 02:22:55 | So where do they go now? Because I really want to know your opinion on this. I, I just, where do they go now that's six percent believe their BS? |
| Owen Shroyer: | 02:23:00 | Uh. Uh. I honestly think people need to go to alternative sources for, for their news. And, and are we supposed to believe the polls? Are we supposed to believe the news after they were proven, uh, liars over the course of the entire campaign and election? Now we're supposed to believe that that Trump is 50 percent or under 50 percent? Or 30 percent I hear in certain, uh, circles? And, and we're supposed to go, "Oh. Oh yeah. Sure." |
|  |  | When, when will we all realize that this is a TV show? All news shows are a TV show. |
| Alex Jones: | 02:23:37 | It's the Truman Show. |
| Owen Shroyer: | 02:23:38 | Just like Game of Thrones. And everything else you enjoy to watch. They're making money. Putting on a program. And that program is driven by what more people will watch. Has nothing to do with fact anymore. Nothing. |
| Alex Jones: | 02:23:51 | I agree. But it's also what the corporations owning that media want because sure. Some of it's for ratings but, and that's come out in the memos. You're right. But it's also about what will get them ratings that the boss's are authorizing? Kind of those two points go together. Because I mean imagine. Uh. True information is super popular. Or people will at least trying to tell the truth. So I think what really handicaps them is they're trying to get ratings with a few things they're allowed to do. |
| Owen Shroyer: | 02:24:16 | Yeah. Well, when you see something like, uh, what? Kate, Katie Couric is saying fake news is ripping apart, uh, America at the seams. She's part of it. How, how, they're trying to- |
| Alex Jones: | 02:24:29 | They had an MSNBC piece a month ago- |
| Owen Shroyer: | 02:24:32 | Take all their personalities because they know- |
| Alex Jones: | 02:24:33 | They had, uh, and I'm leaving because i just can't stop listening to you. But I just got to make this point. A month ago they had |

Brian Williams with a report on fake news on MSNBC. This is the king of fake. It's like having Hitler running a holocaust museum. I'm sorry. Go ahead and take over Anthony.

Owen Shroyer: 02:24:49 (laughs). Absolutely Alex. It's insanity. The hypocrisy. The, the blatant insult to the American people that they do certain things to say look how stupid you are. That you're actually buying this. And we keep pumping out this garbage. And, and you will buy I. Uh. Its insulting. It's, it's blatant, uh, dishonesty to the American people. Yet so many still eat it up. Uh. And, and, and it, like I said, Katie Couric saying that fake news is ripping, uh, America apart at the seams. Katie Couric was the one, uh, doing, uh, a special on guns in this country. That edited, uh, and took a, uh, comment uh from a panelist that was, uh, in the documentary completely out of context. To change. Absolutely change what the person was saying.

That is fake news. And now she's saying that it's ripping America apart? Their only defense is to go out there and try to make the people believe they're the ones that aren't fake news. And people like Alex. And myself. And, uh, Gavin McGinnis and all the other people that are presenting facts to you and allowing you to voice your opinions on them are the fake news. And we're the dangerous ones. We're dangerous to them. I agree with that. We're dangerous to them. But how is it dangerous to inform the American people. Give them the absolute facts and then let them build their own opinions on it. When you watch mainstream media these days, you don't get the news. You get people's, uh, uh, interpretation based on the company that owns that, uh, news organization. Uh. And what their agenda is.

That's what you're getting. And, uh, believe me it is a far cry from the facts when it finally, uh, reaches, uh, the American people. Uh. And I'm talking about everything. Look, I appear on Fox News. Uh. On, uh, various programs over there. But I am not, uh, one of these people that take everything that goes on over there as gospel either. They have their agenda. Just like CNN and MSNBC and all of them. We really need to separate ourselves from mainstream media. And, and look elsewhere for, uh, uh, the facts of a story. It's not easy. It's not easy to find, uh, factual information on a lot of stories.

But look. That's part of it. It's very easy to sit down and watch some of these shows and see these, uh, uh, beautiful, beautiful stunning talking heads. Uh. Blathering on. Uh. Uh. About uh what, what they, uh, are feeding you as news. Uh. But you're not getting the full story. Uh. Donald Trump's presidency has been, uh, the campaign and the presidency has been just an

amazing example of, uh, the mainstream media saying, "Well, throw it all out the window. We don't care about cred, credibility anymore. What we care about is our agenda. And putting it across."

So when years ago there was this plausible deniability that there was some type of journalistic integrity. Uh. Now it's completely gone. There is no. I can't imagine anyone with any sense or brains in their head actually believing that it's the news. So what you get. Yes. Absolutely. The greatest witch hunt in American political history. We, uh, listen to people. Um. That have, that have absorbed what mainstream media is feeding them on, uh, Trump, the election, what he's done since he's been elected. His accomplishments. He Russia thing. And people actually believe this speculation and innuendo, and outright lies. They believe it as fact. They go on social media. It spreads it's tentacles. And, uh, it becomes the new truth.

And, and people will argue and debate you based on absolute lies. And you try to, uh, uh, inform them. Uh. Because you've done your research. And, and, uh, they don't want to believe it because they've been infected, infected by mainstream media and the, the crap that they're spreading around as, uh, as real news. Uh. Back in a couple of, uh, seconds. Don't go anywhere. Anthony Cumia for infowars.

Thank you. Hey summer specials ending soon. Super male vitality and survival shield. X2 specials ending today. Quantities are running low. So act now to save 30 percent off each product. Caveman is back at 25 percent off. Secret 12 is back. 25 percent off. DNA force is back at 20 percent off. Get, uh, health support pack micro, micro, uh, uh, ZX and biome defense 50. That's 30 percent off. Living defense. 20 percent off. Pro pure G2.0 traveler is 30 percent off Z shield 30 percent off. [inaudible 02:29:55] select stor able food 30 to 40 percent off. Plus free shipping store wide. Many of these products are going to sell out soon so now is the t-

PART 5 OF 6 ENDS [02:30:04]

| Owen Shroyer: | 02:30:00 | ...store-wide. Many of these products are gonna sell out soon, so now is the time to secure your order at infowarsstore.com. |
| Owen Shroyer: | 02:30:10 | Hello, people. How you doing? Um, man, if, if, if, if you need any proof that, uh, the media will do anything to make Donald Trump look bad, um you're out of your mind. It's, it's all out there. We see it. Uh, this is no longer, um, uh, uh, a fact finding. This is a, like they said, a witch hunt, a fishing expedition, um, |

but something a little more light, something lighter transpired last week when Trump complimented Emanuel, uh, Macron, uh, complimented his wife, the, um, of course, uh, French President, Emanuel Macron. Uh, they were together, over there in uh, in uh, France. And Donald Trump told uh, his wife, uh, told Macron's wife, "Hey, you look good! You're in good shape. Beautiful."

And the media loses its mind. Loses its mind, saying that this was terrible, this was uh, inappropriate, my god, sexist, misogynistic, blah, blah, blah. Um, get this, get this, it's 2017, I believe, right? Yeah, 2017. Complimenting a woman is now just completely off limits. What, does, does it take a lot to really think this through and see how insane this has gotten? And, and, and, and try your hardest to reverse this? I do believe ... now I haven't done much research on this, but I do believe men have been complimenting women for millennia. I honestly believe ... now you could, you could uh, argue why. You could argue, hey is the guy, uh, complimenting the woman uh, because she's uh, beautiful? That he appreciates this? Is he trying uh, does he has some nefarious uh, ideas perhaps? He's trying to uh, go out with her or something?

That's up for debate. But the, the, what isn't up for debate is that for the existence of man and women, men have been complimenting women, I'm sure it happened in a cave somewhere, "Oh dear, you look wonderful. That pelt, that pelt is marvelous on you." Uh, but, but here in 2017 we've reached an insane crescendo of, of political correctness garbage that a world leader can no longer compliment the uh, beauty of another world's, lea- worl- world leader's wife. Uh, so the media lost its mind.

When, when are we all gonna see this? I, look, I'm no amazing visionary here. I, I don't believe I'm seeing things long before, uh, the rest of humanity. So when I see something like this, and see the level of madness that we've reached, uh, not only in this country but in the, in the whole world, uh, I, I, I wonder how many people are also seeing this and what we are gonna do to combat it. Because this is, if this was just one instance, uh, you know, it would be a funny laugh and you'd blow it off and be like, okay. But this is a symptom of a disease that is going on in, in uh, this country and, and the world, of political correctness run amok, fake news, and this, uh, uh, crucifixion of our president, Donald Trump.

Uh, you know when they get to the level of "Donald Trump complimented a woman and that's a problem," that they really

have run out of things to uh, to say about him. Uh, you know, they're still going with the Russia thing, which we'll get into in, in a moment. I love how Trump is handling that. Um, I don't like how he's handling some other things, we'll also uh, get into that. I uh, I enjoy the, the uh, dressing down he's giving Sessions, I like that whole thing. But uh, if you can't compliment a woman in 2017, we're done. We're done as a race of, of, uh, people and humans. Be back in a second, don't go anywhere. Anthony Cumia in for InfoWars.com.

| Owen Shroyer: | 02:34:46 | Welcome back. |
|---|---|---|

| Owen Shroyer: | 02:34:49 | Bad bad thing. Welcome back, uh, Anthony Cumia, InfoWars.com, uh, I wanna talk about um, Trump blasting Jeff Sessions, Attorney General uh, Jeff Sessions. Uh, Trump said if he knew Jeff Sessions was gonna recuse himself from this Russia investigation, he wouldn't have hired him. And again, ah! They're losing their minds in the media, losing their minds. Uh, isn't it refreshing to have, uh, an honest politician at the helm in the presidency? Isn't it refreshing? Uh, the media would have you believe this is one of the uh, biggest liars that's ever held office, uh, Donald Trump. I see him as one of the most honest people ever to hold the office, because he will say, "Look, this Jeff Sessions, if I knew he wasn't gonna be uh, loyal and uh, he was gonna recuse himself, I never would've hired him." |
|---|---|---|

And a lot of people would think, "Wow, maybe you should've kept that under wraps, maybe you shouldn't have said that." I love it. I love that uh, he's speaking his mind and telling the American people how he feels about certain things. And you know what? He's right! You hire a guy as your Attorney General who is supposed to look into uh, he's, he's like the head, uh, muckity muck as far as law goes in the, in this country. And now you have an investigation about Russian collusion, and again there has never been any proof that Donald Trump was involved in any collusion uh, with Russia, to um, influence the election in any way.

So why recuse yourself? It's another instance that we have seen, uh, oh my god so many times, of the GOP bowing down uh, to the Left and the media, and the uh, the mob, the pitchfork and torch wielding mob that uh, will never be satisfied. "Oh you recused yourself, and we'll put this guy in. Yeah, we're still not satisfied." Uh, wow, uh, I am convinced Donald Trump could come up with a cure for cancer, and the headline would be, "Donald Trump Puts Millions of Doctors Out of Work." That seems to be, uh, his destiny, is to just be

criticized on every single thing he's done or wants to do uh, in this country.

But yeah, you got an Attorney General that you uh, you give the job to, you want something called loyalty. Now that is a dirty word I guess, in Washington, I don't know why. Um, it, it, if you put a team together, just calling it a team kind of, uh, makes you think that they would be loyal to, to the, the team, um. You put a team together, you want everyone on that team to be loyal. Not to a point where they're going to break the law for you, uh, or cover up any, anything you've done, but was there any proof that Donald Trump was involved in, in any kind of collusion with the Russian government uh, for the election? To, to influence the election? No.

So then why would Jeff Sessions recuse himself if not for one thing, the pressure from people that want to see Donald Trump fail ... fail. They wanna see him arrested, they wanna see him strung up, um, in some cases I guess uh, thrown off a cliff? Is that what Rosie O'Donnell uh, was doing? She was saying that Donald Trump should be thrown off a cliff and apparently there was some type of um, game where uh, Donald Trump gets pushed off of a, a cliff and uh, she was, she was very excited about that. Again, the hypocrisy on the Left is insane.

Um, but you want loyalty. You want uh, your team to back you and back your uh, policies and ideas. But for some reason, uh, the left sees that as some type of Nazi Hitler thing to do. I don't, I don't know. Things have become bad words. Loyalty, nationalism. Nationalism is horrible. This used to be something that was looked at with pride, there was a pride in your nation. Uh, every day ... I remember going to school, you would never dream of not putting your hand on your heart and, and, and pledging your allegiance to the flag. I didn't even know what it meant as a kid, uh, "And to the republic for which it stands." I used to think, for which it stands was one word. It sound like someplace in Russia, for which it stands.

But I didn't know what it meant, like, word for word, but I knew it, uh, it, it, its essence was that uh, we lived in America, it was a great nation, and we were proud of uh, our country. Well, now uh, that's a bad word too. That's a bad word, to be proud of your country, to be proud that you're American, to be proud of your heritage, for certain people is uh, a bad thing. You're not, you're not allowed to be proud of um, of uh, achievements that people of your heritage have made over the years, because that's, yes, very good everyone, racist. It's racist to be uh, proud of things that your ancestors have uh, have achieved.

We are only supposed to look at the horribleness, uh, and, and pain that we have dished out over uh, uh, the course of our, our history. Um, other people though have free reign to just uh, talk about their, their pride and their culture. Um, which brings me to something else that uh, I just, just remembered that is absolutely insane.

There is a uh, a movie coming out that looks fantastic, Dunkirk. This is the story uh, in 1940, right about, it's uh, you know, sort of the beginning of World War II, um, British sol- soldiers were trapped on the beach by the Nazis, and um, uh, it was about uh, 400 thousand of them. And they were, their backs to the ocean man. That is the worst position you wanna be in. And uh, and uh ... people from England, from uh, the U.K. came over, on their own personal boats and anything they could carry people in and evacuated all those British uh, soldiers, off of the beach. Just an amazing story, I'm so glad it's being told and done, uh, in this fashion. I love historic movies like this.

Well, there's a problem folks, there's a problem. Uh, the problem is, not enough diversity in the cast! No women, and no people of color. Someone in USA today actually wrote this as a review of the movie, that that was an issue. Again, we've reached this insane point in our, uh, uh, history where an accurate depiction of a historical event is not good enough because it's being portrayed accurately. (Laughs) Is this a hate movie? Is this hate cinema because there aren't enough women or people of color in it?

I gotta tell ya, I wasn't there, but I've uh, done a lot of uh, research on old W W II, and um, that beach was full of a lot of pasty skinned Brits that uh, needed to get off the beach. And a lot of pasty skinned Brits went and got them, that's about it. And as far as the enemy goes, well, they were Nazis. Not gonna find a lot of uh, people of color, uh in that Messerschmitt, Messerschmitt that's uh, flying over the uh, beach. But again, it's a problem.

Diversity for the sake of diversity. It ... they, it makes no sense, uh, especially with a, a movie that is trying to uh, base itself in fact. Um, but again, that's where we are. That's where we are. We, we ... we are constantly told that we need diversity, that diversity is our greatest strength, and um, if it, if something works out well with a diverse group of people, that's wonderful. But that isn't because it was diverse (laughs), you see. Why are we, uh, always being led to believe that that's um, that's the truth.

63

Uh, yeah, there it is, the complaints that people again- look at that picture, uh, let me try to see, that's an actual picture of some of the soldiers from, uh, back in 1940. Uh, yeah, I don't see many women, I don't see many people of color. Yeah, yeah, wow, an accurate depiction is now a terrible thing. Do you see how we're being lied to? And do you see this indoctrine- we always think of college campuses as being the place that this indoctrination is going on, and oh it is. But college kids, let's be real, are stupid.

They're kids. Uh, they're gonna say dumb things. I never went to college, but I was a dopey kid, and I did stupid things, I believed stupid stuff, and I said stupid stuff. So you can almost cut them some slack for their moronic statements, and this, their moronic belief system, uh, of what this country and world is all about.

When you see things like this, and things that are advertised on uh, uh, TV commercials, TV shows, that is an indoctrination that is being fed to everyone, not just impressionable children. We are being told that um, straight white men are the dumbest people you'll ever find. I have uh, wonderful, uh, evening text sessions, with the, uh, inimitable Gavin McInnes. On a nightly basis we trade videos (laughs) and uh, texts of commercials and TV shows and stuff that just depict straight white men as the world's idiotic little clowns, walking around incapable of doing anything.

Something as simple, I believe there's an insurance company, uh, that's doing a commercial now, where a guy suggests this ... obviously he's married to the woman, he's white and he's a man. Straight white male. He makes this insane assumption that he might've been able to fix a leaky pipe in the ceiling. Well his wife has to say, "No!" Cuts him off, yells "No" at him, and he's just kinda, "Yeah. Yeah I'm a guy, I couldn't possibly fix a pipe or paint a ceiling."

And again, you might go, "Oh Anthony, why be so serious? Whey get so worked up over?" Because it's constantly happening. There it is. Look, look, he's just trying ... he looks at the pipe, with a dumb face of course, he's like, "I might be able to fix that." And then "No!" She just yells no. Like he's gonna try to perform brain surgery. "Maybe I could cut our kid's head open and perform br-" "No!" It's a pipe, lady, relax.

But this is constant. It's a constant, uh, uh, nonstop buffet we're being fed of this uh, propaganda and indoctrination. Nothing and no one could be honest to, uh, the American people. Uh, another prime example of this, uh, John McCain. John McCain

is, I'll say it, pretty ill. (Laughs) he's pretty sick. Um, we just learned he has brain cancer. Uh, God bless. Uh, he's got brain cancer.

Now, every single time a politician goes into the hospital, for anything, we are told, "Everything's fine. He has a splinter in his head, we pulled it out and he's joking with the staff already." You know, it's always some nice, funny scenario. And then as time goes by, they feed us the inevitable horrid truth that uh, you know, he's got one foot in the grave and another on a skateboard.

Uh, but they cannot be honest with us. The politicians and the mainstream media are incapable of being honest with us, and I feel it's because they deem us too stupid, and uh, sensitive to accept the truth about anything, so it has to be fed to us in, in stages like you would, like you would tell a, uh, a child about an impending divorce of their parents. You don't just go, "Yeah! Me and your mom are splitting up." It's gotta be done gently. They treat us like children.

Um, and this has been done constantly. If you remember when um, Ronnie Reagan was shot, uh, years ago, we uh, we were pretty much told, "You know, he caught the bullet, he threw it, he joked with the staff and uh, was back at the White House." Uh, for a while, for a while we were, we were told that. And it turns out that guy was just about dead. Uh, when you watch documentaries on the Reagan uh, attempted assassination now, you realize it was a grave situation. But even as far back as that, they just lied to us and um ... it hasn't stopped, it has only gotten worse. Only gotten worse.

The investigation that's going on, the Russia investigation by um, Mueller, the um, guy in charge, the, the uh, guy in charge of the investigation, there he is, Robert Mueller. Um, he's now investigating Trump's business dealings and uh, business transactions. Where did this come from? How is this relevant uh, to the investigation? Did they find something that made it relevant to the investigation? That's, that's important, I believe. Uh, if they did find something, oh, uh, Trump colluded, he said, uh, "We'll take this info and I'll give you this, and we will exchange, uh, things that are valuable to each other, and uh, that'll be great." Yeah, that would be a problem.

I've heard or seen nothing that proves that happened between him, or Trump Junior, or anyone else in Trump's organization that that happened. You'd be hard pressed to um, to find that on mainstream media though, they're making all kinds of uh,

accusations and speculations that are being fed to you on social media as fact. But uh, now they're looking into business dealings. Does anyone remember uh, what Trump did before he was president? Anyone? You? Who should I pick, you, alright you, who? What did he do?

That's right, he was a business man! He did business! He wasn't a career politician, that's why he won the election by the way. Being a businessman, a world, global businessman, he did business with, anyone? Yes, world leaders and world organizations! Absolutely, very good. So (laughs) so you can't then say he was uh, doing anything inappropriate just for doing business with other uh, countries. That's what business people do. Now again if there were any um, illicit or inappropriate dealings, that's another thing. Again, nothing has come forward that shows there was.

So if you have a life politician, lifetime politician that is doing business with foreign governments, that might get you like, "Huh, maybe something's going on here." But if you have a businessman doing business, that's called success. That's called doing what he was supposed to do. And the fact that they are now, they got their grimy, uh, paws in, in that whole thing is um, par for the course, and astounding. But typical of what we've seen. Uh, we'll be back in a very short moment, don't go anywhere. Anthony Cumia in at InfoWars.com.

Thank you so much, deep voice guy. Love that guy. Uh, yes, welcome back, Anthony Cumia in at InfoWars.com. Uh, I wanna finish up uh, today with uh, praise the Lord and pass the ammunition, OJ's out. The Juice is loose, ha ha! Uh, he's not out yet, I believe uh, they have to ... boy that's gotta be tough, huh? Like you know you're out, I believe October, beginning of October OJ will be released. He's been paroled after nine years in prison for um, armed robbery, kidnapping, knocking down people's mailboxes, driving through back yards. Got a girl in the car, that's a [inaudible 02:53:04]. Uh, Sheriff [inaudible 02:53:06] Justice. Uh, yeah, he's um, he's gonna get out, he's been paroled.

Uh, the parole hearing was interesting. Uh, OJ does not shut up. He's gonna, he's gonna be arrested for talking people to death uh, when he gets out, it must be um, it must be odd after nine years you're gonna be out and about and famous. Like you know, most people, they get out of prison and uh, might remember an old guy named Brooks. They put him in the uh, in the grocery store, he was bagging groceries. Then he went back

66

to his house and uh, carved "Brooks was here," and then hung himself. Uh, I don't see OJ doing that.

But it's gotta be weird, you get out of prison, you're on parole, a probation, um, and, uh, uh, and your paroled, and um, you're famous, you're OJ. That's crazy! But uh, he is out and he's gotta wait now, what is it July through August, September … he's gotta wait like a couple of months. That's gotta be the hardest time. Remember when Quint in Jaws was talking about when uh, that big old PBY came flying down, and he goes, "That's when I was most scared. Thinking it was my turn." Like, right before you get on the plane you think that last, you're the last one the shark's gonna get? Like, OJ's gotta be scared that he's gonna get shanked or something.

He better not skew, steal any um, any of the white supremacist's cookies or anything in, in prison. He just better do some, some easy time. Or could you see if he gets in a fight and winds up killing somebody? Like OJ has to kill somebody in prison, and they're just like, "Yeah, you're in there forever now OJ, sorry. You killed someone." Um, well OJ Simpson paroled after nine years, uh, the, the humorous note, he did kill two people, remember? Remember when he killed two people?

Uh, I, I didn't think he was gonna get out, I was watching the hearing and uh, OJ does not seem to place uh, responsibility on himself. He went off about the episode that happened in that Las Vegas hotel room where him and uh, a bunch of other guys uh, burst in the room to co- reclaim what he said was his sports memorabilia, uh, with a guy with a gun, uh, they held people against their will, and uh, took this merchandise back. Um, and from what I was watching on the hearing, OJ seemed to blame everyone in the room except OJ (laughs).

But, you know, in the uh, wisdom of the uh, panel, that uh, was in front of OJ, uh, they let him go. His uh, daughter made a statement saying that uh, OJ is um, a great guy, just wants to spend time with his kids. And the victim of the crime testified in OJ's defense, and said that in the interim between the crime and now they have, re uh, kindled their friendship and everything is uh, hunky dory. So I am really looking forward to OJ on Twitter, Facebook OJ. OJ actually said, uh, he might do a podcast or uh, a web, uh, show of some sort. A bl, b- a vlog. I am … I am there, regardless of what this maniac, murderer does, I will watch.

Uh, thank you so much for tuning in. Thank you to Alex Jones for having me. Um, Anthony Cumia, over at

67

compoundmedia.com, in right now and uh, loving every minute of it at InfoWars.com, I'll see you in a couple of weeks.

PART 6 OF 6 ENDS [02:56:46]

41.   Attached hereto marked as Exhibit B-36 is a thumb drive containing a video of a true and correct copy of the entire Owen Shroyer broadcast on June 26, 2017 that is the subject of Plaintiff's defamation claim.

EXHIBIT

B-36

42.     Attached hereto marked as Exhibit B-37 is a thumb drive containing a video of a true and correct copy of the entire Alex Jones broadcast on July 20, 2017 that is the subject of Plaintiff's defamation claim.

**EXHIBIT**

tabbies

B-37

| Speaker 1: | You've found it: the tip of the spear. It is the Alex Jones Show with Owen Shroyer. |
|---|---|
| Owen Shroyer: | This is Sunday broadcast of the Alex Jones Show. Alex Jones is out today. Owen Shroyer filling in. All kinds of news to go through today. We'll take some of your calls. We've got some guests: Roger Stone and Shiva, who is running against Elizabeth Warren. Dr. Shiva is going to be joining us, both of those guys, in the second hour. So, you've got the Democrats that are absolutely failing right now. You've got the left media, specifically CNN, that is absolutely failing right now. Totally in a tailspin. You've got the Russia narrative that is not only collapsing on its face, it is now being looked at to be dropped. |
| | So you say, "Well, wait a second ..." And I was talking with Alex about this before the show. Obama, they printed a big story talking about how Obama blocked the Russia investigation. The Democrats tried to use this to say, "Oh my gosh, there could've been more there." Now they're scapegoating Obama. It was smarter for him to drop the investigation or stop any investigation at that time because it was the Democrats that were actually colluding with Russia. So they're going to play this thing off slowly but surely and the Russia narrative will die. Then there might be some hearings for some other collusion that might be going on. |
| | Soon, Loretta Lynch, maybe John Podesta, and then the list goes on and on. I'd like to get Obama, Hillary Clinton. I mean, I don't understand this. If Russia is hacking into our infrastructure while Barrack Obama was president and while Hillary Clinton had a private server with classified documents that was probably easily accessible and access to those accounts, why aren't they being investigated? Of course, you know the answer to that. The deep state doesn't want to investigate that. The whole investigation is a witch hunt into Donald Trump. So keep your eyes for not just the Russia narrative to continue to fail, but also to be dropped in the Senate and in the House and all of these committees and all of these hearings. |
| | So you've got that, and meanwhile, you've got Trump who is returning the energy sector to the United States, saying that he wants to be the global dominating force in energy. The Democrats can't have a victory. This is all going on and you wouldn't even know it. You wouldn't even know it if you watched liberal media. You wouldn't even know that any of this is going on if you watched television news. They're going to tell you Trump's getting impeached. They're going to push propaganda to assassinate Trump. That continues to happen. The investigation is ongoing. Trump colluded! None of it's true! |
| | Meanwhile, this is actually the biggest PSYOP I think that's going on right now. You have mainstream news that is trying to not only portray an inaccurate picture of Donald Trump. We already know that that's going on. But they also want to dominate you and intimidate you from believing in yourself, from believing in the movement, from believing in Donald Trump. That's what they're trying to do. They're trying to oppress our victories. They're trying to oppress |



EXHIBIT

B-38

tabbies

1

Donald Trump's victories. They're trying to oppress the fact that we are taking this country back. We are going in the right direction.

It might be small steps here or there. There might be some big steps here or there. There might be some leaves. There might be some knocks back, but we're going in the right direction and Trump is leading it, but they don't want you to know that. They don't want you to believe that. They want to oppress you. They want to intimidate you. They want to bully you with fake news and they want to tell you that you're not winning, Trump's not winning, the investigation is ongoing, Trump colluded, he's getting impeached, assassinate here, assassinate there, and it's all failing. It's all failing, folks, so just remember that. Fellow Americans, we are winning right now. We are kicking ass. The Democrats are failing. CNN is failing. Trump is winning. We are winning. That's the story, not what they try to tell you on the fake news.

Alex Jones:    Look, I'm not going to sit here and say, "See, I told you so," that communist Chinese-style net censorship was coming to the web because it's already here. It's being announced. The way you keep the internet open and free is you get involved more than ever. Go to InfoWars.com/app, the new battleship in the fight. InfoWars live, available right now. We're looking for a crew to to manage. You want to sit down and play games and be a trendy or are you going to be a part of history? Don't sit by and let the internet and free speech be stolen from you. Take action!

Speaker 1:    And now the tip of the spear, leading the fight to take back the nation. It's Owen Shroyer. You're listening to the Alex Jones Show.

Owen Shroyer:    Do not, do not let the fake news get you down. Do not let the fake news control the way you think, feel, and see the way politics are going, the way this country is going because they want to paint an inaccurate picture. They want to bully you. They want to suppress the victories that we're having. This is proven in spades, folks, when you just look at the amount of coverage and the type of coverage that Donald Trump gets.

Now, I tweeted this out on Friday night because I just noticed it's just unbelievable because this is probably what the vast majority of the sheeple are ingesting to get their view of reality. If you open up the "news app," it's Apple's factory news app. If you would've opened it on Friday night, you would've had a extremely inaccurate picture of reality. Their top story was, first of all, from BuzzFeed. BuzzFeed gets their top story: in days before election Democrat lawmakers urged Obama to retaliate against Russia. Again, Obama didn't want to do anything because he knew a real investigation would show collusion with Clinton and Podesta and the Democrats.

Even so, though, even so, they still run that headline to pretend like, "Oh, there's something there!" Well yeah, there is something there. It's on the Democrat's side, though. See, that's how they twist it. That's how they twist their narrative, that's BuzzFeed, and then the Apple News app puts that as their

top story; a total fake news spin. But it gets worse. Then you have other links up there, "Extreme Heatwaves Will Change How We Live: We're Not Ready," as if anthropogenic global warming is going to kill you when there's real anthropogenic climate change going on. It's called chem trails in the sky. Then you've got "Conservatives Turn on Trumpcare," demonizing Trumpcare, demonizing everything Trump is doing.

Then the trending stories, the trending stories, who's shocked by this? Imagine Paul Joseph Watson's shock. Trending stories number one: CNN. Number two: New York Times. Number three: The Washington CIA Amazon Post. Number four: Huffington Post, the most discredited, literally ... If you had to say the four most discredited, disgraced news websites on the internet, even, I mean ... It's CNN, New York Times, Washington Post, HuffPost. Literally the most discredited fake news on the planet and the Apple News app runs it as their trending stories, folks. This is the deep state working to control your optics, to control the narrative. It's all fake. It's a façade. They are losing. They are losing desperately, and that's why they're shoving it in your face to make it look like you're not winning when you are. This is the great PSYOP that's going on right now and the Russia narrative is a part of it.

Alright. I need to give out the phone line. We're going to take your phone calls. 1-877-789-2539. 1-877-789-2539. We're going to take your calls in the next couple of segments. I've got some stories here. Where to begin? Let's start with some news here. Again, from Bloomberg, Trump to call for US dominance in global energy production. This is Donald Trump. I think he actually tweeted about this too today. And energy week. Trump is dubbing it energy week, and he's going to dedicate, I guess, this week to the United States dominating the global energy production. I wonder if he'll talk about the solar wall.

A liberal would literally put a solar panel anywhere except on the border. Then this new study comes out actually from the head of a solar department that says solar panels on the roof actually are not energy efficient, so how do you like them apples? I'm just pointing out facts here. I'm not staking my claim into either side. Now apparently, we have a vote coming up on the healthcare bill this week. Maybe it's going to be July 4th. Even the Republican side, Ron Johnson and then crazy Bernie Sanders who, by the way, you know what? Real quick on the healthcare.

We'll see if they vote this week. I think it's going to lose. I don't see how this pass is. There's too much opposition on the Republican side, which I don't like this bill anyway. I don't know why. Why do we have to replace? Why can't we just repeal? I really don't understand. Why isn't somebody saying that? How about just repeal? That'd be a nice start. But you know, I mean hey, we got to worry. We don't want to take healthcare away from the poor. We don't want this bill. This is a death bill. The Republicans are the death party. Folks, we are taking money from the poor and giving it to the rich with this bill.

Elizabeth Warren says that this bill is blood money. But wait a second. Wasn't it the Democrats that just spent close to $200 million to lose for special elections? Was that the Democrats or was the that Republicans? Who do you think, in that equation, between the people that donate to the Democrat party and the people that receive the donations, who on that end of the spectrum do you think you would consider poor and who do you think you would consider rich? The Democrats are the ones that take from the poor and give to the rich.

So just like the whole Russia thing, the Democrats are the ones colluding. The people, like John Podesta and Hillary Clinton are the ones that colluded with Russia, so then they blame Trump, say he did it when they did it. They're the ones that rigged the election. The Democrats are the ones that rigged it for Hillary Clinton, so they turn around and say Russia rigged it for Trump. This is how they operate. The Democrats are the party that bleeds the poor dry to get them more desperate, to turn them into victims to get their vote. So the Democrats take from the poor and give to the rich, folks.

Now, how about this? Again. Where's the real collusion? Where is the real corruption? Why are we talking about President Trump being the bad guy? FBI opens investigation into Bernie Sanders and his wife for bank fraud. So this continues to go on and on and on and on and on. This lawsuit is ongoing. Just to put things in perspective: Donald Trump gets a million-dollar loan from his dad and turns that into a billion-dollar empire and a very successful family and a successful run to the United States' presidency. A capitalist, an American, a winner.

Bernie Sanders, a socialist, a loser, gets a $10 million bank loan, his wife gets bank loans to run schools and then the schools get shut down, Bernie Sanders loses his run for presidency, and now they're being investigated by the FBI. That's just a nice little ditty, isn't it? It's literally all the Democrats. Everything that they're saying about Trump is literally the Democrats, so from now on, if they look at the TV, whatever they say about Trump, you can assume that the Democrats are doing that. We'll be right back with your phone calls on the other side. More news.

Speaker 1:      Waging war on corruption. It's Alex Jones coming to you live from the front lines of the info war. And now your host, Owen Shroyer.

Owen Shroyer:   Alright. I've got so much I want to cover. I don't even know where to begin. Because of the PSYOP that they're trying to force down our throats right now, trying to steal our victories, trying to pretend that we're not winning, that's why Donald Trump, in my opinion, needs to keep tweeting. If you notice, some of the things that Donald Trump tweets actually end up pigeonholing his enemies. I mean, just look at how brilliant that tape sweep looks still to this day. It's aged quite nicely. Also a tweet that he made, he predicted to a T on the date when the housing bubble would return. Pretty incredible, and you wonder if those internet theories that Donald Trump is a time traveler are true.

But anyway, that's why I like the fact that Donald Trump is tweeting and putting out the victories on Twitter because they're not going to report the victories on the mainstream news. And they're not going to tell you that Trump is the president of the United States because we haven't had a president of the United States in some time. It's been the president of foreign conglomerates, private international groups, the Bilderberg Groups electing presidents. I mean, it just goes on and on. But no, Trump actually wants to be the president of the United States and he wants to make America great again. That's why this story is so key, and you can see it already happening in the coal industry.

Trump to Call for US Dominance in Global Energy Production. So I think right now, I haven't actually broken this down based on the timing, but I would say if you want to make a baseball analogy, we're probably starting the second inning right now of Trump's first term. We're just starting the second inning and it's off to a nice start. The first inning came to a bad close for us. We had Steve Scalise get shot by a leftist terrorist. It was terrible, but that's how the first inning ended, and I think now we're moved onto the second inning. Steve Scalise, by the way, has been released from the hospital, I believe, and Trump is now calling for US dominance in global energy production and we probably could do that, folks. Then more people will have jobs.

Rush Limbaugh just had a classic line and I just have to say it. Because they're talking about Obama saying people ... They're all saying this! Hillary Clinton is saying that the Republicans are the death party now. Elizabeth Warren says that this healthcare bill is a blood bill or there's blood on their hands or something, blood in the water, Elizabeth Warren. Then you have Obama coming out saying, "This is just taking from the poor to give to the rich." What money are the poor getting? What is this money that the poor is receiving right now that they need so much that is being taken from them and given to the rich because of this bill? I would like to know that. What is that money? What is that money? Where is that money?

"This is a bill. This is a Republican bill that's going to take from the poor and give to the rich! I can't believe Donald Trump would ..." How? How then? Please, explain that. Nobody's ever asked Barrack Obama this. What money is being taken from the poor and given to the rich? Where is this money? Where is this healthcare? Because if you notice, Donald Trump brought people into the White House. He brought people to Washington, D.C. He brought people from the private industry, small business owners, individuals, families, mothers, fathers to talk about their experience with Obamacare, and all of their premiums went up. Some of them couldn't afford healthcare. The White House is tweeting out how many of these states now, the majority of counties, you only have one or two providers to choose from.

So Obamacare has turned into monopoly-care, meant to rob you and take your money, bleed you dry, and they're sitting here saying, "The Republican bill is going to take from the poor and give to the rich. The Republican bill is a death bill." You're just sitting here looking at the facts of Obamacare, looking at the

fact that they said you have to pass the bill to see what's in it, then the Democrats complain and say, "How dare the Republicans want to pass a bill we haven't seen?" Then the Republicans actually release the bill and the left is silent, and then they twist their narrative to call it a death bill.

See, first it was, "Release your bill. Release your bill. What do you have to hide?" Then they release the bill and they say, "Oh, it's a death bill. It's the death party!" I mean, unbelievable. Hillary Clinton, Elizabeth Warren. Not even a month after Steve Scalise is shot, these people get right back on the attack. That's why Donald Trump needs to go on the attack. That's why we need to start getting some of these people like Hillary Clinton, Barrack Obama, John Podesta, upcoming Loretta Lynch in front of a Senate committee to ask them some questions. They're asking questions left and right about Russian collusion. Well, let's ask Podesta what he knows. Let's ask Clinton. Let's ask Obama. I mean, after all, don't we want to know what's going on here?

So folks now, here's another story. I don't even know if Alex knows about this to be honest with you. Alex, if you're listening and you want to ... or if you just want to know what's going on, Zero Hedge has just published a story: "Megyn Kelly fails to fact check Sandy Hook father's contradictory claim in Alex Jones' hit piece." Now again, this broke ... I think it broke today. I don't know what time. Featured in Megyn Kelly's expose, Neil Heslin, a father of one of the victims during the interview described what happened the day of the shooting. Basically, what he said, the statement he made, fact checkers on this have said cannot be accurate.

He's claiming that he held his son and saw the bullet hole in his head. That is his claim. Now, according to a timeline of events and a coroner's testimony, that is not possible. One must look at Megyn Kelly and say, "Megyn, I think it's time for you to explain this contradiction in the narrative because this is only going to fuel the conspiracy theory that you're trying to put out, in fact." Here's the thing too, you would remember ... Let me see how long these clips are. You would remember if you held your dead kid in your hands with a bullet hole. That's not something that you would just misspeak on. Let's roll the clip first. Neil Heslin telling Megyn Kelly of his experience with his kid.

Speaker 4:    At Sandy Hook Elementary School, one of the darkest chapters in American History was a hoax.

Neil Heslin:    I lost my son. I buried my son. I held my son with a bullet hole through his head.

Speaker 4:    Neil Heslin's son, Jessie, just six years old, was murdered along with 19 of his classmates and six adults on December 14th, 2012 in Newtown, Connecticut.

Neil Heslin:    I dropped him off at 9:04. That's when we dropped him off at school with his book bag. Hours later, I was picking him up in a body bag.

| | |
|---|---|
| Owen Shroyer: | Okay, so making a pretty extreme claim that would be a very thing vivid in your memory, holding his dead child. Now, here is an account from the coroner that does not cooperate with that narrative. |
| Speaker 6: | [inaudible 00:22:19] for the bodies that families [inaudible 00:22:21]. |
| Speaker 7: | We did not bring the bodies and the families into contact. We took pictures of them, of their facial features. It's easier on the families when you do that. There is a time and a place for up close and personal in the grieving process, but to accomplish this, we felt it would be best to do it this way. You can control the situation depending on your photographer, and I have very good photographers. |
| Anderson Cooper: | It's got to be hard not to have been able to actually see her. |
| Speaker 9: | Well, at first I thought that and I had questioned maybe wanting to see her. |
| Owen Shroyer: | Okay, so just another question that people are now going to be asking about Sandy Hook, they conspiracy theorists out there that have a lot of questions that are yet to get answered. I mean, you can say whatever you want about the event. That's just a fact. So there's another one. Will there be a clarification from Heslin or Megyn Kelly? I wouldn't hold your breath. Now they're fueling the conspiracy theory claims. Unbelievable. We'll be right back with more. |
| | Welcome back to the Alex Jones Show. Thanks to your support out there, we are able to expand this broadcast and expand our store as well. InfoWarsStore.com is constantly expanding, getting new products. Right now, we have a 4th of July summer mega special going on. Free shipping store-wide. You've got to love that, folks. Free shipping store-wide, especially when you're getting some of those big ticket items like emergency food supplies. But how about coming up for the 4th of July, you're going to be out. You're going to be out on a lake. You're going to be out camping. You're going to be out shooting fireworks. About how the Emric's Essential Outdoor Pack, which is 40% off right now? You can get your bug spray and you can make sure you're not getting bit by bugs when you're out shooting out fireworks at the lake or the camp or whatever it is with the kids. |
| | That's not all too. 30% off Brain Force. 30% off Super Male Vitality. 30% off Survival Shield X2. 30% off Z-Shield, and that storable food, that emergency food that I mentioned earlier, which is imperative. We also have 30 to 40% off of retail on that as well. Again, you combine that with the free shipping. You're saving hundreds of dollars. Hundreds of dollars of savings for the 4th of July Summer Special, mega special to InfoWarsStore.com. Support this broadcast. Celebrate free speech. Help us blow up like ramparts, like fireworks on the 4th of July right in the face of the globalists. Be sure to get to InfoWarsStore.com. Take advantage of those specials while they last and while supplies last and check out the whole store. Tee-shirts, all kinds of household items, coffee mugs, |

patriot attire. It all goes towards supporting what we do here at InfoWars.com and expanding to the next level.

Alright, we're going to get to some of your calls here in this segment and in the next. But it is not an exaggeration to talk about the complete miserable failure that is the Democrats, that is CNN right now. Even BuzzFeed is now having to admit it. CNN is imposing strict new rules on its Russia coverage. CNN is just a absolute dumpster fire right now, and they're retracting news, apologizing for fake news, deleting stories entirely. All of their narratives are just falling on their face. Now that even BuzzFeed is calling them out, I think that really shows you that CNN is an absolute dumpster fire right now.

As are the Democrats. You have Nancy Pelosi who's up there trying to explain how successful she is. She's literally in the face of ultimate defeat. Literally. The Democrats are getting crushed and they're losing seats in the House, they're losing seats in the Senate. They lost the presidency. They've lost their minds. Then Pelosi gets up there when these rumors start to swirl about her being relieved from her post. She comes out and she's like, "I'm a great legislator. I've done so much for the Democrats. Look at all the victories I've brought us." People are scratching their heads like, "What planet do you live on, woman?"

You don't even live in reality. She's still stuck in 2004. She still thinks Bush is president. She doesn't even know what's going on. But that's the Democrat leadership, you see. Then Trump trolls them on Twitter like, "Oh, I hope Pelosi doesn't go anywhere. She's great for the Republican party." Oh, and then, by the way, the continued failure of the fake dossier against Donald Trump. Sketchy firm behind Trump dossier is stalling investigators. Well yeah, it's a totally fake dossier and probably, depending on Trump's urge to litigate, you could have some serious, perhaps, libel and slander lawsuits for this dossier. That'll be interesting to keep an eye on. Again, Trump calling for US dominance in global energy production, a big story.

Alright, so we've got some other news we'll get to. We're going to be joined by Dr. Shiva who's running against Elizabeth Warren. We're also going to be joined by Roger Stone as well. But let's take a couple phone calls here. Let's go to David in San Francisco. Go ahead, David.

David:          Yeah, I've told my wife to buy that shampoo and those of us, especially myself, I've never bought anything from InfoWars. I'm going to start buying the shampoo, the toothpaste and stuff because it's something you always use.

Owen Shroyer:     Yeah. It's a household item and I've got to tell you. You're not just purchasing a product to help us. You're going to get a great product. It'll be the last toothpaste you ever use. I don't know how people are about shampoo. Maybe it's a little different there, but I use the shampoo and the toothpaste. Both great products. I'll continue to use both of them.

| David: | Well, good. Now, it's interesting in regards to Oklahoma City. I had some shirts made up asking people to Google Alex Jones, John DeCamp, and the Franklin coverup. Two guys played a very, very important role. It was John DeCamp and Alex Jones in Oklahoma City. It's really interesting because Senator DeCamp, who represented several of the patriots that were falsely accused, he saw the building being brought down. He said, "Man, I didn't authorize that." He was shocked by it himself. He didn't authorize the destruction of the crime scene like that. It was Alex Jones, not Sean. Sean Hannity's doing a great job, and Rush and Michael Savage are doing a great job and all that, but it was Alex Jones that interviewed Officer John Browning and the other cops that were there firsthand knowledge. [crosstalk 00:29:55] |
|---|---|
| Owen Shroyer: | Well, if you want to share some stories, you can tweet at me. Tweet at me some links or some stories if you want me to cover that or get more into that. But you mentioned something there. You mentioned some of the names in the conservative media, really pro-America media. Alex Jones, Sean Hannity, Michael Savage, Rush Limbaugh, people that people would say are on the right wing or you'd call it conservative media. You think about those people. Regardless of what you think about their political views, these are people that have captured the minds, captured the hearts of many and they're leaders in a sense. They're leaders. You can just look at the things that callers say about Alex Jones when they call into this show and they thank him, and the support that they give to this production. |
| | The left doesn't have that. They have nothing. Who are you going to go to if you're going to leadership on the left? Lena Dunham? Oh my gosh. What, are you going to go to Maxine Waters? Kieth Olbermann? So they have absolutely nothing and they have no future, to be perfectly honest with you. Thank you, David, for the call. Let's go to Will quickly in Rhode Island. Will. |
| Will: | Yes. I know you guys were covering Bilderberg. I was down there for Demand the Truth. We had Wilbur Ross, McMaster going down there. What's your takeaway on that? What do you think Trump thinks of Bilderberg? Was he infiltrating? Are these guys part of the swamp? What's your takeaway from the Bilderberg group? Then also, as far as all the conspiracies that we're always bringing up, how is it not possible that Christianity is a conspiracy theory perpetuated by an elite, then, to just control us? I mean, we've never had any evidence. |
| Owen Shroyer: | I'm sorry. Say that again. What a conspiracy theory? |
| Will: | Christianity itself. It could've just been a control theory created by somebody thousands of years ago just to trick us just as well. |
| Owen Shroyer: | You're just talking about overall religion as a conspiracy to control the masses, which I think is absolutely the case. Just look at the Catholic Church and the Vatican, so I'm not going to argue with you on that, but I'm certainly not going to say Christianity or the Christian faith is a conspiracy theory. As far as Trump |

and infiltration into the Bilderberg group or the members of his staff and cabinet that went to the Bilderberg meetings, we never really heard much from that. We never heard them talk about it. Trump never mentioned it, so any opinion or any feelings I express are really based in absolutely nothing. I guess there's just nothing there.

I don't know if McMaster's reported back to Trump. I don't know if Trump was interested in what went on in the Bilderberg meeting. There's literally been nothing, no coverage of it, no questions, no interviews, absolutely zip, zilch, nata. Unfortunately, there is nothing for me to even create a hypothetical off of. Which is unfortunate, which is unfortunate. I think Trump could've had a major win to call out the Bilderberg group or to ask those people what they've done in those meetings that come from America to make the country great again. We'll be right back with more of your calls. Alex Jones Show. Sunday show.

Juliet Huddy:        Talk show host is Alex Jones. He's a conspiracy theorist.

Speaker 13:         Radio talk show host Alex Jones.

Speaker 14:         Alex Jones.

Speaker 15:         Jones is the wildly popular conspiracy theorist.

Conan O'Brien:      Radio talk show host and conspiracy theorist Alex Jones.

Speaker 17:         Deeply, I think, racist.

Alex Jones:         I just got called racist by MSNBC.

Speaker 18:         I don't want that man to have a gun.

Alex Jones:         1776 will commence again if you try to take our firearms!

Speaker 19:         The Alex Jones Show. Watch the free stream live at InfoWars.com/show.

Speaker 1:          You're listening to the antidote for fake news. It's Alex Jones.

Owen Shroyer:       Remember what I said earlier about the Democrats and everything that they accuse Trump of they're guilty of? Just more proof in the pudding. Now, they want to say that Trump is trying to obstruct justice. Trump is an obstructionist. No, it's actually you, the Democrats, that are the obstructionists. Here's Donald Trump addressing that.

Donald Trump:       Their theme is resist. Their theme should be, "Let's get together, envelop. Let's get together." But the theme is resist. It's obstruction. The problem is they become obstructionists and the voters ... I happen to like it from the standpoint of running for office, but I think it's a terrible theme in terms of getting elected.

More importantly, I think it's a terrible thing for the people of this country. Resist. Obstruction. That's not what they want.

Owen Shroyer:
Well, we wanted to resist Hillary Clinton and obstruct the globalist resist to try to bring this country to this knees. But that's why we elected Trump. Again, they try to spin that and try to steal it from us, but they have no momentum and they've completely failed. What Trump is trying to say is it's not helping the country. You're resisting yourself, basically, when you try to resist Trump. You're only handicapping yourself, but you're handicapping everybody else with you. When you've been victimized your whole life, when you believe you're the victim, of course, wouldn't you want that then? Of course you would. That's the state of the left right now. Let's go to Harold in Texas who wants to talk about the obstructionist party, the Democrats. Go ahead, Harold.

Harold:
Hey. It's good to see the wild man besides Alex there. I like the way you deliver the news. I also wanted to talk about two things, if you don't mind. First of all ... Yeah, I can hear you. I want to talk about your nutraceutical. I want to talk about Brain Force. My mother was in dementia. She couldn't remember nothing. I went and I took a chance and I bought her some Brain Force. She can think now. She can remember things. She's got her mind about her again. She's also taking the iodine and it's working wonders on her. I just wanted to thank you all for doing that because it gave me my mom back. The only thing is that I ordered some-

Owen Shroyer:
Wow, what a powerful testimony, guys. Cut that out. Clip that out.

Harold:
I ordered some on the 6th of June. I got my order but she never got her order. I had an order sent to her place too and she never got it.

Owen Shroyer:
I actually get this complaint a lot from people. Sometimes when you order things on the same day, depending on the product, that it might to arrive the same day. If there's an order that you haven't gotten yet, just be patient. It's probably on its way. That's been the case, I think, a hundred percent of the time when people address me this issue. I would just be patient on that. We have a customer service, here, department. Great people. They'll take care of you if you still haven't gotten it after a while. Anything else you want to talk about? You said you'd called about the obstructionist party.

Harold:
I do. I'm very upset now. I understand the Democrats. They're trying to do their job. I don't like the way they're doing it, but they're trying to do their job. But these turncoat Republicans who think that he ran on their party and they're over there, never Trump and getting in the way of everything. Especially that kinky John McCain. I hate his guts and I really wish that he would just ...

Owen Shroyer:
Yeah, he's terrible.

Harold:
I'm sorry. I'm being terrible.

| Owen Shroyer: | No, he's absolutely wretched. I honestly believe that the guy is colluding with ISIS. I mean, my god. |
|---|---|
| Harold: | Also [inaudible 00:38:17]. I don't remember what [crosstalk 00:38:19]. |
| Owen Shroyer: | But here's the thing about what you're addressing, the Republicans, and thank you for the call. Thank you for that testimony. That was great. I'm so glad to hear that your mother back to a good state of mind. Here's the thing about these Republicans that Harold was talking about. I think that they're falling for the fake news. I think they're falling victim to the PSYOP that we're talking about here on today's show. The Reince Priebuses, the Paul Ryans, these people, I guess they aren't critical thinkers or they're not really incisive. They're just soft as butter people. I don't know how to really explain it, but I think that they fall for it. I think that they see all the mainstream news. I think that they see the fake news on the Apple App. They see all of this just flooding them constantly. |
| | They're scare for their own political wellbeing. They don't get it yet. They don't have the fundamental understanding that the status quo of this country has changed. They have not understood yet that the Trump movement is real, that the Trump movement, the MAGA movement is real and is the majority. They don't know it yet. They cannot accept it. They fall victim to the PSYOP. They see the fake news, and they don't understand America doesn't fall for it. That's not what America is thinking. That's what I think the problem with some of these Republicans are. You know what the answer is? Get them out. Get them out! The mid-term elections in 2018 will be just as important now that Trump is in as the presidential election was for our movement. You don't want soft-as-butter Paul Ryan? Vote for Paul Nehlen in Wisconsin. That's how you do that. |
| | Oh, oh and don't you worry. Don't you worry. The Democrats will be dealt such serious defeat in 2018 if they continue the path that they're on. They might even be dead before the 2020 election. They already tried to run a corpse, but they might actually be a dead party now trying to run a president in 2020. We'll continue to see how that goes, but that's the answer for the soft-as-butter Republicans right now that just do not understand the heart and soul of America right now. Let's go to Frank in North Carolina. I like Frank's idea. He says, "Call into shows and call them fake news." Call into the radio shows that want to hate on Trump. Ask them to explain their claims. Call into C-Span and talk to those people. Let your voice be heard. Go ahead, Frank. |
| Frank: | Yeah, and call into your local media as well, like your local talk radio shows that are part of the deep state that support ... You know, the deep state and all the propaganda media that's being put out, and also that attack and try and defend the lies that come out. |
| Owen Shroyer: | It's amazing that you say that. I am honestly one of the biggest news and radio junkies probably on earth. I have to tell you that here in Austin, I won't say their names, but there's a couple local radio hosts. They've had some changes here on the local conservative station. They changed the morning show. It was a |

12

terrible decision. Now you've got Michael Kilmeade on there who's milk toast on Trump at best. Then in the afternoon, you've got an absolute loon who doesn't even belong on the radio. Then you've got a evening slot that you have some conservatives on that, from my measurement, were always straight shooting. I always enjoyed their content, didn't always get along, but felt that they had the right ideas.

Then all of a sudden, out of nowhere, once the station started making some changes, now they're anti-Trump. Now they want to call out Trump. Now, I'm even hearing people in local radio that are responding to Rush Limbaugh's show and calling out Rush Limbaugh. Folks, Rush Limbaugh has never been more accurate, in my measurement, in his history of broadcasting except maybe since Clinton was in office. It's just really weird what's happening. I guess that's why you're offering the answer, which is call in. Take the narrative over. Challenge them on their ideas.

Frank:                Yeah. Even if you can get through to the people working behind the scenes, the guy answering the phone, let them know, "Hey. You work for fake news." One other thing, two bones of contention. I'm really disappointed in it, but we're not covering the 50th anniversary of the attack on the USS Liberty. I mean, that was the predecessor to the attack of 9/11. Also, I want to disagree with something that I heard Alex say recently. I've been trying to get through to him. I disagree. I have never heard Duke, David Duke, say anything hateful towards Alex. He's only opened his arms. He just wants to talk to Alex. [crosstalk 00:43:23]

Owen Shroyer:        Unfortunately, I am just not the person to address that. I don't know anything about David Duke or his relationship with Alex, and I'm not Alex, so I don't even want to comment on that and I don't follow David Duke. So I can't really corroborate anything you're saying. Thank you so much for the call, Frank in North Carolina, though. I do like the idea that Frank has to steal the narrative of some of these local talk shows or to steal the narrative from people that are spouting fake news on C-Span. I've got to tell you, and again, it's part of the PSYOP that we have to defeat. We have to remain with the ideas of victory in our head and that vision. It's just amazing.

You hear these people call into local radio or call into C-Span and they literally spout fake news. They literally spout it's the hearsay mafia and you just shake your head and you're like, "Oh my gosh. I just want to save your soul! I just want to save your mind! I just want to bring you back to reality." Roger Stone on the other side. This is the Alex Jones Show, Owen Shroyer filling in on a Sunday. We'll be right back.

Welcome back to the Alex Jones show. Free shipping right now at InfoWarsStore.com. Take advantage of the July 4th specials. I am now joined by Roger Stone, who had an interesting cameo at a free speech rally earlier today. We'll talk about that in a minute, but let's bring Roger on. Roger, what is the biggest thing on your mind as you join me on this Sunday evening? Nice hat, by the way.

| Roger Stone: | Thank you. We're in the seersucker season, so if one does not do it now, when would one do it? First of all, let me say, that your caller Frank is absolutely right. The USS Liberty was attacked by the United States government in cooperation to a reluctant Israeli government with the approval of President Linden Baines Johnson. This is a lunatic move that would cost the lives of Americans, but it was a false flag that was intended to inspire a war. The caller is absolutely right and the mainstream media has blocked this piece of history out. There's an excellent new book out by Philip Nelson, the man who wrote the quintessential two-volume biography of Linden Johnson, very much like my own book, The Man Who Killed Kennedy: The Case Against LBJ, which in the paperback edition has two chapter on this woeful and disgraceful chapter in American history. |
|---|---|
| Owen Shroyer: | That certainly sheds more light on the reason as to why they had to remove JFK from office as well. |
| Roger Stone: | It does. It's interesting because CNN has egg on their face this week. Being forced to essentially retract a story that alleged improper influence pedaling or maneuvering for favor between Trump associate Anthony Scaramucci and the president himself. The CNN had to completely withdraw their question. Scaramucci, who was widely admired and liked among conservatives and among the Trump movement leaders was blocked, initially, by Reince Priebus who clashed with him during the campaign. I think Priebus' problem was Anthony's direct access and the great affection that the president has for him. He is now demanded this retraction, and congratulations to him. I expect him to be now moved to a suitable government position. That's the genesis of this embarrassment for CNN. Meanwhile, there is chaos at Fox. You were just talking a few minutes ago about that other cable news network, Owen. |
| Owen Shroyer: | Well, want to hear your take on a narrative that I'm building up during this show. I think that there's a big PSYOP going on right now in the mainstream media colluding with the Democrats to, with fake news, try to oppress our victories, suppress our victories, suppress our momentum, suppress everything that we're doing to think that we're not winning, we're failing, when we are kicking ass right now. I'm thinking that certain installments of the Republican party with now, specifically Reince Priebus and Paul Ryan are falling for that narrative, falling for that fake news, and thus not getting behind President Trump. What do you think of that? |
| Roger Stone: | Well, it's possible or they are aware that Trump may be more popular with the grassroots than they concede but that he's just bad for business long-term and short. There's a lot of egos here. |
| Owen Shroyer: | There's maybe a little greediness involved as well. |
| Roger Stone: | The point here is that Donald Trump never kissed the dairy airs of these exalted leaders, harrumph. I mean, Washington is broken. The best thing for a majority congressional Republican would be to have a Democratic president. Now, you're an actual player. |

| Owen Shroyer: | The Democrats are hopeless right now. They're eating their own. CNN is failing. Nancy Pelosi is failing. We're winning. We're literally winning and they're trying to tell us we're not! It's unbelievable. Devastating victories left and right with every hearing and they still don't get it folks. We'll be right back with Roger Stone. |
| --- | --- |
| Speaker 1: | You've found it, the tip of the spear. It is the Alex Jones Show with Owen Shroyer. |
| Owen Shroyer: | Well, there was a free speech rally today, patriots marching against political violence. To no one's surprise, Antifa wanted no part of that. The Democrats wanted no part of that. They're actually pushing political violence right now, endorsing that. Roger, you actually had a bit of a cameo at that rally. Roger, I'm glad that you stand against political violence. Thank you for that. |
| Roger Stone: | I, unfortunately, based on some conversations with those in law enforcement, decided now to go because of planned violence. Yes. |
| Owen Shroyer: | Are you saying you had some intel that there might've been somebody planning some violence against you? |
| Roger Stone: | We believe that based on some conversations I had with law enforcement, and I frankly don't want to endanger other people. Then we do have, I must tell you, an exponential spike in the number of weekly death threats I get since the success of the Netflix documentary Get Me Roger Stone. It is a manifestation of that. There's a very, very ugly piece by some woman at The Huffington Post this week. I won't tell you her name or the name of the piece, you might go read it, but it's horrific and vicious in its scope. An ugly piece by a fellow name Kelly, Mike Kelly at the [inaudible 00:50:50]. When people start to resent our success, and this case I think my role in helping the president, the crazies come out. |
| Owen Shroyer: | Well, it's pretty obvious and when you can't even go to a free speech rally because of violence threats from the left, we've reached a tipping point here and I think something needs to be done. Who knows where this goes next? We rolled the b-roll of you being on the phone with Jack Posobiec actually. You're still able to make your speech, but it's just amazing to me that we can have all of these people in Hollywood, all of this media portraying the assassination of Trump. I think the final showing of Julius Caesar is tonight. President Trump getting assassinate every night for like two weeks straight in that despicable performance. Where does this end, Roger? |
| Roger Stone: | No, I mean, it is naked in their use of the media to incite, to provoke, and to promulgate violence. You're a hard charger. You remind me very much of a young Richard Dickson when he had communist spy [inaudible 00:52:00] in his sights. I think you understand this is a two-pronged punch. First, they promulgate this lie that is consistent with radical Islam, then they censor our ability through the internet, through their entire [sur-pus-sion 00:52:16] |

15

campaign to censor the internet. Miranda says fake news and use other manipulations of our algorithms, a dozen other smart computer tricks to limit our reach to the patriots out there who would rise up and support a Donald Trump.

**Owen Shroyer:**

It's so true. I mean, what you said is so true, but it goes beyond that. Not just trying to suppress the truth on the internet or suppress and censor patriots on the internet. They are literally trying to suppress reality. They are literally trying to censor reality. They are literally trying to intimidate us from bringing reality to the people. Roger, we're actually joined by Alex Jones now. We've got a master Jedi council on board now as Alex Jones joins us. Alex, what's on your mind this evening?

**Alex Jones:**

Well, I'm just here with my family half-way taking the day off and listening to you guys. I just wanted to call in. When we won the election on November 8th, I looked at Roger and I said, "The war has just begun." So I'm not somebody that's overly positive. Roger's like, "Hey, celebrate a little bit." I said, "No. Now they're going to hit us with everything they've got." They've been arrogant before, putting out their fake polls, believing their own propaganda. But I can tell you, Trump killing PPP, Trump killing the carbon tax, the Paris Accords, Trump cutting back the illegal coming across 43%. That's the old number. The new numbers are even higher, reportedly coming out next week, exposing the election fraud, making the big banks loan to small businesses and individual people, bringing 3 trillion plus back on the stock market. Now it's 400 billion in new jobs in just five months. Six months.

This is unprecedented. So I'm not some love affair with Donald Trump. Quite frankly, when I used to half-way pay attention to him, I thought he was some hotel owner and some guy that was hanging with the Clintons. I didn't like it. It's what's being delivered and how the enemies are so upset and how they're panicking and how they're going crazy and how they're going insane. I called Roger this morning and I said, "Will you come on with Owen?" He said, "Sure." I said, "This is a big victory laugh." They're saying in major news articles, Associated Press, Philadelphia.com that yeah, okay, Roger Stone wasn't a Russian agent. The Democrats want the Russian agent stuff dropped. They know it's killing him.

Scaramucci they said was with Stone and some Russian agent totally made up. The Pissgate deal is totally fake. The Democrats won't give the FBI any of the info because it's all fake. They're the ones. It's coming out that they were the ones. It's coming out Obama wouldn't allow the investigation because he knew that Hillary and himself were up to their eyeballs in it. This is huge victory laugh. Our problem is, as libertarians, as patriots, as conservatives, we don't victory laugh. We're always moving onto the next thing, but we have to sit through and celebrate this. We hear all this news that we're being defeated and we're being shut down. That's the last gasp of them trying to affect the weak-minded. We're having absolute devastating victories right now across the board.

American energy's coming way back. That devastates. I'm not against Russia, but I'm sorry. It's business. That hurts the Russian economy, helps ours. It hurts Saudi Arabia, helps ours. Trumps doing everything for America. That's why the globalists are so absolutely, completely pissed. It's all these special interests that thought they had dominated America, mounted our head on the wall. They're just mad that we have a president that isn't out to get us. This is a time for celebration. This is a really big deal happening, and of course they're doubling down and saying that it's the end of the world for us and it's all over and blah, blah, blah.

We have more listeners and more revenue than we had a month ago before the stupid Megyn Kelly all-out media assault. They hit us with everything they've got. They're hated. They're despised. The American people have broken with them. They're like desperate clowns pushing all the rape narratives and the rest of it. Back to you guys breaking all this down, but this is a really, really important time. The problem is they may launch some big false flag to try to blame the patriot movement and some other things. Back to Roger Stone, Owen Shroyer, and all InfoWars family.

Owen Shroyer:      That is a typical move if you look at history. If you're facing in an absolute defeat in illegal activity that you've been doing, you try to stage some big event or start a war in order to deflect the attention away from you. Roger, I want to hear your opinion on this that Alex just brought up talking about the DNC, not willing to cooperate with the FBI or the DHS. How is it? I mean, have you ever seen in your history of being involved in American politics, have you ever seen a situation where if you're looking at something, say Russian hacking or Russian collusion and you separate things onto a partisan level, and you have one side waging against the other side, pointing the finger saying, "Russian hacking, Russian collusion," when there's none there; meanwhile it's all sitting on their side. They're the ones obstructing justice. Based on all the testimonies, everything we've heard, the DNC won't cooperate with DHS or FBI into the investigation of this, but they want to find out about this Russia thing, when is reality going to hit home? When is the DNC going to be called to task?

Alex Jones:      Well, I think it's a superb question. Also extraordinary this week, stunning really. Bombshell proof of Russian influence in the presidential campaign of John McCain. Seems that according to Circuit News, in a stunning piece, they learned from multiple credible sources that the intelligence services twice warned the presidential candidate McCain not to meet with a certain individual that they deemed to be a Russian asset. The gentleman was brought to the table by none other than Rick Davis, McCain's campaign manager, and former associate of my friend Paul Manafort. Later on, a Russian asset would end up at the Republican institution under John McCain, and ultimately, when this became public, would be discharged. John McCain has been a harsh critic of Donald Trump saying that there's collusion by the Russians in the Trump campaign. I think he's driven by bitterness and a demand for revenge because I really saw the CNN story and this story on McCain in the two big stories this week.

| | |
|---|---|
| Owen Shroyer: | Well, McCain meets with Russians. McCain meets with "moderate rebels" in Syria. Who else is John McCain meeting with? What else don't we know about John McCain? Maybe it's time for McCain to take the stand. |
| | I'm now joined by Dr. Shiva Ayyadurai. He is running against swamp creature Elizabeth Warren, a real Indian versus a fake Indian. It is quite a story going on there, and Dr. Shiva is going to help us drain that swamp. ShivaforSenate.com, VAShiva.com. I would read you his resume, but it would take the entire segment, so I'm just going to bring Dr. Shiva on with me. Doctor, the last time we spoke last week, it feels like it was light years ago now, the way that I'm like a speeding bullet through the news timeline. I just want to bring you on and let's get to it. What do you think is the biggest thing? What do you want to talk about? In fact, how about this? The last time we spoke on air, you issued multiple challenges to Elizabeth Warren. You offered to challenge her to a debate. You offered to donate your lab to her team to prove her claims or at least the claims being made by some of her donors about GMOs. Have you gotten a response from Elizabeth yet? |
| Dr. Shiva A: | No, we've gotten not response, Owen, because the reality is I think she's extremely afraid of a competitor like me. She would rather have some career politician go head-on-head against her. I think the word you use, drain the swamp, and it means really draining the swamp of Elizabeth Warren, lawyer, lobbyist, career politician, fake, a liar who essentially presents herself as a fighter but hasn't really fought for anyone except herself. Then similarly, you have the career politicians who do the exact same thing. I think Massachusetts is literally, and I say we're behind enemy lines here. Our office is literally in Cambridge. I have this beautiful building that I own. In fact, downstairs, we rent it to a Democrat, Katherine Clark, I'm happy to take her money, but the reality is we're literally behind enemy lines. |
| Owen Shroyer: | How dare you, you evil capitalist? |
| Dr. Shiva A: | We did this before I decided to run, but I think the key point here is that Cambridge, Massachusetts, which is sort of the center of the global elite in many ways and delivering a blow to them right here against Elizabeth Warren I think is really going to help what President Trump is trying to do at the national level. The fight that's going on between the establishment and against Trump I think is a historic one, and I think we'd really like to support that. The fact that a entrepreneur, inventor, a scientist, not a career politician is running against Elizabeth Warren is a significant one because it basically goes back to the founders of this country. The founders of this country were not career politicians. They were soldiers. They were blacksmiths. They were artisans. They were entrepreneurs and they really wanted to create a country for all of us. What we now have is a forgotten people whose voice is not being heard. By beating Elizabeth Warren right here in Massachusetts, I think we deliver a significant blow right into the belly of the beast. |

| | |
|---|---|
| Owen Shroyer: | Yeah. I don't know if you saw her recent comment calling the Republican healthcare bill a bill for blood money. Did you see that? |
| Dr. Shiva A: | I saw that. This woman has no solutions for anything. It's purely just random attacks and I really wonder if everything's okay in her mind because if you read her attacks, it's all about spending money, ranting on what we are, we're not doing against the Russians and the use of allegory, which is about blood and et cetera. I think the woman is actually off her rocker and is becoming unhinged, which is a good thing for us. |
| Owen Shroyer: | Yeah, I completely agree. I completely agree. She's completely lost her mind. A lot of the Democrats really have. You're seeing this. I don't know if that's fear of them losing their command post that they've never really had or it's fear that maybe there's some justice that might be coming down on them, but it really is despicable for these people for Elizabeth Warren to come out and say blood money. I mean, again, especially in the midst of all this political violence being done against conservatives, I mean, Steve Scalise just gets shot. He was just released from the hospital. I will just say this. |
| | I really believe that, and I know that we discussed this. You were born outside of the country, but I believe that you would actually be president of the United States material. I mean, your resume, everything you've done, the views you have on this country. To get you in to replace Warren would not just be getting a swamp creature out. I mean, I'm not just here to fluff your feathers. I think it would be great to get a mind like you in there, someone like you in there, an ideas person. For example, I don't think Elizabeth Warren has the capability to offer her lab for science to anyone. Does Elizabeth Warren have a lab that she's going to run the testing on the GMOs? |
| Dr. Shiva A: | I think what Elizabeth Warren has is basically the backing of the Hollywood elites and the academic elites who, really, the anger that we see from Elizabeth Warren and the "liberal Democrats," the anger is not really against Donald Trump but what he represents. He represents the fact that everyday people, the forgotten people rose up and they voted for a guy who's actually done things. That's bugs them because they've lost control over their narrative. This is a fundamental problem that they have. Getting to solutions, Owen, our campaign ... |
| | By the way, we're coming to our end of June 30th deadline. Elizabeth Warren has raised close to $6 million. She already has a little mini war chest. We are out there doing direct to people, so anyone who wants to support us, whatever you want to give, it's at ShivaforSenate.com. Primarily, we are running our campaign as an entrepreneur would do. We're not paying high paid consultants. We're not going to go do massive ads on TV, which we know most people do not trust TV anymore. Fox News, what Alex does is probably the last beacon of truth that's out there, at least certain elements of Fox News. |

Our view is this campaign is really about winning the future for you. Winning the future for you, what does that mean? As you said, Owen, my journey, everyone who's listening's journey, it was my parents were poor, low-caste Indians from India. We came here. I came here as a seven-year-old, went through the public school systems of New Jersey, amazing public school, dedicated teachers, great mentors, great coaches, like every American out there has experienced. That's what makes America great. Fortunate to go to MIT, did a bunch of degrees, four degrees, got my PhD. More importantly, I had the opportunity to create jobs and give back.

What we're seeing right now is we have ... You look at the resume of Elizabeth Warren. You look at the resume of any of these career politicians. It's incredible that they go out there and have the audacity to say, "I'm going to create jobs. I'm going to fix things." None of these people have done any of that, so I find it very hard that they can do any of those things because they haven't had an experience doing that. I think the opportunity is one of the things, when we look at this entire campaign that we're fostering, we want to bring a lot of people into this, Owen. Even people in the Warren camp and the Bernie camp. People have been disenfranchised, have been completely sold out. Both of these people voted for crooked Hillary completely. Hillary should be in jail.

Sanders voted for her, want to remind everyone listening, plus Elizabeth Warren. Both supported her and sold out their base. One of the key areas we're looking at is clean food. Clean food, clean air. Elizabeth Warren voted for the Monsanto Protection Act, which allows the executive division of this country under Obama, Department of Agriculture, to overrule federal court judges who want to impose injunctions on genetically engineered food, if they're found to be bad for us, which they have been through [inaudible 01:06:45] et cetera. Elizabeth Warren, I'll repeated, voted for the Monsanto Protection Act. All of you people in Hollywood who eat your organic foods in Malibu, all of you people go to the organic farming out there know this candidate, who you may have been bamboozled into giving money, actually supported the Monsanto Protection Act.

I, on the other side, my entire life has been spent learning how you integrate traditional and Indian medicines. One of the key things we're looking at is, we've actually shown, as Owen has pointed out, that Monsanto and genetically engineered foods actually hurt us and we've shown that-

Owen Shroyer:     Hold it right there. We'll be back with Dr. Shiva on the other side of this break.

Speaker 1:     As First Lady and co-president, did Hillary Clinton order the Waco siege that left 18 children dead? Find out in The Clinton's War on Women.

Owen Shroyer:     InfoWarsStore.com 4th of July summer mega specials. Store free shipping store-wide free shipping right now. Rainforest plus 30% off, Super Male Vitality 30% off. Survival Shield X2, 30% off. Z-Shield 30% off. Our storable food, 30 to 40% off. The Emric's Essential Outdoor Pack, 40% off retail. That's a very timely

special right now with 4th of July coming up, summer activities. Get the bug spray. Get the SPF30 sunscreen. All natural products. Really think about the bug spray that you put on you, folks. If you look into the ingredients in bug spray ...

Look. I had a buddy who worked at the engineering plant that manufactured, I won't say what bug spray, but the big leading bug sprays, and he said that working there, he never went anywhere near bug spray again because you see the chemicals that they put in there. Well, let's see. The bug spray is meant to, I guess, it's so disgusting that the bugs don't want it. Why would you want it on your skin? That's why Emric's Essential B-Away Spray is all natural ingredients, not the toxic chemicals that they put into the mainstream bug spray. Get your outdoor pack 40% off right now. If you order that today, you could probably have it definitely by the 4th of July. Pretty timely getting these products to you. Take advantage of the 4th of July mega specials. Take advantage of the 40% off of the Emric's Essentials Outdoor Pack, and stop putting toxic bug spray on you and your kids' skin. Use the Emric's Essential B-Away Spray.

Alright. I'm joined again by Dr. Shiva. He said something to me that actually creates a new story, to be honest with you in my mind. I'd like to hear him clarify. He talked about how he's running his campaign from an entrepreneurial point of view, not wanting to spend a bunch of money in TV ads, not wanting to spend a bunch of money on advisers, this, that and the other thing. I'm just curious. Are you looking at ... I don't know if you want to phrase it this way. I'll phrase it this way, and then I'd like to hear what you think. You're looking at a low-budget campaign.

You're not really looking at it from the standpoint of "we need to spend all this money on advertising and everything." What you're going to see here is, if you're successful, and we're already starting to see this, but if you dole it out to be, "Hey, we're going to do a low-budget campaign because we're not going to waste the excess dollars, like the millions that the Democrats are, on TV ads, on the advisors, on the this, on the that, on the lawyers." Now you have a situation where, if you're successful at running a campaign low-budget, I think that scares these politicians. I think that scares the mainstream lifelong politicians because that's their bread and butter, baby! That's their bread and butter. They need that big money campaign. You could smash that entire thing is what you're saying.

Speaker 1:     Yeah. Look, Owen, the opportunity here, many of the businesses I've started ultimately, to technology, that brings in many ways ... levels the playing field. What you have right now, if anyone in the audience wants to run for office, they will right away get hit by the small clique of local consultants. I mean, we've been hit by them all here, all telling how they can do this, that for us. All attempting to essentially sleaze their way in to get their next gig. As a part of that getting their next gig, they start convincing you how much money you have to spend. Part of what we're doing with this campaign is we're using technology. Modern technology, some of the stuff I've built, that, in fact, technology that I

did called EchoMail, which actually helped the Bush campaign back in 2000 which we've advanced.

The issue is these tools, if we really want democracy, should be made accessible to anyone who runs. But what these guys do, they own their intellectual property of mailing lists, they own intellectual property of technology and all the little methods on how you actually even get on the ballot. In Massachusetts, we have this whole delegate process that you even have to get on. It's all controlled in little fiefdoms. The reality is we're coming in as outsiders, we get in front of many of these town committees and people are wondering, "Where have you been? You're the only one who can beat Elizabeth Warren." In fact, the establishment is getting very, very concerned about it, but it's very exciting because what I see happening out of this, not only we're going to beat Elizabeth Warren, but the tools and methodologies we create, we want to give them back to the people on how we won because we need to really completely revolutionize the way these campaigns are run.

To your point, Owen, it's a rigged system, and Elizabeth Warren is part of that rigged system. Establishment politicians are part of that. None of them ever talk about any significant issues. Yes, we need lower taxes. I mean, this is duh. That's all they do. Lower taxes, higher taxes. If you take the situation all over this country, which President Trump is starting to address, same situation in Massachusetts, and that's this situation. We have a solution for that. For every 17 skilled job openings, Owen, only one skilled person can show up. Think about that. We have millennials who are listening to this. Many of you know you have 30, 50, $100000 loans that somehow you were bamboozled to go to college, take "student loans," which never went into your bank account. They went into the pockets of your university officials. Then you graduate, and what skills do you have? You're not even employable.

What we've done in America is created an uneducated, or educated bunch of idiots in many ways, unfortunately. That's what's happened in this country. Many of those people, millennials are waking up and they're saying, "Why did I do this?" One of the big opportunities is going back to the good old days of how work got done. You did apprenticeships, which President Trump is promoting. Here, we believe we need to unleash vo-tech schools. In many ways, the school I went to, MIT, was really a high-tech vo-tech school. We need to make sure people have skills. If we don't do that, they're going to go to China and other countries. That's the fundamentals of increasing the economic base of a country. You need skilled people.

The other piece that we're talking about is we need to unleash technology. You look at the way in Massachusetts, Owen, what's phenomenal is at the state convention, which is coming up in April, where they nominate their candidates, you'll be amazed to know still done all paper. All paper, which means the local politicians manipulate things, make things up. In the last state convention, as we understand, paper ballots were being shredded. Things were being rewritten. This is how politicians are running, as though they own the politics of what goes

on and not we as people. We don't really have democracy in this country, and Trump's winning was a big win for that.

My winning, and us going on this journey together is going to be a big win for all of us, so we have to beat Elizabeth Warren. She's raised 6 million bucks. We want to raise more. We're doing it organically. We believe we can do it at one-tenth in which she's done it. So anyone who's listening out there, whatever you can give, five bucks, one buck, go to ShivaforSenator and donate because this is really about us and this is really about winning the future for all of us.

Owen Shroyer:    Yeah, and you getting in there is a representation of us infiltrating that rigged system. That's what they hate. They hate the outsider even being able to get in. I think that they're scared of that. Bernie Sanders tweets out this weekend saying, "Why can't government come together on healthcare?"

Speaker 1:    He's a complete idiot.

Owen Shroyer:    As he's literally stealing money. But they don't understand this notion, and it goes along with what you were saying about the higher education in America failing right now. People don't even understand. America is running into a shortage of doctors right now. Alright?

Speaker 1:    Exactly.

Owen Shroyer:    This whole healthcare thing, this whole magical unicorn healthcare plan that you think everybody can just go to the hospital, see a doctor and get healthcare is completely ludicrous. We don't have the doctors. If we had an excess of doctors, maybe we could solve that problem. That is not the case. Final word from Dr. Shiva.

Speaker 1:    Yeah. I think you said it. Elizabeth Warren's out there talking about a healthcare is a human right. What's a human right. Choice. The reality is because of the Obamacare bill, tens of thousands of doctors have gone out of business. The private practice where your doctor sees you, looks at your hands, looks at your tongue. That's where healthcare happens. Most of those doctors have gone out of business and have had to join large hospitals. We all know, you go into a hospital. There's a two out of five, three out of five chance you're going to get unhealthy. We're not discussing healthcare. It is through food, nutrition, not eating pesticide-ridden products. That's how we get healthy.

Owen Shroyer:    Exactly. Dr. Shiva, thank you so much. ShivaforSenate.com. Support the outsider getting in.

Alex Jones:    Dr. Shiva Ayyadurai is our guest. He's got four degrees from MIT and others as well, patriot, and he's running for senate against the fake Native American. Of course, they thought they found India so they called the Native Americans Indians, but he's actually an Indian, so he's the real Indian running against the

imposter. He's kind of used that as one of his slogans. Getting into the campaign to run against this lady, let's break down her record and what she's really up up.

Dr. Shiva A:     As you may know, Alex, India has a very oppressive caste system. My parents had this very futuristic vision and they made it out of there and they came to America because the founders of this country had a very different vision for America, which was through your hard work, through your bravery, through your resilience, you've created things. That's what this country is about. The idea of the founders was that between us and our Creator was not supposed to be monarchs, the nobles, the priesthood. It was about us having a direct connection to our God and our Creator. That's what makes this country great.

Elizabeth Warren and the self-serving elitists, Harvard and all these Ivy League institutions and the big institutions, fundamentally believe that they know better, Alex. I know you know better. I know we know better. But that's a fundamental reason, so my journey as an entrepreneur, scientist, engineer has shown me that, ultimately, those people who actually work for a living, produce things, entrepreneurs, people like yourself who create things are the ones who make this country great. People like Elizabeth Warren, the establishment politicians and political hacks, they fundamentally add zero value.

I've been fortunate, because of this great country, Alex, to have accumulated wealth. I've been able to get educated. I could not have done that in the oppressive caste system of India, so I believe I owe something back. I love this country, and Elizabeth Warren is what I call the not-so-obvious establishment. When we look at the arc of political history, we have the establishment, the populace movement, those people on the streets wanting a better day for themselves and their family. Then you have the not-so-obvious establishment, which is what Elizabeth Warren, Bernie Sanders, these people represent. They speak a good game. As you talk about, they're very, very clever with PR. Revolution, hope, change.

But fundamentally, they want to suck out the populace movement and drive it back to the establishment. As a student of systems, as a student of science, I fundamentally want to stop these guys. More importantly, I want to drive a massive defeat to Warren. In know I can do this right here in Massachusetts. I think people like Elizabeth Warren need to be stopped and I believe that I was, in many ways, my hard working grandparents sending my parents and this great country and the fathers of this country put me and gave me this opportunity, this point in history, to stop someone like Warren, to basically support this new American revolution.

Owen Shroyer:    Alright. We're going to do a news blitz here in the final segment. Please support InfoWars. Got to InfoWarsStore.com. Take advantage of all the mega specials right now at the store, including free shipping store-wide. InfoWarsStore.com. Alright, I'm just going to do a news blitz all across the board here. Let's start here. Sadiq Khan, the mayor of London, London-istan, that says terrorism is just part and parcel to your life, get used to it backs amnesty on Grenfell Tower

illegal immigrants. This story just gets weird and more interesting. It's really just sad as that building stands there in London.

Somehow, this building was a raging inferno for, what, hours and hours and didn't fall, hint-hint, wink-wink. But now it just stands there, a burned carcass of its former self, an eyesore that stands in London. Maybe a sign. Maybe a sign. Think about it. This is a building filling with immigrants, gets burned, torched. They claim it's from a refrigerator. I don't buy that from a second. Then magically, all the immigrants that were living there are now about to become legal citizens because Khan is going to give them amnesty. And then on top of that, you have a nice eyesore, a nice building burned sitting there in London. Part and parcel, folks. All part and parcel.

Yeah, how about this? Now, I saw this earlier. "Iran unveils countdown clock to the destruction of Israel," so apparently now, Iran is just openly running a countdown clock to when they're going to destroy Israel. Then you see this story in the Jerusalem Post. "Massive Iranian funding for anti-Israel terror groups revealed." Now, I'm not going to take any political stance on this, okay? Where do you think they got that money? Where do you think that massive funding came from? $400 million cash from Barrack Hussein Obama? Think about that, folks. You want to talk about an investigation, how can we not get Obama on the stand for a cash deal to Iran that is now funding terror groups and claiming they're going to destroy Israel? Now matter what you think about these countries politically, this is sick. This is twisted. This has Barrack Obama's fingerprints all over it. All over it! Wow.

Fake hate: Muslim arrested for torching her own mosque in Iowa. Honestly, it's strange because think about it. The multiple times now that we've had these mosque attacks, the story gets buried real quickly. Have you noticed that? I think that's because we continue to see this trend, that they're staging these hate attacks, folks. This is like the fifth story I've seen of this now. They all end up being staged.

Now just to go back and remind you, the FBI is still investigating Bernie Sanders and his wife for bank fraud. This is the same Bernie Sanders that called Donald Trump a fraud. You are the fraud, Bernie Sanders, and your wife. That's why you're being investigated. I hope justice befalls the Sanders family. They would like that, though. Sanders are for justice. Right, Bernie? You're all about justice. You're all about justice, Bernie. Bernie! Oh, Bernie! Isn't Bernie Sanders all about justice? "I mean, folks, we've got people that are poor. We've got the poor people out there, and then we've got the millionaires and billionaires. The millionaires and billionaires are against the poor people, and so I'm for justice for anyone that would ever take advantage of poor people and keep poor people down that has millions of dollars. I'm Bernie Sanders, and anyone that would try to obstruct justice from coming down on somebody that wants to steal from the rich and give to the millionaires and billionaires, well, we're going to stop that."

Hey, Bernie, you're a millionaire and you're being investigated for bank fraud. "Nothing to see here. Nothing to see here. This is just a minor mistake. Minor mistake here. The FBI will find nothing." Bernie, do you want justice in the FBI investigation into you? I wonder. I'd like to hear someone ask that, Bernie. Bernie, would you like to have justice into the fraud investigation that is being looked into you and your wife right now? Would you like to see justice in that? For some reason, I highly doubt it. I think Bernie doesn't want that justice. Then, of course, you've got the story that broke on Zero Hedge.

Megyn Kelly fails to fact check Sandy Hooks father contradictory claim in Alex Jones' piece. Yes, that's right. Neil Heslin made a statement in the Megyn Kelly hit piece on Alex Jones about an experience he had after the Sandy Hook shooting that does not corroborate with fact checkers, does not make sense. Now you have Megyn Kelly, folks, who did a hit piece on Alex Jones to try to smear Alex Jones and paint an inaccurate picture using Sandy Hook about Alex Jones to demonize him to the public, and then in the attempt of doing that, Megyn Kelly actually adds to the conspiracy theory! So Megyn Kelly is now fanning the flames of conspiracy theory with Sandy Hook with Neil Heslin's account saying he held his son, which according to coroners and past reports is impossible. That's not just something you misremember, is it? Holding your dead child. Somehow, I don't think you misremember that.

Meanwhile, in Venezuela, the communist haven, more riots, more protestors, oh by the way ... By the way, folks. The millionaires and billionaires in the communist haven of Venezuela are still eating lobster, still eating steak, still going about their lives while the rest of the public in the magical communist land of Venezuela is literally eating pasta with crap. That's not a figure of speech. It's now in the news. People in Venezuela are using excrement to eat pasta. That's nice.

I just wanted to remind our friends right now that are missing Barrack Obama. They're missing Barrack Obama. "We're missing Obama!" Look at these charts, folks. Look at these nine charts right here. This tells you the Obama legacy. Student loans skyrocket. Food stamps skyrocket. Federal debt skyrockets. Money printing skyrockets. Health insurance costs skyrockets. All record highs. All record highs. Labor force participation rate drops. Worker's share of economy drops significantly. Median family income drops significantly. Home ownership falls off the grid. That's Obama's legacy. That's from the federal reserve bank in St. Louis. There's your Obama Legacy, and now Trump has called for US dominance in global energy production. Now, I want to play this clip before we get out of here. Rand Paul talking about the "Trumpcare bill" being worse than actual Obamacare. Roll Rand Paul. Do we have-

Rand Paul:     Well, what we can do is, if they cannot get 50 votes, if they get to impasse, I've been telling leadership for months now that I will vote for a repeal. It doesn't have to be 100% repeal. For example, I'm for 100% repeal. That's what I want. But if you offer me 90% repeal, I'd probably vote for it. I might vote for 80% repeal.

| | |
|---|---|
| Speaker 26: | What percent is it now? |
| Rand Paul: | But realize, hey just one second. Realize that the Obamacare subsidies in this bill are actually greater under the Republican bill than they are under the current Obamacare law. That is not anywhere close to repeal. |
| Owen Shroyer: | You know, it's almost ... I'll try to put a silver lining on this. I'm hoping that this is literally a troll bill. See, I don't think there's going to be any victory with this bill. I don't think it really has a shot, even though the Republicans celebrated it. I really don't think there's a shot at victory. Now Rand Paul points out that this bill in some ways is actually worse than Obamacare, so why would Republicans be passing it? Maybe this is a way for Trump to identify the people inside the party that are really frauds or really ignorant or ... Because it doesn't make sense. It's not going to pass, and you know that Donald Trump always likes to have victories and he's basically setting himself up for failure with this bill. So it'll be interesting to see what happens. Apparently, they're going to vote this week. It will fail. I don't see any way that that vote is successful. |
| | Alright. Well, thanks to everybody who tuned it. Thanks to everybody who goes to the story, InfoWarsStore.com. Please take advantage of of our specials, folks, the best products, the best prices. We're trying to get you bug spray and sunscreen that's all natural, trying to get you bug spray for the 4th of July celebrations, fireworks, your family that's not going to force you to rub toxic chemicals all over your body. Go to InfoWarsStore.com. 40% off, 40% off the Emric's Essentials Outdoor Pack. This is how you support our broadcast. This is how we got to the next level. |
| | More than anything, this is how we're able to be a free and independent media company because we answer to you, who buy our products, and then we get five-star reviews on everything. By the way, before we go, who knows what's going to happen with this? Anonymous now claims NASA is about to announce evidence of alien life. Based on my understanding, they've already declassified many of those documents. We'll see if there's anything there. Could be a PSYOP. |
| Speaker 27: | Protect your skin with SPF30 sunscreen lotion by Emric's Essentials. Perfect for face and body, this natural, unscented sunscreen can be worn at all times of the day whenever you need sun protection. We source ingredients from nature, producing a product free of harmful chemicals and toxins. This natural lotion contains 21% zinc oxide, which is the largest particle size used, and we do not use nano-particles. The larger the particle, the safer it is for your body. The organic oils help hydrate the skin, leaving it nice and smooth. The truly natural, fragrance-free sunscreen for the most sensitive skin. Emric's Essentials wants you to enjoy the sun and strives to being you organic products to enhance your life. Naturally protect your skin with SPF30 sunscreen lotion by Emric's Essentials. Stop exposing yourself and your family to toxic ingredients. Visit InfoWarsStore.com and learn more about the new SPF30 sunscreen lotion. |



# Sandy Hook parents sue Texas conspiracy extremist for defamation

By Rob Ryser  Updated 11:00 pm, Tuesday, April 17, 2018

ADVERTISEMENT



**IMAGE 1 OF 4**

Alex Jones

NEWTOWN — The defamation lawsuits filed this week against conspiracy theory extremist Alex Jones by parents who lost children in the Sandy Hook shootings represent an escalation in the families' years-long fight against major crime deniers.



EXHIBIT

B·39

For the first time, families are seeking millions of dollars in civil damages from the Texas man, who has called the worst crime in modern Connecticut history "staged," "synthetic," "manufactured," "a giant hoax" and "completely fake with actors," with "inside job written all over it."

Although the two defamation cases filed in a Houston district court on Monday deal with specific statements Jones made about two Sandy Hook parents in 2017 on his web-based program InfoWars, the cases cite what the families' lawyers call "a long history of harassing the Sandy Hook families with defamatory lies."

"This heartless and vile act of defamation re-ignited the Sandy Hook 'false flag' conspiracy and tore open the emotional wounds that plaintiff has tried so desperately to heal," reads one of the lawsuits. "This conspiracy theory, which has been pushed by InfoWars and Mr. Jones since the day of the shooting, alleges that the Sandy Hook massacre did not happen, or that it was staged by the government and concealed using actors, and that the parents or the victims are participants in a horrifying cover-up."

The lawsuits come two weeks after a Massachusetts man sued Jones for defamation for falsely identifying him as the shooter in the Valentine's Day massacre of 17 students and staff at a Florida high school. The Florida shooting was the deadliest school shooting in the United States since the Sandy Hook shooting of 26 first-graders and educators in 2012.

ADVERTISEMENT

Neil Heslin, the father of slain student Jesse Lewis, and Leonard Pozner and Veronique De La Rosa, the parents of slain student Noah Pozner, are seeking more than $1 million in damages.

Jones is accused of saying on his program that Heslin "was lying about the circumstances of his son's tragic death for a nefarious and criminal

ᴵ last summer, according to

ᴵⁿ ᵗʰᵉ ˢᵉᶜᵒⁿᵈ ˡᵃʷˢᵘⁱᵗ, ᴶᵒⁿᵉˢ ⁱˢ ᵃᶜᶜᵘˢᵉᵈ ᵒᶠ ˢᵃʸⁱⁿᵍ ᵒⁿ ʰⁱˢ program that De La Rosa "was an actor in a faked interview with CNN's Anderson Cooper used to cover up the 'truth' about Sandy Hook," Pozner and De La Rosa's lawsuit reads.

ADVERTISEMENT

Jones did not respond to a request for comment on Tuesday.

Although families that lost loved ones in the Sandy Hook shootings have been harassed by lone extremists in the past, Jones became the focus early last year after the election of Donald Trump, when Jones bragged the new president had called to thank him for his support.

In response, the Newtown Board of Education wrote to Trump for his help to "stop Jones and other hoaxers like him."

The White House did not respond.

Then in June, Jones made headlines again in Newtown when he was booked to speak with Kelly on a prime time Sunday night show.

The homegrown nonprofit Sandy Hook Promise took the lead in calling for NBC to cancel the show to "keep Jones' extremist views from gaining prime time exposure."

Sandy Hook Promise dropped Kelly as the emcee of its Washington, D.C. gala, but Jones went on as scheduled.

An attorney representing some of the families said Jones "has weaponized his radio show to publish false and defamatory statements about our clients; chief among them that they

are actors perpetuating a massive fraud on the American public by faking the deaths of their loved ones."

The defamation lawsuits filed this week noted the case of Lucy Richards, a Sandy Hook conspiracy theorist, who was sentenced to five months in prison in June for sending threats to Pozner and Heslin.

"There are no alternative facts," Senior U.S. District Judge James Cohn told Richards at her sentencing.

As part of her sentence, Richards was barred from viewing a list of conspiracy websites, including InfoWars, the lawsuits said.

## nt Recommended For You

**Storm aftermath: What you need to know**

**At least 2 killed as violent storm wallops Danbury area**

## You May Like

**This Baby Has Never Eaten A Gram Of Sugar In Her Life — But Take A Look At Her Today**
Life Buzz

**Most Iconic Line Of All Time, But He Was Never Meant To Say It In The First Place**
Worldemand

Sponsored Links

**Texas: Gov't Will Pay Off Your Mortgage If You Have No Missed Payments**
Mortgage Quotes

**This Amazon Upgrade is Even Better Than Prime**
Honey

**Is the GX7 Golf Driver Replacing Traditional Drivers?**
GX7 Golf

Sponsored Links

 **Recommended For You**

**Cars stolen, broken into in Bethel**

**How Connecticut grad schools stack up in U.S. News & World Report's 2019 rankings**

## You May Like

**Steve Harvey Burst Into Tears When He Realized Why This Contestant Was Acting So Strange**
EternalLifeStyle

**Giant Whale Makes Rare Contact With Diver, When She Realizes Why She Races To The Boat**
DirectExpose

Sponsored Links

**Look At Them Now: 26 Greatest On-Screen Bullies in History**
YourDailyDish

**Play this for 1 minute and see why everyone is addicted**
Vikings: Free Online Game

**The 50,000 Point Intro Bonus Has Arrived**
CreditCards.com

Sponsored Links

 **Recommended For You**

**Police: Waterbury man had loaded gun, led cops on chase**

**Fatal crash probe: State trooper was DUI, speeding**

© 2018 Hearst Communications, Inc.



## Subscribe to Breaking News emails

## You have successfully subscribed to the Breaking News email.

## Subscribe today to be the first to to know about breaking news and special reports.

Enter your email          Sign Up

<u>Privacy</u>

<u>Watch Live: FBI agent at center of texting scandal testifies at House hearing</u> ● ✕

- <u>News</u>
- <u>Nightly News</u>
- <u>Meet The Press</u>
- <u>Dateline</u>
- <u>MSNBC</u>
- <u>Today</u>



Sponsored by

# Megyn Kelly Defends Interview With Infowars Host Alex Jones

- Share this —
- **f**
- 🐦
- ✉
- 📱



U.S. news

# Megyn Kelly Defends Interview With Infowars Host Alex Jones

by Erik Ortiz / Jun.13.2017 / 9:36 AM ET / Updated Jun.13.2017 / 11:04 AM ET



Megyn Kelly moderates the plenary session as Russian President Putin hosts the St. Petersburg International Economic Forum in St. Petersburg, Russia.NBC News

# Breaking News Emails

Get breaking news alerts and special reports. The news and stories that matter, delivered weekday mornings.

SUBSCRIBE

NBC News anchor Megyn Kelly on Tuesday defended her upcoming interview with the conspiracy theorist and Infowars host Alex Jones, saying in a statement that she sat down with him "to shine a light" about the "considerable falsehoods" he peddles.

Families of the victims of the Sandy Hook Elementary School shooting in Newtown, Connecticut, have vocally objected to giving a platform to Jones, who has previously asserted that the massacre that claimed 26 lives was concocted by the government. They also criticized the planned airing of the interview with Jones on "Sunday Night with Megyn Kelly" as being in poor taste because it coincides with Father's Day.



 **Megyn Kelly**
@megynkelly

Next Sunday, I sit down with conservative radio host
@RealAlexJones to discuss controversies and conspiracies
#SundayNight June 18 on NBC

6:59 PM - Jun 11, 2017

5,459      16.4K people are talking about this

"I find Alex Jones's suggestion that Sandy Hook was 'a hoax' as personally revolting as every other rational person does," Kelly said in a statement. "It left me, and many other Americans, asking the very question that prompted this interview: how does Jones, who traffics in these outrageous conspiracy theories, have the respect of the president of the United States and a growing audience of millions?"

She said that Jones has been elevated by praise from President Donald Trump, who has appeared on his show and granted his outlet White House press credentials.

**Related: Daughter of Sandy Hook Victim Demands Donald Trump Disown Alex Jones**

"Our goal in sitting down with him was to shine a light — as journalists are supposed to do -- on this influential figure, and yes — to discuss the considerable falsehoods he has promoted with near impunity," Kelly said.

She also said that she respects the decision by the nonprofit Sandy Hook Promise to drop her as the host of its Promise Champions Gala on Wednesday night in Washington, D.C.

"Sandy Hook Promise cannot support the decision by Megyn or NBC to give any form of voice or platform to Alex Jones and have asked Megyn Kelly to step down as our Promise Champion Gala host," Nicole Hockley, co-founder and managing director of the organization, said in a statement. Hockley's 6-year-old son, Dylan, was killed at Sandy Hook.

 **Sandy Hook Promise**
@sandyhook

For Immediate Release: SHP's Statement on Megyn Kelly
sandyhookpromise.org/sandy_hook_pro...
8:31 PM - Jun 12, 2017

> **Sandy Hook Promise Statement on Megyn K...**
> sandyhookpromise.org

142      112 people are talking about this

Kelly said Tuesday that she is "of course disappointed that I won't be there to support them." Here is her full statement:

I understand and respect the decision of the event
organizers but I'm of course disappointed that I won't
be there to support them on Wednesday night. I find
Alex Jones's suggestion that Sandy Hook was
"a hoax" as personally revolting as every other
rational person does. It left me, and many other
Americans, asking the very question that prompted
this interview: How does Jones, who traffics in these
outrageous conspiracy theories, have the respect of
the president of the United States and a growing
audience of millions?
President Trump, by praising and citing him,
appearing on his show, and giving him White House
press credentials, has helped elevate Jones, to the
alarm of many. Our goal in sitting down with him was
to shine a light - as journalists are supposed to do -
on this influential figure, and yes - to discuss the
considerable falsehoods he has promoted with near
impunity.

 **Megyn Kelly**
@megynkelly

Here is my statement regarding Sunday night's interview:
10:28 AM - Jun 13, 2017

5,839     7,556 people are talking about this

Nelba Marquez-Greene, whose 6-year-old daughter, Ana Grace, was killed at Sandy Hook, told The Associated Press that giving Jones a wider platform would only encourage
his followers to harass her further.

"You can't just put him in a box and say he's just a character," Marquez-Greene said. "He's really hurting people."

In a preview of Kelly's interview with Jones, she asks the far-right radio host if he considers himself a paranoid person.

"Absolutely not," he responded. "A paranoid person would be hiding out in their house, not venturing out in public. I go out there in the street and battle Black Lives Matter, the communists at point-blank range."

He also called the 9/11 attacks an "inside job" and said the Sandy Hook shooting was "complex."

**Recommended**



**'I'm a very stable genius,' Trump says as NATO summit ends**



**Peter Strzok on anti-Trump texts: 'I do not have bias'**

When Kelly asked him about his falsehood that the Sandy Hook parents faked their children's deaths, as he claimed in the wake of the rampage, he changed the subject.

**Related: Infowars' Alex Jones Says Trump Made Thank You Call**

"That's not a dodge," Jones said. "The media never covers all the evil wars it's promoted."

"That doesn't excuse what you did and said about Newtown," Kelly said. "You know it."

"I looked at all the angles of Newtown and I made my statements long before the media even picked up on it," he said, adding that the issue that people should be concerned about are "animal-human hybrids."

The early outcry over the interview prompted JPMorgan Chase to drop its ads surrounding the show's airing and has created a storm on social media.

JPMorgan Chase's chief marketing officer, Kristin Lemkau, tweeted that "as an advertiser, I'm repulsed that Megyn Kelly would give a second of airtime" to Jones.

But Liz Cole, the executive producer of "Sunday Night with Megyn Kelly," asked that critics look at how the entire interview is presented on TV.

Jones is "a controversial figure, but as journalists, it's our job to interview newsmakers and people of influence no matter how abhorrent their views may be," Cole said. "Until you see the full program, in proper context, I would withhold judgment."

**SPONSORED STORIES**                                                                                                     by Taboola

**Forget Netflix! Here's a Better Stock to Buy**
The Motley Fool


**The State of Student Loan Debt in 2017**
Experian

## Breaking News Emails

Get breaking news alerts and special reports. The news and stories that matter, delivered weekday mornings.

SUBSCRIBE

**SPONSORED STORIES**                                                                                                     by Taboola


**This Drone Makes All Spherical Shots Look Professional**
DJI


**This $89 Magic AC Is The Most Incredible Invention**
Cool Air


**Family dispute turns into murder in Hong Kong public park**
Abacus News


**'Tis the Season - For Installment Sales**
Realized


**Phone Companies Can't Stop You Doing This With Your Landline**

Compare VoIP Systems Quotes

### The Home Security Camera The Press Can't Stop Talking About
Light House

### It's Like Ebay, but Everything Sells in 90 Seconds
Tophatter

### Here's What Makes An Azure Free Account So Valuable...
Microsoft Azure

          MORE FROM news

- About
- Contact
- Careers
- Privacy policy
- Terms of Service
- SiteMap
- Advertise
- AdChoices

© 2018 NBC UNIVERSAL

- NEWS
- MSNBC
- TODAY

# FACTCHECK.ORG

THE WIRE

# Bum Rap for Rahm

*By Viveca Novak*

*Posted on January 13, 2011*

Sen. Rand Paul distorted an old quote from Rahm Emanuel during an appearance on Fox Business, as he disparaged the reaction of liberals to last weekend's shootings in Tucson.

The Kentucky Republican, who took office just this month, was asked on Wednesday by Fox host Andrew Napolitano how pundits (Paul Krugman, a liberal columnist for the *New York Times*, was mentioned) could "get away with blaming murder on political discourse." Paul responded:

> **Rand Paul, Jan. 12:** *Well, these are the kind of things that I think some on the left decide and manufacture even before the events occur. I mean, this is part of the playbook of Rahm Emanuel where they say any crisis should be used to their advantage to further their agenda. So I'm not surprised that they do it, I do think they should be ashamed of themselves for doing it.*

Paul was referring to comments that Emanuel made at a *Wall Street Journal* conference of corporate chief executives in November 2008, days after Barack Obama won the presidential election and in the thick of the financial crisis. (Emanuel went on to serve as Obama's chief of staff.) Part of what Emanuel said frequently has been cited by conservatives to show that the left supposedly wants to exploit circumstances to ram its agenda through. That Emanuel quote is: "You never want a serious crisis to go to waste."

In context, though, Emanuel wasn't talking about partisan gain or advancing any particular "agenda," as Paul claimed. Emanuel specifically urged addressing longstanding problems with "ideas from both parties" when a crisis presents the opportunity. He used the energy crisis of the 1970s as an example of an opportunity lost:

**EXHIBIT**

B-41

FactCheck.org

*Emanuel, Nov. 19, 2008:* *You never want a serious crisis to go to waste. And what I mean by that is an opportunity to do things that you think you could not do before. I think America as a whole in 1973 and 1974, and not just my view but obviously the administration's, missed the opportunity to deal with the energy crisis that was before us. For a long time our entire energy policy came down to cheap oil. This is an opportunity, what used to be long-term problems, be they in the health care area, energy area, education area, fiscal area, tax area, regulatory reform area, things that we have postponed for too long, that were long-term, are now immediate and must be dealt with. This crisis provides the opportunity, for us, as I would say, the opportunity to do things that you could not do before. The good news, I suppose, if you want to see a silver lining, is the problems are big enough that they lend themselves to ideas from both parties for the solution.*

Emanuel then talked in broad strokes about Obama's priorities in the areas he'd mentioned.

This week, Emanuel was asked about the fact that bloggers and editorial writers were repeating the statement in blaming others for exploiting the shooting incident.

*Emanuel, Jan. 11: First of all, what I said was, never allow a good crisis to go to waste when it's an opportunity to do things that you had never considered, or that you didn't think were possible. That's not intended for this moment, nor does it apply to this moment.*

That didn't stop Paul from twisting the quote again.

**Categories**  The Wire

**Tags**  Crisis

**People**  Rahm Emanuel    Rand Paul

PREVIOUS STORY
FactCheck Mailbag, Week of Jan. 4-Jan. 10

NEXT STORY
Obama, Guns and 'The Untouchables'

44.    Attached hereto marked as Exhibit B-42 is a thumb drive containing a true and correct copy of a video of Rahm Emmanuel posted at the url address: https://www.youtube.com/watch?v=Pb-YuhFWCr4. The video on this thumb drive is a true and correct copy of the video posted at that address as of the date of this affidavit. This video and Mr. Emmanuel's quote has been used by Alex Jones many times on his broadcasts and has been used and quoted many times by others who likewise question government and media reports.

**EXHIBIT**

B-42

45.    Attached hereto marked as Exhibit B-43 is a thumb drive containing a true and correct copy of a video of NBC's and Megyn Kelly's interview of Alex Jones posted at the url address: https://www.nbcnews.com/megyn-kelly/video/megyn-kelly-reports-on-alex-jones-and-infowars-970743875859. The video on this thumb drive is a true and correct copy of the video posted at that address as of the date of this affidavit.

EXHIBIT

B-43

# Megyn Kelly, Alex Jones Interview: Controversy and Leaks

*Melissa Chan*

Conservative radio host Alex Jones <u>leaked audio clips</u> of conversations he said he had with NBC News anchor Megyn Kelly amid a firestorm over their controversial interview that is set to air Sunday.

Kelly faced backlash this week for giving Jones a national television platform to share his far-right beliefs beyond his more than 2 million "InfoWars" radio show subscribers. The conspiracy theorist has previously suggested the Sandy Hook elementary school shooting was a hoax.

Jones tweeted Friday that he released the recordings of his conversations with Kelly because she "lied about the nature of this interview." "I want to set the record straight," he said.

Here's what to know about the controversy surrounding the interview:

## How did the Megyn Kelly-Alex Jones controversy unfold?

Kelly interviewed Jones for a segment on NBC airing Sunday night that dives into Jones' thoughts on "controversies and conspiracies," she tweeted earlier this week. In an NBC promotional video, Kelly can be seen asking Jones about his theories on Sept. 11 and the Sandy Hook elementary school shooting. Jones said he believes the Sept. 11 terrorist attack was an "inside job" and he questioned facts about the deadly 2012 school shooting.

The interview clips quickly sparked outrage and prompted Sandy Hook Promise, a gun violence prevention organization founded by some family members of Sandy Hook victims, to <u>dump Kelly as the host</u> of their annual gala.

"Sandy Hook Promise cannot support the decision by Megyn or NBC to give any form of voice or platform to Alex Jones and have asked Megyn Kelly to step down as our Promise Champion Gala host," Nicole Hockley, the group's co-founder, said in a statement. "It is our hope that Megyn and NBC reconsider and not broadcast this interview."

In response, Kelly issued a <u>statement</u>, saying she was "disappointed" at the event organizers' decision. She also bashed Jones' Sandy Hook theory as "revolting" but said she needed to "shine a light" on "this influential figure" as a journalist.



EXHIBIT
B-44

Jones appeared to take offense to Kelly's response, as well as how he's portrayed in NBC's promotional clip. He said he released audio clips to prove Kelly lied to him when she was convincing him in phone calls to agree to the interview.

## What was in the audio leaks?

Jones on Friday published a 30-minute YouTube video that included a mash-up of audio clips purportedly of Kelly explaining why she wanted to feature Jones in an in-depth profile. She can be heard promising Jones that she would be fair and balanced. According to the tape, she said Jones was at the top of her list of "interesting" people she wanted to have on her new Sunday newsmagazine program at NBC.

"All I can do is give you my word and tell you if there's one thing about me, I do what I say I'm going to do and I don't double-cross," she tells him, according to the tape. "It's not going to be some 'gotcha' hit piece. I promise you that."

Kelly has not confirmed the authenticity of the tape.

## Why did Jones release the recordings?

Jones claims Kelly did not stand by her word when she said her segment would not be a hit piece. "She did the opposite of what she said," Jones told his "InfoWars" viewers Friday. "So I was recording the whole time. We have a record of it."

Jones said he told Kelly in the interview that he believes Sandy Hook "probably happened." But he said NBC did not include that soundbite in their promotional piece. Jones has asked the news station not to air the interview "because they're misrepresenting who I am," he said in a video posted on Twitter.

"Megyn Kelly is a puppet. She is a beautiful woman who the corporate structure uses to push their agenda," Jones said.

## What happens next?

NBC News still plans to air the interview Sunday night, saying it remains "committed to giving viewers context and insight into a controversial and polarizing figure, how he relates to the president of the United States and influences others, and to getting this serious story right," according to a statement obtained by the Associated Press.

However, Connecticut's NBC affiliate WVIT will not air the interview, the Hartford *Courant* reported. In a memo obtained by the *Courant,* the station's general manager and president Susan Tully said they would not air the segment because the wounds of residents after the Sandy Hook shooting are "understandably still so raw."

Jones teased on Twitter that he would "leak more" of the interview during a live radio show Friday afternoon. However, during the show, he walked that statement back, saying he was thinking about releasing more.

 **ur NPR Station**
There are at least two stations nearby

MEDIA

NEWSCAST                    LIVE RADIO                    SHOWS

# After Much Controversy, NBC Airs Megyn Kelly's Interview With Alex Jones

LISTEN · 3:11      QUEUE    Download

Transcript

June 19, 2017 · 5:00 AM ET
Heard on Morning Edition

  DAVID FOLKENFLIK

Megyn Kelly's show carried a lengthy interview with right-wing Internet sensation Alex Jones, a figure who routinely circulates hateful conspiracy theories. Criticism rolled in ahead of the broadcast.

DAVID GREENE, HOST:

Last night marked a fraught moment for the newest star at NBC News, Megyn Kelly. Her new news magazine carried this lengthy interview with the right-wing internet sensation Alex Jones, a figure who routinely circulates hateful conspiracy theories. Critics attacked NBC and Kelly for giving Jones airtime. NPR media correspondent David Folkenflik reports on the network's decision.

DAVID FOLKENFLIK, BYLINE: The backlash built up before the show even aired. It included some parents of children slain at the Sandy Hook Elementary School in Connecticut. Jones had argued the killings were faked. Kelly's critics condemned her for giving Jones a major national platform.

In recent days, Kelly sought to ease those concerns and fold them into her broadcast. One surviving Sandy Hook father participated. A mother refused. She tweeted she



needed three showers and a glass of wine after talking to Kelly. Yet Kelly didn't hold back last night.

(SOUNDBITE OF TV SHOW, "SUNDAY NIGHT WITH MEGYN KELLY")

MEGYN KELLY: That pattern - reckless accusation followed by equivocations and excuses is classic Alex Jones.

(SOUNDBITE OF RADIO SHOW, "THE ALEX JONES SHOW")

ALEX JONES: They can just carte blanche, go anywhere they want.

KELLY: He has spent nearly two decades on the fringe, shouting his conspiracy theories into any microphone he could get in front of.

FOLKENFLIK: In the TV news business, often the get is the point of the operation. Did you get a big-name guest who can make waves and draw viewers? And what should be a starting point often becomes the end in itself. Kelly and NBC clearly thought they landed a big get in Alex Jones. Yet she did seek to shed light, as she had promised. And Kelly made the case last night for interviewing him.

(SOUNDBITE OF TV SHOW, "SUNDAY NIGHT WITH MEGYN KELLY")

KELLY: Some thought we shouldn't broadcast this interview because his baseless allegations aren't just offensive. They're dangerous. But here's the thing. Alex Jones isn't going away. Over the years, his YouTube channel has racked up 1.3 billion views. He has millions of listeners and the ear of our current president

FOLKENFLIK: Kelly's team neatly demonstrated some of the consequences, tracking how groundless claims migrated from Jones' rants to Trump's speeches.

(SOUNDBITE OF TV SHOW, "SUNDAY NIGHT WITH MEGYN KELLY")

KELLY: This was Infowars previewing the first presidential debate between Donald Trump and Hillary Clinton...

(SOUNDBITE OF RADIO SHOW, "THE ALEX JONES SHOW")

JONES: I think she's going to show up and - on drugs, though.

UNIDENTIFIED WOMAN: (Laughter).

JONES: She's going to be whacked out.

KELLY: ...And Mr. Trump's take not long after.

(SOUNDBITE OF ARCHIVED RECORDING)

PRESIDENT DONALD TRUMP: We should take a drug test prior because I don't know what's going on with her.

FOLKENFLIK: Jones loves to bash the mainstream media. He posted audio tapes of a pre-interview telephone conversation to undercut Kelly, as she promised, to illuminate his human side.

(SOUNDBITE OF ARCHIVED RECORDING)

KELLY: This is your chance to tell people who you are and...

FOLKENFLIK: This is Kelly's voice.

(SOUNDBITE OF ARCHIVED RECORDING)

KELLY: In the same way, like, you're talking about re-inventing yourself - me, too, in a way, you know? I...

FOLKENFLIK: Kelly had moved to NBC from Fox News, a network that also at times traffics in conspiracy theories that have little basis in fact. For NBC, Kelly, not Jones, was the big get. NBC hopes to capture her star power and heat and cache with many conservative viewers. Sunday's interview gave wider play to a right-wing conspiracist just as some Sandy Hook parents feared. Yet undoubtedly spurred in part by the backlash, Kelly and NBC did not let Jones reinvent himself. They defined him fairly

damningly. David Folkenflik, NPR News.

(SOUNDBITE OF PUFF DRAGON SONG, "CHINESE RADIO")

*Copyright © 2017 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by Verb8tm, Inc., an NPR contractor, and produced using a proprietary transcription process developed with NPR. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

# It's Your Business

Each week, we'll send stories that explore trends in money, work and the economy.

What's your email?

**SUBSCRIBE**

By subscribing, you agree to NPR's terms of use and privacy policy.

# More Stories From NPR





POLITICS

## After Delay, Trump Orders Flags At Half-Staff For Annapolis Attack



WORLD

## An Apology And Back Pay For Editor In BBC Gender Pay Inequity Battle

# Popular on NPR.org





LAW

# Top Justice Department Lawyer Resigns, Latest To Step Down



NATIONAL

# 3-Year-Old In Idaho Dies After She Was Stabbed At Her Birthday Party





**ANIMALS**

Bear. Hot Tub. Margarita

**FITNESS & NUTRITION**

Coffee Drinkers Are More Likely To Live Longer. Decaf May Do The Trick, Too

# NPR Editors' Picks





LAW

# Facing An Uphill Battle, Activists Race To Oppose Trump's Supreme Court Pick



EUROPE

# Polish Supreme Court Head Defies Ruling Party As Crisis Deepens





**MOVIE REVIEWS**

## Pop Culture Happy Hour: 'Won't You Be My Neighbor?'



**LAW**

## Plea Deal For Former Congressional IT Staffer Debunks Right-Wing Conspiracy Theories

READ & LISTEN

Home

News

Arts & Life

Music

Podcasts

Programs

CONNECT

Newsletters

Facebook

Twitter

Instagram

Contact

Help

ABOUT NPR

Overview

Finances

People

Press

Ombudsman

Corrections

GET INVOLVED

Support Public Radio

Sponsor NPR

NPR Careers

NPR Shop

NPR Events

Visit NPR

terms of use

privacy

sponsorship choices

text only

© 2018 npr

# Review: Megyn Kelly makes the case for Alex Jones interview

*Brian Lowry*

**Megyn Kelly stepped into a hornet's nest with her Alex Jones interview, seemingly placing NBC News and its new star in a no-win situation. Amid that controversy, the piece that aired Sunday credibly justified covering the Infowars phenomenon, which was the bar that "Sunday Night With Megyn Kelly" ultimately had to clear.**

Jones' influence clearly merits examination, especially given his periodic access to the Trump administration and their overlapping constituencies. The fringe element that Jones represents needs to be understood, which isn't the same as needing to be condoned.

Kelly struck that point right up front on "Sunday Night." Addressing advance criticism of the interview she said, "Here's the thing: Alex Jones isn't going away," adding that the conspiracy theorist "has millions of listeners, and the ear of our current president."

Kelly and NBC nevertheless appeared to be caught flatfooted by the visceral response providing Jones such a platform would trigger, which they shouldn't have. Not only is Jones a deeply divisive figure, but Kelly -- a former Fox News anchor -- is still toting around baggage from her last job, with many progressives eager to dredge up moments like her assurance to kids that Santa Claus is white.

Complaints from Newtown families due to Jones' odious assertions that Sandy Hook was a hoax heightened the pressure. Jones, meanwhile, did all he could to taint the piece in advance, surreptitiously taping their conversations and releasing them prior to the broadcast.

Setting the cautionary aspects of dealing with such a personality aside, "Sunday Night" can only be judged by what made it onto the screen, which began with Kelly promising to "confront [Jones] on his notorious lie about the Sandy Hook massacre."

Related: How NBC botched the Megyn Kelly rollout

**EXHIBIT**

B-46

Moving into a prosecutorial mode that was frequently her strength on Fox, Kelly did press him, enlisting a Newtown parent and MSNBC contributor Charlie Sykes to help contextualize the "toxic paranoia" that he spreads among his listeners.

That has included not just Sandy Hook, Kelly noted, but also baseless allegations regarding "Pizzagate" and Chobani yogurt. Those stories eventually elicited forced apologies from Jones -- part of a pattern, the NBC anchor said, of "reckless accusation, followed by equivocation and excuses."

Not surprisingly, Jones proved difficult to pin down, expressing ambivalence or seeking to deflect responsibility for certain views without renouncing them.

If this had been a "60 Minutes" interview, Jones did enough shuffling to look plenty squirrelly, without delivering what might be called a classic Mike Wallace moment. The main test, which the segment passed, was whether "Sunday Night" articulated a tough enough case and cross-examination to demonstrate that this was a legitimate topic -- even at the risk of providing Infowars wider mainstream exposure.

Mindful of the blowback, NBC made what was surely a tactical maneuver by enlisting the gravitas of Tom Brokaw to share thoughts about "hate speech" in the digital age. What the former "Nightly News" anchor said was perfectly fine, but it felt like an additional level of cover -- a window, perhaps, into just how nervous NBC brass were after a week's worth of second-guessing.

From that perspective, Kelly's handling of the interview should calm some nerves, even if it won't quiet all the dissenting voices. While it might sound like strange advice regarding an anchor who has spent the past year in the spotlight, NBC's best hope would be to finish "Sunday Night's" summer run without any more major waves, and hope for a fresh start when her morning program makes its debut in the fall.

CNNMoney (Los Angeles) First published June 18, 2017: 8:31 PM ET

# The New York Times

# *Megyn Kelly Interview With Alex Jones Draws 3.5 Million Viewers*

**By John Koblin**

June 19, 2017

It apparently wasn't must-see TV.

Despite days of controversy leading up to it, "Sunday Night With Megyn Kelly," which featured an interview with the conspiracy theorist Alex Jones, earned just 3.5 million viewers, the lowest total of its three-week run.

The show had 1.3 million fewer viewers than a repeat of "60 Minutes" and a slightly smaller audience than ABC's "America's Funniest Home Videos." The show was up against coverage of the final round of the U.S. Open on Fox, which had about six million viewers in its final hour, according to early Nielsen figures.

In the 25-to-54-year-old demographic important to advertisers, Ms. Kelly's newsmagazine show tied "60 Minutes" with a 0.7 rating.

Ms. Kelly and NBC generated a wave of criticism last week for even airing the segment with Mr. Jones, who has called the Sandy Hook school massacre a hoax. She defended the interview as important journalism, citing the growing size of Mr. Jones's audience and his influence with President Trump.

Ms. Kelly's premiere episode, which featured an interview with President Vladimir V. Putin of Russia, had 6.1 million viewers.



EXHIBIT
B-47



EXHIBIT

B-48

## The New York Times

# *Megyn Kelly, and Network That Bet on Her, Land on the Hot Seat*

By Michael M. Grynbaum and John Koblin

June 16, 2017

Until Megyn Kelly, no prime-time Fox News anchor had tried to leap from partisan basic cable to the more pedigreed world of network news.

Less than a month into her tenure at NBC, Ms. Kelly and her new employer — which has placed a multimillion-dollar bet on her success — are learning just how daunting the transition can be.

Even before it airs on Sunday, Ms. Kelly's interview with Alex Jones, the conspiracy-monger and influential voice of the so-called alt-right, a far-right, white nationalist movement, has generated a fierce backlash, just as the anchor is introducing herself to a broader audience.

Parents of children killed in the 2012 Sandy Hook elementary school shooting, which Mr. Jones called a hoax, asked NBC to spike the interview, saying it was extremely hurtful for her to offer a platform for Mr. Jones's views. Ms. Kelly was disinvited from a Sandy Hook charity event and accused by some viewers of chasing ratings by infecting NBC with Fox News-style conservatism.

On Friday, NBC's Connecticut affiliate said it would not broadcast Ms. Kelly's show this Sunday, citing community concerns. In an internal memo obtained by The New York Times, the station, WVIT, said that for many of its viewers and employees, including Sandy Hook parents, "those wounds are understandably still so raw."

Earlier in the day, Mr. Jones's website, InfoWars, published audio of Ms. Kelly cajoling and flattering her interview subject as she tried to secure his cooperation for the segment. "I'm not looking to portray you as some boogeyman," Ms. Kelly can be heard

saying. Assurances of fair coverage are standard practice in television journalism, where anchors seeking access routinely present their intentions in the best possible light. NBC is standing by Ms. Kelly, urging viewers to withhold judgment until the segment airs.

But the firestorm has been an unwelcome surprise at the network. NBC is banking on Ms. Kelly, who is drawing a salary reported to be about $15 million, as its next flagship star.

Her new show already faced an uphill fight against CBS's "60 Minutes," the No. 1 show in television news. And Ms. Kelly is about three months away from taking over the 9 a.m. hour on the "Today" show, a coveted soft-news time slot.

No TV personality wants to face the wrath of families of victims of a school shooting. And Ms. Kelly, who is predominantly known as a face of a conservative-leaning cable news network, does not have a reservoir of good will with NBC's bigger audience to fall back on.

"It's Jimmy Fallon tousling Trump's hair," said Martin Kaplan, director of the Norman Lear Center for media and society at the University of Southern California, likening the Kelly-Jones tempest to the moment last fall that is widely considered to have caused lasting damage to Mr. Fallon, NBC's "Tonight Show" host.



Ms. Kelly on the set of "Sunday Night With Megyn Kelly."  Brian Doben/NBC News

Journalists, by and large, have offered support for Ms. Kelly, saying that Mr. Jones, who has spoken to President Trump and offered him advice, is certainly a worthy subject for journalistic scrutiny. Mr. Jones's beliefs, however suspect or offensive, reach a sizable audience around the country thanks to his popular radio show and website.

Other shows, like Piers Morgan's prime-time CNN show and ABC's "Nightline," featured interviews with Mr. Jones in 2013.

"Megyn is a very good journalist, and I expect, especially in light of everything that's been said this week, that he will be held to account," Jeff Zucker, the president of CNN and former chief executive of NBC, said during a question-and-answer session with journalists this week. But Mr. Zucker added that NBC executives had "done themselves no favors" in the way the segment has been marketed to viewers.

He also cited a damaging photograph of Ms. Kelly wearing sunglasses and smiling alongside Mr. Jones on the day of their interview. The image was distributed by Mr. Jones, not NBC, but by posing for it, Ms. Kelly conveyed the sense of a cozy encounter rather than a cross-examination.

"If you are going to do this story, the tease needs to be you holding up a picture of the dead kids at Sandy Hook and saying, 'How dare you?' And that's what you need to do," Mr. Zucker said.

NBC has not released a transcript of Ms. Kelly's interview, leading some to speculate that her interrogation of Mr. Jones over his more contentious views — for instance, that Sandy Hook was a hoax and the Sept. 11 terrorist attacks were carried out by the United States government — was less than ferocious.

NBC executives were retooling the segment in light of the criticism, and Ms. Kelly has contacted parents of Sandy Hook victims in recent days, asking if they would be willing to speak on-camera to respond to Mr. Jones.

Nicole Hockley and Mark Barden, parents of two of the 20 children who died at the school in Newtown, Conn., spoke with Ms. Kelly this week about an appearance on her show. "We declined to participate," Ms. Hockley wrote in a text message on Friday.

Another Sandy Hook parent, who requested anonymity because of privacy concerns, said Ms. Kelly had made the case this week that by coming on her show, families could best explain to viewers how Mr. Jones's actions had hurt them. The parent declined to participate, saying it would create a sense of false equivalence with what they considered Mr. Jones's outrageous perspective.

NBC said on Friday that at least one Sandy Hook parent was expected to appear in the segment. "We remain committed to giving viewers context and insight into a controversial and polarizing figure, how he relates to the president of the United States and influences others, and to getting this serious story right," the network said in a statement. "Tune in Sunday."

The storm shows few signs of abating. Late Thursday, a law firm representing several Sandy Hook families sent a letter to NBC warning that "airing the interview will cause serious emotional distress to dozens of Sandy Hook families." At least one advertiser, JPMorgan Chase, has pulled its sponsorship of Sunday night's show, and Ms. Kelly said this week that she was taken aback by the level of backlash at the Jones segment.

Chris Cuomo, the CNN anchor, said he believed network executives would be toiling until the last minute to ensure that Sunday's segment was seen as being responsive to the public criticism. "Coming from that world, I do not envy the job those producers and editors have right now," Mr. Cuomo said.

Kristin Hussey and Maya Salam contributed reporting.

A version of this article appears in print on June 16, 2017, on Page B3 of the New York edition with the headline: Kelly and NBC Quickly Land on the Hot Seat



# 'Sunday Night with Megyn Kell ends limited summer run

BY JOE CONCHA - 07/31/17 12:26 PM EDT

**2,936** SHARES

SHARE    TWEET    PLU

## Just In...

**With SCOTUS ruling, state govs found another way into your pockets**
OPINION - 17M 44S AGO

**NY Governor Andrew Cuomo's own record means he can forget 2020**
OPINION - 47M 44S AGO

**Indiana AG accused of inappropriate touching**
STATE WATCH - 53M 27S AGO

**Ex-military officials sign on to oppose Trump's transgender troops ban**
DEFENSE - 58M 48S AGO

**Comey shares family's July 4 tradition of reading Declaration of Independence out loud**
BLOG BRIEFING ROOM - 1H 4M AGO

**Puerto Rico deserves statehood to truly celebrate Independence Day**
OPINION - 1H 17M AGO

**Greenpeace activists fly 'Superman' drone in to French nuclear site**
ENERGY & ENVIRONMENT - 1H 31M AGO

**America is indeed different — and that's why I'm here**
OPINION - 1H 32M AGO



Megyn Kelly's Sunday night newsmagazine show on NBC is ending its summer run after eight episodes, but it is scheduled to return in the spring.

"That's all for tonight, and for the summer run of this program," said Kelly to close the show on Sunday night.

"But soon, I'll be seeing you in the mornings! I'll be on at 9 a.m., right after Matt and Savannah — on our new show, 'Megyn Kelly Today,' starting on September 25th," she added. "And I'll be back right here Sunday nights in the spring. We are so grateful to you for watching. I'm Megyn Kelly. For all of us here at NBC News ... goodnight."

"Sunday Night with Megyn Kelly" delivered 6.2 million viewers with its debut on June 4 featuring an interview with Russian President Vladimir Putin.
Viewership dropped to 3.51 million viewers last night, which was the show's best total audience since a June 18 episode with controversial conspiracy theorist Alex Jones.

The network had announced before Kelly's Sunday program debuted in early June that it would be go off the air until the spring to make way for the top-rated "Sunday Night Football" after Labor Day.

Kelly's newsmagazine is slated to return after the NFL season and NBC's coverage of the Winter Olympics.

The former Fox News star will now turn her attention to "Megyn Kelly Today," which is set to debut on Sept. 25 at 9 a.m. ET.



EXHIBIT

B-49

VIEW ALL

The program replaces "Today's Take," hosted by Al Roker and Tamron Hall, which regularly won its time slot against ABC and CBS.

Hall, the first black female anchor in the 65-year history of the "Today Show," parted ways with NBC after her program was canceled. She has since signed with the Weinstein Company to executive produce and host a daytime talk show on an as-yet-to-be-determined network.

Kelly came to NBC News in January after turning down a reported $25 million annual salary to stay at Fox News. The onetime attorney reportedly makes $17 million per year at NBC.

SHARE                TWEET                PLUS ONE

Related News by



Dem lawmaker slams
Fox News: 'We're...



Rosenstein unaware of
'disqualifying' conflict...



Sessions rescinds DOJ
guidance on refugees...



Glenn Beck walks out of
CNN interview after...



THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2018 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.

# Megyn Kelly's return to television gets a lukewarm reception

*By Kelsey Sutton | June 5, 2017*

The premiere of Megyn Kelly's Sunday night news magazine program, which was supposed to be a triumphant return to the air for the ex-Fox News host, fell flat with media critics, foreign policy aficionados and political news junkies.

Kelly's first big "get" for the program — a one-on-one interview with Russian President Vladimir Putin — had been widely hyped by NBC News as a reinvention of sorts for the often-controversial news show host, who left Fox abruptly in January after it was revealed that she was one of several current and former Fox News employees alleging sexual harassment from former Fox News chairman and CEO Roger Ailes.

For NBC News, the hire seemed to be an indication that the network wanted to attract a more conservative audience, the likes of which loyally watched Kelly while she was at Fox News, and that the network intended to compete with CBS's long-running news magazine *60 Minutes.* Kelly's NBC program, *Sunday Night With Megyn Kelly,* runs at the same time as *60 Minutes,* and Sunday's program went head to head with a re-run of the CBS program.

The big takeaways of Kelly's interview with Putin were somewhat expected: Putin denied that Russia influenced the U.S. election, which is the consensus view of U.S. intelligence, and pushed back on various other reports asserting ties between members of Donald Trump's presidential campaign and Russian officials.

Some people praised the interview, acknowledging the challenge of interviewing Putin. But other reviewers were less than impressed, with much of the criticism hinging on the questions Kelly did not ask, and the answers she failed to elicit from Putin. NPR called the program "tepid," and *Variety* described the show as "a long way from must-see TV." *Vanity Fair* called the entire interview "boring," and *Hollywood Reporter* television critic Frank Scheck wrote, sardonically, that Kelly gave Putin was given "time enough to say nothing at all."

The program, which also featured a segment on saving African elephants and an interview with a whistleblower who exposed fraud at a drug company, attracted 6.1 million viewers, coming in behind both the *60 Minutes* re-run and the NBA finals game. Among viewers 25 to 54 years old, Kelly's program *beat 60* Minutes by 28%.

Kelly's highly anticipated return had already faced a few bumps before airing on



EXHIBIT

Sunday. The liberal media watchdog <u>Media Matters</u> criticized Kelly for not identifying a member of Russian state media as such during an on-air interview in St. Petersburg, and Kelly was <u>roundly criticized</u> the following day for asking Indian Prime Minister Narendra Modi, who has been described as one of the most influential people on Twitter, whether he was on the social media site.

# Did NBC's Megyn Kelly promise no 'hit piece' on conspiracy-monger Alex Jones?

*https://www.facebook.com/paul.farhi*

Infowars host Alex Jones goes after Megyn Kelly.

(Peter Stevenson/The Washington Post)

Alex Jones, the conspiracy theorist and founder of the far-right Infowars media operation, has <u>posted excerpts of his pre-interview calls</u> with NBC News's Megyn Kelly in which she appears to promise that she will go easy on him in their upcoming television interview.

Jones, who agreed to the interview but has since demanded the segment not air, leaked audio of the surreptitiously recorded calls on YouTube and Infowars.com in an apparent effort to hold Kelly to her promise of a softer approach.

"My goal is for your listeners and the left, you know, who will be watching some on NBC, to say, 'Wow, that's really interesting," she says on one of the recordings, which were edited by Jones. "It's not going to be some 'gotcha' hit piece, I promise you that."

*[How Alex Jones is preparing his base for the Megyn Kelly interview]*

Kelly's interview with Jones, scheduled for Sunday night on her new magazine-style program, has been the subject of controversy for the past week. NBC and Kelly have been under fire for giving Jones — the progenitor of many bogus and outlandish claims — a prime-time spot to air his views. But NBC calls Jones a newsworthy figure who has received the endorsement of President Trump and that its report will accurately portray him.

Kelly said in one of the calls that she would allow Jones to see interview footage in advance, an unusual offer. TV journalists typically don't show interviews to their sources before they air.

In Jones's case, however, the suggestion is moot since he recorded the interview with his own cameras in an effort, he said, to hold NBC News accountable.

On his radio program and Internet platforms, Jones has made assertions that the U.S. government was involved in the Sept. 11, 2001, terrorist attacks and that Hillary Clinton masterminded a pedophile ring out of a District pizza restaurant. He has also pushed the false notion that the murder of 20 first-graders and six educators at Sandy Hook Elementary School in Newtown, Conn., was a hoax.



EXHIBIT
B-51

As a candidate in 2015, President Trump appeared on Jones's program and praised the host, saying, "Your reputation is amazing. I will not let you down."

Jones has apologized for his "Pizzagate" claims under threat of a lawsuit from the restaurant's owner. He has not backed down from other, widely discredited claims, although he has tried to temper his assertions about Sandy Hook. In one of the calls with Kelly, he says, "In hindsight, I think it probably did happen." He also says, "I have had debates where I showed both sides. I believe people died there."

An NBC executive who spoke on the condition of anonymity said Friday that Jones's release of the calls won't change the network's plans. He characterized Kelly's preliminary conversations with Jones as standard for reporters — an attempt to make a reluctant interview subject comfortable, and not a promise to portray Jones in any particular light.

A network statement said: "Despite Alex Jones' efforts to distract from and ultimately prevent the airing of our report, we remain committed to giving viewers context and insight into a more controversial figure, how he relates to the president of the United States and influences others, and to getting this serious story right."

One national advertiser, JPMorgan Chase, has pulled out of the Jones-Kelly broadcast, but NBC hasn't faced a widespread sponsor boycott, despite calls for one from advocates of the families of Sandy Hook victims. The families have threatened legal action against NBC News if the interview airs.

An NBC station in Connecticut whose viewing area includes Newtown has decided not to air the program, according to an internal station memo obtained by TVNewser.

Jones's lawyer, Randall Wilhite, asserted during a court hearing in April as part of Jones's custody battle with his ex-wife that Jones is "playing a character" and is "a performance artist." He compared him to Jack Nicholson playing the Joker in a "Batman" movie.

Kelly references the custody trial in one of her calls to Jones: "The comments I heard from you during the course of that trial and the plea to the media to be respectful to you and your kids just reminded me you're just like anybody," she says. "You're a dad. You go through the same things we go through."

Must Reads newsletter

Get five of our best stories in your inbox every Saturday, plus a peek behind the scenes into how one came together.

Thank You!

You are now subscribed to *Must Reads*

Please enter a valid email address



<u>Paul Farhi</u> Paul Farhi is The Washington Post's media reporter. He started at
The Post in 1988 and has been a financial reporter, a political reporter and a
Style reporter. <u>Follow</u>

The Post Recommends

One of the tournament's cruelest losses was followed by one of the tournament's
most sparkling sights.

23 hours ago

In a study of collective narcissism, Virginia and Massachusetts ranked first. But
almost every state felt self-important.

1 day ago

The president asked players for names worthy of clemency. Four players
responded with a much bigger request.

Jun 21

# POLITICO



AP Photo

**FOURTH ESTATE**
## Megyn Kelly Pantses Alex Jones

For all the pre-interview fuss, NBC's new star exposed the Infowars host for what he is. But the controversy was never really about him.

By **JACK SHAFER** | June 18, 2017

The censorious powers of the heckler's veto have evolved now to the point that people are willing to call for the banning and shunning of works of journalism *not yet published.* Former Fox News Channel and current NBC News anchor Megyn Kelly got the treatment this week as news of her *Sunday Night With Megyn Kelly* interview with Infowars mainspring Alex Jones, well before it was scheduled to air June 18, made the rounds. At least the Ayatollah Khomeini waited for the publication of *Satanic Verses* before he issued a fatwa ordering the murder of its author, Salman Rushdie.

Sandy Hook Elementary families implored NBC News to dump the segment because



Jones has called the Newtown, Connecticut, school killings a hoax—by actors, not real people—designed, Jones said, to encourage new gun control laws. New York City Mayor Bill de Blasio concurred, writing, "Pull the segment." The NBC affiliate in nearby Hartford refused to air the episode because the "wounds of that day that have yet to heal." Fleeing from the controversy, advertiser JPMorgan Chase dropped its spots from the show, and the usual voices damned Kelly for giving Jones "a platform."

Not to be outshone, Jones performed some culture jamming of his own, releasing his own secretly recorded audio of the pre-interview in which Kelly buttered him up. "It's not going to be some gotcha hit piece, I can promise you that," Kelly told Jones on the tape. Predictably, Jones made his own call for a boycott, tweeting, "I'm calling for @megynkelly to cancel the airing of our interview for misrepresenting my views on Sandy Hook."

When Kelly's show finally aired, she took the mendacious Jones apart in such a textbook manner you had to wonder what all the shouting had been about. The Jones pattern, she said at the segment's top, is making "reckless accusations followed by equivocations and excuses" when questioned. The two best examples of this are his promotion of the "Pizzagate" lies about a satanic child porn ring and his wild allegation that Chobani was "importing Migrant Rapists," as Infowars hyped its report on Twitter. In both cases, lawsuits have forced Jones to retract and apologize for airing these dishonest stories, and yet in conversation with Kelly he still hedges and quibbles like a con artist in an effort to have his conspiracy pizza and keep his yogurt, too. Likewise with the pathetic claims about the Sandy Hook killings. He's still throwing the see-through drapery of devil's advocacy to blur the fact that on most subjects he's talking out of his tinfoil hat.

Short of waterboarding him, I don't know what more Kelly could have done to expose Jones' dark methods. She was needlessly defensive in her presentation, acknowledging that some people thought the segment shouldn't have been broadcast because it would increase Jones' profile. But as she pointed out, Jones isn't going away, and his audience is growing. What's more, Jones "has the ear of our president," and spurious things Infowars says have a way of getting repeated by his phone-pal President Donald Trump, who has saluted the Infowars host in the past. She didn't take Jones down, but really, who could have in a newsmagazine segment? But she did do a credible job of exposing his lies. Give her a B+.

## The Friday Cover

Sign up for POLITICO Magazine's email of the week's best, delivered to your inbox every Friday morning.

Then why all the pre-show uproar? Isn't the press supposed to throw the disinfectant of light on the darkness? How, exactly, can you examine a newsworthy subject—and like it or not, somebody the president talks to and cites is newsworthy—without giving him some sort of a platform? There's an unspoken assumption that instead of reporting on the politically deformed—people like Sen. Joe McCarthy, George Lincoln Rockwell, Gov. George Wallace, Charles Manson, Timothy McVeigh, Alex Jones, and others—the press should quarantine such figures from readers' and viewers' eyes lest their contagion spread.

Maybe this is the way they did journalism in the former Soviet Union, but American journalism has never operated like that. We don't avoid gnarly, complicated stories because they'll hurt somebody's feelings. We don't abandon free thought and press freedom just because there's an outside chance that a piece of journalism like Kelly's *might* fall to the advantage of a sordid manipulator or a demagogue. Nor does the unspeakable pain the Sandy Hook parents have endured because of Jones mean we must cleanse the news sphere of coverage that might further upset them. Surely it makes more sense to deal straight on with tin-pots like Jones than cover our eyes and ears in hopes he'll vanish by himself.

The publicity campaign against Kelly is easier to explain than the insistence that Jones shouldn't be covered. As anyone who has watched Kelly on Fox knows, she brings to NBC a mixed record. Yes, she gave Trump no quarter in that early primary debate, but she was also the Fox anchor who insisted that Santa—a fictional character, to the best of my knowledge—is white. (Jesus, too.) When University of California-Davis cops pepper-sprayed protesters, she underplayed the episode, saying, "It's a food product, essentially." She exaggerated the dangers posed by the New Black Panther Party. She made ridiculous claims about the ease of voter fraud in Colorado. And so on.

Most viewers extend to broadcasters like Anderson Cooper, Chris Wallace, Jake Tapper and Erin Burnett the sort of goodwill they draw on to tackle fraught topics and subjects that will end up upsetting somebody. Due to her Fox background, Kelly doesn't command that sort of goodwill—the protests against her show are more about *her* than they are Alex Jones or Sandy Hook. Kelly's enemies, places like liberal agitprop outfit Media Matters for America, which has been riding this story hard, would likely be raising a ruckus if she went to work as a *Today* co-host and did celebrity fluff.

Would the calls for a Kelly boycott be so insistent if a similar technique hadn't succeeded in driving Fox's Bill O'Reilly off his network? My guess is that they wouldn't. Kelly won this round, but she wasn't the only one to pay the price. If you like edgy, truth-telling journalism, the spirited campaign against her has written a heckler's veto playbook that future activists and scolds will eventually apply to your preferred anchor, be it Rachel Maddow or Sean Hannity. You've been warned.

\*\*\*\*\*\*

*I don't much mind that Kelly sweet-talked Jones to get the interview. I don't work that way, but plenty of journalists do. Send sweets to Shafer.Politico@gmail.com. My email alerts sell testosterone boosters, my Twitter feed never wears a shirt, and my RSS feed has paranoidal tendencies.*

# Inside the List - The 25 Best Financial Blogs



Spark Studio / Getty Images

The financial crisis was horrible for the economy, but it was a great for financial blogs. In the past three years, dozens have popped up to debate the recovery, economic policy and who was at fault in the market meltdown. Consumer-finance blogs are jam-packed with advice on how you can live your life more cheaply. We combed through all manner of financial blogs, from those that debate macroeconomic policy to those that point out the day's coupons. We started by asking TIME's team of business writers and editors what business blogs they visit the most. We then took a look at what blogs were popular with general readers and what blogs registered the most links from other bloggers. And we headed over to the blogs for a test drive. These are the ones that we thought offered the most useful financial advice, offered the best insight into the state of the economy or were just fun.

Once the list was compiled we invited the bloggers on the list to review their fellow bloggers. Many took us up on that offer. The list and ranking is TIME's. The reviews are theirs. The result is our list of the 25 best financial blogs.



EXHIBIT

B-53

# Zero Hedge - The 25 Best Financial Blogs

dek

Here is how I can tell when I've been reading Zero Hedge too much. I find myself rolling my eyes at CNBC or the *Wall Street Journal* while saying things like "There's more to it than that!" or "Suuuure, it may seem that way." I know Canadian equity strategist David Rosenberg's latest perma-bearish musings, and the same from the preternaturally gloomy Albert Edwards of Société Générale. After prolonged exposure, I have to turn off my wi-fi not to sell all my U.S. dollars for physical gold, start an anti–Goldman Sachs blog and buy a Kansas soybean farm protected by a moat.

But here is the crazy thing: Zero Hedge — a morning zoo of pessimistic financial blogging — is fun. Granted, you (O.K., I) can't read it for long without the aforementioned soybean-farmer effect, but the downbeat site has found an entertaining niche at the intersection of *The X-Files*, finance and tireless anti–Goldman Sachs–ishness.

So while I don't read Zero Hedge regularly — it's too bearish, too conspiratorial and too much of an intellectual monoculture — I like knowing that it exists. Any time I'm feeling like things might just turn out O.K. on planet Economic Earth, I know where to turn to be disabused of that stupid idea.

*Kedrosky is a columnist for Bloomberg and the author of the blogs Infectious Greed and Paul Kedrosky on Bloomberg.com.*

Next Planet Money

# These underdog stocks have everything going for them, but no one is paying attention

*Barbara Kollmeyer*

Some people will be relieved to see some boring screens out there this morning. And that could be the theme in days to come, as the bobbing Fed heads go into a blackout period ahead of next week's meeting.

A breather might be welcome after Tuesday's bone shaker, in which the S&P 500 unloaded 1.5%, making it three days in a row that we've had a 1% swing either way. Here's a layout of the swings on the S&P 500 from Crossing Wall Street's Eddy Elfenbein:

That comes with a warning. "Volatile days are not evenly spread out. They tend to travel in wolf packs. Once you think the market can't be more complacent, the dramatic days come," cautions Elfenbein.

There's been plenty of gloom lately. At Tuesday's Delivering Alpha conference, billionaire investors lined up to squawk about "dangerous markets." Adding to the chorus, M&G Investments, one of the U.K.'s biggest bond funds, said yesterday that really cash is the best place to be parked right now.

Maybe it's easier for billionaires — who probably have their retirements tucked away — to stand and scream from their soapboxes. Mere mortals may not be able to leave the trenches.

Some food for thought from iBankCoin's ever-fearless The Fly, who says the "unforgiving" downturn in stocks may actually be giving a contrarian signal and is "robustly bullish for stocks." All the way back to 2012, whenever breadth has started to float around the 10% range, the market has rallied shortly thereafter, says the blogger.

"If I was running public money today, I'd advise against shorting or selling into the hole here. Bear markets are rarely starting like this. The sort of action you're bearing witness to now is more of a trap than anything else," The Fly says in the post.

For those who want to park their cash somewhere besides their mattress, then our call of the day has a sector that was a superstar in the latest reporting period, but hasn't been on too many radars it seems.

Our chart takes a look at the history of the end of the bond market.

**EXHIBIT**

B-54

**Key market gauges**

S&P 500 US:ESU6 Dow industrials US:YMU6 and Nasdaq-100 US:NQU6 futures are slightly higher. Asia ADOW, -0.52% finished mostly lower. In Europe SXXP, +0.27% French and German stocks are moderately higher.

Crude oil CLV6, +0.00% is seeing a bit of a rebound after a big drop Tuesday. Initial U.S. supply data was positive, but bigger EIA data is coming Wednesday. Gold US:GCU6 is flat. The yen USDJPY, +0.07% is pulling back as speculation swirls the Bank of Japan may cut rates further into negative territory.

**The call**

"It's not too late to like semiconductors," says S&P Global Market Intelligence's senior analyst Lindsey Bell. "We ultimately believe that the technology sector has been underappreciated this year, and despite recent price appreciation, opportunities remain."

For starters, semiconductors delivered a solid 2.2% year-over-year earnings-per-share gain in the second quarter. That soundly beat forecasts and marked the second-biggest improvement in the S&P 500. Analysts have also been ratcheting up expectations for the group since mid-July, Bell says.

And Bell notes that semiconductor stocks are trading at a 33% discount to their 10-year average, even as prices have risen 15% year-to-date. An estimated price-to-earnings ratio of 15.1 times on a forward 12-month basis beats 17.1 for the information technology sector overall and 17.4 times for the S&P 500.

"We view the semiconductor industry group as having the most upside potential, given underlying strength in cloud, memory, mobile, China and opportunities for M&A. The prospect of an improving global economic environment should further support price appreciation in semiconductors and technology alike," says Bell.

Broadcom AVGO, +0.70% is the top pick in the S&P's semi universe.

**The chart**

Fears about a bond-bubble bursting are nothing new, says Société Générale's chief currency strategist Kit Juckes.

In his 32 years in markets, Juckes says this is the "10th opportunity to declare the rally over," that he's seen. Those points in history include 1986, when interest rates fell by nearly 6% and oil was at $9 a barrel — and then they both started to rise, and it became a one-way street for bonds.

He also says 1994 was "the stuff of legends," and then there was the "monetary policy bubble" of 2003. Here's his chart:

Déjà vu

What's different this time? No bubble, but Juckes says we're still at a big point in markets history to watch, and there's no reason to think the sell-off is finished.

**The buzz**

Let's make a deal

Germany's Bayer BAYN, -0.74% says it's agreed a buyout of U.S. seed giant Monsanto US:MON for $128 a share, ending months of talks, say media reports. Monsanto is up about 2.7% premarket on that.

New York City says Verizon VZ, -0.16% broke an agreement over building Fios cable connections.

Activist investor Carl Icahn says he asked the FTC for the go-ahead to buy 50% of Herbalife HLF, -0.24% He revealed that in comments late Tuesday at the Delivering Alpha conference in New York.

California has banned killer whale shows and captive breeding, practices formerly used by SeaWorld SEAS, +0.66%

Wells Fargo WFC, -0.55% CEO John Stumpf has blamed his employees for allegedly illegal sales practices that have sparked outrage. "There was no incentive to do bad things," he told The Wall Street Journal in an interview.

Samsung 005930, -0.65% is scrambling after a massive recall of its Galaxy Note 7 smartphones prompted by reports of exploding batteries.

**The quote**

WATCH: "They're absolutely magical." - @Apple CEO @Tim_Cook on #AirPods. More TOMORROW exclusively on @GMA. pic.twitter.com/ZnT0JH8ELt

— Good Morning America (@GMA) September 13, 2016

"I've never personally had one fall out since I've been using them. They're absolutely magical, as well." — Apple AAPL, +0.42% CEO Tim Cook on the iPhone 7's wire-free ear buds, speaking in an ABC interview due to air later Wednesday.

Apple shares got a nice boost Tuesday from upbeat carrier reports on iPhone 7. Some early reviews say the upgrade may not be worth the trouble. As for those ear phones, this $10 wire could fix any worries about losing them.

**Check out:** This analyst gives five reasons why Apple is a screaming buy

### The economy

It's a quiet day for data, with just August import prices coming at 8:30 a.m. Eastern. Check out our roundup of the week's data to come, including retail sales. No Fed speakers, of course, with the blackout in place.

### The stat

North Korea's leader Kim Jong Un back in 2014

20 — That's how many nuclear bombs North Korea could assemble by the end of this year, based on a fresh look at the country's capabilities by weapons experts. They say the country has plenty of plutonium and uranium reserves.

### Random reads

New York's attorney general has opened a probe into the Donald J. Trump Foundation

Colin Powell called Trump a "national disgrace" in emails leaked by hackers

Russian hackers stole and posted medical records of U.S. Olympic athletes such as Simone Biles.

Donations have poured in for an elderly man seen pushing an ice lolly cart in Chicago. It took just one guy to stop and ask why.

Just when you thought all hope was lost:

**Need to Know starts early and is updated until the opening bell, but sign up here to get it delivered once to your email box. Be sure to check the Need to Know item. The emailed version will be sent out at about 7:30 a.m. Eastern.**

# NBC holding crisis meetings over Megyn Kelly

*By Carlos Greer*

As families of the Sandy Hook victims continue to pressure NBC to ax Megyn Kelly's Sunday interview with conspiracy theorist Alex Jones, the network has been holding crisis meetings about how to handle the backlash.

Insiders told us that staff were in panicked meetings all day on Monday. "It's a s - - t show. No one wants to withstand a whole week of criticism over this. There are a number of people who want to pull the interview."

But another source told us NBC needs the controversy to shake up their Sunday night and to bring new viewers. "No one expected sponsors to pull out, but this is why they hired Megyn. They expect to lose and gain viewers and they want the buzz."

The interview has left many at the network scratching their heads, but NBC News chairman Andy Lack was overheard telling fellow journalists at Tuesday's Mirror Awards that the interview will air.

"There's been a lot of confusion, but as of now, they are not pulling the interview," another insider said.



Kelly addressed the backlash on Tuesday. "I find Alex Jones' suggestion that Sandy Hook was 'a hoax' as personally revolting as every other rational person does. It left me, and many other Americans, asking the very question that prompted this interview: How does Jones, who traffics in these outrageous conspiracy theories, have the respect of the president of the United States and a growing audience of millions?"



EXHIBIT
B--55

# Megyn Kelly completely overhauls Alex Jones interview

*Emily Smith*

Megyn Kelly has completely overhauled her Sunday night show featuring Alex Jones, inviting Sandy Hook families on the program and editing her interview with Jones to be tougher on him, following all the backlash this week.

NBC News execs were scrambling following the furor over Kelly's decision to give a platform to the controversial Infowars host, who claimed the Sandy Hook massacre was a hoax.

A contrite Kelly personally called the Sandy Hook families, we're told, to invite them on the show to counter Jones' rhetoric.

A source told us, "NBC was scrambling to find a way out of this mess without having to back down and cancel Sunday's episode of Megyn's show. Megyn and her producers made numerous calls to the Sandy Hook families this week to ask them to appear on the show. Some refused because they didn't think appearing on her show would do enough to counter Alex Jones' venom."

Another source added, "Everyone on the show believes it's vitally important that the piece conveys the immense pain that Jones has caused the Sandy Hook families." The source added it was normal to be editing right up until airtime.

Page Six has learned that Neil Heslin, the father of 6-year-old Jesse Lewis, who was slain in the Sandy Hook massacre in Newtown, Conn., has agreed to be interviewed on Kelly's show. In 2013, he appeared at a Senate committee hearing and pleaded with senators to ban assault weapons such as the gun that killed his son.

Reps for NBC and Kelly didn't comment on Thursday night.

Even Jones himself thinks the piece will be deliberately cut to make him look crazy.

He spent 13 hours with Kelly, but says he expects producers to pick the parts that make him look bad, to prove to Kelly's critics that she is a serious journalist.



EXHIBIT
B-56



Jones now doesn't want the piece to air because "from the promos NBC has run, Megyn is distorting me," Jones told The Hollywood Reporter. "It has all the markings of a PR stunt." He added, "They just want me to be the devil because I'm the alternative media ... Fake news lives at NBC. They basically made me look like a Halloween character."

# Newtown Families' Gun Control Ad

*Brett LoGiurato*

New York City Mayor <u>Michael Bloomberg</u>'s gun control group released a new ad Thursday morning featuring family members of those killed in the elementary-school massacre in Newtown, Conn.

The ad <u>comes on the heels of a $12 million ad buy aimed</u> at persuading Senators in key states to support key measures to reduce gun violence. This ad will air in Connecticut and is aimed at the state's gun control proposals. A source told <u>Business Insider</u> that a national version of the ad is being planned.

The new ad is the first to feature family members of those killed in the Newtown massacre. It features Neil Heslin, the father of Jesse Lewis; Chris and Lynn McDonnell, the parents of Grace McDonnell; Jillian Soto, the sister of teacher Vicky Soto; and Terri and Gilles Rousseau, the parents of Lauren Rousseau.

<u>Politico</u>'s Mike Allen <u>reported</u> Thursday that Heslin, Rousseau, and the McDonnells will attend President Barack Obama's event on gun violence later Thursday morning in the White House. Obama is set to begin speaking at 11:40 a.m., the White House said.

The ad is part of the group's "National Day of Action," which features more than 120 events nationwide.

Here's the ad:

And here's the longer version:

EXHIBIT

B-57







 MENU

## Connecticut Carry Releases the Troubled Past of Neil Heslin

Ammoland Inc. Posted on May 8, 2013 by Ammoland



Vice President Joe Biden shakes hands with Neil Heslin,
center,and New York Mayor Michael Bloomberg right.





EXHIBIT

B-58



Connecticut Carry

**Connecticut** —(Ammoland.com)- A felon with a long rap sheet of fraud, substance abuse and reckless behavior is the poster boy for background checks and gun bans. But not in the way he thinks he is.

Connecticut Carry has released the rap sheet and troubled past of Gun Ban Lobbyist Neil Heslin in response to an article published by News Times which failed to go into any significant journalistic depth on his troubled past, and only discussed his current criminal troubles including his failure to appear in court while he was in Washington D.C. lobbying.

The article by News Times failed to report the fact that records from the Connecticut Department of Emergency Services and Public Protection show a long history of criminal behavior and that Neil Heslin is a **felon**. All of which means that Neil Heslin is not allowed per State and Federal law to purchase, own or possess any firearms. So often we find that the strongest critics of the right to bear arms are those people who cannot be trusted with firearms themselves.

In fact, despite multiple convictions for drunk driving and losing his license, Mr. Heslin continued to drive and was eventually charged with driving under suspension.

> *Mr. Heslin is living proof that the criminals we need to be concerned with do not follow permitting laws and that people who so callously risk other people's lives continue to do so without regard for the laws.*

*"In 2010, 211 children were killed in drunk driving crashes. Out of those 211 deaths, 131 (62 percent) were riding with the drunk driver."* — National Highway Traffic Safety Administration. *"Traffic Safety Facts 2010: Alcohol Impaired Driving"* Washington DC:National Highway Traffic Safety Administration, 2011.

Another major issue left out of the reporting so far has been Heslin's financial and civil issues. He has been sued several times for not paying his bills through his businesses and for not paying child support as well. Now, Mr. Heslin has found the employment he has needed for so long lobbying against the rights of the citizens of Connecticut and the rest of the country as well.

While we all, as humans, share in the sorrow and outrage of Mr. Heslin's tragic loss, as well as everyone who lost someone on that terrible day; we don't all have to feel ok with Mr. Heslin profiting off of the tragedy and hurting the gun owning, law abiding citizens who did nothing wrong that day.

In lobbying for gun bans applicable only to people that can actually pass a background, unlike himself, Neil Heslin has had many opportunities to preach to politicians including President Obama himself. In fact, it is not difficult at all to find pictures of Neil Heslin standing within arm's reach of President Obama and the first lady.

***A felon within arm's reach of the President*** of the administration so dead set on background checks. No better testimony to how ineffective background checks are needs to be presented.

- Neil Heslin's conviction history: http://ctcarry.com/Document/Download/fccf3833-f2f3-4f54-b804-153496b02154

- Neil Heslin's troubled past: http://ctcarry.com/Document/Download/d8e27118-22a6-437c-8577-63f032b9a085

- News Time article on Neil Heslin's newest criminal charges: http://www.newstimes.com/policereports/article/Away-from-the-spotlight-Sandy-Hook-parent-4496775.php

More information on this issue can be found on http://ctcarry.com.

Connecticut Carry is dedicated to advancing and protecting the fundamental civil rights of the men and women of Connecticut to keep and bear arms for defense of themselves and the state as guaranteed by the United States Constitution and the Constitution of Connecticut.



ELECTRONIC
HEARING
PROTECTION



15 thoughts on "Connecticut Carry Releases the Troubled Past of Neil Heslin"

**Peter M** says:
July 22, 2016 at 11:41 AM

Heslin should be out giving speeches on the tragic deaths caused by drunk driving in this country, and the hardships caused to children because of dead-beat dads !

Reply

**Bubba** says:
June 16, 2013 at 1:26 PM

It's a shame these children weren't all armed. It would have prevented this whole tragedy.

Reply

**M Silver** says:
May 15, 2013 at 8:55 PM

The "SAFE" (Secure Ammunition and Firearms Enforcement) Act was debated in closed session without committee hearings, and Gov. Andrew Cuomo signed it into law within an hour of its passage — after waiving the required three-day public comment period. This 80 page legislation was passed late into the night... literally and figuratively under the cover of darkness. There existed no exigent need as claimed, of the Act's 60 sections, only three took effect on its adoption into law.

This legislation does not have the support of our law enforcement community, which the legislature failed to consult or exempt, despite being tasked with its enforcement. In fact, the NY State Sheriffs Association has specifically opposed the act, which criminalizes heretofore legal arms, magazines, and heavily restricts ammunition purchases, leaving NY state residents without legal access to, or unknowingly subject to criminal penalty for possession of, items that can be purchased over-the-counter in each of NY's contiguous states. The New York State Association of County Clerks and the New York State

Association of Counties have also passed resolutions opposing the NY SAFE act
In the wake of this legislation being signed into law, 50 of New York's 62 counties have
either passed, or are in the process of passing, resolutions calling for the repeal of the
SAFE Act.
Whatever your position may be on the SAFE Act itself, NY sports men and women should
support legislative and court efforts calling for its repeal due to the nature in which the
SAFE Act was passed. NY State citizens should have the voice that Governor Cuomo and
the state legislature silenced.

Reply

**Chris M** says:
May 11, 2013 at 6:11 PM

"Rich Whiteman on May 10, 2013 at 12:42 AM said:
It appears there are public records available for the other Adam Lanza Shooting shill Mark
Barden, I wonder what that piece of crap is hiding.

I wonder if we looked into your life what we would find? Other than your a piece of moldy
shit!

Reply

**James Scott** says:
May 10, 2013 at 10:54 AM

keep up the good work!

Reply

**Rich Whiteman** says:
May 10, 2013 at 12:42 AM

It appears there are public records available for the other Adam Lanza Shooting shill Mark
Barden, I wonder what that piece of crap is hiding.

Reply

**VT Patriot** says:
May 9, 2013 at 6:49 PM

Hey, can't blame the guy for trying to profit off his sons death. Maybe he could use the money to pay back some of the debts. That, and a book deal, this guy could really come out on top. Can't see where anything could go wrong with this..........

Reply

> **Carlos Wu** says:
> May 9, 2013 at 5:29 PM

So, Mr. Heslin had 3 DUI's within a year, plus a couple of bad checks. We are supposed to feel sorry for a guy who didn't think his child was worth paying child support? He didn't think enough of his own child to pay for care, but now he's standing on his son's grave preaching that people must give up something for the child he neglected?

And if this man has felony convictions, plus outstanding charges, who overrode the Secret Service's policies about allowing such persons in close proximity to the President and VP?

Reply

> **Becker** says:
> May 9, 2013 at 2:24 PM

Sounds like Obama and the gun grabbers are keeping the same company that they are. You have Obama and Holder who have broken gun laws by gun running into Mexico, so they could blame us. Sounds about right. Time they were prosecuted and brought to justice.

Reply

> **Rob** says:
> May 9, 2013 at 12:45 PM

If this bill will save one child life its worth it. Well by his actions he risk the life of a child by driving drunk. He should practice what he is preaching. I really feel for these family but what there are doing is wrong. I do hope they soon see this.

Reply

> **TJ** says:
> May 9, 2013 at 7:37 AM

You people are scum…"profiting off the tragedy"…PROFITING??? He lost his child!

Reply

> **jh** says:
> May 9, 2013 at 7:22 AM

How is it attacking the parent ? they are just telling the truth . Don't Act like you are holier than thou while breaking the law yourself and trying to tell me what to do with my rights. while you are out driving drunk and writing bad checks and not paying you sons child support . He is hardly the model dad he makes himself out to be.
What did he think he was special and that no one would check his past . he should have laid low and took the money, but he got up on the soap box and tried to profit off his sons death. How is he getting all over the country someone or some company must be paying his bills. May i wont have to see this drunk crook on tv every ten minutes any more

Reply

> **Chucky_Dee** says:
> May 9, 2013 at 8:12 AM

Yeah but listen to what he says not what he does – Obviously GUNS are serious and criminals will obey those laws; his violations are just cars and they never hurt anyone…

Reply

> **John** says:
> May 9, 2013 at 4:36 AM

Interesting that this felon is getting so much headline. I can see why now the real parent divorced this felon and had the son (Jesse Lewis) take a different last name than the drugged drunk stealing Heslin.

Shouldn't the real parent (Lewis) being getting part of the 7-11 million? What about her pain, her loss?

Reply

> **Nina** says:
> May 9, 2013 at 2:18 AM

Yep, let's elevate the conversation by trying to attack the parent of a child who was shot in a school.
Seriously, this is the sort of thing that delivers serious blowback.

Reply

Leave a Comment                                                                 15 Comments

Your email address will not be published. Required fields are marked *

Comment

[ ]
Notify me of followup comments via e-mail

Name *

Email *

[ ]
Save my name, email, and website in this browser for the next time I comment.

POST COMMENT

Home Page | Recent Posts | Most Popular

⌢ Back to Top                  Copyright 2018 AmmoLand.com Shooting Sports News! Sitemap ; Μολών λαβέ

# Neil Heslin Smeared By Connecticut Carry Gun Lobbying Group

WASHINGTON -- A Connecticut gun lobbying group on Wednesday personally attacked the father of a Sandy Hook school massacre victim, accusing him of "profitting off of the tragedy" and saying a decade-old drug arrest makes him a "poster boy" for background check ineffectiveness.

Connecticut Carry, a nonprofit gun lobbying organization, singled out Neil Heslin, whose son Jesse Lewis was killed in the December school shooting, in a press release. Heslin has testified before Congress and attended events at the White House with President Barack Obama in support of increased background checks for gun purchasers.

Heslin was scheduled to appear in court Wednesday to answer charges related to driving with a suspended license and writing bad checks. He has pleaded not guilty, the News Times reported. Heslin was convicted of felony narcotics possession more than a decade ago, around the same period he was arrested multiple times for driving under the influence. Attempts to reach Heslin Wednesday were unsuccessful.

Referring to Heslin's White House visits, the gun lobby group said, "A felon within arm's reach of the president of the administration so dead set on background checks. No better testimony to how ineffective background checks are needs to be presented."

Heslin made national headlines in late February, when he testified before the Senate Judiciary Committee while holding up a portrait of his son Jesse. Heslin wept openly as he described his last moments with his son. "I have to go home at night to an empty house, without my son," he told the senators.

Connecticut Carry charged that Heslin is "profiting" from his advocacy for increased gun control.

"Mr. Heslin has found the employment he has needed for so long lobbying against the rights of the citizens of Connecticut and the rest of the country," the group said. Heslin is a self-employed contractor and has had financial problems in the past, including a 2011 foreclosure, Connecticut Carry pointed out in its press release.

Asked for details of the group's allegation that Heslin had found employment lobbying for gun control, Rich Burgess, the founder of Connecticut Carry, sent a link to an ad produced by Mayors Against Illegal Guns, which featured Heslin with several other parents of Sandy Hook victims.

**EXHIBIT**

B-59

Erika Soto Lamb, a spokeswoman for Mayors Against Illegal Guns, said, "Neil is not employed by Mayors Against Illegal Guns nor was he compensated for his participation in the ad featuring family members of Newtown shooting victims.

"Newtown opened Americans' eyes to the epidemic of gun violence that plagues our country," Lamb continued. "We are grateful to Neil for his — entirely unpaid — efforts to make sure that no other parent suffers the unspeakable tragedy of having their child killed by gun violence."

The Huffington Post contacted other prominent gun control groups, including the Brady Campaign, Americans for Responsible Solutions, and the Newtown-based nonprofit Sandy Hook Promise. All said they have not employed Heslin.

*This article has been updated to include the comment of Erika Soto Lamb, spokeswoman for Mayors Against Illegal Guns.*

# UPI

# Sandy Hook dad offered plea deal on bad-check, driving charges

Published: May 8, 2013 at 10:17 PM

MILFORD, Conn., May 8 (UPI) -- A judge in Connecticut Wednesday offered the father of a child slain in the Newtown massacre a plea deal to resolve his bad-checks and motor vehicle case.

The judge gave Neil Heslin of Shelton, who has become an advocate for gun control since the Dec. 14 shooting at Sandy Hook Elementary School, until July 9 to accept it, the Danbury News-Times reported.

Judge Frank Iannotti said the 50-year-old, self-employed contractor would have to serve a minimum of 30 days in jail if he pleads to two counts of operating under suspension.

Iannotti said Heslin would receive a conditional discharge on the bad-checks charges and avoid jail time if he meets yet-to-be-determined conditions, the newspaper said.

He would also serve two years probation and pay a $1,000 fine plus court costs.

Heslin has made good on the bad checks he wrote to three victims last year, the newspaper said.

Heslin didn't speak during his brief court appearance and his attorneys had no comment to reporters afterward, the News-Times said.

Heslin is accused of writing about $3,600 in bad checks and driving while under suspension in 2011. He had lost his license for a previous drunken driving incident, the newspaper said.

Heslin came under attack Wednesday from the gun rights group Connecticut Carry, which said he has "multiple convictions for drunk driving" that make him a felon and "the poster boy for background checks and gun bans. But not in the way he thinks he is."

"All of which means that Neil Heslin is not allowed per state and federal law to purchase, own or possess any firearms," the group said. "So often we find that the strongest critics of the right to bear arms are those people who cannot be trusted with firearms themselves.

"While we all, as humans, share in the sorrow and outrage of Mr. Heslin's tragic loss, as well as everyone who lost someone on that terrible day; we don't all have to feel OK with Mr. Heslin profiting off of the tragedy and hurting the gun owning, law abiding citizens who did nothing wrong that day.

"In lobbying for gun bans applicable only to people that can actually pass a background, unlike himself, Neil Heslin has had many opportunities to preach to politicians, including President Obama himself. In fact, it is not difficult at all to find pictures of Neil Heslin standing within arm's reach of President Obama and the first lady.

"A felon within arm's reach of the president of the administration so dead set on background checks. No better testimony to how ineffective background checks are needs to be presented."

© 2013 United Press International, Inc. All Rights Reserved.



EXHIBIT

B-60

 

KUAR
Morning Edition



# Group Calls on Pryor to Drop Opposition To Expanding Background Checks For Guns

By MALCOLM GLOVER • JUN 27, 2013

🐦 Tweet (http://twitter.com/intent/tweet?url=http%3A%2F%2Fwww.tinyurl.com%2Fntd79kh&

text=Group%20Calls%20on%20Pryor%20to%20Drop%20Opposition%20To%20Expanding%20Background%20Checks%20Fo



(http://mediad.publicbroadcasting.net/p/kuar/files/styles/x_large/public/201306/gun_violence_bus.jpg)



EXHIBIT
B-61

*A bus for the "No More Names: National Drive to Reduce Gun Violence" campaign arrives in Little Rock.*
MALCOLM GLOVER / KUAR

Listen
2:58

*Listen to the full story.*

Advocates encouraging state and federal officials to support what they call "sensible gun laws" held a rally in downtown Little Rock Thursday.

The attendees included area residents, faith leaders, survivors of gun violence, and the family members of victims killed during the shooting at Sandy Hook Elementary in Newtown, Connecticut.

Bill Branham is a gun owner and an avid target shooter. He's lived in Arkansas since 1972 and decided to participate in the event.

"I support everything this group is doing. I support enhanced background checks. I support limiting gun magazines to five or ten rounds – no more thirty-round magazines," said Branham. "My daughter was killed by a gun in December 2007... I hope some good can come out of this rally and other rallies across the country."

Reverend Elliott Blocker said he has always been concerned about the high crime-rate in parts of the greater Little Rock area that negatively impact all families.

"I believe that we, as a people, should unite and it doesn't matter what your background is, what your educational level is, or your financial status," said Blocker. "We all share the same concerns when it comes to gun control. A bullet doesn't have a name and it doesn't have a respect of person... various communities should come together and let politicians know our concerns about gun violence."

The "No More Names: National Drive to Reduce Gun Violence (http://nomorenames.org/)" is expected to continue its 25-state bus tour after the Little Rock event. Supporters say they want to encourage Congress to pass bipartisan background check legislation.

Mayors Against Illegal Guns has been targeting Pryor for weeks in various ads. Pryor responded last month with a television ad in which he said, "No one from New York or Washington tells me what to do. I listen to Arkansas."

**TAGS:** ARKANSAS POLITICS (/TERM/ARKANSAS-POLITICS)     ARKANSAS LIFE (/TERM/ARKANSAS-LIFE)

ARKANSAS LAW ENFORCEMENT (/TERM/ARKANSAS-LAW-ENFORCEMENT)

🐦 Tweet (http://twitter.com/intent/tweet?url=http%3A%2F%2Fwww.tinyurl.com%2Fntd79kh&

text=Group%20Calls%20on%20Pryor%20to%20Drop%20Opposition%20To%20Expanding%20Background%20Checks%20Fo

**5 Comments     KUAR**                                      ● **Login**

♡ **Recommend**        ↱ **Share**                          Sort by Newest

Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

  

**Full Name** • 5 years ago
"Gun control!" is a DEAD ISSUE. LET IT GO. MOVE ON, and find a better cause to which to devote your time. One that will do actual good, is not based on magical thinking, and will not just end in frustration.

∧   ∨ • Reply • Share ›

**Sam** • 5 years ago
Your daughter was killed by a gun? #1. She wasn't killed by a bad guy? #2. Maybe if she had a gun, she would be alive.

Hate to be harsh, but get a brain.

∧   ∨ • Reply • Share ›

**Andrew Rothman** • 5 years ago
This article says nothing about the turnout. Can you tell us how many people (not including press, or people from the bus) attended?

If not, and this was just a press event, is it newsworthy?

1 ∧   ∨ • Reply • Share ›

**broey77** • 5 years ago
Enhanced background checks? Really? How stupid is that waste of tax payers money? What does it cost each year to support a flawed system? There are 77 guns per 100 Americans. Majority of gun violence was created by guns illegally obtained where no background check would have been done.

A much smarter and cheaper solution is to do away with background checks and save that money. Replace it with a ATF stamp on your drivers license. You commit any felony and the stamp comes off. Without the stamp you can't buy Alcohol, Tobacco, Bullets, or Guns for 10 years.

I think it is nuts that an ex-felon can go have a beer still but can't legally buy a gun. So they just get drunk and steal one. Alcohol industry has more power then the NRA does i guess as they make you ignore the fact Alcohol has killed more then guns have. Tobacco has killed more then guns have. And neither Tobacco or Alcohol has saved a life unlike guns.

**RELATED CONTENT**

(/post/groups-focus-pryor-ads-visit-gun-legislation)

Groups Focus On Pryor With Ads, Visit On Gun Legislation (/post/groups-focus-pryor-ads-visit-gun-legislation)

MAY 3, 2013

(/post/pryor-defends-vote-after-criticism-gun-control-groups-arkansan-sandy-hook-ties)

Pryor Defends Vote After Criticism from Gun Control Groups, Arkansan with Sandy Hook Ties (/post/pryor-defends-vote-after-criticism-gun-control-groups-arkansan-sandy-hook-ties)

APR 25, 2013

A Service Of:

 (http://ualr.edu/)

© 2018 KUAR





HOME    NEWS NETWORK    AG NETWORK    TIGER RAG    ADVERTISE WITH US    AFFILIATE LOG-IN    CONTAC



@LARADIONETWORK

## LOUISIANA NEWS

# Father of Newtown victim and others rally for common sense gun laws in NOLA

Posted on 6/28/2013 4:30:00 PM.



The father of a child who was killed in the deadly Sandy Hook Elementary School massacre, faith leaders and local advocates will be in New Orleans Saturday to voice support of "common-sense" gun policies. Neil Heslin's 6-year-old son Jesse was gunned down in Newtown.

Heslin and others are coming together Saturday to voice their continued support for comprehensive and enforceable background checks. The grieving dad says it's part of a tour called **"No More Names: National Drive to Reduce Gun Violence"**.

"My son's name is on the bus..he's one of the victims," Heslin says. "There are 6600 other names of victims who have died as a result of unnecessary gun violence."

Heslin says he supports the second amendment and he's not trying to take anyone's guns away. But background checks are already in place for dealers and he'd like to see that expanded to include ALL gun sales.



no more names, newtown



## NATIONAL NEWS

- **All 12 boys and coach successfully** Thailand cave

Three boys and their coach remained Tuesday.

- **The boys trapped in the Thailand c** an unusual disease

The environment inside the cave incr



# Tweets by
@LaRadioNetwork



Tweet                                                                                          Share



**LaRadioNetwork**
@LaRadioNetwork

Highly anticipated U.S.
Supreme Court nomination will
be announced tonight
louisianaradionetwork.com/blog
s/us-supre…

15h



**LaRadioNetwork**
@LaRadioNetwork

Lafayette native, David
Cormier, wins the UFC
Championship
louisianaradionetwork.com/blog
s/david-co…

16h



**LaRadioNetwork**
@LaRadioNetwork

Lafayette opens first 'rage
room' that allows customers to
let out their frustrations

louisianaradionetwork.com/blog
s/rage-roo…

19h

this rare disease.

- **Parents of rescued boys now at ho
  hugging' yet**

They're out of a cave in Thailand but
remain out of reach for relieved parer
to hug them.

- **Trump's former national security a
  court, still awaiting sentencing**

President Donald Trump's former nati
adviser Michael Flynn will be in court
Tuesday, but don't expect an ending t
man's legal battle.

Pro



Tweets by @Tiger_Rag





Copyright © 2017. All rights reserved |

This site powered by PromoSuite Interactive

# Father Of Newtown Victim, Survivors Of Tucson Mass Shooting, And Mayor Rothschild Gather In Tucson To Back Common-sense Gun Laws, Urge Senator Flake To Support Background Checks

NEWS PROVIDED BY
**Mayors Against Illegal Guns→**
Jul 05, 2013, 10:00 ET

*Flake Voted Against the 90 Percent of Arizonans Who Support Background Checks; Participants Call on Him to Take Another Look at Bipartisan Legislation that Would Help Save Lives*

*Event is Part of "No More Names: National Drive to Reduce Gun Violence" Bus Tour; www.NoMoreNames.org*

TUCSON, Ariz., July 5, 2013 /PRNewswire-USNewswire/ -- The father of a 6-year-old Newtown victim, survivors of the 2011 mass shooting in Tucson, Mayor Jonathan Rothschild, City Council members, law enforcement, faith leaders, and local advocates gathered at St. Odilia Church in Tucson today as part of the "No More Names: National Drive to Reduce Gun Violence" -- a



25-state national bus tour over a period of 100 days aimed at urging America's leaders to support common-sense gun policies. Participants voiced their continued support for comprehensive and enforceable background checks, and they called on Senator Jeff Flake to reconsider his position on this life-saving measure and take another look at bipartisan background checks legislation.

Participants and attendees included: Neil Heslin, whose 6-year-old son Jesse Lewis was murdered in the Newtown massacre; Bill Badger, Pat Maisch, and Suzi Hileman, all of whom are survivors of the 2011 Tucson mass shooting; Tucson Mayor Jonathan Rothschild, a member of Mayors Against Illegal Guns; Captain Perry Tarrant of the Tucson Police Department; City Council Members Steve Kozachik and Karin Uhlich; Randy Friese, trauma surgeon to Congresswoman Gabrielle Giffords; Lisa Kiser, a survivor of the University of Arizona School of Nursing shooting; Jocelyn Strauss of Moms Demand Action for Gun Sense in America; Clark Romans of the National Association of Mental Illness; and Father Troutman of St. Odilia Church.

It remains far too easy for criminals, domestic abusers, the seriously mentally ill, and other dangerous individuals – people who know they can't pass a background check – to skirt the law and obtain guns by purchasing them online or at gun shows, where background checks are not required under federal law. Bipartisan legislation sponsored by NRA A-rated Senators Joe Manchin and Pat Toomey – and supported by Senator McCain – would have closed this dangerous loophole by extending background checks to commercial gun sales. But Senator Flake voted to block this sensible legislation, despite the fact that 90 percent of Arizonans support background checks for all gun sales.

"From Tucson to Newtown, our country has seen far too many tragic shootings and far too many lives lost to the epidemic of gun violence in America," said **Neil Heslin, whose 6-year-old son Jesse Lewis was**

**murdered in the Newtown massacre**. "People across the nation are demanding action from our leaders in Washington. It's time they act to stem the bloodshed and help save lives."

"After all this country has gone through regarding gun violence, it is an outrageous shame that Congress failed to pass comprehensive background checks in April," said **Pat Maisch, who wrestled the Tucson gunman's ammunition magazine away from him**. "Senator McCain showed leadership by supporting sensible gun violence prevention legislation. Now it's time for Senator Flake to stand up for the countless survivors of gun violence and families of victims who demand meaningful action from their leaders in Washington. American lives are at stake."

"Not a day goes by that I'm not thinking about how close I came to being killed that fateful Saturday morning," said **Bill Badger, a retired Army colonel who helped tackle the Tucson gunman while he was attempting to reload his weapon**. "We need stronger gun laws in this country that help keep firearms out of the wrong hands. This isn't a political issue – it's about saving lives and preventing future tragedies."

"Like the rest of the country, Tucson has been devastated by far too many horrific acts of gun violence. January 8, 2011 was one of our city's darkest days," said **Tucson Mayor Jonathan Rothschild, a member of Mayors Against Illegal Guns**. "Our leaders in Washington must put politics aside and public safety first by enacting common-sense gun laws that will help keep guns out of the wrong hands. I thank and applaud Senator McCain for working across party lines to vote the way Arizonans demand and deserve in April – it's time for his colleagues to follow suit."

"I have seen firsthand the tragic toll that gun violence can take on communities across the country," said **Daniel Hernandez, a survivor of the 2011 Tucson mass shooting who was then serving as an intern to Congresswoman Gabrielle Giffords and helped save her life**. "Americans

everywhere are calling on our leaders to take meaningful action to reduce gun violence and help save lives. It's time they listen. With 33 people being murdered with guns each and every day in this country, we can no longer afford to sit idly by."

Rates of gun violence in Arizona are higher than in the rest of the country: In 2011, Arizona's rate of aggravated assault with firearms was 13 percent higher than the national average, and 25 percent more than in states that require background checks for private handgun sales[1]; in 2010, the rate of women shot to death by intimate partners in Arizona was 29 percent higher than the national average, and 40 percent more than in states that require background checks for private handgun sales[2]; and the number of police officers killed with handguns in the state was nearly double the national rate.[3]

The No More Names tour will provide an opportunity for the more than 90 percent of Americans who support background checks to drive home a message to our elected officials that our country needs common-sense gun laws. At each stop, participants will hold rallies with a broad coalition of supporters – including police, survivors, domestic violence prevention advocates, mayors, and other elected officials – to commemorate those we've lost and call on our leaders to stand with the American people on sensible gun policies. They will both applaud senators who voted to support comprehensive and enforceable background checks, and urge those who opposed this measure to take a second look.

States on the tour include: Arizona, Arkansas, Colorado, Connecticut, Georgia, Illinois, Indiana, Iowa, Louisiana, Maine, Maryland, Massachusetts, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Ohio, Pennsylvania, Tennessee, Virginia, Wisconsin. For more information, please visit www.NoMoreNames.org.

Evidence demonstrates that background checks help save lives. In states

that already require background checks for all handgun sales:

- Gun trafficking was 48 percent lower than in states that fail to require background checks for all handgun sales.[4]
- The rate of women murdered by an intimate partner with a gun was 38 percent lower than in other states, while the rate murdered by other means was nearly identical.[5]
- The firearm suicide rate was 49 percent lower than in other states, even though people committed suicide in other ways at almost precisely the same rate.[6]
- Thirty-nine percent fewer law enforcement officers were shot to death with handguns.[7]

*About Mayors Against Illegal Guns*

Since its creation in April 2006, Mayors Against Illegal Guns has grown from 15 members to more than 950 mayors from across the country. We have more than 1.5 million grassroots supporters, making us the largest gun violence prevention advocacy organization in the country. The bipartisan coalition, co-chaired by New York City Mayor Michael Bloomberg and Boston Mayor Thomas Menino, has united the nation's mayors around these common goals: protecting communities by holding gun offenders accountable; demanding access to crime gun trace data that is critical to law enforcement efforts to combat gun trafficking; and working with legislators to fix weaknesses and loopholes in the law that make it far too easy for criminals and other dangerous people to get guns. Learn more at www.mayorsagainstillegalguns.org

[1] Federal Bureau of Investigation. Uniform Crime Reports. 2011. Available at: http://1.usa.gov/11JY3sw
[2] U.S. Department of Justice, Federal Bureau of Investigation, Supplementary Homicide Reports, 2011. Available at http://bit.ly/V1GvFe. Florida Department of Law Enforcement. Supplementary Homicide Report.

2010. Excludes New York due to incomplete data.

[3] Federal Bureau of Investigation, 2001-2011. Law enforcement killed with handguns that were not their own.

[4] Daniel Webster, Jon Vernick, and Maria Bulzacchelli, "Effects of State-Level Firearm Seller Accountability Policies on Firearm Trafficking," Journal of Urban Health, July 2009.

[5] U.S. Department of Justice, Federal Bureau of Investigation, Supplementary Homicide Reports, 2010.

[6] Centers for Disease Control and Prevention, National Center for Injury Prevention and Control. Web-Based Injury Statistics Query and Reporting System (WISQARS) [online]. (2005) [cited 2012 Dec. 20].

[7] Federal Bureau of Investigation. LEOKA Database, 2001-2011 (Accessed Mar. 2013).

**MEDIA CONTACTS**

Alex Katz: akatz@maig.org or 212-788-7617

John Duckwitz: duckwitz@homefrontdc.com or 540-878-1136

Christina Martinez: christina@adelantepublicaffairs.com or 602-316-9732

SOURCE Mayors Against Illegal Guns

# Father Of Newtown Victim, Congressman Price, Morrisville Mayor Holcombe, And Local Gun Owners To Hold Rally In Raleigh To Voice Support For Common-sense Gun Laws That Help Save Lives

90 Percent of North Carolinians Support Background Checks That Help Keep Guns Out of the Hands of Criminals, Domestic Abusers, and the Severely Mentally Ill

NEWS PROVIDED BY
**Mayors Against Illegal Guns→**
Jun 20, 2013, 03:29 ET

RALEIGH, North Carolina, June 20, 2013 /PRNewswire-USNewswire/ -- On Saturday, June 22nd, advocates for common-sense gun laws will hold a rally in Raleigh, North Carolina as part of the "No More Names: National Drive to Reduce Gun Violence" – a 25-state national bus tour over a period of 100 days aimed at urging America's leaders to support sensible gun safety measures. Participants will come together Saturday to voice their continued support for comprehensive and enforceable background checks. They will also thank Senator Kay Hagan for voting to support this life-saving



measure, and they will urge Senator Richard Burr to reconsider his position and take another look at bipartisan legislation sponsored by two NRA A-rated lawmakers that would help keep guns out of the wrong hands.

Participants will include: Neil Heslin, the father of 6-year-old Newtown victim Jesse Lewis; U.S. Congressman David Price; Morrisville Mayor Jackie Holcombe; Joslin Simms, whose son Rayburn was murdered with a gun in Durham in 2005; Brinda Sousley, Moms Demand Action for Gun Sense in America; and Hilton Cancel, a local gun owner, former police officer, and board member of North Carolinians Against Gun Violence.

Every day, 33 Americans are murdered with guns in this country. "No More Names: National Drive to Reduce Gun Violence" is part of Mayors Against Illegal Guns' ongoing, national effort to continue raising awareness to the issue of gun violence in America – and most importantly, to urge elected officials to act on behalf of the people they represent.

**What:**        Advocates to gather in Raleigh to voice support for common-sense gun laws that will keep guns out of the wrong hands and help save lives

**Who:**

- Neil Heslin, whose 6-year-old son Jesse was murdered in Newtown
- U.S. Congressman David Price
- Morrisville Mayor Jackie Holcombe
- Joslin Simms, whose son Rayburn was murdered with a gun in Durham in 2005
- Brinda Sousley, Moms Demand Action for Gun Sense in America
- Hilton Cancel, Gun Owner, Former Police Officer, Board Member of North Carolinians Against Gun Violence

**Where:**    Moore Square Park

200 S Blount Street

Raleigh, North Carolina 27601

**When:**    Saturday, June 22nd

Press Conference Time: 10:00 a.m.

Name-Reading to Begin After Press Conference

**\*All participants will be available to speak with media throughout the day. For interview requests in advance and on-site, please contact John Duckwitz at 540-878-1136.**

*About Mayors Against Illegal Guns*

Since its creation in April 2006, Mayors Against Illegal Guns has grown from 15 members to more than 950 mayors from across the country. We have more than 1.5 million grassroots supporters, making us the largest gun violence prevention advocacy organization in the country. The bipartisan coalition, co-chaired by New York City Mayor Michael Bloomberg and Boston Mayor Thomas Menino, has united the nation's mayors around these common goals: protecting communities by holding gun offenders accountable; demanding access to crime gun trace data that is critical to law enforcement efforts to combat gun trafficking; and working with legislators to fix weaknesses and loopholes in the law that make it far too easy for criminals and other dangerous people to get guns. Learn more at www.mayorsagainstillegalguns.org

**MEDIA CONTACTS**

Alex Katz: akatz1@cityhall.nyc.gov or 212-788-7617

John Duckwitz: duckwitz@homefrontdc.com or 540-878-1136

Lizzie Ulmer: lulmer@maig.org or 269-271-2331

SOURCE Mayors Against Illegal Guns

 **Pick your NPR Station**
There are at least two stations nearby

**shootings in newtown, conn.**

NEWSCAST            LIVE RADIO            SHOWS

# Transcript: President Obama At Sandy Hook Prayer Vigil

December 16, 2012 · 10:39 PM ET



President Obama speaks at an interfaith vigil for the shooting victims from Sandy Hook Elementary School on Sunday at Newtown High School in Newtown, Connecticut.

*Getty Images*

*Transcript of President Obama's speech at the interfaith vigil in Newtown, Conn., Dec. 16 in honor of the victims of the shootings at Sandy Hill Elementary. Source: White House*

**EXHIBIT**
B-65

Thank you. (Applause.) Thank you, Governor. To all the families, first responders, to the community of Newtown, clergy, guests — Scripture tells us: "...do not lose heart. Though outwardly we are wasting away...inwardly we are being renewed day by day. For our light and momentary troubles are achieving for us an eternal glory that far outweighs them all. So we fix our eyes not on what is seen, but on what is unseen, since what is seen is temporary, but what is unseen is eternal. For we know that if the earthly tent we live in is destroyed, we have a building from God, an eternal house in heaven, not built by human hands."

## Listen: President Obama at Newtown, Conn., Memorial Service

LISTEN          QUEUE

Download

We gather here in memory of twenty beautiful children and six remarkable adults. They lost their lives in a school that could have been any school; in a quiet town full of good and decent people that could be any town in America.

Here in Newtown, I come to offer the love and prayers of a nation. I am very mindful that mere words cannot match the depths of your sorrow, nor can they heal your wounded hearts. I can only hope it helps for you to know that you're not alone in your grief; that our world too has been torn apart; that all across this land of ours, we have wept with you, we've pulled our children tight. And you must know that whatever measure of comfort we can provide, we will provide; whatever portion of sadness that we can share with you to ease this heavy load, we will gladly bear it. Newtown — you are not alone.

As these difficult days have unfolded, you've also inspired us with stories of strength and resolve and sacrifice. We know that when danger arrived in the halls of Sandy Hook Elementary, the school's staff did not flinch, they did not hesitate. Dawn Hochsprung and Mary Sherlach, Vicki Soto, Lauren Rousseau, Rachel Davino and Anne Marie Murphy — they responded as we all hope we might respond in such terrifying circumstances — with courage and with love, giving their lives to protect the children in their care.

We know that there were other teachers who barricaded themselves inside classrooms, and kept steady through it all, and reassured their students by saying "wait for the

good guys, they're coming"; "show me your smile."

And we know that good guys came. The first responders who raced to the scene, helping to guide those in harm's way to safety, and comfort those in need, holding at bay their own shock and trauma because they had a job to do, and others needed them more.

And then there were the scenes of the schoolchildren, helping one another, holding each other, dutifully following instructions in the way that young children sometimes do; one child even trying to encourage a grown-up by saying, "I know karate. So it's okay. I'll lead the way out." (Laughter.)

As a community, you've inspired us, Newtown. In the face of indescribable violence, in the face of unconscionable evil, you've looked out for each other, and you've cared for one another, and you've loved one another. This is how Newtown will be remembered. And with time, and God's grace, that love will see you through.

But we, as a nation, we are left with some hard questions. Someone once described the joy and anxiety of parenthood as the equivalent of having your heart outside of your body all the time, walking around. With their very first cry, this most precious, vital part of ourselves — our child — is suddenly exposed to the world, to possible mishap or malice. And every parent knows there is nothing we will not do to shield our children from harm. And yet, we also know that with that child's very first step, and each step after that, they are separating from us; that we won't — that we can't always be there for them. They'll suffer sickness and setbacks and broken hearts and disappointments. And we learn that our most important job is to give them what they need to become self-reliant and capable and resilient, ready to face the world without fear.

And we know we can't do this by ourselves. It comes as a shock at a certain point where you realize, no matter how much you love these kids, you can't do it by yourself. That this job of keeping our children safe, and teaching them well, is something we can only do together, with the help of friends and neighbors, the help of a community, and the help of a nation. And in that way, we come to realize that we bear a responsibility

for every child because we're counting on everybody else to help look after ours; that we're all parents; that they're all our children.

This is our first task — caring for our children. It's our first job. If we don't get that right, we don't get anything right. That's how, as a society, we will be judged.

And by that measure, can we truly say, as a nation, that we are meeting our obligations? Can we honestly say that we're doing enough to keep our children — all of them — safe from harm? Can we claim, as a nation, that we're all together there, letting them know that they are loved, and teaching them to love in return? Can we say that we're truly doing enough to give all the children of this country the chance they deserve to live out their lives in happiness and with purpose?

I've been reflecting on this the last few days, and if we're honest with ourselves, the answer is no. We're not doing enough. And we will have to change.

Since I've been President, this is the fourth time we have come together to comfort a grieving community torn apart by a mass shooting. The fourth time we've hugged survivors. The fourth time we've consoled the families of victims. And in between, there have been an endless series of deadly shootings across the country, almost daily reports of victims, many of them children, in small towns and big cities all across America — victims whose — much of the time, their only fault was being in the wrong place at the wrong time.

We can't tolerate this anymore. These tragedies must end. And to end them, we must change. We will be told that the causes of such violence are complex, and that is true. No single law — no set of laws can eliminate evil from the world, or prevent every senseless act of violence in our society.

But that can't be an excuse for inaction. Surely, we can do better than this. If there is even one step we can take to save another child, or another parent, or another town, from the grief that has visited Tucson, and Aurora, and Oak Creek, and Newtown, and communities from Columbine to Blacksburg before that — then surely we have an obligation to try.

In the coming weeks, I will use whatever power this office holds to engage my fellow citizens — from law enforcement to mental health professionals to parents and educators — in an effort aimed at preventing more tragedies like this. Because what choice do we have? We can't accept events like this as routine. Are we really prepared to say that we're powerless in the face of such carnage, that the politics are too hard? Are we prepared to say that such violence visited on our children year after year after year is somehow the price of our freedom?

All the world's religions — so many of them represented here today — start with a simple question: Why are we here? What gives our life meaning? What gives our acts purpose? We know our time on this Earth is fleeting. We know that we will each have our share of pleasure and pain; that even after we chase after some earthly goal, whether it's wealth or power or fame, or just simple comfort, we will, in some fashion, fall short of what we had hoped. We know that no matter how good our intentions, we will all stumble sometimes, in some way. We will make mistakes, we will experience hardships. And even when we're trying to do the right thing, we know that much of our time will be spent groping through the darkness, so often unable to discern God's heavenly plans.

There's only one thing we can be sure of, and that is the love that we have — for our children, for our families, for each other. The warmth of a small child's embrace — that is true. The memories we have of them, the joy that they bring, the wonder we see through their eyes, that fierce and boundless love we feel for them, a love that takes us out of ourselves, and binds us to something larger — we know that's what matters. We know we're always doing right when we're taking care of them, when we're teaching them well, when we're showing acts of kindness. We don't go wrong when we do that.

That's what we can be sure of. And that's what you, the people of Newtown, have reminded us. That's how you've inspired us. You remind us what matters. And that's what should drive us forward in everything we do, for as long as God sees fit to keep us on this Earth.

"Let the little children come to me," Jesus said, "and do not hinder them — for to such belongs the kingdom of heaven."

Charlotte. Daniel. Olivia. Josephine. Ana. Dylan. Madeleine. Catherine. Chase. Jesse. James. Grace. Emilie. Jack. Noah. Caroline. Jessica. Benjamin. Avielle. Allison.

God has called them all home. For those of us who remain, let us find the strength to carry on, and make our country worthy of their memory.

May God bless and keep those we've lost in His heavenly place. May He grace those we still have with His holy comfort. And may He bless and watch over this community, and the United States of America. (Applause.)

# Read All About It: Breaking News From NPR

When major news happens, stay on top of the latest developments, delivered to your inbox.

What's your email?

**SUBSCRIBE**

By subscribing, you agree to NPR's terms of use and privacy policy.

More Stories From NPR



NEWS

Sandy Hook Killer's Father Wishes His Son Hadn't Been Born



ALL THINGS CONSIDERED

In Newtown, Making Promises To Transform A Tragedy

# Popular on NPR.org



BOOK REVIEWS

Read 'The Cabin At The End Of The World' And You Won't Sleep For A Week



NATIONAL

Activists Arrested At Statue Of Liberty After Protesting Trump's Immigration Policies



NATIONAL

181-Year-Old Lockkeeper's Tiny House Ready For Its Next Chapter



WORLD

Trapped Thai Boys Appear In Good Spirits In New Video From Cave

# NPR Editors' Picks



SCIENCE

When Spiders Go Airborne, It's Electric — Literally





EDUCATION

For Teens, Dystopian Fiction Seems Pretty Real — And That's Why They Like It



EUROPE

## Voodoo-Using U.K. Nurse Sentenced For Trafficking Nigerian Women



BOOK REVIEWS

## 'How To Be Famous' Says: Don't Hide Your Love Away

**shootings in newtown, conn.**

READ & LISTEN

**Home**

**News**

**Arts & Life**

**Music**

**Podcasts**

**Programs**

CONNECT

**Newsletters**

**Facebook**

**Twitter**

**Instagram**

**Contact**

**Help**

ABOUT NPR

**Overview**

**Finances**

**People**

**Press**

**Ombudsman**

**Corrections**

GET INVOLVED

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**NPR Shop**

**NPR Events**

**Visit NPR**

terms of use

privacy

sponsorship choices

text only

© 2018 npr

# James Comey castigates NRA in new interview: Organization 'sells fear' in wake of mass murders

Jul 2, 2018 12:28 pm



Former FBI Director James Comey takes aim at the National Rifle Association in a new interview, saying the organization capitalizes on mass murders. (Getty Images)

<u>Sarah Taylor Staff Writer</u>
(<u>http://www.theblaze.com/author/sarahtaylor/</u>)

Political View
      Christian Libertarian
Values
      Faith, Family
Hero
      John the Baptist



EXHIBIT

B-66

Article Goal Inform

Former FBI Director James Comey condemned the National Rifle Association in an <u>interview</u>
(<u>https://inews.co.uk/news/long-reads/james-comey-interview-donald-trump-fbi/</u>) published last week,
saying that the organization capitalizes on mass murders.

## What are the details of his remarks?

In his interview with the United Kingdom's iNews (https://inews.co.uk/news/long-reads/james-comey-interview-donald-trump-fbi/), Comey called the NRA "one of the worst things that goes on in the US" and said that even though he owns guns he believes in gun control.

"I'm comfortable around guns. I own guns," Comey told the outlet. "Surely there are things we can agree upon that relate to who is able to buy a weapon, what kind of weapon and at what age, what the capabilities of the weapon are, how many rounds does it hold, and things like that, that in no way threaten the rights under the U.S. Constitution of people to keep and bear arms."

Comey went on to attack the NRA and condemned the group's "current voice" that "sells fear."

"One of the worst things that goes on in the US is the current voice of the National Rifle Association, because it sells fear in the wake of any incident," Comey explained, invoking the tragedy at Sandy Hook Elementary School in Connecticut (https://www.theblaze.com/news/2013/01/23/this-is-theblazes-point-by-point-sandy-hook-conspiracy-theory-debunk).

"The single largest gun sale month in the history of the U.S. was the month after the [20] children were butchered in Sandy Hook, Connecticut, on December 14, 2012," Comey recalled. "I remember the date because it was my birthday and I was living in Connecticut."

Comey told the publication that the reason he believed gun sales spiked to "incredible rates" after the mass murder of elementary school students was because the "NRA turned around in the wake of that and said, 'They're coming for your guns.'"

"They sold fear to the American people," the former FBI director added.

## What is Comey's perspective?

Comey offered his own perspective on gun control in the U.S.

"[The NRA's] constant argument is: 'It's a slippery slope. If we restrict a particular kind of weapon or raise the age of purchase, it means the end of gun ownership in the U.S.' And that argument is a lie," he said.

"There's no slippery slope in America when it comes to guns," Comey added. "It's a concrete staircase, which is our Constitution … We just have to decide should we go up a stair or down a stair."

# THE CUT

MEDIA | JUNE 13, 2017 10:54 AM

# Sandy Hook Nonprofit Drops Megyn Kelly As Gala Host Because of Her Alex Jones Interview

By Gabriella Paiella

**f**     🐦     **p**     💬



Alex Jones, Megyn Kelly. Photo: AP; Getty Images

On Sunday night, Megyn Kelly's new NBC show is planning to air an interview she conducted with prominent conspiracy theorist and Infowars founder Alex Jones. That decision has already caused immense blowback: many (including Jones himself) have called on Kelly to not run the interview, J.P. Morgan Chase pulled their NBC News advertising, and Kelly has been dropped as the host for an anti-gun-violence group's event.

Kelly was slated to host the Sandy Hook Promise Foundation's annual Promise Champions Gala on Wednesday night. In a statement released on Monday evening, the nonprofit's co-founder, Nicole Hockley, explained that, "Sandy Hook Promise cannot support the decision by Megyn or NBC to give any form of voice or platform to Alex Jones."



Jones has been instrumental in promoting the conspiracy theory that 2012's Sandy Hook Elementary School shooting — in which 20 children were killed — was a hoax. He's both inspired and given a platform to fellow truthers, some of whom have gone on to harass the families who lost their children, as detailed in this 2016 *New York Magazine* story.

On Tuesday morning, CNN's Brian Stelter posted a statement from Kelly regarding the gala news, in which she says that she is "disappointed" that she won't be at the event. Still, she goes on to defend her interview with the explanation that, "Our goal in sitting down with him was to shine a light — as journalists are supposed to do — on this influential figure, and yes — to discuss the considerable falsehoods he has promoted with near impunity."

Sources: THE WASHINGTON POST

---

# THE LATEST

3 MINS AGO





**PROTESTS** | 14 MINS AGO

She was arrested on the Fourth of July after a three-hour standoff with police.

By Lisa Ryan





**MY TWO CENTS** | 9:56 A.M.

It's easy to get hooked on free stuff.

By Charlotte Cowles

9:42 A.M.











PARTIES! | 9:34 A.M.

PARTIES. | 9:24 A.M.

Lots of grill pictures, one campaign trail, and one proposal.

By Sarah Spellings



SCOTUS | 9:07 A.M.

Since others have ensured that all the candidates are sufficiently conservative, Trump is said to be weighing which finalists have the right image.

By Margaret Hartmann



**IT'S COMPLICATED** | 8:18 A.M.

"Ryan," who I had met online and grown close with, didn't exist. But still, I couldn't cut the relationship out of my life.

By Erin Browne



7:37 A.M.



SCIENCE OF US | 5:22 A.M.

This is not a time for hair of the dog.

By Cari Romm

YESTERDAY AT 4:06 P.M.



YESTERDAY AT 3:04 P.M.



YESTERDAY AT 2:24 P.M.



YESTERDAY AT 11:34 A.M.





**MICRO SALES** | YESTERDAY AT 11:12 A.M.

things that are 70 percent off.

Featuring lots and lots of

By The Editors

YESTERDAY AT 10:03 A.M.



**ASK POLLY** | YESTERDAY AT 6:00 A.M.

You have to accept that other people have different priorities, values, and rules from yours.

By Heather Havrilesky

7/3/2018 AT 4:03 P.M.





**SHE'S FINE** | 7/3/2018 AT 3:09 P.M.

By Lisa Ryan

She's *fine*.



**I LOVE THIS SONG!** | 7/3/2018 AT 3:08 P.M.

A special holiday edition of I Love This Song!

By Allison P. Davis

MORE STORIES

**Sign In to Comment**

# ᴛʜᴇ CUT

S T Y L E    S E L F    C U L T U R E    P O W E R

**f**    🐦    📷    𝓟    🔊

N E W S L E T T E R S    A B O U T U S    C O N T A C T U S    M E D I A K I T    W E ' R E H I R I N G    T R A D E M A R K    P R I V A C Y

T E R M S        A D C H O I C E S

© 2018, NEW YORK MEDIA LLC. VIEW ALL TRADEMARKS

DOW JONES, A NEWS CORP COMPANY

DJIA 24262.28     S&P 500 2722.89     Nasdaq 7534.75     U.S. 10 Yr 3/32 Yield     Crude Oil 73.08

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://www.wsj.com/articles/j-p-morgan-removes-nbc-news-ads-over-megyn-kelly-interview-with-alex-jones-1497311738

CMO

# J.P. Morgan Removes NBC News Ads Over Megyn Kelly Interview With Alex Jones

Cookie Policy

So far, advertisers—with one notable exception—have remained quiet as Sandy Hook families criticize the NBC host for her sit-down with the Infowars founder



Megyn Kelly, shown in 2016. Ms. Kelly has defended the interview with Alex Jones. PHOTO: CHRIS PIZZELLO/ASSOCIATED PRESS

*By Suzanne Vranica*
June 12, 2017 7:55 p.m. ET

NBC anchor Megyn Kelly's plan to air an interview with right-wing provocateur Alex Jones has caused a firestorm to erupt on social media, but so far advertisers have remained quiet—with at least one notable exception.

J.P. Morgan Chase JPM +0.91% ▲ & Co. has asked for its local TV ads and digital ads to be removed from Ms. Kelly's show and from all NBC news programming until after the show airs, according to a person familiar with the matter. The company doesn't want any of its ads to appear adjacent to any promotions for the interview, the person added.

NBC declined to comment.

On Monday, Kristin Lemkau, J.P. Morgan's chief marketing officer, questioned why Ms. Kelly would conduct the interview. "As an advertiser, I'm repulsed that @megynkelly would give a second of airtime to someone who says Sandy Hook and Aurora are hoaxes," she tweeted.

Ms. Kelly's interview with Mr. Jones—the radio host, founder of the Infowars website and well-known conspiracy theorist who has previously called the 2012 massacre at Sandy Hook Elementary School a hoax—is scheduled to air Sunday on her NBC News magazine show, "Sunday Night with Megyn Kelly." Ms. Kelly left Fox News earlier this year for NBC, where her new show will be airing only its third episode this coming Sunday.

The interview drew harsh criticism from the families of victims of the Sandy Hook massacre on social media, with people using hashtags like #shameonNBC to express their outrage. The school shooting four and a half years ago left 20 children and six staffers dead.

**EXHIBIT**

B-68

On his radio program Monday, Mr. Jones said that he thinks Sandy Hook happened, or at least that children died, though there are anomalies about the event. However, he said that was edited from the NBC promotion. "I'm tired of being misrepresented," Mr. Jones said. Mr. Jones demanded Ms. Kelly's "hit piece" not air on Father's Day.

NBC News declined to comment on Mr. Jones' remarks.

The sit-down has been promoted as a discussion about "controversies and conspiracies." In a video promoting the interview, Mr. Jones talks about the 9/11 attacks as an "inside job." In the clip, Ms. Kelly also brings up Sandy Hook, saying: "When you say parents faked their children's deaths, people get very angry." Mr. Jones replies: "But they don't get angry about half-a-million dead Iraqis from the sanctions."

Ms. Kelly defended the interview Sunday night on Twitter , saying that viewers need to understand who Mr. Jones is because President Donald Trump has appeared on his show and praised Mr. Jones. Plus, she notes that Infowars has received a White House press credential. "Many don't know him; our job is 2 shine a light," she tweeted.

Other NBC advertisers have stayed mum on the planned episode, at least publicly.

Sleeping Giants, the anonymous Twitter account known for shaming marketers into pulling their ads from sites like Breitbart News, criticized the NBC interview as a "naked grab for ratings." While the account said advertisers will know to avoid the show, it said it wasn't launching an active campaign to go after the program's sponsors.

*—Joe Flint contributed to this article.*

Write to Suzanne Vranica at suzanne.vranica@wsj.com

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.



# *Rolling Stone*

Subscribe



HOME > TV > TV NEWS

JUNE 19, 2017 3:48PM ET

# What NBC's Alex Jones Interview Says About Megyn Kelly

**Her one-on-one with conspiracy theorist was uncompromising – and a reminder that she helped foster the culture that made him a good subject**

*By* **CARINA CHOCANO** ⌖



**Megyn Kelly's interview with Alex Jones was uncompromising – why it's also a reminder that she helped foster the culture that made him a star.**

The thing about marriages of convenience is that the people in them are frequently inconvenienced. That's what happens when you put money over compatibility and shared values,



# *RollingStone*

Subscribe

**Megyn Kelly**'s interview last night with **unhinged conspiracy peddler Alex Jones** threatened to be one of those times, especially coming on heels of **her softball sit-down with Vladimir Putin**. The backlash, as such things always seem to be now, was fierce and preemptive. Kelly was accused of "normalizing" Jones, the man responsible for such timeless postulates as 9/11 was an inside job, **Sandy Hook** was a hoax and **Democrats ran a child sex ring out of a D.C. pizza joint.** Advertisers dropped out. A Connecticut affiliate refused to air the show. The Sandy Hook Promise gala fundraiser coordinators disinvited Kelly as their host.

ADVERTISEMENT

**NBC** took the point. As the network reportedly scrambled to re-edit the interview, **Jones released a tape of his pre-show conversation with Kelly**, in which she expressed her desire to make their sit-down "fun" and show "the left" another side of his execrable personality. She also promised not to make him into "some kind of bogeyman." By the time it aired, the interview had been transformed into a sober warning on the dangers of letting liars have platforms. Kelly introduced Jones as "a radical conspiracy theorist" and a liar. She acknowledged the backlash upfront, saying, "Some thought we shouldn't broadcast this interview because his baseless allegations aren't just offensive, they're dangerous." She then justified the broadcast by pointing out that "Alex Jones isn't going away" and his audience is only getting bigger, emboldened by the open support of the president, who has consistently praised Jones and appears to rely on him for information – echoing things the radio host says in his own speeches, granting InfoWars a temporary White House press pass and recently including a link to one of the site's articles in an email to staff.

## You could grudgingly respect both Kelly and her report – in some ways, she was the *only* person for the job, given that Trump's liberal use of Jones' agitprop made him a suitable subject.

Framed this way – as a report on the dangerous liar who has the ear of the president – the segment felt relevant, even slyly subversive. After all, to shed light on Alex Jones's operation, which she summed up as "garbage in, garbage out" is to shed light on Trump's inner world. And given how low the expectations and how loud the alarm, the whole thing came off as rather anticlimactically level-headed and justified. The segment was capped by a Tom Brokaw essay on the breakdown of civil discourse on the Internet, and what are we to do. Perhaps the most interesting thing about the



# *RollingStone*

Subscribe

eating it, too, and covering your ass after having had your fill.

As she pinned an agitated, equivocating Jones to his lies and their consequences, it was hard not to think about her own tactics at her former employer, where she regularly impugned Black Lives Matter and infamously declared that Santa Claus and Jesus were white. Or about the fragile alliance between conservative women and the right. Kelly's reputation as a journalist was salvaged by her former boss Roger Ailes' mistreatment, followed by **Donald Trump**'s **similarly gendered disrespect. (Remember the Presidential debate she moderated?)** As ever, Kelly saw an opportunity and took it. She clearly had a talent for not letting her own beliefs stand in the way of her career. Kelly grew up apolitical in a Democratic household, and went out for a job at Fox because they tended to prefer journalists without journalistic experience. A lackluster student turned corporate attorney, she was motivated mostly by money and a belief in her own specialness.

ADVERTISEMENT

**RELATED**



**Megyn Kelly Vivisects Bloated Conspiracy Hog Alex Jones**

**Jay-Z's Trayvon Martin Doc: Watch Heart-Wrenching New Trailer**

Her transition from **Fox News** attack dog to authoritative network blonde was further smoothed with an empowerment memoir, *Settle for More,* which seems to have been conceived as a rebranding campaign ahead of her reinvention as a real journalist. As Caitlin Flanagan points out in her *Atlantic* review, the book fails to mention that Fox was a platform for a very specific kind of idea, and that, as one of its biggest stars, she helped shape a discourse and legitimize a mindset that eventually elected Donald Trump. But, as Flanagan writes, "writing a book about a career at Fox without mentioning its conservative agenda is like writing a book about a career at the Vatican without mentioning its Catholic agenda." It's fundamentally dishonest, in other words, even if technically truthful.



# RollingStone

Subscribe

At Fox, that meant baiting and provoking guests into losing their cool, in getting a rise out of certain people for the schadenfreude-y viewing pleasure of others. At NBC, she seems to be doing the same thing, only for the other team. There was nothing really objectionable about the Jones interview as it turned out. Kelly was uncompromising. She pressed him on questions and called out evasiveness. She produced – or her producers produced – either an effective takedown or a disquisition on the obvious ... you can't quite tell. In any case, it worked. You could find yourself grudgingly respecting both Kelly and her report – and argue that, in some ways, she was the *only* person for the job, given that Trump's liberal use of Jones's agitprop made him a suitable subject.

On the one hand, with her Fox News background, Kelly seems like the only person to credibly take on an "alternate" media figure who trades in denying reality. On the other, she was active in helping create the culture that resulted in a guy like him entering the mainstream. The fact that she appears credible as a journalist is in some ways an indictment of TV journalism itself. If you didn't know better, you might be forgiven for thinking that Kelly did a good job in the public interest. But you get the sense she's willing to compromise here. She's just in it to win it.

ADVERTISEMENT

*Carina Chocano is the author of* **You Play the Girl: On Playboy Bunnies, Stepford Wives, Train Wrecks & Other Mixed Messages**

**In This Article: Donald Trump, Fox News, Megyn Kelly, NBC**

 **Want more Rolling Stone?** Sign up for our newsletter.

# Around the Web

Powered By ZergNet

# RollingStone

Subscribe



**Dumb Things We All Ignored in 'Ant-Man'**

looper.com



**Patton Oswalt Shares Anthony Bourdain's Brutally Honest Email**

huffingtonpost.com



**Anthony Bourdain Reached Out For Help Before Suicide**

radaronline.com



**Performers Who Died in Front of Their Audiences**

grunge.com

# RollingStone

Subscribe





## The Tragic Stories Behind the Sex Pistols

grunge.com

## Why Hollywood Won't Cast Julia Stiles Anymore

nickiswift.com

# Trending



**1**  D.B. Cooper: Investigators Claim They've Discovered Skyjacker's Identity

**2**  Ex-Republican Operative Steve Schmidt: 'The Party of Trump Must Be Obliterated. Annihilated. Destroyed'

**3**  If Michael Cohen Flips, Trump Officially Loses Control of the Narrative

**4**  The Trouble With Johnny Depp

Remembering the Beatles'

# *RollingStone*

Subscribe

ADVERTISEMENT

**MUSIC FEATURES**

### Cardi B and Offset: A Hip-Hop Love Story



**MOVIE FEATURES**

### The Trouble With Johnny Depp



**MUSIC LISTS**

### The 100 Greatest Songs of the Century – So Far



ADVERTISEMENT

*RollingStone*

# Get The Magazine

Subscribe today and save over 58%

**SUBSCRIBE NOW**

# Around the Web



# *RollingStone*





**Movies That Will Blow Everyone Away in 2020**

looper.com



**Fired 'Tonight Show' Staffers File Lawsuit**

aol.com



**Science Says This Body Type Is the Most Attractive Now**

nypost.com



**What Really Happens to Your Body When You Stop Making Love**

thelist.com



**The Real-Life, Tragic Story of Matthew Perry**

nickiswift.com



**Famous Musicians Who Were Actually Terrible People**

grunge.com

Powered by ZergNet

ADVERTISEMENT

# Newswire

POWERED BY 











Germany

After Meeting the Critic Who Wrote the Worst
Review of His Career

4 hours ago

4 hours ago







Deadline

'The First Purge' Slays $9.4M As Dinos Run Toward
$300M – Independence Day Box Office

3 hours ago

BGR

Today's top deals: Big Philips Hue sale, 800 thread
count sheets, wireless home cameras, more

4 hours ago





© Copyright 2018 Rolling Stone, LLC, a subsidiary of Penske Business Media, LLC.
Powered by WordPress.com VIP

**Our Brands** 



# Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School and 36 Yogananda Street, Newtown, Connecticut on December 14, 2012

## OFFICE OF THE STATE'S ATTORNEY
## JUDICIAL DISTRICT OF DANBURY
### Stephen J. Sedensky III, State's Attorney

**November 25, 2013**



EXHIBIT

B-70

# TABLE OF CONTENTS

EXECUTIVE SUMMARY ............................................................................................1

INTRODUCTION ....................................................................................................5

PURPOSE AND SCOPE OF REPORT ........................................................................6

SANDY HOOK ELEMENTARY SCHOOL - INCIDENT AND RESPONSE ...................9

SANDY HOOK ELEMENTARY SCHOOL – SCENE INVESTIGATION ......................16

SANDY HOOK ELEMENTARY SCHOOL - AUTOPSY INFORMATION .....................23

36 YOGANANDA STREET, NEWTOWN, CT – INCIDENT AND RESPONSE .............24

36 YOGANANDA STREET, NEWTOWN, CT – SCENE INVESTIGATION .................24

36 YOGANANDA STREET, NEWTOWN, CT – AUTOPSY INFORMATION ...............27

SHOOTER – AUTOPSY INFORMATION....................................................................27

INVESTIGATION TO DETERMINE ACCESSORIES AND/OR CO-CONSPIRATORS ........27

EVENTS AND BACKGROUND INFORMATION LEADING UP TO DEC. 14, 2012 ............28

EVIDENCE EXAMINATION ........................................................................................35

MISCELLANEOUS INVESTIGATIVE LEADS ...............................................................38

DETERMINATIONS OF CRIMES COMMITTED ........................................................40

CONCLUSION ...........................................................................................................43

ACKNOWLEDGEMENTS ...........................................................................................44

# APPENDIX[1]

Search Warrants

Honda Civic – 12/14/2012 ...................................................................A1

36 Yogananda Street - 12/14/2012 at 5:29 p.m ...................................A10

36 Yogananda Street - 12/14/2012 at 7:25 p.m ...................................A21

36 Yogananda Street - 12/15/2012 at 3:03 p.m ...................................A31

36 Yogananda Street - 12/16/2012 at 4:31 p.m ...................................A38

ATT telephone – 4/10/2013 at 10:43 a.m. ...........................................A47

ATT telephone – 4/10/2013 at 10:47 a.m. ...........................................A54

Verizon telephone – 4/10/2013 at 10:51 a.m. ......................................A61

Combat Arms – Nexon – 08/27/2013 at 9:46 a.m. ...............................A68

World of Warcraft – Blizzard - 8/27/2013 at 9:50 a.m. .......................A76

Time Line ..........................................................................................................A84

SHES Floor Plan ..............................................................................................A116

SHES and Parking Lot Map .............................................................................A117

SHES Ballistics Diagram .................................................................................A118

SHES Exterior Description ...............................................................................A119

SHES Lobby, Hallway, Room 9 and Ballistics Description .............................A125

SHES Classroom 8 Ballistics Description ........................................................A134

SHES Classroom 10 Ballistics and Shooter Description ..................................A136

SHES Weight – Guns and Ammunition ............................................................A141

---

[1] Because of its volume, the Appendix to this report is published as a separate document. Some of the search warrants and reports contained in the Appendix have been redacted to meet court orders, exceptions to the Freedom of Information Act, protect the identity of witnesses, protect records of child abuse or personal identification information.

SHES Newtown Emergency Response Plan.................................................................A144

SHES Photographs.........................................................................................................A165

Yogananda Scene Description ......................................................................................A180

Yogananda Digital Image Report ................................................................................A188

Yogananda Photographs ...............................................................................................A193

Yogananda Review of Electronic Evidence ...............................................................A211

Yogananda - Book of Granny .......................................................................................A220

Yogananda GPS Routes.................................................................................................A223

Lanza, Adam – Toxicology...........................................................................................A231

# EXECUTIVE SUMMARY

The purpose of this report is to identify the person or persons criminally responsible for the twenty-seven homicides that occurred in Newtown, Connecticut, on the morning of December 14, 2012, to determine what crimes were committed, and to indicate if there will be any state prosecutions as a result of the incident.

The State's Attorney for the Judicial District of Danbury is charged, pursuant to Article IV, Section 27 of the Constitution of the State of Connecticut and Connecticut General Statutes (C.G.S.) Sec. 51-276 *et seq.*, with the investigation and prosecution of all criminal offenses occurring within the Judicial District of Danbury. The Connecticut State Police have the responsibility to prevent and detect violations of the law and this State's Attorney has worked with and relied upon the Connecticut State Police since the incident occurred.

Since December 14, 2012, the Connecticut State Police and the State's Attorney's Office have worked with the federal authorities sharing responsibilities for various aspects of this investigation. Numerous other municipal, state and federal agencies assisted in the investigation. The investigation materials reflect thousands of law enforcement and prosecutor hours. Apart from physical evidence, the materials consist of more than seven-hundred individual files that include reports, statements, interviews, videos, laboratory tests and results, photographs, diagrams, search warrants and returns, as well as evaluations of those items.

In the course of the investigation, both state and federal law enforcement personnel received a large number of contacts purporting to provide information on the shootings and the shooter. Although many times these "leads" would go nowhere, each one was evaluated and often required substantial law enforcement time to pursue. An abundance of caution was used during the investigation to ensure that all leads were looked into, despite the fact that more than 40 such "leads" proved, after investigation, to be unsubstantiated. Information that was substantiated and relevant was made part of the investigation.

It is not the intent of this report to convey every piece of information contained in the voluminous investigation materials developed by the Connecticut State Police and other law enforcement agencies, but to provide information relevant to the purposes of this report. While no report is statutorily required of the State's Attorney once an investigation is complete, it has been the practice of State's Attorneys to issue reports on criminal investigations where there is no arrest and prosecution if the State's Attorney determines that some type of public statement is necessary. Given the gravity of the crimes committed on December 14, 2012, a report is in order.

On the morning of December 14, 2012, the shooter, age 20, heavily armed, went to Sandy Hook Elementary School (SHES) in Newtown, where he shot his way into the locked school building with a Bushmaster Model XM15-E2S rifle. He then shot and killed the principal and school psychologist as they were in the north hallway of the school responding to the noise of the shooter coming into the school. The shooter also shot and injured two other staff members who were also in the hallway.

1

The shooter then went into the main office, apparently did not see the staff who were hiding there, and returned to the hallway.

After leaving the main office, the shooter then went down the same hallway in which he had just killed two people and entered first grade classrooms 8 and 10, the order in which is unknown. While in those rooms he killed the two adults in each room, fifteen children in classroom 8 and five in classroom 10. All of the killings were done with the Bushmaster rifle.

He then took his own life with a single shot from a Glock 20, 10 mm pistol in classroom 10.

Prior to going to the school, the shooter used a .22 caliber Savage Mark II rifle to shoot and kill his mother in her bed at the home where they lived at 36 Yogananda Street in Newtown.

The response to these crimes began unfolding at 9:35:39 a.m. when the first 911 call was received by the Newtown Police Department. With the receipt of that call, the dispatching and the arrival of the police, the law enforcement response to the shootings began. It was fewer than four minutes from the time the first 911 call was received until the first police officer arrived at the school. It was fewer than five minutes from the first 911 call, and one minute after the arrival of the first officer, that the shooter killed himself. It was fewer than six minutes from the time the first police officer arrived on SHES property to the time the first police officer entered the school building. In fewer than 11 minutes twenty first-grade pupils and six adults had lost their lives.

The following weapons were recovered in the course of this investigation: (1) a Bushmaster Model XM15-E2S semi-automatic rifle, found in the same classroom as the shooter's body. All of the 5.56 mm shell casings from the school that were tested were found to have been fired from this rifle. (2) a Glock 20, 10 mm semi-automatic pistol found near the shooter's body and determined to have been the source of the self-inflicted gunshot wound by which he took his own life. (3) a Sig Sauer P226, 9 mm semi-automatic pistol found on the shooter's person. There is no evidence this weapon had been fired. (4) a Izhmash Saiga-12, 12 gauge semi-automatic shotgun found in the shooter's car in the parking lot outside the school, and which was secured in the vehicle's trunk by police responding to the scene. There is no evidence this weapon had been fired. (5) a Savage Mark II rifle found at 36 Yogananda Street on the floor of the master bedroom near the bed where the body of the shooter's mother was found. This rifle also was found to have fired the four bullets recovered during the autopsy of the shooter's mother.

All of the firearms were legally purchased by the shooter's mother. Additionally, ammunition of the types found had been purchased by the mother in the past, and there is no evidence that the ammunition was purchased by anyone else, including the shooter.

At the date of this writing, there is no evidence to suggest that anyone other than the shooter was aware of or involved in the planning and execution of the crimes that were committed on December 14, 2012, at Sandy Hook Elementary School and 36 Yogananda Street. From the time an unknown male was encountered by the Newtown police outside of the school during the initial response, until well after the staff and children had been evacuated, the thought that there may have been more than one shooter was a condition all responding law enforcement worked under as they cleared the school. Individuals located in the wooded areas surrounding the school

as the searches and evacuations were taking place were initially treated as suspect and handled accordingly (including being handcuffed) until their identity could be determined. The circumstances surrounding all of these individuals were fully investigated and revealed no additional shooters. DNA testing of evidence recovered from both the school and 36 Yogananda Street also revealed no potential accessories or co-conspirators.

It is the conclusion of this State's Attorney that the shooter acted alone and was solely criminally responsible for his actions of that day. Moreover, none of the evidence developed to date demonstrates probable cause to believe that any other person conspired with the shooter to commit these crimes or aided and abetted him in doing so.

Unless additional – and at this time unanticipated – evidence is developed, there will be no state criminal prosecution as result of these crimes. With the issuance of this report, the investigation is closed. Should additional reliable information related to the existence of accessories or co-conspirators come to the attention of the investigators, the investigation will be reopened.[2]

In the course of his rampage the shooter committed a number of crimes in violation of our Connecticut Penal Code. The most significant are those where lives were taken and people were physically injured. In Sandy Hook Elementary School, the crime of Murder under Special Circumstances, in violation of C.G.S. Sec. 53a-54b, was committed twenty-six times and Attempted Murder under Special Circumstances in violation of C.G.S. Secs. 53a-49 and 53a-54b was committed twice as it relates to the two individuals who were shot by the shooter and survived. The crime of Murder in violation of C.G.S. Sec. 53a-54 was committed by the shooter in killing his mother.

The obvious question that remains is: "Why did the shooter murder twenty-seven people, including twenty children?" Unfortunately, that question may never be answered conclusively, despite the collection of extensive background information on the shooter through a multitude of interviews and other sources. The evidence clearly shows that the shooter planned his actions, including the taking of his own life, but there is no clear indication why he did so, or why he targeted Sandy Hook Elementary School.

It is known that the shooter had significant mental health issues that affected his ability to live a normal life and to interact with others, even those to whom he should have been close. As an adult he did not recognize or help himself deal with those issues. What contribution this made to the shootings, if any, is unknown as those mental health professionals who saw him did not see anything that would have predicted his future behavior. He had a familiarity with and access to firearms and ammunition and an obsession with mass murders, in particular the April 1999 shootings at Columbine High School in Colorado. Investigators however, have not discovered any evidence that the shooter voiced or gave any indication to others that he intended to commit such a crime himself.

---

[2] It should be noted that potentially important evidence, i.e., a computer hard drive recovered from the shooter's home, as of this date remains unreadable. Additional insight could be gained should efforts to recover data from the hard drive ever prove successful, which at this time appears highly improbable. It is because of this improbability, coupled with the current determination of no accessories or co-conspirators that the case is being closed.

This State's Attorney expresses his sincere sympathy and condolences to the victims of the incident of December 14, 2012, and to their families. He also expresses his appreciation for their continued patience and understanding during the course of the investigation and preparation of this report. He acknowledges and thanks law enforcement, which responded to Sandy Hook Elementary School in minutes and entered the building believing someone could be there ready to take *their* lives as well. He also acknowledges and thanks the staff of the Sandy Hook Elementary School who acted heroically. The combination saved many children's lives.

This report would not have been possible if not for the assistance and cooperation of numerous agencies at the state, local and federal levels of government. The State's Attorney expresses his sincere gratitude and appreciation to all of these agencies and to all of the men and women who contributed so much to this investigation. The assistance of federal authorities has been invaluable. Particularly worthy of special note are the men and women of the Connecticut State Police, and in particular, the Western District Major Crime Squad. The thoroughness and sensitivity with which they conducted their investigation is unmatched in my experience.

## INTRODUCTION

On the morning of December 14, 2012, Adam Lanza, the shooter,[3] age 20, went to Sandy Hook Elementary School (also SHES) in Newtown, Connecticut, where he shot his way into the building and killed twenty children and six adults and wounded two other adults, all with a Bushmaster Model XM15-E2S rifle. The shooter then took his own life with a single shot from a Glock 20, 10 mm handgun. From the time the doors of the school were locked at 9:30 a.m. until the time it is believed the shooter killed himself at 9:40:03, fewer than 11 minutes had elapsed.

Prior to going to the school, the shooter used a .22 caliber Savage Mark II rifle to shoot and kill his mother in her bed. This occurred at the home where they lived at 36 Yogananda Street, also in Newtown.

With these unprecedented horrific crimes came a responsibility for an investigation to determine what crimes were committed and, more importantly, if the shooter acted alone. Any person who aided and abetted the shooter or who conspired with him had to be held accountable.

Beginning on December 14, 2012, the Connecticut State Police and the State's Attorney's Office worked in cooperation with the federal authorities sharing responsibilities for various aspects of the case. The federal involvement has been invaluable. Though some evidence is still being examined, there is no indication in the investigation by either state or federal authorities to date that the shooter acted with anyone on December 14, 2012, or had co-conspirators or accessories who could be prosecuted.

In addition to physical evidence,[4] the investigation materials contain over seven-hundred individual files that include reports, statements, interviews, videos, laboratory tests and results, photographs, diagrams, search warrants and search warrant returns as well as evaluations of those items. Investigators interviewed individuals who were present at SHES on December 14, 2012, and witnessed the incident, among them staff members, parents of students and neighbors. Special attention and consideration was given to the interviewing of child witnesses, given their traumatic experience. Also interviewed were police officers and other first responders who were present at SHES during the course of the incident itself and in the course of the subsequent search, evacuation of the school and processing of the scenes.

Investigators attempted to obtain as much information about the shooter's life as possible in an effort to determine the reasons or motives for his actions on December 14, 2012. Interviews were conducted with members of the shooter's family, those who knew the shooter or his family throughout his life, as well as teachers and school personnel who had been involved with him and his family over his time in Newtown.

Efforts were made within the limits of privacy laws to gather information on medical consultations and/or treatments the shooter was involved with over the course of his years in Newtown. In doing so, investigators found no evidence to suggest the shooter had taken any

---

[3] Throughout the remainder of this report Adam Lanza will be referred to as "the shooter."

[4] Over 270 evidence designations were used, many grouping related items as one number.

medication that would affect his behavior or by any means to explain his actions on December 14, 2012.

An investigation of this magnitude requires careful planning and review. The interviews took substantial time, first to identify which individuals should be interviewed and then to conduct the actual interviews. Physical evidence had to be examined and forensically reviewed. This included ballistics, fingerprint and DNA analysis. Additionally, all of the information collected had to be reviewed and summarized in written statements that have since become a part of the investigation, reflecting thousands of dedicated law enforcement and prosecutor hours.

I had been working closely with the Connecticut State Police, who conducted the state investigation, and federal law enforcement officers since December 2012. Once the investigation was delivered for my review, I took the time to read, digest, evaluate and summarize the material, mindful of the privacy interests involved and the approaching December 14, 2012, anniversary.

The federal authorities have stated that under federal law many of their reports and materials cannot become part of the public record due to rules regarding the dissemination of information obtained pursuant to grand jury subpoenas, sealed search warrants, and federal Freedom of Information law. Therefore, information obtained by federal authorities will not, for the most part, be incorporated into the Connecticut State Police criminal investigation file.

While the reports and materials will not be part of the state investigation record, such materials have been examined and considered by state law enforcement authorities. Based upon a review of all of the documentation, both state and federal, we are left confident at this time that the evidence developed to date does not reveal co-conspirators or accessories. Accordingly, as a result of the investigation to date, there will be no state criminal prosecution of anyone.

## PURPOSE AND SCOPE OF REPORT

The State's Attorney's Office for the Judicial District of Danbury is charged, pursuant to Article IV, Sec. 27 of the Connecticut State Constitution[5] and Connecticut General Statutes (C.G.S.) Sec. 51-276[6] *et seq.*, with the investigation and prosecution of all criminal offenses occurring within the Judicial District of Danbury. The Connecticut State Police have the responsibility to prevent and detect violations of the law and this State's Attorney has worked with and relied upon the Connecticut State Police since the incident occurred. The investigation has been

---

[5] Connecticut Constitution Article 4, Sec. 27. There shall be established within the executive department a division of criminal justice *which shall be in charge of the investigation and prosecution of all criminal matters.* Said division shall include the chief state's attorney, who shall be its administrative head, and the state's attorneys for each judicial district, which districts shall be established by law. The prosecutorial power of the state shall be vested in a chief state's attorney and the state's attorney for each judicial district.

[6] Sec. 51-276. Division established. There is hereby established the Division of Criminal Justice within the Executive Department, which shall be in charge of the investigation and prosecution of all criminal matters in the Superior Court. The Division of Criminal Justice shall be an agency within the Executive Department with all management rights except appointment of all state's attorneys.

tirelessly conducted by the Connecticut State Police (also CSP) with the assistance of multiple local, state and federal agencies, both in and out of Connecticut.

While no report is statutorily required of the State's Attorney once the investigation is complete, it has been the practice of state's attorneys to issue reports on criminal investigations where there is no arrest and prosecution if the state's attorney determines that some type of public statement is necessary.[7] Given the gravity of the crimes committed on December 14, 2012, a report is in order.

The purpose of this report is to identify the person or persons criminally responsible for the twenty-seven homicides that occurred in Newtown, Connecticut,[8] on the morning of December 14, 2012, to determine what crimes were committed, and to indicate if there will be any state prosecutions as a result of the incident.

Many witnesses to this case have expressed great concern that their identities will be disclosed publicly and make them susceptible to threats or intimidation as a result of their cooperation or connection with the investigation.[9] This cooperation has been essential and greatly appreciated. As a result of the witnesses' concerns, this report will not identify lay witnesses, except where necessary.

Consistent with Public Act 13-311,[10] exceptions to the state Freedom of Information Act[11] and C.G.S. Sec. 17a-101k(a)[12] this report will not list the names of the twenty children killed in

---

[7] See for example: Statement of David I. Cohen, State's Attorney for the Judicial District of Stamford/Norwalk, in reference to the February 16, 2009, attack on Charla Nash by the Chimpanzee Named Travis, Issued December 7, 2009; Statement of the State's Attorney for the Judicial District of Stamford-Norwalk Concerning the Fatal Fire on December 25, 2011, at 2267 Shippan Avenue, Stamford, Issued June 8, 2012; and Report of the State's Attorney for the Judicial District of Ansonia-Milford on the Murder of Shangyl Rasim on January 17, 2010, Issued May 24, 2010.

[8] Newtown, Connecticut is within the Judicial District of Danbury.

[9] In fact, some witnesses have had that occur to them.

[10] An Act Limiting the Disclosure of Certain Records of Law Enforcement Agencies and Establishing a Task Force Concerning Victim Privacy Under the Freedom of Information Act.

[11] See C.G.S. Sec. 1-210.

[12] Sec. 17a-101k. Registry of findings of abuse or neglect of children maintained by Commissioner of Children and Families. Notice of finding of abuse or neglect of child. Appeal of finding. Hearing procedure. Appeal after hearing. Confidentiality. Regulations. (a) The Commissioner of Children and Families shall maintain a registry of the commissioner's findings of abuse or neglect of children pursuant to section 17a-101g that conforms to the requirements of this section. The regulations adopted pursuant to subsection (i) of this section shall provide for the use of the registry on a twenty-four-hour daily basis to prevent or discover abuse of children and the establishment of a hearing process for any appeal by a person of the commissioner's determination that such person is responsible for the abuse or neglect of a child pursuant to subsection (b) of section 17a-101g. The information contained in the registry and any other information relative to child abuse, wherever located, shall be confidential, subject to such statutes and regulations governing their use and access as shall conform to the requirements of federal law or regulations. Any violation of this section or the regulations adopted by the commissioner under this section shall be punishable by a fine of not more than one thousand dollars or imprisonment for not more than one year.

Sandy Hook Elementary School, nor will it recite 911 calls made from within the school on that morning or describe information provided by witnesses who were in the classrooms or heard what was occurring in the classrooms.

It is not the intent of this report to convey every piece of information contained in the voluminous investigation materials developed by the Connecticut State Police and other law enforcement agencies, but to provide information relevant to the purposes of this report.

---

To conclude that *all* such information, including the basic facts of the incident itself is confidential would prohibit even the disclosure of the children being killed. Such an interpretation would be unworkable and is not taken here. It is concluded though that the C.G.S. Sec. 17a-101k(a) is applicable in the present case and will be applied in the manner described.

# SANDY HOOK ELEMENTARY SCHOOL - INCIDENT AND RESPONSE

## Incident

On the morning of December 14, 2012, the shooter parked his 2010 Honda Civic next to a "No Parking" zone outside of Sandy Hook Elementary School in Newtown, Connecticut.[13] Shortly after 9:30 a.m. he approached the front entrance to the school.[14] He was armed with a Bushmaster Model XM15-E2S rifle (also Bushmaster rifle), a Glock 20, 10 mm pistol and a Sig Sauer P226, 9 mm pistol and a large supply of ammunition.

The doors to the school were locked, as they customarily were at this time, the school day having already begun. The shooter proceeded to shoot his way into the school building through the plate glass window to the right of the front lobby doors.

The main office staff reported hearing noises and glass breaking at approximately 9:35 a.m. and saw the shooter, a white male with a hat and sunglasses, come into the school building with a rifle type gun. The shooter walked normally, did not say anything and appeared to be breathing normally. He was seen shooting the rifle down the hallway.

Just down the hallway from the main office, in the direction that the shooter was to be seen firing, a 9:30 a.m. Planning and Placement Team (PPT) meeting was being held in room 9, a conference room. It was attended by Principal Dawn Hochsprung and School Psychologist Mary Sherlach, together with a parent and other school staff. Shortly after the meeting started, the attendees heard loud banging. The principal and school psychologist then left the room followed shortly after by a staff member. After leaving the room, Mrs. Hochsprung yelled "Stay put!"

As the staff member left the room, the staff member heard gunshots and saw Mrs. Hochsprung and Mrs. Sherlach fall down in front of the staff member. The staff member felt a gunshot hit the staff member's leg. Once down, the staff member was struck again by additional gunfire, but laid still in the hallway. Not seeing anyone in the hallway, the staff member crawled back into room 9 and held the door shut. A call to 911 was made and in the ensuing moments the telephone in room 9 was also used to turn on the school wide intercom system. This appears to have been done inadvertently, but provided notice to other portions of the building.[15]

---

[13] On December 13, 2012, the student enrollment was 489. Official attendance had not yet been recorded as of 9:30 a.m. on December 14, 2012. The staff for the school is 91, but on December 14, 2012, there were nine staff members absent. The staffing was at 82 for the day.

[14] A more complete description of the school building and the front entrance starts on page A119 of the Appendix. For the purposes of this report, the front of SHES faces north.

[15] Intercom system could be accessed from nine phones located in seven rooms. These telephones and rooms were three phones in the main office, the principal's office, the nurse's office (room 57), room 9 conference room, room 29, room 32 and room 60. The "All Call" which opens the intercom to the entire school was accessed by pressing "#0" from the telephones mentioned. The All Call-except quiet rooms was accessed by pressing "#1."

At the same time the shooter was firing in the hallway, another staff member was at the far east end of the hallway near classroom 1. The staff member was struck by a bullet in the foot and retreated into a classroom.

Both Dawn Hochsprung, age 47, and Mary Sherlach, age 56, died as a result of being shot. Both wounded staff members shot in the hallway were later evacuated to the hospital and survived.

After shooting and killing the two adults and wounding the two others, the shooter entered the main office. The office staff had taken shelter in the office. They heard sounds of the office door opening, footsteps walking inside the office and then back toward the office door. Staff members heard the door open a second time and then heard more gunfire from outside the office. They called 911.

Where the shooter specifically went next is unclear. The evidence and witness statements establish the shooter went down the hallway in an easterly direction ultimately entering first grade classrooms 8 and 10. The order is not definitively known. While in classrooms 8 and 10, the shooter shot and killed four adults and twenty children with the Bushmaster rifle. Twelve children survived, one from classroom 8 and eleven from classroom 10.

The shooter finally killed himself in classroom 10 with one gunshot to his head from a Glock 20, 10 mm pistol. This is believed to have occurred at 9:40:03.[16]

Classroom 8's substitute teacher was Lauren Rousseau, age 30, who was assisted by Rachel D'Avino, age 29, a behavioral therapist. Fifteen children were found by police. Fourteen who were deceased and one who was transported to Danbury Hospital and later pronounced dead. The two adults were found deceased close to the children. In all, seventeen people were killed in classroom 8. A sixteenth child survived and exited classroom 8 after the police arrived.

Classroom 10's teacher was Victoria Soto, age 27. Working with her was Anne Marie Murphy, age 52, a behavioral therapist. Five children were found, with Mrs. Murphy partially covering one child. Four of the five children were deceased. One of the five children was transported to the hospital and pronounced dead. Miss Soto was found deceased in the room near the north wall with a set of keys nearby. Nine children had run out of the room and survived. A police officer found two uninjured children in the class restroom.

In all, eighteen children and six adult school staff members were found deceased within the school. Two more children were pronounced dead at Danbury Hospital. Two other adult school staff members were injured and were treated at nearby hospitals and survived.

The two classrooms on either side of 8 and 10 were numbered 6 and 12. Classroom 6 was on the eastern side of classroom 8 and classroom 12 was on the western side of classroom 10. Staff and students hid in the class restrooms, locking the restroom doors from the inside.

---

[16] See the time line in the Appendix starting at page A84.

Throughout the rest of the school, staff and students hid themselves wherever they happened to be at the time they became aware of gunfire. The staff used various ways to keep the children calm, from reading to having them color or draw pictures. Those hiding in rooms closest to the shooter kept silent. Some people were able to escape out of the building prior to the police arrival and went to Sandy Hook center, nearby residences, or received rides from parents going to the school or from passersby.

One staff member heard a loud crashing noise and ran toward the front lobby. As the staff member got closer, bullet holes could be seen and gun powder smelled. Realizing what was going on, the staff member immediately called 911, turned and went back down the hall from where the staff member had come. During the incident, while staying on the line with the 911 operator, this staff member sent other staff to their rooms or had them stay in their rooms and this staff member went about locking doors. The staff member remained in the hallway on the telephone with the 911 operator until the police arrived.

## Response

Upon the receipt of the first 911 call, law enforcement was immediately dispatched to the school. It was fewer than four minutes from the time the first 911 call was received until the first police officer arrived at SHES. It was fewer than five minutes from the time the first 911 call was received until the shooter killed himself. It was fewer than six minutes from the time the first police officer arrived on SHES property to the time the first police officer entered the school building.

Below is an abbreviated time line from the first 911 call received to the time the police entered the school building.[17]

> 9:35:39 - First 911 call to Newtown Police Department is received.
>
> 9:36:06 - Newtown Police Department dispatcher broadcasts that there is a shooting at Sandy Hook Elementary School.
>
> 9:37:38 - Connecticut State Police are dispatched to SHES for active shooter.
>
> 9:38:50 - CSP are informed that SHES is in lockdown.
>
> 9:39:00 - First Newtown police officer arrives behind SHES on Crestwood Rd.
>
> 9:39:13 - Two more Newtown officers arrive at SHES and park on the driveway near the ball field. Gunshots are heard in the background.

---

[17] See page A84 of the Appendix for full time line put together by the Connecticut State Police Western District Major Crime Squad. This time line was compiled from 911 calls, witness statements, police car cameras, police radio and police dispatch transmissions.

9:39:34 - Newtown officer encounters unknown male running along the east side of SHES with something in his hand.

9:40:03 - Last gunshot is heard. This is believed to be the final suicide shot from the shooter in classroom 10.

9:41:07 - Information is relayed as to the location of the last known gunshots heard within SHES, the front of the building.

9:41:24 - Newtown officer has unknown male prone on ground, starting information relay regarding possibly more than one shooter.

9:42:39 - Newtown officer calls out the license plate of the shooter's car.

9:44:47 - Newtown officers enter SHES.

9:46:23 - CSP arrive at SHES.

9:46:48 - CSP enter SHES.

As the gravity of the situation became known, local, state and federal agencies responded to the scene to assist.

From the time the unknown male was encountered by the Newtown police outside of SHES until after the staff and children were evacuated, all responding law enforcement operated under the belief that there may have been more than one shooter and acted accordingly.[18]

For example, K-9 units were brought in to search the area and officers were posted to act as lookouts to ensure the safety of those evacuating the school building. Some people were located in the areas surrounding the school as the searches and evacuations were taking place. Some of those individuals were treated initially as suspects and handled accordingly, including being handcuffed, until their identities and reason for being there could be determined.

Some of these detentions included:

1. The initial unknown male who turned out to be a parent with a cell telephone in his hand;
2. Two reporters located in the woods around SHES, who were held at gun point by Department of Energy and Environmental Protection (DEEP) police officers until their identities could be determined; and
3. A man from New York who was working in a nearby town and went to SHES after an application on his cell telephone alerted him to the situation at the school. He drove to the firehouse and went up to the school on foot. He was taken from the scene

_____

[18] In fact, the possibility that there was more than one shooter remained a consideration beyond December 14, 2012. It was only after potential leads were investigated that investigators became confident that the shooter was not aided in any way by others and that no one knew of the shooter's plan prior to December 14, 2012.

of the school in handcuffs and later to Newtown Police Department. It was later determined that he did not have a connection to the shooting and had gone to SHES to see what was going on.

As noted above, on December 14, 2012, there was a concern that there may have been more than one shooter. This was based upon a number of factors:

1. The initial police encounter with the unknown male outside SHES;[19]
2. Reports by school personnel during the shooting on a 911 call of seeing someone running outside the school while the shooting was ongoing;
3. The location of two black zip up sweat jackets on the ground outside of the shooter's car;
4. The discovery of an Izhmash Saiga-12, 12 gauge shotgun and ammunition in the passenger compartment of the shooter's car. A police officer moved this shotgun and ammunition to the car's trunk for safety purposes;
5. Shell casings that were located outside of the school; and
6. The apparent sound of gunfire coming from outside of the school;

The subsequent investigation revealed there were no additional shooters based upon:

1. Searches of the area and examinations of local business security surveillance videos;
2. Persons detained revealed they were not connected to the shootings. In the case of the initial unknown male, he was identified as the parent of a student and had a cell telephone, rather than a weapon, in his hand;
3. Witness interviews which indicated that no witness saw anyone other than the shooter, with a firearm;
4. Witness interviews in which it was determined that a number of SHES staff had escaped from the school through a window and had been running outside the school building during the shootings;
5. The shotgun located in the shooter's car had been purchased by the shooter's mother previously;
6. The two sweat jackets were both C-Sport brand black zip up hooded sweat jackets with no size listed and were located immediately outside the shooter's car;[20] Both are believed to have been brought there by the shooter;[21]
7. The live shotgun shells (other than the one found on the shooter and the ones found in the shooter's car) that were located inside and outside of the school were in locations where first responders had been. Additionally, there were first responders who

---

[19] The man was later determined to be the parent of one of the school's children and the item in his hand was a cell telephone.

[20] See the Appendix at page A174.

[21] A parent who arrived at SHES as the shooting was taking place saw the shooter's car parked in front of the school with the passenger side door open and the two sweat jackets on the ground near the car. To the parent, the jackets looked like two black blankets on the ground.

reported missing live shotgun rounds. Moreover, the shells were found in locations where there had not been reported sightings of any non-law enforcement individuals;

8. There were no expended shotgun shells found in the actual crime scene nor were any expended 12 gauge shotgun pellets or slugs recovered;

9. The only expended casings located outside of the school building were 5.56 mm casings located just outside the school's front entrance, consistent with the shooter's entry into the school; and

10. The officer who heard what he believed to be outside gunfire was in a position to have heard the shooter's gunfire coming from window openings in the classroom in which the shooter was firing.

Stopping the active shooter was the first priority. Once that occurred, the location and treatment of the victims, the search for additional shooters, and the safe evacuation of the school were of primary importance.[22] The collection of evidence and the preservation and documentation of the crime scene, while important, came second.

Two command centers were set up, one at the firehouse on Riverside Road and the other at Newtown's Emergency Operations Center, located on the Newtown Fairfield Hills Campus. In the week immediately after the shootings, services to victims' families and victims, as well as support to the investigators in the school were handled out of the firehouse. All other aspects of the investigation not related to the school itself were run out of the Emergency Operations Center.

Investigation responsibilities were handled as follows:[23]

**Connecticut State Police (CSP)**

> **CSP-Western District Major Crime (WDMC)** squad was the lead CSP unit for the entire investigation and acted as the coordinating law enforcement agency for other agencies and units of the CSP.[24] The van unit processed the interior of SHES.

> **CSP-Central District Major Crime (CDMC)** squad van unit processed the exterior of SHES, including the shooter's car, and established the temporary morgue[25] with the

---

[22] One of the difficulties encountered was the inability of state police radios to operate within SHES.

[23] This report does not include a listing of all of the law-enforcement and non-law enforcement service providers and their actions. In the days and weeks that followed the tragedy, local, state and federal agencies provided help to the Town of Newtown and its families through counseling, funeral protection, traffic control, handling bomb threats as well as many other services. Additionally, the CSP set up an invaluable law enforcement liaison program with the families of the deceased victims in which a state or local police officer was specifically assigned to the family of a deceased victim to provide communication and protection in the days and weeks that followed December 14th.

[24] WDMC Squad and Van, as the lead CSP unit, over the course of the week that followed was there for seven days processing the interior scene, the shooter and victims' personal effects, including assisting with the packing and removal of furniture from the immediate scene.

[25] The Department of Public Health provided and set up the portable tent used for the temporary morgue.

OCME to identify and document the decedents prior to their being moved to the OCME in Farmington.[26] CDMC also attended the autopsies at the OCME and did a secondary search of 36 Yogananda Street, as well as photographing doors and locks in SHES.

**Eastern District Major Crime (EDMC)** squad processed the scene at 36 Yogananda Street and were the investigators for the shooting of Nancy Lanza, the shooter's mother.

**CSP-Emergency Services Unit (ESU), Tactical Teams**, were assigned to both SHES and 36 Yogananda Street to handle the clearing of the scenes and rendering them safe.[27]

**CSP – Troop A, Southbury and CSP from other troops and units,** in addition to being first responders, worked to secure the scene and worked with WDMC and the OCME.

**Computer Crimes and Electronic Evidence Unit** handled the seizure and examination of additional electronic evidence from 36 Yogananda Street together with EDMC, CDMC and WDMC.

**CSP - Collision, Analysis and Reconstruction Squad (CARS)** was assigned to produce the sketch maps for both the interior and exterior of the school.

**CSP -** On December 14, 2012, virtually every aspect of the CSP was engaged in the response to SHES and 36 Yogananda Street. For example, included in the first responders were troopers and detectives, not only from Troop A in Southbury, but other troops and units as well, including the Statewide Narcotics Task Force.

**Department of Energy and Environmental Protection (DEEP)** provided first responders at SHES.

**Forensic Science Laboratory, Division of Scientific Services, Department of Emergency Services and Public Protection (DESPP)** examined items seized and collected from SHES and 36 Yogananda Street.

**Office of the Chief Medical Examiner (OCME)** was responsible for investigating the cause and manner of the deaths involved in this case and worked with the CSP in setting up the temporary morgue at SHES that was used to identify and document the deceased prior to their being moved to Farmington.

**Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)** in addition to responding to both scenes, worked on the firearms aspect of the investigation.

---

[26] WDMC and CDMC personnel were also assigned and paired with the FBI to conduct interviews and neighborhood canvasses as well as assist with the identification of victims, investigate a report of another shooter at a hospital, as well as prepare search warrants and attend autopsies.

[27] There were numerous law enforcement agencies that worked on the clearing of SHES and the protection of those who were doing the clearing.

**Federal Bureau of Investigation (FBI)** – in addition to responding to the scenes, handled interviewing of witnesses and investigation both at a local level and on a national level. The Tactical Team assisted with the clearing of the school. The Behavioral Analysis Unit (BAU), as part of the search warrant execution for 36 Yogananda Street, was provided with materials for review. They provided their expertise in the preparation of witness interviews. The Victim Assistance Unit worked with victims' families, victims and witnesses.

**United States Attorney's Office** was stationed at the Emergency Operations Center overseeing the investigation into the possible commission of federal crimes and the issuance of federal legal process, as well as coordinating the various federal agencies involved in assisting with the state investigation.

**United States Marshals Service, Technical Operations Group** provided technical and investigation assistance.

**United States Postal Service** looked for mail that may have been relevant to the investigation.

**Municipal Police Departments** from around the state assisted throughout the Town of Newtown, including being first responders at SHES, handling calls in town and the tremendous inflow of media and visitors to the Town in the weeks after December 14, 2012.

**Newtown Police Department** in addition to being first responders, worked to secure the scene and assisted WDMC.

**Office of the State's Attorney, Judicial District of Danbury (SAO)** – oversaw the state investigation, working with the Connecticut State Police. Together with the assistance of the Office of the Chief State's Attorney, the SAO was stationed at the Emergency Operations Center starting December 14, 2012, and oversaw the legal issues and state aspect of the investigation including search warrant review, child witness issues, working with the federal authorities, etc.

## SANDY HOOK ELEMENTARY SCHOOL – SCENE INVESTIGATION

On the afternoon of December 14, 2012, the WDMC and CDMC van units began documenting the crime scene and collecting evidence. The units could not begin this process until the scene was declared safe. The scene processing took seven days.

The scene was thoroughly processed, with the WDMC van unit handling the interior of SHES and the CDMC van unit covering the exterior. This processing included extensive written documentation as well as taking videos and thousands of photographs and measurements. In addition to the recovery of evidence, bullet trajectories were analyzed and documented.

My description of the scene processing starts with the front entrance and moves into the school building itself. This does not necessarily reflect the actual order in which the crime scene was processed. Many descriptions come directly from the investigation reports but are not in quotation marks to ease reading.

The conditions of windows and doors were documented, but some may have been disturbed by police and emergency personnel during the emergency response and protective sweep of the building. Similarly, other items of evidence, such as shell casings, may not have been found in their original positions because, as mentioned previously, the first priority was to locate and neutralize any active shooter, followed by the location and treatment of the victims, the search for additional shooters and the safe evacuation of the school. Only then could evidence collection begin.

**Interior**

Sandy Hook Elementary School was[28] a one story brick public school building of approximately 66,000 square feet, built in 1954. The building was on Dickinson Drive off of Riverside Road in the Sandy Hook section of Newtown. The front of the building sat in a magnetic northeast direction, but will be considered north for the purposes of this report. See the diagram at page 19.

SHES was rectangular in shape with four hallways in the main building and portable classrooms attached to the rear (south) side which were accessed from the south side of the main building. Classrooms on the exterior walls had even numbers and interior classrooms had odd numbers.

-   **Main entrance**

The main entrance to the school was located next to the large glass window that the shooter shot out to enter the school. A patio area was just before the entrance doors. The entrance to the lobby consisted of two sets of locked full glass doors that opened outwardly using a pull handle. They were separated by a small vestibule. The doors were secured with an electronic locking mechanism. The doors could be opened from the inside with a horizontal push bar across the middle of the door.

The broken area of the window that the shooter shot out measured approximately 35.33 inches wide and 42.5 inches high.[29]

The exterior of the main entrance door way had a call box, buzzer system with a video camera. The call box was installed in 2005. The video camera did not record, but the video could be viewed live on three monitoring systems on the secretaries' desks in the main office, with no recording capabilities. The electronic unlocking of the front doors was done by using a "key button" on any of the three monitoring systems.

Glass shards were located just before and to the side of the outside entrance doors on the patio and plantings in the area and also on the floor in the lobby.[30] Eight expended brass colored 5.56

---

[28] SHES was demolished in October and November 2013.

[29] See the Appendix starting at page A168.

[30] See the Appendix at page A169 and A171.

mm bullet casings stamped with "S&B 60 5.56x45"[31] were located in the area outside the broken window and front entrance doors. These were seized.

The front entrance led into the school's lobby. The lobby measured approximately 28 feet north to south and 36 feet east to west. The southeast corner of the lobby allowed open access to the north hallway of the school. Sixteen brass colored expended 5.56 mm bullet casings were located on the floor within the lobby area and were seized. Furniture in the lobby area had holes consistent with having been struck by a bullet. There were eleven damaged areas consistent with bullet strikes in the lobby.

- **North Hallway**

The hallway on the north side of the building, where the shootings occurred, ran east to west and contained the lobby and main office, inside of which was the nurse's office. The hallway also contained rooms numbered 1-10, 11A-5 and 12. The bulk of the scene processing occurred in this area. See the diagram on page 19.

The ceiling as in the lobby was 8 feet high. And the width of the hall was 8.5 feet. The even numbered rooms were on the north side of the hallway with classroom 12 being the western most classroom and classroom 2 being the eastern most. The odd numbered rooms were on the south side of the hallway with the main office being the western most room and classroom 1 being the eastern most. East of the main office was a closet labeled "11A-5 storage" and the east of the closet was a conference room identified as Room 9.

The doors in the hallway all locked from the outside with a key. The interior door handles had no locking mechanism. All of the doors opened outwardly toward the hallway. All doors were solid wood with a circular window in the upper half of the door.[32]

All classrooms in the north hallway had a restroom and a closet. The restrooms were uniformly designed, approximately 4 feet 7 inches by 3 feet 6 inches with a solid wood door. The door of each restroom opened inward and away from the toilet. Each restroom door had a knob push button lock on the inside handle and a key lock on the outside handle.[33] The conference room did not have a restroom.

Classrooms in the north hallway 12 and 10, 8 and 6, 6 and 4, and 3 and 5 respectively had an interior door that was shared by the two classrooms.

---

[31] The ammunition used by the shooter in the Bushmaster rifle has been described as .223 caliber, 5.56 mm NATO and 5.56 X 45. All of these descriptions are for similar bullets (cartridges) that can be fired from the Bushmaster rifle. The ammunition that the shooter used in this case for the Bushmaster bore the stamp "S&B 60 5.56 X 45" on the base of the cartridges and will be referred to as a 5.56 mm round. The distinction between a .223 cal. and a 5.56 mm is not relevant to this report.

[32] See the Appendix at page A178 for an example of classroom door locks.

[33] See the Appendix at page A177 for an example of restroom door locks.



N

19

g and Mrs. Sherlach were located in the western-most area of the
by. One brass colored expended 5.56 mm casing was located and
area of Mrs. Hochsprung and Mrs. Sherlach.[34] In addition to the 5.56
shell casing was found in the north hallway and was later identified as
the Glock 20, 10 mm pistol found near the shooter.

### Room (Room 9)

9 was on the south side of the north hallway on the opposite side of the
proximately 16 feet east of the door for classroom 12. The room had a telephone
e center of the west wall.

### assroom 12

om 12 was located on the north side of the north hallway and was the first classroom east
e front lobby. The classroom door was located 23 feet east of the lobby. The window to the
r was covered on the hallway side with dark colored paper that was there from a previous
ckdown drill.

### - Classroom 10

Classroom 10 was located on the north side of the north hallway and was the second classroom
east of the front lobby. The hallway door was approximately 27 feet east of classroom 12. The
window was not completely covered, but did have a decoration over part of the inside of the
window.

The room measured 27 feet east to west and 30 feet north to south with carpeted floors and
painted cinder block walls. There were large windows across the north wall, which provided a
view into the front (north) parking lot. Fluorescent ceiling lights turned on automatically when
the room was entered. As mentioned previously, there was a restroom in the room and a closet.
This closet door had no lock. The door that provided access to classroom 12 was on the center of
the west wall. This had a key lock on both sides and the door was unlocked. There was a
telephone mounted on the south side of the east wall north of the closet. An Emergency
Response Packet Plan was hanging on the south wall. The packet was above a map depicting the
emergency evacuation route for this classroom.

The classroom door that opened into the north hallway could only be locked with a key from the
outside (hallway side). The door was unlocked with no signs of forced entry.

In the window area for classroom 10 there were no less than nine holes consistent with being
bullet holes. Investigators conducted a trajectory analysis of the shots that went through the
window area of classroom 10. No determination could be made as to whether the shots through
the window area were intended for the outside of the building. In other words, it could not be
determined whether the shooter, while in classroom 10, had intentionally fired at something or

---

[34] See the Appendix starting at page A130 for a description of the ballistics evidence from the north hallway.

someone outside of the building. There was no indication that any shots through the window area of classroom 10 came from outside of the school. All of the evidence indicates that shots went out of the window area of classroom 10 and into the parking area north of the school.

Classroom 10 evidence is further described below.

- **Classroom 8**

Classroom 8 was located on the north side of the north hallway and was the third classroom east of the front lobby, with its entrance door approximately 27 feet east of classroom 10. As with the others, its classroom door opened out into the hallway and could only be locked from the hallway side with a key. The window was not covered. The classroom door to the hallway was unlocked with no signs of forced entry.

The room dimensions and construction were similar to those of classrooms 10 and 12. There was also a restroom in this classroom. The closet door in classroom 8 had no locking device. There were also large glass windows across the north wall providing a view into the front (north) parking lot of the school. There was a wall telephone in the room on the south side of the east wall, north of the closet. An "Emergency Response Plan" packet was hanging on the south wall adjacent to the east side of the entrance door. This packet was above a map depicting the emergency evacuation route for the classroom.

The door that connected into classroom 6 was on the north side of the east wall, had key locks on both sides of the door. The door was unlocked.

Ballistic evidence located in classroom 8 is described in the Appendix at page A134, which includes a total of twenty-four rounds of 5.56 mm ammunition found, of which ten rounds were in one PMAG 30 magazine, thirteen rounds were in another such magazine and one live round was on the floor. There was a third empty PMAG 30 magazine seized. There were a total of eighty expended 5.56 mm casings seized from classroom 8.

- **Classrooms 6 and 4**

Located on the floor of classroom 6 was one live round "Federal Tactical" 12 gauge shotgun slug shell (Exhibit 49). This shotgun shell was made of clear-like plastic and was different in color from the shotgun shell that was seized on the shooter's person. On the floor of classroom 4 was a blue colored 12 gauge slug shotgun shell with the word "Federal Premium Tactical Rifled slug" stamped on the side and "12 GA Made in USA stamped on the head of the shell (Exhibit 99). This shotgun shell was made of a blue colored plastic and also was different in color from the shotgun gun shell that was seized from the shooter's person.

As mentioned previously, the loose shotgun shells not found on the shooter were in locations where first responders had been and had reported missing shotgun shells. Additionally, there were no witness reports of any persons being seen with firearms other than first responders in those locations, there were no expended shotgun shell casings or projectiles recovered at the scene and the live shotgun shell on the shooter's person and those recovered from his car did not

match any of those recovered from the three locations. No shotgun was recovered from the school. It is believed that these live shells were dropped by first responders.

- **Shooter**

Responding police officers found the shooter in classroom 10 northwest of the hallway entrance dead from a self-inflicted gunshot wound to the head. He was wearing a pale green pocket vest over a black polo style short sleeve shirt over a black t-shirt. He had yellow colored earplugs in each ear. He was wearing black cargo pocket pants, black socks, black sneakers, a black canvas belt and black fingerless gloves on each hand. He had an empty camouflage drop holster that was affixed to his right thigh.

After all of the victims were removed from the school, the shooter's body was removed once all firearms and ballistic evidence were recovered from his person. The body was moved to the OCME on December 15, 2012.

- **Weapons on Shooter and Ammunition in Classroom 10**

The weapons on the shooter together with a description of items seized related to the shooting are contained in the Appendix starting at page A136. On the shooter's person was a loaded semi-automatic Sig Sauer P226, 9 mm pistol and additional ammunition. Located near the shooter was a partially loaded Glock 20, 10 mm semi-automatic pistol that appeared to be jammed.

A Bushmaster Model XM15-E2S rifle was located some distance away from the shooter. The rifle's shoulder strap was attached in the front but disconnected at the butt of the rifle. The disconnected rear portion was the result of a failed nut attachment. It is unknown if the nut failed while the rifle was being used or as the result of being dropped or thrown to the floor.

The Bushmaster rifle was found with the safety in the "fire" position. There was one live 5.56 mm round in the chamber and one PMAG 30 magazine in the magazine well. The magazine contained fourteen live 5.56 mm rounds of ammunition. The rifle did not appear to have malfunctioned when observed by the WDMC van unit, but a CSP-ESU report described the weapon as appearing to have jammed. When tested later, the rifle functioned properly.

Two empty PMAG 30 magazines that were duct-taped together in a tactical configuration and one live 5.56 mm round were found near the rifle.

Officers found two-hundred-fifty-three live rounds on the shooter's body: one-hundred-sixteen 9 mm rounds, seventy-five rounds of 10 mm, sixty-one rounds of 5.56 mm and one 12 gauge shotgun shell. Officers also seized forty-six 5.56 mm live rounds. This consisted of fifteen from the rifle, one from the floor and thirty from the magazine under the body of the shooter, as well as thirteen 10 mm live rounds (nine from the Glock and four from the floor). There were forty-nine expended 5.56 mm casings seized and one 10 mm casing from classroom 10. Total live rounds seized were three-hundred-twelve and total expended casings seized from classroom 10 were fifty.

**Exterior**

CDMC processed the exterior of SHES.

- **Shooter's Car**

The shooter's car was found parked in front of the school, west of the front entrance, next to a "No Parking" zone. It was a black 2010 Honda Civic with Connecticut registration 872YEO. The car was registered to his mother, Nancy Lanza, but had been purchased for him.

Recovered from the car was an Izhmash Saiga-12, 12 gauge shotgun with two magazines containing a total of twenty rounds of ammunition.[35] The shotgun and ammunition were originally seen in the passenger compartment of the car and were moved by police to the car's trunk for safekeeping during the initial response and evacuation.

- **Parking Lot**

There were a number of cars parked in the north parking lot of SHES. Three of these cars were struck by gunfire. None of the cars struck belonged to law enforcement. A total of five strikes to those three cars were identified as having come from classroom 10. It could not be determined whether these shots were intended to go outside of the classroom.

Also found in the north parking lot, was a shotgun shell that was dropped by a first responder.


## SANDY HOOK ELEMENTARY SCHOOL – AUTOPSY INFORMATION

Deceased victims were removed from the school building to a large military-style tent located in the north parking lot, near the front of the school. The Office of the Chief Medical Examiner sought to make positive identification of the victims through photos, school records and personal and clothing descriptions.

On Saturday, December 15, 2012, all of the victims were transported to the OCME in Farmington for autopsies; autopsies were performed the same day. The cause of death for all of the victims was determined to have been gunshot wounds; the manner of death was determined to have been homicide.[36]

Evidence collected during the autopsies was turned over to CDMC and forwarded to the Division of Scientific Services for examination. The Evidence Examination section of this report contains a summary of the results.

---

[35] A search warrant was obtained for the car. The search warrant return originally reported the amount of ammunition as seventy rounds. This was corrected to twenty rounds and the search warrant return was amended.

[36] Our law defines homicide as the killing of one human being by another human being.

## 36 YOGANANDA STREET, NEWTOWN, CT – INCIDENT AND RESPONSE

### Incident

Sometime on the morning of December 14, 2012, before 9:30 a.m., the shooter shot and killed his mother, Nancy Lanza, in her bed at 36 Yogananda Street, Newtown. The weapon used was a .22 caliber Savage Mark II rifle. Someone in the area reported hearing "two or three" gunshots in the neighborhood between 8:00 a.m. and 9:00 a.m. That person thought them to be from hunters, though the person indicated the shots did "sound unusually close."

Between 9:30 a.m. and 10:00 a.m. there was a delivery made to the house. The delivery driver saw no one, did not see any vehicles in the driveway and the garage door was closed. A delivery slip was left and the driver continued on.

The mother was found by police dead in her bed when they entered the house. The rifle was found on the floor next to the bed.

### Response

Once it was determined that the shooter's car was registered to his mother at 36 Yogananda Street, Newtown, Connecticut, the Newtown police went to the house and evacuated the surrounding homes. The CSP-ESU came to the scene to clear the residence of potential hazards, such as booby traps or trip wires.


## 36 YOGANANDA STREET, NEWTOWN, CT – SCENE INVESTIGATION

After the body of the shooter's mother was found and the scene declared safe, the process of obtaining search warrants for the house began, with the first warrant being reviewed and signed by a judge of the Superior Court at 5:29 p.m. on December 14, 2012, at the Emergency Operations Center.[37]

Additional search warrants were approved and issued as the search disclosed additional evidence. The investigation of the shooter's mother's killing and the scene processing was done by EDMC and the search for evidence at 36 Yogananda Street related to the shootings at SHES was investigated by both CDMC and WDMC. A list of the items seized from the home is contained in the search warrant returns in the Appendix, with some descriptions in the "Digital Image Report," starting at page A188 in the Appendix.[38]

---

[37] The Judicial Branch and the Honorable John F. Blawie are to be commended for their response to the SHES shootings. Judge Blawie was available at the Emergency Operations Center to review search warrants.

[38] A description of the home is also in the Appendix starting at page A181.

The weapon used to kill Nancy Lanza, the .22 cal. Savage Mark II rifle, was found near her bed and seized. In the chamber of the rifle was a spent .22 cal. shell casing and three live rounds were in the magazine. Three other spent .22 cal. shell casings were found in the room and seized.

The shooter's second floor bedroom windows were taped over with black trash bags. The second floor computer room also had its windows covered. There, investigators found a computer hard drive that appeared to have been intentionally damaged. To date, because of the extensive damage, forensic experts have not yet been able to recover any information from that hard drive.

In a typical criminal case, the investigation would remain open when potentially important evidence was still being examined. Given the improbability of any information being recovered from the damaged hard drive, this outstanding piece of evidence is not preventing the closure of this case now. Should any relevant information related to the existence of any accessory or co-conspirator be obtained from the hard drive, the case will be reopened.

Investigators found a large number of firearms and related items in the home. All firearms involved in these incidents were legally purchased by the shooter's mother over the years. The home also contained many edged weapons, knives, swords, spears, etc. A prescription bottle in the shooter's name for acetaminophen with codeine was found in the mother's bathroom, which was part of the master bedroom.

During the search of 36 Yogananda Street, a global positioning system (GPS) device was located in the shooter's room with various routes in the memory from April 25, 2012, through December 13, 2012. Investigation revealed that the GPS was purchased for the shooter.

The routes taken indicate a number of trips from 36 Yogananda Street to the area of a local theater where a commercial version of the game "Dance Dance Revolution" is located. Over that time period, trips were made that took the driver in the vicinity of some schools in Newtown, including SHES. On December 13, 2012, a trip was recorded from 2:09 p.m. to 2:32 p.m. starting and ending on Yogananda Street and driving in Sandy Hook, which is in the area of SHES, though the route does not indicate the shooter drove up to the school.

Numerous video games were located in the basement computer/gaming area. The list of video games includes, but is not limited to:

- "Left for Dead"
- "Metal Gear Solid"
- "Dead Rising"
- "Half Life"
- "Battlefield"
- "Call of Duty"
- "Grand Theft Auto"
- "Shin Megami Tensei"
- "Dynasty Warriors"
- "Vice City"
- "Team Fortress"
- "Doom"

Other items found and noted for this report are:

- A Christmas check from the mother to the shooter to purchase a CZ 83 firearm;[39]
- A New York Times article from February 18, 2008, regarding the school shooting at Northern Illinois University;
- Three photographs of what appear to be a dead human, covered in blood and wrapped in plastic;
- The book *Amish Grace: How Forgiveness Transcended Tragedy*, Jossey-Bass, 2007, by Donald B. Kraybill, Steven Nolt and David Weaver-Zercher;[40] and
- Photocopied newspaper articles from 1891 pertaining to the shooting of school children

While the vast majority of persons interviewed had no explanation for the shooter's actions, a review of electronic evidence or digital media that appeared to belong to the shooter, revealed that the shooter had a preoccupation with mass shootings, in particular the Columbine shootings[41] and a strong interest in firearms. For example, there was a spreadsheet with mass murders over the years listing information about each shooting.

The review of the electronic evidence also found many things that are on a typical hard drive or memory card that would probably have no relevance to the investigation either because of creation date or subject matter. That being said, the following selected topics or items were found within the digital evidence seized:

- Bookmarks pertaining to firearms, military, politics, mass murder, video games, music, books, Army Ranger, computers and programs, ammunition, candy, economic books
- Web page design folders
- Two videos showing suicide by gunshot
- Commercial movies depicting mass shootings
- The computer game titled "School Shooting" where the player controls a character who enters a school and shoots at students
- Screen shots (172) of the online game "Combat Arms"
- "Dance Dance Revolution" (DDR) game screen shots
- Videos of shooter playing DDR
- Images of the shooter holding a handgun to his head
- Images of the shooter holding a rifle to his head
- Five-second video (dramatization) depicting children being shot
- Images of shooter with a rifle, shotgun and numerous magazines in his pockets
- Documents on weapons and magazine capacity

---

[39] The return for the December 16, 2012, search warrant indicates that Exhibit #612 was a check for a "C183." A closer inspection of the check makes it clear that "CZ83" is written. A CZ 83 is a type of pistol.
The check reads "Christmas Day" in the check's date section.

[40] In October 2006 a gunman entered a one-room Amish school in Pennsylvania, killed five children and leaving others wounded.

[41] The Columbine High School shootings occurred in April 1999 at Columbine High School in Colorado. Two shooters, in a planned attack, killed a number of students and a teacher and injured others.

- A document written showing the prerequisites for a mass murder spreadsheet
- A spreadsheet listing mass murders by name and information about the incident
- Materials regarding the topic of pedophilia and advocating for rights for pedophiles (not child pornography)[42]
- Large amount of materials relating to Columbine shootings and documents on mass murders
- Large amount of materials on firearms
- Comedy videos
- Music
- Images of hamsters
- Images of Lego creations

## 36 YOGANANDA STREET, NEWTOWN, CT – AUTOPSY INFORMATION

The OCME performed an autopsy on the body of Nancy Lanza, age 52, on December 16, 2012, at the OCME. The cause of death was determined to be multiple gunshots to the head. The manner of death was homicide.

## SHOOTER - AUTOPSY INFORMATION

The autopsy of the shooter was conducted on December 16, 2012, at the OCME. The shooter, age 20, was 72 inches tall and weighed 112 pounds. No drugs were found in the shooter's system. The cause of death was determined to be a gunshot wound to the head. The manner of death was suicide.

## INVESTIGATION TO DETERMINE ACCESSORIES AND/OR CO-CONSPIRATORS

The investigation sought to determine if the shooter was aided by or had conspired with anyone to commit these crimes. As detailed above, none of the persons found in the vicinity of SHES on December 14, 2012, played any role in the shootings. Most were attempting to escape the area; others were responding to the school after learning of the shootings. None had any association with the shooter.

Investigators then sought to determine if anyone had conspired with or aided the shooter before the shootings. To that end, investigators examined social contacts, writings, e-mails, internet blogs, telephone records and his general internet presence. One of the internet blogs on which the shooter posted focused on mass shootings and in particular the Columbine shootings. The shooter also exchanged e-mails with others who were interested in the topic of mass shootings. None of these communications, however, related to SHES or in any way suggested that the shooter intended to commit a mass shooting. Thus, the evidence as developed to date, does not demonstrate that any of those with whom he communicated conspired with the shooter or criminally aided and abetted him in committing the murders on December 14, 2012.

---

[42] No child pornography was seen on any of the digital media.

# EVENTS AND BACKGROUND INFORMATION LEADING UP TO DECEMBER 14, 2012

## Recent Background Information

As of December 14, 2012, the shooter and his mother lived at 36 Yogananda Street. This had been the family home for years, although only the shooter and his mother had resided in the house for an extended time.

Both the shooter's and his mother's bedrooms were on the second floor; the mother occupied the master bedroom.

In November 2012, the mother sought to buy the shooter another computer or parts for a computer for the shooter to build one himself. She was concerned about him and said that he hadn't gone anywhere in three months and would only communicate with her by e-mail, though they were living in the same house. The mother never expressed fear of the shooter, for her own safety or that of anyone else.

The mother said that she had plans to sell her home in Newtown and move to either Washington state or North Carolina. She reportedly had told the shooter of this plan and he apparently stated that he wanted to move to Washington. The intention was for the shooter to go to a special school in Washington or get a computer job in North Carolina. In order to effectuate the move, the mother planned to purchase a recreational vehicle (RV) to facilitate the showing and sale of the house and the eventual move to another state. The RV would provide the shooter with a place to sleep as he would not sleep in a hotel. In fact, during Hurricane Sandy in October 2012, with no power in the house, the shooter refused to leave the home and go to a hotel.

The mother wanted to buy the shooter a CZ 83 pistol for Christmas and had prepared a check for that purchase to give the shooter.

On December 10, 2012, the mother indicated to a friend that the shooter had bumped his head badly, there was some bleeding, but he was okay. This appeared to have occurred at 5:30 a.m. She then prepared for her trip to New Hampshire and cooked for the shooter before she left, leaving him his favorites.

During the week of December 10, 2012, the shooter's mother was out of town in New Hampshire. She arrived home Thursday evening December 13, 2012, at approximately 10:00 p.m.

As mentioned above, the GPS found in the home, revealed that on Thursday, December 13, 2012, the device was used. It recorded a trip from and back to 36 Yogananda Street with a route in the Sandy Hook area of Newtown between 2:09 p.m. and 2:32 p.m. The GPS did not report that the driver drove up to SHES. Presumably this was the shooter driving the black Honda Civic as this would have been the only car available to the shooter and it was reportedly his, having been purchased for him.

**General Background Information**

Investigators conducted many interviews with persons who knew the shooter and members of his family. As explained above, they did so principally to determine if anyone had conspired with the shooter or aided his crimes. But they also sought to ascertain what might have motivated him to murder children and their teachers and his mother.

The first question was whether the shooter had a reason specifically to target SHES or any student, teacher, or employee. No evidence suggests that he did. In fact, as best as can be determined, the shooter had no prior contact with anyone in the school that day. And, apart from having attended the school as a child, he appears to have had no continuing involvement with SHES.

More generally, those who knew the shooter describe him in contradictory ways. He was undoubtedly afflicted with mental health problems; yet despite a fascination with mass shootings and firearms, he displayed no aggressive or threatening tendencies. In some contexts he was viewed as having above-average intelligence; in others below-average. Some recalled that the shooter had been bullied; but others – including many teachers – saw nothing of the sort. With some people he could talk with them and be humorous; but many others saw the shooter as unemotional, distant, and remote.

What follows are some observations that investigators developed in attempting to determine the shooter's motive.

**Parents**

The shooter's mother and father Peter Lanza had been married to each other. They moved from New Hampshire to the Sandy Hook section of Newtown in 1998. In addition to the shooter, they had another son Ryan Lanza, who was four years older than the shooter.[43] In 2001 the shooter's parents separated. The children continued to reside with the mother. The parents subsequently divorced. The father remarried in 2011; the mother never remarried.

After college, the brother moved out of state. He reached out to the shooter a few times but the shooter did not respond. As of December 14, 2012, the older brother had not had contact with the shooter since 2010. The brother believed that the shooter and his mother had a close relationship. After his older brother left for college, the shooter reportedly became interested in firearms and at one point considered joining the military.

Both the shooter's mother and father indicated that the shooter was bullied growing up. The father indicated that it was not excessive and concerned his social awkwardness and physical gait. As expanded upon in the Education and Mental Health section below, other witnesses did not recall the shooter being overtly bullied. Nonetheless, the shooter appears to have had few friends growing up.

---

[43] Both the shooter's father and brother cooperated fully with the investigation.

The shooter's father saw him regularly until he turned 18. They would go hiking, play video games and other activities. They went shooting twice. The shooter had a cell phone but never used it. Calls all went to voice mail. His father would just e-mail him when he wanted to reach him.

The shooter's relationship with his father deteriorated in the last quarter of 2010 and the father last saw the shooter in that year. After that the father would reach out to the shooter by mail or through e-mails regularly, asking him to join him at various places for different activities. The shooter stopped responding at some point prior to December 2012.

One witness who knew the shooter in 2011 and 2012 said that he rarely mentioned his father or his brother; though he would mention briefly something he did with his father or brother in the past.

While it appears that the shooter's mother did volunteer at SHES, it was when the shooter was a student. There is no indication that she volunteered there in recent years.

The mother took care of all of the shooter's needs. The mother indicated that she did not work because of her son's condition. She worried about what would happen to the shooter if anything happened to her.

One witness indicated that the shooter did not have an emotional connection to his mother. Recently when his mother asked him if he would feel bad if anything happened to her, he replied, "No." Others, however, have indicated that they thought the shooter was close to his mother and she was the only person to whom the shooter would talk.

A person who knew the shooter in 2011 and 2012 said the shooter described his relationship with his mother as strained because the shooter said her behavior was not rational.

The shooter was particular about the food that he ate and its arrangement on a plate in relation to other foods on the plate. Certain types of dishware could not be used for particular foods. The mother would shop for him and cook to the shooter's specifications, though sometimes he would cook for himself. Reportedly the shooter did not drink alcohol, take drugs, prescription or otherwise, and hated the thought of doing any of those things.

The mother did the shooter's laundry on a daily basis as the shooter often changed clothing during the day. She was not allowed in the shooter's room, however, even to clean. No one was allowed in his room.

The shooter disliked birthdays, Christmas and holidays. He would not allow his mother to put up a Christmas tree. The mother explained it by saying that shooter had no emotions or feelings. The mother also got rid of a cat because the shooter did not want it in the house.

**People Outside the Family**

When the shooter had his hair cut, he did not like to be touched and did not like the sound of clippers, so they were not used much. He would sit with his hands in his lap and always look down, giving one word answers if the cutter tried to engage him in conversation.

Those who worked on the property at 36 Yogananda Street never entered the home. They spoke with the mother outside in the yard or at the bottom of driveway. They were instructed never to ring the doorbell and to make prior arrangements before using power equipment as her son had issues with loud noises. The shooter was observed at times coming and going from the residence.

There were a number of people who knew the mother over the years, some fairly well, who had never met the shooter – although were aware of his existence – and had never been inside her residence.

**Shooter's Interests**

Over the years his hobbies included building computers,[44] writing poetry and hiking. The shooter worked briefly at a computer repair shop.  When he was younger he played the saxophone. The shooter had a cell phone but never used it.

Shooting was a pastime in which the family engaged. Over the years the shooter enjoyed target shooting and would go to a range with his brother and mother. The mother had grown up with firearms and had a pistol permit. The shooter did not. Both the mother and the shooter took National Rifle Association (NRA) safety courses. The mother thought it was good to learn responsibility for guns. Both would shoot pistols and rifles at a local range and the shooter was described as quiet and polite.

He played video games often, both solo at home and online. They could be described as both violent and non-violent. One person described the shooter as spending the majority of his time playing non-violent video games all day, with his favorite at one point being "Super Mario Brothers."

Another said he used the computer to play games online and communicate. Sometimes the shooter would not respond to e-mails and be unavailable for a couple of weeks.  The shooter explained that he was "moping around." The shooter frequently formatted the hard drive of his computer as a way of "staying off the grid" and minimizing his internet trace.

Initially the shooter did not drive but he eventually got a driver's license and the Honda was purchased for him.  The shooter was issued a driver's license in July 2010.

The shooter liked to play a game called "Dance Dance Revolution" (DDR), which is a music video game in which the player stands on a platform, watches a video screen and moves his feet

---

[44] By all accounts the shooter was extremely computer savvy.

as directed by the video. A home version of this was seen and photographed in the shooter's home.[45] Several videos of him playing DDR were found on digital media taken from the home.

The GPS found in the home and reportedly belonging to the shooter indicated that he regularly went to the area of a theater that had a commercial version of the DDR game in the lobby. In 2011 and up until a month before December 14, 2012, the shooter went to the theater and played the game. He went most every Friday through Sunday and played the game for four to ten hours.

The shooter was specific about the clothes he wore. He typically wore the same clothing when at the theater: a grey hoodie and slacks. After a snowstorm in 2011 the shooter was not seen at the theater until about February 2012. At that time he seemed more anti-social and no longer played DDR with others.

An acquaintance of the shooter from 2011 to June 2012 said that the shooter and the acquaintance played DDR quite a bit. They would play the game and occasionally see a movie. They did not play first person shooter games at the theater.[46] The shooter had stamina for DDR and never appeared winded unless really exhausted.

The acquaintance said the shooter seemed to enjoy nature and mentioned the possibility of going hiking more than once. The shooter was capable of laughing, smiling and making jokes, though always in a dry fashion. The shooter never mentioned being bullied while growing up. Topics of conversation included world and current events, and included chimpanzee society and how they interacted.

In the course of their conversations, the shooter indicated that he had an interest in mass murders and serial killing. They never spent a lot of time discussing them, but it would be a topic of conversation.[47] There were no conversations about weapons or shooting at a gun range.

**Shooter – Education and Mental Health**

The following background information is compiled from a variety of sources and may at times appear to be inconsistent. This is a function of the differing perspectives of those interviewed. The information also varied based upon the time period during which the witness knew or associated with the shooter or his family.

The shooter went through the Newtown public school system, though part of seventh grade and part of eighth grade were done at St. Rose of Lima School in Newtown.

---

[45] See the Appendix at page A197.

[46] Online first person shooter games that the shooter did play as determined by a search of the digital media in the home, "Combat Arms" and "World of Warcraft" were played on the computer using a keyboard to control the player.

[47] The shooter also wrote about all of these topics. Other topics of discussion included human nature, perception, judgment, morality, lack of control, prejudice, empathy, suicide, mental illness, existential crisis, urban exploration of abandoned areas, hiking and cookies.

While the shooter did attend SHES from 1998 to 2003, the first through fifth grade, he was never assigned to the classrooms where the shootings occurred. The shooter went for walks with his family around and near SHES after he had gotten out of the school. The shooter indicated that he loved the school and liked to go there.

According to some, the shooter was more social when he first moved to Connecticut and was younger. He would attend play groups and parties. The early school years have him portrayed as a nice kid, though sort of withdrawn. He loved music and played saxophone.

As he got older his condition seemed to worsen, he became more of a loner. As the shooter got into the higher grades of middle school, he did not like noise and confusion and began to have issues when he had to walk to different classes. As a result, in high school, the shooter was home schooled for a period of time. Though not in a mainstream setting, he could sit through a quiet lecture. The mother drove the shooter where he needed to go. He did not want to go to events with crowds.

He attended Newtown High School (NHS) with a combination of home schooling, tutoring and classes at NHS and Western Connecticut State University (WCSU). At NHS he was considered a special education student. Having enough credits, the shooter graduated from NHS in 2009. He continued to take classes at WCSU after high school graduation.

Various witnesses made the following observations about the shooter through his school years:

1. In the 2002-2003 school year, when the shooter was in the fifth grade, he was quiet, reluctant, very bright and had good ideas regarding creative writing. He wouldn't necessarily engage in conversation, but wouldn't ignore one. There was no recollection of him being bullied or teased.
2. The fifth grade was also the year that, related to a class project, the shooter produced the "Big Book of Granny" in which the main character has a gun in her cane and shoots people. The story includes violence against children. There is no indication this was ever handed in to the school.[48]
3. In the fifth grade the shooter indicated that he did not like sports, did not think highly of himself and believed that everyone else in the world deserved more than he did.
4. In intermediate school from 2002-2004 he was a quiet shy boy who participated in class and listened. He did not show enthusiasm, extreme happiness or extreme sadness. He was neutral.
5. In the fifth and sixth grades from 2003 to 2004 the shooter participated in concerts at school. He was not remembered by the teacher as having been bullied and the shooter had at least one friend.
6. A sixth grade teacher described the shooter as an average student with A's and B's; homework was never an issue. The shooter never made trouble or distracted others. He had friends and was friendly to others. He was a normal child with no oddities and there were no reports of bullying or teasing.

---

[48] See the Appendix starting at page A220.

7. In 2004 while at the intermediate school he was described as respectful and cooperated with others.
8. One person who remembered him from the middle school never saw the shooter bullied.
9. In seventh grade, a teacher described the shooter as intelligent but not normal, with anti-social issues. He was quiet, barely spoke and did not want to participate in anything. His writing assignments obsessed about battles, destruction and war, far more than others his age. The level of violence in the writing was disturbing. At the same time, when asked to write a poem, he was able to write a beautiful one and presented it in public.
10. In the ninth and tenth grades the shooter was reclusive, shutting himself in the bedroom and playing video games all day. In the upper classes the shooter compiled a journal instead of attending physical education.
11. In high school the shooter did not have good social skills. He did not show any signs of violence.
12. In high school the shooter would have "episodes"[49] and his mother would be called to the school. The episodes would last about fifteen minutes each. There were no signs of violence during any of these episodes and the shooter was more likely to be victimized than to act in violence against another.
13. In high school the shooter was not willing to talk much, hard to communicate with and had poor social skills. He often became withdrawn in a social environment. The shooter would have both inclusive class time and leave the class for specialized sessions.
14. At NHS the shooter was in the "Tech Club" in 2007–2008. He was remembered in a variety of ways including as a quiet person who was smart. He wore the same clothing repeatedly and might not speak to you, even if you were talking to him. He was not remembered to have been bullied or to have spoken about violence. The advisor looked out for him and tried to have him included wherever possible. He was also remembered for pulling his sleeves over his hand to touch something. He was not known to be a violent kid at all and never spoke of violence.
15. The shooter had a LAN party[50] at his home in 2008 with Tech Club members; no firearms were seen at the shooter's home.
16. In terms of video games, the shooter liked to play "Phantasy Star Online" (a role playing game), "Paper Mario," "Luigi's Mansion" and "Pikmin." He also liked Japanese animated films and television.

Over the years from the late 1990s and into the 2000s, the shooter had evaluations of various types, some of which were available to the investigators. In the late 1990s he was described as having speech and language needs. At that time he was also being followed medically for seizure activities. In preschool his conduct included repetitive behaviors, temper tantrums, smelling things that were not there, excessive hand washing and eating idiosyncrasies.

In 2005, the shooter was diagnosed with Asperger's Disorder and was described as presenting with significant social impairments and extreme anxiety. It was also noted that he lacked empathy and had very rigid thought processes. He had a literal interpretation of written and

---

[49] What these episodes were was unclear.

[50] This is a party where attendees eat pizza and play video games.

verbal material. In the school setting, the shooter had extreme anxiety and discomfort with changes, noise, and physical contact with others.

In 2006 the shooter had an overall IQ in the average range. He had no learning disability. Depending on the psychological test taken he could be average, below average or above average. Testing that required the touching of objects could not be done. It was reported that his school issues related to his identified emotional and/or Pervasive Developmental Disorder (PDD) spectrum behaviors. His high level of anxiety, Asperger's characteristics, Obsessive Compulsive Disorder (OCD) concerns and sensory issues all impacted his performance to a significant degree, limiting his participation in a general education curriculum. Tutoring, desensitization and medication were recommended. It was suggested that he would benefit by continuing to be eased into more regular classroom time and increasing exposure to routine events at school.

The shooter refused to take suggested medication and did not engage in suggested behavior therapies.

Over the years his mother consistently described the shooter as having Asperger's syndrome. She had a number of books in the home on the topic. She also described the shooter as being unable to make eye contact, sensitive to light and couldn't stand to be touched. Over time he had multiple daily rituals, an inability to touch door knobs,[51] repeated hand washing and obsessive clothes changing, to the point that his mother was frequently doing laundry.

In 2006, the shooter's mother noted that there were marked changes to the shooter's behavior around the seventh grade. Prior to that, he would ride his bike and do adventurous things such as climbing trees or climbing a mountain. He had stopped playing the saxophone. He had been in a school band but dropped out. He had withdrawn from playing soccer or baseball which he said he did not enjoy.

It is important to note that it is unknown, what contribution, if any, the shooter's mental health issues made to his attack on SHES. Those mental health professionals who saw him did not see anything that would have predicted his future behavior.

## EVIDENCE EXAMINATION

### Electronics

Examinations of the following seized items were done by the WDMC squad and the Computer Crimes and Electronic Evidence Laboratory of the Department of Emergency Services and Public Protection (DESPP).

Sony PlayStation 2: An older games history was found. Games located included "Dynasty Tactics," "Kingdom Hearts," "Kingdom Hearts 2," "Onimusha," "Dynasty Warriors," and "The Two Towers." The PlayStation 2 games could not be played with others over the internet.

---

[51] This included not opening doors for himself because he did not like touching the door handle or other metal objects, often going through a box of tissues a day to avoid the contact.

Xbox: A game history for the console and an indication of an Xbox Live user account were found. Games found in the gaming history included "Call of Duty 2: Big Red One," "Call of Duty: Finest Hour," "Dead or Alive 3," "Halo," "Halo 2," "Lego Star Wars," "MechAssault," "Mercenaries," "MGS2 Substance," "Panzer Dragoon ORTA," "PSO," "Shenmue II," "Spiderman," "Splinter Cell 2," "Splinter Cell-CT," "Star Wars Battlefront," "Star Wars Republic Commando," "Tenchu: Return from Darkness," "The Return of the King," and "Worms Forts Under Seige."

It was noted on both of the above items that the gaming history found may not be the complete history of those actually played. No evidence regarding the existence of any accessories or co-co-conspirators was found.

Xbox 360: Found to be damaged and inoperable.

**Firearms and Related Evidence**

Of the firearms seized in this case, five are directly involved, four from SHES and one from 36 Yogananda Street.

- **History**

All of the firearms below and involved in these cases were legally purchased by the shooter's mother. Additionally, ammunition of the type used in these cases had been purchased by the shooter's mother in the past. There is no reason to believe the ammunition used here was purchased by anyone else. The evidence does not show any ammunition purchases by the shooter.

The shooter did not have a permit to carry a pistol, nor had he ever had one. His mother had a valid pistol permit.

A pistol is defined as "… any firearm having a barrel less than twelve inches."[52] Both the Glock 20, 10 mm and the Sig Sauer P226, 9 mm qualify as pistols. They are firearms and their barrel lengths were less than 12 inches.

- **Firearms, Recovered Bullets and Fragments**

Recovered from Shooter's Honda Civic Outside of SHES

Izhmash Saiga-12, 12 gauge, semiautomatic shotgun: The Izhmash Saiga-12 was found in the shooter's Honda Civic that was parked outside SHES. It was tested and found to be operable without malfunction. There was no physical evidence indicating this weapon had been fired at SHES, i.e., the bullets, bullet fragments and expended shell casings recovered at the scene and from the OCME could not have been fired from this weapon.

---

[52] C.G.S. Sec. 53a-3(18).

Recovered from Classroom 10, SHES

Bushmaster Model XM15-E2S semiautomatic rifle: The Bushmaster rifle was found in classroom 10. The Bushmaster was tested and found to be operable without malfunction. All of the 5.56 mm shell casings from SHES that were tested were found to have been fired from this rifle. All of the bullets and fragments, recovered from SHES and the OCME that were tested, with the exception of those mentioned immediately below, are consistent with having been fired from the Bushmaster rifle.[53] They could not have been fired from the Saiga-12, the Glock 20 or the Sig Sauer P226.

Glock 20, 10 mm, semiautomatic pistol: The Glock 20 was found in classroom 10 near the shooter's body. The Glock 20 was tested and found to be operable without malfunction. It was found to have fired both of the 10 mm shell casings recovered at SHES. It was consistent with having fired the bullet that was recovered from the ceiling of classroom 8 in a location along the trajectory of the suicide shot of the shooter in classroom 10. It could have fired the three bullet fragments recovered from classroom 10. The three fragments together weigh less than one bullet and are presumed to have been parts of the same one bullet. Though all lacked sufficient striate for a positive identification, all had polygonal rifling consistent with the Glock 20. They could not have been fired from the Saiga-12, the Bushmaster or the Sig Sauer P226.

Sig Sauer P226, 9 mm, semiautomatic pistol: The Sig Sauer P226 was found in classroom 10 on the shooter's person. The Sig Sauer P226 was tested and found to be operable without malfunction. There was no physical evidence found indicating that this weapon had been fired at SHES, i.e. casings, bullets and bullet fragments recovered at the scene and from the OCME could not have been fired from this weapon.

The total weight of the guns and ammunition from the shooter at SHES was 30.47 lbs.[54]

Recovered from 36 Yogananda Street, Newtown, CT

Savage Mark II, .22 cal. Long Rifle, bolt action: The Savage Mark II rifle was found on the floor of the master bedroom near the bed where the body of the shooter's mother was found. The rifle was found to be operable without malfunction. The rifle was found to have fired the .22 cal. casing recovered from the rifle's chamber and the three .22 cal. casings found in the master bedroom. The rifle also was found to have fired the four bullets recovered during the autopsy of the shooter's mother.

---

[53] "No positive identification could be made to any of the bullet evidence submissions noted … … in 5.56 mm caliber. The physical condition of the bullet jacket surfaces were severely damaged and corroded. They all lacked individual striated marks of sufficient agreement for the identification process. The test fires also exhibited a lack of individual striated marks on the bullet surface for comparison purposes. This condition can be caused by fouling in the barrel of the rifle and the ammunition itself. The Bushmaster rifle cannot be eliminated as having fired the 5.56 caliber bullet evidence examined," quoting from the 6/19/13 Forensic Science Laboratory report.

[54] See the Appendix at page A141.

Both of these leads were immediately investigated by federal law enforcement and found to have no validity and no relation to Newtown.[56]

2. A December 14, 2012, search of the Stamford residence of Peter Lanza, the father of the shooter, was conducted with the FBI. Some illegal fireworks were seized and secured. After consultation with David I. Cohen, the State's Attorney for the Judicial District of Stamford/Norwalk, and based on all of the circumstances involved, this state's attorney has decided to exercise his discretion and not prosecute Mr. Lanza for possession of the fireworks, which are in no way related to the events of December 14, 2012.

3. Dick's Sporting Goods – Police received a lead that the shooter had tried to buy ammunition at a Dick's Sporting Goods store. Store security surveillance videos were recovered and reviewed. None of the individuals depicted in the videos appear to be the shooter or connected to shooter.

4. A person called the police indicating that the shooter had tried to rent a room from her and indicated he was having problems with his mother. This proved to be unsubstantiated after an investigation.

5. Some callers indicated that they chatted with the shooter online in postings. These postings were determined to be false.

6. Numerous citizens in Newtown received calls on their telephones with messages left saying "I am [the shooter's name] and I am going to kill you." It was determined that these calls were made from out of state and the investigation is ongoing. Preliminary investigation results establish that the callers were not associated with the shooter.

7. CSP investigated a lead that the shooter went to Newtown High School before going to SHES. In the course of this investigation one parent refused to let her high school child be interviewed by police and related that a friend of the child had told the child they saw the shooter in the parking lot before the shooting. A review of Newtown High School video did not substantiate this claim.

8. There were reports of the shooter being at SHES on December 12, 2012, that were investigated and found not to be substantiated.

9. A report that a man claimed that while in Oklahoma a woman told him about the planned shooting before the shooting occurred. Federal law enforcement investigated this and found that it could not be true.

---

[56] These search warrants were applied for with information that was available at the time. Some of the information was later determined to be inaccurate.

## DETERMINATIONS OF CRIMES COMMITTED

In the course of his rampage the shooter committed a number of state crimes. The most significant are those where lives were taken and people were specifically injured.

At Sandy Hook Elementary School, the crime of Murder under Special Circumstances[57] in violation of C.G.S. Sec. 53a-54b was committed twenty-six times. Attempted Murder under Special Circumstances[58] in violation of C.G.S. Secs. 53a-49 and 53a-54b was committed twice as it relates to the two individuals who were shot and survived. These crimes reflect the killings of the children and adults, as well as those physically injured.[59]  The crime of Murder in violation of C.G.S. Sec. 53a-54a was committed by the shooter in killing his mother at 36 Yogananda Street.[60]

Also listed are other major crimes committed by the shooter on December 14, 2012.[61]

The major felonies[62] committed by the shooter in this case are:

- Murder with Special Circumstances
- Attempted Murder with Special Circumstances
- Assault in the First Degree[63]

---

[57] Sec. 53a-54b. Murder with special circumstances. A person is guilty of murder with special circumstances who is convicted of any of the following: (1)… … (7) murder of two or more persons at the same time or in the course of a single transaction; or (8) murder of a person under sixteen years of age.

[58] Sec. 53a-49. Criminal attempt: Sufficiency of conduct; renunciation as defense. (a) A person is guilty of an attempt to commit a crime if, acting with the kind of mental state required for commission of the crime, he: … … (2) intentionally does or omits to do anything which, under the circumstances as he believes them to be, is an act or omission constituting a substantial step in a course of conduct planned to culminate in his commission of the crime.

[59] Though state law as to who is a "victim" in a criminal case is very broad, only those victims mentioned above will be discussed. Connecticut defines a "victim of crime" as an individual who suffers direct or threatened physical, emotional or financial harm as a result of a crime and includes immediate family members of a minor, incompetent individual or homicide victim and a person designated by a homicide victim in accordance with section 1-56r. See C.G.S. Sec. 1-1k.

[60] Sec. 53a-54a. Murder. (a) A person is guilty of murder when, with intent to cause the death of another person, he causes the death of such person or of a third person or causes a suicide by force, duress or deception; except that in any prosecution under this subsection, it shall be an affirmative defense that the defendant committed the proscribed act or acts under the influence of extreme emotional disturbance for which there was a reasonable explanation or excuse, the reasonableness of which is to be determined from the viewpoint of a person in the defendant's situation under the circumstances as the defendant believed them to be, provided nothing contained in this subsection shall constitute a defense to a prosecution for, or preclude a conviction of, manslaughter in the first degree or any other crime.

[61] The investigation has not discovered any evidence that Nancy Lanza was in any way aware of her son's plans.

[62] In any given situation, the facts giving rise to the commission of one crime will suffice to meet the elements of additional crimes. Here the focus will be on the major crimes committed and not go into every possible felony justified by the evidence.

- Burglary in the First Degree[64]
- Risk of Injury to a Minor[65]
- Possession of a Weapon on School Grounds[66]
- Carrying a Pistol Without a Permit,[67]

The crimes listed above all require some type of mental state whether it is a specific intent, knowledge or a general intent to do the prohibited act.

The intent to kill for the crime of murder can be seen in the circumstantial evidence such as the type of weapon used, the manner in which it was used, the type of wounds inflicted and the events leading to and immediately following the deaths, as well as with the shooter intending the natural consequences of his voluntary acts.[68]

Here the intent is clear from the evidence that the shooter intentionally armed himself heavily, drove to SHES, parked in a manner out of direct sight of the front door, shot his way into the building and immediately killed those who confronted him as well as those in classrooms 8 and 10. The evidence found at his home on the digital media further support his intentions to kill, both at the school and with his mother. Further the manner in which he killed his mother reflects the shooter's intent to kill her.

---

[63] Sec. 53a-59. Assault in the first degree: Class B felony: Nonsuspendable sentences. (a) A person is guilty of assault in the first degree when: (1) With intent to cause serious physical injury to another person, he causes such injury to such person or to a third person by means of a deadly weapon or a dangerous instrument;… … or (5) with intent to cause physical injury to another person, he causes such injury to such person or to a third person by means of the discharge of a firearm.

[64] Sec. 53a-101. Burglary in the first degree: Class B felony. (a) A person is guilty of burglary in the first degree when (1) such person enters or remains unlawfully in a building with intent to commit a crime therein and is armed with explosives or a deadly weapon or dangerous instrument, or (2) such person enters or remains unlawfully in a building with intent to commit a crime therein and, in the course of committing the offense, intentionally, knowingly or recklessly inflicts or attempts to inflict bodily injury on anyone, or …..

[65] Sec. 53-21. Injury or risk of injury to, or impairing morals of, children. Sale of children. (a) Any person who (1) wilfully or unlawfully causes or permits any child under the age of sixteen years to be placed in such a situation that the life or limb of such child is endangered, the health of such child is likely to be injured or the morals of such child are likely to be impaired, or does any act likely to impair the health or morals of any such child, or … …, shall be guilty of a class C felony for a violation of subdivision (1) ….

[66] Sec. 53a-217b. Possession of a weapon on school grounds: Class D felony. (a) A person is guilty of possession of a weapon on school grounds when, knowing that such person is not licensed or privileged to do so, such person possesses a firearm or deadly weapon, as defined in section 53a-3, (1) in or on the real property comprising a public or private elementary or secondary school, or ….

[67] Sec. 29-35. Carrying of pistol or revolver without permit prohibited. Exceptions. (a) No person shall carry any pistol or revolver upon his or her person, except when such person is within the dwelling house or place of business of such person, without a permit to carry the same issued as provided in section 29-28.

[68] State v. Otto, 305 Conn. 51, 66-67 (2012).

Murder with Special Circumstances is met both in the killing of the children and in the killing of more than one person at the same time.

In this case the shooter's mental status is no defense to his conduct as the evidence shows he knew his conduct to be against the law. He had the ability to control his behavior to obtain the results he wanted, including his own death. This evidence includes his possession of materials related to mass murders, his removal of a GPS from his car, his utilization of ear plugs, the damaging of the hard drive and waiting for his mother's return from New Hampshire.[69]

The existence of an extreme emotional disturbance for which there is a reasonable explanation or excuse is also not present in this case.[70] It is clear that the shooter planned his crimes in advance and was under no extreme emotional disturbance for which there was a reasonable explanation or excuse.

---

[69] Sec. 53a-13. Lack of capacity due to mental disease or defect as affirmative defense. (a) In any prosecution for an offense, it shall be an affirmative defense that the defendant, at the time he committed the proscribed act or acts, lacked substantial capacity, as a result of mental disease or defect, either to appreciate the wrongfulness of his conduct or to control his conduct within the requirements of the law.

[70] Sec. 53a-54a. Murder. (a) A person is guilty of murder when, … …with intent to cause the death of another person, he causes the death of such person or of a third person or causes a suicide by force, duress or deception; except that in any prosecution under this subsection, it shall be an affirmative defense that the defendant committed the proscribed act or acts under the influence of extreme emotional disturbance for which there was a reasonable explanation or excuse, the reasonableness of which is to be determined from the viewpoint of a person in the defendant's situation under the circumstances as the defendant believed them to be, provided nothing contained in this subsection shall constitute a defense to a prosecution for, or preclude a conviction of, manslaughter in the first degree or any other crime.

# CONCLUSION

With the issuance of this report, the investigation is closed.[71] If additional reliable information, related to the existence of others' involvement in the case, comes to the attention of the investigators, it is subject to being reopened. I do not anticipate that occurring. As of now, there will be no state prosecution of anyone as an accessory or co-conspirator.

Many people have asked why the shooter did what he did on December 14, 2012. Or, in the vernacular of the criminal justice system, "Did he have a motive to do what he did?" This investigation, with the substantial information available, does not establish a conclusive motive.

What we do know is that the shooter had significant mental health issues that, while not affecting the criminality of the shooter's mental state for the crimes or his criminal responsibility for them, did affect his ability to live a normal life and to interact with others, even those to whom he should have been close. Whether this contributed in any way is unknown. The shooter did not recognize or help himself deal with those issues. He had a familiarity with and access to firearms and ammunition and an obsession with mass murders, in particular the Columbine shootings.

There is no clear indication why Sandy Hook Elementary School was selected, other than perhaps its close proximity to the shooter's home.

What is clear is that on the morning of December 14, 2012, the shooter intentionally committed horrendous crimes, murdering 20 children and 6 adults in a matter of moments, with the ability and intention of killing even more. He committed these heinous acts after killing his own mother. The evidence indicates the shooter planned his actions, including the taking of his own life.

It is equally clear that law enforcement arrived at Sandy Hook Elementary School within minutes of the first shots being fired. They went into the school to save those inside with the knowledge that someone might be waiting to take *their* lives. It is also clear that the staff of Sandy Hook Elementary School acted heroically in trying to protect the children. The combination saved many children's lives.

November 25, 2013

Stephen J. Sedensky III
State's Attorney
Judicial District of Danbury

---

[71] There remain some outstanding reports, returns and an evidence examination evaluation to be filed.

# ACKNOWLEDGEMENTS

Over the course of the last eleven months many agencies, governmental and private, have come together to assist the victims' families, victims, first responders, others affected by the crimes, the Connecticut State Police and the State's Attorney's Office for the Judicial District of Danbury.

I wish to thank the below agencies, listed alphabetically, for their investigative work, cooperation and assistance in this investigation. Though I have tried to list all of the agencies that provided assistance to the investigation, I suspect some will be inadvertently left out. For this I apologize.

- Connecticut State Police and in particular Western District Major Crime Squad[72]*
- Connecticut Intelligence Center (CTIC)
- Bureau of Alcohol, Tobacco, Firearms and Explosives
- Department of Emergency Services and Public Protection Forensic Science Laboratory
- Faculty of Finding Words-Connecticut, A ChildFirst State[73]
- Family & Children's Aid of Danbury[74]
- Federal Bureau of Investigation,[75] including Victim Services and Behavior Analysis units
- Gundersen Health System's National Child Protection Training Center
- Hoboken, New Jersey, Police Department
- Homeland Security
- Municipal police departments in Connecticut
- Newtown Police Department
- Office of the Chief Medical Examiner
- Office of the Chief State's Attorney[76]*
- State of Connecticut Judicial Branch
- United States Attorney's Office for the District of Connecticut*
- United States Drug Enforcement Agency
- United States Marshals Service

I would also like to thank the members of the Danbury State's Attorney's Office, in particular, Supervisory Assistant State's Attorney Warren Murray and Inspectors Donald Brown and John Mahoney for their assistance and support.

---

[72] The Western District Major Crime Squad under the leadership of Lt. David Delvecchia investigated this case with a thoroughness and sensitivity that is unmatched in my experience.

[73] Connecticut is a ChildFirst state whose one week program Finding Words Connecticut, Interviewing Children and Preparing for Court is funded by the Governor's Task Force on Justice for Abused Children.

[74] Family & Children's Aid of Danbury hosts the Multidisciplinary Investigation Team.

[75] This includes FBI agents across the country who sought out evidence and interviewed witnesses in many states.

[76] Chief State's Attorney Kevin T. Kane's counsel and assistance has been an invaluable asset to me and this case, together with the assistance of those in his office who worked on the case.

* I am grateful for the suggestions, editing and reviews of the drafts of this report provided by these organizations. Any errors that remain are mine.

*NEW YORK*                                                    **SUBSCRIBE**

June 13, 2017 6:37 pm

## Register Your Megyn Kelly Complaints With the White House

By Olivia Nuzzi

Share 🅵 Share ✉ Tweet 🅿 Pin It      Comment



Photo: Brooks Kraft/Getty Images; Dimitrios Kambouris/Getty Images

Whose fault is it that you know who Alex Jones is, some of what he believes, and what he looks like without a shirt on?

Is it the fault of the president of the United States, who appeared on Jones's show, Infowars, during the campaign and called Jones after winning the election to thank him for his support? Or is it the fault of Jones's fans and followers, who banded together on the murky fringes of civilized discourse last year and pushed conspiracies like Pizzagate or the notion that Hillary Clinton was secretly on the brink of death? Or is all of that really the fault of the press, who noticed how influential Infowars had become, and reported on it — an endeavor that sometimes required speaking with Alex Jones and people like him?

I am not defending Megyn Kelly's interview with Alex Jones, because how could I — it hasn't even aired. That happens on Sunday. And yet, the very *idea* of the interview has been broadly condemned, including by many journalists. Kelly's new Sunday night news program on NBC has already lost at least one advertiser.

Kelly, critics argue, is "legitimizing" Jones by allowing him onto her program. And this would be true, certainly, if she were Martha Stewart and Jones came on the show exclusively to barbecue ribs. We don't yet know what Kelly's interview with Jones covers in its entirety, but from the preview released by NBC, we do know that she questions him about his belief that the Sandy Hook massacre and the September 11 terror attacks were false-flag operations conducted by government actors. It seems likely, then, that the rest of the conversation will involve challenges to the legitimacy of his worldview.

On his show Monday, Jones said, "Have you seen how the president sounds just like me? Have you seen how Steven Bannon sounds just like me? Have you seen how the whole paradigm's globally shifting and you can't hold it back?" I don't think big pharma is trying to make fish gay, but Jones is right in at least one respect: When



EXHIBIT

B-71

change occurs, as it surely is in American politics in the Trump era, it isn't going to be stopped by journalists refusing to acknowledge it. And the truth is, the president *has* sounded like Jones. He has parroted some of his beliefs. His longtime adviser, Roger Stone, even guest hosts Infowars. Should Kelly — and should you — ignore that? Is television such a sacred medium all of a sudden that the only people who can go on it have to be certifiably sane? In that case, it would just be PBS and *Golden Girls* reruns with Rose edited out.

Kelly, like her or not, is a journalist, and in 2017, that means interviewing people whose ideas might be reprehensible or flat-out insane when those people stand to influence policy, or when they have a direct line to the White House. Not everyone is happy about this, of course. Over the last few months, I've heard the argument over and over, sometimes in response to my own work, that taking time to understand individuals whose ideas, beliefs, or actions may threaten harm to others is a form of improperly "humanizing" them. Something "bad," this thinking goes, is easy to objectively identify, and deserves no attention or intellectual debate. But understanding the complexities of the people who shape our lives, for better or worse, is what news, in part, is supposed to do. As my *New York* colleague Jesse Singal wrote recently, "It's good to normalize evil, in the sense of showing how otherwise 'normal' people and institutions can perpetrate evil acts, and every attempt should be made to do so. That's how you prevent more evil from happening in the future."

And all of that aside, it's not as though Megyn Kelly is introducing the world to Alex Jones. In fact, NBC is late. Jones was covered extensively by major news publications throughout the campaign. He was also covered at length for years prior. In 2008, when the libertarian congressman Ron Paul ran for president, Jones, who supported him and interviewed him on his show, drew some media attention. *Texas Monthly* devoted more than 6,000 words to Jones in 2010. In 2011, *Nightline* covered him. That same year, he was profiled by this very publication. Subsequently, he sat at a roundtable on *The View* where he, among other things, defended Charlie Sheen; he debated Piers Morgan about guns on his CNN program; he talked for hours to Howard Stern. In 2014, when Ron Paul's son Rand began floating a trial balloon for his eventual campaign, Jones got a renewed wave of coverage. Before endorsing Trump, in fact, Jones had endorsed Rand. He's been around, in other words, and he's been popular — he just may not have been on your radar. And the answer to the question — did all of this media coverage create Jones's support? — is a resounding no. The people who watch him and who read Infowars.com and buy the protective iodine droplets and end-of-the-world survival kits he sells? They're not exactly the core demographic for *The View*. It's possible to be exposed to bad or dumb or crazy ideas and not become a convert.

Of course, Megyn Kelly's tenure at Fox News was punctuated by moments she likely regrets in hindsight. Referring to pepper spray, used against protesters, as "a food product" stands out. Likewise her adherence to a general, on-brand glibness about race. As she's remade her image amid her fight with Trump, the release of her book, and her departure from partisan cable, she's offered no mea culpa. She literally said that, actually — "I have no mea culpa to offer" — during an interview last month. There are plenty of reasons people who dislike Kelly can and do point to as justification. And because of all that, when she does fumble in her new role, she's likely to be dragged for it harder than another TV journalist might be. For instance, she has a friendly way of broaching even difficult questions that can feel a little incongruous with heavy subject matter. And she made what I think was the wrong call to agree to pose for a photo with Jones while she trailed him for her feature. He posted it to his website, complete with the Infowars logo, and it quickly became a meme. I can see why she might not have thought twice about it at the time, but optics-wise, it only served to confirm the worst assumptions about the interview that we haven't seen. But Kelly's also not the first journalist to do this — recall that, after the election, a group of Trump reporters crowded around him for a chummy picture at Mar-a-Lago.

But does Megyn Kelly's past mean that her journalistic contributions should be discounted before we even see them? Is everything she does with her show every Sunday evening inherently worthless? I think looking at it that way would be a waste, and for the people who loathe her, a form of letting her off the hook. Kelly has an opportunity here to do what she didn't or she couldn't at Fox News, and good journalism is good for everyone. We should want that from her and from anyone else with such a platform. And the fact remains that in the simple act of talking to someone like Jones, Kelly isn't necessarily bestowing on him a magical spotlight that renders him mainstream. She's doing her job, which means addressing uncomfortable truths, like that the president knows Alex Jones. Any problems with that fact should be directed at the White House, not a news network.

---

# LATEST NEWS

17 MINS AGO

## On the Eve of Trade War, China Warns That Trump's Tariffs Will Backfire



9:48 A.M.

## Two More Britons Poisoned by Nerve Agent Used on Ex-Spy



6:26 A.M.

## Trump's Supreme Court Pageant Could Come Down to Looks



3:37 A.M.

## AMLO Isn't Mexico's Trump — Nor Is He Trump's Natural Enemy



12:08 A.M.

## Woman Climbs Statue of Liberty to Protest Family Separations, Island Shut Down



YESTERDAY AT 2:33 P.M.

## Michael Cohen Deletes Trump From Twitter Bio, Fueling Flip Rumors



YESTERDAY AT 12:47 P.M.

## Cops Called on Black Lawmaker Campaigning in Her Own District



YESTERDAY AT 10:25 A.M.

## Report: Trump Had to Be Convinced Not to Invade Venezuela



7/3/2018 AT 5:46 P.M.

## Why Hasn't Trump Fired Scott Pruitt? Because Pruitt Can Fire Robert Mueller.



7/3/2018 AT 5:41 P.M.

## Powerful House Republican Implicated in College Sex-Abuse Scandal



7/3/2018 AT 4:00 P.M.

## Trump Administration Calls On Colleges to End Affirmative Action



7/3/2018 AT 3:41 P.M.

## Trump Insists No Other Americans Allowed Into His Putin Meeting



7/3/2018 AT 3:33 P.M.

## Maybe Republicans Just Don't Do Policy



7/3/2018 AT 2:15 P.M.

## New Study: Trump's Immigration Agenda May Have Hurt Him in 2016



7/3/2018 AT 1:13 P.M.

## Are Democrats Crying Wolf on Threat to Abortion Rights?



7/3/2018 AT 11:20 A.M.

## How Democrats Plan to Turn Kennedy's Retirement Into a Political Win



7/3/2018 AT 10:13 A.M.

## The Anti-Trump Right Has Become Trump's Base



7/3/2018 AT 9:09 A.M.

## A Look at Trump's Shortlist for Replacing Anthony Kennedy



7/3/2018 AT 8:00 A.M.

## Ocasio-Cortez's Socialism Can Work in the Midwest — With a Rebrand





7/3/2018 AT 7:24 A.M.

# Despite Hyperaggressive Talk, Trump's MS-13 Strategy Isn't Very Comprehensive

**Sign In to Comment**

### Daily Intelligencer

  

NEWSLETTERS        ABOUT US        CONTACT US        MEDIA KIT        WE'RE HIRING        TRADEMARK

PRIVACY                          TERMS                          AD CHOICES

© 2018, NEW YORK MEDIA LLC. VIEW ALL TRADEMARKS

# THE CUT

JUNE 16, 2017 9:03 AM

# Megyn Kelly's Interview With Alex Jones Is Reportedly Getting 'Completely Overhauled'

By Lisa Ryan





Megyn Kelly (left), Alex Jones (right). Photo: Getty Images; AP

After the backlash over Megyn Kelly's upcoming Sunday interview with conspiracy theorist and Infowars founder Alex Jones, NBC News executives have reportedly been "scrambling" to overhaul Kelly's interview with the Sandy Hook massacre denier. According to "Page Six," NBC News has reedited the interview with Jones in an attempt to be "tougher" on him, and has also invited Sandy Hook families onto the program.

As "Page Six" reports, Kelly personally called Sandy Hook families to ask them to appear on her program as a way to counter Jones's claim that the massacre was a hoax. The move comes shortly after many (including Jones himself) called on Kelly not to run the interview, J.P. Morgan pulled out as an advertiser, and Kelly was dropped as a host for the Sandy Hook Promise Foundation's annual anti-gun-violence gala.



EXHIBIT B-72

The upcoming episode of *Sunday Night With Megyn Kelly* will now reportedly include an interview with Neil Heslin, the father of 6-year-old Jesse Lewis, who was killed in the massacre. However, other Sandy Hook parents reportedly refused to appear on her program, as they "didn't think appearing on her show would do enough to counter Alex Jones' venom." Yet, a source told the gossip column, "Everyone on the show believes it's vitally important that the piece conveys the immense pain that Jones has caused the Sandy Hook families."

Jones has been instrumental in spreading the conspiracy theory that the 2012 shooting at Sandy Hook Elementary School in Connecticut — in which 20 children were killed — was a hoax. He's also played a key role in inspiring and giving a platform to other truthers, many of whom have harassed the families of the victims, as detailed in a 2016 *New York Magazine* story.

Jones reportedly took issue with Kelly's interview, as he thinks it makes him look bad. "Page Six" reports that he announced on Thursday night that he secretly recorded the sitdown with Kelly because he "knew it was all crap." A few hours later, he released the recording in a video online, after explaining, "I've never done this in 22 years, I've never recorded another journalist, but I knew it was a fraud, that it was a lie."

Sources: PAGE SIX

---

# THE LATEST

5 SECONDS AGO





**PROTESTS** | 11 MINS AGO

She was arrested on the Fourth of July after a three-hour standoff with police.

By Lisa Ryan





**MY TWO CENTS** | 9:56 A.M.

It's easy to get hooked on free stuff.

By Charlotte Cowles



9:42 A.M.









PARTIES! | 9:34 A.M.

PARTIES! | 9:24 A.M.

Lots of grill pictures, one campaign trail,
and one proposal.

By Sarah Spellings



SCOTUS | 9:07 A.M.

Since others have ensured
that all the candidates are sufficiently conservative, Trump is said to be weighing which finalists
have the right image.

By Margaret Hartmann



**IT'S COMPLICATED | 8:18 A.M.**

"Ryan," who I had met online and grown close with, didn't exist. But still, I couldn't cut the relationship out of my life.

By Erin Browne



7:37 A.M.



**SCIENCE OF US** | 5:22 A.M.

This is not a time for hair of the

dog.

By Cari Romm

YESTERDAY AT 4:06 P.M.



YESTERDAY AT 3:04 P.M.



YESTERDAY AT 2:24 P.M.



YESTERDAY AT 11:34 A.M.



**MICRO SALES** | YESTERDAY AT 11:12 A.M.

Featuring lots and lots of things that are 70 percent off.

By The Editors

YESTERDAY AT 10:03 A.M.





**ASK POLLY** | YESTERDAY AT 6:00 A.M.

You have to accept that other people have different priorities, values, and rules from yours.

By Heather Havrilesky

7/3/2018 AT 4:03 P.M.





**SHE'S FINE** | 7/3/2018 AT 3:09 P.M.

*She's fine.*

By Lisa Ryan



**I LOVE THIS SONG!** | 7/3/2018 AT 3:08 P.M.

A special holiday

edition of I Love This Song!

By Allison P. Davis

MORE STORIES

**Sign In to Comment**

# THE CUT

STYLE · SELF · CULTURE · POWER

𝐟 🐦 📷 📌 📶

NEWSLETTERS     ABOUT US     CONTACT US     MEDIA KIT     WE'RE HIRING     TRADEMARK     PRIVACY

TERMS                                                        AD CHOICES

© 2018, NEW YORK MEDIA LLC. VIEW ALL TRADEMARKS



GALLUP®

SEPTEMBER 14, 2016

# Americans' Trust in Mass Media Sinks to New Low

by Art Swift

STORY HIGHLIGHTS

- 32% say they have "a great deal" or "a fair amount" of trust
- 14% of Republicans express trust, down from 32% last year
- Confidence drops among younger and older Americans

WASHINGTON, D.C. -- Americans' trust and confidence in the mass media "to report the news fully, accurately and fairly" has dropped to its lowest level in Gallup polling history, with 32% saying they have a great deal or fair amount of trust in the media. This is down eight percentage points from last year.



EXHIBIT
B-73



*Americans' Trust in the Mass Media*

In general, how much trust and confidence do you have in the mass media -- such as newspapers, TV and radio -- when it comes to reporting the news fully, accurately and fairly -- a great deal, a fair amount, not very much or none at all?

% Great deal/Fair amount

GALLUP

Gallup began asking this question in 1972, and on a yearly basis since 1997. Over the history of the entire trend, Americans' trust and confidence hit its highest point in 1976, at 72%, in the wake of widely lauded examples of investigative journalism regarding Vietnam and the Watergate scandal. After staying in the low to mid-50s through the late 1990s and into the early years of the new century, Americans' trust in the media has fallen slowly and steadily. It has consistently been below a majority level since 2007.

## Republicans Fuel Drop in Media Trust

While it is clear Americans' trust in the media has been eroding over time, the election campaign may be the reason that it has fallen so sharply this year. With many Republican leaders and conservative pundits saying Hillary Clinton has received overly positive media attention, while Donald Trump has been receiving unfair or negative attention, this may be the prime reason their relatively low trust in the media has evaporated even more. It is also possible that Republicans think less of the media as a result of Trump's sharp criticisms of the press. Republicans who say they have trust in the media has plummeted to 14% from 32% a year ago. This is easily the lowest confidence among Republicans in 20 years.



*Trust in Mass Media, by Party*

% great deal/fair amount of trust

■ Republicans     Independents     Democrats

GALLUP

Democrats' and independents' trust in the media has declined only marginally, with 51% of Democrats (compared with 55% last year) and 30% of independents (versus 33% last year) expressing trust. Over the past 20 years, Democrats have generally expressed more trust than Republicans in the media, although in 2000, the two parties were most closely aligned, with 53% of Democrats and 47% of Republicans professing trust.

**Trust in Mass Media Falls Across Age Groups**

Older Americans are more likely than younger Americans to say they trust the media, but trust has declined among both age groups this year. Currently, 26% of those aged 18 to 49 (down from 36% last year) and 38% of those aged 50 and older (down from 45%) say they have a great deal or fair amount of trust in the media.



*Trust in Mass Media, by Age*

% a great deal/fair amount of trust

■ 18 to 49 years old     50 and older

GALLUP

In 2001, younger Americans (55%) were more likely than older Americans (50%) to express trust and confidence in mass media. This gap emerged again in 2005 when 53% of 18- to 49-year-olds had trust and 45% of those 50 and older expressed the same sentiment. Yet in the past decade, older Americans have mostly had more confidence than younger Americans, and this year, the gap between these age groups is 12 points. And 2016 marks the first time that confidence among older Americans has dropped below 40% in polling since 2001.

**Bottom Line**

The divisive presidential election this year may be corroding Americans' trust and confidence in the media, particularly among Republicans who may believe the "mainstream media" are too hyperfocused on every controversial statement or policy proposal from Trump while devoting far less attention to controversies surrounding the Clinton campaign. However, the slide in media trust has been happening for the past decade. Before 2004, it was common for a majority of Americans to profess at least some trust in the mass media, but since then, less than half of Americans feel that way. Now, only about a third of the U.S. has any trust in the Fourth Estate, a stunning development for an institution designed to inform the public.

With the explosion of the mass media in recent years, especially the prevalence of blogs, vlogs and social media, perhaps Americans decry lower standards for journalism. When opinion-driven writing becomes something like the norm, Americans may be wary of

placing trust on the work of media institutions that have less rigorous reporting criteria than in the past. On the other hand, as blogs and social media "mature," they may improve in the American public's eyes. This could, in turn, elevate Americans' trust and confidence in the mass media as a whole.

*Historical data are available in Gallup Analytics.*

## Survey Methods

Results for this Gallup poll are based on telephone interviews conducted Sept. 7-11, 2016, with a random sample of 1,020 adults, aged 18 and older, living in all 50 U.S. states and the District of Columbia. For results based on the total sample of national adults, the margin of sampling error is ±4 percentage points at the 95% confidence level. All reported margins of sampling error include computed design effects for weighting.

Each sample of national adults includes a minimum quota of 60% cellphone respondents and 40% landline respondents, with additional minimum quotas by time zone within region. Landline and cellular telephone numbers are selected using random-digit-dial methods.

View complete question responses and trends.

Learn more about how the Gallup Poll Social Series works.

### Subscribe to receive weekly Gallup News alerts.

Never miss our latest insights.



SIGN UP

RELEASE DATE: September 14, 2016

SOURCE: Gallup https://news.gallup.com/poll/195542/americans-trust-mass-media-sinks-new-low.aspx

CONTACT: Gallup World Headquarters, 901 F Street, Washington, D.C., 20001, U.S.A

+1 202.715.3030

Copyright © 2016 Gallup, Inc. All rights reserved.

Gallup, Inc. maintains several registered and unregistered trademarks that include but may not be limited to: A8, Accountability Index, Business Impact Analysis, BE10, CE11, CE11 Accelerator, Clifton StrengthsExplorer, Clifton StrengthsFinder, Customer Engagement Index, Customer Engagement Management, Dr. Gallup Portrait, Employee Engagement Index, Enetrix, Engagement Creation Index, Follow This Path, Gallup, Gallup Brain, Gallup Business Journal, GBJ, Gallup Consulting, Gallup-Healthways Well-Being Index, Gallup Management Journal, GMJ, Gallup Panel, Gallup Press, Gallup Tuesday Briefing, Gallup University, Gallup World News, HumanSigma, HumanSigma Accelerator, ICE11, I10, L3, ME25, NurseInsight, NurseStrengths, Patient Quality System, Performance Optimization, Power of 2, PrincipalInsight, Q12, Q12 Accelerator, Q12 Advantage, Selection Research, Inc., SE25, SF34, SRI, Soul of the City, Strengths Spotlight, Strengths-Based Selling, StatShot, StrengthsCoach, StrengthsExplorer, StrengthsFinder, StrengthsInsight, StrengthsQuest, SupportInsight, TX(R+E+R)=P3, TeacherInsight, The Gallup Path, The Gallup Poll, The Gallup School, VantagePoint, Varsity Management, Wellbeing Finder, Achiever, Activator, Adaptability, Analytical, Arranger, Belief, Command, Communication, Competition, Connectedness, Consistency, Context, Deliberative, Developer, Discipline, Empathy, Fairness, Focus, Futuristic, Harmony, Ideation, Includer, Individualization, Input, Intellection , Learner, Maximizer, Positivity, Relator, Responsibility, Restorative, Self-Assurance, Significance, Strategic, and Woo. All other trademarks are the property of their respective owners. These materials are provided for noncommercial, personal use only. Reproduction prohibited without the express permission of Gallup, Inc.

Attached hereto marked as Exhibit B-74 is a thumb drive containing a true and correct copy of a video news conference of Chief Medical Examiner Wayne Carver on December 15, 2012 regarding the Sandy Hook shootings posted at https://www.youtube.com/watch?v=zE0OT5od9DA. This exhibit contains a true and accurate copy of this video as of the date of this affidavit.

**EXHIBIT**

B-74



CNN .edia    Reliable Sources    Think    Profit    Newtube    Entertainment

# Facebook touts fight on fake news, but struggles to explain why InfoWars isn't banned

by Oliver Darcy   @oliverdarcy

July 11, 2018: 11:59 PM ET



▶ 🔊  0:04 / 1:80

Parents of Sandy Hook victims sue Alex Jones

Facebook officials struggled on Wednesday to explain why it permits InfoWars, a media organization that is one of the world's leading purveyors of conspiracy theories, to have a page on its platform.

The company's failure to produce a satisfactory answer on the matter came at an event Facebook organized in its Manhattan offices where the company aimed to tout its commitment to combating fake news and misinformation.

After a short presentation showcasing Facebook's efforts to fight misinformation, John Hegeman, the head of Facebook's News Feed, and Sara Su, a Facebook product specialist for News Feed, took questions from reporters.

When asked by this reporter how the company could claim it was serious about tackling the problem of misinformation online while simultaneously allowing InfoWars to maintain a page with nearly one million followers on its website, Hegeman said that the company does not "take down false news."

"I guess just for being false that doesn't violate the community standards," Hegeman said, explaining that InfoWars has "not violated something that would result in them being taken down."

Hegeman added, "I think part of the fundamental thing here is that we created Facebook to be a place where different people can have a voice. And different publishers have very different points of view."

Newsletter

Big personalities. Big controversies. Big exclusives.

Enter email address

Subscribe  >

Paid Content

Credit Cards Charging 0% Interest Until 2020

Texas: Gov't Will Pay $355/Month Off Your Mortgage If You...

How Much To Feed Your Baby

See This List Of The Worst Movies Ever Filmed

More from CNNMoney

Journalist reveals she provided source's identity to the FBI

Business Insider introduces new










EXHIBIT B-75

Related: Exclusive: YouTube ran ads from hundreds of brands on extremist channels

While publishers may certainly have a different point of view, InfoWars is no ordinary publisher, and the content it produces does not just offer "different points of view." The media organization is notorious for spreading demonstrably false information and conspiracy theories on a host of issues, including suggesting that the Sandy Hook massacre was a hoax staged by child actors. Earlier this year, the outlet smeared student survivors of the Parkland shooting with baseless attacks, portraying them in one video as actors.

Even on Wednesday, before and after Facebook defended its decision to allow InfoWars to operate on its website, InfoWars used the social media platform to spread baseless conspiracy theories. In one video posted to Facebook, InfoWars claimed billionaire George Soros wanted to "seize US voting machines." In another post, InfoWars, which has suggested that the September 11 terrorist attacks were an inside job, asked, "Will Trump expose the truth behind 9/11?"

Pressed for more answers on its position on InfoWars, Su said at the event that Facebook has thus far chosen to focus on tackling posts on its platform that can be proven beyond a doubt to be demonstrably false.

"There's a ton of stuff -- conspiracy theories, misleading claims, cherry picking -- that we know can be really problematic and it bugs me too," Su said. "But we need to figure out a way to really define that in a clear way, and then figure out what our policy and our product positions are about that."

Emailed for any additional comment after the event, Facebook spokeswoman Lauren Svensson said questions about InfoWars hit "on a very real tension" at the social media company.

"We work hard to find the right balance between encouraging free expression and promoting a safe and authentic community, and we believe that down-ranking inauthentic content strikes that balance," she said. "In other words, we allow people to post it as a form of expression, but we're not going to show it at the top of News Feed."

Svensson added, "That said: while sharing fake news doesn't violate our Community Standards set of policies, we do have strategies in place to deal with actors who repeatedly share false news. If content from a Page or domain is repeatedly given a 'false' rating from our third-party fact-checkers ... we remove their monetization and advertising privileges to cut off financial incentives, and dramatically reduce the distribution of all of their Page-level or domain-level content on Facebook."

It should be noted that Facebook has taken action against pages that have spread false news in the past. In October 2017, when CNN notified Facebook that two pages had shared a debunked story about a Seattle Seahawks player, a spokesperson for Facebook told CNN it had removed the pages for violating its policies. The spokesperson at the time did not say which policies had been violated, but added, "All posts that have been re-shared from the Pages we unpublished will also be removed (as a result of the Page being taken down)."

Related: Parents of Sandy Hook victims file lawsuit against Alex Jones

In recent months, InfoWars has been drawn into the spotlight. For years, the outlet operated in the dark corners of the Internet, spreading conspiracy theories without facing much scrutiny. But as tech giants now grapple with how to prevent their platforms from being used to spread fake news and false information, InfoWars has found itself under pressure.

Earlier this year, YouTube gave the outlet at least one formal strike against its largest account, warning that if it receives three strikes the social video company will ban it from its platform.

CNNMoney (New York)
First published July 11, 2018: 10:55 PM ET

PAID CONTENT


guidelines after deleting story...


The truth about the retail apocalypse


Papa John's founder apologizes for using N-word


Disney would control 40% of the US box office if it buys Fox

More CNNMoney video


See Starbucks' straw-free lid


Stelter: Trump-Fox alliance is unprecedented


Giuliani: could have Mueller subpoena 'squashed'


Rethinking how Trump's rallies are covered

CNNMoney Sponsors

SmartAsset

Top Bank Announces 1.65% APY Savings Account

Certificate of Deposit Rates

Want a stress-free retirement? Talk to a financial advisor

Is a Money Market Account or CD Right for You?

NextAdvisor

An outrageous card offering 0% interest until August 2019

7 outrageous credit cards if you have excellent credit

Cards charging 0% interest until 2020

The highest paying cash back card has hit the market

**2018: New Rule in Houston, TX**
Sponsored: Comparisons.org

**Texas Residents In Heavy Credit Card Debt Are In For Big Surprise**
Sponsored: Comparisons.org







The Battle of Wits: US Presidents Ranked By IQ

Sponsored: MoneyWise

Inside the Stunning Homes of the British Royal Family

Sponsored: The Ghost Sport

[Photos] Millions Are Grieving Over Jonathan Scott's Tragic Loss, And It Will Have You In Tears

Sponsored: AbsoluteHistory



. S.

A white woman called police on black people barbecuing. This is...



Personal Finance

Younger workers are making this major financial mistake



U.S

Wow, the 2000s were an extremely dark time for reality shows



CNN

AI companies spot a business opportunity in space



U.S

The home of Parkland survivor David Hogg was swatted this morning





**Glasses-Wearers Are Going Crazy Over This Website**
Sponsored: GlassesUSA

**(2018) Top 5 Trusted Antivirus Providers. You won't believe #1**
Sponsored: Adk.com







**Dallas, Texas Approves No Cost Solar**
Sponsored: Energy Bill Cruncher

**How To Know Your Baby Is Ready For Solids**
Sponsored: Babisit Real

**Fans Stunned As Pernell Roberts Blurts Out Why He Left 'Bonanza' [Gallery]**
Sponsored: Definition

Paid Content

Switch to Progressive and you could save $668 on car insurance

Student loan debt? Here's some great news.

Security Cameras That Will Capture Everything

Texas: Gov't May Pay Off Your Mortgage If You Have No Missed Payments

More from CNN Money

'Eighth Grade' makes the quiet horror of navigating early adolescence kind of beautiful

Scarlett Johansson faces backlash over new role

Video shows Clooney smash scooter into car

The oil market's shock absorbers are nearly gone

Recommended by

Paid Links

1. 529 PLAN COMPARISONS

2. HOME BASED BUSINESSES

3. LIST OF NEW BUSINESSES

4. LAST MINUTE CRUISE DEALS

5. BEST JOB POSTING SITES

6. 7% INTEREST SAVINGS ACCOUNTS

7. CHEAPEST CELL PHONE PLANS

8. NEW ELECTRIC CARS

## FOLLOW US!

  



© 2018 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this is provided to you. Privacy Policy. AdChoices.

C I T A T I O N

T H E   S T A T E   O F   T E X A S

### CAUSE NO. D-1-GN-18-001835


Delivered 05.25.20.18
Authorized Person

NEIL HESLIN

, Plaintiff

vs.

ALEX E. JONES, INFOWARS, LLC., FREE SPEECH SYSTEMS, LLC, AND OWEN SHROYER

, Defendant

TO:  FREE SPEECH SYSTEMS, LLC
     BY SERVING ITS REGISTERED AGENT, ERIC TAUBE
     100 CONGRESS AVENUE 18TH FLOOR
     AUSTIN, TEXAS 78701

Defendant, in the above styled and numbered cause:

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Attached is a copy of the ORIGINAL PETITION AND REQUEST FOR DISCLOSURE of the PLAINTIFF in the above styled and numbered cause, which was filed on APRIL 16, 2018 in the 261ST JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, May 02, 2018.

REQUESTED BY:
MARK DUQUESNAY BANKSTON
1010 LAMAR ST STE 1600
HOUSTON, TX 77002
BUSINESS PHONE:(713)221-8300  FAX:(713)221-8301



Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: JIMENEZ CHLOE

-- -- -- -- -- -- -- -- -- R E T U R N -- -- -- -- -- -- -- -- -- --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Sheriff / Constable / Authorized Person

By: _____

_____
Printed Name of Server

_____ County, Texas

_____
Notary Public, THE STATE OF TEXAS

D-1-GN-18-001835                    SERVICE FEE NOT PAID              P01 - 000064240

☐ Original   ☐ Service Copy

**EXHIBIT**

B-76

4/16/2018 10:16 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835
Selina Hamilton

CAUSE NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | 261ST DISTRICT COURT |
| OWEN SHROYER, | § | |
| *Defendants* | § | |

---

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

---

Plaintiff NEIL HESLIN files this original petition against Defendants, ALEX JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, and OWEN SHROYER, and alleges as follows:

### DISCOVERY CONTROL PLAN

1.  Plaintiff intends to seek a customized discovery control plan under Level 3 of Texas Rule of Civil Procedure 190.4.

### PARTIES

2.  Plaintiff Neil Heslin in an individual residing in the State of Connecticut.

3.  Defendant Alex E. Jones is a resident of Austin, Texas. He is the host of radio and web-based news programing, including "The Alex Jones Show," and he owns and operates the website InfoWars.com. Mr. Jones can be served at his place of business, InfoWars, 3019 Alvin Devane Blvd., Suite 300-350, Austin, TX 78741.

4. Defendant InfoWars, LLC is a Texas limited liability company with principal offices located in Austin, Texas. It may be served at the address of its attorney, Eric Taube, at 100 Congress Avenue, 18th Floor, Austin, TX 78701.

5. Defendant Free Speech Systems, LLC is a Texas limited liability company with principal offices located in Austin, Texas. It may be served at the address of its registered agent, Eric Taube, at 100 Congress Avenue, 18th Floor, Austin, TX 78701.

6. Defendant Owen Shroyer is an individual residing in Travis County. At all times relevant to this suit, Mr. Daniels has been a reporter for InfoWars. Mr. Shroyer can be served at the address of his employer, InfoWars, 3019 Alvin Devane Blvd., Suite 300-350, Austin, TX 78741.

## JURISDICTION & VENUE

7. The damages sought in this case exceed the minimum jurisdictional limits of Travis County District Courts.

8. Venue is proper in Travis County, Texas, because a suit for damages for defamation may be brought in the county in which a defendant resided at the time of filing, or the domicile of any corporate defendant, at the election of the plaintiff. *See* Tex. Civ. Prac. & Rem. Code §15.017.

## FACTUAL BACKGROUND

9. Plaintiff Neil Heslin is the father of deceased minor J.L., a victim of the December 14, 2012 Sandy Hook Elementary School Shooting.

10.     This case arises out of accusations by InfoWars in the summer of 2017 that Plaintiff was lying about whether he actually held his son's body and observed a bullet hole in his head. This heartless and vile act of defamation re-ignited the Sandy Hook "false flag" conspiracy and tore open the emotional wounds that Plaintiff has tried so desperately to heal.

11.     This conspiracy theory, which has been pushed by InfoWars and Mr. Jones since the day of the shooting, alleges that the Sandy Hook massacre did not happen, or that it was staged by the government and concealed using actors, and that the parents of the victims are participants in a horrifying cover-up.

12.     During the June 18, 2017 profile of Jones for her NBC show *Sunday Night with Megyn Kelly*, Ms. Kelly interviewed Plaintiff about the claims made by Jones in the past, including that "the whole thing was fake" and "a giant hoax."[1] Addressing this hateful lie, Plaintiff told Kelly, "I lost my son. I buried my son. I held my son with a bullet hole through his head."[2]

13.     On June 26, 2017, InfoWars' broadcast featured a segment hosted by reporter Owen Shroyer in which Shroyer claimed to have reviewed evidence showing it was impossible for Plaintiff to have held his son and see his injury.

14.     During the broadcast, Shroyer said, "The statement [Plaintiff] made, fact-checkers on this have said cannot be accurate. He's claiming that he held his son

---

[1] https://www.realclearpolitics.com/video/2017/06/18/full_video_megyn_kelly_interviews_alex_jones.html
[2] *Id.*

3

and saw the bullet hole in his head. That is his claim. Now, according to a timeline of events and a coroner's testimony, that is not possible."[3]

15.　As support for these defamatory statements, Shroyer played video footage where the local medical examiner informed reporters that the slain students were initially identified using photographs rather than in person.

16.　Shroyer also stated, "You would remember if you held your dead kid in your hands with a bullet hole. That's not something you would just misspeak on."[4]

17.　Shroyer continued by stating that Plaintiff was "making a pretty extreme claim that would be a very thing vivid in your memory, holding his dead child."[5]

18.　"The conspiracy theorists on the internet out there have a lot of questions are that are yet to be answered. You say whatever you want about the event, that's just a fact."[6]

19.　At the conclusion of his report, Shroyer stated, "Will there be a clarification from Heslin or Megyn Kelly? I wouldn't hold your breath. [Laugh]. So now they're fueling the conspiracy theory claims. Unbelievable."[7]

20.　The underlying point or gist of Shroyer's report is that Plaintiff's version "is not possible" and "cannot be accurate," and that Plaintiff was lying about the circumstances of his son's tragic death for a nefarious and criminal purpose.

[3] https://www.infowars.com/zero-hedge-discovers-anomaly-in-alex-jones-hit-piece/
[4] Id.
[5] Id.
[6] Id.
[7] Id.

21.     Shroyer's report was manifestly false. In addition, a minimal amount of research would have caused any competent journalist not to publish the defamatory accusation. According to contemporary news accounts, the bodies of the victims were released from the medical examiner into the custody of the families.[8] Funerals where the children's bodies were in the custody of their parents were widely reported on by the press.[9]

22.     On July 20, InfoWars programming featured a segment hosted by Alex Jones in which Shroyer's report was re-broadcast in full. When introducing the segment, Jones demanded that Plaintiff "clarify" what actually happened.

23.     After showing the segment, Jones said he told Shroyer, "I could never find out. The stuff I found was they never let them see their bodies. That's kind of what's weird about this. But maybe they did. So I'm sure it's all real. But for some reason they don't want you to see [Shroyer's segment]."[10]

24.     Regarding the Sandy Hook shooting, Jones said, "Can I prove that New Haven [sic] didn't happen? No. So I've said, for years, we've had debates about it, that I don't know. But you can't blame people for asking."[11]

25.     Mr. Jones was lying. In the five years following the tragedy, he has repeatedly and unequivocally called the Sandy Hook shooting a hoax.

---

[8] https://patch.com/connecticut/newtown/police-no-motive-emerging-in-newtown-school-shooting
[9] http://abcnews.go.com/US/photos/sandy-hook-moment-silence-18026580/image-18045101;
https://www.washingtonpost.com/politics/funerals-for-newtown-massacre-victims-begin/2012/12/17/ffd0a130-486d-11e2-820e-17eefac2f939_story.html?utm_term=.0ccbbb4af100
[10] https://www.mediamatters.org/blog/2017/07/21/alex-jones-sandy-hook-dad-needs-clarify-whether-he-actually-held-his-son-s-body-and-saw-bullet-hole/217333
[11] *Id.*

**BACKGROUND TO INFOWARS' 2017 DEFAMATORY STATEMENTS**

26.     In order to appreciate the full defamatory impact and the extent of the mental anguish caused by InfoWars' 2017 statements, it is necessary to understand InfoWars' long history of harassing the Sandy Hook parents with defamatory lies. InfoWars' 2017 statements are but the latest in a series of false, hurtful, and dangerous assertions about Plaintiff and the parents of the other victims.

27.     In 2013, Jones called the shooting "staged" and said, "It's got inside job written all over it."[12]

28.     In March 2014, Jones said, "Folks, we've got video of Anderson Cooper with clear blue-screen out there. [Shaking head]. He's not there in the town square. We got people clearly coming up and laughing and then doing the fake crying. We've clearly got people where it's actors playing different parts for different people, the building bulldozed, covering up everything. Adam Lanza trying to get guns five times we're told. The witnesses not saying it was him...I've looked at it and undoubtedly, there's a cover-up, there's actors, they're manipulating, they've been caught lying, and they were pre-planning before it and rolled out with it."[13]

29.     In May 2014, InfoWars published an article titled: "CONNECTICUT TRIES TO HIDE SANDY HOOK TRUTH."[14]

---

[12] https://www.mediamatters.org/blog/2013/04/15/alex-jones-on-boston-blasts-us-govt-is-prime-su/193635; https://www.mediamatters.org/embed/clips/2016/11/29/51289/gcn-alexjones-20130409-sandyhook
[13] https://www.mediamatters.org/embed/clips/2016/11/29/51283/gcn-alexjones-20140314-shooting
[14] https://www.infowars.com/connecticut-tries-to-hide-sandy-hook-truth/

30.    In September 2014, InfoWars published an article titled: "FBI SAYS NO ONE KILLED AT SANDY HOOK."[15]

31.    In December 2014, Jones said on his radio program, "The whole thing is a giant hoax. How do you deal with a total hoax? It took me about a year, with Sandy Hook, to come to grips with the fact that the whole thing was fake. I did deep research."[16]

32.    In the same December 2014 broadcast, Jones continued: "The general public doesn't know the school was actually closed the year before. They don't know they've sealed it all, demolished the building. They don't know that they had the kids going in circles in and out of the building as a photo-op. Blue screen, green screens, they got caught using."[17]

33.    Jones made similar comments in January 2015, stating on InfoWars: "You learn the school had been closed and re-opened. And you've got video of the kids going in circles, in and out of the building, and they don't call the rescue choppers for two hours, and then they tear the building down, and seal it. And they get caught using blue-screens, and an email by Bloomberg comes out in a lawsuit, where he's telling his people get ready in the next 24 hours to capitalize on a shooting. Yeah, so Sandy Hook is a synthetic, completely fake with actors, in my view, manufactured. I couldn't believe it at first. I knew they had actors there, clearly, but I thought they killed some real kids. And it just shows how bold they are

[15] https://www.infowars.com/fbi-says-no-one-killed-at-sandy-hook/
[16] https://www.realclearpolitics.com/video/2017/06/18/full_video_megyn_kelly_interviews_alex_jones.html
[17] https://www.mediamatters.org/embed/clips/2016/11/29/51292/gcn-alexjones-20141228-sandyhook

that they clearly used actors. I mean they even ended up using photos of kids killed in mass shootings here in a fake mass shooting in Turkey, or Pakistan. The sky is now the limit."[18]

34.     Mr. Jones' statement about Pakistan refers to a conspiracy theory Jones helped spread involving deceased minor child N.P., a Sandy Hook victim whose photograph appeared at vigil for children slain a school attack in Peshawar. On the day of the Peshawar incident, a Pakistani woman created a collage of photographs of young people killed in school attacks and posted it to Facebook with the caption "They Went to School and Never Came Back."[19] Because the Peshawar shooting occurred very close to the anniversary of the Sandy Hook massacre, she included a picture of a child from the latter event, along with pictures of Peshawar victims.[20] That collage was then printed out and cut up into the individual photographs displayed by mourners at a vigil for the Peshawar victims.[21]

35.     In the same month, January of 2015, InfoWars published an article titled: "MYSTERY: SANDY HOOK VICTIM DIES (AGAIN) IN PAKISTAN."[22] The article states: "A large-scale attack on a school in Peshawar, Pakistan, last month left 132 school children and 10 teachers dead. Among the alleged victims emerged the familiar face of [deceased minor N.P.], one of the children supposedly killed in the December 2012 Sandy Hook school shooting in Newtown, Connecticut." InfoWars'

---

[18] https://www.mediamatters.org/embed/clips/2016/11/29/51290/gcn-alexjones-20150113-shooting
[19] https://www.snopes.com/fact-check/info-boors/
[20] Id.
[21] Id.
[22] https://www.infowars.com/mystery-sandy-hook-victim-dies-again-in-pakistan/

story was meant to reinforce Mr. Jones' persistent lie that N.P. and the other victims of the shooting, such as Plaintiff's son J.L., are not real.

36. In July 2015, Mr. Jones stated on InfoWars: "But you've got green-screen with Anderson Cooper, where I was watching the video, and the flower and plants were blowing in some of them, and then they blow again the same way. It's looped. And then his nose disappears. I mean, it's fake. The whole thing is...I don't know what happened. It's kind of like if you see a hologram at Disney World in the Haunted House. You know? I don't know how they do it, but it's not real. When you take your kids to see the Haunted House and ghosts are flying around, it's not real, folks. It's staged. I mean, a magician grabs a rabbit out of his hat. I know he's got a box under the table that he reaches in and gets the rabbit. I don't know what the trick is here. I've got a good suspicion. But when you've got Wolfgang Halbig...He believed it was real. People called him. He went and investigated. No paperwork, no nothing. It's bull. And now an FBI retired agent, who retired, you know, with decorations. I mean, [InfoWars reporter Rob] Dew, this unprecedented."[23]

37. In the same month, InfoWars published an article titled: "MEGA MASSIVE COVER UP: RETIRED FBI AGENT INVESTIGATES SANDY HOOK."[24]

38. In January of 2016, Florida resident Lucy Richards left threatening voicemail messages and sent violent emails to Leonard Pozner, a fellow Sandy Hook parent and personal friend of Plaintiff Neil Heslin. The threats included messages

---

[23] https://www.mediamatters.org/embed/clips/2016/11/29/51284/gcn-alexjones-20150707-shooting
[24] https://www.infowars.com/mega-massive-cover-up-retired-fbi-agent-investigates-sandy-hook/

stating: "you gonna die, death is coming to you real soon" and "LOOK BEHIND YOU IT IS DEATH."[25] When Richards was later sentenced, Senior U.S. District Judge James Cohn stated: "I'm sure [Leonard Pozner] wishes this was false, and he could embrace [N.P.], hear [N.P.'s] heartbeat and hear [N.P.] say 'I love you, Dad'…Your words were cruel and insensitive. This is reality and there is no fiction. There are no alternative facts."[26] As part of her sentence, Ms. Richards will not be permitted to access a list of conspiracy-based websites upon her release, including InfoWars.[27] Ms. Richard's arrest and sentencing are an ominous reminder to the Plaintiff of the danger posed by InfoWars' continuing lies about Sandy Hook.

39.     In November 2016, Mr. Jones appeared on InfoWars and ranted about false Sandy Hook claims for twenty minutes.[28]

40.     During the November 2016 video broadcast, Mr. Jones stated: "That shows some kind of cover-up happening. And then I saw Anderson Cooper -- I've been in TV for twenty-something years, I know a blue-screen or a green-screen -- turn and his nose disappeared. Then I saw clearly that they were using footage on the green-screen looped, because it would show flowers and other things during other broadcasts that were moving, and then basically cutting to the same piece of

---

[25] https://www.nbcnews.com/news/us-news/conspiracy-theorist-arrested-death-threats-against-sandy-hook-parent-n693396
[26] http://www.nydailynews.com/news/crime/judge-hands-sandy-hook-truther-prison-sentence-article-1.3229754
[27] https://www.buzzfeed.com/claudiakoerner/a-conspiracy-theorist-will-serve-time-for-threatening-a
[28] https://www.youtube.com/watch?v=MwudDfz1yAk

footage...Then we see footage of one of the reported fathers of the victims, Robbie Parker, doing classic acting training."[29]

41.     The gist of these statements was that the Sandy Hook parents, including Plaintiff Neil Heslin, are participating in a sinister manipulation plan to fool the public.

42.     During the November 2016 broadcast, Jones played video footage of Anderson Cooper interviewing Sandy Hook parent Veronique De La Rosa, at which point Jones stated: "We point out clear chromakey, also known as blue-screen or greenscreen being used, and we're demonized. We point out that they're clearly doing fake interviews."[30] This false statement was likewise used to support Mr. Jones' vicious lie.

43.     Towards the end of the November 2016 broadcast, Mr. Jones stated: "Why should anybody fear an investigation? If they have nothing to hide? In fact, isn't that in Shakespeare's Hamlet? Methinks you protest too much...This particular case, they are so scared of investigation. Everything they do ends up blowing up in their face, so guys are going to get what you want now. I'm going to start re-investigating Sandy Hook and everything else that happened with it."[31]

44.     Mr. Jones concluded the video by stating: "So, if children were lost at Sandy Hook, my heart goes out to each and every one of those parents. And the people who say they're parents that I see on the news. The only problem is, I've

[29] *Id.*
[30] *Id.*
[31] *Id.*

watched a lot of soap operas. And I've seen actors before. And I know when I'm watching a movie and when I'm watching something real."[32]

45. The November 2016 video broadcast was entitled, "Alex Jones Final Statement on Sandy Hook." It was Plaintiff's hope that the title was accurate, and that Mr. Jones would finally end his reckless attacks on the Sandy Hook parents and his assertions that they were liars and actors engaged in a fraud on the American people.

46. As horrifying as the November 2016 broadcast was, its promise of being the "Final Statement" gave hope to Plaintiff that his harassment and defamation by Mr. Jones might be coming to an end after four long years.

47. Those hopes were soon dashed. Instead, InfoWars made continuing defamatory comments in 2017 as outlined above.

48. Mr. Jones also made additional comments in April of 2017 which repeated the claims which form the rickety structure of Mr. Jones' colossal lie about Sandy Hook, including the allegation that fellow Sandy Hook parent Veronique De La Rosa conducted a fake interview with Anderson Cooper to hide the truth, while telling his viewers not to "believe any of it."[33]

---

[32] *Id.*
[33] https://www.youtube.com/watch?v=rUn1jKhWTXI

49.     On June 18, 2017, Mr. Jones made additional comments when interviewed by Megyn Kelly, during which he stated: "I do think there's some cover-up and some manipulation."[34] The following exchange took place:

> MEGYN KELLY: But Alex, the parents, one after the other, devastated. The dead bodies that the coroner autopsied ...
>
> ALEX JONES: And they blocked all that. And they won't release any of it. That's unprecedented.[35]

50.     Jones and Kelly also had the following exchange:

> JONES: But then what do you do, when they've got the kids going in circles, in and out of the building with their hands up? I've watched the footage. And it looks like a drill.
>
> MEGYN KELLY: When you say, "parents faked their children's death," people get very angry.
>
> ALEX JONES: Yeah, well, that's - oh, I know. But they don't get angry about the half million dead Iraqis from the sanctions. Or they don't get angry about all the illegals pouring in.[36]

51.     Shortly following the Megyn Kelly interview, on June 26, 2017, InfoWars reporter Owen Shroyer made the defamatory statements referenced above.

52.     As such, the broadcasts made by InfoWars on June 26, 2017 and July 20, 2017 defaming Mr. Heslin did not occur in isolation. Rather, the statements were a continuation and elaboration of a years-long campaign to falsely attack the

---

[34] https://www.realclearpolitics.com/video/2017/06/18/full_video_megyn_kelly_interviews_alex_jones.html
[35] Id.
[36] Id.

honesty of the Sandy Hook parents, casting them as participants in a ghastly conspiracy and cover-up.

53. By making renewed accusations about Plaintiff in 2017, InfoWars breathed new life into this conspiracy and caused intense emotional anguish and despair. For that reason, Plaintiff brings this suit against Defendants.

## CAUSE OF ACTION

### I. Defamation and Defamation *Per Se*

54. All previous allegations are incorporated by reference.

55. Plaintiff is a private individual and is neither a public official nor a public figure.

56. The June 26, 2017 and July 20, 2017 broadcasts by Defendants were false, both in their particular facts and in the main point, essence, or gist in the context in which they were made.

57. The June 26, 2017 and July 20, 2017 broadcasts by Defendants, while defamatory in their own right, were also continuations and elaborations of an underlying defamatory assertion which Defendants have advanced since 2013, namely that Plaintiff has lied to the American people about the death of his son and has participated in a horrifying criminal cover-up.

58. In viewing the June 26, 2017 and July 20, 2017 broadcasts, a reasonable member of the public would be justified in inferring that the publications implicated the Plaintiff.

59.     The June 26, 2017 and July 20, 2017 broadcasts were also defamatory because they are reasonably susceptible to a defamatory meaning by innuendo. A reasonable person, reviewing the statements in question, could conclude the Plaintiff was being accused of engaging in fraudulent or illegal activity. In context, the gist of the statements could be construed as defamatory to the Plaintiff by an average member of general public.

60.     Defendants' defamatory publications were designed to harm Plaintiff's reputation and subject the Plaintiff to public contempt, disgrace, ridicule, or attack.

61.     Defendants acted with actual malice. Defendants' defamatory statements were knowingly false or made with reckless disregard for the truth or falsity of the statements at the time the statements were made.

62.     Defendants' defamatory statements were not privileged.

63.     Defendants' defamatory statements constitute defamation *per se*. The harmful nature of the defamatory statements is self-evident. The defamatory statements implicate the Plaintiff in heinous criminal conduct. False implications of criminal conduct are the classic example of defamation *per se*.

64.     Defendants publicly disseminated the defamatory publications to an enormous audience causing significant damages to the Plaintiff.

65.     Defendants' defamatory publications have injured Plaintiff's reputation and image, and they have exposed Plaintiff to public and private hatred, contempt, and ridicule.

66.    In light of their prior experience with these kind of reckless statements, Defendants knew that their publication could cause Plaintiff to suffer harassment and potential violence.

67.    Defendants' defamatory publications have and will continue to cause harm to Plaintiff. Due to Defendants' conduct, the Plaintiff has suffered and continues to suffer substantial damages in an amount to be proven at trial.

**III.    Conspiracy**

68.    All previous allegations are incorporated by reference.

69.    Defendants acted together, as a cabal, to accomplish their campaign of defamation. Defendants had a meeting of the minds on the object or course of action underlying their pattern of recklessly defamatory publications.

70.    As a result of this meeting of the minds, Defendants collectively committed the unlawful overt acts detailed above.

71.    Defendants are jointly and severally liable for the injuries Mr. Heslin suffered due to Defendants' wrongful actions.

**IV.    Respondeat Superior**

72.    All previous allegations are incorporated by reference.

73.    When InfoWars employees acted in the manner described in this Petition, they did so as agents of InfoWars and within the scope of their authority from Mr. Jones.

74.     InfoWars and Alex Jones are liable for the damages proximately caused by the conduct of employees and agents, including Owen Shroyer, pursuant to the doctrine of *respondeat superior*.

## DAMAGES

75.     Plaintiff has suffered general and special damages, including a severe degree of mental stress and anguish which has disrupted his daily routine and caused a high degree of psychological pain.

76.     Plaintiff has also suffered damage to his reputation and image, both up to the present and into the future.

77.     Because Defendants' conduct amounts to defamation *per se*, Plaintiff is also entitled to an award of presumed damages.

78.     Plaintiff is also entitled to an award of nominal damages and a judgment clearing his name.

79.     Plaintiff is also entitled to exemplary damages because the Defendants acted with malice.

80.     Plaintiff is also entitled to pre-judgment and post-judgment interest, costs of court, and attorney's fees.

81.     Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff is seeking relief in excess of $1,000,000.

## JURY DEMAND

82.    Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## REQUEST FOR DISCLOSURE

83.    Plaintiff requests that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff Neil Heslin asks that the Court issue citation for each Defendant to appear and answer, and that Plaintiff be awarded all the damages set forth above, and to grant whatever further relief to which Plaintiff is justly entitled.

Respectfully submitted,

**KASTER LYNCH FARRAR & BALL, LLP**

MARK D. BANKSTON
State Bar No. 24071066
KYLE W. FARRAR
State Bar No. 24034828
WILLIAM R. OGDEN
State Bar No. 24073531
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____  COURT *(FOR CLERK USE ONLY):* _____

STYLED _NEIL HESLIN VS. ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, and OWEN SHROYER_
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: <br><br> Mark D. Bankston | Email: <br><br> mark@fbtrial.com | Plaintiff(s)/Petitioner(s) <br><br> NEIL HESLIN | ☒ Attorney for Plaintiff/Petitioner <br> ☐ *Pro Se* Plaintiff/Petitioner <br> ☐ Title IV-D Agency <br> ☐ Other: _____ |
| Address: <br><br> 1010 Lamar, Ste. 1600 | Telephone: <br><br> (713) 221-8300 | | Additional Parties in Child Support Case: |
| City/State/Zip: <br><br> Houston, Texas 77002 | Fax: <br><br> (713) 221-8301 | Defendant(s)/Respondent(s): <br><br> ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, and OWEN SHROYER | Custodial Parent: <br><br><br> Non-Custodial Parent: |
| Signature: <br><br> /s/ Mark D. Bankston | State Bar No: <br><br> 24034828 | | Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* <br> ☐ Consumer/DTPA <br> ☐ Debt/Contract <br> ☐ Fraud/Misrepresentation <br> ☐ Other Debt/Contract: <br><br> *Foreclosure* <br> ☐ Home Equity—Expedited <br> ☐ Other Foreclosure <br> ☐ Franchise <br> ☐ Insurance <br> ☐ Landlord/Tenant <br> ☐ Non-Competition <br> ☐ Partnership <br> ☐ Other Contract: | ☐ Assault/Battery <br> ☐ Construction <br> ☒ Defamation <br> *Malpractice* <br> ☐ Accounting <br> ☐ Legal <br> ☐ Medical <br> ☐ Other Professional Liability: <br><br> ☐ Motor Vehicle Accident <br> ☐ Premises <br> *Product Liability* <br> ☐ Asbestos/Silica <br> ☐ Other Product Liability List Product: <br><br> ☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation <br> ☐ Partition <br> ☐ Quiet Title <br> ☐ Trespass to Try Title <br> ☐ Other Property: <br><br> **Related to Criminal Matters** <br> ☐ Expunction <br> ☐ Judgment Nisi <br> ☐ Non-Disclosure <br> ☐ Seizure/Forfeiture <br> ☐ Writ of Habeas Corpus— Pre-indictment <br> ☐ Other: | ☐ Annulment <br> ☐ Declare Marriage Void <br> *Divorce* <br> ☐ With Children <br> ☐ No Children <br><br><br> **Other Family Law** <br> ☐ Enforce Foreign Judgment <br> ☐ Habeas Corpus <br> ☐ Name Change <br> ☐ Protective Order <br> ☐ Removal of Disabilities of Minority <br> ☐ Other: | ☐ Enforcement <br> ☐ Modification—Custody <br> ☐ Modification—Other <br> **Title IV-D** <br> ☐ Enforcement/Modification <br> ☐ Paternity <br> ☐ Reciprocals (UIFSA) <br> ☐ Support Order <br><br> **Parent-Child Relationship** <br> ☐ Adoption/Adoption with Termination <br> ☐ Child Protection <br> ☐ Child Support <br> ☐ Custody or Visitation <br> ☐ Gestational Parenting <br> ☐ Grandparent Access <br> ☐ Parentage/Paternity <br> ☐ Termination of Parental Rights <br> ☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination <br> ☐ Retaliation <br> ☐ Termination <br> ☐ Workers' Compensation <br> ☐ Other Employment: | ☐ Administrative Appeal <br> ☐ Antitrust/Unfair Competition <br> ☐ Code Violations <br> ☐ Foreign Judgment <br> ☐ Intellectual Property | ☐ Lawyer Discipline <br> ☐ Perpetuate Testimony <br> ☐ Securities/Stock <br> ☐ Tortious Interference <br> ☐ Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal <br> ☐ Tax Delinquency <br> ☐ Other Tax | *Probate/Wills/Intestate Administration* <br> ☐ Dependent Administration <br> ☐ Independent Administration <br> ☐ Other Estate Proceedings | ☐ Guardianship—Adult <br> ☐ Guardianship—Minor <br> ☐ Mental Health <br> ☐ Other: _____ |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court <br> ☐ Arbitration-related <br> ☐ Attachment <br> ☐ Bill of Review <br> ☐ Certiorari <br> ☐ Class Action | ☐ Declaratory Judgment <br> ☐ Garnishment <br> ☐ Interpleader <br> ☐ License <br> ☐ Mandamus <br> ☐ Post-judgment | ☐ Prejudgment Remedy <br> ☐ Protective Order <br> ☐ Receiver <br> ☐ Sequestration <br> ☐ Temporary Restraining Order/Injunction <br> ☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000



Video
Live
Shows
Good Morning America Good Morning America
World News Tonight World News Tonight
Nightline Nightline
20/20 20/20
This Week This Week
The View The View
What Would You Do? What Would You Do?
ABC News Features ABC News Features
⋮⋮⋮
U.S.
ABC News Features
Politics
International
Entertainment
Lifestyle
Health
Virtual Reality
Investigative
Technology
Weather
Sports
Privacy PolicyPrivacy Policy
Your CA Privacy RightsYour CA Privacy Rights
Children's Online Privacy PolicyChildren's Online Privacy Policy
Interest-Based AdsInterest-Based Ads
Terms of UseTerms of Use
Contact UsContact Us

Menu           LOG IN

Yahoo!-ABC News Network I © 2018 ABC News Internet Ventures. All rights reserved.

Search Headlines, News and Video...



WATCH    Speaker Ryan is open to idea of bump stock ban

Shannon Watts, a mother of five who became a gun control activist in the wake of the shooting at Sandy Hook Elementary School, thought her advocacy work was going to be over shortly after it began.

**Interested in Gun Control?**

Add Gun Control as an interest to stay up to date on the latest Gun Control news, video, and analysis from ABC News.

Gun Control                              + Add Interest

On Dec. 15, 2012, the day after 20 students and six educators were killed by a shooter in Newtown, Connecticut, she started a Facebook group that eventually became Moms Demand Action for Gun Sense in America.

"I have never been impacted by gun violence personally," Watts, who lives in Colorado, told ABC News. "I was just incredibly angry after the Sandy Hook shooting because I was seeing pundits on television saying the solution to the horrific tragedy there was arming teachers. And just as an American and as a mom, I knew that wasn't right."

Many, like her, thought the killing of children and teachers would be a turning point in the fight for gun control. But months later, two major pieces of legislation — the Assault Weapons Ban of 2013 and the Manchin-Toomey Amendment, which would have required universal background checks for firearm sales — failed to pass the Senate.



Shannon Watts

Shannon Watts, who had started a Facebook group the day after the Sandy Hook shooting and that group has turned into a net ... **more +**

"I can remember thinking, 'Our work here is done. We tried really hard, and we weren't able to pass this law,'" Watts said of the Manchin-Toomey Amendment's failure.

But rather than quit the fight, she said, her group and "all of these brilliant, type-A women" who were motivated to change laws after the shooting instead "started pivoting to the states."

**Taking it to the states**

The state level is where the majority of the action on gun legislation has happened in the past five years. All told, since Sandy Hook, there have been 210 laws enacted to strengthen gun safety, according to the Giffords Law Center to Prevent Gun Violence.

That includes background check laws in four states that didn't have them before and expansions of existing background check laws in seven others, bringing the total to 18 states and the District of Columbia with background checks in place, according to the center.



President Barack Obama is accompanied by former lawmaker Gabrielle Giffords, vice president Joe Biden and family members ... **more +**

"Now 49 percent of Americans live in states with expanded background check laws," said Avery Gardiner, a co-president of the Brady Campaign to Prevent Gun Violence.

"In some states, people are considerably safer than they were five years ago from gun violence, but that's not true at the federal level. Overall as a nation, people are dying at far too great a rate," Gardiner added.

Watts is far from alone in being motivated to act after Sandy Hook. Chris Murphy, D-Conn., was elected to move up from the House of Representatives to the Senate five weeks before the shooting. He said he was standing on a train platform on his way to Manhattan to take his young children to see the Rockettes when he learned what happened.

"My life changed in December 2012. It's not that I wasn't emotionally connected to the issues I worked on prior to Sandy Hook, but there's something different when 20 schoolkids are murdered in your backyard," he told ABC News.



Sen. Chris Murphy, D-Conn., speaks on the floor of the Senate on Capitol Hill in Washington D.C., Wednesday, June 15, 2016 whe... **more +**

"My kids were just a little bit younger than the kids that were killed, so this was personal," he added.

Over the course of the past five years, Murphy has been outspoken in his calls for gun safety. In the last 12 months alone, he has sponsored one piece of federal legislation and co-sponsored nine other bills related to guns.

But federal legislation is not where gun control advocates have seen the most success. He pointed to state-level laws, electing politicians who support tightened gun laws, and ballot referendums as meaningful ways that changes have been made.

# HOW BACKGROUND CHECKS CHANGED AFTER SANDY HOOK

 **STATES THAT HAD BACKGROUND CHECKS BEFORE SANDY HOOK**

**STATES THAT ADDED BACKGROUND CHECKS AFTER SANDY HOOK**

 **STATES THAT EXPANDED EXISTING BACKGROUND CHECKS AFTER SANDY HOOK**



* NEVADA PASSED BACKGROUND CHECK MEASURES IN 2016 BUT THEY HAVE NOT YET BEEN ENACTED.

*Source: Gliruras Law Center to Prevent Gun Violence*

"We've found that referendums are a very potent tool," Murphy said.

Referendums and ballot initiatives were what led to major changes in certain states, with all but one gun regulation-related measure passing.

Background checks were passed in Washington and Nevada, although the Nevada law has yet to be enacted. A referendum in California led to a number of regulation expansions, including background checks on certain ammunition purchases and requirements for reporting lost or stolen firearms. The referendum that failed was a background check measure in Maine.

"Change is going to be very hard in Washington, and I think it's likely that we're going to continue to look at referendums as a way to make change," Murphy said.



A gun  s  ewad the central hall of the National Rifle Association's (NRA) annual meetings and exhibits show in Louisville, Kent...... **more +**

### Wins for Second Amendment advocates

The 2013 failures of the Assault Weapons Ban and the Manchin-Toomey Amendment stand out as the two biggest blows to federal gun control legislation, but gun rights advocates have celebrated other legislative wins since the Sandy Hook shooting as well.

A National Rifle Association spokesperson said that while the group and its members felt that they were playing defense during the Obama administration, they now can switch to offense with the Republican majorities in the House and Senate and Donald Trump in the

White House. Trump has made his support of the NRA clear, becoming the first president since Ronald Reagan to address the group as president.

Most recently, the House of Representatives passed the Concealed Carry Reciprocity Act, allowing people who have a concealed carry permit from one state to use it in all other states. The NRA hailed it as a victory on Dec. 6.

"This vote marks a watershed moment for Second Amendment rights," Chris Cox, the executive director of the NRA's Institute for Legislative Action, said in a statement.



President Donald Trump speaks at the National Rifle Association (NRA) President Wayne LaPierre, right, and NRA-ILA Executive Dir... **more +**

He went on to call the act's passage in the House "the culmination of a 30-year movement recognizing the right of all law-abiding Americans to defend themselves and their loved ones, including when they cross state lines."

Aside from the Concealed Carry Reciprocity Act, an NRA spokesperson told ABC News, Trump's appointment of Supreme Court Justice Neil Gorsuch, Attorney General Jeff Sessions and Interior Secretary Ryan Zinke were all victories for Second Amendment supporters.

Gorsuch's appointment is seen as a win in that during his 2017 confirmation hearing, he called the Supreme Court's decision in District of Columbia v. Heller "the law of the land." In that case the Supreme Court ruled in 2008 that a handgun ban in Washington, D.C., stipulating that guns be kept unloaded and disassembled violated residents' rights to bear arms in their homes for self-defense. Gun rights advocates worried before the 2016 presidential election that if Hillary Clinton won, she would appoint a justice with a narrower view of the Second Amendment.

Zinke and Sessions have rolled back gun regulations in their departments.

Zinke signed an order in September that expanded hunting and fishing and types of ammunition allowed on federal lands. The order was met with praise from gun rights groups.

In October, Sessions' Justice Department narrowed the federal definition of "fugitive from justice" to apply only to people with outstanding arrest warrants who cross state lines, as opposed to those who remain in the state where they are wanted, according to a memo that has been verified by a DOJ official for ABC News.

With that narrower definition, tens of thousands of names were removed from the FBI's National Instant Criminal Background Check System, or NICS, which is used to determine whether someone is prohibited under federal law from buying firearms.

A DOJ official told ABC News that since changing the definition, the FBI's criminal justice information systems division has issued further guidance to those who input fugitive data into the background check system.

"The Justice Department is committed to working with law enforcement partners across the country to help ensure that all those who can legally be determined to be prohibited from receiving or possessing a firearm be included in federal criminal databases," the official said.

Gun control advocates, like Gardiner at the Brady Campaign, are opposed to the change to the definition of a fugitive.

"Why would you make it easier for people who are fleeing police to buy guns?" Gardiner asked.



Moms Demand Action for gun sense in America carry a banner at the San Diego Pride Parade.

**Rate of change**

Laura Cutilletta has worked at the Law Center to Prevent Gun Violence for 15 years. The group joined with former Rep. Gabby Giffords in the wake of Sandy Hook and is now known as the Giffords Law Center to Prevent Gun Violence. Cutilletta said she has noticed a definite change in attitudes about guns the last five years.

"The public, even though they've always been in support of strengthening gun laws, it hasn't always been obvious to the public just how bad our gun laws are," Cutilletta told ABC News. "So when Newtown happened, people couldn't help but notice because it was such a horrific event, and people became more educated, more aware, and became mobilized to do something about it."

That was the case for Watts, whose group, Moms Demand Action for Gun Sense in America, now has 4 million members and chapters in each state.

And it was the case for Murphy.

"I'm embarrassed by the fact that I didn't work on the issue of gun violence before Sandy Hook," he said, adding that it makes him want to "kick himself" for not acting on the issue sooner.

"My eyes were opened to the broader epidemic after Sandy Hook," Murphy added.

*Correction: A previous version of this story misstated the name of Watts' group. It is Moms Demand Action for Gun Sense in America.*

**Sponsored Stories**

Recommended by









**[Gallery] A Woman's Neighbor Kept Blocking Her Driveway, So The Real-Life Hulk Took Action**
Scribol

**One Thing All Liars Have in Common, Brace Yourself**
TruthFinder

**[Pics] Nicole Vanished On Her Way To Work. 20 Years Later Her Brother Uses Facebook To Confess This**
Teastart

**[Pics] "I Hate You": Son Destroys Mother On Witness Stand**
Scribol

Comments

**ADD INTERESTS**

Customize your news feed by choosing the topics that interest you.

Donald Trump     + Add Interest     Thailand Cave Rescue     + Add Interest

A day after blasting NATO, Trump singing alliance's praises

British diver tells Thai boys rescued from cave to 'be careful in the future'

Trump visits UK amid acrimonious relationship with London

Thai journalist on cave rescue's impact in the country: 'People are united together'

Could President Trump
actually withdraw the U.S.
from NATO?

Water rushed back into cave
soon after boys soccer team
rescued

Behind President Trump's
claim of new funding from
NATO members

Thai journalist says the cave
rescue mission 'united' the
country

# FBI agent who sent anti-Trump texts defiantly fends off GOP attacks

By LUCIEN BRUGGEMAN, BENJAMIN SIEGEL and MIKE LEVINE

Jul 12, 2018, 8:30 PM ET



WATCH    FBI agent testifies on Capitol Hill over anti-Trump texts

F    Strzok, the FBI agent who sent anti-Trump texts, engaged in angry exchanges with House Republicans Thursday as he testified for the first time in public at a joint hearing before the House Judiciary and Oversight committees.

### Interested in Russia Investigation?

Add a Russia Investigation as an interest to stay up to date on the latest Russia Investigation news, video, and analysis from ABC News.

Russia Investigation             + Add Interest

One of the first exchanges began when Rep. Trey Gowdy, A South Carolina Republican, said he "didn't give a damn" as Strzok tried to explain the "context" around the texts including one that said "we will stop it," referring to then-candidate Donald Trump.

"I don't appreciate having an FBI agent with an unprecedented level of animus working on two major investigations in 2016," Gowdy said.

"What I can tell you is that text in no way suggested that I or the FBI would take any action to influence the candidacy of candidate Trump," an angry Strzok replied.

In his opening remarks, Strzok told lawmakers that his texts "have created confusion and caused pain for people I love" and "have provided ammunition for misguided attacks against the FBI, an institution I love deeply and have served proudly for more than 20 years."



Deputy Assistant FBI Director Pete Strzok is sworn in before a joint hearing of the House Judiciary and Oversight and Government... **more +**

As he concluded the remarks, he took a shot at Republicans who have harshly criticized him, saying they were helping Russian President Vladimir Putin.

"I understand we are living in a political era in which insults and insinuation often drown out honesty and integrity," Strzok said.

"I have the utmost respect for Congress's oversight role, but I strongly believe that today's hearing is just another victory notch in Putin's belt and another milestone in our enemies' campaign to tear America apart," he said.

The committees are looking at the actions of the FBI and Justice Department during the 2016 presidential campaign.

**(MORE: FBI agent Peter Strzok to publicly testify on Capitol Hill about anti-Trump texts)**

President Donald Trump and his supporters have cited Strzok's texts with his former FBI colleague Lisa Page, with whom Strzok was having an extramarital affair, as evidence of political bias within the FBI during the 2016 presidential campaign.

Strzok's appearance came as House Republicans have demanded testimony from Page after she did not comply with a subpoena to appear before the committee for a closed-door interview on Wednesday. She is scheduled to appear Friday behind closed doors. Strzok, who led the Hillary Clinton email investigation, spoke to the committee behind closed doors last month for almost 11 hours.

**8:00 p.m. - Hearing concludes**

Just shy of 8:00 p.m., Judiciary Committee Chairman Rep. Bob Goodlatte, R-Va., gaveled out, ending the 10-hour marathon hearing.

As the hearing wrapped, the ranking Democrats on the Judiciary and Oversight Committees, Rep. Elijah Cummings, D-Md., and Rep. Jerry Nadler, D-N.Y., released a statement calling Thursday's partisan spectacle "a giant love letter to President Trump".

### 7:30 p.m. – Strzok explains 'insurance policy' text

In a reprieve from the mudslinging that has largely defined the hearing, Strzok took a moment to explain the meaning of a particularly ponderous text he sent Lisa Page that has come under scrutiny from those across the political spectrum.

The text refers to an "insurance policy," but lacks the context necessary to understand its meaning – making it fertile ground for partisans on both sides of the aisle.

"I want to believe the path you threw out for consideration in Andy's office" – the text reads, referring to then-FBI Deputy Director Andrew McCabe – "that there's no way he gets elected," – referring to Trump – "But I'm afraid we can't take that risk. It's like an insurance policy in the unlikely event you die before you're 40..."

Many Republicans, supporters of President Trump, and even the president, himself, have suggested that Strzok's "insurance policy" text referred to an FBI plot to prevent Trump from winning the 2016 election.

"The 'insurance policy' text that has come up before – that text represented a debate on information we had received from an extraordinarily sensitive source and method," Strzok said, going on to describe how one faction of the FBI advocated a measured approach to investigating possible Russian collusion.

"Some people said, 'hey, look, every poll is saying candidate Trump is likely not to win,'" Strzok said. "Some people said, 'as a result of that, let's not risk that source.'"

Strzok says he represented the other faction within the FBI, advocating to aggressively investigate possible connections between members of the Trump camp and Russians in case Trump won.

"If candidate Trump is elected, there might be people we need to be investigating that might be nominated to important national security positions. Everybody in America would want to know that. Candidate Trump would want to know that, " Strzok said, concluding that, "much like you probably won't die before you're 40, that's the meaning."

### 7:00 p.m. – Nine hours later, Strzok, GOP members show no sign of letting up

Nearly nine hours into Thursday's hearing, neither Strzok nor congressional Republicans seem to be letting up, continuing to trade barbs, accusations, and shouts.

An accusation from GOP congressman Rep. Mark Walker, R-N.C., reignited what has already been an unusually fiery grilling – even by House hearing h standards.

"This is an integrity issue," Rep. Walker said, discussing the content and volume of Strzok's text messages.

When he had a chance to respond, Strzok slammed Rep. Walker's assertion, raising his voice yet again.

"I am here under oath. I am not lying. I have never lied under oath and I never will," Strzok said. "The insinuation—not even the insinuation, the direct comment that you somehow say I have an integrity issue is insulting. I take offense. It is incorrect."

With a handful of lawmakers still waiting for their time to question the beleaguered former FBI agent, we may very well stretch into a tenth hour.

### 4:45 p.m. -- Strzok says Steele dossier was not the genesis of FBI's Russia-Trump probe

As the hearing grinds on, members appear to be more interested in pontificating than asking Strzok any meaningful questions. One moment worth noting, however, was Strzok's response to a question about how the FBI came to launch their investigation into possible connections between some members of the Trump campaign and Russia.

"Was the [Steele] dossier a part of why you opened up the investigation?" Rep. Ron Desantis, R-Florida, asked.

"No." Strzok said, before refusing to answer follow-up questions regarding other suggested beginnings of the investigation, on the advice of FBI counsel.

The so-called Steele dossier is a 35-page document containing raw intelligence compiled by former British intelligence agent Christopher Steele.

Strzok's assertion that the Steele dossier was not the reason why federal authorities opened their investigation undermines what many Trump supporters have claimed and affirmed what former FBI Director James Comey told ABC News in an interview earlier this year.

Comey told ABC News the investigation began "because of reliable information that George Papadopoulos was having conversations about obtaining information from the Russians."

Papadopoulos pleaded guilty in October 2017 to making false statements and material omissions to investigators probing interference in the 2016 presidential election, in relation to his contacts with a London-based professor with ties to the Russian government.

### 3:15 p.m. -- Dems erupt when GOP member discusses Strzok's infidelity

In perhaps the most contentious moment of the hearing thus far, Rep. Louie Gohmert, R-Texas, got personal with Strzok about his affair with Lisa Page -- and Democrats cried foul.



Rep. Louie Gohmert attends a joint hearing of the House Judiciary and Oversight and Government Reform committees on Capit... **more +**

"He's lying. He knows we know he's lying," Gohmert said. "I've talked to FBI agents around the country. You've embarrassed them. You've embarrassed yourself. And I can't help but wonder when I see you looking there with a little smirk is how many times did you look so innocent into your wife's eye and lie to her about Lisa Page."

The Department of Justice's inspector general concluded in their June report that Strzok and Page had engaged in an extramarital affair.

A chorus of Democrats objected to Rep. Gohmert's remark.

"Shame on you," one shouted. "What is wrong with you?" another added. "This is intolerable," and finally "You need your medication."



Rep. Bonnie Watson Coleman shouts during a joint hearing in the Rayburn House Office Building on Capitol Hill, July 12, 2018, in... **more +**

As for Strzok, all he said was, "Sir, that is quite a set of statements."

"I have always told the truth," Strzok added, "The fact that you would accuse me otherwise, the fact that you would question whether that is the sort of look I would engage in with a family member who I have acknowledged hurting goes more to a discussion about your character and what you stand for."

### 2:45 p.m. – Tempers flare as Dem suggests Strzok deserves a Purple Heart

As Republicans continue battering the former FBI agent, at least one Democrat is suggesting Strzok's performance in front of the committee warrants commendation.

"If I could give you a Purple Heart, I would," Rep. Steve Cohen, D-Tenn., said. "You deserve one. This is an attack on you and Mr. Mueller of the investigation that's to get Russia of collusion and fall on our election."

Moments later, after an exchange regarding the so-called Steele dossier, Rep. Jim Jordan, R-Ohio, expressed his frustration when Strzok declined to answer.



Rep. Jim Jordan questions Deputy Assistant FBI Director Peter Strzok during a hearing on Capitol Hill, July 12, 2018, in Washington.

"This is unbelievable," Rep. Jordan said. "It's as frustrating as it can get."

"Sir, it is as frustrating to me as it is to you," Strzok responded, grinning, adding that he wanted to answer the question but could not comment on an ongoing investigation.

**2:15 p.m. – GOP's Issa asks Strzok to read texts aloud, Strzok cites Trump NATO comments as the rationale for 2016 text**

After an hour-long intermission for House votes, members trickled back into the chamber to resume questioning.

Only about a dozen of the 76-member panel have had a chance to question Strzok, thus far.

In the first questioning after returning from the break, Rep. Darrell Issa, R-Calif., asked Strzok to read aloud from a selection of his anti-Trump texts handed over to the committee.

Strzok obliged, delivering the texts in a monotone voice, adding that "these texts represent personal beliefs" and again imploring the committee to read the texts within the context of what Trump was saying at the time.

"When I make the comment about Trump having no idea how destabilizing his presidency would be," Strzok said, "that came on the heels of a speech where then-candidate Trump said he didn't know whether the United States should honor its commitment to mutual defense under NATO."



Deputy Assistant FBI Director Peter Strzok waits to testify before a joint committee hearing of the House Judiciary and Oversight...**more +**

### 1:00 p.m. – Hearing continues with contentious questioning falling along party lines

As Thursday's joint hearing grinds on into the afternoon, the content of questioning diverges sharply along party lines, with Republicans berating Strzok over his text messages and Democrats lamenting GOP colleagues' accusations of FBI bias against President Trump.

Questioning from both sides, however, remains contentious.

During his allotted time, Rep. John Ratcliffe, R-Texas, accused Strzok of "hating" President Trump, asking: "Are you starting to understand why some folks out there don't believe a word you say?"

Before Strzok finished responding, Ratcliffe stood up and left the committee room.

At one point, a frustrated GOP Rep. Goodlatte pressed Strzok to release additional text messages from his personal device. Strzok said he would not.



Chairman Bob Goodlatte questions Deputy Assistant FBI Director Peter Strzok speaks during a joint hearing of the House Judi... **more +**

Rep. Sheila Jackson Lee, D-Texas, took a moment out of her questioning to show the committee a recently-released mugshot of former Trump campaign chief Paul Manafort as evidence that the investigation into Russian meddling is not, she said, unfounded.

**11:20 a.m. – Strzok slams Trump, Dems applaud**

Strzok gave an impassioned defense of himself and of the FBI.

It began by Strzok saying he didn't appreciate how Rep. Trey Gowdy has twisted his words, especially about two text messages: the one saying "we will stop it" about Trump, and one saying Hillary Clinton should win 100 million to zero.

Gowdy responded: "I don't give a damn what you appreciate, agent Strzok. I don't appreciate having an FBI agent with an unprecedented level of animus working on two major investigations in 2016."

Then, in a dramatic monologue applauded by Democrats, Strzok asked the panel to "understand the context in which" his texts were sent, citing what he called Trump's "horrible" treatment of a Gold Star father on the campaign trail.



FBI Deputy Assistant Director Peter Strzok testifies before the House Committees on the Judiciary and Oversight and Governmen... **more +**

"In terms of the texts that 'we will stop it'" – referring to a text Strzok sent Page during the campaign – "you need to understand that that was written late at night, off the cuff, and it was in response to a series of events that included then-candidate Trump insulting the immigrant family of a fallen war hero, and my presumption based on that horrible, disgusting behavior that the American population would not elect somebody demonstrating that behavior to be President of the United States."

Strzok said it was "my sense that the American population wouldn't vote him into office." "I don't recall writing that text ... what I can tell you is that text in no way suggested that I or the FBI would take any action to influence the candidacy of candidate Trump."

Rep. Trey Gowdy, who had said he didn't care about Strzok's explanations of "context" responded: "That is a fantastic answer to a question nobody asked.



Rep. Trey Gowdy questions Deputy Assistant FBI Director Peter Strzok during a joint committee hearing in the Rayburn House O... **more +**

Strzok reiterated his insistence that, despite the sentiment expressed in his texts, the FBI's investigation was not politically motivated and his views had no impact on the probe.

"I take great offense and I take great disagreement to your assertion" that "the FBI would take any action whatsoever to improperly impact the electoral process for any candidate."

"Furthermore, this isn't just me sitting here telling you – you don't have to take my word for it," Strzok said. "At every step – at every investigative decision – there were multiple layers of people above me: the assistant director, the deputy assistant director, deputy director, and director of the FBI – and multiple layers of people below me: section chiefs, supervisors, unit chiefs, case agents, and analysts. All of whom were involved in all of these decisions. They would not tolerate any improper behavior in me any more than I would tolerate it in them."

Strzok made an impassioned plea for lawmakers to understand that the FBI carries no bias.

"That is who we are as the FBI and the suggestion that I in some dark chamber somewhere would somehow cast aside all of these procedures all of these safeguards and somehow be able to do this is astounding to me," Strzok said. "It simply couldn't happen."

Strzok's comments garnered raucous applause from Democrats on the panel and some supporters in the room.

**11:00 a.m. ~ Committee chairman threatens to hold Strzok in contempt of Congress**

Within minutes of the start of questioning, a highly contentious exchange between Rep. Trey Gowdy, R-S.C., and Strzok ended with Judiciary Committee chairman Rep. Bob Goodlatte, R-Va., saying that the panel will consider whether to find Strzok in contempt of Congress.

Strzok, asked by Rep. Gowdy how many people he interviewed as part of the FBI's Russia probe, refused to answer, citing FBI counsel advising him not to comment an ongoing investigation. After a back and forth, Rep. Goodlatte warned Strzok that he had two choices: answer the question, or refuse to answer and be "at risk of a contempt citation and potential criminal liability."



House Oversight and Government Reform Committee Chairman Trey Gowdy arrives for a joint hearing of his committee and the ... **more +**

Rep. Nadler, D-N.Y., the ranking Democrat on the panel, then read from U.S. Attorney's manual and cited FBI policy telling DOJ personnel not to answer questions about ongoing investigations. "The question being directed at the witness is out of order," Nadler insisted.

After an even more animated back and forth involving Goodlatte, Gowdy, Strzok, and a chorus of Democrats, Goodlatte insisted that Strzok answer Gowdy's question.

After convening briefly with his attorney, Strzok maintained that he could not answer the question, to which Goodlatte asserted, "at the conclusion of the day we will be recessing the hearing and you will be subject to recall, to allow the committee to consider proceeding with a contempt citation."

**10:55 a.m. – Strzok: Today's hearing a 'victory notch in Putin's belt'**

In his opening statement to the committee, Peter Strzok conceded that text messages he sent during the campaign contained characterizations of Donald Trump that were "not always expressed in terms I am proud of," but stood by the FBI's work in conducting its investigation into Russian meddling.

"This investigation is not politically motivated. It is not a witch hunt, it is not a hoax," Strzok said. "I'm proud of our work on the Russian interference investigation."

Strzok, who says he was one of only a handful of people aware of Russia's alleged actions in 2016, warned that the Russian operations during the election were "a grave attack on our democracy" that Americans "should be alarmed by."

"I have the utmost respect for Congress's oversight role," Strzok said, "but I truly believe that today's hearing is just another victory notch in Putin's belt and another milestone in our enemies' campaign to tear America apart."

The FBI agent defended his investigative record and insisted his personal opinions did not influence his work at the FBI.

"Let me be clear, unequivocally and under oath: not once in my 26 years of defending my nation did my personal opinions impact any official action I took," Strzok said.

### 10:25 a.m. – Committee chairman tears into Strzok texts in opening statement

In his opening statement, Judiciary Committee Chairman Rep. Bob Goodlatte, R-Va., ripped both Strzok and others at the FBI, claiming they compromised the public's faith in the nation's top law enforcement agency.

"Mr. Strzok and others inside the FBI and DOJ turned our system of justice on its head," Goodlatte said, "That is why we're here and why this matters."

Goodlatte encouraged Democrats on the joint panel to "replace President Trump's name with your own name in a small sample of things Mr. Strzok has said," before reading off a list of some of Strzok's most controversial texts.

"'F Trump,' 'Trump is a disaster,' 'Just went to a southern Virginia Walmart. I could SMELL the Trump support' – or, perhaps most alarmingly and revealingly, 'We'll stop it' – referring directly to Mr. Trump's candidacy for President," Goodlatte said.

The ranking Democrat on the House Judiciary Committee, Rep. Jerry Nadler, D-N.Y., shot back at Goodlatte, arguing that the committee should be spending its time focused on what he says are "other emergencies" the nation faces.

"We ought to be holding hearings" on families separated at U.S. border, Nadler said. "It's of more immediate concern than this hearing, certainly."


Comments

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## AFFIDAVIT OF ERIC J. TAUBE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Eric J. Taube, known to me to be the person whose name is subscribed below, and who on his oath, deposed and stated as follows:

1.   My name is Eric J. Taube. I am over the age of 21 years, have never been convicted of a felony or crime involving moral turpitude, am of sound mind, and am fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are true and correct.

2.   I am the registered agent of Free Speech Systems, LLC and InfoWars, LLC. On May 25, 2018, as registered agent, I was served with the petition in this case. Because of my involvement as registered agent and because of my discussion with representatives of Plaintiff's law firm, I have personal knowledge of the facts stated herein.

**EXHIBIT**

*tabbies®*

*C*

3.     Attached hereto and marked as Exhibit 1 is a true and correct copy of a letter I received on April 11, 2018 from Plaintiff's counsel Mark Bankston.

Further Affiant Sayeth Not.



Eric J. Taube

SWORN TO and SUBSCRIBED before me by Eric J. Taube on June 21, 2018.

ANN MARIE JEZISEK
Notary Public, State of Texas
My Commission Expires
March 22, 2019

Notary ID # 128559852

Notary Public in and for
the State of Texas

My Commission Expires:
3/22/19


TEXAS | FLORIDA

April 11, 2018

*Via Electronic Mail: Eric.Taube@wallerlaw.com*
Alex Jones
Free Speech Systems, LLC
InfoWars, LLC
c/o Eric Taube
100 Congress Avenue, 18th Floor
Austin, TX 78701

### Re: Defamatory Publications

To Whom It May Concern:

I write to inform you that our office represents Neil Heslin in a claim for damages against Alex Jones, Free Speech Systems LLC, InfoWars LLC, and Owen Shroyer arising from defamatory statements. Mr. Heslin is the father of Jesse Lewis, a victim of the Sandy Hook massacre.

On June 26, 2017, InfoWars' broadcast featured a segment hosted by reporter Owen Shroyer in which Shroyer claimed to have reviewed evidence showing it was impossible for Mr. Heslin to have held his son's body and see his injury. This broadcast was meant to reinforce and support the underlying lie that the Sandy Hook parents are fakes. This assertion was manifestly false.

Over the past four years, InfoWars has also made statements -- far too numerous to effectively discover and catalog -- which are consistent with Mr. Shroyer's statements in 2017, including repeated references to the alleged faked "blue-screen" interview, references to a sinister re-opening of the school, references to individuals found in the woods with SWAT gear, allegations casting doubt on the death of certain victims, as well as general allegations that nobody died. The gist of these statements is that my client is a liar. These prior statements are evidence of InfoWars' egregious defamatory intent when it later made statements in 2017. We are aware of such notable prior statements from April 2013, March 2014, May 2014, September 2014, December 2014, January 2015, July 2015, and November 2016, although we are sure there are many others as yet unknown. Each of these statements addresses the same core set of false statements conveyed by the 2017 statements, which my client now demands you correct as provided by Sec. 73.055 of the Texas Civil Practice & Remedies Code.

Specifically, my client demands that InfoWars immediately and publicly acknowledge that it has spread false information about him and made false accusations about his conduct following the tragedy. My client demands that InfoWars publicly admit it made false statements about Mr. Heslin holding his son's body and seeing his injury. My client also demands that

1010 Lamar St. | Suite 1600 | Houston, Texas 77002 | p 713.221.8300 | 800.311.1747 | f 713.221.8301



EXHIBIT

1

InfoWars publicly admit that Mr. Heslin is not a "crisis actor" or otherwise involved in any kind of conspiracy to cover up the truth about the Sandy Hook massacre or the death of his son.

Finally, my client demands that you take immediate steps to ensure the preservation of the following items:

- All communications within InfoWars relating to my client, the above broadcasts, or the Sandy Hook shooting.

- All communications between any employee or representative of InfoWars and any third parties relating to my client, the above broadcasts, or the Sandy Hook shooting.

- All notes, drafts, or documents relating to my client, the above broadcasts, or the Sandy Hook shooting.

- All documents reflecting policies or editorial standards for the factual vetting of information published by InfoWars, as in effect on April 22 – June 26, 2017.

You are further notified that the destruction or loss of these items may constitute spoliation of evidence under Texas law.

I ask that you respond immediately, detailing the steps InfoWars will be taking to comply with each of the above demands.

Most sincerely,

Mark Bankston

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261ˢᵗ JUDICIAL DISTRICT |

## **AFFIDAVIT OF OWEN SHROYER**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Owen Shroyer, known to me to be the person whose name is subscribed below, and who on his oath, deposed and stated as follows:

1.  My name is Owen Shroyer. I am over the age of 21 years, have never been convicted of a felony or crime involving moral turpitude, am of sound mind, and am fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are true and correct.

2.  I have been a frequent critic of the government for using tragedies such as Sandy Hook to manipulate public opinion in order to, among other things, further restrict gun rights in this country. I believe the mainstream media used the Sandy Hook tragedy to utilize and transform the public's sympathy for the victims and their families into an issue of gun rights. I believe the mainstream media, instead of blaming the shooter, portrayed all gun owners and gun rights activists as the cause of what happened at Sandy Hook.



EXHIBIT
D

3.     I have also been a frequent critic of the mainstream corporate media companies for their bias and inaccurate reporting in cooperation with government attempts to limit our rights and otherwise advance political goals. I also believe that the mainstream media also uses tragedies like Sandy Hook to manipulate public opinion and limit the public's ability to draw their own conclusions from what has transpired. It is my opinion that mainstream media is not trustworthy and does not want their listener's to form their own opinions, but instead, want their listeners to simply accept what is reported as the absolute truth.

4.     Plaintiff has alleged that I hosted an Infowars broadcast on June 26, 2017 in which I defamed him. This allegation is not true. I did not do that broadcast on June 26, 2017. The segment about which Plaintiff complains was part of a larger two hour broadcast entitled "Exclusive Feds Plan to Drop Russia Investigation Left Plans to Riot" that I did on Sunday, June 25, 2017 that was originally published on that date. I know that the June 25, 2017 Sunday broadcast was posted on the Alex Jones channel on YouTube on June 25, 2017 but I did not place or post any part or segment of that Sunday broadcast, including that part claimed to be defamatory, on that website or any other website on June 25, 2017 or any date thereafter. Neither did I direct or authorize any such posting. That Sunday June 25, 2017 broadcast has been continuously on the Alex Jones channel on YouTube since that date where it was and is presently posted on that website at: https://www.youtube.com/watch?v=Yp84bZwZcMQ

5.     During the June 25, 2017 Sunday broadcast about which Plaintiff complains, I did not know that any fact I stated was false nor did I intend to convey any false impression with regard to Neil Heslin. Prior to the broadcast, I became aware of and read an article published online by Zero Hedge entitled "Megyn Kelly Fails To Fact Check Sandy Hook Father's Contradictory Claim In Alex Jones Hit Piece." I did not intend to adopt the truth and accuracy of

the facts, statements and allegations contained in the Zero Hedge and iBankCoin articles. I, like so many others, simply reviewed the articles, watched the videos cited in the articles, and formed and shared my comments and opinions with regard to those reports.

6.      I believe that the Megyn Kelly interview with Alex Jones, which was aired by NBC, was a highly edited piece that was clearly slanted in a way to create a false impression to Alex Jones' viewpoints as I know them and have personal knowledge of them. I also believe that Megyn Kelly and NBC, as well as all other mainstream media, view me, Alex Jones, and all other platforms like ours as a threat and attempted to use the highly edited interview to discredit our reliability in the eyes of Americans.

7.      The substance of this article had previously been published and reported by iBankcoin.com and it pointed out what the author considered to be bias of NBC and inaccuracies and inadequate preparation by Ms. Kelly. A true and correct copy of the iBankcoin.com article dated June 25, 2017 and published at 2:25 EST as it appeared on ibankcoin.com on June 25, 2017 and as it remains on that website as of the date of this affidavit is attached hereto marked as Exhibit D-1.[1] A true and correct copy of the later zerohedge.com article which I described in the broadcast segment and which is dated June 25, 2017 as it appeared on zerohedge.com on June 25, 2017 and as it remains on that website as of the date of this affidavit is attached hereto marked as Exhibit D-2. [2]

8.      Both of these articles had been published before my broadcast and both quoted Jim Fetzer, Professor Emeritus at the University of Minnesota (who had written a book about Sandy Hook being a "conspiracy") as saying that "Heslin's statement" on NBC's broadcast

---

[1] The URL address for this article is: http://ibankcoin.com/zeropointnow/2017/06/25/megyn-kelly-fails-to-fact-check-sandy-hook-fathers-contradictory-claim-in-alex-jones-hit-piece/#sthash.UyprObJE.dpbs
[2] The URL address for this article is: https://www.zerohedge.com/news/2017-06-25/megyn-kelly-fails-fact-check-sandy-hook-fathers-contradictory-claim-alex-jones-hit-p

about holding his son "could not have happened." The articles further described other facts about the medical examiner's statements and an interview of some of the parents who lost children as bases for Fetzer's, iBankCoin's and Zero Hedge's opinions that they contradicted Mr. Heslin's statement on NBC.

9.     During the June 25, 2017 broadcast, I stated that other people had reported that Mr. Heslin's claim could not be accurate. I then showed the Zero Hedge article to the viewer. In particular, I discussed the Zero Hedge article, summarized its points, showed substantial portions of it to the viewer including the portions showing the original publication at iBankCoin and describing the views of Jim Fetzer and even highlighted in orange the Zero Hedge article's description of Mr. Fetzer's views with its bold typed words "could not have happened" while I was discussing this article.

10.     During the June 25, 2017 broadcast, I showed video of part of the Kelly interview of Mr. Heslin. That video was a true and correct excerpt of her interview and was not altered. I then played the referenced unaltered widely-distributed video clip of a news conference with the medical examiner cited in which he told reporters that parents were not given access to their children.

11.     Immediately after the video of the medical examiner's news conference, I played the referenced video of a CNN interview by Anderson Cooper of two parents of one of the Sandy Hook victims. In it, Mr. Cooper and the parents discussed how hard it was for the parents because they had been unable to see their daughter after the shootings. That clip was not altered.

12.     Because the Zero Hedge article stated that Kelly and NBC had a responsibility to address the contradiction between Mr. Heslin's account and the medical examiner's and other

parents' accounts. I then asked if there would be a clarification and stated my opinion that I doubted that would happen.

13. Prior to the broadcast I saw no reports that stated the bodies had been released to the families in contradiction to the reports I described and referred to in the Zero Hedge article or the videos that I showed. I did not know that the article's reporting or that Mr. Fetcher's reporting was false when I discussed and showed them during the broadcast nor at the time of the June 25, 2017 broadcast did I have any serious doubts as to their veracity. I simply reported what Zero Hedge and iBankCoin had published and provided my commentary on those publications.

14. I based my statements upon these referenced facts, statements and reports and my comments about them were fair, true and reasonable.

Further Affiant Sayeth Not.

_____
Owen Shroyer

SWORN TO and SUBSCRIBED before me by Owen Shroyer on July 13th 2018.

_____
Notary Public in and for
the State of Texas

My Commission Expires:
4-21-2022


TIMOTHY JAMES FRUGE
Notary Public, State of Texas
Comm. Expires 04-21-2022
Notary ID 129791368



# MEGYN KELLY FAILS TO FACT CHECK SANDY HOOK FATHER'S CONTRADICTORY CLAIM IN ALEX JONES HIT PIECE

👤 zeropointnow   🕐 Sun Jun 25, 2017 2:25pm EST

Last Sunday's expose of Alex Jones on NBC's *Sunday Night With Megyn Kelly* was considered by many to be a tasteless and heavily edited attempt to smear the Infowars host and vocal supporter of Donald Trump. Despite a week of heavy promotion, the segment backfired – sending Kelly's ratings further into the toilet a week after her embarrassing interview with Russian President Vladimir Putin – an encounter which director Oliver Stone said she was "not prepared for."

This lack of preparation was obvious in the Jones interview – as Kelly and NBC aired footage of the grieving father of a Sandy Hook massacre victim which contains a **major contradiction** to the official story.

**Neil Heslin**

Prominently featured in the exposé is Neil Heslin – a father of one of the victims. During his interview with Megyn Kelly, Heslin described what happened the day of the shooting when 20 year old Adam Lanza murdered 20 children and six adults at Sandy Hook Elementary school before committing suicide.

> I dropped him off at 9:04. That's when he dropped him off at school with his book bag. Hours later I was picking him up in a body bag.

> I lost my son. I buried my son. I held my son with a bullet hole through his head.



**Except this does not comport with the official story**

Jim Fetzer, Professor Emeritus at the University of Minnesota who wrote a book claiming Sandy Hook was staged, states that based on the facts of the case, Heslin's statement that he "held his son with a bullet hole through his head" could not have happened. According to Coroner Wayne Carver, M.D., the parents of the victims weren't allowed to see their children's bodies – and were instead shown pictures to identify the deceased. Anderson Cooper even interviewed the parents of one of the victims about not being able to see their child.

While it's entirely possible that Mr. Heslin had access to his son after the shooting, given the highly contentious nature of the Sandy Hook massacre in which every aspect of the case has been pored over and dissected – it was incumbent upon **Megyn Kelly and NBC to familiarize themselves with all sides of the argument so they could have identified and explained Heslin's statement.**

By aiding such an obvious contradiction to the official narrative, Megyn Kelly and NBC have lent credibility to Fetzer and other conspiracy researchers who often point to inconsistent reports from the MSM to support their theories.

She lied.

While Megyn Kelly can be heard weeks before the interview on a leaked recording promising Jones that the segment wouldn't be a 'hit job,' a promo released by NBC revealed **she lied** – as it was obvious Kelly was going to focus on statements made on infowars about the 2012 massacre at **Sandy Hook Elementary School** in Newtown, MA committed by Adam Lanza.

> She's a lawyer. It was a total cross-examination. And when I said that I believe children died at
> Sandy Hook, as I've said for years, she kept coming back with answers saying "you believe nobody
> died! You believe Anderson Cooper was involved!" and I said that My statements questioned it, I had
> debates with both sides, and I played devil's advocate." -Alex Jones

As a result of NBC's decision to air the piece, several corporate sponsors pulled advertisements. Megyn Kelly was disinvited to an anti 2nd Amendment event, and Jones implored NBC not to air the segment on Father's Day – citing the inappropriate timing.

**Sandy Hook Questions**

The final report on the Sandy Hook shooting concludes that Adam Lanza, 20, was a socially awkward lone gunman with unmedicated Obsessive Compulsive Disorder whose mother gave him negligent access to firearms – however several inconsistencies in the official report have led many to speculate that the incident was a hoax or a 'false flag' staged to justify gun control measures.

Among the questions people have:

- Why were there reports of men dressed in camouflage who fled into the woods – one of whom police allegedly detained?
- Why does Sandy Hook father Robbie Parker appear to *get into character*?
- Why does the Sandy Hook Elementary website have no internet search history for four years? Was the school even open?
- Why does it appear that several charities were set up before the December 14th shooting?
- Why weren't the Victims' parents allowed to see their children's bodies?

While several Sandy Hook questions have been debunked – such as the missing [illegible] the massacre remains a hotly contested topic across the internet

Alex Jones' official position is that he believes children died in the shooting – in fact, during a [illegible] account of a hearing before the Newtown Board of Education, an Infowars journalist "did not dispute that Adam Lanza had perpetrated the shooting."

Yet despite Jones' official position, he and Infowars have played devil's advocate along the way – presenting facts and narratives which disagree with the official story

And while Jones has presented a number of angles to the Sandy Hook massacre, Megyn Kelly and NBC chose to distort the facts through the lens of propaganda to further their case against the Infowars host, while failing to fact check a gaping hole in the story in their quest to destroy Alex Jones.

**This needs to be addressed**

By failing to identify the obvious contradiction between Neil Heslin's account and the official story, Kelly and her network have fanned the very flames of doubt and conspiracy they sought to silence, creating more questions than answers

For the sake of all the Sandy Hook parents who weren't allowed to see their deceased children, and to settle this new piece of fodder for conspiracy theorists which *they* aired, Megyn Kelly and NBC have a responsibility to address this glaring contradiction to the official story.

*If you enjoy the content at iBankCoin, please follow us on Twitter*



Uber Just Lost Its Third Executive In Several Weeks

# Megyn Kelly Fails To Fact Check Sandy Hook Father's Contradictory Claim In Alex Jones Hit Piece



by ZeroPointNow
Sun, 06/25/2017 - 15:15



EXHIBIT
D-2



Content originally published at iBankCoin.com

Last Sunday's exposé of Alex Jones on NBC's *Sunday Night With Megyn Kelly* was considered by many to be a tasteless and heavily edited attempt to smear the Infowars host and vocal supporter of Donald Trump. Despite a week of heavy promotion, the segment backfired – sending Kelly's ratings further into the toilet a week after her embarrassing interview with Russian President Vladimir Putin – an encounter which director Oliver Stone said she was "not prepared for."

This lack of preparation was obvious in the Jones interview – as Kelly, and NBC failed to vet one of the grieving father of a Sandy Hook massacre victim which contains a major contradiction to the official story.

### Neil Heslin

Prominently featured in the exposé is Neil Heslin – a father of one of the victims. During his interview with Megyn Kelly, Heslin described what happened the day of the shooting when 20 year old Adam Lanza murdered 20 children and six adults at Sandy Hook Elementary school before committing suicide.

> *I dropped him off at 9:04. That's when we dropped him off at school with his back pack. Hours later I was picking him up in a body bag.*

> *I lost my son. I buried my son. I held my son with a bullet hole through his head.*

**Except this does not comport with the official story**

Jim Fetzer, Professor Emeritus at the University of Minnesota who wrote a book claiming Sandy Hook was staged, notes that based on the facts of the case, Heslin's statement that he 'held his son with a bullet hole through his head' could not have happened. According to Coroner Wayne Carver, M.D., the parents of the victims weren't allowed to see their children's bodies - and were instead shown pictures to identify the deceased. Anderson Cooper even interviewed the parents of one of the victims about not being able to see their child.

While it's entirely possible that Mr. Heslin had access to his son after the shooting, given the highly contentious nature of the Sandy Hook massacre in which every aspect of the case has been pored over and dissected - it was incumbent upon Megyn Kelly and NBC to familiarize themselves with all sides of the argument so they could have identified and explained Heslin's statement.

By airing such an obvious contradiction to the official narrative, Megyn Kelly and NBC have lent credibility to Fetzer and other conspiracy researchers who often point to inconsistent reports from the MSM to support their theories.

She lied...

While Megyn Kelly can be heard weeks before the interview on a leaked recording promising Jones that the segment wouldn't be a 'hit job,' a promo released by NBC revealed she lied - as it was obvious Kelly was going to focus on statements made on Infowars about the 2012 massacre at Sandy Hook Elementary School in Newtown, MA committed by Adam Lanza.

*She's a lawyer. It was a total cross examination... And when I said that I believe children died at Sandy Hook, as I've said for years, she kept coming back with answers saying "you believe nobody died? You believe Anderson Cooper was involved?" and I said "NO! My listeners questioned it. I had debates with both sides, and I played devil's advocate." - Alex Jones*

As a result of NBC's decision to air the piece, several corporate sponsors pulled advertisements. Megyn Kelly was disinvited to an anti 2nd Amendment event, and Jones implored NBC not to air the segment on ethical grounds - citing inappropriate timing.

### Sandy Hook Questions

The final report on the Sandy Hook shooting concludes that Adam Lanza, 20, was a socially awkward lone gunman with unmedicated Obsessive Compulsive Disorder whose mother gave him negligent access to firearms - however several inconsistencies in the official report have led many to speculate that the incident was a hoax or a "false flag" staged to justify gun control measures.

Among the questions people have:

- Why were there reports of men dressed in camouflage who fled into the woods - one of whom police allegedly detained?
- Why does Sandy Hook father Robbie Parker appear to "get into character"
- Why does the Sandy Hook Elementary website have no internet archive for four years? Was the school even open?
- Why does it appear that several charities were set up before the December 14th shooting?
- Why weren't the victims' parents allowed to see their children's bodies?

While several Sandy Hook questions have been debunked - such as the missing internet archive, the massacre remains a hotly contested topic across the internet.

Alex Jones' official position is that he believes children died in the shooting - in fact, during a 2014 account of a hearing before the Newtown Board of Education, an Infowars journalist did not dispute that Adam Lanza had perpetrated the shooting

> 4. A man from Infowars did not dispute that Adam Lanza had perpetrated the shooting. Instead he emphasized how law-abiding gun owners in Connecticut and elsewhere are being "penalized" because of Sandy Hook, and the importance of the Second Amendment to freedom and the American way of life.

Yet despite Jones' official position, he and Infowars have played devil's advocate doing so by way of presenting facts and narratives which disagree with the official story.

And while Jones has presented a number of angles to the Sandy Hook massacre, Megyn Kelly and NBC chose to distort the facts through their lens of propaganda to fit their case against the Infowars host, while poking a gaping hole in the official story in their quest to destroy Alex Jones.

### This needs to be addressed

By failing to identify the obvious contradiction between Neil Heslin's account and the official story, Kelly and her network have fanned the very flames of doubt and conspiracy they sought to silence, creating more questions than answers.

For the sake of all the Sandy Hook parents who weren't allowed to see their deceased children and to settle this new piece of fodder for conspiracy theorists which they aired, Megyn Kelly and NBC have a responsibility to address this giant contradiction to the official story.

Follow on Twitter @ZeroPointNow & Subscribe to our YouTube channel

C0026 👍 0 💬

### Sponsored Stories

10 Abandoned Luxury Cars From Dubai >          Revealed: The Top 20 Worst Car Parking Fails          Simple Method 'Regrows' Hair (Do This Tonight)
                                               Ever! >

World-renowned International Folk Art Market          Is Cybercrime Bigger in Texas?          Teach These Female Celebrities How To Get Out
Arlington                                                                                   of a Car >

 Investing Channel

## More Stories You May Like

| | |
|---|---|
| 10 Most Stolen Vehicles In The US > | 31 Massive Engineering Fails > |
| 10 Most Powerful Cars You Can Buy > | Rand Slides To 6-Mo Lows As South Africa Unveils 'Affirmative Action' Mining Charter |
| Yellowstone Supervolcano: The Steamboat Geyser Just Went Off Again! | Teach These Female Celebrities How To Get Out of a Car > |
| IG Report Confirms Obama Lied About Hillary Email Server | Trump Blasts "Punch Drunk," "Very Low IQ" Robert De Niro Over Tonys Rant |
| 5 Car Brands to Buy and 5 to Avoid From Consumer Reports > | The 10 Strangest Things Ever Seen on Our Roads > |
| Here's What Would Happen If A Nuclear Bomb Was Detonated On The Ground In NYC | America Is Unprepared For The Coming Jobs Apocalypse |

 Investing Channel

Discrimination Notice     Privacy Policy
Copyright © 2009-2018 ZeroHedge.com/ABC Media, LTD

8/29/2018 5:24 PM
**Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835
Irene Silva**

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| | § | |
| *Defendants* | § | 261ˢᵗ JUDICIAL DISTRICT |

### DEFENDANTS' FIRST SUPPLEMENT TO MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT

COME NOW, Defendants Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Owen Shroyer (collectively, the "Defendants"), and hereby file this, their First Supplement to Motion to Dismiss Under the Texas Citizens' Participation Act and in support thereof would respectfully show this Honorable Court as follows:

In his Response to the Defendants' Motion, Plaintiff offers opinions of Ms. Binkowski that Owen Shroyer edited the Zero Hedge embedded videos. As shown by the supplemental Affidavit of Owen Shroyer attached hereto, this is not true and Ms. Binkowski's testimony is speculative because the embedded videos are no longer present for her to compare.

He further claims damages from publication of this particular video by Defendants yet he himself has also published it and has not offered evidence of how his damages arise from Defendants' publication and not his own.

Defendants have now alleged the defense of self-publication. In particular, Plaintiff Neil Heslin appeared on the April 19, 2018 "Megyn Kelly Today" NBC national program. He appeared with his attorney, Mark Bankston, and published and/or authorized publication of what he claims to be defamatory portions of the video to NBC's national audience.

At no time did Mr. Heslin or his attorney object to the showing or seem surprised by it. Indeed, subsequent to the showing of it, they were each asked for comments and were allowed to speak. Again, none stated any objection or disagreement to the publication. Evidence of this is contained at the David Jones affidavit attached as Exhibit "B" to the Defendants' Motion to Dismiss at Exhibit B-19, which is a true and correct video of that program.

There is no clear and specific evidence that any of the injuries and damages which Mr. Heslin has claimed were caused separately by this publication by any of the Defendants.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Defendants respectfully requests that this honorable Court grant Defendants' Motion to Dismiss under the Texas Citizens Participation Act in its entirety and the Court grant them such other and further relief as the Court deems equitable, just and proper.

RESPECTFULLY SUBMITTED,

GLAST, PHILLIPS & MURRAY, P.C.


_____/s/ Mark C. Enoch_____
Mark C. Enoch
State Bar No. 06630360
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
Telephone:    972-419-8366
Facsimile:    972-419-8329
fly63rc@verizon.net


ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2018, the foregoing was sent via efiletxcourts.gov's e-service system to the following:

Mark Bankston
Kaster Lynch Farrar & Ball
1010 Lamar, Suite 1600
Houston, TX 77002
713-221-8300
mark@fbtrial.com

_/s/ Mark C. Enoch_
Mark C. Enoch

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## AFFIDAVIT OF OWEN SHROYER

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Owen Shroyer, known to me to be the person whose name is subscribed below, and who on his oath, deposed and stated as follows:

1. My name is Owen Shroyer. I am over the age of 21 years, have never been convicted of a felony or crime involving moral turpitude, am of sound mind, and am fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are true and correct.

2. I have gone to the website of the original Zero Hedge article that I found and that I referred to and showed during my June 25, 2017 statements (though Plaintiff continues to wrongly claim I made these on June 26) and found that the embedded video links that were active and that I used by clicking on during my June 25 statements were no longer active. When I clicked on both links, the message "This video is unavailable"

appeared against a black screen background. This is located at the url address: https://www.zerohedge.com/news/2017-06-25/megyn-kelly-fails-fact-check-sandy-hook-fathers-contradictory-claim-alex-jones-hit-p. Attached to this affidavit marked as Exhibit "1" is a true and correct copy of the article to which I referred and that is still located at the referenced url address. The second page of the exhibit shows what the video links look like until you click on them. The third page of the exhibit shows what those links look like after you click on them. Neither I nor anyone affiliated with Defendants removed or in any way caused the removal of these video links.

3.     Attached to this affidavit marked as Exhibit "2" is a true and correct copy of an article posted at the url address   https://www.cnncom/2018/02/21/us/mass-shootings-conspiracy-theories-trnd/index.html.   On page 7 of this article, Ms. Binkowski tells of her efforts "... aggressively calling out people..." like Defendants and encouraging others to pressure media platforms to prevent us from being heard.   This exhibit is a true and correct copy of the article on that website as of the date of this declaration.


        Further Affiant Sayeth Not.


                                        Owen Shroyer

SWORN TO and SUBSCRIBED before me by Owen Shroyer on August 29, 2018.

E H GARCIA
Notary Public - State of Texas
ID # 3480677
Comm. Exp 05/06/2022

_____
Notary Public in and for
the State of Texas

My Commission Expires:

5-6-2022


A Gold Rout For Iran, Russia, And Turkey...Oh My!

Few wish Iran, Russia, and Turkey return to the "remote" financial sanctions being played out soon by the United States?

30 Shocking Photos Show The The Value of Gold In Currency Devaluations

Venezuelans who owe hardships, and miss Turkish citizens have protected the standard of living in their super inflation

HEDGE #45: THE CHICAGO FIX FOR TRUMP DRAMA (AND EVERYTHING ELSE)

Keep watching about this Hedge

# Megyn Kelly Fails To Fact Check Sandy Hook Father's Contradictory Claim In Alex Jones Hit Piece

User login

Username *

Password *

[Log in]

Create new account
Request new password

 

1    

New Comments +
Today's Top Stories +

Live Audio Market Commentary
Free live audio market commentary, news headlines and more from Talking Forex and Zero Hedge



Contact Information +
Suggested Reading +



## Zero Hedge Reads







Content reasonably edited and/or slur.com

Last Sunday's episode of Alex Jones on NBC's (host), Night Slim (Megyn Kelly) was considered by many to be a tasteless and heavily edited attempt to smear the infowars host as a controversialist of Sandy Hook truther. Except a week of heavy promotion, the segment backfired in part on Kelly's unpreparedness to fact check as Alex Jones makes a compelling interview with host on Preside Coalition's Putin in an encounter which a news Megyn Kelly said she was not prepared for.

This lack of preparation was obvious in the interview's release, as Kelly and NBC aired footage of the grieving father of a Sandy Hook massacre victim which would reveal a major contradiction to the official story.

## Neil Heslin

The interview featured in the release is Neil Heslin, a father of one of the victims. During his interview with Megyn Kelly, he sat down and what happened the day of the shooting when 26-year-old Adam Lanza murdered 27 children and six adults at Sandy Hook Elementary school before committing suicide.

> I dropped him off at 9:30. That's when he dropped him off at school with his back pack. Hours later I was picking him up in a body bag.

> I'm sorry, um, I buried my son. I held my son with a bullet hole through his head.




EXHIBIT 1



> *I thought as him getting shot. That's when we dropped him off at the hospital in his body bag. hours later I was holding him in a body bag.*

> *Yesterday we held my dead son. I held my son with a bullet hole through his head.*



### Except this does not comport with the official story





*I dropped him off at 8:14. That's when he dropped him off at school with his book bag. Hours later I was driving him up in a body bag.*

*I lost my son. I buried my son. I held my son with a bullet hole through his head.*

This video is unavailable.

### Except this does not comport with the official story

This video is unavailable.



While it is entirely possible that Megyn Kelly was a access to information amid the shooting, given the a mass contentious nature of the Sandy Hook massacre in which every aspect of the case has been glossed over and distorted – it was incumbent upon Megyn Kelly and NBC to familiarize themselves with all sides of the argument so they could have identified and explained Heslin's statement.

By doing such an obvious contradiction to the CBS news report, Megyn Kelly and NBC have been overly at the biased and one-sided manner, which offering point to the president reports from the MSM to support their narrative.

She next...

While Megyn Kelly continues in a before the interview on a leaked recording monitoring News that the argument to use for a clipped argument over the NBC interview she noted she toured the building, are going to feature at least ninety-odd. "I took a tour of the building of Sandy Hook Elementary School in Newtown," Mia estimate said, and it...

> That to return it had a clearer concern with the "And at all I said that I believe children died at Sandy Hook," she said for says, she kept coming back with answers saying "Your belief - nobody died? You believe Anderson Cooper was involved?" and I told Mia that an environment of the debate in this the case. And I played devil's advocate," Jones said.

As a veteran at NBC with I and in the show several other while sections of film at environment, Megyn Kelly was disturbed by an anti-Jones Anti-gun event and Jones implored NBC to think about his anger for Anderson Cooper acting the website, had clearly.

### Sandy Hook Questions

The first about on the same have dropped again and again over that Adam Lanza did was a about about was about an aberration, Jones doesn't dispute the fact that Adam Lanza was the assailant at Sandy Hook, however several argued that the shooting was used to push an agenda to push for gun control measures.

Among the questions here have:

- Are there many reports of men dressed in camouflage and fled into the woods after the incident was reported as described?
- Why does Sandy Hook father Robbie Parker appear to "act" his distress?
- Are down the Sandy Hook Elementary website have sign set up a time for four years? Was the school ever open?
- Are there it appears that several candles were set up before the December 14th incident?
- Why weren't the victims' parents allowed to see their children's bodies?

While several Sandy Hook questions have been debunked – such as the missing internet archives – the final website remains a much contested topic across the internet.

Alex Jones' official position is that he believed children died in the shooting – in fact, during a 2014 account of a hearing before the Newtown Board of Education, an Infowars journalist did not dispute that Adam Lanza had perpetrated the shooting.

4. A man from Infowars did not dispute that Adam Lanza had perpetrated the shooting. Instead he emphasized how law-abiding gun owners in Connecticut and elsewhere are being "penalized" because of Sandy Hook, and the importance of the Second Amendment to freedom and the American way of life.

The dispute lunacy: official position he and Infowars have played devil's advocate along one way – presenting facts and constructs which don't agree with the official story.

And while Jones has presented a number of angles to the Sandy Hook massacre, Megyn Kelly and NBC chose to distort the facts through their pieces of propaganda to further their case against the Infowars host, while sewing a gaping hole in the official story in their quest to destroy Alex Jones.

the shooting. Instead he emphasized how law-abiding gun owners in Connecticut
and elsewhere are being "penalized" because of Sandy Hook, and the importance
of the Second Amendment to freedom and the American way of life.

### This needs to be addressed



Follow on Twitter @ZeroPointNow · Subscribe to our YouTube channel

## Comments







































https [illegible] zerohedge.com [illegible] | Megyn Kelly Fails To Fact C[illegible]

File Edit View Favorites Tools Help

ZeroHedge

[illegible]

0

If the official story is that [illegible] were not allowed to see their dead children then there's something about this whole story that [illegible] to high heaven. Think of it. [illegible] your child and you weren't allowed [illegible] [illegible] to every news organization [illegible] in the country. But we saw no such thing. [illegible] saw [illegible] they [illegible] THE MOST IMPORTANT THING.

0

[illegible]

0

[illegible] CRISIS ACTORS [illegible] NO RECORDED TRAFFIC OF ANY KIND [illegible] NO MURDERS IN THE ENTIRE AREA THAT YEAR [illegible] CRISIS ACTORS [illegible] FAKE FUCKING NEWS

0

[illegible]

0

Sandy Hook happened [illegible] the way ABC, CBS, NBC, CNN, and Fox said it did [illegible] because they never lie. [illegible] 26 Christmas trees were waiting [illegible] somebody [illegible] He must have been Nostradamus.

0

[illegible]

0

Everyone who has had a close family member die knows they cannot accept it until they finally see them. If some [illegible] told me that I couldn't handle it and I wouldn't be allowed to see my child, there would be someone else needing a post mortem.

0

Dreams_Razor_[illegible]

0

An actor on [illegible] was interviewed as a father of [illegible] child in the school wearing a [illegible] NewTown [illegible]

0

shutterbug [illegible]

0

CNN and NBC change stories [illegible] according to their own world view and has nothing to do anymore with fact, reality or [illegible] Just stop watching everything from those channels and they will die a painful commercial death.

0

[illegible]

[illegible] Burke [illegible]

0 Nah. The Fed will print up the necessary fiat to keep them going.

0

[illegible]

0 If you're [illegible] the NWO crowd, and you believe that one of [illegible] major impediments to total power [illegible] and other things you [illegible] American citizens, what [illegible] your desire for power [illegible] the road.

0

[illegible]

0 [illegible]

0

[illegible]

0 100% CORRECT [illegible]

0

[illegible]

0 [illegible] surprised to [illegible] the link to the book from the University of Minnesota [illegible] and see it is an online PDF [illegible] ready to [illegible] to a read. One really has to wonder how someone could compile that many bad [illegible] about Sandy Hook without it being a staged event. Pretty nuts.

0

[illegible] Burke [illegible]

0 Not half as nuts as [illegible] psychopathic deep state fu[illegible] like Coombs, [illegible] and Cheney. According to the leading expert [illegible] analyst Ole Dammegard most terror events in the USA and Europe over the last five years are staged with crisis actors. Every once and a while they hire Blackwater type killers and then pin it on some patsies like in San Bernardino [illegible] professional killers [illegible] before making [illegible] But [illegible] and they don't have [illegible] with real grieving relatives wanting real facts and the truth like with 9/11. The objective of these [illegible] is not to kill people [illegible] They get their fill of slaughtering people every day in Syria, Yemen, and Libya. These are [illegible] to manipulate the public [illegible] in the USA or Europe. It doesn't matter if it is real as long as the public thinks it's real and behaves accordingly. *PROBLEM-REACTION-SOLUTION. Please please protect us [illegible] from these evil killers!!! Oh, just give up your guns and your Constitutional rights.* Better than bitcoin as a recent investment [illegible] let's not forget the blue screen Sandy Hook [illegible] CNN['s] only the facts m'am Anderson Vanderbilt Cooper, MK Ultra graduate and CIA intern [illegible] The Truman Show presented as real life drama.

0

Bombsheller [illegible]

0 As with 9/11 - Show us the birth certificates and the death certificates, show us the social security records and personal bank and tax records for the "deceased". Show us the funeral records. Show us the graves. Sigh. Or be like the coroner at the Shanksville crash site [illegible] and metaphorically take off your overalls after 20 minutes on site, as there are no bodies to be found. [illegible]

0

0 bank and tax records for the deceased [illegible] show us the funeral records. Show us the graves. [illegible] Once like the coroner at the Shanksville crash site said "I metaphorically take off your overalls after 20 minutes" [illegible] as there are no bodies to be found. [illegible]

MrBoompi [illegible]
0 [illegible] passed a law making it illegal to divulge any information about deaths of children, even though experts [illegible] no need for it and it would only prevent proper forensic or historical investigations surrounding such deaths. [illegible] was planned long in advance at the highest levels of the [illegible]
0

Grand [illegible]
0 The official [illegible] story [illegible] cooked up by [illegible] and DHS. Period.
0

[illegible]
0 [illegible] evidence [illegible] was [illegible] for [illegible] event. [illegible] footage of the supposed [illegible] The goal being to [illegible] the appearance [illegible] related to [illegible] massacre. These actors [illegible] walking out the door [illegible] building [illegible] moments [illegible] repeat the cycle [illegible]
0

[illegible]
0 [illegible] until I showed her that video [illegible] she was like what the fuck.
The [illegible] stands out [illegible] searching for a lost golf ball
0

[illegible]
0 [illegible] 500 for the country's own good [illegible] they expand and [illegible] just an observation.
0

Northern [illegible]
0 [illegible] the evidence of [illegible] cameras of what hit the Pentagon on 9-11. It appears that it was a missile, not a plane.
0

greggo [illegible]
0 It is impossible for a 757 to maneuver the way it supposedly did especially so close to the ground. Also, it doesn't matter what the circumstances are surrounding an airplane crash, there are always the engine cores and the main landing gear beams and struts that survive. The engine cores are made of very high strength, high temperature alloys. The main landing gear beams and struts are made from very tough, special steel alloys. Yet none were recovered from the 757 that allegedly hit the Pentagon on 9-11.
0

[illegible] recovered from the 757 that crashed into the Pentagon on 9/11 [illegible]

Hammer of Light [illegible]

0 Old Navy will tell you flat — there was NO 757 at Pentagon and CERTAINLY NO 757 PLANE in Shanksville. 2 planes that magically left defined [illegible] into and two perfect little holes! Not a chance in the [illegible] tons of Rolls Royce engines simply vaporize into magical fairy dust, let alone 4 black boxes that were NEVER recovered from those locations. [illegible] pilot and mechanical engineer [illegible] NOT [illegible] TITANIUM [illegible] single piece recovered [illegible] 9/11 was a nuclear event [illegible] deep state [illegible] the same thing [illegible] The UK, US, Israel and Saudi Arabia are the four horsemen and they [illegible]

0

[illegible]

0 [illegible]

0

[illegible]

0 [illegible] the scientists?

0

Hammer of Light [illegible]

0 The US is at the top of the Pyramid of deception. The UK [illegible] the state of Israel [illegible] 1855 [illegible] James de Rothschild the youngest son of Jacob James, Mayer Rothschild, visits Palestine and subsequently supplies the funds to found the first Jewish colonies there; this is to further their long term objective of creating a Rothschild owned country. This is not open for debate [illegible] the State of Israel. Became Israel [illegible] years before they became Israel [illegible] the silent hand was at work here. [illegible] the Silent hand of [illegible] at work. The Black Nobility that is the top of the Pyramid of the UK and Central Bankers [illegible] who control the entire Federal Reserve [illegible] mechanism of deception and are [illegible] who are the [illegible] mechanism of mass misery. The UK and Israel are the terrorist force inside of "DEEP STATE" [illegible] UK with the US in fighting a common enemy in WW1 and WW2 and then began the silent infiltration over the course of decades into the long term apparatus of the US via [illegible] "deep creep". Old Navy is telling you straight: the four horsemen are the US, UK, Israel and Saudi Arabia. 9/11 was a deep state [illegible] period. There will never be any ability to convince me otherwise. I've seen too much raw data on this; this was Daddy Bush, Cheney, the UK + ISRAEL and the Saudis no question. Israel is NOT what people think it is. Israel is NOT of the ancient [illegible] Hebrew Aramaic concept or Christ that they want you to believe they are. They are the single greatest masters of deception and this 1776 is STILL ON. WE are about to [illegible] AGAIN from inside terrorist forces of deep state and Israel, who are the very same perps that pulled off 9/11. Connect the dots — This one is super easy to figure out. Israel is the UK and the UK is Israel. MI5 and MI6 are involved at the deepest levels of the Mossad and are part of the 5 eyes. [illegible]

0

[illegible] PMXoke [illegible]

0 Adam Lanza's dad was connected to LIBOR [illegible] anything. I'm more inclined to believe this was Satanic ritual [illegible] murder to the elite.

0

[illegible] removed from the [illegible] at the Pentagon on 9-11

[illegible]

0 Old Navy [illegible] there was NO [illegible] at Pentagon and CERTAINLY NO [illegible] PLANE in Shanksville. 2 planes that [illegible] field and went magically [illegible] did [illegible] tons of [illegible] engines simply vaporize into magical [illegible] that were NEVER recovered from those locations. [illegible] a pilot and mechanic [illegible] that worked [illegible] CANNOT VAPORIZE TITANIUM [illegible] I know this is [illegible] CHURCH to all [illegible] but that's simply the [illegible] 11 was a nuclear event [illegible] the last [illegible] Deep state [illegible] the same thing [illegible] it down soon. Ain't that [illegible] Israel and Saudi Arabia are the four horsemen and they're not done by a long shot.

0

0 [illegible]

0

[illegible]

0 [illegible] spreading the disease around the planet [illegible] because it burned books [illegible] the [illegible] Ages [illegible] scientific [illegible]

0

[illegible]

0 The [illegible] was the top of the Pyramid of deception. The UK [illegible] BOUGHT the state of Israel in 1895 [illegible] James de Rothschild [illegible] youngest son of [illegible] Mayer Rothschild [illegible] Palestine and [illegible] supplies the funds to found the first Jewish colon[illegible] further their long term objective of creating a Rothschild-owned country. This is not open for debate [illegible] how the State of Israel became Israel [illegible] years before they became Israel [illegible] Silent Hand of [illegible] at work. The Black Nobility [illegible] the top of the Pyramid of the UK and Central Bankers [illegible] control the entire Federal Reserve [illegible] of deception and [illegible] who are the price discovery mechanism of mass misery [illegible] force inside of DEEP STATE [illegible] consequently [illegible] to unite the UK with the US in fighting a common enemy in WW1 and WW2 and then began the silent infiltration over the course of decades into the long term apparatus of the US via stealth [illegible] deep state. Old Navy is telling you straight: the four horsemen are the U.S., UK, Israel and Saudi Arabia. 9-11 was a deep state operation. There will never be any [illegible] to convince me otherwise. I've seen too much raw data on this. This was Daddy Bush, Cheney, the UK, ISRAEL and the Saudis no question. Israel is NOT what people think it is. Israel is NOT of the ancient [illegible] Hebrew Aramaic concept of Christ that they want you to believe they are. They are the single greatest masters of deception and this 1776 [illegible] WE are about to [illegible] AGAIN from inside terrorist forces of deep state and Israel who are the very same perps that pulled off 9-11 [illegible] This one is super easy to figure out. Israel is the UK and the UK is Israel. MI5 and MI6 are involved at the deepest levels of the Mossad and are part of the 5 eyes. Dig deep [illegible] find this [illegible] dead on target.

0

bdgusonBMXerke [illegible] verified) [illegible]

0 Adam Lanza's dad was connected to LIBOR if anything. I'm more inclined to believe this was Satanic ritual [illegible] murder by the elite.

0

ZeroHedge

## Comments

Sort by [Thread/Date ▾] [Order: Oldest ▾] [Items per page: 20 ▾]



No. Remember, "elections" won't be taken by venture...

Also 



ZeroHedge















Logical, the duck ass. It makes no sense that the patient would have allowed their kids to be part of a closed casket state show funeral ... if we could see them ... and seize it all.

Land shed fun when ordeal. That's when we dropped him off at school at 9 not book bag. Hours later I was picking him up in about a half an hour from that same spot. The dummy son with a bullet hole through his head 9:04, not 9:00, not 9:06 and of course NOT free after ... BULLSHIT in plain sight

When in the name to prove ... it takes the fact there is no video that covers it ... it would hold together an order to ... action ... they were as told 7 or medical reacting ... and we all ... raced to FEMA and we cannot ... and we brought out on the morning of the school room and the teacher and children ... Then ... court room 9 to 3 by ... Plenty of time ... she ... use them saying they are loading things up ... to FEMA ... they are selling into the will ... Showing ... monkey

Why would a Trump voter ... ya wasn't flawed ... indeed Rocky honk was a hoax ... if it was a hoax and 5 Trumps ... won't

Did we ... of blood got the medical examiner Wayne Carver? Went down. Carver out his cerebral ... when he states he does not even ... with health going down or everybodys head. Wave ash anyways. Given. The patients were not even obliged to test the locations of the 760 or the stats report those deaths. Newtown counted on in 2012

FBI statistics of zero murders in Newtown in 2012 ...
see ...

< First    < previous    1    2

Discrimination Notice    Comment Policy

U.S. +                                                                          Live TV

# go away (and why they should)

**By Doug Criss, CNN**

🕓 Updated 2:24 PM ET, Wed February 21, 2018



**(CNN)** — There are some popular -- and thoroughly debunked -- conspiracy theories that keep popping up after every mass shooting. *Sandy Hook was fake. The Vegas shooting was carried out by multiple shooters. Columbine was a result of bullying.*

Add to that, a new cottage industry of conspiracy theories that's already springing up around the high school massacre in Parkland, Florida.

Why do some people dream up such awful things at a time of great tragedy? Why do so many people believe them? And can anything be done to stop it?

Before we get to that, let's examine the conspiracy theories that will not go away.

## Parkland



EXHIBIT
2
PINCAD-Bayonne, N. J.



Email address

[subscribe field]



A woman cries during a candlelight vigil for the victims of the shooting at Marjory Stoneman Douglas High School

**The conspiracy theory:** Many of the students who survived the shooting at Marjory Stoneman Douglas High School in Parkland, Florida, have been very vocal about gun control.

That's led to accusations the students aren't really students at all. Memes and videos on YouTube claim some of the students are "actors" working for anti-gun groups who travel around the country to the sites of mass shootings. In fact, one of the top trending videos on YouTube this week alleged the same thing.

**The truth:** That's just plain crazy, one of the outspoken kids told CNN. "I'm not a crisis actor," student David Hogg said on "AC360" Tuesday. "I'm someone who had to witness this and live through this and I continue to be having

to do that." It prompted US Sen. Marco Rubio felt the need to come to the students' defense:

"Claiming some of the students on TV after Parkland are actors is the work of a disgusting group of idiots with no sense of decency," he tweeted.

## Las Vegas



The damaged windows on the 32nd floor room that was used by the shooter in the Mandalay Hotel

**The conspiracy theory:** The investigation into the October massacre that killed 58 people at a country music festival in Las Vegas ID'd Stephen Paddock as the only shooter. But don't tell the conspiracy theorists that. They claim there where were multiple shooters. So many kooky theories and untruths on the shooting flooded the internet that YouTube changed its search algorithm to stop these conspiracy theories from bubbling to the top of searches.

**The truth:** While it's true that investigators named two people as persons of interest in the early days of the investigtion, neither have been charged with a crime. One was Paddock's girlfriend who has since been publicly cleared in the case. The other was a business associate.

## Sandy Hook



**The conspiracy theory:** The murders of 20 children and six adults at Sandy Hook Elementary School in December 2012 were shocking. But the fact there are people out there who believe it didn't happen is downright stupefying. The false narrative that Newtown, Connecticut, massacre was faked by the government is pushed by a number of conspiracy theorists, including Inforwars founder Alex Jones.

**The truth:** "They don't think anything bad ever happens, they don't think anyone ever gets hurt," Len Pozner, whose 6-year-old son Noah was killed in the shooting, told CNN in 2016. "They think whenever they see anything on the web or on television that is a crime or mass casualty event, that has to be a hoax." When Pozner began to see the hoax content appearing online, he worked to take down every video depicting false evidence, and created an organization called the HONR Networks to help him do so.

# Columbine



Two students, Dylan Klebold, and Eric Harris, carrying guns and bombs, opened fire inside
Columbine High School in Littleton, Colorado, on April 20, 1999

**The conspiracy theory:** Thirteen people were killed -- 12 students and a teacher -- on April 20, 1999, when a pair
of students went on a shooting rampage at Columbine High School in Littleton, Colorado, one of the first school
shootings to shock the nation. The conspiracy theory goes the shooters were part of a group called the Trench
Coat Mafia who attacked their fellow students because they felt they had been bullied.

**The truth:** That's the popular misconception that persists to this day, says journalist Dave Cullen, author of the
book "Columbine." The killers weren't part of the Trench Coat Mafia (most members of that group had graduated
years earlier); they weren't bullied by other students and that they didn't target popular jocks, African-Americans or
any other group, Cullen says. A school shooting wasn't their initial intent, he told CNN in 2009. They wanted to
bomb their school in an attack they hoped would make them more infamous than Oklahoma City bomber Timothy
McVeigh.

# The reason behind this misinformation spread



Snopes managing editor Brooke Binkowski, left

So why do so many people believe these theories?

Brooke Binkowski, managing editor of the fake news-busting website Snopes.com, said people who dream up and spread these untruths about tragedies probably never learned the most basic thing about compassion.

"These mass shootings -- who would fake these? You can't fake these horrible situations," said Binkowsi, a journalist whose career includes stints at Southern California Public Radio, CBS Radio and CNN. "I've covered their aftermaths myself and you cannot fake the smell of blood nor the way phones ring and ring and ring as people desperately try to talk to their loved ones, one last time."



**Related Video:** Shooting survivor: I'm not a crisis actor 02:24

And the work of disentangling reality from a web of distortions dressed up as fact has become a persistent struggle for large segments of the population, a psychology professor said.

"People are constantly bombarded with information from so many different sources and it isn't always easy to work out what is true and what is false, and which sources are credible and which are not," Karen Douglas, a professor of social psychology at the University of Kent in the UK told CNN in 2016.

"Tens of millions of people believe in conspiracy theories," Dartmouth political science professor Brendan Nyhan told CNN. "There's a group of people that believe in a lot of them, but there's a much broader group that is willing to endorse them in certain cases. It's not a reflection of mental illness or pathology. It's a common thing that otherwise smart and well-informed people do."



**Related Article:** Where fake news goes to die

While conspiracy theories aren't anything new, what is new is the rate of proliferation and speed at which the dark whispers turn to public pronouncements, thanks to social media and the internet.

"Someone like Alex Jones (of the Infowars website) can amplify the most effective conspiracy theories and spread them to a large audience," Nyhan said. "Sean Hannity, too. We've seen memes jump from the fever swamp online to Hannity and Alex Jones and even Donald Trump's Twitter feed very quickly -- people like that can harvest the conspiracy theories that they think are most interesting or entertaining or shocking."

# How they can be stopped

The best way to combat this, said Binkowski, is by constant debunking, but also by pointing a finger at people with big media platforms who spread this garbage.

"We are debunking them as fast as we can. I am also aggressively calling out the people who are pushing these stories as part of my strategy," she said. "Not just because I find it disgusting, but also because when others see how fast they fold when confronted with facts, I think it helps discredit those pushing things that should be discredited."

*CNN's Nicole Chavez, Heather Kelly, Sara Sidner, Steve Almasy, Marisa Russell and Gregory Krieg contributed to this story.*

8/27/2018 5:39 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001835
Irene Silva

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT

COME NOW, Defendants Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Owen Shroyer (collectively, the "Defendants"), and hereby file this supplemental affidavit in support of their Motion to Dismiss Under the Texas Citizens' Participation Act.

Defendants' hereby file the Affidavit of Mark C. Enoch attached hereto."

RESPECTFULLY SUBMITTED,

GLAST, PHILLIPS & MURRAY, P.C.

_____/s/ Mark C. Enoch_____
Mark C. Enoch
State Bar No. 06630360
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
Telephone:    972-419-8366
Facsimile:    972-419-8329
fly63rc@verizon.net

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2018, the foregoing was sent via efiletxcourts.gov's e-service system to the following:

Mark Bankston
Kaster Lynch Farrar & Ball
1010 Lamar, Suite 1600
Houston, TX 77002
713-221-8300
mark@fbtrial.com


_____*/s/ Mark C. Enoch*_____
Mark C. Enoch

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## AFFIDAVIT OF MARK C. ENOCH

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

I, Mark C. Enoch, do hereby declare under penalty of perjury that the following is true and correct.

1.    My name is Mark C. Enoch. I am fully competent and capable in all respects to make this Affidavit. As lead counsel in this case, I have become familiar with the facts by reviewing documents and speaking with witnesses, I have read the pleadings and discovered and reviewed evidence and have studied the statutory and common law relating to the causes of action alleged by Plaintiff, the law relating to the defenses and the law relating to application of the Texas Citizens Participation Act. Based upon my role as lead counsel in this case and the work that I have done, I have personal knowledge of all of the facts stated in this Affidavit, and they are true and correct. This Affidavit is submitted in connection with Defendants' Motion to Dismiss filed in the above-styled litigation.

2.     I am an attorney duly licensed to practice law in the State of Texas and have been continuously licensed and have practiced civil trial and appellate law since 1979.  I am with the law firm of Glast, Phillips & Murray, P.C. which represents the Defendants in the above-styled litigation.  My practice has been devoted to civil litigation such as this in state and federal court. I have been continuously certified in civil trial law by the Texas Board of Legal Specialization since 1988. I have also been involved in civil appeals and have prepared appellate briefs and arguments.

3.     My standard hourly billing rate and my hourly billing rate for this matter is $535. The other senior-level attorneys, associate attorneys and paralegal who have worked on this matter also have billed at the firm's standard hourly billing rates for each such senior-level attorney, associate attorneys and paralegal. The hourly billing rates for the two other senior-level attorneys is $390 and $400 respectively.  The hourly billing rates for the two associates are $290 and $300 respectively. The firm's standard hourly billing rate for the paralegal who has worked on this matter is $110.

4.     I am familiar with rates charged by attorneys and paralegals in Dallas and surrounding counties as well as rates charged by attorneys and paralegals in Travis and surrounding counties for civil litigation matters and these hourly rates are reasonable when compared to customary and typical hourly rates charged in those areas of Texas for attorneys with similar education, experience, training and abilities.

5.     The total of fees billed by Glast, Phillips & Murray and incurred by Defendants through August 26, 2018 in connection with this matter is $130,478.90. Based on my education, experience and training, it is my opinion that a.) the law firm's

hourly rates are reasonable and typical and customary for similar legal services in Travis and Dallas Counties and b.) that the total fees billed as of that date were and are both reasonable and necessary to properly defend Plaintiff's claims. It is my further opinion based upon my education, training and experience that the time expended on each individual task completed by Glast, Phillips & Murray in this matter was appropriate, reasonable and necessary and that the lawyer and/or paralegal was appropriately assigned to each task. The total amount incurred by Defendants includes fees associated with, among other things, reviewing the lawsuit pleadings, reviewing broadcasts and videos relevant to Plaintiff's claims and the defenses, investigating the allegations, interviewing witnesses, drafting a response to the lawsuit, researching the Motion to Dismiss, drafting, editing and revising the Motion to Dismiss, determining what evidence is appropriate, researching Plaintiff and his public activities, editing and revising affidavits for evidence, researching appropriate defenses, drafting the First Amended Answer, reviewing Plaintiff's Motion for Sanctions and Plaintiff's Motion for Expedited Discovery, researching, drafting and filing a response to same, and reviewing and responding to communications with counsel and others.

      6.     Furthermore, I estimate that further legal work will be reasonable and necessary to supplement the Motion to Dismiss and affidavits, receive, review and respond to additional filings by Plaintiff, prepare for the hearing on the Motion to Dismiss, travel to Travis County for the hearing and argue the motion and prepare correspondence and draft orders regarding the hearing and the Court's rulings. For this anticipated legal work, I estimate, and my opinion is, based on my education, experience

and training, that Defendants will incur additional reasonable and necessary attorney fees in an amount of approximately $43,725.00. I estimate that Defendants will incur additional expenses related to the hearing in an amount of approximately $300.00. I estimate that reasonable and necessary travel expenses for two lawyers will be approximately $1,100.00.

7. Additionally, I estimate, and my opinion is, that in the event of an appeal by either Plaintiff or Defendants from a decision of this Honorable Court to the Court of Appeals, Defendants will incur an additional amount of at least $32,000.00 in reasonable and necessary attorney fees. If Defendants appeal to the Court of Appeals, I estimate $30,000.00 in reasonable and necessary attorney fees. If Plaintiff appeals to the Supreme Court of Texas and briefing is not requested, I estimate, and my opinion is, that Defendants will incur additional reasonable and necessary attorney fees in the amount of $5,000.00. If the Texas Supreme Court requests briefing, I estimate, and my opinion is, that Defendants will incur additional reasonable and necessary attorney fees in an amount of at least $28,000.00. Finally if Defendants appeal to the Supreme Court of Texas, I estimate, and my opinion is, that Defendants will incur additional reasonable and necessary attorney's fees in an amount of at least $30,000.00.

8. Based upon my education, experience and training, it is my opinion that the above rates and amounts are reasonable and necessary for the services rendered and to be rendered considering, among other things, the novelty and difficulty of the issues involved, the skill and training of the lawyers involved and the skill required to provide the legal services properly, the time and labor involved to perform the legal services

properly, the fee customarily charged in the community for similar services, time constraints placed on the lawyers by the clients and circumstances of the case and the issues and amounts involved and the results obtained.

Executed in Dallas County, State of Texas.

_____
Mark C. Enoch

SWORN TO and SUBSCRIBED before me by Mark C. Enoch on August 27 , 2018.

_____
Notary Public in and for
the State of Texas

My Commission Expires:

7/3/21

MELANIE J ILLIG
Notary Public
STATE OF TEXAS
ID#78994-4
My Comm. Exp. July 3, 2021

8/28/2018 5:59 PM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-18-001835**
**Terri Juarez**

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261ˢᵗ JUDICIAL DISTRICT |

## SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT

COME NOW, Defendants Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Owen Shroyer (collectively, the "Defendants"), and hereby file supplemental affidavits in support of their Motion to Dismiss Under the Texas Citizens Participation Act.

Defendants hereby file the Affidavit of Alex Jones attached hereto as Exhibit "A" and the Affidavit of Owen Shroyer attached hereto as Exhibit "B."

RESPECTFULLY SUBMITTED,

GLAST, PHILLIPS & MURRAY, P.C.

_____*/s/ Mark C. Enoch*_____
Mark C. Enoch
State Bar No. 06630360
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
Telephone:    972-419-8366
Facsimile:    972-419-8329
fly63rc@verizon.net

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2018, the foregoing was sent via efiletxcourts.gov's e-service system to the following:

Mark Bankston
Kaster Lynch Farrar & Ball
1010 Lamar, Suite 1600
Houston, TX 77002
713-221-8300
mark@fbtrial.com


_____*/s/ Mark C. Enoch*_____
Mark C. Enoch

NO. D-1-GN-18-001835

| | | |
|---|---|---|
| NEIL HESLIN,<br>    *Plaintiff,* | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | TRAVIS COUNTY, T E X A S |
| | § | |
| ALEX E. JONES, INFOWARS, LLC,<br>FREE SPEECH SYSTEMS, LLC, and<br>OWEN SHROYER,<br>    *Defendants* | § | 261st JUDICIAL DISTRICT |

## <u>AFFIDAVIT OF ALEX E. JONES</u>

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Alex E. Jones, known to me to be the person whose name is subscribed below, and who on his oath, deposed and stated as follows:

1.    My name is Alex E. Jones. I am over the age of 21 years, have never been convicted of a felony or crime involving moral turpitude, am of sound mind, and am fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are true and correct.

2.    I have reviewed the affidavit of Brooke Binkowski filed as part of the response to the Defendants' Motion to Dismiss. While she claims a "cooperative relationship" between Infowars and Zero Hedge with some sort of agreement to promote and endorse each other's contents, this statement is false. None of the Defendants has



ever cooperated in any way with Zero Hedge nor have Defendants and Zero Hedge ever promoted or endorsed each other's content. At times, Infowars has cited, discussed and commented on articles posted by Zero Hedge as was done in this case. Many, many others have cited their work besides Defendants. Neither I nor anyone affiliated with the Defendants has ever known the identity of any contributor to or editor of, or owner of, either iBankcoin or Zero Hedge. It has always been my understanding that whoever they are, they guard their personal identities zealously because of concerns for personal reprisals such as I and other conservatives have experienced.

3.     Ms. Binkowski's statement that Infowars was collaborating with Zero Hedge is false. Defendants have never nor on this occasion did Defendants collaborate, cooperate or communicate with Zero Hedge about any article including the article that was discussed in the broadcasts which are the subject of this lawsuit.

4.     Ms. Binkowski's additional statements that Defendants' broadcasts which are the subject of this action were provoked and in retaliation for Ms. Heslin's appearance on the NBC broadcast, are false as well. The statements I made during the July 20 broadcast and the statements made by Owen Shroyer which I showed in the broadcast were motivated only by my desire to criticize Megyn Kelly and NBC's slanted coverage of my views.

5.     Finally, Ms. Binkowski alleges that Zero Hedge is a "dubious" source of information and promotes only "fake news." While she may have this personal opinion,

my opinion is otherwise. I do not and have never considered either iBankcoin or Zero Hedge a " dubious" source.

6.　　It appears that Ms. Binkowski's opinion of them is based upon her own perception and personal liberal bias. For example, she claims that "no competent journalist would republish allegations from an anonymous" source. Journalists and reporters all over the world have and continue to accept information from anonymous sources.

7.　　Further, Ms. Binkowski is not a disinterested person. Attached hereto and marked as Exhibit 1 is a true and correct copy of Brooke Binkowski's Tweet dated April 16, 2018, the day this lawsuit was filed against Defendants. which attaches comments. Her Tweet that date was "Okay, God, now do Alex Jones." I interpret that to mean she wanted me and Infowars to suffer harm. Evidently her followers did as well because they wanted to "throw in" other well-known politically conservative personalities into God's "doing" including Rush Limbaugh, Laura Ingraham, Nancy Grace and Ann Coulter.

8.　　Regarding Megyn Kelly's interview of me for NBC, I told Ms. Kelly that with respect to Sandy Hook. "In hindsight. I think it probably did happen." but she did not include this in the aired broadcast.

Further Affiant Sayeth Not.

SWORN TO and SUBSCRIBED before me by Alex E. Jones on August 28 , 2018.



_____

Notary Public in and for
the State of Texas

My Commission Expires:

4-21-2022

 **Brooke Binkowski** ✔️
@brooklynmarie

( Follow )    ∨

# Okay, God, now do Alex Jones.

12:00 PM - 16 Apr 2018

**547** Retweets  **3,373** Likes    

💬 65      ⟲ 547         3.4K

---

 **Satan** @LuciferGOP · Apr 16                                    ∨
Replying to @brooklynmarie @AngrierWHStaff
Just spoke with the big guy, he's willing to do Alex Jones if I throw in Rush Limbaugh.

💬 3        ⟲ 13         141

 **Paul Clewell** @paulclewell · Apr 16                          ∨
I don't see a problem here.

💬 3        ⟲           40

 **Satan** @LuciferGOP · Apr 16                                 ∨
None whatsoever

💬 1        ⟲           17

 **todd harms** @TfredharmsTodd · Apr 16                       ∨
Could we throw in Laura Ingrham too?

💬 2        ⟲           29

 **Paul Clewell** @paulclewell · Apr 16                        ∨
Oh! Oh! And Nancy Grace, please!

💬 1        ⟲           15

 **#memoriesoneatatime** @bcyn66 · Apr 16                      ∨
Ann Coulter?

💬 2        ⟲           4

 **Paul Clewell** @paulclewell · Apr 16                        ∨
Also good.

**EXHIBIT**

**1**

PENGAD-Bayonne, N.J.

| | | |
|---|---|---|
| NEIL HESLIN, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ALEX E. JONES, INFOWARS, LLC, | § | |
| FREE SPEECH SYSTEMS, LLC, and | § | |
| OWEN SHROYER, | § | |
| *Defendants* | § | 261st JUDICIAL DISTRICT |

## AFFIDAVIT OF OWEN SHROYER

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Owen Shroyer, known to me to be the person whose name is subscribed below, and who on his oath, deposed and stated as follows:

1.     My name is Owen Shroyer. I am over the age of 21 years, have never been convicted of a felony or crime involving moral turpitude, am of sound mind, and am fully competent to make this affidavit. I have personal knowledge of the facts herein stated and they are true and correct.

2.     I have reviewed Ms. Binkowski's affidavit attached to the Plaintiff's Response to Defendants' Motion to Dismiss. In her affidavit she alleges that there was a cooperative relationship between the Defendants and Zero Hedge and by implication, iBankcoin. She alleges that we and I were actively collaborating with Zero Hedge to



spread "fake news." She further states that I was motivated by retaliation in making my statements having been provoked by Mr. Heslin. Each of these statements is false.

3.　　　Neither I nor anyone I know associated with Defendants has ever had a cooperative relationship in which they published, promoted or endorsed each other's content. Indeed, neither I nor anyone I am familiar with at the Defendants knows of the identities of any contributor, editor, owner or other person affiliated with either of those two websites. Neither I nor anyone I know associated with Defendants had any communications with them other than simply obtaining information from the Zero Hedge website as we do from many, many other websites. In short, there is no affiliation or familiarity between any of the Defendants or myself and any person affiliated with Zero Hedge or iBankcoin.

4.　　　Furthermore, the purpose of my statements in the June 25 broadcast was to point out that Zero Hedge article (reprinting the iBankcoin article) criticizing Megyn Kelly and NBC. I was not at all motivated by what Mr. Heslin did. Rather I was responding to learning of that day's publication of the Zero Hedge article criticizing Kelly and NBC.

5.　　　Furthermore, Ms. Binkowski alleges that Zero Hedge is a "dubious" source and has spread "fake news." While she is entitled to her personal opinion, it is no more valid than my opinion that many reporters and editors in main stream media regularly misrepresent facts and omit other material facts to tilt their broadcast and "news" stories toward their liberal agenda. I am not alone in this opinion as reflected by large viewership of Fox News as just one example.

6. I do not consider Zero Hedge to be a dubious source, nor do I consider just because it is posted by anonymous people, dubious. Ms. Binkowski appears to believe that if a website is criticized by *some* as promoting "fake news" then it could not be reasonable for any other to disagree with that opinion and believe it is not a "fake news" site. While it is true that some claim Zero Hedge is a source of "fake news," it is also true that I and many others believe otherwise. Zero Hedge has also been praised by others, including the *Columbia Journalism Review*, *New York Magazine*, the *New York Times*, *Business Time*, and *Time*.

7. The *Columbia Journalism Review* reported that its "...news accounts have been pretty straightforward."[1] And while Ms. Binkowski alleges that Zero Hedge is all about "conspiracy theories," one such "theory" about trading became the "talk of the industry." Joe Hagan, writing in *New York Magazine*, noted that Zero Hedge's founder was a "zealous believer in a sweeping conspiracy at the helm of U. S. policy," with collusion between "the Treasure and the Federal Reserve." Nevertheless, he concluded the Zero Hedge allegations resulted in Senator Chuck Schumer sending a letter to the SEC that caused that agency to quickly say it was considering a ban on the trading that Zero Hedge had attacked.[2]

---

[1] Attached hereto and marked as Exhibit 1 is a true and correct copy of the *Columbia* article posted at the url: https://archives.cjr.org/the_audit/good_goldman_question_from_zer.php
[2] Attached hereto and marked as Exhibit 2 is a true and correct copy of Mr. Hagan's article in *New York Magazine* posted at the url: http://nymag.com/guides/money/2009/59457/

8.     The *New York Times* has described Zero Hedge as a "well-read and controversial financial blog." In that article, the *Times* noted that Zero Hedge's reports about Morgan Stanley – which the *Times* called a "potent cocktail of information" - were so effective among its readers that Morgan's stock price immediately fell 10%, its lowest price since the 2008 financial crisis.[3]

9.     By 2009, Zero Hedge already had 333,000 unique visitors each month.[4] By 2011, *Time* recognized it as the ninth best financial blog.[5]

10.     In the past I have reviewed articles from Zero Hedge that I have found to be credible and factually correct.  While Ms. Binkowski attempts to buttress her opinion of Zero Hedge by alluding to Snopes.com articles, neither Snopes.com nor Ms. Binkowski is a disinterested person or group. She and Snopes regularly attack Jones on their site and on other media platforms.  Ms. Binkowski herself has tweeted "Okay, God, now do Alex Jones." She did this on April 16, the day the Defendants were sued in this case.  Her ugly tweet caused dark and threatening comments from her obviously liberal followers. Clearly her text summarizes her deep seated contempt for Alex and Infowars that she wished to spread among many others. Attached hereto and marked as Exhibit 5 is a true and correct copy of Brooke Binkowski's tweet that I reviewed at her Twitter account on the internet.

---

[3] Attached hereto and marked as Exhibit 3 is a true and correct copy of *The New York Times* article at the url: https: https://dealbook.nytimes.com/2011/10/04/morgan-tries-to-quell-rumors-about-its-holdings/
[4] Attached hereto and marked as Exhibit 4 is a true and correct copy of a *Business Times* article posted at the url: http://business.time.com/2009/10/01/wall-streeters-like-conspiracy-theories-always-have/
[5] See D. Jones Affidavit filed July 13, 2018 and its attached exhibit B-53.

Further Affiant Sayeth Not.



_____
Owen Shroyer


        SWORN TO and SUBSCRIBED before me by Owen Shroyer on August 28 ,
2018.



_____
        Notary Public in and for
          the State of Texas

My Commission Expires:

4-21-2022
_____



(https://www.cjr.org/)　　　　　　　　　　　　　　　(https://www.cjr.org/)

The voice of journalism

# Good Goldman Question From Zero Hedge

Seems reasonable to me:

"What Is The Rationale Behind The SEC's Hiring A 29 Year Old Goldmanite As Its COO?" (http://www.zerohedge.com/article/what-rationale-behind-secs-hiring-29-year-old-goldmanite-its-coo)



EXHIBIT

1

> *While one may or may not have feelings about Goldman's tentacled capture of various regulatory agencies, the most recent news out of the SEC that it would be hiring a 29 year old former Goldman Vice President Adam Storch as its COO, questions the rationale behind this move. First, and not being ageist here, but a 29 year old to run what is arguably the most critical post at the SEC - that in charge of operations?*

So far, news accounts have been pretty straightforward (http://www.bloomberg.com/apps/news?pid=20601087&sid=a6ItnK32Cl6Y).

I'm not the fan of ZH that some are. To pick nits, the first sentence isn't grammatical: "the most recent news...questions the rationale behind this move." And this SEC position is actually COO of the enforcement division, which, true, is just as problematic, but it still isn't arguably the most critical post at the SEC. Listen, we make mistakes all the time—and they don't help us, either.

*New York*'s Joe Hagan makes a good case (http://nymag.com/guides/money/2009/59457/) for Zero Hedge's (and other financial blogs') rising influence, with the high-frequency trading issue presented as "Exhibit A." In that case, an esoteric issue was bandied around specialty blogs for a while before exploding onto the front page (http://www.nytimes.com/2009/07/24/business/24trading.html?_r=2&ref=todayspaper) of *The New York Times* and into the halls of Congress. We had problems (http://www.cjr.org/the_audit/nyt_flashes_confusion_in_hft_r.php?page=1)with some of how it all went down, but the heat on the issue also generated plenty of light. *Time* summarizes the thinking about ZH here (http://curiouscapitalist.blogs.time.com/2009/10/01/wall-streeters-like-conspiracy-theories-always-have/).

This is all a long way of saying I don't know whether it's okay to rely on Zero Hedge's facts, like:

> *Based on his record, Mr. Storch is not even a licensed (Series 7/63) broker:*

But dagnabit, this isn't about Zero Hedge!

The SEC says Storch worked for five years in a unit that reviewed contracts and transactions for signs of fraud. Also the enforcement chief says his "skill in technology systems, workflow process, and project management will greatly benefit the division."

And yet the question remains. What's the answer?

*Has America ever needed a media watchdog more than now? Help us by joining CJR today (https://ssl.palmcoastd.com/18801/apps/MEMBER1?ikey=5\*\*M02).*

Dean Starkman Dean Starkman runs The Audit, CJR's business section, and is the author of *The Watchdog That Didn't Bark: The Financial Crisis and the Disappearance of Investigative Journalism* (http://www.deanstarkman.com/book/) (Columbia University Press, January 2014). Follow Dean on Twitter: @deanstarkman (https://twitter.com/deanstarkman).

# The Dow Zero Insurgency

**The nothing-can-be-believed chaos of the financial crisis created a golden opportunity for a blog run by a mysterious ex-hedge-funder with a dodgy past and conspiracy theories to burn.**

By Joe Hagan · Published Sep 27, 2009 · Share This

3 Comments



*Illustration by Matthew Woodson*

Last spring, in a far corner of the Internet, an unknown blogger began to piece together a conspiracy theory: The investment bank Goldman Sachs was using sophisticated, high-speed computers to siphon hundreds of millions of dollars in illegitimate trading profits from the New York Stock Exchange, invisibly undercutting the market and sidestepping the regulatory reach of the Securities and Exchange Commission.

Only a few loyal readers paid attention to the blog called Zero Hedge, a no-frills site full of arcane analysis decipherable only by finance professionals. But when a former Goldman Sachs computer programmer was arrested for allegedly stealing software codes used for the firm's electronic trading arm, and a federal prosecutor was quoted saying the codes could be used to "manipulate markets in unfair ways," the once-obscure blog ignited a chain reaction. While on a golf outing, an editor at the New York *Times* learned from a friend who worked on Wall Street that the Zero Hedge allegation was the talk of the industry, and an assignment ensued. On July 24, the *Times* published a front-page article on so-called high-frequency trading and its potential abuses, which in turn prompted Chuck Schumer, a member of the Senate Finance Committee, to draft a letter to the SEC that same day. Twelve days later, the SEC signaled that it was considering a ban on the very computerized trading that Zero Hedge had attacked.

Suddenly, the shadowy figure behind Zero Hedge was a full-blown cult hero—a blogger with a bullet. His readership of angry traders and anti-government malcontents celebrated his newfound power. "Welcome to the party pal!!!" declared one of his fans in the comments section.

In a sign of just how radically the order has shifted in the political and media world, neither the *Times* nor Schumer had a clue about the identity of the pseudonymous author behind Zero Hedge. As it happens, the founder is a 30-year-old Bulgarian immigrant banned from working in the brokerage business for insider trading. A former hedge-fund analyst, he's also a zealous believer in a sweeping conspiracy that casts the alumni of Goldman Sachs as a powerful cabal at the helm of U.S. policy, with the Treasury and the Federal Reserve colluding to preserve the status quo. His antidote? A purifying market crash that leads to the elimination of the big banks altogether and the reinstatement of genuine free-market capitalism.

Never mind Dow 10,000. Dan Ivandjiiski is all about Dow Zero.

Last year's financial implosion left the investing public deeply unsettled about who or what to trust. The information that flowed from the banks, the ratings agencies, the regulatory agencies, and the mainstream media—the bedrock of the financial markets, in a sense—was viewed with great suspicion, and that created an opportunity for financial bloggers: a motley assortment of amateurs and professionals from all over the map. There are traders, economists, venture capitalists, financial advisers, and pajama-clad cranks all vying to explain the complex machinations that got us into this mess and to critique governmental solutions. Sites like Naked Capitalism, Seeking Alpha, the Big Picture, Infectious Greed, Angry Bear, Calculated Risk, and Zero Hedge have hatched communities based on discontent and disbelief, forming a kind of ragtag insurgency against the financial Establishment and what they view as its feckless lackeys in the government and media.

"We're all happily cruising along, doing our financial-journalism thing, until late 2007," explains Felix Salmon, who now blogs for Reuters. "We have relationships with flacks, and suddenly they started lying to us. Outright lies. And you're like, 'Wait, that's not kosher, you can't do that.'" Among bloggers, Salmon is more of the Establishment type, with little tolerance for the sloppy thinking of excitable bloggers.

Financial blogs grew out of the message boards launched by Yahoo! Finance in the late nineties, which were primarily a forum for day traders to argue investment ideas and vent little-guy frustrations about

MONEY 2009

## What's It All Worth?

- The Rise of Apocalyptic Financial Bloggers
- Madoff Victims in Exile
- The Markup on Eli Manning
- Is Being Cheap Genetic?
- Real Estate Vultures
- The Micro-Economy of Union Square
- Are New Yorkers Thrifty?



EXHIBIT

2

the Wall Street power structure.

The first financial blogger, according to Barry Ritholtz of the Big Picture, was Todd Harrison, the head trader for the hedge fund run by CNBC talking head Jim Cramer (also a *New York* Magazine contributing editor) in the early aughts. Harrison, who wrote a daily market column for Cramer's TheStreet.com, "would crank out these little notes intraday," recalls Ritholtz. "It was a real-time trader with real assets under management discussing trading flow."

In the years that followed, blogs proliferated. They were mostly side projects, updated sporadically. Ritholtz, who started the Big Picture in 2003, was a market strategist who zeroed in on flaws in the government's inflation data. Calculated Risk was started by a retired businessman in Southern California who took an obsessive interest in exotic mortgages and saw the housing collapse years in advance. Naked Capitalism, which features the work of a small gang of contributors, is overseen by a former Goldman Sachs and McKinsey executive who goes by the pseudonym Yves Smith.

**Next: How Zero Hedge distinguished itself.**

1 | 2 | 3 | 4 | 5 | 6 | 7     Next



Copyright © 2018, New York Media LLC. All Rights Reserved.

# The New York Times

# Morgan Tries to Quell Rumors About Its Holdings

**By Susanne Craig**    October 4, 2011 9:26 pm

Morgan Stanley executives are battling a daily barrage of speculation and nay-saying to try to stem a sharp slide in the company's stock.

It is a war that is being fought in large part in the shadows: against anonymous blogs and market whispers, but also against undefined fears about exposure to troubled European banks. While those worries are common to all the big Wall Street banks, Morgan Stanley, as the smallest, is perhaps the most vulnerable among them.

In response, Morgan Stanley executives have been rallying employees and talking to the company's biggest shareholders. The campaign culminated late on Monday, with the Mitsubishi UFJ Financial Group, which owns approximately 22 percent of Morgan Stanley, publicly reaffirming its support for the company.

The push may have helped on Tuesday. Shares of Morgan Stanley rose 12.4 percent, after falling nearly 29 percent since the beginning of September. Morgan and other banks were primarily buoyed on Tuesday by a suggestion that European officials would look at bank recapitalizations.

Nonetheless, there has been a bloodbath in bank stocks. Morgan Stanley is down 48.5 percent for the year; Goldman Sachs has fallen 44 percent; and Bank of America is off about 57 percent. And the cost of insuring Morgan Stanley's debt for five years through credit-default swaps, though it eased on Tuesday, remains at levels that were seen during the financial crisis.

**EXHIBIT**

**3**

PENGAD-Bayonne, N. J.

Morgan Stanley's war-roomlike approach to market volatility highlights the difficulties of stamping out speculation in a world of instant, and often anonymous, information.

Its latest round of troubles began on Friday morning before the markets opened at 9:30 a.m. Zero Hedge, a well-read and controversial financial blog, linked to a Bloomberg News article that noted Morgan's credit-default swap spreads had been widening. The Zero Hedge post also directed readers to a previous Zero Hedge article that pegged Morgan Stanley's net exposure to French banks at $39 billion, about $12 billion more than the bank's current market capitalization, reigniting fears about its exposure.

It was a potent cocktail of information. The company's stock opened down more than 3 percent, prompting a flood of calls to Morgan's investor relations and press offices.

Calling Zero Hedge for damage control was not an option. The post was written by an anonymous blogger who goes by the name of "Tyler Durden," a character in the movie "The Fight Club," and the Web site does not give readers a way to readily reach its writers.

Adding to Morgan Stanley's woes, Friday was the last day of Morgan Stanley's third quarter. The company is set to release its earnings in a few weeks, and securities laws limit what it can say about its financial condition. Unable to reach Zero Hedge, Morgan Stanley's investor relations department went into overdrive, quickly pulling together talking points for callers that were circulated to both media and investor relations staff members.

According to the talking points, reviewed by The New York Times, the numbers cited by Zero Hedge "represent gross asset positions and thus do not reflect the benefit of collateral or other hedges and protection, and the more relevant exposure to consider is the net exposure."

So what is its net exposure? The company was limited in what it could say because of the pending earnings announcement. To address this point, staff

members were told to direct callers to pre-existing stock research. "Analysts estimate that the actual net exposure is meaningfully lower," the talking points read.

In particular, they cited a recent report by Brad Hintz, an analyst with Sanford C. Bernstein & Company, who estimated that Morgan's "total risk to France and its banks is less than $2 billion net of collateral and hedges."

Zero Hedge could not be reached for comment.

Despite Morgan Stanley's efforts, the stock ended on Friday down about 10 percent, at $13.51, its lowest close since the fall of 2008 and the depth of the financial crisis. The stock price was particularly frustrating to James P. Gorman, the company's chief executive since early 2010. He has been leading the effort to rebuild the company; he even bought 100,000 shares of Morgan Stanley in early August at approximately $20 a share.

On Friday, Mr. Gorman shared his concerns with senior executives at Mitsubishi, conversations that culminated with discussions over the weekend between Mr. Gorman and Nobuyuki Hirano, his counterpart at the Japanese bank. The two men discussed the market rumors, concurring that they ran contrary to what they felt was going on in the market, said two people briefed on the conversation.

The company is expected to report third-quarter results in two weeks. Those results, these people said, are solid in light of the recent stock market rout. Analysts polled by Thomson Reuters estimated that the bank would report a profit of 36 cents a share.

Mr. Gorman and Mr. Hirano agreed that it would be helpful if Mitsubishi issued a news release expressing its support. That did not come, however, until Monday after the close.

Early on Monday Mr. Gorman decided to speak out himself. "In fragile markets, where fear triumphs over common sense, these things are bound to happen. It is easy to respond to the rumor of the day, but that is not usually productive," he wrote in a note to employees. "Instead we should let balanced third parties do their own analysis and let the facts speak."

On Monday, despite Mr. Gorman's efforts, the company's stock tumbled 7.7 percent.

Six minutes after the close, Mitsubishi issued its statement. "In response to recent market volatility M.U.F.G. wishes to reiterate that we are firmly committed to our long-term strategic alliance with Morgan Stanley. The special relationship we have formed remains core to our global business strategy."

Initially, the statement seemed to have little effect on the stock. The cost to insure Morgan Stanley's bank debt with credit-default swaps on its debt continued to rise Tuesday morning, but then fell back, according to Markit, a financial information company. Its shares closed at $14.01, up $1.54, or more than 12 percent.

"Mitsubishi's announcement was the equivalent of a Japanese firm saying you are part of the family," Mr. Hintz said.

---

© 2017 The New York Times Company

# Zero Hedge, Felix Salmon, Joe Hagan and conspiracy theories

Felix Salmon, after previously describing the readers of the blog sensation Zero Hedge as loser day traders and getting called out for it by my old friend The Equity Private (now blogging at Zero Hedge as Marla Singer), reconsiders:

> Far from reflecting the conspiracy-minded and often-disjointed ramblings of harmful-only-to-themselves retail day-traders, could ZH actually be holding up a mirror to what the market's really like, once you strip away the artificial polish of the PR departments and the urbane investment-banking types?

Uh, yeah. And this is a surprise why? Wall Street traders are among the most conspiracy-minded group of people on the planet. Always have been, as far as I can tell.

That's because (1) some financial market conspiracies are real and (b) without theories of some sort to grasp on to, you're going to get completely lost in the chaos of the market's day-to-day movements. The same goes for technical analysis, a.k.a. chart-reading. Most of it is nonsense, some of it isn't, and without it a lot of succeful traders would be completely lost. Ditto for Austrian economics.

Joe Hagan plays up the conspiracy angle in his excellent article on Zero Hedge in this week's *New York* mag—as Hagan recounts it, the blog didn't get any traction until founder Dan Ivandjiiski began pumping up the paranoia:

> [A]s his posts got more detailed, a theme began to emerge: Wall Street was a vast conspiracy. Nothing could be trusted. All markets were corrupt. The darker his vision the more popular he became.

Former hedge-fund analyst Ivandjiiski (he blogs as Tyler Durden—the New York Post tentatively outed him last month and Hagan does so definitively in his article) had figured out how to tap into that trading-floor longing for order in the chaos. That, plus he's is a wonderfully persistent investigative reporter. Most good investigative reporters are conspiracy theorists, by the way. Ivandjiiski singlehandedly turned high-frequency trading into a big political issue. In the process I'm pretty sure he wildly overstated its significance and dastardliness, but that's part of his appeal.

I always have the feeling when I go to Zero Hedge that I'm eavesdropping on a bunch of conversations between traders. Most of what's said in those conversations is half-baked hooey—as is most of what Ivandjiiski writes. But there is still truth to be gleaned from it. (I should add that most "serious"

**EXHIBIT**

**4**

PENGAD-Bayonne, N.J.

journalism—including mine—is probably half-baked hooey as well. It pays to be a critical information consumer.)

So I don't find it all that surprising that lots of serious financial types and journalists looking for scoops read the blog. I can't bring myself to read it more than once every couple of days. But then, I wouldn't survive 30 seconds on a Wall Street trading floor.

Of course, there aren't enough serious financial types out there to account for Zero Hedge's impressive 333,000 unique visitors a month. I would think a significant percentage of current readers are regular folks who are furious about the financial crisis, the bailouts and the state of the economy, and are attracted to Ivandjiiski's paranoid and apocalyptic worldview. Some are also just plain nutters (read the comments to Hagan's article for a taste), but that's true of at least some portion of the readership of every publication/blog on the planet except of course this one.

I would guess that the site's growth will slow as the predicted apocalypse keeps getting pushed into the future (unless of course Ivandjiiski's right about everything, in which case I will start checking Zero Hedge 20 times a day until the electricity goes out). But I don't think it's necessarily a flash in the pan—as long as Ivandjiiski & Co. keep digging up new conspiracy theories and every once in a while one of them turns out to be at least partly true.

**Update:** I missed Matt Taibbi's take from a couple of days ago on the meaning of Zero Hedge. Don't make the same mistake—it's really smart.



 **Brooke Binkowski** ✔
@brooklynmarie

( Follow )  ⌄

# Okay, God, now do Alex Jones.

12:00 PM - 16 Apr 2018

**547** Retweets  **3,373** Likes  

💬 **65**        ♺ **547**        **3.4K**

---

**Satan** @LuciferGOP · Apr 16                                          ⌄
Replying to @brooklynmarie @AngrierWHStaff
Just spoke with the big guy, he's willing to do Alex Jones if I throw in Rush
Limbaugh.

💬 3          ♺ 13          141

---

**Paul Clewell** @paulclewell · Apr 16                                  ⌄
I don't see a problem here.

💬 3          ♺            40

---

**Satan** @LuciferGOP · Apr 16                                          ⌄
None whatsoever

💬 1          ♺            17

---

**todd harms** @TfredharmsTodd · Apr 16                                 ⌄
Could we throw in Laura Ingrham too?

💬 2          ♺            29

---

**Paul Clewell** @paulclewell · Apr 16                                  ⌄
Oh! Oh! And Nancy Grace, please!

💬 1          ♺            15

---

**#memoriesoneatatime** @bcyn66 · Apr 16                                ⌄
Ann Coulter?

💬 2          ♺            4

---

**Paul Clewell** @paulclewell · Apr 16                                  ⌄
Also good.

**EXHIBIT**

**5**