# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE : <br> INFOW, LLC, *et al.,* <br><br> Debtors. <br>_____ <br><br> NEIL HESLIN and <br> SCARLETT LEWIS <br><br> VS. <br><br> ALEX E. JONES, INFOWARS, LLC, <br> FREE SPEECH SYSTEMS, LLC, and <br> OWEN SHROYER | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 22-60020 (SDTX) <br><br> CHAPTER 11 <br><br> JOINTLY ADMINISTERED <br><br><br> ADV. PROC. NO. 22-01023-HCM |

## STIPULATION OF DISMISSAL AND WITHDRAWAL OF (A) OPPOSITION TO MOTION TO REMAND; AND (B) MOTION TO TRANSFER VENUE
**(Relates to Docket Nos. 9 & 10)**

Without in any manner admitting any assertion of fact or conclusion of law set out in any of the Neil Heslin and Scarlett Lewis pleadings in this Bankruptcy Court or in the State Court, Plaintiffs Neil Heslin and Scarlett Lewis and Defendant InfoW, LLC (f/k/a InfoWars, LLC), hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all of Plaintiffs' claims and causes of action against InfoW, LLC in this matter are dismissed with prejudice with each party to bear its own fees and costs. For the avoidance of doubt, Plaintiffs' claims against Alex E. Jones, Free Speech Systems, LLC, and Owen Shroyer are not affected by this stipulation.

Defendant InfoW, LLC withdraws *InfoW, LLC's Response to Plaintiffs' Motion for Abstention and Remand* [DE 9] and *Defendant InfoWars LLC's Motion to Transfer Venue* [DE 10].

Defendant InfoW, LLC further states that it does not oppose the *Plaintiffs' Motion for Abstention and Remand* [DE 7].

STIPULATED AND AGREED ON MAY 18, 2022 BY AND AMONG:

**NEIL HESLIN, SCARLETT LEWIS,**

*/s/ J. Maxwell Beatty*
THE BEATTY LAW FIRM PC

J. Maxwell Beaty
State Bar No. 24051740
max@beattypc.com
1127 Eldridge Pkwy
Suite 300, #383
Houston, Texas 77077
Tel. 832-529-3381

*/s/ Avi Moshenberg*
MCDOWELL HETHERINGTON LLP

Avi Moshenberg
State Bar No. 24083532
avi.moshenberg@mhllp.com
1001 Fannin Street, Suite 77002
Houston, Texas 77002
Tel. 713-337-5580
*Counsel to the Texas Plaintiffs*

-and-

**INFOW, LLC (F/K/A INFOWARS, LLC),
IWHEALTH, LLC (F/K/A INFOWARS
HEALTH, LLC), AND PRISON PLANET TV, LLC**

*/s/ Kyung S. Lee*
KYUNG S. LEE PLLC

Kyung S. Lee
State Bar No. 12128400
klee@kslpllc.com
700 Milam Street, STE 1300
Houston, Texas 77002
Tel. 713-301-4751
*Proposed Counsel to the Debtors*