**Motion to Transfer Venue withdrawn by Movant through Stipulation.**



**SO ORDERED.**

**SIGNED this 20th day of May, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-60020 (SDTX) |
| INFOW, LLC, *et al.*, | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |
| LEONARD POZNER AND VERONIQUE DE LA ROSA, | |
| Plaintiffs, | ADV. PROC. NO. 22-01021-hcm |
| v. | |
| ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, | |
| Defendants. | |
| MARCELL FONTAINE, | |
| Plaintiffs, | ADV. PROC. NO. 22-01022-hcm |
| v. | |
| ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, and KIT DANIELS | |
| Defendants. | |

*WITHDRAWN*

| | |
|---|---|
| NEIL HESLIN and SCARLETT LEWIS<br>    Plaintiff,<br><br>v.<br><br>ALEX E. JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, and OWEN SHROYER<br><br>    Defendants. | ADV. PROC. NO. 22-01023-hcm |

**ORDER TRANSFERRING ADVERSARY PROCEEDINGS**
**TO THE SOUTHERN DISTRICT OF TEXAS**

Upon the *Defendant InfoW, LLC's Motion to Transfer Venue* (the "Motion")[1] filed on April 28, 2022, seeking entry of an order transferring venue of the above-captioned adversary proceedings to the United States Bankruptcy Court for the Southern District of Texas; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the United States Bankruptcy Court for the Southern District of Texas to be the bankruptcy court in which defendant InfoW, LLC f/k/a Infowars, LLC (the "Debtor") and its affiliate debtors are pending; and the Court having found that the relief requested, pursuant to 28 U.S.C. § 1412, is in the interest of justice or for the convenience of the parties; and the Court having found that notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances; and the Court having reviewed the Motion, any responses to the Motion, and any arguments and evidence presented at any hearing on the Motion; and the Court having determined that the legal

---

[1] Capitalized terms used by not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth in this Order.

2. The above captioned adversary proceedings are hereby transferred to the United States Bankruptcy Court for the Southern District of Texas.

3. The Debtor is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

# # #

Order Submitted by:

R. J. Shannon
PARKINS LEE & RUBIO LLP
700 Milam Street, Suite 1300
Houston, Texas 77002
Tel: (7130 715-1660
Email: rshannon@parkinslee.com
*Proposed Counsel to the Debtor as Debtor-in-Possession*


WITHDRAWN